L. Kieran Kieckhefer (SBN 251978)
Aaron Morris (SBN 341166)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com
          aaron.morris@shearman.com

Matthew G. Berkowitz (SBN 310426)
Lillian J. Mao (SBN 267410)
Patrick R. Colsher (SBN 336958)
Yue (Joy) Wang (SBN 300594)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@shearman.com
          lillian.mao@shearman.com
          patrick.colsher@shearman.com
          joy.wang@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice To Be Filed*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　　　Defendant. | Case No.: 5:22-cv-4376<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Western Digital Corporation.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Western Digital Technologies, Inc. further states that it is a wholly-owned subsidiary of Western Digital Corporation, a publicly traded corporation. Plaintiffs Western Digital Ireland Ltd., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, SanDisk Storage Malaysia SDN. BHD. further state that they are indirect wholly-owned subsidiaries of Western Digital Corporation, a publicly traded corporation. No other publicly held corporation owns 10% or more of the stock of each of the Plaintiffs.

Dated: July 28, 2022

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

*Attorney for Plaintiffs*