L. Kieran Kieckhefer (SBN 251978)
Aaron Morris (SBN 341166)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com
        aaron.morris@shearman.com

Matthew G. Berkowitz (SBN 310426)
Lillian J. Mao (SBN 267410)
Patrick R. Colsher (SBN 336958)
Yue (Joy) Wang (SBN 300594)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@sheaman.com
        lillian.mao@shearman.com
        patrick.colsher@shearman.com
        joy.wang@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice To Be Filed*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*,<br><br>            Plaintiff,<br><br>    v.<br><br>VIASAT, INC.,<br><br>            Defendant. | Case No.: 5:22-cv-4376<br><br>**NOTICE OF APPEARANCE OF L. KIERAN KIECKHEFER AS COUNSEL FOR PLAINTIFFS** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, L. Kieran Kieckhefer, an attorney with the firm of Shearman and Sterling LLP and admitted to practice before this Court, hereby enter my appearance as counsel for Plaintiffs Western Digital Technologies, Inc.; Western Digital Ireland Ltd.; SanDisk 3D IP Holdings, Ltd.; SanDisk Technologies LLC; and SanDisk Storage Malaysia SDN. BHD. in the above-referenced matter.  My address, telephone number, and email address are as follows:

Shearman & Sterling LLP
535 Mission Street
San Francisco, CA 94105
Tel: 415.616.1100
Fax: 415.616.1339
Email: Kieran.Kieckhefer@shearman.com

Dated:  July 28, 2022			Respectfully submitted,

					SHEARMAN & STERLING LLP


					By: */s/ L. Kieran Kieckhefer*_____
					      L. Kieran Kieckhefer

					*Attorney for Plaintiffs*

---

NOTICE OF APPEARANCE OF
L. KIERAN KIECKHEFER

CASE NO.: 5:22-CV-4376