| | |
|---|---|
| 1 | L. Kieran Kieckhefer (SBN 251978) |
| 2 | Aaron Morris (SBN 341166) |
|   | SHEARMAN & STERLING LLP |
| 3 | 535 Mission Street, 25th Floor |
|   | San Francisco, CA 94105 |
| 4 | Telephone: 415.616.1100 |
|   | Fax: 415.616.1339 |
| 5 | Email: kieran.kieckhefer@shearman.com |
| 6 |         aaron.morris@shearman.com |
| 7 | Matthew G. Berkowitz (SBN 310426) |
|   | Lillian J. Mao (SBN 267410) |
| 8 | Patrick R. Colsher (SBN 336958) |
|   | Yue (Joy) Wang (SBN 300594) |
| 9 | SHEARMAN & STERLING LLP |
|   | 1460 El Camino Real, 2nd Floor |
| 10 | Menlo Park, CA 94025 |
| 11 | Telephone: 650.838.3600 |
|   | Fax: 650.838.3699 |
| 12 | Email: matthew.berkowitz@sheaman.com |
|   |         lillian.mao@shearman.com |
| 13 |         patrick.colsher@shearman.com |
|   |         joy.wang@shearman.com |
| 14 | |
| 15 | Ahmed E. ElDessouki (*Pro Hac Vice To Be Filed*) |
|   | SHEARMAN & STERLING LLP |
| 16 | 599 Lexington Avenue |
|   | New York, NY 10022 |
| 17 | Telephone: 212.848.4000 |
|   | Fax: 646.848.4908 |
| 18 | Email: ahmed.eldessouki@shearman.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*, | Case No.: 5:22-cv-4376 |
|   Plaintiff, | **NOTICE OF APPEARANCE OF MATTHEW G. BERKOWITZ AS COUNSEL FOR PLAINTIFFS** |
|   v. | |
| VIASAT, INC., | |
|   Defendant. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, Matthew G. Berkowitz, an attorney with the firm of Shearman and Sterling LLP and admitted to practice before this Court, hereby enter my appearance as counsel for Plaintiffs Western Digital Technologies, Inc.; Western Digital Ireland Ltd.; SanDisk 3D IP Holdings, Ltd.; SanDisk Technologies LLC; and SanDisk Storage Malaysia SDN. BHD. in the above-referenced matter.  My address, telephone number, and email address are as follows:

> Shearman & Sterling LLP
> 1460 El Camino Real, 2nd Floor
> Menlo Park, CA 94025
> Tel: 650.838.3600
> Fax: 650.838.3699
> Email: Matthew.Berkowitz@shearman.com

Dated:  July 28, 2022  

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ Matthew G. Berkowitz*
    Matthew G. Berkowitz

*Attorney for Plaintiffs*