L. Kieran Kieckhefer (SBN 251978)
Aaron Morris (SBN 341166)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com
           aaron.morris@shearman.com

Matthew G. Berkowitz (SBN 310426)
Lillian J. Mao (SBN 267410)
Patrick R. Colsher (SBN 336958)
Yue (Joy) Wang (SBN 300594)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@sheaman.com
           lillian.mao@shearman.com
           patrick.colsher@shearman.com
           joy.wang@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice To Be Filed*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*,<br><br>            Plaintiff,<br><br>      v.<br><br>VIASAT, INC.,<br><br>            Defendant. | Case No.: 5:22-cv-4376<br><br>**NOTICE OF APPEARANCE OF AARON MORRIS AS COUNSEL FOR PLAINTIFFS** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that I, Aaron Morris, an attorney with the firm of Shearman and
4  Sterling LLP and admitted to practice before this Court, hereby enter my appearance as counsel for
5  Plaintiffs Western Digital Technologies, Inc.; Western Digital Ireland Ltd.; SanDisk 3D IP Holdings,
6  Ltd.; SanDisk Technologies LLC; and SanDisk Storage Malaysia SDN. BHD. in the above-referenced
7  matter.  My address, telephone number, and email address are as follows:

    Shearman & Sterling LLP
    535 Mission Street
    San Francisco, CA 94105
    Tel: 415.616.1100
    Fax: 415.616.1339
    Email: Aaron.Morris@shearman.com

Dated:  July 28, 2022                      Respectfully submitted,

                                          SHEARMAN & STERLING LLP

                                          By: */s/ Aaron Morris*_____
                                                Aaron Morris

                                         *Attorney for Plaintiffs*