| Attorney or Party without Attorney:<br>L. KIERAN KIECKHEFER (SBN 251978)<br>SHEARMAN & STERLING, LLP<br>535 MISSION STREET 25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>  Telephone No: 415-616-1100 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>38314-9 | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF<br>CALIFORNIA | | |
| Plaintiff: WESTERN DIGITAL TECHNOLOGIES, INC.; et al.<br>Defendant: VIASAT, INC. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-04376 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the See Attached List of All Documents Served; .

3.  *a.  Party served:*    VIASAT, INC.
    *b.  Person served:*   JESSIE GASTELUM, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF
        PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    330 NORTH BRAND BOULEVARD SUITE 700, GLENDALE, CA 91203

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Mon, Aug 01 2022 (2) at: 12:40 PM

6.  *Person Who Served Papers:*
    a. Douglas Forrest (5141, Los Angeles)              **d.** *The Fee* for Service was:  334.98
    **b. FIRST LEGAL**
        200 WEBSTER STREET, SUITE 201
        OAKLAND, CA 94607
    c. (415) 626-3111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/01/2022

(Date)                                    (Signature)



PROOF OF<br>SERVICE

7443374<br>(7915152)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO.: 5:22-cv-4376
WESTERN DIGITAL TECHNOLOGIES V. VIASAT, INC.

## ATTACHMENT A

- SUMMONS IN A CIVIL ACTION
- CIVIL COVER SHEET
- COMPLAINT
- PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURES
- REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
- NOTICE OF APPEARANCE OF L. KIERAN KIECKHEFER AS COUNSEL FOR PLAINTIFFS
- NOTICE OF APPEARANCE OF MATTHEW G. BERKOWITZ AS COUNSEL FOR PLAINTIFFS
- NOTICE OF APPEARANCE OF LILLIAN J. MAO AS COUNSEL FOR PLAINTIFFS
- NOTICE OF APPEARANCE OF PATRICK R. COLSHER AS COUNSEL FOR PLAINTIFFS
- NOTICE OF APPEARANCE OF YUE (JOY) WANG AS COUNSEL FOR PLAINTIFFS
- NOTICE OF APPEARANCE OF AARON MORRIS AS COUNSEL FOR PLAINTIFFS
- APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)
- NOTICE OF ELECTRONIC FILING OF DOCUMENT NO. 12
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE
- SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE
- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
- STANDING ORDER FOR ALL JUDGES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT