UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*,<br><br>            Plaintiff,<br><br>    v.<br><br>VIASAT, INC.,<br><br>            Defendant. | Case No.: 5:22-cv-4376-HSG<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

STIPULATION                                                                                                                                                                                                      CASE NO.: 5:22-cv-4376-HSG

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Western Digital Technologies, Inc. *et al.* and Defendant Viasat, Inc. ("Viasat") hereby stipulate that the time for Viasat to respond to Plaintiffs' Complaint shall be extended to October 27, 2022.

The parties further agree that, in the event Viasat responds to the Complaint by motion, Plaintiffs' opposition to such motion shall be due November 17, 2022, and Viasat's Reply shall be due November 30, 2022.

Dated: August 22, 2022       Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ Lillian J. Mao*
    Lillian J. Mao

*Attorneys for Plaintiffs*

BARTLIT BECK LLP

By: */s/ Matthew Ford*
    Matthew Ford

*Attorneys for Defendant*

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

By: */s/ Lillian J. Mao*
    Lillian J. Mao