1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
2 | stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
3 | patrickcurran@quinnemanuel.com
4 | 111 Huntington Ave, Suite 520
  Boston, MA 02199
5 | Telephone:  (617) 712-7100
  Facsimile:   (617) 712-7200

6 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
7 | jodiecheng@quinnemanuel.com
  Gyushik Kevin Jang (Bar No. 337747)
8 | kevinjang@quinnemanuel.com
9 | 50 California Street, 22nd Floor
  San Francisco, CA 94111
10 | Telephone:  (415) 875-6600
  Facsimile:   (415) 875-6700

11 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola Felice (*pro hac forthcoming*)
12 | nicolafelice@quinnemanuel.com
13 | 51 Madison Avenue, 22nd Floor
  New York, NY 10010
14 | Telephone:  (212) 849-7000
  Facsimile:   (212) 849-7100

*Attorneys for Defendant ViaSat Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-04376-HSG <br><br> **NOTICE OF APPEARANCE OF JODIE CHENG** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jodie Cheng of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111, hereby appears as counsel on behalf of Defendant ViaSat Inc. in the above-referenced matter. Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

> Jodie Cheng
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> jodiecheng@quinnemanuel.com

DATED: August 29, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Jodie Cheng*
Jodie Cheng
*Attorney for Defendant ViaSat Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, a copy of the foregoing motion, entitled NOTICE OF APPEARANCE OF Jodie Cheng was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: August 29, 2022                    By  /s/ Jodie Cheng
                                              Jodie Cheng