1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Steven Cherny (*pro hac forthcoming*)
2    stevencherny@quinnemanuel.com
     Patrick D. Curran (Bar No. 241630)
3    patrickcurran@quinnemanuel.com
   111 Huntington Ave, Suite 520
4  Boston, MA 02199
   Telephone:   (617) 712-7100
5  Facsimile:   (617) 712-7200

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jodie Cheng (Bar No. 292330)
7    jodiecheng@quinnemanuel.com
     Gyushik Kevin Jang (Bar No. 337747)
8    kevinjang@quinnemanuel.com
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone:   (415) 875-6600
10 Facsimile:   (415) 875-6700

11 QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Nicola Felice (*pro hac forthcoming*)
12   nicolafelice@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
13 New York, NY 10010
   Telephone:   (212) 849-7000
14 Facsimile:   (212) 849-7100

15
   *Attorneys for Defendant ViaSat Inc.*
16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18
                              **OAKLAND DIVISION**
19

20 | WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*, | Case No.: 4:22-cv-04376-HSG |
21 |                                                 | **NOTICE OF APPEARANCE OF PATRICK D. CURRAN** |
22 |                    Plaintiff,                  |                               |
23 |                    v.                          |                               |
24 | VIASAT, INC.,                                   |                               |
25 |                    Defendant.                  |                               |

26

27

28

---

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Patrick D. Curran of Quinn Emanuel Urquhart & Sullivan, LLP, 111 Huntington Avenue, Suite 520, Boston, MA 02199, hereby appears as counsel on behalf of Defendant ViaSat Inc. in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

>  Patrick D. Curran
>  QUINN EMANUEL URQUHART & SULLIVAN, LLP
>  111 Huntington Avenue, Suite 520
>  Boston, MA 02199
>  patrickcurran@quinnemanuel.com

DATED: August 30, 2022                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ *Patrick D. Curran*
   Patrick D. Curran
   *Attorney for Defendant ViaSat Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2022, a copy of the foregoing motion, entitled NOTICE OF APPEARANCE OF Patrick D. Curran was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED:  August 30, 2022                              By  */s/ Patrick D. Curran*
                                                                                             Patrick D. Curran