1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

Pursuant to Civil Local Rules 6-1(b) and 6-2 and the Court's standing orders, Plaintiffs Western Digital Technologies, Inc. *et al.* and Defendant Viasat, Inc. ("Viasat") hereby stipulate to and respectfully request a continuance of the initial case management conference to January 24, 2023, or a later date in accordance with the Court's schedule.

The case management conference is currently scheduled for November 1, 2022. By stipulation, Viasat's response to Plaintiffs' Complaint is currently due October 27, 2022, and briefing in the event that Viasat responds to the Complaint by motion would be completed November 30, 2022 (Dkt. 21). Accordingly, the parties agree and submit to the Court that continuing the initial case management conference would better enable to parties to account for the status of the pleadings and any associated motion practice while addressing case management and scheduling issues. Pursuant to Civil L.R. 6-2(a), the parties state that, other than the aforementioned stipulation, there have no other time modifications in this case, and the requested continuance will not impact the case schedule because no case schedule has yet been entered. The parties have conferred and identified January 24, 2023 as a date that works for counsel and appears available on the Court's calendar.

Therefore, the parties jointly request that the case management conference be continued from November 1, 2022, to January 24, 2023, at 2:00 p.m.

Dated: October 20, 2022

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/Lillian J. Mao*
     Lillian J. Mao

*Attorneys for Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/Jodie W. Cheng*
     Jodie W. Cheng

*Attorneys for Defendant*

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that all signatories have concurred in the filing of this document.

By: /s/Jodie W. Cheng
Jodie W. Cheng

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge