QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyushik (Kevin) Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola Felice (*pro hac forthcoming*)
  nicolafelice@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Defendant ViaSat Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-04376-HSG<br><br>**NOTICE OF APPEARANCE GYUSHIK (KEVIN) JANG** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Gyushik (Kevin) Jang of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111, hereby appears as counsel on behalf of Defendant ViaSat Inc. in the above-referenced matter. Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

> Gyushik (Kevin) Jang
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> kevinjang@quinnemanuel.com

DATED: October 24, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                       By  /s/ *Gyushik (Kevin) Jang*
                                           *Gyushik (Kevin) Jang*
                                           *Attorney for Defendant ViaSat Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2022, a copy of the foregoing motion, entitled NOTICE OF APPEARANCE OF Gyushik (Kevin) Jang was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: October 24, 2022     By  */s/ Gyushik (Kevin) Jang*
                                Gyushik (Kevin) Jang