QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF JODIE CHENG IN SUPPORT OF DEFENDANT VIASAT, INC.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

I, Jodie W. Cheng, declare as follows:

1. I am a member of the bar of the State of California and Of Counsel with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Viasat, Inc. ("Viasat") in the above-captioned case.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Viasat's Motion To Dismiss the Complaint for Lack of Subject Matter Jurisdiction.

4. Attached hereto as **Exhibit 1**, is a letter from Defendant's counsel, Patrick Curran, to Plaintiffs' Counsel, L. Kieran Kieckhefer, dated October 17, 2022.

5. Attached hereto as **Exhibit 2**, is a letter from Plaintiffs' counsel, L. Kieran Kieckhefer, to Defendant's counsel, Patrick Curran, dated October 25, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 27, 2022, in San Jose, California.

/s/ Jodie W. Cheng
Jodie W. Cheng