# EXHIBIT 2

SHEARMAN & STERLING LLP

535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
+1.415.616.1100

**Via Email (patrickcurran@quinnemanuel.com)**

October 25, 2022

Patrick Curran
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Ste 520
Boston, MA 02199-7626

<u>Western Digital Technologies, Inc. et. al v. Viasat, Inc</u>., No. 4:22-cv-04376 (N.D. Cal.)

Dear Patrick:

I write in response to your letter of October 17, 2022 regarding the five named plaintiffs. We disagree that the Complaint has failed to plausibly allege plaintiffs' standing. If you have any case law to support your position, though, we are willing to consider it. We note that *Crow Creek Sioux Tribe v. United States*, 900 F.3d 1350, 1355 (Fed. Cir. 2018), cited in your letter, concerns the standard for alleging standing generally, but it is not a patent case and does not involve facts anything like the situation here.

Further, we fully intend to produce in discovery the agreements that concern each plaintiff's interests in the asserted patents. The agreements are confidential and contain sensitive information about our clients' business, so they are not detailed in the publicly filed complaint—and again, we disagree that plaintiffs had any obligation to do so.

Sincerely,

/s/

**L. Kieran Kieckhefer**

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

Americas/2023404071.1