# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>            Plaintiff,<br><br>        v.<br><br>VIASAT, INC.,<br><br>            Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIASAT, INC.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

Having considered Viasat, Inc.'s Motion To Dismiss the Complaint for Lack of Subject Matter Jurisdiction (the "Motion to Dismiss"), and all briefing, evidence, and argument submitted in support and opposition thereof, the Court finds that the Complaint fails to plausibly allege that Plaintiffs have standing to bring this action, and thus the Court dismisses the Complaint for lack of subject matter jurisdiction.

THEREFORE, IT IS HEREBY ORDERED that Viasat, Inc.'s Motion To Dismiss is GRANTED.  The Complaint is hereby dismissed with leave to amend.

**IT IS SO ORDERED.**

Dated: _____       _____
                              The Honorable Haywood S. Gilliam, Jr.
                              United States District Judge