QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **DEFENDANT VIASAT, INC.'S CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Viasat Inc. further states that it is a Delaware corporation, it has no parent corporation, and no other publicly held company owns 10% or more of its stock.

| | |
|---|---|
| DATED: February 7, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/ Jodie Cheng |
| | *Attorneys for Defendant Viasat Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, a copy of the foregoing was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: February 7, 2023        By  /s/ Jodie Cheng
                                   Jodie Cheng