UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 4:22-cv-04376-HSG <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT |

CASE NO. 4:22-CV-04376-HSG
[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL

AMERICAS/2023815782.1

The Court has received Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Amended Complaint ("Motion"). Having considered the Motion and the supporting Declaration of Robert Stockton, IT IS HEREBY ORDERED THAT the Administrative Motion to File Under Seal is **GRANTED** as follows.

| Docket No. Public/ (Sealed) | Document | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. __ / (Dkt. No. __) | Plaintiffs' Amended Complaint | Highlighted text in paragraphs 20, 37, and 50 | Stockton Decl. at ¶¶ 3-7 | |

**IT IS SO ORDERED.**

DATED: _____

HAYWOOD S. GILLIAM, JR.
United States District Court Judge