1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT (DKT. 37)** |

1    Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of

2  Plaintiffs' Amended Complaint (Dkt. 37) ("Plaintiffs' Motion"), as well as the Declaration of Robert

3  Stockton in support thereof, Defendant Viasat, Inc.'s Opposition thereto, and all other matters of

4  record, the Court finds that no good cause exists to seal the portions submitted in connection with

5  Plaintiffs' Motion.  "The mere existence of a licensing agreement, and the identity of the parties

6  involved, is not protectable" through sealing.  *Dynetix Design Sols. Inc. v. Synopsys Inc.*, No. C 11-

7  CV-05973 PSG, 2013 WL 2285210, at *1 (N.D. Cal. May 23, 2013).

8    Accordingly, Plaintiffs' Motion is denied.

9

10    **IT IS SO ORDERED.**

11

12

13  Dated: _____

14                                                          _____
                                                          The Honorable Haywood S. Gilliam, Jr.
15                                                          United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Denying Plaintiffs' Administrative Mot. to File Under Seal (Dkt. 37)