UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIASAT, INC.'S MOTION TO DISMISS COUNT THREE OF THE AMENDED COMPLAINT (INFRINGEMENT OF THE '834 PATENT)** |

Having considered Viasat, Inc.'s Motion To Dismiss Count Three Of The Amended Complaint regarding infringement of U.S. Patent No. 8,504,834 (the "Motion to Dismiss"), and all briefing, evidence, and argument submitted in support and opposition thereof, the Court finds that every claim of the '834 patent is directed to an abstract idea and, whether considered in isolation or as an ordered combination, fails to recite an inventive concept that transforms the abstract idea into patent-eligible subject matter. As such, the '834 patent fails to claim subject matter that is eligible under 35 U.S.C. § 101.

THEREFORE, IT IS HEREBY ORDERED that Viasat, Inc.'s Motion To Dismiss is GRANTED. Count Three of the Amended Complaint, and any allegation or claim against Viasat, Inc. regarding infringement of the '834 patent, are hereby dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge