1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL PORTIONS OF VIASAT, INC'S MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK 3D IP HOLDINGS LTD. FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court having considered Defendant Viasat, Inc.'s ("Viasat") Administrative Motion to Conditionally File Under Seal Portions of Viasat's Motion To Dismiss Claims Of Western Digital Ireland Ltd. and Sandisk 3D IP Holdings Ltd. ("Viasat's Motion"), as well as the Declaration of Jodie Cheng in support thereof, and all other matters of record, the Court finds that good cause exists to seal the portions of Viasat's Motion To Dismiss while Plaintiffs' Administrative Motion (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39) are pending. The Court's rulings on the sealing requests are set forth below:

| Location of Purported Confidential Material | Ruling: |
|---|---|
| Defendant Viasat's Motion To Dismiss<br>Plaintiffs' Alleged Confidential Information Redacted at:<br>• pp. 1–5 | |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge