QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Nicola Felice (*pro hac forthcoming*)
  nicolafelice@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyushik (Kevin) Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>       Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>       Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL PORTIONS OF VIASAT, INC'S MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK STORAGE MALAYSIA SDN. BHD. FOR LACK OF SUBJECT MATTER JURISDICTION** |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5, Defendant Viasat, Inc. ("Viasat") respectfully moves for an order conditionally sealing portions of its Motion To Dismiss Claims Of Western Digital Ireland Ltd. And Sandisk Storage Malaysia Sdn. Bhd. For Lack Of Subject Matter Jurisdiction (the "Motion To Dismiss").  As explained in its pending Opposition To Plaintiffs' Administrative Motion To File Under Seal Portions Of Plaintiffs' Amended Complaint, filed at Dkt. 39, Viasat disagrees that any portion of Plaintiffs' Amended Complaint warrants sealing.  *See Dynetix Design Sols. Inc. v. Synopsys Inc.*, No. C 11-CV-05973 PSG, 2013 WL 2285210, at *1 (N.D. Cal. May 23, 2013).

Nevertheless, while Plaintiffs' Administrative Motion (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39), are pending before Court, Viasat moves for an order conditionally sealing the following portions of the Motion To Dismiss, which contain information that Plaintiffs have sought to file under seal (Dkt. 37).

The reasons and specific bases for sealing the documents and excerpts identified below are set forth in the Declaration of Jodie Cheng in Support of Viasat's Administrative Motion to Conditionally File Under Seal ("Cheng Decl.").

| **Location of Purported Confidential Material** | **Contains Purported Confidential Information Of:** |
|---|---|
| Defendant Viasat's Motion To Dismiss<br>Plaintiffs' Alleged Confidential Information Redacted at:<br>• pp. 1–5 | Plaintiffs |

For the foregoing reasons, and out of an abundance of caution, Viasat respectfully requests that the Court grant its Administrative Motion to Conditionally File Under Seal the portions of Viasat's Motion To Dismiss, at least while Plaintiffs' Administrative Motion (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39) are pending before the Court.

DATED: May 24, 2023                         Respectfully Submitted,


                                            By /s/ *Jodie Cheng*
                                                 Jodie Cheng

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Steven Cherny (*pro hac forthcoming*) |
| | stevencherny@quinnemanuel.com |
| 3 | Patrick Curran (Bar No. 241630) |
| 4 | patrickcurran@quinnemanuel.com |
| | Nicola Felice (*pro hac forthcoming*) |
| 5 | nicolafelice@quinnemanuel.com |
| 6 | 111 Huntington Ave, Suite 520 |
| | Boston, MA 02199 |
| 7 | Telephone:    (617) 712-7100 |
| | Facsimile:     (617) 712-7200 |
| 8 | |
| 9 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | Jodie Cheng (Bar No. 292330) |
| | jodiecheng@quinnemanuel.com |
| 11 | Gyushik (Kevin) Jang (Bar No. 337747) |
| | kevinjang@quinnemanuel.com |
| 12 | 50 California Street, 22nd Floor |
| 13 | San Francisco, CA 94111 |
| | Telephone:    (415) 875-6600 |
| 14 | Facsimile:     (415) 875-6700 |
| 15 | *Attorneys for Viasat, Inc.* |