1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2    Steven Cherny (*pro hac forthcoming*)
     stevencherny@quinnemanuel.com
3    Patrick Curran (Bar No. 241630)
     patrickcurran@quinnemanuel.com
4    Nicola Felice (*pro hac forthcoming*)
     nicolafelice@quinnemanuel.com
5  111 Huntington Ave, Suite 520
   Boston, MA 02199
6  Telephone:    (617) 712-7100
   Facsimile:    (617) 712-7200
7
   QUINN EMANUEL URQUHART &
8  SULLIVAN, LLP
     Jodie Cheng (Bar No. 292330)
9    jodiecheng@quinnemanuel.com
     Gyushik (Kevin) Jang (Bar No. 337747)
10   kevinjang@quinnemanuel.com
   50 California Street, 22nd Floor
11 San Francisco, CA 94111
   Telephone:    (415) 875-6600
12 Facsimile:    (415) 875-6700

13 *Attorneys for Defendant Viasat, Inc.*

14            **UNITED STATES DISTRICT COURT**

15           **NORTHERN DISTRICT OF CALIFORNIA**

16                  **OAKLAND DIVISION**

17

18 WESTERN DIGITAL TECHNOLOGIES,          CASE NO. 4:22-cv-04376-HSG
   INC., WESTERN DIGITAL IRELAND LTD.,
19 SANDISK 3D IP HOLDINGS LTD.,           **DECLARATION OF JODIE CHENG IN**
                                          **SUPPORT OF VIASAT, INC.'S**
20 SANDISK TECHNOLOGIES LLC,              **ADMINISTRATIVE MOTION TO**
   SANDISK STORAGE MALAYSIA SDN.          **CONDITIONALLY FILE UNDER SEAL**
21 BHD.,

22           Plaintiffs,

23
        v.
24
25 VIASAT, INC.,

26           Defendant.

27

28

I, Jodie Cheng, declare as follows:

1. I am an attorney licensed to practice law in the State of California and Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111. I am counsel for Defendant Viasat, Inc. ("Viasat") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Viasat's Motion To Dismiss Claims Of Western Digital Ireland Ltd. And Sandisk Storage Malaysia Sdn. Bhd. For Lack Of Subject Matter Jurisdiction (the "Motion To Dismiss").

4. I have reviewed the Motion To Dismiss. Portions of the Motion To Dismiss contain information that Plaintiffs assert are confidential information considered "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

5. The purported confidential information contained in the portions of the Motion To Dismiss are the subject of Plaintiffs' Administrative Motion to File Under Seal (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39)—which are pending before the Court.

6. Therefore, out of an abundance of caution and without any waiver, express or implied, there is good cause to seal the following portions of the Motion To Dismiss while Plaintiffs' Administrative Motion to File Under Seal (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39) are pending:

| Location of Purported Confidential Material | Purported Basis For Filing Under Seal: |
|---|---|
| Defendant Viasat's Motion To Dismiss Plaintiffs' Alleged Confidential Information Redacted at:<br>• pp. 1–5 | Plaintiffs contend that the information reflected in these portions of the Motion To Dismiss is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order and is entitled to sealing. |

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 24, 2023                    Respectfully Submitted,


                                   By  /s/ *Jodie Cheng*
                                       Jodie Cheng

2                           Case No. 4:22-cv-04376-HSG

J. Cheng Decl. ISO Viasat's Admin. Mot. to Conditionally File Under Seal