# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT VIASAT, INC.'S MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK STORAGE MALAYSIA SDN. BHD. FOR LACK OF SUBJECT MATTER JURISDICTION** |

Having considered Viasat, Inc.'s Motion To Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction (the "Motion to Dismiss"), and all briefing, evidence, and argument submitted in support and opposition thereof, the Court finds that the Amended Complaint fails to plausibly allege that Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. have standing to bring this action, and thus the Court dismisses the claims of those entities for lack of subject matter jurisdiction.

THEREFORE, IT IS HEREBY ORDERED that Viasat, Inc.'s Motion To Dismiss is GRANTED. The claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. are hereby dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge