QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Nicola Felice (*pro hac forthcoming*)
  nicolafelice@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyushik (Kevin) Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>                Plaintiffs,<br><br>       v.<br><br>VIASAT, INC.,<br><br>                Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**NOTICE OF WITHDRAWAL OF DKTS. 41-43** |

1  Defendant Viasat, Inc. ("Viasat") hereby withdraws the documents filed at Dkts. 41-43 because they contain an inadvertent error. The documents filed at Dkts. 41-43 reference or include the wrong title for Defendant's Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction ("Defendant's Motion to Dismiss"), as Plaintiffs' counsel brought to the undersigned counsels' attention after service on May 24, 2023. The documents filed at Dkts. 41-43 refer to Defendant's Motion to Dismiss as Viasat's "Motion To Dismiss Claims Of Western Digital Ireland Ltd. And SanDisk 3D IP Holdings Ltd. For Lack Of Subject Matter Jurisdiction." However, the body of Viasat's Motion to Dismiss requests that the Court dismiss the claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for lack of subject matter jurisdiction. Therefore, the correct title of Defendant's Motion to Dismiss is Viasat's "Motion To Dismiss Claims Of Western Digital Ireland Ltd. And SanDisk Storage Malaysia Sdn. Bhd.," which is reflected in the amended filings at Dkts. 44 and 45. Thus, Viasat hereby withdraws the documents filed at Dkts. 41-43. The documents filed at Dkts. 44 and 45 are the operative filings relating to Defendant's Motion to Dismiss.

DATED: May 26, 2023                         Respectfully Submitted,

By /s/ *Jodie Cheng*
    Jodie Cheng

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Nicola Felice (*pro hac forthcoming*)
  nicolafelice@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyushik (Kevin) Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Viasat, Inc.*