L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-04376-HSG<br><br>NOTICE OF CHANGE OF ADDRESS |

1  The undersigned attorney files this Notice of Change of Address and requests
2  that the Court's docket in the above-styled cause be updated accordingly.  My new
3  address is as follows:

4       L. Kieran Kieckhefer (SBN 251978)

5       Gibson, Dunn & Crutcher LLP

6       555 Mission Street Suite 3000

7       San Francisco, CA 94105-0921

8       Telephone: 415.393.8337

9       Email: KKieckhefer@gibsondunn.com

10  Dated:  May 27, 2023                     GIBSON, DUNN & CRUTCHER LLP

12                     By:  *L. Kieran Kieckhefer*
13                               L. Kieran Kieckhefer

14  Counsel for Plaintiffs