L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: lillian.mao@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al*,<br><br>            Plaintiffs,<br><br>       v.<br><br>VIASAT, INC.,<br><br>            Defendant. | Case No. 4:22-cv-4376-HSG<br><br>NOTICE OF CHANGE IN COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE pursuant to Civil L.R. 5-1(c)(2)(C) that the following attorneys have ceased to be involved in this case and withdraw as counsel for Plaintiffs:

- Matthew G. Berkowitz
- Patrick R. Colsher
- Yue (Joy) Wang
- Aaron Morris

All other counsel of record, including L. Kieran Kieckhefer and Lillian J. Mao, who are members of the Bar of this Court, will continue to serve as counsel of record for Plaintiffs.

Accordingly, it is hereby requested that the Court remove Matthew G. Berkowitz, Patrick R. Colsher, Yue (Joy) Wang, and Aaron Morris from the docket of this case and their names and email addresses from the service list that is on file with the Court in this action.

Respectfully Submitted,

Dated: May 31, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

Counsel for Plaintiffs