L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: lillian.mao@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-04376-HSG<br><br>STATEMENT IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF VIASAT, INC'S MOTION TO DISMISS |

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiffs file this statement under Civil L.R. 79-5(c)(1) seeking the permanent sealing of portions of Defendant's Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction (Dkt. 44-4) ("Motion to Dismiss").  Defendant's Motion to Dismiss references information from Plaintiffs' Amended Complaint (Dkt. 37-4) that Plaintiffs seek to maintain under seal.  For the same reasons set forth in Plaintiff's Motion to File Under Seal Portions of Plaintiffs' Amended Complaint (Dkt. 37) ("Motion to Seal") and the supporting declaration of Robert Stockton (Dkt. 37-1), which Plaintiffs incorporate herein by reference, the highlighted portions of Defendant's Motion to Dismiss should also remain sealed.  As explained in Plaintiffs' Motion to Seal, Plaintiffs' request is narrowly tailored to seal only information about the allocation of patent rights among Plaintiffs.

For the foregoing reasons, Plaintiffs respectfully request the sealing of the specified portions of Defendant's Motion to Dismiss.

| Docket No. Public/(Sealed) | Document | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| Dkt. No. 45 / (Dkt. No. 44-4) | Defendant's Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction | Highlighted text on pages 1-5 | Stockton Decl. (Dkt. 37-1) at ¶¶ 3-7 |

DATED:  May 31, 2023

GIBSON, DUNN & CRUTCHER LLP

By:      */s/ L. Kieran Kieckhefer*
          L. Kieran Kieckhefer

Attorneys for Plaintiffs