UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-04376-HSG<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF VIASAT, INC'S MOTION TO DISMISS |

The Court has received Defendant's Administrative Motion to Conditionally File Under Seal Portions of Viasat, Inc's Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction ("Motion") and Plaintiffs' Civil Local Rule 79-5(f)(3) Statement in Support ("Statement"). Having considered the Motion, the Statement, and the previously filed supporting Declaration of Robert Stockton (Dkt. 37-4), IT IS HEREBY ORDERED THAT the Administrative Motion to File Under Seal is **GRANTED** as follows.

| Docket No. Public/ (Sealed) | Document | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 45 / (Dkt. No. 44-4) | Defendant's Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction | Highlighted text on pages 1-5 | Stockton Decl. (Dkt. 37-1) at ¶¶ 3-7 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.
United States District Court Judge

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL     -1-     CASE NO. 4:22-CV-04376-HSG

AMERICAS/2023899334.1