1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION
11

| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*, | Case No.: 4:22-cv-4376-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE TIME FOR BRIEFING VIASAT'S MOTIONS TO DISMISS** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Western Digital Technologies, Inc. *et al.* and Defendant Viasat, Inc. ("Viasat") hereby stipulate and respectfully request that the Court enter an order to extend the time for briefing on Viasat's motions to dismiss (Dkts. 40, 45).

Viasat filed a motion to dismiss Count III of the Amended Complaint (Dkt. 40) and a motion to dismiss for lack of jurisdiction (Dkt. 45) on May 24, 2023.[1]

In view of the number, complexity, and importance of the issues raised by Viasat's motions, the parties agree that Plaintiffs' responses to both motions shall be due on **June 21, 2023**. The parties further agree that Viasat's replies to both motions shall be due on **July 7, 2023**.

The parties state that they have not previously requested any time modifications relating to these motions, and that the requested extension will not affect the case schedule because the motions are not set for hearing until August 17, 2023, and there are presently no other deadlines set in this case.

Dated: June 5, 2022

| SHEARMAN & STERLING LLP | QUINN EMANUEL URQUHART & SULLUVAN, LLP |
|---|---|
| By:   */s/ Lillian J. Mao*<br>       Lillian J. Mao | By:   */s/ Jodie Cheng*<br>       Jodie Cheng |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

By:*/s/ Lillian J. Mao*
       Lillian J. Mao

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/6/2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties agree that, for purposes of timeliness, Dkt. 40 should be deemed filed on May 23, 2023. *See* Dkt. 46.