L. Kieran Kieckhefer (SBN 251978)
Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: lillian.mao@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-04376-HSG<br><br>DECLARATION OF LILLIAN J. MAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>**Hearing**<br>Date: August 17, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Fl.<br>1301 Clay Street<br>Oakland, CA 94612 |

I, Lillian J. Mao, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and the United States District Court for the Northern District of California. I am an associate at the law firm of Shearman & Sterling LLP and counsel for Plaintiffs in this case. I am familiar with the files and documents in this case and submit this declaration concurrently with and in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss First Amended Complaint.

2. I have personal knowledge of all of the matters set forth in this declaration and if called, could and would testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the File History for U.S. Patent No. 8,504,834 (the "File History"). The File History was collected at my direction from the United States Patent and Trademark Office Patent Center website, at https://patentcenter.uspto.gov/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June 2023, at Menlo Park, California.

By:     */s/ Lillian J. Mao*
        Lillian J. Mao