L. Kieran Kieckhefer (SBN 251978)
Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: lillian.mao@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-04376-HSG<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE<br><br>**Hearing**<br>Date: August 17, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Fl.<br>1301 Clay Street<br>Oakland, CA 94612 |

Pursuant to Federal Rule of Evidence ("Rule") 201(c)(2), Plaintiffs respectfully request this Court take judicial notice of patent prosecution history of U.S. Patent No. 8,504,834 ("the Asserted Patent"), which is publicly available from government agency websites, and concurrently submitted as Exhibit A to the Declaration of Lillian Mao in Support of Plaintiffs' Opposition to Motion to Dismiss First Amended Complaint ("Mao Decl.").

**I.   JUDICIAL NOTICE OF THE PROSECUTION HISTORY IS APPROPRIATE**

"A fact is appropriate for judicial notice if it is not subject to reasonable dispute" and is "capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned." *Sun-Mate Corp. v. Koolatron Corp.*, No. SACV 10- 04735 JST(JCGx), 2010 WL 11552980, at *2 (C.D. Cal. Nov. 16, 2010); *see also* Fed. R. Evid. 201(b); *NetFuel, Inc. v. Cisco Sys. Inc.*, No. 5:18-CV-02352-EJD, 2018 WL 4510737, at *2 n.1 (N.D. Cal. Sept. 18, 2018) (taking judicial notice of the file history "on its own, without a formal request," and finding that "[j]udicial notice of matters of public record, including administrative records and procedures are appropriate under Rule 201."; *Coinstar, Inc. v. CoinBank Automated Sys.*, 998 F.Supp. 1109, 1114 (N.D. Cal. 1998) (granting plaintiff's request for judicial notice of patent file histories); *SEMICAPS Pte Ltd. v. Hamamatsu Corp.*, 393 F. Supp. 3d 802, 806 n.2 (N.D. Cal. 2019) (same). "Matters of public record," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), and "[f]acts contained in the public record," *Sun-Mate Corp.*, 2010 WL 11552980, at *2, may be judicially noticed. A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Courts have regularly taken judicial notice of patent prosecution history files. *See Coffelt v. NVIDIA Corp.*, No. LACV 16-00457 SJO(KKx), 2016 WL 7507763, at *2 (C.D. Cal. June 21, 2016), *aff'd*, 680 F. App'x 1010 (Fed. Cir. 2017) (taking judicial notice of the prosecution history of the asserted patent as "a public record that consists of the complete record of the proceedings before the PTO and includes the prior art cited during the examination of the patent") (citations omitted); *Colt Int'l Clothing Inc. v. Quasar Sci., LLC*, 304 F. Supp. 3d 891, 892 (C.D. Cal. 2018) (taking judicial notice of documents from the prosecution history of the asserted patents); *Wi-LAN Inc. v. LG Elecs., Inc.*, 382 F. Supp. 3d 1012, 1027 (S.D. Cal. 2019) (taking judicial notice of the prosecution history); *Palo Alto Rsch. Ctr., Inc.*

*v. Facebook, Inc.*, No. LACV 20-10753 AB(MRWx), 2021 WL 1583906, at *3 (C.D. Cal. Mar. 16, 2021) agreeing that the "file histories of the disputed patents are public records of which the [c]ourt may take judicial notice").

## II.  CONCLUSION

Based on the foregoing, Plaintiffs respectfully request the Court grant its request for judicial notice of the Asserted Patent's prosecution history (Exhibit A to the Mao Decl.).

DATED:  June 21, 2023                                    GIBSON, DUNN & CRUTCHER LLP

By:    */s/  L. Kieran Kieckhefer*
              L. Kieran Kieckhefer

Attorneys for Plaintiffs