UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-04376-HSG<br><br>[PROPOSED] ORDER ON PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE<br><br>**Hearing**<br>Date: August 17, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Fl.<br>1301 Clay Street<br>Oakland, CA 94612 |

[PROPOSED] ORDER ON PLS' REQUEST FOR JUDICIAL NOTICE

CASE NO. 4:22-CV-04376-HSG

1  Based on the supporting and opposing papers, the exhibits attached, other related
2  documents filed with the Court in connection with this motion, as well as the papers and records
3  on file in this action, Plaintiffs' Request for Judicial Notice is GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
THE HONRABLE HAYWOOD S. GILLIAM, JR.