L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: lillian.mao@shearman.com

Ahmed E. ElDessouki (*Pro Hac Vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4908
Email: ahmed.eldessouki@shearman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 4:22-cv-04376-HSG <br><br> ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT VIASAT, INC.'S MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK STORAGE MALAYSIA SDN. BHD. FOR LACK OF SUBJECT MATTER JURISDICTION |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs file this Administrative Motion to File Under Seal the highlighted portions of Plaintiffs' Opposition to Defendant Viasat, Inc.'s Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction ("Opposition").

The "compelling reasons" standard applies to sealing briefing on dispositive motions. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Plaintiffs' Opposition references information from Plaintiffs' Amended Complaint (Dkt. 37-4) that Plaintiffs seek to maintain under seal. For the same reasons set forth in Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Amended Complaint (Dkt. 37) ("Motion to Seal") and the supporting declaration of Robert Stockton (Dkt. 37-1), which Plaintiffs incorporate herein by reference, the highlighted portions of Plaintiffs' Opposition should also remain sealed. As explained in Plaintiffs' Motion to Seal, Plaintiffs' request is narrowly tailored to seal only information about the allocation of patent rights among Plaintiffs.

For the foregoing reasons, Plaintiffs respectfully request the sealing of the specified portions of Plaintiffs' Opposition.

| Document | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|
| Plaintiffs' Opposition to Defendant Viasat, Inc.'s Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction | Highlighted text on pages 2-5 | Stockton Decl. (Dkt. 37-1) at ¶¶ 3-7 |

DATED:  June 21, 2023

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ L. Kieran Kieckhefer_____
         L. Kieran Kieckhefer

Attorneys for Plaintiffs