1
2
3
4
5
6
7

8                               UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                       OAKLAND DIVISION

| | |
|---|---|
| 11  WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., 12  SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK 13  STORAGE MALAYSIA SDN. BHD., 14                     Plaintiffs, 15              v. 16  VIASAT, INC., 17                     Defendant. | Case No. 4:22-cv-04376-HSG  [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT VIASAT, INC.'S MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK STORAGE MALAYSIA SDN. BHD. FOR LACK OF SUBJECT MATTER JURISDICTION |

18
19
20
21
22
23
24
25
26
27
28

CASE NO. 4:22-CV-04376-HSG
[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL

AMERICAS/2023916189.1

The Court has received Defendant's Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Defendant Viasat, Inc.'s Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction ("Motion to Seal").  Having considered the Motion to Seal and the previously filed supporting Declaration of Robert Stockton (Dkt. 37-4), IT IS HEREBY ORDERED THAT the Administrative Motion to File Under Seal is **GRANTED** as follows.

| Docket No. Public/ (Sealed) | Document | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. __ / (Dkt. No. __) | Plaintiffs' Opposition to Defendant Viasat, Inc.'s Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction | Highlighted text on pages 2-5 | Stockton Decl. (Dkt. 37-1) at ¶¶ 3-7 | |

**IT IS SO ORDERED.**

DATED: _____

HAYWOOD S. GILLIAM, JR.
United States District Court Judge