QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Nicola Felice (*pro hac forthcoming*)
  nicolafelice@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:     (617) 712-7100
Facsimile:     (617) 712-7200

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyushik (Kevin) Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **DECLARATION OF JODIE CHENG IN SUPPORT OF VIASAT, INC.'S ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL PORTIONS OF VIASAT, INC'S REPLY IN SUPPORT OF MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK STORAGE MALAYSIA SDN. BHD. FOR LACK OF SUBJECT MATTER JURISDICTION** |

I, Jodie Cheng, declare as follows:

1. I am an attorney licensed to practice law in the State of California and Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111.  I am counsel for Defendant Viasat, Inc. ("Viasat") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Viasat's Administrative Motion to Conditionally File Under Seal Portions of Viasat Inc.'s Reply in Support of Motion To Dismiss Claims Of Western Digital Ireland Ltd. And SanDisk Storage Malaysia Sdn. Bhd. For Lack Of Subject Matter Jurisdiction (the "Reply").

4. I have reviewed the Reply.  Portions of the Reply contain information that Plaintiffs assert are confidential information considered "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

5. The purported confidential information contained in the portions of the Reply are the subject of Plaintiffs' Administrative Motion to File Under Seal (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39)—which are pending before the Court.

6. Therefore, out of an abundance of caution and without any waiver, express or implied, there is good cause to seal the following portions of the Reply while Plaintiffs' Administrative Motion to File Under Seal (Dkt. 37) and Viasat's Opposition thereto (Dkt. 39) are pending:

| **Location of Purported Confidential Material** | **Purported Basis For Filing Under Seal:** |
|---|---|
| Defendant Viasat's Reply in Support of Motion To Dismiss Plaintiffs' Alleged Confidential Information Redacted at:<br>• pp. 1–8 | Plaintiffs contend that the information reflected in these portions of the Reply is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order and is entitled to sealing. |

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| DATED: July 7, 2023 | Respectfully Submitted, |
| | By /s/ *Jodie Cheng* |
| | Jodie Cheng |