QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:  (617) 712-7100
Facsimile:  (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF JODIE CHENG IN SUPPORT OF DEFENDANT VIASAT, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS CLAIMS OF WESTERN DIGITAL IRELAND LTD. AND SANDISK STORAGE MALAYSIA SDN. BHD. FOR LACK OF SUBJECT MATTER JURISDICTION** |

I, Jodie W. Cheng, declare as follows:

1. I am a member of the bar of the State of California and Of Counsel with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Viasat, Inc. ("Viasat") in the above-captioned case.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Viasat's Reply in Support of its Motion To Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction.

4. Attached hereto as **Exhibit A**, is an Assignment to Western Digital Technologies, Inc. of U.S. Patent Application No. 13/460,805, which later issued as U.S. Patent No. 8,914,634 and of which U.S. Patent No. 9,424,400 is a continuation and thus encompassed by the Assignment, recorded with the United States Patent and Trademark Office on June 29, 2015, and downloaded from the United States Patent and Trademark Office's website, https://assignment.uspto.gov/patent/index.html#/patent/search.

5. Attached hereto as **Exhibit B**, is an Assignment to Western Digital Technologies, Inc. of U.S. Patent Application No. 14/615,367, which later issued as U.S. Patent No. 9,948,618 and of which U.S. Patent No. 10,447,667 is a continuation and thus encompassed by the Assignment, recorded with the United States Patent and Trademark Office on November 30, 2015, and downloaded from the United States Patent and Trademark Office's website, https://assignment.uspto.gov/patent/index.html#/patent/search.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 7, 2023, in San Francisco, California.

*/s/ Jodie W. Cheng*
Jodie W. Cheng