# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT3418226
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| DAVID L. BLANKENBECKLER | 06/05/2012 |
| DANNY O. YBARRA | 06/18/2012 |
| LAMBERTUS HESSELINK | 07/11/2012 |

### RECEIVING PARTY DATA

| Name: | WESTERN DIGITAL TECHNOLOGIES, INC. |
| --- | --- |
| Street Address: | 3355 MICHELSON DRIVE, STE. 100 |
| City: | IRVINE |
| State/Country: | CALIFORNIA |
| Postal Code: | 92612 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
| --- | --- |
| Application Number: | 14571178 |

### CORRESPONDENCE DATA

Fax Number: (949)672-6604
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone: 9496729439
Email: Tanya.Josephs@wdc.com
Correspondent Name: TANYA JOSEPHS
Address Line 1: WESTERN DIGITAL CORPORATION
Address Line 2: 3355 MICHELSON DRIVE, SUITE 100
Address Line 4: IRVINE, CALIFORNIA 92612

| ATTORNEY DOCKET NUMBER: | T5921.C1 |
| --- | --- |
| NAME OF SUBMITTER: | TANYA JOSEPHS |
| SIGNATURE: | /TANYA JOSEPHS/ |
| DATE SIGNED: | 06/29/2015 |

Total Attachments: 4
source=T5921C1_Assignment_EFS#page1.tif
source=T5921C1_Assignment_EFS#page2.tif
source=T5921C1_Assignment_EFS#page3.tif

PATENT
Atty. Docket No.: T5921

## ASSIGNMENT

Whereas, we, **DAVID L. BLANKENBECKLER**, a citizen of the **United States of America**, residing at **Longmont, Colorado**; **DANNY O. YBARRA** a citizen of the **United States of America**, residing at **Mission Viejo, California**; and **LAMBERTUS HESSELINK,** a citizen of the **Netherlands**, residing at **Atherton, California**, have invented certain new and useful improvements in **DIGITAL RIGHTS MANAGEMENT SYSTEM TRANSFER OF CONTENT AND DISTRIBUTION** (hereafter "Improvements") for which we have executed an application for a United States Patent filed **April 30, 2012**, Application No. **13/460,805** (hereafter "Application"); and

Whereas, **Western Digital Technologies, Inc.** (hereafter "Assignee"), a Delaware Corporation, desires to acquire the entire right, title, and interest in and to the Improvements and the Application.

Now, therefore, that for good and valuable consideration, the receipt of which is hereby acknowledged, we hereby acknowledge that we have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, unto the Assignee, its successors, legal representatives and assignees, the entire right, title, and interest throughout the world in, to and under the Improvements, and the Application and all divisions, renewals and continuations thereof, and all Letters Patent of the United States which may be granted thereof and all reissues and extensions thereof, and all rights of priority under International Conventions and applications for Letters Patent which may hereafter be filed for the Improvements in any country or countries foreign to the United States and all extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents on applications as aforesaid, to issue all Letters Patents for the Improvements to the Assignee, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

We hereby covenant and agree that we will communicate to the Assignee, its successors, legal representatives and assigns, any facts known to me respecting the Improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths and aid the Assignee, its successors, legal representatives and assigns, to obtain and enforce proper patent protection for the Improvements in all countries.

ASSIGNMENT

PATENT
Atty. Docket No.: T5921

Title of Invention: **DIGITAL RIGHTS MANAGEMENT SYSTEM TRANSFER OF CONTENT AND DISTRIBUTION**

---

_[signature]_      6/5/2012
**DAVID L. BLANKENBECKLER**      Date

State of ~~Colorado~~ California    )
                                ) ss.
County of Orange    )

On June 5, 2012, before me, Annette L. German, Notary Public, personally appeared **DAVID L. BLANKENBECKLER** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Colorado that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Annette L. German_
                Signature of Notary Public

[Notary Seal:
ANNETTE L. GERMAN
Commission # 1816252
Notary Public - California
Orange County
My Comm. Expires Oct 5, 2012]

ASSIGNMENT

PATENT
Atty. Docket No.: T5921

Title of Invention: **DIGITAL RIGHTS MANAGEMENT SYSTEM TRANSFER OF CONTENT AND DISTRIBUTION**

_____   6/18/2012
**DANNY O. YBARRA**                          Date

State of California       )
                          ) ss.
County of Orange          )

On June 18, 2012, before me, Annette L. German, Notary Public, personally appeared **DANNY O. YBARRA** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Annette L. German_
Signature of Notary Public

ANNETTE L. GERMAN
Commission # 1816252
Notary Public - California
Orange County
My Comm. Expires Oct 5, 2012

ASSIGNMENT

PATENT
Atty. Docket No.: T5921

Title of Invention: **DIGITAL RIGHTS MANAGEMENT SYSTEM TRANSFER OF CONTENT AND DISTRIBUTION**

---

_____    7/11/12
**LAMBERTUS HESSELINK**             Date

State of California          )
                             ) ss.
County of SANTA CLARA )

On 7/11/12, before me, BEN NGAN, Notary Public, personally appeared **LAMBERTUS HESSELINK** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Ben Ngan_____
Signature of Notary Public

BEN NGAN
Commission # 1922901
Notary Public - California
Santa Clara County
My Comm. Expires Feb 19, 2015

Page 4 of 4

**PATENT**