# EXHIBIT B

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1　　　　　　　　　　　　　　　　　　　　　　　EPAS ID: PAT3635658
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| DEAN M. JENKINS | 11/25/2015 |
| ROBERT P. RYAN | 11/28/2015 |

### RECEIVING PARTY DATA

| Name: | WESTERN DIGITAL TECHNOLOGIES, INC. |
| --- | --- |
| Street Address: | 3355 MICHELSON DRIVE, SUITE 100 |
| City: | IRVINE |
| State/Country: | CALIFORNIA |
| Postal Code: | 92612 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
| --- | --- |
| Application Number: | 14615367 |

### CORRESPONDENCE DATA

**Fax Number:** (949)672-6604

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 949-672-7871
**Email:** paulette.halili@wdc.com
**Correspondent Name:** WESTERN DIGITAL
**Address Line 1:** ATTN: IP LAW DEPARTMENT
**Address Line 2:** 3355 MICHELSON DRIVE, SUITE 100
**Address Line 4:** IRVINE, CALIFORNIA 92612

| ATTORNEY DOCKET NUMBER: | T7835 |
| --- | --- |
| NAME OF SUBMITTER: | PAULETTE HALILI |
| SIGNATURE: | /Paulette Halili/ |
| DATE SIGNED: | 11/30/2015 |

**Total Attachments:** 2
source=T7835_Assignment_EFS#page1.tif
source=T7835_Assignment_EFS#page2.tif

**PATENT**
Atty. Docket No.: T7835

## ASSIGNMENT

Whereas, we, **DEAN M. JENKINS**, a citizen of **the United States of America**, residing at **LA CANADA-FLINTRIDGE, California**; and **ROBERT P. RYAN**, a citizen of **the United States of America**, residing at **MISSION VIEJO, California**, have invented certain new and useful improvements in **SECURE STREAM BUFFER ON NETWORK ATTACHED STORAGE** (hereafter "Improvements") for which we have executed an application for a United States Patent filed **February 5, 2015**, Application No. **14/615,367** (hereafter "Application"); and

Whereas, **Western Digital Technologies, Inc.** (hereafter "Assignee"), a Delaware Corporation, desires to acquire the entire right, title, and interest in and to the Improvements and the Application.

Now, therefore, that for good and valuable consideration, the receipt of which is hereby acknowledged, we hereby acknowledge that we have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, unto the Assignee, its successors, legal representatives and assignees, the entire right, title, and interest throughout the world in, to and under the Improvements, and the Application and all provisionals, divisions, renewals and continuations thereof, and all Letters Patent of the United States which may be granted thereof and all reissues and extensions thereof, and all rights of priority under International Conventions and applications for Letters Patent which may hereafter be filed for the Improvements in any country or countries foreign to the United States and all extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents on applications as aforesaid, to issue all Letters Patents for the Improvements to the Assignee, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

We hereby covenant and agree that we will communicate to the Assignee, its successors, legal representatives and assigns, any facts known to us respecting the Improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths and aid the Assignee, its successors, legal representatives and assigns, to obtain and enforce proper patent protection for the Improvements in all countries.

This agreement shall be deemed to have been executed and delivered within the State of California, and the rights and obligations of the parties hereunder shall be construed and enforced in accordance with, and governed by, the laws of the State of California without regard to any principles of conflict of laws that would result in the application of the laws of any other jurisdiction. In the event a judicial proceeding is necessary, the exclusive forums for resolving disputes arising under or relating to this agreement shall be the state and federal courts located within the County of Orange, California, and all related appellate courts and the parties hereby consent to the exclusive jurisdiction of such courts, and hereby waive any and all objections based on venue or forum non conveniens.

**PATENT**
REEL: 037169 FRAME: 0257

ASSIGNMENT                                                                    PATENT
                                                           Atty. Docket No.:  T7835


Title of Invention:  SECURE STREAM BUFFER ON NETWORK ATTACHED STORAGE

---

The parties agree that this agreement may be electronically signed. The parties agree that the electronic signatures appearing on this agreement are the same as handwritten signatures for the purposes of validity, enforceability and admissibility.

*/ Dean M Jenkins /*
/Dean M Jenkins/ (Nov. 25, 2015)
**DEAN M. JENKINS**

*/Robert P. Ryan/*
/Robert P. Ryan/ (Nov. 28, 2015)
**ROBERT P. RYAN**

Page 2 of 2
**PATENT**