1  GIBSON, DUNN & CRUTCHER LLP
   LILLIAN MAO, SBN 267410
2     LMao@gibsondunn.com
   310 University Avenue
3  Palo Alto, California  94301
   Telephone:  650.849.5300
4  Facsimile:   650.849.5333

5  Attorneys for Plaintiffs

 

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**NOTICE OF CHANGE OF ADDRESS** |

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly. My new address is as follows:

>LILLIAN MAO, SBN 267410
>LMao@gibsondunn.com
>310 University Avenue
>Palo Alto, CA 94301
>Telephone:  650.849.5300
>Facsimile:   650.849.5333

DATED: July 11, 2023                     Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lillian Mao*
       Lillian Mao

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Lillian Mao, hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Lillian Mao*
Lillian Mao