L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-4376-HSG <br><br> **STATEMENT IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF VIASAT, INC'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiffs file this statement under Civil L.R. 79-5(c)(1) seeking the permanent sealing of portions of Defendant Viasat, Inc.'s Reply in Support of Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction (Dkt. 58-4) ("Reply").  Defendant's Reply references information from Plaintiffs' Amended Complaint (Dkt. 37-4) that Plaintiffs seek to maintain under seal.  For the same reasons set forth in Plaintiff's Motion to File Under Seal Portions of Plaintiffs' Amended Complaint (Dkt. 37) ("Motion to Seal") and the supporting declaration of Robert Stockton (Dkt. 37-1), which Plaintiffs incorporate herein by reference, the highlighted portions of Defendant's Reply should also remain sealed.  As explained in Plaintiffs' Motion to Seal, Plaintiffs' request is narrowly tailored to seal only information about the allocation of patent rights among Plaintiffs.

For the foregoing reasons, Plaintiffs respectfully request the sealing of the specified portions of Defendant's Reply.

| Docket No. Public/(Sealed) | Document | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| Dkt. No. 59 / (Dkt. No. 58-4) | Defendant Viasat, Inc.'s Reply in Support of Motion to Dismiss Claims of Western Digital Ireland Ltd. and SanDisk Storage Malaysia Sdn. Bhd. for Lack of Subject Matter Jurisdiction | Highlighted text on pages 1-4 and 6-8 | Stockton Decl. (Dkt. 37-1) at ¶¶ 3-7 |

DATED: July 13, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Kieran Kieckhefer*
Kieran Kieckhefer

*Attorneys for Plaintiffs*