L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>    Plaintiff,<br><br>  v.<br><br>VIASAT, INC.,<br><br>    Defendant. | Case No. 4:22-cv-04376-HSG<br><br>NOTICE OF CHANGE OF ADDRESS |

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly. My new address is as follows:

>Ahmed ElDessouki (*pro hac vice*)
>
>Gibson, Dunn & Crutcher LLP
>
>200 Park Avenue
>
>New York, NY 10166-0193
>
>Telephone: 212.351.2345
>
>AElDessouki@gibsondunn.com

Dated: July 15, 2023                         GIBSON, DUNN & CRUTCHER LLP

                                                 By:   /s/  Ahmed ElDessouki
                                                                    Ahmed ElDessouki

                                               Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Ahmed ElDessouki, hereby certify that on July 15, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Ahmed ElDessouki*
Ahmed ElDessouki