QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:  (617) 712-7100
Facsimile:  (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>VIASAT, INC.,<br><br>                    Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DEFENDANT VIASAT, INC.'S STATEMENT OF RECENT DECISION RELEVANT TO DKT. 40** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

Defendant Viasat, Inc. ("Viasat") hereby respectfully submits this Statement of Recent Decision in support of Viasat's Motion to Dismiss Count III of the Amended Complaint (Dkt. 40 (the "Motion")) concerning asserted U.S. Patent No. 8,504,834 and its lack of patent-eligible subject matter. Viasat filed the Motion on May 24, 2023 and the Reply (Dkt. 57) on July 7, 2023.

On August 2, 2023, the Federal Circuit issued its decision in **Realtime Data LLC v. Array Networks Inc., No. 2021-2251, 2023 WL 4924814 (Fed. Cir. Aug. 2, 2023)**. A copy of the opinion is attached as Exhibit A. The opinion is relevant to the issues presented in the Motion, and was decided after Viasat filed its Motion and Reply.

DATED: August 20, 2023          QUINN EMANUEL URQUHART
                                & SULLIVAN, LLP


                                By /s/ *Jodie Cheng*
                                   Jodie Cheng

                                   *Attorneys for Defendant ViaSat Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2023, a copy of the foregoing statement, was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: August 20, 2023        By  */s/ Jodie Cheng*
                                  Jodie Cheng