UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Western Digital Technologies, Inc., Western Digital Ireland Ltd., SanDisk 3D IP Holdings, Ltd., SanDisk Technologies LLC, SanDisk Storage Malaysia SDN. BHD. ⊞ , | Case No. 4:22-cv-4376-HSG |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Viasat, Inc. , | |
| Defendant(s). | |

I, Steven Cherny , an active member in good standing of the bar of

the State of Massachusetts , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Viasat, Inc. in the

above-entitled action. My local co-counsel in this case is Jodie W. Cheng , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 292330 .

| | |
|---|---|
| 111 Huntington Ave, Suite 520 Boston, MA 02199 | 50 California St., 22nd Floor San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 617-712-7100 | 415-875-6600 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| stevencherny@quinnemanuel.com | jodiecheng@quinnemanuel.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 706132 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court   0   times in the 12 months

preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 9/5/2023

                                       APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of  Steven Cherny  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California