L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**PLAINTIFFS' RESPONSE TO NOVEMBER 15, 2023 ORDER** |

The Court's November 15, 2023 Order Granting Motion to Dismiss Count Three of the Amended Complaint (Dkt. No. 75) dismissed Count Three with leave to amend and stated that "[f]ailure to remedy the deficiencies described in this order will result in dismissal with prejudice and without further leave to amend."  While Plaintiffs respectfully disagree with the Court's determination under 35 U.S.C. § 101 for all of the reasons set forth in its briefing on the issue (*see, e.g.*, Dkt. No. 53), Plaintiffs are not filing an amended complaint and instead reserve the right to appeal the Court's decision when final judgment is entered in this case.

DATED: December 6, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer
Lillian Mao
Ahmed ElDessouki

*Attorneys for Plaintiffs*