UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 22-cv-04376-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on December 19, 2023. Having considered the parties' proposals, *see* Dkt. No. 84, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, and Patent Local Rules 3-8 through 4-6:

| Event | Deadline |
|---|---|
| Exchange of proposed terms for construction | 1/25/2024 |
| Exchange of preliminary claim constructions and extrinsic evidence | 2/15/2024 |
| Plaintiff's Damages Contentions | 3/1/2024 |
| Joint claim construction and prehearing statement | 3/12/2024 |
| Expert reports in support of claim construction | 3/12/2024 |
| Deadline to Amend Pleadings | 3/28/2024 |
| Defendant's Responsive Damages Contentions | 4/2/2024 |
| Completion of claim construction discovery | 4/10/2024 |
| Opening Claim Construction Brief | 4/25/2024 |
| Responsive Claim Construction Brief | 5/9/2024 |
| Reply Claim Construction Brief | 5/16/2024 |

| Event | Deadline |
|---|---|
| Technology Tutorial | 5/30/2024 at 10:00AM |
| Claim Construction Hearing | 6/7/2024 at 2:00PM |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This order terminates docket no. 84.

**IT IS SO ORDERED.**

Dated:   12/27/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge