L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Lillian J. Mao (SBN 267410)
Gibson, Dunn & Crutcher LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (pro hac vice)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-4376-HSG <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that as of December 15, 2023, the San Francisco office of Gibson, Dunn & Crutcher LLP will have a new address as follows: **Gibson Dunn, One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715**. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

DATED: January 5, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ L. Kieran Kieckhefer*
  L. Kieran Kieckhefer

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, L. Kieran Kieckhefer, hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

106443469.1