UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,'

Plaintiff(s),

v.

VIASAT, INC.,                                ,

Defendant(s).

Case No. 4:22-CV-4376-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __Robert Vincent__, an active member in good standing of the bar of __the State of Texas__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __L. Kieran Kieckhefer__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __251978__.

| | |
|---|---|
| 2001 Ross Avenue Suite 2100<br>Dallas, TX 75201 | One Embarcadero Center Suite 2600,<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 214.698.3281 | 415.393.8200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| RVincent@gibsondunn.com | KKieckhefer@gibsondunn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __24056474__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 1/19/2024                              Robert Vincent
                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Robert Vincent  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/1/2024

UNITED S...



DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 18, 2024

Re: Mr. Robert Anthony Vincent, State Bar Number 24056474

To Whom It May Concern:

This is to certify that Mr. Robert Anthony Vincent was licensed to practice law in Texas on November 03, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167