L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
rvincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.   4:22-cv-04376-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PRIVATE ADR** |

United States District Court
Northern District of California

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant (collectively the "Parties") hereby jointly stipulate and agree as follows, subject to the approval of the Court, to extend the deadline to complete mediation:

WHEREAS, the Parties had stipulated, and the Court ordered on December 27, 2023, to conduct a private mediation by March 28, 2024 (Dkt. Nos. 83 and 85);

WHEREAS, the Parties have faced multiple scheduling conflicts in their efforts to schedule a private mediation; and

WHEREAS, the Parties have cleared scheduling conflicts for mediation in May 2024, and anticipate mediation will occur on or about May 15-17, 2024;

NOW, THEREFORE, the parties hereby stipulate and request the Court to Order that the deadline for completion of mediation be extended from March 28, 2024 to May 31, 2024.  No other deadlines will be affected by this change.

Dated: March 27, 2024        */s/ Ahmed ElDessouki*
                             Counsel for plaintiffs


Dated: March 27, 2024        */s/ Patrick Curran*
                             Counsel for defendant


**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

   */s/ Ahmed ElDessouki*
   *Counsel for Plaintiffs*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/28/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge