| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>Email: KKieckhefer@gibsondunn.com<br><br>Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>rvincent@gibsondunn.com<br><br>Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com<br><br>Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com<br><br>*Attorneys for Plaintiffs* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Steven Cherny (*pro hac forthcoming*)<br>  stevencherny@quinnemanuel.com<br>  Patrick Curran (Bar No. 241630)<br>  patrickcurran@quinnemanuel.com<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>Telephone:    (617) 712-7100<br>Facsimile:    (617) 712-7200<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Jodie Cheng (Bar No. 292330)<br>  jodiecheng@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>*Attorneys for Defendant.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.<br><br>          Plaintiffs,<br><br>     v.<br><br>VIASAT, INC.,<br><br>          Defendant. | Case No.   4:22-cv-04376-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION TO RESCHEDULE TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant (collectively the "Parties")
2  hereby jointly stipulate and agree as follows, subject to the approval of the Court, to continue the dates
3  for the technology tutorial and the claim construction hearing in this litigation:
4  WHEREAS, on December 27, 2023, this Court entered a scheduling order (Dkt. No. 86) setting
5  the Technology Tutorial in this case would be heard on May 30, 2024 at 10:00 AM and that arguments
6  concerning claim construction would be heard on June 7, 2024 at 2:00 PM; and
7  WHEREAS, the lead counsel for Plaintiffs, who will be presenting arguments, has a scheduling
8  conflict on June 7;
9  WHEREAS, counsel for Plaintiffs and for defendants are available on July 12 and July 19,
10 NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court to Order
11 that that the technology tutorial and the claim construction hearing shall be heard on July 12 and July
12 19, respectively, or as soon as practicable.  No other deadlines will be affected by this change.

Dated: April 3, 2024   /s/ Ahmed ElDessouki
                       Counsel for Plaintiffs

Dated: April 3, 2024   /s/ Patrick Curran
                       Counsel for Defendant

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

   */s/ Ahmed ElDessouki*
   *Counsel for Plaintiffs*