| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>Email: KKieckhefer@gibsondunn.com<br><br>Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>rvincent@gibsondunn.com<br><br>Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com<br><br>Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com<br><br>*Attorneys for Plaintiffs* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Steven Cherny (*pro hac forthcoming*)<br>  stevencherny@quinnemanuel.com<br>  Patrick Curran (Bar No. 241630)<br>  patrickcurran@quinnemanuel.com<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>Telephone:   (617) 712-7100<br>Facsimile:    (617) 712-7200<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Jodie Cheng (Bar No. 292330)<br>  jodiecheng@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>*Attorneys for Defendant.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, and SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | Case No.　4:22-cv-04376-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER TO RESCHEDULE TUTORIAL AND CLAIM CONSTRUCTION HEARING (as modified)** |

1     Upon consideration of the Joint Stipulation To Reschedule Technology Tutorial And Claim Construction Hearing, and good cause appearing, the Court hereby ORDERS that the technology tutorial and the claim construction hearing shall be heard on July 12 at 10 a.m. and July 19 at 2 p.m., respectively.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/4/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge