# EXHIBIT H

2/15/24, 1:43 PM
authentication from FOLDOC
Case 4:22-cv-04376-HSG    Document 103-8    Filed 04/25/24    Page 2 of 4

VIASAT_00013577



# authentication


The verification of the identity of a person or process. In a communication system, authentication verifies that messages really come from their stated source, like the signature on a (paper) letter. The most common form of authentication is typing a user name (which may be widely known or easily guessable) and a corresponding password that is presumed to be known only to the individual being authenticated. Another form of authentication is biometrics.

Last updated: 2007-02-22

**Nearby terms:**

Aurora ♦ Austin Kyoto Common Lisp ♦ **authentication** ♦ authoring ♦ autobaud

Try this search on Wikipedia, Wiktionary, Google, OneLook.

Not using Html Comment Box yet?

☐ Email Me Replies

Recent Updates  |  Missing Terms

Updated: Sun, 21 Jan 2024 22:48:42 GMT

15262 entries

Copyright Denis Howe 1985

VIASAT_00013578

Top Designer Clothing Brands
REVOLVE

VIASAT_00013579