# EXHIBIT 1



US 20090052671A1

(19) **United States**

(12) **Patent Application Publication**     (10) Pub. No.: **US 2009/0052671 A1**

Bauchot et al.     (43) **Pub. Date:     Feb. 26, 2009**

(54) **SYSTEM AND METHOD FOR CONTENT PROTECTION**

(76) Inventors:     **Frederic Bauchot**, Saint-Jeannet (FR); **Jean-Luc Collet**, La Gaude (FR); **Gerard Marmigere**, Drap (FR); **Christophe Mialon**, Vence (FR)

Correspondence Address:
**HOFFMAN WARNICK LLC**
**75 STATE ST, 14 FL**
**ALBANY, NY 12207 (US)**

(21) Appl. No.:     **12/195,598**

(22) Filed:     **Aug. 21, 2008**

(30)     **Foreign Application Priority Data**

Aug. 24, 2007    (EP)    ................................. 07301324.5

**Publication Classification**

(51) Int. Cl.
  *H04L 9/06*     (2006.01)
(52) U.S. Cl. ....................................................... 380/277

(57)     **ABSTRACT**

The invention provides a system and method for content protection. A system in accordance with an embodiment includes a media center connectable to a mobile master memory unit associated with an identifier, the media center including: a protection key; storage means for storing files identified by respective file identifiers; a processing unit comprising file encryption for encrypting each file before storage, using a title key computed from the protection key of the media center and for encrypting the title key using the protection key of the master storage device and the identifier of the master memory unit, the master storage device being further provided to write the encrypted title key in association with the corresponding file identifier to the master memory unit.



Case 4:22-cv-04376-HSG    Document 104-1    Filed 05/09/24    Page 3 of 19



**FIGURE 1**



FIG 2



**FIGURE 3**



**Figure 4**

Case 4:22-cv-04376-HSG   Document 104-1   Filed 05/09/24   Page 7 of 19



FIGURE 5A

Case 4:22-cv-04376-HSG   Document 104-1   Filed 05/09/24   Page 8 of 19



**Media_ID$_2$**
**MC_Kpu$_2$**
**teK$_t$**

510

500

**MC_Kpr$_2$**

# FIGURE 5B



**Figure 6**



**Figure 7**



Figure 8



Figure 9

US 2009/0052671 A1

Feb. 26, 2009

1

## SYSTEM AND METHOD FOR CONTENT PROTECTION

### FIELD OF THE INVENTION

[0001]    The present invention generally relates to protection of content stored on a storage device. The invention relates more specifically to a method and system for protecting data stored on a storage device against unauthorized access or use, based on encryption of the data before storage.

### BACKGROUND ART

[0002]    As the volume of data stored on personal computers becomes more and more important, external mobile storage devices, having portable and large capacity storage features, are provided to serve as auxiliary storage means. Such conventional storage devices are generally referred as external hard disks, media disks or media centers, and are connectable to personal computers for data transfer between the personal computer and the external storage device. They are usually used to store personal data such as pictures, audio and video files.

[0003]    As is well known, these storage devices can be directly attached to a display device or a player so as to readily display or play the data stored in the storage device, for example when the data are of video, audio or picture type.

[0004]    The existing storage devices allow mobility/portability of the content, so that the content is no longer only bound to the specific personal computer to which it was originally downloaded or received in another way.

[0005]    However, the data stored are more vulnerable in the storage device than when they are stored in the personal computer. Indeed, the existing storage devices are generally deprived of content protection. Their small size further exposes them to risks of robbery. Accordingly, the content of the storage devices might be fraudulently copied or erased.

[0006]    Further, the data stored in the storage devices tend to become more and more personal. Therefore, another concern with such storage devices is to ensure that only authorized users may access the data stored, and in particular that the access authorization be provided by the master user to which the storage device belongs.

[0007]    There exist systems and methods widely implemented to protect content stored on external storage devices. These existing systems lie on complex processing of data and/or on complex identification infrastructure, such as password-based or biometrics identification infrastructures. Such approaches involve important costs and are reliant on user remembering passwords or identification information.

### SUMMARY OF THE INVENTION

[0008]    The present invention provides a system and method for content protection.

[0009]    The system according to the invention comprises a system for content protection comprising a master storage device connectable to a mobile master memory unit associated with a memory unit identifier. The master storage device comprises: a protection key; storage means for storing files identified by respective file identifiers; and a processing unit comprising file encryption means for encrypting each file before storage in the storage means, using a title key computed from the protection key of the master storage device, and for encrypting the title key using the protection key of the master storage device and the identifier of the master memory

unit. The master storage device is further provided to write the encrypted title key in association with the corresponding file identifier to the master memory unit.

[0010]    The title key which is the original content encryption key according to the invention is never stored anywhere as such. It is generated once, in particular using a randomly generated number, for encrypting a given file received by the storage device. The title key is encrypted using parameters which are preferably burnt and protected, or computed. The resulting encrypted title key is stored on the master storage device and will have to be subsequently decrypted for decryption of the corresponding encrypted file to allow an operation such as a playing operation on that file.

[0011]    The present invention thus ensures protection of data stored on the storage device against unauthorized access and viewing, and unauthorized copy.

[0012]    With the invention, the user only needs to be provided with at least two separate components, the mobile memory unit and the storage device, and to connect these components: initially, to enable encryption of the files (copy with encryption); and subsequently, to authorize decryption of the files for operation on the files, such as a playing operation.

[0013]    The storage device according to the invention ensures encryption and decryption of data, without requiring that a computer be connected thereto. The invention thus provides a solution which is secure, reliable, personal, and easy-to-use. The invention obviates the need for passwords or identification sessions. The solution is based on security keys that can be temporarily lent to somebody else if the master user decides and agrees to do so.

[0014]    Further, the solution of the invention is not entirely resident on a personal computer or on the storage device itself, but is split between different components, one of which is removable and mobile. The invention also makes it possible to use a same mobile memory unit to provide access to several storage devices or to transfer the security keys to a target memory unit.

[0015]    Further advantages of the present invention will become clear to the skilled person upon examination of the drawings and detailed description. It is intended that any auxiliary advantages be incorporated herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0016]    Embodiments of the present invention will now be described by way of non-limiting example with reference to the accompanying drawings in which like references denote similar elements.

[0017]    FIG. 1 shows a block diagram of a content protection system according to the invention,

[0018]    FIG. 2 is a block diagram showing the general architecture of a storage device according to the invention.

[0019]    FIG. 3 illustrates the data exchanged to encrypt a file in a storage device, according to the invention.

[0020]    FIG. 4 illustrates the data exchanged to allow an operation on an encrypted file, according to the invention.

[0021]    FIG. 5A shows the structure of the system according to the invention for transferring licenses from a master MSP keyring to a target MSP keyring.

[0022]    FIG. 5B shows the structure of the system according to the invention to activate a transfer key at a target storage device.

[0023]   FIG. **6** illustrates the data exchanged to transfer an encrypted title key from a master MSP keyring to a target MSP keyring.

[0024]   FIG. **7** illustrates the data exchanged to activate a transfer key at a target storage device.

[0025]   FIG. **8** shows an exemplary structure of the mobile memory unit according to the invention.

[0026]   FIG. **9** shows an alternative structure of the mobile memory unit according to the invention.

[0027]   The drawings are intended to depict only typical embodiments of the invention, and therefore should not be considered as limiting the scope of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

[0028]   The detailed description is supplemented with an Exhibit E1 containing examples of equations used by the system and the method according to the invention. In the following description, references to Exhibit E1 are made directly using the Exhibit identifier "E1". Exhibit E1 is placed apart for the purpose of clarifying the detailed description, and of enabling easier reference. In Exhibit E1, some equations involves functions "encrypt(A,B)", "RSA_encrypt (A,B)", "decrypt(A,B)", and "RSA_decrypt(A,B)", each function having two parameters A and B, the first A representing the object that is to be encrypted or decrypted and the second B the key used for the encryption.

[0029]   Reference is first made to FIG. **1** showing the general structure of a content protection system **100**, in conjunction with FIG. **2** showing the structure of a media center, according to the invention.

[0030]   The system **100** according to the invention comprises a storage device **200** having storage means **215** for storing files, for example audio, video or picture files. The storage device **200** includes devices of external hard disk type, but may also comprise logic functions such as playing/ recording function. The following description will be made in reference to a storage device **200** capable of storing and playing video files, that will be referred hereinafter as a "media center", for illustrative purposes only.

[0031]   The media center **200** has connection means for connection to a mobile memory unit **205** which will be referred below as a Mobile Securing Protection keyring or "MSP keyring". The MSP keyring may be any type of removable memory unit having storage capacity and being connectable to the media center through any suitable connection means, and in particular a memory unit of small size, which takes little place, such as a USB key as shown, or a SD card, so that a user may readily carry it with him at anytime.

[0032]   FIG. **1** shows a MSP keyring **205** of the type USB directly connected to the media center **200** through a USB connector. However, one skilled in the art will understand that the MSP keyring **205** could be alternatively indirectly connected through a personal computer connected to the media center.

[0033]   The system according to the invention makes it possible to split the protection information between the media center **200** and the removable MSP keyring **205**, upon encryption of the files by the media center **200**. The user will have to reconnect the same MSP keyring to the media center **200** for access or operation on the files. Thus, the MSP keyring **205** stores encryption information related to the file encrypted by the media center **200**.

[0034]   The MSP keyring **205** has an identifier Media_id which is attached thereto, in particular at manufacturing time.

This identifier will be used to cryptographically bind the content encrypted by the media center **200** to the MSP keyring **205** in order to prevent fraudulent access or copying to other storage devices.

[0035]   A personal computer **240** may be connected to the media center **200** for receiving commands from the user. It can be used for example for providing the non-encrypted files that are going to be securely transferred, encrypted and stored on the media center during an operation of the type "copy with encryption".

[0036]   The media center **200** may be further provided with a scart plug for connection to a display such as a TV monitor **235** for video display, when the media center is of video/ recorder type.

[0037]   Referring to FIG. **2**, the media center **200** comprises a processing unit **210** and storage means **215** for storing files, i.e., video files, received as an input. Prior to storing, the media center **200** ensures encryption of the input files according to the invention.

[0038]   The processing unit **210** may be implemented as a hardware chip or in a software form. The description will be made with reference to a hardware implementation of the invention, for illustrative purposes only.

[0039]   The media center **200** comprises keys **260**, e.g., burnt to the hardware, including: a unique protection key MC_Kpr; this key may be a RSA private key, unreadable externally, used by the hardware secure chip. It is used to generate a title key during file encryption and to activate a transfer key for authorizing another user to access the files (license transfer); and a unique Identifier MC_Kpu identifying the media center.

[0040]   This identifier may be a RSA public key readable externally. This key will be used to bind the media center **200** with a MSP keyring **205**, and to encrypt a transfer key for authorizing another user to access the files (license transfer).

[0041]   The processing unit **210** includes file encryption means **245** for encrypting the files received before storage in the storage means and file decryption means **250** for decrypting files from the storage means for which an operation such as a playing operation is required. In the hardware embodiment of the processing unit, the encryption and decryption means are included in the hardware.

[0042]   The file encryption means **245** according to the invention uses a key named title key Kt, randomly generated, for encrypting each file. The files which are to be encrypted are each associated with a file identifier file_id identifying the file.

[0043]   The file encryption means **245** are further adapted to encrypt the title key Kt using a hashing of the unique protection key MC_Kpr of the media center **200** concatenated with the identifier Media_Id of the MSP keyring **205**, thereby providing an encrypted title key eKt.

[0044]   According to a particular aspect of the invention, the unique key MC_Kpr of the media center **200** is burnt and not readable externally. The identifier Media_Id of the MSP keyring **205** is a unique identifier burnt at manufacturing time in the MSP keyring.

[0045]   A couple of data including the file identifier file_id which has been encrypted and the encrypted title key eKt is then stored in a table structure provided in the MSP keyring **205**.

[0046]   After encryption of the file with the title key and storage of the encrypted title key eKt in association with the file identifier file_id, the processing unit may bind the MSP

3

keyring **205** to the media center by storing the unique Identifier MC_Kpu of the media center **200**, which is in particular a RSA public key, in the MSP keyring.

[0047]    With the invention, the title keys Kt are never stored anywhere as such. Only the encrypted title keys eKt are stored on the MSP keyring **205**. As regards the encrypted title keys eKt, they may be generated based on parameters that are not accessible by an unauthorized user (parameters burnt in the hardware), which allows to keep them secret and not readable outside the circuit. Therefore, fraudulent access to the files is limited.

[0048]    The file decryption means **250** ensure that operation on an encrypted file stored on the media center **200** will be authorized only if the MSP keyring **205** which is connected thereto is the same MSP keyring that was used for encryption of the file.

[0049]    According to an embodiment of the invention, the unique protection key MC_Kpr of the media center **200** is a RSA private key and the identifier of the media center **200** is a RSA public key MC_Kpu. The description below will be made with reference to such an RSA application.

[0050]    The flowchart of FIG. **3** shows the steps performed to encrypt a file, according to the invention, before storage in the storage means **215**.

[0051]    At step **315**, the media center **200** receives a request for initiating encryption and copy of a given file, e.g., a video file identified by a file identifier file_id. The request may be received for instance from the personal computer **240** connected to the media center **200**.

[0052]    The media center checks whether a Mobile Secure and Protection keyring **205** is connected to the media center **200**, either directly or indirectly, and if so performs the following steps.

[0053]    At steps **320** and **325**, the media center initiates to the MSP keyring **205** a request for reading the unique identifier Media_Id of the MSP Keyring **205**. The returned value Media_ID is used to initialize a local variable with the same name.

[0054]    At step **330**, the media center **200** generates a random title key Kt using the unique protection key of the media center MC_Kpr, which is in particular burnt in the media center hardware and unreadable.

[0055]    To generate the title key Kt, the media center uses a hashing of the protection key MC_Kpr concatenated with a locally computed random number Rnd( ), as defined by equation (1) of Exhibit E1.

[0056]    The file encryption means **245** will use the title key Kt to encrypt the file identified by the file_id.

[0057]    The file encryption means **245** then encrypt the title key using the identifier Media_Id of the MSP keyring **205**, and the protection key MC_Kpr of the media center **200**, which provides an encrypted title key eKt. The encrypted title key is obtained with a hashing of the identifier Media_ID of the MSP keyring **205** concatenated with the protection key MC_Kpr, as defined by equation (2) of Exhibit E1.

[0058]    The hashing function may for instance lie on an algorithm such as the Message-Digest Algorithm MD5, or Secure Hash Algorithm SHA. In the following description, the world "hashing" will be used with a similar definition.

[0059]    At step **335**, the Encrypted title key eKt thus obtained is written to the MSP keyring **205**, in association with the corresponding file identifier File_id.

[0060]    This couple of data (ekt, File_Id) forms with the MSP keyring hardware, a license key that will later makes it possible to access the file identified by file_id, for example for a recording/copying with encryption operation, as shown at steps **340** and **345**.

[0061]    At step **350**, the file encryption means then encrypt the file using the title key Kt previously calculated. Before encryption, the file identified by the file identifier file_id is read from the personal computer. The encryption file is finally stored on the storage unit **215** at step **355**.

[0062]    FIG. **4** shows the steps performed by the media center **200** to retrieve an encrypted file from the storage means **215**, for example when an operation on the file, such as a playing operation when the file is of a video type, is requested.

[0063]    At step **400**, an operation request related to a given file F identified by a file identifier file_id$_F$ is received by the media center **200**. This request may be transmitted to the media center by a user through any means such as an I/R remote control, a connected PC, etc.

[0064]    The media center **200** checks whether an MSP keyring **205** is inserted, and if not requests its insertion, e.g., by displaying a message on display **235**.

[0065]    At step **410**, the media center reads the unique Identifier Media_Id of the MSP keyring **205**. The returned value is used to initialize a local variable with the same name at step **415**.

[0066]    At step **420**, the media center **200** then reads from the MSP keyring **205** the encrypted title key eKt associated with the identifier file_id$_F$ of file F. The returned encrypted title key eKt is used to initialize a local variable with the same name at step **425**.

[0067]    At step **430**, the media center **200** then decrypts eKt using the identifier Media_id of the MSP keyring **205** and the unique protection key MC_K$_{pr}$ of the media center to provide a title key Kt. More specifically, eKt is decrypted using a hashing of the identifier Media_Id of the MSP keyring concatenated with the protection key MC_K$_{pr}$, as defined by equation (3) of Exhibit E1.

[0068]    At step **440**, the encrypted file F is retrieved from the storage means **215** of the media center **200**. The returned value is used to initialize a local variable with the same name at step **445**.

[0069]    At step **450**, File F is decrypted using the title key Kt obtained at step **430**, and then the requested operation is performed.

[0070]    Reference is now made to FIG. **5A** showing the structure of the system for transfer of "licenses" from a master MSP keyring **205** to a target MSP keyring **510**, according to the invention. The master MSP keyring **205** is bound to the media center **200**, and therefore contains encrypted title keys eKt in association with respective file identifiers identifying files which have been encrypted by the media center **200**, as previously described in reference to FIG. **4**.

[0071]    Here, the word "license" should be understood as designating a transfer key TeKt (also called below "temporary title key") for a given file, derived from the encrypted title key eKt associated with this file in the master MSP keyring **205**. This transfer key TeKt will be computed by the media center **200** and then stored to the target MSP keyring **510** in order to allow a target user equipped with the target MSP keyring **510** to generate in turn a specific key eKt in association with the file.

[0072]    The media center **200** (master media center) generates the licenses either for use on the same media center **200**, for example in situations where several users provided with

US 2009/0052671 A1

4

different MSP keyrings may need access to files stored in the same media center **200**, or for use on a target media center **500** with a different MSP keyring **510**, the target media center storing copies of the files encrypted by the master media center **200**.

[0073] FIG. **5**A shows the structure of the system in a first phase of the license transfer, while FIG. **5**B shows a second phase of the license transfer. FIG. **5**B relates to the exemplary embodiment where the target MSP keyring **510** is different from the master MSP keyring **205**.

[0074] During the first phase, the temporary title keys are transferred from the master MSP keyring **205** to the target MSP keyring **510**.

[0075] In the second phase, the target MSP keyring **510** will be connected to the target media center, which may correspond to a distinct media center **500** or to the master media center itself **200**.

[0076] When the target media center is a distinct media center **500**, the encrypted files corresponding to the temporary title keys (licenses) transferred to the target MSP keyring **510** will have to be previously copied to storage means provided in the target media center **500**.

[0077] The master MSP keyring **205** stores the encrypted title keys eKt which were generated during encryption of the files stored in the storage means **215** of the media center **200**.

[0078] During the first phase illustrated at FIG. **5**A, the master MSP keyring **205** containing the encrypted title keys in association with respective file identifiers, and the target MSP keyring **510**, to which encrypted title keys have to be copied or transferred to, are both required to be connected to the master media center **200**.

[0079] Depending on the type of the master media center, the user could also use a personal computer **240** connected to the media center **200** to request transfer of licenses for a set of encrypted files.

[0080] The target MSP keyring **510** stores the identifier MC_Kpu$_2$ of the target media center **500** (whether another media center or the same media center as master media center **200**), which indicates that the target MSP keyring **510** is bound to that target media center. Thus, the licenses will be delivered to the target MSP keyring only for use with this target media center **500**.

[0081] Reference is now made to FIG. **6** showing the steps performed for transferring licenses from the master MSP keyring **205** to the target MSP keyring **510**, at the first phase.

[0082] At step **600**, a request for transfer of licenses corresponding to selected encrypted files, identified by file identifiers file_id, is received by the master media center **200**, for example through the personal computer **240**.

[0083] The master MSP keyring **205** contains the encrypted title keys eKt which were generated during the encryption of the selected files.

[0084] The target MSP keyring **510** stores the unique identifier MC_Kpu$_2$ of the target media center **500**, whereby the target MSP keyring is bound to that specific target media center **500**.

[0085] At step **610**, the media center **200** reads the unique identifier Media__D$_1$ of the master MSP keyring **205** and initializes a local variable with the same name at step **615**.

[0086] At step **620**, the media center **200** reads the unique media identifier Media_ID$_2$ of the target MSP keyring **510**, and then initializes a local variable with the same name at step **625**.

[0087] At step **630**, the media center **200** reads the identifier MC_K$_{pu2}$ of the target media center **500** (another media center or the media center itself) to which the target MSP keyring has been bound and initializes a variable with the same name at step **635**.

[0088] For each selected file F, identified by a file identifier file_id associated with an encrypted key eKt in the master MSP keyring **205**, the media center **200** generates a license in the form of a temporary title key (transfer key) TeKt, at steps **640** to **660**.

[0089] More specifically, at step **640**, the master media center **200** reads the encrypted title key eKt corresponding to a given selected file F identified by a file identifier File_Id$_F$ from the master MSP Keyring **205** and generates a local variable with the same name at step **645**.

[0090] At step **650**, this encrypted title key eKt is first decrypted using the unique protection key MC_Kpr**1** of the media center **200** and the identifier Media_ID**1** of the master MSP keyring **205**, which provides a title key Kt. More specifically, the encrypted title key eKt is decrypted using a hashing of the identifier Media_ID**1** of the master MSP keyring **205** concatenated with the unique protection key MC_Kpr**1** of the media center **200**, as defined by equation (4) of Exhibit E1. The master media center **200** then checks whether the master MSP keyring **205** is the same MSP keyring than the one that was used to generate the title keys, during encryption of the files. This checking phase lies on the fact that each title key Kt was initially computed at step **330** of FIG. **3** as a concatenation of a random number RND( ) with the lowest bits (in particular 64 bits) resulting from a hashing of the protection key MC_K$_{pr}$, as defined by equation (1) of Exhibit E1.

[0091] Thus, when a license transfer is started, the media center **200** checks whether the **64** lowest bits of the title key Kt match the hashing of the protection key MC_Kpr of the media center **200**. If not, the transfer of the title key will not be performed.

[0092] This phase ensures protection against unauthorized copy since the transfer of a temporary encrypted title key TeKt from the master MSP keyring **205** to a target MSP keyring **510** is only authorized, if the first media center from which the transfer key is to be transferred corresponds to the media center that was used to calculate the title key Kt.

[0093] At step **655**, the title key Kt thus obtained is: encrypted a first time using the identifier Media_Id**2** of the target MSP keyring **510**, and in particular a hashing of the identifier Media_id**2**; and encrypted a second time using the identifier MC_K$_{pu2}$ of the target media center **500** to which the target MSP keyring has been bound, which provides a temporary title key teKt, as defined by the equation (5) of Exhibit E1.

[0094] According to an embodiment of the invention the protection key of each media center MC_Kpu is a public RSA key and the identifier of each media center MC_Kpr is a private RSA key. In such embodiment, the second encryption of the title key Kt is of RSA type (function RSA_encrypt).

[0095] At step **660**, the temporary encrypted title key Tekt constituting the license for file F is then written to the target MSP keyring **510** in association with the file identifier file_IDF of file F.

[0096] Steps **640** to **660** are repeated for all selected files until all licenses have been transferred.

5

[0097] The couple of information (teKt, file_id) will be stored in a table structure provided in the target MSP keyring **510**.

[0098] At the second phase of the license transfer, as illustrated in FIG. **5**B, a user equipped with the target MSP keyring **510** will then be able to make operations on the licensed files, such as a playing operation.

[0099] However, the temporary title keys are not usable as such by the target media center **500**. An activation phase is required to allow the user to effectively access the licensed files.

[0100] The target media center **500** is accordingly provided with activation means for activating the temporary title keys. The activation of temporary title keys requires that the target MSP keyring **510** be connected to the target media center **500** to which it is bound. More specifically, the activation means are provided to generate an active encrypted title key ekt bound both to the target MSP keyring **510** and to the target media center **500**, from each temporary title key TeKt stored in the target MSP keyring **510**.

[0101] The activation phase may be triggered by the connection of the target MSP keyring **510** to the target media center **500** or alternatively when a given temporary title key has to be used for an operation on the associated file.

[0102] Reference is now made to FIG. **7** illustrating the steps performed to activate a temporary title key, according to the invention.

[0103] At step **700**, the activation phase is started in response to the connection of the target MSP keyring **510** to the target media center **500** for each licensed file associated with a temporary title key Tekt in the target MSP keyring **510**. Alternatively, the activation phase could be started for each temporary title key, when a user requests an operation on the corresponding licensed file.

[0104] At step **710**, the target media center **500** reads from the target MSP keyring **510** the unique identifier Media_ID$_2$ of the target MSP keyring **510** and initializes a local variable with the returned value at step **715**.

[0105] At step **720**, the target media center **500** reads from the target MSP keyring **510** the temporary title key Tekt associated with the file identifier File_Id of the license file, and initializes a local variable with the same name at step **725**.

[0106] At step **730**, the target media center **500** decrypts the temporary title key TeKt using a first decryption function, and the unique protection key MC_K$_{pr2}$ of the target media center **500**, and then a second decryption function using the identifier Media_ID**2** of the target MSP keyring **510**, and in particular a hashing of Media_Id**2**, which gives a title key Kt. In the embodiment where the unique protection key MC_K$_{pr2}$ of the target media center **500** is a private RSA key, the second decryption function if of RSA type (RSA_encrypt). The title key Kt thus obtained is defined by equation (6) of Exhibit E1.

[0107] At step **740**, the title key Kt is then re-encrypted using the protection key MC_Kpr**2** of the target media center **500** and the identifier Media_ID**2** of the target MSP keyring **510**. In particular, this re-encryption uses a hashing of Media_ID**2** concatenated with the protection key MC_Kpr**2** of the target media center **500**, which provides an encrypted key eKt forming the activated encrypted key as defined by equation (7) of Exhibit E1. At step **750**, the activated encrypted key eKt is written to the target MSP keyring **510** in association with the file identifier file_id of the licensed file, and in particular in replacement of the temporary title key.

[0108] Steps **710** to **750** are repeated for all the temporary title keys TeKt stored in the target MSP keyring **510**, in the embodiment where the activation means proceed all the temporary title keys at the connection of the target MSP keyring **510**, or alternatively are repeated only for the licensed files for which the operation is requested.

[0109] Reference in now made to FIG. **8** which shows an exemplary structure of a MSP keyring for binding to a unique media center.

[0110] A MSP table **800** is provided in the MSP keyring which associates the identifier MC_Kpu of the media center (RSA public key) **810** with a pointer key_table@ to a key table **820**.

[0111] The Key table **820** is thus specific to the media center and stores the generated encrypted title keys **860** (second column) in association with a file identifier **850** (first column) identifying a file stored in the storage means of the media center and with a status **870** (third column).

[0112] The file identifier could be for instance the name of a video file with or without the complete path, or any other identifier.

[0113] The status of the encrypted title key has at least two possible values, for instance a "true" or "false" value. The first value (e.g., "True") of the status designates an active encrypted title key eKt. An active encrypted key eKt can be used as such to decrypt the associated file. Conversely, the second value (e.g., "False") for the status designates a temporary title key TeKt. If this status information indicates that the key is a temporary title key, the key will have to be activated by the activation means as described above.

[0114] FIG. **9** shows an alternative structure of a MSP keyring for binding to several media centers.

[0115] The MSP keyring comprises a MSP table **900** which associates identifiers MC_Kpu$_n$ of media centers (in particular RSA public keys) in a column **910** with respective pointers Key_table@ towards key tables **920**.

[0116] A special register **930** is provided in the MSP keyring to link the MSP keyring to a specific media center. This register **930** includes the identifier MC_Kpu of this specific media center. The specific media center corresponds to the media center to which the MSP keyring is currently connected and has therefore the same value as one of the media identifiers included in **910**. The other media center identifiers of column **910** designate media centers to which the MSP keyring is connectable (media centers to which the MSP keyring has been bound).

[0117] Each Key table **920** is thus specific to a particular media center and stores the generated encrypted title keys in association with a file identifier **950** identifying a file stored in the particular media center. The file identifier could be for instance the name of a video file with or without the complete path, or any other identifier.

[0118] Each key table has the same structure as the key table **820** described in reference to FIG. **8**.

[0119] The present invention thus makes it possible to protect content stored in the storage means **215** against unauthorized access, and unauthorized copy, in a transparent manner.

[0120] Indeed, all the functions used to encrypt or decrypt a title key are in particular part of the hardware. Further, the title key as such is not stored anywhere, which makes it not accessible by an unauthorized or fraudulent user.

[0121] The solution provided by the invention does not require manipulation of passwords, or identification.

US 2009/0052671 A1

6

[0122] A user is automatically identified when connecting its MSP keyring.

[0123] The media center **200** both ensures files encryption and decryption, without requiring that a personal computer be connected.

[0124] The title key used for encryption of the files is never stored anywhere as is, and therefore is not accessible to fraudulent users.

[0125] Further, the delivery of a license in the form of a key transfer does not require a lot of time, and may be achieved at the master storage device, in a very simple manner. Temporary title keys cannot be transferred using a media center which has not been used to calculate the original title key.

[0126] Each media center has it own unique key generated by manufacturer and do not require unlike conventional systems that the unique key be acquired through a managing entity by paying license.

[0127] Further, in an embodiment of the invention, the unique key MC_Kpr of the media center **200** is burnt in the hardware and therefore not readable externally.

[0128] The foregoing is considered as illustrative only of the principles of the invention. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the invention to the exact construction and operation shown and described, and accordingly, all suitable modifications and equivalents may be resorted to, falling within the scope of the invention. For example, one skilled in the art will understand that the MSP table shown in FIG. **9** is for exemplary purposes only, and that other types of MSP tables of different structures could be used alternatively. For example, same keys could be used for several media centers hosting different sets of encrypted files.

[0129] Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

[0130] Exhibit E1

$$K_i = Rnd( )\|\mathrm{Hash}(MC\_K_{pr}) \qquad (1)$$

$$eK_i = \mathrm{encrypt}(K_i, \mathrm{Hash}(\mathrm{Media}\_ID\|MC\_K_{pr})) \qquad (2)$$

$$K_i = \mathrm{decrypt}(eK_i, \mathrm{Hash}(\mathrm{Media}\_ID\|MC\_K_{pr})) \qquad (3)$$

$$K_i = \mathrm{decrypt}(eK_i, \mathrm{Hash}(\mathrm{Media}\_ID\|MC\_K_{pr1})) \qquad (4)$$

$$teK_i = \mathrm{RSA\_encrypt}(\mathrm{encrypt}(K_i, \mathrm{Hash}(\mathrm{Media}\_ID_2)), MC\_K_{pu2}) \qquad (5)$$

$$K_i = \mathrm{decrypt}(RSA\_\mathrm{decrypt}(teK_i, MC\_K_{pr2}), \mathrm{Hash}(\mathrm{Media}\_ID_2)) \qquad (6)$$

$$eK_i = \mathrm{encrypt}(K_i, \mathrm{Hash}(\mathrm{Media}\_ID_2\|MC\_K_{pr2})) \qquad (7)$$

**1**. A system for content protection comprising a master storage device connectable to a mobile master memory unit associated with a memory unit identifier, wherein the master storage device comprises:

a unique protection key (MC_Kpr);

storage means for storing files identified by respective file identifiers; and

a processing unit comprising file encryption means for encrypting each file before storage in the storage means,

using a title key (Kt) computed from the protection key of the master storage device, and for encrypting the title key using the protection key of the master storage device and the identifier of the master memory unit;

the master storage device being further provided to write the encrypted title key (eKt) in association with the file identifier of the file to the master memory unit.

**2**. The system of claim **1**, wherein the title key is computed from a randomly generated number concatenated with a hashing of the protection key (MC_Kpr) of the master storage device.

**3**. The system of any of claim **1**, wherein the title key is encrypted using a hashing of the identifier of the master memory unit concatenated with the protection key (MC_Kpr) of the master storage device.

**4**. The system as claimed in claim **1**, wherein the processing unit further comprises file decryption means for decrypting a given encrypted file retrieved from the storage means using the encrypted title key (eKt) associated with the file identifier identifying the given file from the master memory unit.

**5**. The system of claim **4**, wherein the file decryption means are provided to decrypt the encrypted title key from the identifier of the master memory unit and the protection key of the master storage device, which provides a title key, the encrypted file being then decrypted using the title key.

**6**. The system of claim **5**, wherein the encrypted title key is decrypted using a hashing of the identifier of the master memory unit concatenated with the protection key (MC_Kpr) of the master storage device.

**7**. The system of claim **1**, wherein the protection key is provided in the master storage device so as to be externally unreadable.

**8**. The system of claim **1**, wherein the master storage device writes each encrypted title key in association with the file identifier to a key table provided in the master memory unit.

**9**. The system of claim **1**, wherein the master storage device has a device identifier identifying the master storage device, the master storage device being provided to further write the identifier to the master memory unit, upon encryption of the files.

**10**. The system of claim **9**, wherein the identifier of the master storage device is a RSA public key externally readable, and the protection key of the master storage device is a RSA private key.

**11**. The system according to claim **1**, wherein the master storage device is further connectable to a mobile target memory unit identified by a memory unit identifier and storing an identifier (Kpu2) identifying a target storage device, the processing unit of the master storage device further comprising control means for generating a transfer key for a selected file among the encrypted files stored in the storage means of the storage device, and for writing the transfer key to the target memory unit, in association with the corresponding file identifier, wherein the control means comprises:

a reading function for reading from the master memory unit the encrypted title key (eKt) associated with the file identifier identifying the selected file;

a decryption function for decrypting the encrypted title key, using the identifier of the master memory unit and the protection key (MC_Kpr**1**) of the master storage device, which provides an intermediary title key (Kt);

7

a first encryption function for encrypting the intermediary title key using the identifier of the target memory unit; and

a second encryption function for encrypting the key provided by the first encryption function, using the identifier (MC_Kpu**2**) of the target storage device stored by the target memory unit, which provides the transfer key (teKt).

**12**. The system of claim **11**, wherein the decryption function of the key management means is provided to decrypt the encrypted title key using a hashing of the identifier of the master memory unit concatenated with the protection key (MC_Kpr) of the master storage device.

**13**. The system of claim **11**, wherein the first encryption function of the key management means is provided to encrypt the intermediary title key using a hashing of the identifier of the target memory unit.

**14**. The system of claim **11**, wherein the identifier of the target storage device stored in the target memory unit is a RSA public key, the second encryption function of the key management means being based on a RSA encryption.

**15**. The system of claim **11**, wherein the master storage device further comprises file copying means for copying a selected encrypted file to the target storage device, and wherein the target storage device is connectable to the target memory unit, and comprises:

a protection key;

a target storage means storing encrypted files copied from the master storage device; and

a target processing unit including file decryption means based on RSA private key encryption for decrypting an encrypted file retrieved from the target storage means, the file decryption means being adapted to check whether a transfer key associated with a file identifier identifying the encrypted file is stored on the target memory unit, and if so for decrypting the encrypted file using an activated key determined from the transfer key.

**16**. The system of claim **15**, wherein the activated key is determined by activation means, the activation means comprising:

a first decryption function based on RSA private key decryption for decrypting the transfer key using the protection key (MC_Kpr**2**) of the target storage device (**500**), which provides a first key;

a second decryption function for decrypting the first key using the identifier of the target memory unit, which provides a second key;

an encryption function for encrypting the second key, using the identifier (media_id**2**) of the target memory unit and the protection key (MC_Kpr**2**) of the target storage device, which provides the activated key; and

the target storage device being further adapted to write the activated key over the transfer key in the target memory unit, in association with the corresponding file identifier.

**17**. The system of claim **16**, wherein the protection key attached to the target storage device is a RSA private key, unreadable externally, the first decryption function of the activation means being of RSA decryption type.

**18**. The system of claim **16**, wherein the second decryption function of the activation means uses a hashing of the identifier of the target memory unit.

**19**. The system of claim **16**, wherein the encryption function of the activation means uses a hashing of the identifier of the target memory unit concatenated with the protection key of the target storage device.

**20**. A method for content protection, the method comprising:

providing a master storage device comprising storage means for storing files identified with respective file identifiers, the storage device being provided with a unique protection key;

providing connection means to connect at least one mobile master memory unit associated with a memory unit identifier to the master storage device;

in response to the reception of a file to be stored in the storage means, encrypting the file, using an encrypted title key (eKt) computed from the protection key (MC_Kpr) of the master storage device and from the memory unit identifier of the master memory unit;

writing the encrypted title key in association with the file identifier of the file to the master memory unit; and

storing the encrypted files in the storage means.

**21**. The method of claim **20**, further comprising providing second connection means for connecting a mobile target memory unit identified by a memory unit identifier (media_id**2**) to the master storage device, the target memory unit storing the device identifier (Kpu**2**) of a target storage device, the method further comprising a control step for generating a transfer key for a selected file among the encrypted files stored in the storage means of the storage device, and for writing the transfer key to the target memory unit, in association with the corresponding file identifier, wherein the control step comprises:

reading from the master memory unit the encrypted title key (eKt) associated with the file identifier identifying the selected file;

decrypting the encrypted title key, using the identifier of the master memory unit and the protection key (MC_Kpr**1**) of the master storage device, which provides an intermediary title key (Kt);

encrypting the intermediary title key using the identifier of the target memory unit; and

encrypting the key provided by the first encryption function, using the identifier (MC_Kpu**2**) of the target storage device stored by the target memory unit, which provides the transfer key (teKt).

**22**. The method of claim **21**, further comprising an activation step for activating a transfer key, in response to the connection of the mobile target unit to the target storage device, the activation step comprising:

decrypting the transfer key using the protection key (MC_Kpr**2**) of the target storage device, which provides a first key;

decrypting the first key using the identifier of the target memory unit, which provides a second key;

encrypting the second key, using the identifier (media_id**2**) of the target memory unit and the protection key (MC_Kpr**2**) of the target storage device, which provides the activated key; and

writing the activated key over the transfer key in the target memory unit, in association with the corresponding file identifier.

* * * * *