# EXHIBIT 4



# RANDOM HOUSE WEBSTER'S COLLEGE DICTIONARY

RANDOM HOUSE
NEW YORK

VIASAT_00013614

*Random House Webster's College Dictionary*
Copyright © 2000 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference & Information Publishing, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

The Random House Living Dictionary Database™, Random House and colophon are registered trademarks of Random House, Inc.

The first Random House college dictionary, the *American College Dictionary,* was published in 1947 to critical acclaim. The first edition of the *Random House Webster's College Dictionary* was published in 1991. Subsequent revisions were published in 1992, 1995, and 1996. A second, completely redesigned, revised, and updated edition was published in 1997, with updates published annually thereafter. Copyright © 1999, 1998, 1996, 1995, 1992, 1991 by Random House, Inc.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll-free 888-591-1200 or fax 212-572-4961.

Please address inquiries about electronic licensing of reference products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

**Library of Congress Cataloging-in-Publication Data**

Random House Webster's college dictionary
    p.   cm.
 ISBN 0-375-42560-8
 ISBN 0-375-42561-6 (Deluxe Edition)
 1. English language--Dictionaries.   I. Random House (Firm)
PE1628.R28   1999
423--DC21                                                          99-12620
                                                                               CIP

Visit the Random House Reference & Information Publishing
Web site at www.randomwords.com

Typeset and Printed in the United States of America
Typeset by the Random House Reference & Information Publishing Group

2000 Second Revised and Updated Random House Edition
9 8 7 6 5 4 3 2 1
April 2000

ISBN: 0-375-42560-8
ISBN: 0-375-42561-6 (Deluxe Edition)

New York   Toronto   London   Sydney   Auckland

VIASAT_00013615

in England under James I and published in 1611. Also called **King′ James′ Bi′ble, Authorized Version.**
**King′ Lear′** (lēr), *n.* the protagonist of Shakespeare's tragedy *King Lear* (1606), the father of Cordelia, Goneril, and Regan.
**king•let** (king′lit), *n.* **1.** a king ruling over a small country or territory. **2.** any of several very small songbirds of the genus *Regulus*, of the Northern Hemisphere, having a patch of bright color on the crown of the head. [1595–1605]
**king•ly** (king′lē), *adj.,* **-li•er, -li•est,** *adv.* —*adj.* **1.** pertaining to, suggesting, or befitting a king; regal. **2.** having the rank of king. —*adv.* **3.** in the manner of a king; regally. [1350–1400] —**king′li•ness,** *n.*
**king′ mack′erel,** *n.* a game fish, *Scomberomorus cavalla,* of the W Atlantic Ocean. Also called **cavalla.** [1935–40]
**king•mak•er** (king′mā′kər), *n.* one who has sufficient political power to influence the choice of candidates for public office. [1590–1600]
**king′ of arms′,** *n., pl.* **kings of arms.** the highest ranking officer of arms of a government. [1400–50]
**king′ pen′guin,** *n.* a large penguin, *Aptenodytes patagonicus,* found on islands bordering the Antarctic Circle. [1880–85]
**king•pin** (king′pin′), *n.* **1.** (in bowling) **a.** the headpin. **b.** the pin at the center. **2.** *Informal.* a person or thing of chief importance. **3.** either of the pins that are a part of the mechanism for turning the front wheels in some automotive steering systems. [1795–1805]
**king′ post′** or **king′post′,** *n.* a structural member running vertically between the apex and base of a triangular roof truss. [1770–80]



**Kings** (kingz), *n.* (*used with a sing. v.*) either of two books of the Bible, I Kings or II Kings, which contain the history of the kings of Israel and Judah.
**king′ salm′on,** *n.* CHINOOK SALMON. [1880–85, *Amer.*]
**King′s Bench′,** *n.* the highest British court of common law, dealing with both civil and criminal cases: a division of the High Court of Justice. Also called, *when a queen is sovereign,* **Queen's Bench.**
**Kings′ Can′yon Na′tional Park′,** *n.* a national park in E California in the Sierra Nevada. 708 sq. mi. (1835 sq. km).
**King′s Coun′sel,** *n.* a body of barristers appointed to be the British crown's counsel and who are permitted to plead inside the bar. Also called, *when a queen is sovereign,* **Queen's Counsel.**
**king′s Eng′lish,** *n.* standard, educated, or correct English speech or usage, esp. of England. Also called, *when a queen is sovereign,* **queen's English.** [1545–55]
**king•ship** (king′ship), *n.* **1.** the state, office, or dignity of a king. **2.** rule by a king; monarchy. **3.** aptitude for kingly duties. [1275–1325]
**king′-size′** or **king′-sized′,** *adj.* **1.** larger or longer than the usual size. **2.** (of a bed) extra large, usu. 76–78 in. (193–198 cm) wide and 80–84 in. (203–213 cm) long. **3.** of or for a king-size bed. [1815–25]
**king′ snake′** or **king′snake′,** *n.* any of several harmless New World snakes of the genus *Lampropeltis,* that often feed on other snakes.
**king′s ran′som,** *n.* an extremely large amount of money.
**Kings•ton** (kingz′tən, king′stən), *n.* **1.** the capital of Jamaica. 600,000. **2.** a port in SE Ontario, in SE Canada, on Lake Ontario. 55,050.
**Kings′ton upon′ Hull′,** *n.* official name of HULL.
**Kings′ton upon′ Thames′** (temz), *n.* a borough of Greater London, England. 135,900.
**Kings•town** (kingz′toun′), *n.* the capital of St. Vincent and the Grenadines, on SW St. Vincent island. 28,942.
**king•wood** (king′wŏŏd′), *n.* **1.** a Brazilian wood streaked with violet, used esp. in cabinetwork. **2.** the tree, *Dalbergia cearensis,* of the pea family, that yields this wood. [1850–55]
**ki•nin** (kī′nin, kin′in), *n.* **1.** CYTOKININ. **2.** any of a group of hormones, formed in body tissues, that cause dilation of blood vessels. [1950–55; (CYTO)KIN(ESIS) + -IN¹]
**kink** (kingk), *n.* **1.** a twist or curl, as in a thread, rope, wire, or hair. **2.** a muscular stiffness or soreness, as in the neck or back. **3.** a flaw or imperfection likely to hinder the operation of something, as a machine or plan. **4.** a mental twist; notion; whim or crotchet. **5.** an eccentricity or quirk. —*v.t., v.i.* **6.** to form or cause to form a kink or kinks, as a rope. [1670–80; < D: a twist in a rope]
**kin•ka•jou** (king′kə jōō′), *n., pl.* **-jous.** a brownish arboreal mammal, *Potos flavus,* of the raccoon family, of tropical America, having a prehensile tail. [1790–1800; < F: wolverine (misapplied to *Potos flavus*), earlier *quincajou,* appar. a conflation of *carcajou* with Ojibwa *kwi•ñka•ke-* a cognate word]
**kink•y** (king′kē), *adj.,* **kink•i•er, kink•i•est. 1.** full of kinks. **2.** marked by unconventional sexual preferences or behavior, as fetishism. —**kink′i•ly,** *adv.* —**kink′i•ness,** *n.*
**kin•ni•kin•nick** or **kin•ni•kin•nic** (kin′i kə nik′), *n.* **1.** a mixture of bark, dried leaves, and sometimes tobacco, formerly smoked by Indians and pioneers in the Ohio valley. **2.** any of various plants used in this mixture. [1790–1800; < Delaware (Unami) *kəlak•ənĭ•k•an*]
**Kin•ross** (kin rôs′, -ros′), *n.* a historic county in E Scotland. Also called **Kin•ross′shire** (-shēr, -shər).
**Kin•sey** (kin′zē), *n.* **Alfred Charles,** 1894–1956, U.S. zoologist: directed studies of human sexual behavior.
**kins•folk** (kinz′fōk′), *n.pl.* KINFOLK.
**Kin•sha•sa** (kin shä′sə, kin′shä sə), *n.* the capital of the Democratic Republic of the Congo, in the NW part, on the Congo (Zaire) River. 4,655,313. Formerly, **Léopoldville.**
**kin•ship** (kin′ship), *n.* **1.** the state of being kin; family relationship. **2.** relationship by nature, qualities, etc.; affinity; likeness. [1825–35]
**kins•man** (kinz′mən), *n., pl.* **-men. 1.** a relative, esp. a male. **2.** a person of the same nationality or ethnic group, esp. a male. [1100–50]
**kins•wom•an** (kinz′wŏŏm′ən), *n., pl.* **-wom•en. 1.** a female relative. **2.** a woman of the same nationality or ethnic group. [1350–1400]
**Ki•o•ga** (kyō′gə), *n.* Lake, KYOGA, Lake.
**ki•osk** (kē′osk, kē osk′), *n.* **1.** a small building or structure open on one or more sides, used as a newsstand, refreshment stand, etc. **2.** a thick, columnlike structure on which notices and advertisements are posted. **3.** an interactive computer terminal available for public use, as one with Internet access or site-specific information: *Students use kiosks to look up campus events.* **4.** an open pavilion or summerhouse common in Turkey and Iran. **5.** *Brit.* a telephone booth. [1615–25; < F *kiosque* stand in a public park « Turkish *köşk* villa < Pers *kūshk,* palace, villa]
**Ki•o•wa** (kī′ə wə, -wä′, -wā′), *n., pl.* **-was,** (*esp. collectively*) **-wa. 1.** a member of a Plains Indian people living between the Arkansas and Red rivers in the mid-19th century: later confined to a reservation in the Indian Territory. **2.** the language of the Kiowa, akin to the Tanoan languages.
**kip**¹ (kip), *n.* **1.** the hide of a young or small beast. **2.** a bundle or set of such hides. [1325–75; ME *kipp* < MD, MLG *kip* pack (of hides); akin to ON *kippa* bundle]
**kip**² (kip), *n.* a unit of weight equal to 1000 pounds (453.6 kg). [1910–15, *Amer.;* KI(LO) + P(OUND)²]
**kip**³ (kip), *n., pl.* **kip, kips.** the basic monetary unit of Laos. [1950–55; < Lao *ki:p* currency unit, ingot]
**kip**⁴ (kip), *n., v.,* **kipped, kip•ping.** *Chiefly Brit.* —*n.* **1.** a place to sleep. **2.** sleep. —*v.i.* **3.** to sleep. [1760–70, in sense "brothel"; cf. Dan *kippe* dive, D *kuf* brothel, MLG *kuffe, küffe, kiffe* hovel]
**Kip•ling** (kip′ling), *n.* **(Joseph) Rud•yard** (rud′yərd), 1865–1936, English author: Novel prize 1907.
**kip•per** (kip′ər), *n.* **1.** a fish, esp. a herring, that has been cured by splitting, salting, drying and smoking. **2.** a male salmon during or after the spawning season. —*v.t.* **3.** to cure (herring, salmon, etc.) by splitting, salting, drying, and smoking. [bef. 1000; ME *kypre,* OE *cypera* spawning salmon]
**kir** (kēr), *n.* (*sometimes cap.*) an apéritif of white wine or sometimes champagne flavored with cassis. [1965–70; < F, after Canon Félix *Kir* (1876–1968), mayor of Dijon, who allegedly created the recipe]
**Kirch•hoff** (kēr′kôf, -kof, kērкн′hôf), *n.* **Gustav Robert,** 1824–87, German physicist.
**Kirch•ner** (kērsh′nər, kērk′-, kērкн′-), *n.* **Ernst Ludwig,** 1880–1938, German expressionist artist.
**Kir•ghiz** or **Kir•giz** (kir gēz′), *n., pl.* **-ghiz•es** or **-giz•es,** (*esp. collectively*) **-ghiz** or **-giz. 1.** a member of a Turkic people of Central Asia, living mainly in Kirghizia, Tadzhikistan, and the Xinjiang Uygur Autonomous Region in W China. **2.** the language of the Kirghiz.
**Kir•ghi•zia** (kir gē′zhə, -zhē ə), *n.* former name of **Kyrgyzstan.** Former official name, **Kirghiz′ So′viet So′cialist Repub′lic.**
**Ki•ri•ba•ti** (kēr′ē bä′tē, kēr′ə bas′), *n.* a republic in the central Pacific Ocean, on the equator, comprising 33 islands. 85,501; 275 sq. mi. (717 sq. km). *Cap.:* Tarawa. Formerly, **Gilbert Islands.**
**Ki•rin** (kē′rin′), *n.* JILIN.
**Ki•ri•ti•ma•ti** (kə ris′məs), *n.* one of the Line Islands belonging to Kiribati, in the central Pacific: largest atoll in the Pacific. 1737; ab. 220 sq. mi. (575 sq. km). Formerly, **Christmas Island.**
**kirk** (kûrk, kirk), *n.* **1.** *Chiefly Scot.* a church. **2. the Kirk,** the Church of Scotland (Presbyterian), as distinguished from the Church of England or the Scottish Episcopal Church. [1150–1200; ME (north and Scots) < ON *kirkja* CHURCH] —**kirk′man,** *n., pl.* **-men.**
**Kirk•cal•dy** (kər kôl′dē, -kô′dē, -kä′-), *n.* a city in SE Fife, in E Scotland, on the Firth of Forth. 147,963.
**Kirk•cud•bright** (kər kōō′brē), *n.* a historic county in SW Scotland. Also called **Kirk′cud′bright•shire** (-shēr′, -shər).
**Kir•kuk** (kir kōōk′), *n.* a city in N Iraq. 207,852.
**Kir′li•an photog′raphy** (kēr′lē ən), *n.* a photographic process that purportedly records electrical discharges naturally emanating from living objects in the form of an auralike glow. [1970–75; after Semyon D. and Valentina K. *Kirlian,* Russian technicians]
**Kir•man** (kir män′, kər-), *n.* a Persian rug marked by ornate flowing designs and light, muted colors. [1875–80; after KERMAN]
**kir•mess** (kûr′mis), *n.* KERMIS.
**Ki•rov** (kēr′ôf, -of), *n.* a city in the E Russian Federation in Europe, N of Kazan. 421,000. Formerly, **Vyatka.**
**Ki•ro•va•bad** (ki rō′və bad′), *n.* a city in NW Azerbaijan. 270,000.
**Ki•ro•vo•grad** (ki rō′və grad′), *n.* a city in S central Ukraine. 274,000.
**kirsch** (kērsh), *n.* a fragrant, colorless, unaged brandy distilled from a fermented mash of cherries. [1810–20; < G *Kirsch*]

VIASAT_00013616