# EXHIBIT 5

kiosk

Dictionary                                                      Thesaurus

# kiosk *noun*

ki·osk  ˈkē-ˌäsk

Synonyms of *kiosk* ›

**1**  : a small structure with one or more open sides that is used to vend merchandise (such as newspapers) or services (such as film developing)

**2**  : a small stand-alone device providing information and services on a computer screen
   a museum with interactive *kiosks*

**3**  : an open summerhouse or pavilion

Dictionary                                          Thesaurus

casino                                              gazebo

pavilion                                            summerhouse

See all Synonyms & Antonyms in Thesaurus >



Dictionary | Thesaurus

You can pick up your plane tickets at one of the airport's *kiosks*.

## Recent Examples on the Web

According to its website, Clear charges members $189 a year and allows customers to verify their identities at *kiosks* upon arriving at airports, where customers can their boarding pass and eyes or fingerprints.
— Gabe Hauari, *USA TODAY*, 23 Apr. 2024

The restaurant is scheduled to open later this year; the Wynwood *kiosk* will close at some point before the new spot opens, but there's no set date yet.
— Connie Ogle, *Miami Herald*, 23 Apr. 2024

**See all Example Sentences for *kiosk* ›**

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'kiosk.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

| Dictionary | Thesaurus |

## Etymology

Turkish *köşk*, from Persian *kūshk* portico

## First Known Use

1625, in the meaning defined at sense 3

## Time Traveler

**The first known use of *kiosk* was in 1625**

See more words from the same year

kiore
**kiosk**
Kiowa

See More Nearby Entries >

Dictionary                                    Thesaurus

Style        MLA

"Kiosk." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/kiosk. Accessed 8 May. 2024.

 Copy Citation


**Facebook**


**Twitter**

# kiosk *noun*

ki·osk   ˈkē-ˌäsk    kē-ˈäsk

1   **:** a small light structure with one or more open sides used especially to sell merchandise or services

2   **:** a small structure that provides information and services on a computer screen

Dictionary                                                          Thesaurus

Nglish: *Translation of kiosk for Spanish Speakers*

Britannica.com: *Encyclopedia article about kiosk*

Last Updated: 1 May 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

Dictionary

Thesaurus



Can you solve 4 words at once?

Play



**WORD OF THE DAY**

reputation

See Definitions and Examples »

Dictionary　　　　　　　　　　　　　　Thesaurus

**More Commonly Misspelled Words**

**Your vs. You're: How to Use Them Correctly**

**Every Letter Is Silent, Sometimes: A-Z List of Examples**

**More Commonly Mispronounced Words**

**How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)**

Dictionary                                          Thesaurus

**12 Star Wars Words**

**The Words of the Week - May 3**

**A Great Big List of Bread Words**

**10 Scrabble Words Without Any Vowels**

**8 Uncommon Words Related to Love**

See All

Dictionary     Thesaurus

## Quordle
Can you solve 4 words at once?

Play

## Blossom Word Game
You can make only 12 words. Pick the best ones!

Play

## Missing Letter
A crossword with a twist

Play

## Spelling Bee Quiz
Can you outdo past winners of the National Spelli...

Take the quiz

Dictionary | Thesaurus

Your email address

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2024 Merriam-Webster, Incorporated

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.