# EXHIBIT 6

< portable ✕

Dictionary | Thesaurus



# portable 1 of 2 adjective

por·ta·ble ˈpȯr-tə-bəl 🔊

Synonyms of *portable* >

1   **a** : capable of being carried or moved about
       a *portable* TV
    **b** : characterized by portability
       a *portable* pension
    **c** : usable on many computers with little or no modification
       *portable* software

2   archaic : BEARABLE

ˈpȯr-tə-blē 🔊  adverb

# portable 2 of 2 noun

: something that is portable



| Dictionary | Thesaurus |
|---|---|

**Adjective**

mobile

movable

moveable

See all Synonyms & Antonyms in Thesaurus >

# Adjective

*Portable* devices such as MP3 players are becoming increasingly popular.

# Recent Examples on the Web

## Adjective

Dictionary     Thesaurus

**See More**

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'portable.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

# Etymology

## Adjective

Middle English, from Anglo-French, from Late Latin *portabilis*, from Latin *portare* to carry — more at FARE

# First Known Use

## Adjective

15th century, in the meaning defined at sense 1a

Dictionary    Thesaurus

**The first known use of** *portable* **was in the 15th century**

See more words from the same century

portability
**portable**
portableness

See More Nearby Entries >

Style  MLA

"Portable." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/portable. Accessed 15 Feb. 2024.
⧉ Copy Citation

 

Dictionary                                    Thesaurus

por·ta·ble  ˈpōrt-ə-bəl, ˈpȯrt-

: possible to carry or move about

   a *portable* computer

# Etymology

**Adjective**

Middle English *portable* "capable of being carried or moved about," from early French *portable* (same meaning), from Latin *portabilis* (same meaning), from earlier *portare* "to carry" — related to PORTFOLIO, TRANSPORT

Nglish: Translation of *portable* for Spanish Speakers
Britannica English: Translation of *portable* for Arabic Speakers

<

Dictionary                                                   Thesaurus

**MERRIAM-WEBSTER UNABRIDGED**



Can you solve 4 words at once?

Dictionary	Thesaurus



See Definitions and Examples »

Get Word of the Day daily email!

Your email address		SUBSCRIBE

**8 Grammar Terms You Used to Know, But Forgot**

**Homophones, Homographs, and Homonyms**

**Commonly Misspelled Words**

‹

Dictionary　　　　　　　　　　　　　　　　Thesaurus

**Absent Letters That Are Heard Anyway**

See All

**8 Uncommon Words Related to Love**

**The Words of the Week - Feb. 9**

**9 Superb Owl Words**

Dictionary | Thesaurus

## 'Gaslighting,' 'Woke,' 'Democracy,' and Other Top Lookups

See All

### Quordle
Can you solve 4 words at once?

Play

### Blossom Word Game
You can make only 12 words. Pick the best ones!

Play

Dictionary | Thesaurus

### Missing Letter
A crossword with a twist

Play

### Spelling Bee Quiz
Can you outdo past winners of the National Spelli...

Take the quiz

Learn a new word every day. Delivered to your inbox!

Your email address     SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2024 Merriam-Webster, Incorporated

Case 4:22-cv-04376-HSG   Document 104-3   Filed 05/09/24   Page 12 of 12

| Dictionary | Thesaurus |
|---|---|

VIASAT_00013576