# EXHIBIT 7

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| U.S. Patent 9,424,400 | Plaintiffs' Contentions Pursuant to Patent L.R. 3-1(c)[1] |
|---|---|
| 1[pre] A kiosk for provisioning secure media content to a plurality of portable data storage devices, the kiosk comprising: | To the extent the preamble is limiting, the '400 Accused Products comprise a kiosk (*e.g.*, one or more modules of the IFE system; *e.g.*, one or more modules of Viasat's Network Access Unit ("NAU"), the Viasat's Mobile Application Server, or the Viasat S4 Server; *e.g.*, one or more modules of the Gateway system) for provisioning secure media content to a plurality of portable data storage devices.  The "kiosk" is distributes content to end-user devices, and end-users can access and obtain content from the kiosk through a portal (*e.g.*, a passenger portal and/or app).<br><br>Moreover, the '400 Accused Products provide access to media streaming services (*e.g.*, IPTV, Disney+, Apple Music and/or Apple TV+), via the Internet, to user devices (*e.g.*, a smart phone or laptop) and/or seat back devices connected to the '400 Accused Products, and thereby provide each device with access to secure media (*e.g.*, IPTV, Disney+, and from Apple Music/TV, over 50 million songs, playlists and music videos and/or Apple Originals and Apple TV+ channels). |

---

[1]     All references listed are exemplary and non-exclusive. Discovery is in early stages and Plaintiffs' investigation is ongoing.  Plaintiffs reserve all rights to modify and supplement Exhibit A as discovery progresses, which may reveal additional details about specific functionality of the Accused Products.  Plaintiffs further reserve the right to supplement these contentions, including with respect to the Doctrine of Equivalents, if needed, as discovery progresses and if the Court construes the asserted claims.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| U.S. Patent 9,424,400 | Plaintiffs' Contentions Pursuant to Patent L.R. 3-1(c)[1] |
|---|---|
| |  https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s <br><br> The **portable electronic device** includes end-user devices (e.g., "PED" devices, laptops, tablets, smartphones, etc.), "semi embedded" devices, and "seatback" devices.  To the extent Viasat argues that the "seatback" devices are not "portable," the "seatback" devices perform substantially the same function in substantially the same way to obtain substantially the same result.  As noted in VIASAT_00006471 at 491, the "seatback" and the PED devices all stream media from Viasat's onboard IFEC server, with a "consistent look and feel," and Viasat provides an "identical offering" across "seatback", semi-embedded, and PED devices.  *See* VIASAT_00006471 at 476-477, 490. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| U.S. Patent 9,424,400 | Plaintiffs' Contentions Pursuant to Patent L.R. 3-1(c)[1] |
|---|---|
| | |
| 1[e] authenticate the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and | The '400 Accused Products are configured to authenticate the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface.<br><br>For example, the Viasat's Sponsored Access Privacy Notice notes that "to deliver the Sponsored Access services to you, we collect a unique identifier associated with the device that you use to access the Services."<br><br>• **Information Collected Automatically**<br><br>When you use our Services, we collect information that we need to enable the Services, as well as information about your use of our Services and how our Services perform.<br><br>For example, to deliver the Sponsored Access services to you, we collect a unique identifier associated with the device that you use to access the Services. This identifier is a modified version of your device MAC address that is collected through the internet access service provided by your airline or other service on which you are traveling, or by us, and Viasat does not link or otherwise associate this identifier to your MAC address or device as part of our provision of Sponsored Access.<br><br>https://www.viasat.com/content/dam/us-site/legal/documents/Sponsored_Access_Global_Privacy_Policy-Connectivity_and_SA_Final_Sept_2021_ver.pdf |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| U.S. Patent 9,424,400 | Plaintiffs' Contentions Pursuant to Patent L.R. 3-1(c)[1] |
|---|---|
| 6 The kiosk of claim 1, wherein the second data interface is a network interface. | The '400 Accused Products comprise the kiosk of claim 1, wherein the second data interface is a network interface.<br><br>*See* Claim 1[b]. |
| 8 The kiosk of claim 1, wherein the kiosk is located in a public environment. | The '400 Accused Products comprise the kiosk of claim 1, wherein the kiosk is located in a public environment.<br><br>For example, Viasat operates '400 Accused Products in the public environment of a commercial aircraft cabin.<br><br><br><br>https://www.viasat.com/enterprise-and-mobility/aviation/commercial/ |
| 9[pre]  A method for provisioning secure media content to a plurality | To the extent the preamble is limiting, the '400 Accused Products implement a method for provisioning secure media content to a plurality of portable data storage devices from a kiosk. |