# EXHIBIT 10



*Microsoft*

OVER 10,000 ENTRIES

# Microsoft Computer Dictionary
## Fifth Edition

- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!

WD-Viasat-NDCA00002743

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
    p. cm.
  ISBN 0-7356-1495-4
  1. Computers--Dictionaries.  2. Microcomputers--Dictionaries.

AQ76.5. M52267  2002
004'.03--dc21                                                                200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9   QWT   7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

WD-Viasat-NDCA00002744

**kern** *vb.* To alter selectively the distance between pairs of letters for readability and to make the type spacing more balanced and proportional. See the illustration.

# A W A KE
# AWAKE

**Kern.** *The first three letters of the second example are kerned.*

**kernel** *n.* The core of an operating system—the portion of the system that manages memory, files, and peripheral devices; maintains the time and date; launches applications; and allocates system resources.

**Kernel Extension** *n. See* KEXT.

**kernel panic** *n.* In Mac OS X and UNIX-based systems, a type of error that occurs when the core level of the operating system is unable to properly handle an instruction. A kernel panic appears to the user as a text screen containing information about the nature of the error, which often can be corrected with a system reboot.

**KEXT** *n.* Acronym for **Kernel Extension**. In Mac OS X, an extension mechanism created to expand the functionality of the operating system kernel. KEXTs are modular and dynamic loading, and they may be created for any service that requires access to kernel internal interfaces. Creation of a KEXT allows the loading of pieces of code into the kernel without the need to recompile.

**key** *n.* **1.** On a keyboard, the combination of a plastic keycap, a tension mechanism that suspends the keycap but allows it to be pressed down, and an electronic mechanism that records the key press and key release. **2.** In database management, an identifier for a record or group of records in a datafile. *See also* B-tree, hash[2], index[1] (definition 1), inverted list, key field. **3.** In encryption and digital signatures, a string of bits used for encrypting and decrypting information to be transmitted. Encryption commonly relies on two different types of keys, a public key known to more than one person (say, both the sender and the receiver) and a private key known only to one person (typically, the sender). **4.** A metal object used with a physical lock to disable a computer system.

**key binary large object** *n.* A key binary large object (BLOB) provides a way to store keys outside of the cryptographic service provider (CSP) and is used to transfer keys securely from one CSP to another. A key BLOB consists of a standard header followed by data representing the key. *Acronym:* key BLOB.

**key BLOB** *n. See* key binary large object.

**keyboard** *n.* A hardware unit with a set of switches that resembles a typewriter keyboard and that conveys information from a user to a computer or data communications circuit. *See also* Alt key, Apple key, arrow key, Backspace key, Break key, Caps Lock key, character code, Clear key, Command key, control character, Control key, Delete key, Dvorak keyboard, End key, enhanced keyboard, Enter key, ergonomic keyboard, Escape key, function key, Help key, Home key, Insert key, keyboard buffer, keyboard controller, keyboard enhancer, keycap, key code, numeric keypad, Num Lock key, Option key, original Macintosh keyboard, Page Down key, Page Up key, Pause key, PC/XT keyboard, Power-on key, Print Screen key, QWERTY keyboard, Return key, scan code, Scroll Lock key, Shift key, Sys Req key, Tab key.

**keyboard buffer** *n.* A small amount of system memory that stores the most recently typed characters. This buffer is used to store typed characters that have not yet been processed. *Also called:* type-ahead buffer.

**keyboard controller** *n.* A microprocessor installed in a keyboard whose primary function is to wait for and report on keystrokes.

**keyboard enhancer** *n.* A program that monitors keystrokes as they are typed and that can be used to redefine the meaning of certain keys or key combinations. Keyboard enhancers are used to create and store macros—sets of keystrokes, mouse actions, menu selections, or other instructions—that are then assigned to keys. *Also called:* macro program.

**keyboard layout** *n.* The key arrangement used for a particular keyboard, including such factors as the number of keys (101 is the current standard) and the configuration of the keys (QWERTY is the United States standard). Some proprietary systems use different layouts, and many allow you to map the keys to characters according to your preferences.

**keyboard port** *n.* The connector on a computer that receives data from the keyboard. *See also* port[1] (definition 1).

**keyboard processor** *n. See* keyboard controller.

**keyboard repeat** *n. See* typematic.



WD-Viasat-NDCA00002745