# EXHIBIT 11

< public                                                                    ✕

**Dictionary**                                          Thesaurus

# public   1 of 2   adjective

pub·lic   ˈpə-blik 🔊

Synonyms of *public* >

**1 a** **:** exposed to general view **:** OPEN

   **b** **:** WELL-KNOWN, PROMINENT

   **c** **:** PERCEPTIBLE, MATERIAL

**2 a** **:** of, relating to, or affecting all the people or the whole area of a nation or state

   *public* law

   **b** **:** of or relating to a government

   **c** **:** of, relating to, or being in the service of the community or nation

**3 a** **:** of or relating to people in general **:** UNIVERSAL

   **b** **:** of, by, for, or directed to the public (see PUBLIC entry 2 sense 2) **:** POPULAR

   in the *public* eye

   a campaign to raise *public* awareness of the issue

   He's certainly aware that **public opinion** has soured on him this year …
   — Bryan Rolli

**4**    **:** of or relating to business or community interests as opposed to private affairs **:** SOCIAL





**Dictionary** | Thesaurus

**7** : supported by public funds and private contributions rather than by income from commercials

*public* radio

*public* television

noun

# public  2 of 2  noun

**plural publics**

**1** : a place accessible or visible to the public → usually used in the phrase *in public*

**2** : the people as a whole : **POPULACE**

**3** : a group of people having common interests or characteristics

*specifically* : the group at which a particular activity or enterprise aims

VIASAT_00013581

| Dictionary | Thesaurus |
|---|---|

| | |
|---|---|
| folks | humanity |
| humankind | people |
| species | world |

**See all Synonyms & Antonyms in Thesaurus >**

## Adjective

*Public* outrage over the scandal eventually forced him to resign.

The ads are intended to increase *public* awareness of the risks of smoking.

She was elected to a *public* office.

**See More ⌄**

## Recent Examples on the Web

### Adjective

Typically, controlling battlefield positions involves frequent in-person inspection of compliance by the frontline police to ensure that the staff of these *public* venues are keeping records and reporting their customers' identities and transactions.

— Minxin Pei, *Foreign Affairs*, 6 Feb. 2024

VIASAT_00013582

<

**Dictionary**   **Thesaurus**

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'public.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



Dom's weight loss j…
Ad By **Northwell Health**    See

# Etymology

## Adjective

Middle English *publique*, from Anglo-French, from Latin *publicus*; akin to Latin *populus* people

# First Known Use

## Adjective

14th century, in the meaning defined at sense 1a

**Dictionary** | Thesaurus

caught the public imagination

come to public notice

go public

go on public assistance

hold (someone) up to (public) ridicule

certified public accountant

See More ⌄

publ
**public**
public access

See More Nearby Entries >

Style  MLA

Dictionary    Thesaurus





Facebook    Twitter

# public  1 of 2  *adjective*

pub·lic  ˈpəb-lik

1   **a**  **:** of, relating to, belonging to, or affecting all the people
        *public* law
    **b**  **:** provided by the government
        *public* education
    **c**  **:** relating to or engaged in the service of the community or nation
        *public* life

2      **:** of or relating to community interests as opposed to private affairs
        a radio program in the *public* interest

3      **:** devoted to the general welfare
        needed leaders with *public* spirit

4      **:** open to or shared by all
        a *public* meeting

VIASAT_00013585

‹

**Dictionary** | Thesaurus

a *public* figure

6 : supported by income from public funds and private contributions rather than by commercials

> *public* television

### adverb

# public  2 of 2  noun

1 : a place open or visible to people
> seen in *public*

2 : the people as a whole
> a lecture open to the *public*

3 : a particular group of people
> a writer's *public*

## Etymology

### Adjective

Middle English *publique* "relating to the people as a whole, public," from early French *publique* (same meaning), from Latin *publicus* "belonging to the people as a whole," from *populus* "the people" — related to POPULAR, REPUBLIC

VIASAT_00013586

Dictionary | Thesaurus

# public  1 of 2  adjective

pub·lic

**1** **a** : exposed to general view

*public* indecency

**b** : known or recognized by many or most people

**2** **a** : of, relating to, or affecting all of the people or the whole area of a nation or state

*public* statutes

**b** : of or relating to a government **:** authorized by, administered by, or acting for the people as a political entity

*public* expenditures

the *public* prosecutor

**c** : of, relating to, or being in the service of the community or nation

holding *public* office

**d** : provided for, used by, or containing the records of a government agency

the post office and other *public* buildings

VIASAT_00013587

‹

**Dictionary** | Thesaurus

**6** : accessible to or shared by all members of the community

a *public* hearing

→ compare PRIVATE

**7** : capitalized in shares that can be freely traded on the open market → often used with *go*

**adverb**

# public  2 of 2  noun

**1** : a place accessible or visible to the public → usually used in the phrase *in public*

**2** : the people as a whole

Nglish: Translation of *public* for Spanish Speakers
Britannica English: Translation of *public* for Arabic Speakers
Britannica.com: Encyclopedia article about *public*

Last Updated: 8 Feb 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and

VIASAT_00013588

**Dictionary**        **Thesaurus**

Nelle
Knit
Midi-
Dress
$178



Can you solve 4 words at once?

Play



**WORD OF THE DAY**

enervate

Dictionary    Thesaurus

8 Grammar Terms You Used to Know, But Forgot

Homophones, Homographs, and Homonyms

Commonly Misspelled Words

A Guide to Em Dashes, En Dashes, and Hyphens

Dictionary      Thesaurus

**8 Uncommon Words Related to Love**

**The Words of the Week - Feb. 9**

**9 Superb Owl Words**

**Football Words and Terminology**

**'Gaslighting,' 'Woke,' 'Democracy,' and Other Top Lookups**

See All



VIASAT_00013592

| Dictionary | Thesaurus |
|---|---|

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Diversity  |  Privacy Policy  |  Terms of Use

© 2024 Merriam-Webster, Incorporated

ADVERTISEMENT