L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
rvincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (pro hac forthcoming)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**JOINT STIPULATION TO RESCHEDULE TUTORIAL AND CLAIM CONSTRUCTION HEARING AND [PROPOSED] ORDER** |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant (collectively the "Parties")
2   hereby jointly stipulate and agree as follows, subject to the approval of the Court, to continue the dates
3   for the technology tutorial and the claim construction hearing in this litigation:
4   WHEREAS, on December 27, 2023, this Court entered a scheduling order (Dkt. No. 86) stating
5   that the Technology Tutorial in this case would be heard on May 30, 2024 at 10:00 AM and that
6   arguments concerning claim construction would be heard on June 7, 2024 at 2:00 PM;
7   WHEREAS, on April 3, 2024, the parties stipulated to continue the Technology Tutorial to July
8   12, 2024 at 10:00 AM, and the arguments concerning claim construction to July 19, 2024 at 2:00 PM
9   (Dkt. No. 100);
10  WHEREAS, on April 4, 2024, the Court entered an Order (Dkt. No. 102) continuing the
11  Technology Tutorial to July 12, 2024 at 10:00 AM, and the arguments concerning claim construction
12  to July 19, 2024 at 2:00 PM, pursuant to the Parties' Stipulation;
13  WHEREAS, Defendant now has a scheduling conflict on July 12 and July 19 created by a trial
14  date in another matter;
15  WHEREAS, after conferring regarding the scope and length of a technology tutorial, the parties
16  agree that a technology tutorial for the two asserted patents would not last more than 30 minutes per
17  side, and perhaps less;
18  WHEREAS, in view of the limited nature of the anticipated technology tutorial in this matter,
19  and for judicial and party efficiency, the parties jointly request that the court consolidate the technology
20  tutorial and claim construction hearing to a single hearing, in which the parties will each present an
21  efficient and limited technology tutorial along with their arguments on claim construction;
22  WHEREAS, both Plaintiffs and Defendant are available on August 26-28, if a hearing in that
23  window would be convenient for the Court;
24  NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court
25  consolidate the technology tutorial and the claim construction hearing (currently scheduled for July 12
26  and July 19, respectively) into a single hearing on either August 26, 27, or 28, subject to the Court's
27  availability (or if those dates are not convenient for the Court, as soon thereafter as practicable). No
28  other deadlines will be affected by this change.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: June 24, 2024 | GIBSON, DUNN & CRUTCHER LLP |
|   | By: */s/ Ahmed ElDessouki* |
|   |     Ahmed ElDessouki |
|   | *Attorney for Plaintiffs* |
| DATED: June 24, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | By: */s/Patrick D. Curran* |
|   |     Patrick D. Curran |
|   | *Attorneys for Defendant* |

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

/s/Patrick D. Curran

*Attorney for Defendant*

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation To Reschedule Technology Tutorial And Claim Construction Hearing, and good cause appearing, the Court hereby ORDERS that the technology tutorial and the claim construction hearing shall be heard together on _____.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____

UNITED STATES DISTRICT JUDGE