UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-04376-HSG<br><br>**ORDER RESCHEDULING CLAIM CONSTRUCTION HEARING AND VACATING TECHNOLOGY TUTORIAL** |

The Court has received and reviewed the parties' Joint Stipulation to Reschedule Technology Tutorial and Claim Construction Hearing.  Dkt. No. 106.  Good cause appearing, the Court **ORDERS** that the claim construction hearing currently scheduled for July 19, 2024 shall be **CONTINUED** to August 27, 2024 at 10:00 a.m.  The technology tutorial currently scheduled for July 12, 2024 is **VACATED**, and no technology tutorial will be held on the date of the claim construction hearing.

This order terminates Dkt. No. 106.

**IT IS SO ORDERED.**

Dated:   6/25/2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge