| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>KKieckhefer@gibsondunn.com<br><br>Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>rvincent@gibsondunn.com<br><br>Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com<br><br>Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com<br><br>*Attorneys for Plaintiffs* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Steven Cherny (pro hac forthcoming)<br>  stevencherny@quinnemanuel.com<br>  Patrick Curran (Bar No. 241630)<br>  patrickcurran@quinnemanuel.com<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>Telephone:    (617) 712-7100<br>Facsimile:    (617) 712-7200<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Jodie Cheng (Bar No. 292330)<br>  jodiecheng@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Nicola R. Felice (*proc hac vice*)<br>  nicolafelice@quinnemanuel.com<br>51 Madison Avenue, Floor 22<br>New York, NY 10010<br>Telephone:    (212) 849-7346<br>Facsimile:    (212) 849-7100<br><br>*Attorneys for Defendant Viasat, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>            Plaintiffs,<br><br>     v.<br><br>VIASAT, INC.,<br><br>            Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**JOINT STIPULATION REGARDING CONSTRUCTION OF "SECURE REGION"** |

WHEREAS, on August 27, 2024, this Court Ordered the Parties to meet and confer and submit a joint stipulation regarding the construction of the claim term "secure region," which appears in Asserted Claims 1, 4-7, and 11-16 of U.S. Patent No. 10,447,667;

WHEREAS, the Parties discussed and came to an agreement, for purposes of this action, regarding the construction of "secure region";

NOW, THEREFORE, the Parties hereby stipulate to, and respectfully request that the Court adopt, for purposes of this action only, the following construction of "secure region," which appears in Asserted Claims 1, 4-7, and 11-16 of U.S. Patent No. 10,447,667:

| Claim Term | Stipulated Construction |
|---|---|
| "secure region" (Claims 1, 4-7, and 11-16) | "a region of the NAS device to which access is controlled" |

Respectfully submitted,

DATED: September 10, 2024            GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lillian J. Mao*
    Lillian J. Mao

*Attorney for Plaintiffs*

DATED: September 10, 2024            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/Nicola R. Felice*
    Nicola R. Felice

*Attorneys for Defendant*

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

*/s/ Nicola R. Felice*
*Attorney for Defendant*

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation Regarding Construction of "Secure Region," and good cause appearing, the Court hereby ORDERS that the claim term, "secure region," as it appears in Claims 1, 4-7, and 11-16 of U.S. Patent No. 10,447,667, shall be construed, for purposes of this action, to mean: "a region of the NAS device to which access is controlled."

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE