L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
rvincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (pro hac forthcoming)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola R. Felice (*proc hac vice*)
  nicolafelice@quinnemanuel.com
51 Madison Avenue, Floor 22
New York, NY 10010
Telephone:   (212) 849-7346
Facsimile:   (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-4376-HSG <br><br> **JOINT STIPULATION REGARDING CONSTRUCTION OF "SECURE REGION"; ORDER** |

WHEREAS, on August 27, 2024, this Court Ordered the Parties to meet and confer and submit a joint stipulation regarding the construction of the claim term "secure region," which appears in Asserted Claims 1, 4-7, and 11-16 of U.S. Patent No. 10,447,667;

WHEREAS, the Parties discussed and came to an agreement, for purposes of this action, regarding the construction of "secure region";

NOW, THEREFORE, the Parties hereby stipulate to, and respectfully request that the Court adopt, for purposes of this action only, the following construction of "secure region," which appears in Asserted Claims 1, 4-7, and 11-16 of U.S. Patent No. 10,447,667:

| Claim Term | Stipulated Construction |
|---|---|
| "secure region" (Claims 1, 4-7, and 11-16) | "a region of the NAS device to which access is controlled" |

Respectfully submitted,

DATED: September 10, 2024            GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lillian J. Mao*
　　Lillian J. Mao

*Attorney for Plaintiffs*

DATED: September 10, 2024            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/Nicola R. Felice*
　　Nicola R. Felice

*Attorneys for Defendant*

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

*/s/ Nicola R. Felice*

*Attorney for Defendant*

**ORDER**

Upon consideration of the Joint Stipulation Regarding Construction of "Secure Region," and good cause appearing, the Court hereby ORDERS that the claim term, "secure region," as it appears in Claims 1, 4-7, and 11-16 of U.S. Patent No. 10,447,667, shall be construed, for purposes of this action, to mean: "a region of the NAS device to which access is controlled."

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   9/11/2024

_____
UNITED STATES DISTRICT JUDGE