L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>            Plaintiffs,<br><br>     v.<br><br>VIASAT, INC.,<br><br>            Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION**<br><br>Date: October 31, 2024<br>Time: 2:00 p.m. PT<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on October 31, 2024, at 2:00 p.m. in Courtroom 2, 4th Floor located at 1301 Clay Street, Oakland, CA 94612, prospective Plaintiffs will, and hereby move to substitute the parties and amend the case caption. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting declaration of Carver Peterson, and the proposed order submitted herewith, and such other evidence and argument as may be presented at or before any hearing on this Motion, and all matters of which the Court may take judicial notice.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 25(c), Plaintiffs Western Digital Technologies, Inc. ("WDT"), Western Digital Ireland Ltd. ("WDI"), SanDisk 3D IP Holdings Ltd. ("SD3D"), SanDisk Technologies LLC ("SDT LLC"), SanDisk Storage Malaysia Sdn Bhd. ("SDSM") (collectively, "Plaintiffs"), hereby request the Court to substitute in this matter Plaintiff WDI with Plaintiff SDT LLC and Plaintiff WDT with its wholly owned subsidiary Sandisk Technologies Inc. ("SDT Inc.").

### I.   BACKGROUND

Plaintiffs filed the First Amended Complaint ("FAC") for patent infringement on May 9, 2023. Dkts. 38, 73. The FAC alleges that defendant Viasat, Inc. infringes US Patent Nos. 9,424,400, 10,447,667 and 8,504,834 (collectively, the "Asserted Patents"). At the time of the filing of the FAC, Plaintiffs collectively held all exclusionary rights in the Asserted Patents.[1]  FAC, ¶¶ 20, 37, 50.

Since then, Plaintiff WDI merged with and into Plaintiff SDT LLC, effective October 30, 2023. *See* Declaration of Carver Peterson In Support of Motion to Substitute ("Peterson Decl."), Ex. A (Certificate of Merger). Through this merger, SDT acquired all of WDI's interests, including all of WDI's rights in the Asserted Patents. *Id.*; FAC, ¶¶ 20 ("WDT and WDI together are the owner and patentee of the '400 patent within the meaning of the Patent Laws of the United States."), 37 ("WDT

---

[1] This Court denied defendant's motion to dismiss WDI and SDSM for lack of standing. Dkt. 72 at 5 ("Plaintiffs have sufficiently pled that each of them possess[es] some exclusionary rights in the '400, '667 and/or '834 patents, Plaintiffs have met their burden at this stage to adequately plead standing to sue under 35 U.S.C. § 281.").

and WDI together are the owner and patentee of the '667 patent within the meaning of the Patent Laws of the United States.").

On May 6, 2024, Plaintiff WDT transferred to SanDisk Technologies, Inc. the "legal title/ownership," including "the right to sue and recover damages for past, present and future infringement claims with respect to" asserted U.S. patent numbers 9,424,400 and 10,447,667. Peterson Decl., Ex. B (Intellectual Property Legal Title Transfer Agreement). SanDisk Technologies, Inc. later changed its name to Sandisk Technologies, Inc. *Id.*, Ex. C (Certificate of Amendment). SDT Inc. is a wholly owned subsidiary of WDT and has been a wholly owned subsidiary of WDT since it was formed on February 5, 2024. *Id.*, ¶ 3. As a result of this transfer, WDT no longer has any interest in any of the patents asserted in this action. *Id.*; FAC, ¶¶ 20, 37, 50.

By way of summary, the following entities possess exclusionary rights in each asserted patent on May 9, 2023 – the date that the FAC was filed – and as of May 6, 2024:

| US Patent No. | May 9, 2023 | May 6, 2024 |
| --- | --- | --- |
| 9,424,400 | WDT – "legal title"<br>SD3D – "exclusive licensee"<br>WDI – "all other rights and interests"<br>(*see* FAC, ¶20) | SDT Inc. – "legal title"<br>SD3D – "exclusive licensee"<br>SDT LLC – "all other rights and interests" |
| 10,447,667 | WDT – "legal title"<br>SD3D – "exclusive licensee"<br>WDI – "all other rights and interests"<br>(*see* FAC, ¶37) | SDT Inc. – "legal title"<br>SD3D – "exclusive licensee"<br>SDT LLC – "all other rights and interests" |
| 8,504,834 | SDT LLC – "owner and patentee"<br>SDSM – "exclusive licensee"<br>(*see* FAC, ¶50) | SDT LLC – "owner and patentee"<br>SDSM – "exclusive licensee"<br>(*see* FAC, ¶50) |

Accordingly, all relevant interests formerly held by current Plaintiff WDI are now possessed by current Plaintiff SDT LLC, and all relevant interests formerly held by current Plaintiff WDT are now possessed by WDT's wholly owned subsidiary, SDT Inc.

## II.     ARGUMENT

Federal Rule of Civil Procedure 25(c) provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." "The decision of whether to grant a motion to substitute or join a party is left to the 'sound discretion' of the district court, weighing whether

'the transferee's presence would facilitate the conduct of the litigation.'" *Mobilemedia Ideas LLC v. Samsung Electronics Co., Ltd.,* Case No. 17-cv-01958-HSG, Dkt. 92 (N.D. Cal. Jul. 6, 2017) (*citing In re Bernal*, 207 F.3d 595, 598 (9th Cir. 2000)). "Rule 25(c) permits the court to continue to hear a case where the action survives but the original party has transferred interest in the litigation to another." *Gen. Battery Corp. v. Globe–Union, Inc.,* 100 F.R.D. 258, 262 (D. Del. 1982) (finding that the court may continue to hear the patent infringement action following the transfer of ownership of patents between parent corporation and wholly owned subsidiaries during the course of the litigation); *see also Abbott Lab'ys v. Roxane Lab'ys, Inc.*, 2013 WL 2322770, *10-*13 (D. Del. 2013), *report and recommendation adopted*, 2013 WL 12173929 (D. Del. June 18, 2013) (granting motion to substitute under Rule 25(c) where named plaintiff assigned the patents to a new corporate entity during the pendency of the litigation).

It is not disputed that Plaintiff WDT held legal title to '400 and '687 patents at the time of the filing of the litigation. Those rights – including all rights to sue and recover damages for past, present and future infringement claims – have been transferred to SDT Inc. by way of an assignment agreement. Peterson Decl., Exs. B, C. Accordingly, Plaintiff WDT should be substituted with SDT Inc. pursuant to Rule 25(c). *See, e.g.*, *Mobilemedia*, Case No. 17-cv-01958-HSG, Dkt. 92 (substituting plaintiff after the patent-in-suit were assigned to a different legal entity); *Abbott Lab'ys*, 2013 WL 12173929.

Plaintiff WDI was merged into SDT LLC. Peterson Decl., Ex. A. By operation of the merger, Plaintiff WDI no longer exists and Plaintiff SDT LLC holds all of WDI's interests in the Asserted Patents. Accordingly, Plaintiff WDI should be substituted with Plaintiff SDT LLC pursuant to Rule 25(c).

Moreover, Plaintiffs respectfully request that the Court amend the case caption in this action to remove WDT and WDI from the caption, and to add SDT Inc. Plaintiffs request the case caption be amended as follows:

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

### III. CONCLUSION

Plaintiffs respectfully request that the Court substitute Plaintiff WDT with SDT Inc., and Plaintiff WDI with SDT LLC, pursuant to Fed. R. Civ. P. 25(c), and to amend the case caption accordingly.

DATED: September 20, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki

*Attorneys for Plaintiffs*