L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**DECLARATION OF CARVER PETERSON IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CARVER PETERSON IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE
PARTIES AND AMEND CASE CAPTION
CASE NO. 4:22-CV-4376-HSG

I, Carver Peterson, declare as follows:

1. I am a Senior Director and Assistant General Counsel working for Western Digital Technologies, Inc. I have been employed by Western Digital Technologies since January 2020. I am part of a team responsible for securities and corporate governance matters for Western Digital, including managing the formation, maintenance, dissolution, and other corporate activities of legal entities for Western Digital, and the maintenance of corporate records related to such matters. I am familiar with the contents of this declaration and could and would testify under oath to the facts set forth herein if called to testify.

2. Pursuant to a Plan of Merger between SanDisk Technologies LLC and Western Digital Ireland Ltd. ("WDI"), WDI merged with and into Plaintiff SanDisk Technologies LLC effective October 30, 2023. Attached as Exhibit A is a true and correct copy of the Certificate of Merger effecting this merger. Accordingly, WDI no longer exists as a separate entity.

3. On May 3, 2024, Western Digital Technologies, Inc. and SanDisk Technologies, Inc. entered into an Intellectual Property Legal Title Transfer Agreement, which states that it the agreement is effective as of May 6, 2024. SanDisk Technologies, Inc. was, and remains as of the date hereof, a wholly owned subsidiary of Western Digital Technologies, Inc. Attached as Exhibit B is a true and correct copy of an Intellectual Property Legal Title Transfer Agreement. As reflected in this Intellectual Property Legal Title Transfer Agreement, Western Digital Technologies, Inc. transferred "legal title/ownership" to the asserted US Patent Nos. 9,424,400 and 10,447,667, including "the right to sue and recover damages for past, present and future infringement claims with respect to" US Patent Nos. 9,424,400 and 10,447,667. *See* Ex. B at 1, 13, 26 (highlighted).

4. On June 21, 2024, SanDisk Technologies, Inc.'s name was changed to Sandisk Technologies, Inc. Attached as Exhibit C is a true and correct copy of the related Certificate of Amendment of the Certificate of Incorporation of SanDisk Technologies, Inc.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF CARVER PETERSON IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION
CASE NO. 4:22-CV-4376-HSG

1  Executed this 20th day of September 2024.

*Carver Peterson*
CARVER PETERSON

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF CARVER PETERSON IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION
CASE NO. 4:22-CV-4376-HSG