# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "SANDISK TECHNOLOGIES, INC.", FILED IN THIS OFFICE ON THE TWENTY-FIRST DAY OF JUNE, A.D. 2024, AT 3:44 O`CLOCK P.M.



2960740  8100
SR# 20242957444

Authentication: 203774432
Date: 06-24-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

PATENT
REEL: 067982 FRAME: 0116

DocuSign Envelope ID: A58A754D-4474-43B0-BA53-282DF02BD0GD

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 03:44 PM 06/21/2024
FILED 03:44 PM 06/21/2024
SR 20242950011 - File Number 2960740
```

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT
## OF
## CERTIFICATE OF INCORPORATION
## OF
## SANDISK TECHNOLOGIES, INC.

June 21, 2024

SanDisk Technologies, Inc., a corporation organized and existing under the General Corporation Law of the State of Delaware (the "Corporation"), does hereby certify as follows:

1. The Corporation was first incorporated on February 5, 2024 in the State of Delaware by filing its original Certificate of Incorporation with the Secretary of State of the State of Delaware on such date (the "Certificate of Incorporation").

2. The Certificate of Incorporation of the Corporation be, and hereby is, amended by deleting Article First in its entirety and substituting in lieu thereof a new Article First to read as follows:

    FIRST: The name of the corporation is Sandisk Technologies, Inc.

3. The terms and conditions of this Certificate of Amendment of Certificate of Incorporation were duly adopted by the Board of Directors of the Corporation in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

4. This amendment shall be effective upon the filing of this Certificate of Amendment of Certificate of Incorporation with the Delaware Secretary of State.

5. All other provisions of the Certificate of Incorporation shall remain in full force and effect.

*(Signature page follows)*

1

PATENT
REEL: 067982 FRAME: 0117

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Amendment of Certificate of Incorporation as of the date first written above.

**SANDISK TECHNOLOGIES, INC.**

By: *Brandi Steege* (DocuSigned by: 9FE002343ED0414...)

Name: Brandi Steege

Title: Assistant Secretary

*(Signature page to Certificate of Amendment)*

427938508
**PATENT**
**REEL: 067982 FRAME: 0118**

RECORDED: 06/27/2024