Gibson, Dunn & Crutcher LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION** |

Based upon Plaintiffs' Motion To Substitute Parties And Amend Case Caption, It Is Hereby Ordered That:

- Western Digital Technologies, Inc. is substituted with Sandisk Technologies Inc.;
- Western Digital Ireland Ltd. is substituted with SanDisk Technologies LLC; and
- The caption of this matter be changed to reflect these changes as follows:

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-4376-HSG |

**IT IS SO ORDERED.**

Dated: _____, 2024

_____

HAYWOOD S. GILLIAM, JR.

United States District Judge