UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br>    Plaintiffs, <br><br>v. <br><br>VIASAT, INC., <br><br>    Defendant. | Case No. 22-cv-04376-HSG <br><br>**SCHEDULING ORDER** |

A case management conference was held on October 15, 2024. Having considered the parties' proposals, *see* Dkt. No. 126, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Substantial Completion of Document Discovery | January 6, 2025 |
| Close of Fact Discovery | February 7, 2025 |
| Opening Expert Disclosures and Reports For Party Bearing Burden of Proof | March 24, 2025 |
| Rebutting Expert Disclosures and Reports | April 14, 2025 |
| Close of Expert Discovery | May 9, 2025 |
| Dispositive Motion Filing Deadline | June 9, 2025 |
| Dispositive Motion Opposition | June 30, 2025 |
| Dispositive Motion Reply | July 14, 2025 |
| Dispositive Motion Hearing | August 14, 2025, at 2:00 p.m. |
| Final Pretrial Conference | November 18, 2025, at 3:00 p.m. |
| Jury Trial | December 1, 2025, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  December 2, 2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge