| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>KKieckhefer@gibsondunn.com | Brian M. Buroker (pro hac vice)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036-4504<br>Telephone: 202.955.8541<br>BBuroker@gibsondunn.com |
| Robert A. Vincent (pro hac vice)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>rvincent@gibsondunn.com | Ahmed ElDessouki (pro hac vice)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com |
| Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com | Spencer W. Ririe (SBN 248277)<br>MANGUM RIRIE LLP<br>999 Corporate Dr., Suite 255<br>Ladera Ranch, CA 92694<br>Telephone: 949.699.2499<br>spencer@mangumririe.com |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>   Plaintiffs,<br> v.<br><br>VIASAT, INC.,<br><br>   Defendant. | Case No. 4:22-cv-4376-HSG<br><br>**SANDISK PLAINTIFFS' NOTICE OF SUBPOENAS TO AIRLINES** |

1  PLEASE TAKE NOTICE that Plaintiffs Sandisk Technologies, Inc., Sandisk Technologies LLC, Sandisk Storage Malaysia Sdn. Bhd., and Sandisk 3D IP Holdings Limited ("Sandisk") will serve subpoenas for document production and deposition on American Airlines Group Inc. (Exhibit 1), Breeze Aviation Group, Inc. (Exhibit 2), Delta Air Lines, Inc. (Exhibit 3), JetBlue Airways Corporation (Exhibit 4), Southwest Airlines Co. (Exhibit 5), and United Airlines Holdings, Inc. (Exhibit 6).

PLEASE TAKE FURTHER NOTICE that the foregoing subpoena recipients are requested to produce all responsive documents in their possession, custody, or control requested in Exhibit A of the subpoenas by 12:00 p.m. Pacific on January 6, 2025.  The foregoing subpoena recipients also are requested to provide testimony requested in Exhibit B of the subpoenas at a place mutually acceptable to the Plaintiffs and each subpoena recipient and at a date and time to be determined in compliance with Civil L.R. 30-1.

Dated: December 17, 2024

Respectfully submitted,

MANGUM RIRIE LLP

By: /s/ Spencer W. Ririe

Spencer W. Ririe

GIBSON, DUNN & CRUTCHER LLP

L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki

*Attorneys for Plaintiffs*