UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sandisk Technologies, Inc., et ,

Plaintiff(s),

v.

VIASAT, INC.,                              ,

Defendant(s).

Case No. 4:22-cv-04376-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Alicia Lai          , an active member in good standing of the bar of New York State          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: VIASAT, INC.          in the above-entitled action. My local co-counsel in this case is Jodie W. Cheng          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 292330          .

295 5th Ave, Ste 9th Floor, New York, NY 10016
MY ADDRESS OF RECORD

212-849-7562
MY TELEPHONE # OF RECORD

alicialai@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

50 California Street, 22nd Floor, SF, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-875-6600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jodiecheng@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5929112          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

United States District Court
Northern District of California

1      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: ~~1~~/2/2025 _____                    Alicia Lai _____
                                                          APPLICANT
5

6

7

8                              ORDER GRANTING APPLICATION

9                        FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11     IT IS HEREBY ORDERED THAT the application of _Alicia Lai_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _1/2/2025_____

16

17     _Haywood S. Gill Jr._____

18     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Alicia Lai

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 21, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 10, 2024.

*Clerk of the Court*

*CertID-00204348*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3.AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022