L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "SanDisk") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are SanDisk's infringement contention claim charts, which include multiple excerpts and quotes of technical documents and source code that Defendant Viasat Inc. ("Viasat") designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" pursuant to the Stipulated Protective Order (Dkt. No. 90).  Defendants take no position on whether the material should be sealed.

The material for which sealing is sought is identified below:

- Exhibit 1 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat;

- Exhibit 2 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat;

- Exhibit 3 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat; and

- Exhibit 4 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat.

DATED: January 16, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki

*Attorneys for Plaintiffs*