IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARY'S MATERIAL SHOULD BE SEALED** |

The Court, having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, and finds that there are compelling reasons to seal the portions identified in Defendants' Motion. Specifically, the Court orders the following remain under seal:

- Exhibit 1 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat;

- Exhibit 2 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat;

- Exhibit 3 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat; and

- Exhibit 4 to ElDessouki Decl., which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge