L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
| Plaintiffs, | CETIFICATE OF SERVICE. |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I caused a copy of the following documents, filed under seal, to be served on counsel for defendant Viasat, Inc. via email to qe-viasat-wd@quinnemanuel.com:

- Exhibit 1 to ElDessouki Decl.
- Exhibit 2 to ElDessouki Decl.
- Exhibit 3 to ElDessouki Decl.
- Exhibit 4 to ElDessouki Decl.

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of January at Toronto, Canada.

_____
Ahmed ElDessouki