L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
| Plaintiffs, | **DECLARATION OF AHMED ELDESSOUKI IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |
| v. | |
| VIASAT, INC., | |
| Defendant. | Date: February 27, 2025 |
| | Time: 2:00 p.m. |
| | Courtroom 2, 4th Floor |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

ELDESSOUKI DECL. ISO PLAINTIFFS' MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS
CASE NO. 4:22-CV-4376-HSG

I , Ahmed ElDessouki, hereby declare that:

1.      I am an attorney with the law firm Gibson, Dunn & Crucher LLP.  I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "SanDisk") in the above-captioned action asserting that Viasat Inc. ("Viasat") infringes two Asserted Patents: U.S. Patent No. 9,424,400 (the "'400 Patent") and U.S. Patent No. 10,447,667 (the "'667 Patent").  I have personal knowledge of the matters discussed herein.

2.      On January 3, 2025, I served Viasat's counsel, by email, clean and redline copies of the proposed amendments to the infringement contents charts for both Asserted Patents.  The redline copies were provided as a courtesy to Viasat's counsel to show changes between the amended charts and the charts served previously on March 22, 2024.  On January 7, 2025, counsel for the parties met and conferred telephonically regarding SanDisk's requeste to amend its infringement contentions.  Counsel for Viasat responded by email on January 9, 2025 to indicate that Viasat would oppose the motion unless SanDisk agreed to unspecified amendments to Viasat's invalidity contentions.

3.      Attached as Exhibit 1 is a clean copy of the proposed amended infringement claim chart for the '400 Patent, a copy of which was served on counsel for Viasat on January 3, 2025.

4.      Attached as Exhibit 2 is a redline copy of the proposed amended infringement claim chart for the '400 Patent, a copy of which was served on counsel for Viasat on January 3, 2025.

5.      Attached as Exhibit 3 is a clean copy of the proposed amended infringement claim chart for the '667 Patent, a copy of which was served on counsel for Viasat on January 3, 2025.

6.      Attached as Exhibit 4 is a redline copy of the proposed amended infringement claim chart for the '667 Patent, a copy of which was served on counsel for Viasat on January 3, 2025.

7.    On December 19, 2024, Viasat produced the documents cited on page 58 of Exhibit 2, and which bear the following Bates Numbers: VIASAT_00016425, VIASAT_00016428, VIASAT_00016439, VIASAT_00017759, VIASAT_00017768, VIASAT_00017807, VIASAT_00017812, VIASAT_00017815, VIASAT_00017820, VIASAT_00017822, and VIASAT_00017825.  Those documents are responsive to SanDisk's RFP No. 1, which was served on April 7, 2023, and to SanDisk's RFP Nos. 67 and 71, where were served on October 2, 2024.

8.    On October 2, 2024, SanDisk requested that Viasat provide a mapping Viasat's source code to components and functions identified in its documentation.  Viasat did not provide the mapping until December 13, 2024.

9.    Since January 3, 2025, Viasat produced over 106,000 pages of new materials. Over 57,000 pages of new materials were produced after January 6, 2025.  By contrast, Viasat had produced less than 12,000 pages of information regarding the Accused Products before January 3, 2025.  Moreover, on December 10, 2024, Viasat amended its Initial Disclosures to identify eight new Viasat witnesses, six of whom may testify regarding the operation of the accused products, and two of who  may testify regarding financial information relating to the accused products.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: January 16, 2025

By:    _A E lDessouki_

Ahmed ElDessouki

PLAINTIFFS' MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS
CASE NO. 4:22-CV-4376-HSG