IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

1  The Court, having considered Plaintiffs' Motion For Leave To Amend Their Infringement
2  Contentions, and the supporting declaration, and finds compelling reasons to grant leave for Plaintiffs
3  to amend their infringement contentions in a manner consistent with the charts that Plaintiffs served on
4  Viasat on January 3, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge