QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac vice*)
  stevencherny@quinnemanuel.com
  Patrick D. Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Tzivya H. Beck (*pro hac vice*)
  tzivyabeck@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyu Shik Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola R. Felice (*proc hac vice*)
  nicolafelice@quinnemanuel.com
  Vanessa Blecher (*pro hac vice*)
  vanessablecher@quinnemanuel.com
  Alicia Lai (*pro hac vice*)
  alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
| Plaintiffs, | |
| v. | **DECLARATION OF COLIN WARD IN SUPPORT OF VIASAT, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| VIASAT, INC., | |
| Defendant. | |

I, Colin Ward, declare as follows:

1.     I submit this Declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Viasat, Inc. ("Viasat")'s Response To Plaintiffs' Motion to Consider Whether Another Party's Material Should be Sealed [Dkt. 145], to establish that the unredacted versions of Exhibits 1 through 4 to Plaintiffs' Notice Of Motion And Motion For Leave To Amend Their Infringement Contentions [Dkts. 145-2 through 145-5, the "Exhibits"] contain Viasat's confidential information and are subject to sealing by this Court.

2.     I am Vice President and Chief Litigation Counsel at Viasat. If called as a witness, I could and would testify competently to the information set forth in this Declaration.

3.     The highly confidential information in the Exhibits that Viasat seeks to seal comprise highly confidential source code and product operation information.

4.     The source code, operation of, and inner workings of Viasat's products and proprietary technology, including schematics related to how the products and proprietary technology work and maintain security, are not apparent from normal consumer operation. If this confidential source code and product operation information were disclosed, significant competitive harm could result for Viasat because Viasat's competitors could use this proprietary source code and product operation information for Viasat's products—that Viasat invested time and resources to develop—to replicate this product operation and source code in their own products.

WHEREFORE, I respectfully request that the Court issue Viasat's [Proposed] Order Granting Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed [Dkt. 145] and seal the unredacted version of Exhibits 1 to 4 filed in support of Plaintiffs' Notice Of Motion And Motion For Leave To Amend Their Infringement Contentions [Dkt. 145-2–145-5].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on January 23, 2025 in Carlsbad, New Mexico.

DATED:  January 23, 2025                    Respectfully Submitted,


                                    By  /s/ *Colin Ward*_____
                                            Colin Ward

        I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                                    By  /s/ *Patrick D. Curran*_____
                                            Patrick D. Curran