# EXHIBIT 2

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

**EXHIBIT A**
**PLAINTIFFS' CONTENTIONS PURSUANT TO PATENT L.R. 3-1**
*~~Western Digital~~Sandisk* Technologies, Inc. et al. v. Viasat, Inc.*, No. 5:22-cv-4376 (N.D. Cal.)

**U.S. Patent No. 9,424,400**

In this chart, Western Digital identifies specifically where and how each limitation of each asserted claim of U.S. Patent No. 9,424,400 is found within Viasat's media streaming software, systems, and services (collectively, the "'400 Accused Products").

The '400 Accused Products include Viasat's in-flight entertainment ("IFE"), wireless IFE ("W-IFE") systems, Viasat WiFi Gateway Modem ("Gateway") (used in residential applications), and all Viasat products incorporating IFE, W-IFE, Gateway, or the functionality described herein.  *See. e.g.*, VIASAT_00000618 at 621) ("ViaSat Wireless IFE, or ViaSat W-IFE (formerly known as CloudStore), is a streaming Inflight Entertainment system designed to work with passenger owned and airline-issued mobile devices."); VIASAT_00006779 at 789 ("Although ViaSat W-IFE software remains hardware agnostic, ViaSat has developed and built its own on-board mobile application server, deployed to our customers who select it."); VIASAT_00007973 at 984, 989, 012, 017, 022, 037 (explaining that the "Viasat's Gen2 IFC system" is "integrat[ed] with IFE seatbacks" and with "Viasat W-IFE" to offer passenger portals, IPTV, media streaming, and other services); VIASAT_00008188.  Viasat's W-IFE and IFE systems include the Mobile Application Server (*see. e.g.*, VIASAT_00006471 at 526), the Network Access Unit (*see. e.g.*, VIASAT_00006166 at 166), and the Viasat S4 Server (VIASAT_00005782 at 798).  Viasat's W-IFE and IFE systems connect to the Viasat Content Delivery System ("VCDS"), which "supports delivering live video content," such as "broadcast television stations being sent OTT, or sporting events, or custom content being broadcast live."  VIASAT_00008738 at 760 (describing live video content delivery supported by VCDS Home solutions).  Viasat's Gateway also connects to VCDS and further performs functions similar to W-IFE and IFE.  VIASAT_00003234 at 238 (summary showing VCDS used for residential, hotspot, and mobility applications); VIASAT_00007343 at 391 (describing VCDS residential applications such as delivery of OTT VoD, e.g., Disney+); VIASAT_00007581 at 583 (noting that for Viasat Internet Service "latest Viasat equipment will be set up in your home by our professional installers," and describing the service as "in-home"); VIASAT_00008428 at 444 (depicting Viasat home residential appliance); *see also* https://www.viasat.com/satellite-internet/add-ons/viasat-stream/ ; https://help.viasat.com/s/article/Viasat-Stream-FAQs .

Citations to specific documents and other information below are intended to be exemplary only and in no way preclude Plaintiffs from citing or relying on additional documents, information, and/or testimony at a later time. For example, a citation that refers to or discusses a figure or figure item should be understood to also incorporate by reference that figure and any additional descriptions of that figure as if set forth therein. Likewise, a citation to text should be understood to also incorporate by reference the figure to which it refers as if set forth therein. Plaintiffs reserve the right to rely on the entirety of the material cited in this chart to show infringement. Citations presented for one claim limitation are expressly incorporated by reference into all other limitations for that claim as well as all limitations

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

of all claims on which that claim depends.

~~Discovery remains in its infancy.  Viasat only recently provided produced its technical documentation relating to the VCDS on February 7, 2024 and only made the VCDS source code available for review on March 13, 2024, almost one year after Viasat's PLR 3-4 deadline of April 10, 2023~~<ins>Following the Court's claim construction order on September 20, 2024, Plaintiffs served additional discovery requests on Viasat on October 2, 2024 and December 7, 2024 to seek additional discovery in view of Court's claim construction order. However, Viasat has yet</ins> to produce ~~these initial technical~~ documents~~.  Viasat's delays has prejudiced~~ <ins>in response to</ins> Plaintiffs ~~and not allowed Plaintiffs sufficient time to review and analyze the source code and technical documents and to prepare fulsome contentions.'~~ <ins>Additional discovery requests and have failed to provide adequate responses to the vast majority of Plaintiffs' interrogatories. Moreover, on November 27, 2024 Viasat amended its Initial Disclosures to identify "Vualto," and on December 10, 2024 again amended its Initial Disclosure to identify eight previously undisclosed Viasat witnesses, including a number of engineers.  Plaintiffs have issued a subpoena to "Vualto" and deposition notices to Viasat's engineers; however, those depositions have not yet occurred.  As such,</ins> Plaintiffs will update its contentions to add any additional needed detail regarding those products and features, if necessary, ~~once~~<ins>after</ins> Viasat ~~provides adequate documentation and time for Plaintiffs to properly review~~<ins>completes its document productions and Viasat's witnesses sit for depositions</ins>.  Moreover, Plaintiffs reserve the right to request additional technical documents and source code that Viasat has not produced, and further supplement, correct, modify, and/or amend this chart upon further discovery this chart with citations to newly produced documents or source code. Plaintiffs also reserve their right to supplement, correct, modify, and/or amend this chart upon further discovery, upon receipt of the Court's claim constructions, and/or pursuant to any applicable Rule. The analysis provided with respect to each claim describes how each limitation is literally present in the accused products. In the event that a claim is found not literally infringed, Plaintiffs contend that such claim limitation is met under the doctrine of equivalents. This Claim Chart should not be construed as providing Plaintiffs' preliminary construction of any asserted claim or Plaintiffs' position on whether any claim term should be construed.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| U.S. Patent 9,424,400 | Plaintiffs' Contentions Pursuant to Patent L.R. 3-1(c)[1] |
|---|---|
| 1[pre] A kiosk for provisioning secure media content to a plurality of portable data storage devices, the kiosk comprising: | ~~To~~Per the ~~extent~~Court's September 20, 2024 Claim Construction Order, the preamble term "kiosk" is limiting, ~~the~~ and shall be construed to mean "any device used to access and distribute content provided by the system." *See* D.I. 120 at 8.  The '400 Accused Products comprise a kiosk (*e.g.*, one or more modules of the IFE system; *e.g.*, one or more modules of Viasat's Network Access Unit ("NAU"), the Viasat's Mobile Application Server, or the Viasat S4 Server; *e.g.*, one or more modules of the Gateway system) for provisioning secure media content to a plurality of portable data storage devices.  The "kiosk"~~is~~ distributes content to end-user devices, and end-users can access and obtain content from the kiosk through a portal (*e.g.*, a passenger portal and/or app). <br><br> Moreover, the '400 Accused Products provide access to media streaming services (*e.g.*, IPTV, Disney+, Apple Music and/or Apple TV+), via the Internet, to user devices (*e.g.*, a smart phone or laptop) and/or seat back devices connected to the '400 Accused Products, and thereby provide each device with access to secure media (*e.g.*, IPTV, Disney+, and from Apple Music/TV, over 50 million songs, playlists and music videos and/or Apple Originals and Apple TV+ channels). |

---

[1] All references listed are exemplary and non-exclusive. Discovery is ~~in early stages~~still ongoing and Plaintiffs' investigation is ongoing. Plaintiffs reserve all rights to modify and supplement Exhibit A as discovery progresses, ~~which may reveal~~including in view of any additional discovery that reveals additional details that relate to potential infringement theories about specific functionality of the Accused Products~~.~~ that were previously unknown to Plaintiffs ~~further reserve the right to supplement these contentions, including with respect to the Doctrine of Equivalents, if needed, as discovery progresses and if the Court construes the asserted claims~~.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



On American Airlines, Apple Music subscribers can listen to curated playlists, such as The New Chicago, with no Wi-Fi purchase required.

Starting Friday, Apple Music subscribers can enjoy their access to over 50 million songs, playlists and music videos on any domestic American Airlines flight equipped with Viasat satellite Wi-Fi with no Wi-Fi purchase required. American Airlines is the first commercial airline to provide exclusive access to Apple Music through complimentary inflight Wi-Fi.

"For most travelers, having music to listen to on the plane is just as important as anything they pack in their suitcases," said Oliver Schusser, vice president of Apple Music. "With the addition of Apple Music on American flights, we are excited that customers can now enjoy their music in even more places. Subscribers can stream all their favorite songs and artists in the air, and continue to listen to their personal library offline, giving them everything they need to truly sit back, relax and enjoy their flight."

https://www.apple.com/newsroom/2019/01/apple-music-takes-flight-on-american-airlines/

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



ViaSat In-Cabin System

VIASAT_00006166 at 166.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 526.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 532.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

**Passenger Portals**

A dynamic inflight experience that's as unique as your brand.



Viasat works closely with you to create a high-engagement portal that represents your brand and aligns with your business goals.

VIASAT_00007973 at 006.

**Airline directed-design**
Viasat portals are open and extensible, allowing them to be fully customized to ensure alignment with your Airline culture and brand philosophy.

**Fully managed service**
Managed by experienced professional services team, requires minimal airline technical and design resources.

**Rich portal content**
Integrate a variety of rich portal content including sponsored services, weather information, or flight details, to engage passengers and meet business needs.

**Over-the-air enhancements**
Content and components are deployed seamlessly over the air to connected aircraft, allowing for agile enhancement.

**Airline built portal support**
Viasat supports integration with airline developed portals, providing API documentation and engineering resources to assist with implementation.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007973 at 988.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00005782 at 798.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s

The **portable** ~~electronic device~~ includes**data storage devices** include end-user devices (e.g., "PED" devices, laptops, tablets, smartphones, etc.), "semi embedded" devices, and "seatback" devices. To the extent Viasat argues that the "seatback" devices are not "portable," the "seatback" devices perform substantially the same function in substantially the same way to obtain substantially the same result. As noted in VIASAT_00006471 at 491, ███████████

11

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



The same IFE solution supports all nodes on the network

- W-IFE Client
  - Passenger devices supported via IFC portal
  - Integrated into Alaska's mobile app for richer experience

- Semi-Embedded Client
  - W-IFE client installed on portable devices
  - Additional functionality added to address unique use cases (i.e.: reset on flight close)
  - Devices provided by Alaska's preferred partner

- Seatback Client
  - Similar application to the semi-embedded client
  - Seatbacks become a node on the cabin network
  - Content streamed from ViaSat server to seatback

VIASAT_00006471 at 477.

**Device Agnostic**

Seatback System        Personal Devices        Semi-embedded System

VIASAT_00006471 at 490.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 491.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 499.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 513.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## Viasat's extensive seatback integration experience and flexibility

Viasat connectivity integration with IFE seatbacks upgrades seatback functionality for passengers

- Viasat has existing integrations with IFE Seatback systems including linefit delivery with OEMs
- Internet access allows the IFE seatback system to perform several functions using the Internet link
  - Download media
  - Download seatback content and metadata
    - Moving Map, Advertising, News, Weather, Passenger surveys
  - Download passenger information
    - Connecting Gate, Targeted advertising and content
  - Upload analytics and performance data
  - Real-time payment transactions
  - Receive IPTV feed from Viasat
- Integration
  - PED to seatback IFE communication
  - Physical integration consists of Ethernet link(s) between IFE and IFC server
    - Networking Routing and VLANs provide the logical connections for the control and data planes



VIASAT_00007973 at 012.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## Our Solution



- Embedded into ViaSat's IFC Product
  - Enhances the 'at home' internet experience with Alaska's on-demand movie catalog
  - No extra hardware / weight
  - No complex IFC / IFE integration required

- Cloud Based CMS
  - Remote management of content
  - Tools provided for self/partner administration
  - Zero-touch updates via satellite
  - Extensive rules engine for customization

- Seamless Experience
  - Identical offering: seatback, semi-embedded, PED
  - Broad support for multiple device types
  - All devices become a node on the cabin network



VIASAT_00006471 at 476.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 486.

The following exemplary source code further support that the '400 Accused Products performs this limitation:

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "_____" is the

The folder ▓▓▓▓▓▓, which contains:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



In view of the Court's claim construction order that the term "portable data storage device" shall be construed to mean "a storage device that can be easily carried or moved about," Plaintiffs contend that: End-user, semi-embedded, and seat back devices are portable data storage devices as the term was construed. For example, the seat back devices are portable data storage devices as the term was construed because they can be easily carried or moved about prior to being placed on the back of a given seat. To the extent the aforementioned end-user devices, semi-embedded devices, and/or seatback devices do not literally satisfy the requirements of the claimed portable data storage device, they do so under the doctrine of equivalents. Any differences between the "portable data storage device" limitation and end-user devices, semi embedded devices, and/or seatback devices are insubstantial. For example, these devices perform substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems. As discussed herein, and as confirmed in Viasat's technical documentation, each of these devices have unique identifier specific to the device, which enables media content delivery to such devices. As explained previously, Viasat provides an "identical offering" across all these types of devices.

| | |
|---|---|
| 1[a] a first data interface configured | The '400 Accused Products comprise a first data interface configured to communicate with a |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| to communicate with a portable data storage device; | portable data storage device. |
|---|---|
| | For example, an interface is established for communication with a user and/or seat-back device, which acts as a portable data storage device. |
| | **Apple** |
| | **Apple TV+** |
| | Watch award-winning Apple Originals for free in flight, only on American. You can find the Apple TV+ channel on your seatback or your personal tablet, phone or laptop on flights with Wi-Fi. |
| | Explore Apple TV+ on your flight [↗] |
| | **Apple Music** |
| | Stream Apple Music for free in flight. Enjoy over 100 million songs, 30,000 playlists and original content from your favorite artists. Plus, immerse yourself in Spatial Audio to hear sound all around. No internet purchase required.* |
| | Existing Apple Music subscribers simply connect to Wi-Fi at no cost on Viasat-equipped aircraft, log in with their Apple ID and start listening. |
| | Apple Music [↗] |
| | **Get up to 2 free months** |
| | For a limited time, new Apple Music subscribers get up to 2 free months. Redeem now and enjoy Apple Music on your next flight. |
| | Redeem now [↗] |
| | *Currently only available on flights with Viasat Wi-Fi. Apple Music requires a subscription. Plan automatically renews after trial period. Spatial Audio requires compatible hardware and software. |
| | https://www.aa.com/i18n/travel-info/experience/entertainment/inflight-entertainment.jsp |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 477.

21

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



VIASAT_00006471 at 499.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 513.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 526.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007973 at 988.

The Visat WiFi Gateway similarly includes LAN and WiFi interfaces.

25

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  |  |
|---|---|
|  | https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s <br><br> The following exemplary source code further support that the '400 Accused Products performs this limitation: <br><br> Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "████████" is the ████████ <br><br> ███████████████████████████████████████ <br><br> ███████████████████████████████████ <br><br> The folder ████████████████, which contains the following: <br><br> ███████████████████████████████████████ <br><br> █████████████████████ <br><br> *See also* Claim 1[pre]. |
| 1[b] a second data interface configured to communicate, over a network, with a remote trusted server; and | The '400 Accused Products comprise a second data interface configured to communicate, over a network, with a remote trusted server. <br><br> For example, the '400 Accused Products include an IFC on board the aircraft, or a gateway modem, that communicates via a network interface with trusted "partner data centers" and other such systems on the ground. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



https://www.aviationtoday.com/2020/07/09/viasat-removes-ka-band-business-jet-connectivity-speed-limits/; *see also*
https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 526.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007973 at 988.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 513.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

ViaSat. IFE Architecture

ViaSat

VIASAT_00006471 at 499.

As shown below, the second data interface is configured to communicate with a remote trusted server (*e.g.*, Viasat AWS servers, content provider servers, Viasat data center, content management server).

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00000618 at 623.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 513.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 499.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008420 at 424.

The Visat WiFi Gateway similarly includes a sat-com data interface configured to communicate with the VCDS servers (*e.g.*, Core Node, Smarts, Web Proxy, VCDS AWS Account) and content provider servers.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s

The following exemplary source code further support that the '400 Accused Products performs this limitation:

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "⬛⬛⬛⬛" is the ⬛⬛⬛⬛⬛

The folder ⬛⬛⬛⬛, which contains:

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



| | |
|---|---|
| | • ███████████████ <br><br> ■ ██████████████ <br><br> ■ ████████████████████████ <br><br> The folder █████████████, which contains the files: <br><br> • ████████████████████ <br><br> ■ ██████████████ |
| 1[c] a processor configured to: | The '400 Accused Products comprise one or more processors configured to perform the recited steps. <br><br> For example, the '400 Accused Products include a processor configured to perform limitations 1[d] to 1[f]. <br><br> **The installation** <br><br> Viasat designs and manufactures the antenna, modem and server for our service, but we work with companies called integrators who specialize in modifying aircraft. They bring their experience to the table along with some additional components necessary for the installation. To optimize aerodynamic performance of the installation, we install a specialized structure overtop called a "radome." Installing the radome and the antenna is a critical piece of the operation, as it involves drilling holes in the fuselage. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| |
|---|
| https://www.Viasat.com/about/newsroom/blog/100-planes-and-counting-behind-the-scenes-installing-the-best-wi-fi-in-the-sky/  https://www.aviationtoday.com/2020/07/09/viasat-removes-ka-band-business-jet-connectivity-speed-limits/; *see also* https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



VIASAT_00006471 at 526.

The Visat WiFi Gateway similarly includes a processor.

https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| 1[d] obtain a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device; | The '400 Accused Products are configured to obtain a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device.<br><br>For example, Viasat's Sponsored Access Privacy Notice indicates that Viasat obtains a unique identifier that "is a modified version of [a] device MAC address that is collected through the internet access service provided by [an] airline or other service . . . , or by [Viasat]."<br><br>• **Information Collected Automatically**<br><br>When you use our Services, we collect information that we need to enable the Services, as well as information about your use of our Services and how our Services perform.<br><br>For example, to deliver the Sponsored Access services to you, we collect a unique identifier associated with the device that you use to access the Services. This identifier is a modified version of your device MAC address that is collected through the internet access service provided by your airline or other service on which you are traveling, or by us, and Viasat does not link or otherwise associate this identifier to your MAC address or device as part of our provision of Sponsored Access.<br><br>https://www.viasat.com/content/dam/us-site/legal/documents/Sponsored_Access_Global_Privacy_Policy-Connectivity_and_SA_Final_Sept_2021_ver.pdf<br><br>The user device and/or seat back device conceals the MAC address associated therewith, for example, by randomizing the MAC address. For example: |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

# Use private Wi-Fi addresses on iPhone, iPad, iPod touch, and Apple Watch

To improve privacy, your device uses a different MAC address with each Wi-Fi network.

To communicate with a Wi-Fi network, a device must identify itself to the network using a unique network address called a Media Access Control (MAC) address. If the device always uses the same Wi-Fi MAC address across all networks, network operators and other network observers can more easily relate that address to the device's network activity and location over time. This allows a kind of user tracking or profiling, and it applies to all devices on all Wi-Fi networks.

Starting with iOS 14, iPadOS 14, and watchOS 7, your device improves privacy by using a different MAC address for each Wi-Fi network. This unique MAC address is your device's private Wi-Fi address, which it uses for that network only.
https://support.apple.com/en-us/HT211227

## The System UI must:

- Have an option to enable or disable randomization for each SSID.

- Have MAC randomization enabled by default for all newly added networks.

https://source.android.com/docs/core/connect/wifi-mac-randomization

Moreover, the '400 Accused Products ███████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████. Such identifiers are concealed by the portable electronic device, *e.g.*, because they are not accessible to a user and/or are randomized.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## 5.2　CONTENT PROTECTION

### 5.2.1　DATA AT REST ENCRYPTION ON IOS DEVICES

Every iOS device has a dedicated AES 256 crypto engine built into the DMA path between the flash storage and main system memory, making file encryption highly efficient.

The device's unique ID (UID) and a device group ID (GID) are AES 256-bit keys fused (UID) or compiled (GID) into the application processor during manufacturing. No software or firmware can read them directly; they can see only the results of encryption or decryption operations performed using them. The UID is unique to each device and is not recorded by Apple or any of its suppliers. The GID is common to all processors in a class of devices (for example, all devices using the Apple A8 processor), and is used as an additional level of protection when delivering system software during installation and restore. Integrating these keys into the silicon helps prevent them from being tampered with or bypassed, or accessed outside the AES engine. The UID and GID are also not available via JTAG or other debugging interfaces.

The UID allows data to be cryptographically tied to a particular device. For example, the key hierarchy protecting the file system includes the UID, so if the memory chips are physically moved from one device to another, the files are inaccessible. The UID is not related to any other identifier on the device.

In addition to the hardware encryption features built into iOS devices, Apple provides a technology called Data Protection to further protect data stored in flash memory on the device. Arconics software uses Data Protection on iOS version 7 and above.

Data Protection is implemented by constructing and managing a hierarchy of keys, and builds on the hardware encryption technologies built into each iOS device. Data Protection is controlled on a per-file basis by assigning each file to a class; accessibility is determined by whether the class keys have been unlocked.

Every time a file on the data partition is created, Data Protection creates a new 256-bit key (the "per-file" key) and gives it to the hardware AES engine, which uses the key to encrypt the file as it is written to flash memory using AES CBC mode. The initialization vector (IV) is calculated with the block offset into the file, encrypted with the SHA-1 hash of the per-file key.

11 | P a g e

VIASAT_00006354 at 365.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 5.4    MOBILE DEVICE DISTRIBUTION, TRACKING AND CONTROL

The Arconics Platform allows documents and data to be safely synchronized to mobile devices like iPad, so that they may be accessed offline. The data distribution and tracking mechanisms are a programmatic feature of our software and not an iPad or Apple user utility. The proprietary method uses https to establish the content load session with each device and then transmit data to the client application using an application level encrypted data stream. Details of our proprietary content transfer and loading protocols are not in the public domain.

Client devices will challenge and authenticate the content server during the https handshake process to ensure it has a valid identifying certificate as an authorized content loading server.

In addition to the network authentication credentials the server authenticates client devices using a unique identifier whitelist at the application level. Only devices with a known and approved unique identifier will be allowed to download content.

Our content delivery pipeline ensures that content can only be delivered to a client device over an encrypted channel and the additional security measures applied during the transmission of content to the device mean that the content will only be delivered to an authorized user of that data.

VIASAT_00006354 at 367; *see also* VIASAT_00006153 at 162.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008738 at 828.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008188 at 201.

The following exemplary source code further support that the '400 Accused Products performs this limitation:

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, " " is the

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

| | |
|---|---|
| | [redacted]<br><br>In view of the Court's claim construction order that the term "portable data storage device" shall be construed to mean "a storage device that can be easily carried or moved about," Plaintiffs contend that: End-user, semi-embedded, and seat back devices are portable data storage devices as the term was construed. For example, the seat back devices are portable data storage devices as the term was construed because they can be easily carried or moved about prior to being placed on the back of a given seat. To the extent the aforementioned end-user devices, semi-embedded devices, and/or seatback devices do not literally satisfy the requirements of the claimed portable data storage device, they do so under the doctrine of equivalents. Any differences between the "portable data storage device" limitation and end-user devices, semi embedded devices, and/or seatback devices are insubstantial. For example, these devices perform substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems. As discussed herein, and as confirmed in Viasat's technical documentation, each of these devices have unique identifier specific to the device, which enables media content delivery to such devices. As explained previously, Viasat provides an "identical offering" across all these types of devices. |
| 1[e] authenticate the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and | The '400 Accused Products are configured to authenticate the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface.<br><br>For example, the Viasat's Sponsored Access Privacy Notice notes that "to deliver the Sponsored Access services to you, we collect a unique identifier associated with the device that you use to access the Services." |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  | • **Information Collected Automatically** <br><br> When you use our Services, we collect information that we need to enable the Services, as well as information about your use of our Services and how our Services perform. <br><br> For example, to deliver the Sponsored Access services to you, we collect a unique identifier associated with the device that you use to access the Services.  This identifier is a modified version of your device MAC address that is collected through the internet access service provided by your airline or other service on which you are traveling, or by us, and Viasat does not link or otherwise associate this identifier to your MAC address or device as part of our provision of Sponsored Access. <br><br> https://www.viasat.com/content/dam/us-site/legal/documents/Sponsored_Access_Global_Privacy_Policy-Connectivity_and_SA_Final_Sept_2021_ver.pdf |
|---|---|

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 513.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 4.1   DIGITAL RIGHTS MANAGEMENT

ViaSat Wireless IFE uses a third-party DRM system to protect content. The DRM system allows devices to play content without the ability to save it unencrypted. The DRM system also uniquely identifies (personalizes) each device before any user is allowed to stream content from the media server.

ViaSat Wireless IFE uses Vualto's vudrm system to apply Widevine Modular, FairPlay or PlayReady DRM as appropriate for each device accessing the network. Previously, content was protected exclusively with Widevine Classic, which has since been deprecated by Google.

### 4.3   CONTENT AVAILABLE ON LOCAL WI-FI ONLY

Our infrastructure and application level security ensures that content is available only to the authorized users connected to the aircraft wireless network, restricting it to a controlled population of users.

### 4.12  AUTHENTICATION AND AUTHORIZATION

Some customers shall require end user registration before being allowed to access ViaSat W-IFE.

Device authentication with the DRM server is via a signed token that is unique to the device. The DRM platform on the device will block playback if the device is detected as insecure.

The Application Server will only grant a signed token to a device where the content availability rules have been satisfied and access purchased where necessary.

### 4.10  DEVICE BLACKLISTING

ViaSat W-IFE can blacklist devices identified in attempts to participate in unauthorized use of media content.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

7.2   OVERVIEW



VIASAT_00000618 at 624-629.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## 5.2    CONTENT PROTECTION

### 5.2.1    DATA AT REST ENCRYPTION ON IOS DEVICES

Every iOS device has a dedicated AES 256 crypto engine built into the DMA path between the flash storage and main system memory, making file encryption highly efficient.

The device's unique ID (UID) and a device group ID (GID) are AES 256-bit keys fused (UID) or compiled (GID) into the application processor during manufacturing. No software or firmware can read them directly; they can see only the results of encryption or decryption operations performed using them. The UID is unique to each device and is not recorded by Apple or any of its suppliers. The GID is common to all processors in a class of devices (for example, all devices using the Apple A8 processor), and is used as an additional level of protection when delivering system software during installation and restore. Integrating these keys into the silicon helps prevent them from being tampered with or bypassed, or accessed outside the AES engine. The UID and GID are also not available via JTAG or other debugging interfaces.

The UID allows data to be cryptographically tied to a particular device. For example, the key hierarchy protecting the file system includes the UID, so if the memory chips are physically moved from one device to another, the files are inaccessible. The UID is not related to any other identifier on the device.

In addition to the hardware encryption features built into iOS devices, Apple provides a technology called Data Protection to further protect data stored in flash memory on the device. Arconics software uses Data Protection on iOS version 7 and above.

Data Protection is implemented by constructing and managing a hierarchy of keys, and builds on the hardware encryption technologies built into each iOS device. Data Protection is controlled on a per-file basis by assigning each file to a class; accessibility is determined by whether the class keys have been unlocked.

Every time a file on the data partition is created, Data Protection creates a new 256-bit key (the "per-file" key) and gives it to the hardware AES engine, which uses the key to encrypt the file as it is written to flash memory using AES CBC mode. The initialization vector (IV) is calculated with the block offset into the file, encrypted with the SHA-1 hash of the per-file key.

VIASAT_00006354 at 365.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 5.4    MOBILE DEVICE DISTRIBUTION, TRACKING AND CONTROL

The Arconics Platform allows documents and data to be safely synchronized to mobile devices like iPad, so that they may be accessed offline. The data distribution and tracking mechanisms are a programmatic feature of our software and not an iPad or Apple user utility. The proprietary method uses https to establish the content load session with each device and then transmit data to the client application using an application level encrypted data stream. Details of our proprietary content transfer and loading protocols are not in the public domain.

Client devices will challenge and authenticate the content server during the https handshake process to ensure it has a valid identifying certificate as an authorized content loading server.

In addition to the network authentication credentials the server authenticates client devices using a unique identifier whitelist at the application level. Only devices with a known and approved unique identifier will be allowed to download content.

Our content delivery pipeline ensures that content can only be delivered to a client device over an encrypted channel and the additional security measures applied during the transmission of content to the device mean that the content will only be delivered to an authorized user of that data.

VIASAT_00006354 at 367; *see also* VIASAT_00006153 at 162.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006779 at 787, 790.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008188 at 201.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008738 at 828.

**DSS Delegation to Viasat**

Users browse (or use the app) to get authenticated with Disney+. Users then select content to watch and

Viasat takes over from there, directing participating users to the best available caching node while redirecting non-participating users to a commercial CDN.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008738 at 834-835.  *See also*, VIASAT_00008738 at 839-40 (Fubo Sports Net).

**HIGHLIGHT CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008420 at 421.

*See also* VIASAT_00016425 (Disney Request Tokenization ESPN method), VIASAT_00016428 (Viasat Entertainment SDK), VIASAT_00016439 (D+ Token Scheme), VIASAT_00016439 (Common Access Token), VIASAT_00017759 (IFE Compliance White Paper), VIASAT_00017768 (IFE White Paper Compliance Review), VIASAT_00017807 (Session Management in W-IFE), VIASAT_00017812 (Disney Request Tokenization CAT method), VIASAT_00017815 (Disney Request Tokenization ESPN method), VIASAT_00017820 (Epic Breakdown, Proxy Cache Tokenization), VIASAT_00017822 (Epic Breakdown, Web Proxy Token), VIASAT_00017825 (Introducing Tokenization in Disney+).

The following exemplary source code further support that the '400 Accused Products performs this limitation:

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | The folder ████████████████, which contains:<br><br><br>In view of the Court's claim construction order that the term "portable data storage device" shall be construed to mean "a storage device that can be easily carried or moved about," Plaintiffs contend that:  End-user, semi-embedded, and seat back devices are portable data storage devices as the term was construed.  For example, the seat back devices are portable data storage devices as the term was construed because they can be easily carried or moved about prior to being placed on the back of a given seat.  To the extent the aforementioned end-user devices, semi-embedded devices, and/or seatback devices do not literally satisfy the requirements of the claimed portable data storage device, they do so under the doctrine of equivalents.  Any differences between the "portable data storage device" limitation and end-user devices, semi embedded devices, and/or seatback devices are insubstantial.  For example, these devices perform substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device.  For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems.  As discussed herein, and as confirmed in Viasat's technical documentation, each of these devices have unique identifier specific to the device, which enables media content delivery to such devices.  As explained previously, Viasat provides an "identical offering" across all these types of devices. |
| 1[f] in response to the | The '400 Accused Products are configured to, in response to the authentication, provide to the |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| authentication, provide to the portable data storage device an encrypted first media content and a corresponding access key. | portable data storage device an encrypted first media content and a corresponding access key.<br><br>For example, in response to the authentication (*i.e.*, the collection of the unique identifier required to access the services), the user/seat-back device is provided with sponsored media content from, for example, Apple Music.<br><br>For yet another example, in response to the authentication (*i.e.*, the collection of the unique identifier required to access the services), the user device is provided with media content from, for example, on-flight servers.<br><br> |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



### Flexible content delivery

Provide on-demand entertainment through Viasat's browser-based UI (no app required) or utilize our Software Development Kit (SDK) to seamlessly integrate the W-IFE interface into your airline application.



### Content ingestion and DRM protection

Utilize content ingestion and DRM protection services to ensure the quality and security of on-demand content. Viasat works with all major Content Service Providers to ingest content into the W-IFE systems, confirm content quality and completeness, and encrypt content in accordance with DRM requirements.



### Accessibility

Deliver entertainment that can be enjoyed by all passengers with accessibility features including text-to-speech, closed captioning, and multi-language support.



### No additional hardware

Viasat W-IFE uses the all same hardware as our In-flight Connectivity, simplifying installation and reducing total cost of ownership.

Viasat, *Wireless Inflight Entertainment* Datasheet, previously available at
https://www.viasat.com/content/dam/us-site/aviation/documents/1181038_Wireless_IFE_Datasheet_007_aag.pdf

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

> Apple Music on American
>
> Stream Apple Music for free in flight. Enjoy over 100 million songs, 30,000 playlists and original content from your favorite artists, all ad-free. Plus, immerse yourself in Spatial Audio to hear sound all around.  No internet purchase required.*
>
> Existing Apple Music subscribers simply connect to Wi-Fi at no cost on Viasat-equipped aircraft, login with their Apple ID, and start listening.
> For a limited time, new Apple Music subscribers get up to 2 free months. Redeem now and enjoy Apple Music on your next fight.
>
> Redeem up to 2 free months now.

https://entertainment.aa.com/en/apple-music/

The provided sponsored content is encrypted, and an access key must be provided. For example, content provided through Apple is protected through Apple's FairPlay DRM scheme.

## FairPlay DRM Removal: How to Remove Apple Music DRM?

By Catrina Jones    Updated on December 14, 2022    68.8K views    13min read

It's well-known that streaming songs from Apple Music are all DRM-protected. And if you have music purchased from iTunes before 2009, unfortunately, they are also applied with DRM. Even though you can download them to your device, they are unreadable on non-iDevices.

https://www.tunefab.com/tutorials/apple-music-drm--removal.html

Apple's FairPlay streaming DRM provides a corresponding access key to the media content.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## Key Delivery Process

FPS allows a content provider to securely deliver an AES 128-bit content key from the provider's key server. The content provider encrypts the H.264 video content with the content key. Then, FPS decrypts the encrypted video content with the content key. Figure 1-1 shows the key and content exchange.

**Figure 1-1** FPS exchanges



- The FPS framework initializes the key delivery process to create a session with the content provider key server.
- The content provider key server wraps the 128-bit AES content key with the session key and an anti-replay mechanism.
- The key delivery process implements a triple-protection solution (AES, RSA, and derivation functions).
- The content provider encrypts the H.264 video content on a per frame basis using AES-CBC mode with the content key and the initialization vector.

2016-09-14  |  Copyright © 2016 Apple Inc. All Rights Reserved.

4

https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



Vualto documentation

2.6.2.4    DRM license servers
The license servers will only provide a license to authenticated requests (i.e. with a valid token). The DRM license will only be valid for the current streaming session.

2.6.2.5    Anti-Tampering & Device Integrity
Each DRM platform ensures device integrity differently. Examples of anti-tampering protections are Widevine blocking rooted Android devices and FairPlay blocking jailbroken iPhones. Each DRM provides a comprehensive list of output protection allowing us to secure both analogue and digital ports. In an aircraft environment there is no need for playout to external ports so they are restricted from use.

VIASAT_00005782 at 821.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00003288 at 335.

## DSS Delegation to Viasat

Users browse (or use the app) to get authenticated with Disney+. Users then select content to watch and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Viasat takes over from there, directing participating users to the best available caching node while redirecting non-participating users to a commercial CDN.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008738 at 834-835.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 491.

The following exemplary source code further support that the '400 Accused Products performs this limitation:

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "████████" is the ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "████████████" is ███████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "                    " is

The file:

The folder                    , which contains

HIGHLIGHTED CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

| | |
|---|---|
| | ○ ██████████<br><br>████████████████████████████████████████████<br>████████████<br><br>The folder ███████████████████ which contains:<br><br>• ████████████████████████████████<br><br>In view of the Court's claim construction order that the term "portable data storage device" shall be construed to mean "a storage device that can be easily carried or moved about," Plaintiffs contend that:  End-user, semi-embedded, and seat back devices are portable data storage devices as the term was construed.  For example, the seat back devices are portable data storage devices as the term was construed because they can be easily carried or moved about prior to being placed on the back of a given seat.  To the extent the aforementioned end-user devices, semi-embedded devices, and/or seatback devices do not literally satisfy the requirements of the claimed portable data storage device, they do so under the doctrine of equivalents.  Any differences between the "portable data storage device" limitation and end-user devices, semi embedded devices, and/or seatback devices are insubstantial.  For example, these devices perform substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device.  For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems.  As discussed herein, and as confirmed in Viasat's technical documentation, each of these devices have unique identifier specific to the device, which enables media content delivery to such devices.  As explained previously, Viasat provides an "identical offering" across all these types of devices. |
| 2 The kiosk of claim 1, further comprising a local data storage storing a plurality of encrypted media content. | The '400 Accused Products comprise the kiosk of claim 1, further comprising a local data storage storing a plurality of encrypted media content.<br><br>For example, Viasat's IFEC systems also store encrypted content. For example, DRM protected content is "ingested" for in flight entertainment. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

# Wireless Inflight Entertainment



HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



### Flexible content delivery

Provide on-demand entertainment through Viasat's browser-based UI (no app required) or utilize our Software Development Kit (SDK) to seamlessly integrate the W-IFE interface into your airline application.



### Content ingestion and DRM protection

Utilize content ingestion and DRM protection services to ensure the quality and security of on-demand content. Viasat works with all major Content Service Providers to ingest content into the W-IFE systems, confirm content quality and completeness, and encrypt content in accordance with DRM requirements.



### Accessibility

Deliver entertainment that can be enjoyed by all passengers with accessibility features including text-to-speech, closed captioning, and multi-language support.



### No additional hardware

Viasat W-IFE uses the all same hardware as our In-flight Connectivity, simplifying installation and reducing total cost of ownership.

Viasat, *Wireless Inflight Entertainment* Datasheet, previously available at
https://www.viasat.com/content/dam/us-site/aviation/documents/1181038_Wireless_IFE_Datasheet_007_aag.pdf

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 499.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00005782 at 809.

whatever is the latest protocol.
5. The Mobile network terminal shall support local download and upgrade of the VCDS Client application separately from the terminal image.
6. The network terminal shall provide the VCDS Client with internal storage for caching and serving content.
7. The Mobile network terminal shall support the capability to mount a network file system (NFS) on the cabin server.
8. The network terminal shall support the capability to mount attached external storage (e.g. HDD) f or caching and serving content.
9. The network terminal shall encrypt the attached external storage device.

VIASAT_00008738 at 766.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



Security and Compliance

VIASAT_00007395 at 418.

The following exemplary source code further support that the '400 Accused Products performs this limitation:

Per Viasat's December 13, 2024 First Supplemental Objections and Reponses to Plaintiff's Second Set of Interrogatories, "          " is the

The folder                    , which contains:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  |  |
|---|---|
|  | The folder ████████████████, which contains: |
| 6 The kiosk of claim 1, wherein the second data interface is a network interface. | The '400 Accused Products comprise the kiosk of claim 1, wherein the second data interface is a network interface.<br><br>*See* Claim 1[b]. |
| 8 The kiosk of claim 1, wherein the kiosk is located in a public environment. | The '400 Accused Products comprise the kiosk of claim 1, wherein the kiosk is located in a public environment.<br><br>For example, Viasat operates '400 Accused Products in the public environment of a commercial aircraft cabin. |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

| | |
|---|---|
| | # Unlock the power of the real internet connected by Viasat<br><br>Our commercial aviation solutions deliver game-changing passenger experiences, enable agile business decisions, and empower flight operations<br><br>https://www.viasat.com/enterprise-and-mobility/aviation/commercial/<br><br>To the extent the aforementioned infringing instrumentalities do not literally satisfy the requirements of the claimed kiosk, they do so under the doctrine of equivalents.  The one or more modules of the Gateway system perform the substantially same function in substantially the same way to obtain substantially the same result as the claimed kiosk.  For example, the Gateway system can be located in public environments, such as on commercial airplanes, and/or are accessible from within a public environment, e.g., over a wired or wireless network.  This results in the same requirement of public environment as this claim requires.  Any differences between the "kiosk" limitation and the one or more modules of the Gateway system are insubstantial. |
| 9[pre]  A method for provisioning secure media content to a plurality of portable data storage devices from a kiosk, the method comprising: | To the extent the preamble is limiting, the '400 Accused Products implement a method for provisioning secure media content to a plurality of portable data storage devices from a kiosk.<br><br>*See* Claims 1[pre]-1[b].<br><br>Moreover, the kiosk interacts with portable data storage devices (*e.g.*, multiple passengers' devices or seat back systems) on board airlines. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| 9[a] establishing communications with a portable data storage device over a first data interface; | The '400 Accused Products implement establishing communications with a portable data storage device over a first data interface.<br><br>*See* Claim 1[a]. |
| 9[b] establishing communications with a remote trusted server via a second data interface over a network; | The '400 Accused Products implement establishing communications with a remote trusted server via a second data interface over a network.<br><br>*See* Claim 1[b]. |
| 9[c] obtaining a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device; | The '400 Accused Products implement obtaining a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device.<br><br>*See* Claim 1[d]. |
| 9[d] authenticating the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and | The '400 Accused Products implement authenticating the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface.<br><br>*See* Claim 1[e]. |
| 9[e] in response to the authentication, providing to the portable data storage device an encrypted first media content and a corresponding access key. | The '400 Accused Products implement, in response to the authentication, providing to the portable data storage device an encrypted first media content and a corresponding access key.<br><br>*See* Claim 1[f]. |
| 10 The method of claim 9, wherein the kiosk comprises a local data storage storing a plurality of encrypted media content. | The '400 Accused Products implement the method of claim 9, wherein the kiosk comprises a local data storage storing a plurality of encrypted media content.<br><br>*See* Claim 2. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  |  |
|---|---|
| 13 The method of claim 9, wherein the second data interface is a network interface. | *See* Claim 6. |
| 17 The method of claim 9, wherein the kiosk is located in a public environment. | *See* Claim 8. |

Document comparison by Workshare on Friday, January 3, 2025 8:47:58 PM

| Input: | |
|---|---|
| Document 1 ID | Ex. A - U.S. Patent No. 9,424,400 (March 2024 Update).docx |
| Description | originalDocument |
| Document 2 ID | Ex. A - U.S. Patent No. 9424400 (clean).docx |
| Description | modifiedDocument |
| Rendering set | StandardUI |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|

|  | Count |
|---|---|
| Insertions | 131 |
| Deletions | 16 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 147 |