# EXHIBIT 3

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

**EXHIBIT B**
**PLAINTIFFS' CONTENTIONS PURSUANT TO PATENT L.R. 3-1**
***Sandisk Technologies, Inc. et al. v. Viasat, Inc.*, No. 5:22-cv-4376 (N.D. Cal.)**

<u>**U.S. Patent No. 10,447,667**</u>

In this chart, Western Digital identifies specifically where and how each limitation of each asserted claim of U.S. Patent No. 10,447,667 is found within Viasat's media streaming software, systems, and services, including systems that implement edge storage, such as and including the Opening Caching standards (collectively, the "'667 Accused Products"). The '667 Accused Products include the Viasat Content Delivery System ("VCDS") and Viasat Open Stream (including for residential, mobility (*e.g.*, aviation), and hotspot applications). The VCDS "is a cloud-hosted service that is responsible for transferring content from CMS (via Amazon S3) over a satellite link to a modem device. . ."). VIASAT_00005782 at 801. Viasat Open Stream is "an extension of the Content Delivery Network (CND) into the satellite network" to "include support for multicasting and caching content over the satellite system." VIASAT_00007559 at 566. Moreover, VCDS is "deployed to the residential network for use with the SB2+ modems." VIASAT_00008738 at 745.

Citations to specific documents and other information below are intended to be exemplary only and in no way preclude Plaintiffs from citing or relying on additional documents, information, and/or testimony at a later time. For example, a citation that refers to or discusses a figure or figure item should be understood to also incorporate by reference that figure and any additional descriptions of that figure as if set forth therein. Likewise, a citation to text should be understood to also incorporate by reference the figure to which it refers as if set forth therein. Plaintiffs reserve the right to rely on the entirety of the material cited in this chart to show infringement. Citations presented for one claim limitation are expressly incorporated by reference into all other limitations for that claim as well as all limitations of all claims on which that claim depends.

Following the Court's claim construction order on September 20, 2024, Plaintiffs served additional discovery requests onto Viasat on October 2, 2024 and December 7, 2024 to seek additional discovery in view of Court's claim construction order. However, Viasat has yet to produce documents in response to Plaintiffs' Additional discovery requests and have failed to provide adequate responses to the vast majority of Plaintiffs' interrogatories. Moreover, on November 27, 2024 Viasat amended its Initial Disclosures to identify "Vualto," and on December 10, 2024 again amended its Initial Disclosure to identify eight previously undisclosed Viasat witnesses, including a number of engineers. Plaintiffs have issued a subpoena to "Vualto" and deposition notices to Viasat's engineers; however, those depositions have not yet occurred. As such, Plaintiffs will update its contentions to add any additional needed detail regarding those products and features, if necessary, after Viasat completes its document productions and Viasat's witnesses sit for depositions.. Moreover, Plaintiffs reserve the right to request additional technical documents and source code that Viasat has not produced, and further supplement, correct, modify, and/or amend this chart upon further discovery this chart with citations to newly

1

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

produced documents or source code. Plaintiffs also reserve their right to supplement, correct, modify, and/or amend this chart upon further discovery, upon receipt of the Court's claim constructions, and/or pursuant to any applicable Rule. The analysis provided with respect to each claim describes how each limitation is literally present in the accused products. In the event that a claim is found not literally infringed, Plaintiffs contend that such claim limitation is met under the doctrine of equivalents. This Claim Chart should not be construed as providing Plaintiffs' preliminary construction of any asserted claim or Plaintiffs' position on whether any claim term should be construed.

| U.S. Patent 10,447,667 | Plaintiffs' Contentions Pursuant to Patent L.R. 3-1(c)[1] |
|---|---|
| 1[pre] A media streaming system comprising: | The preamble is not limiting; however, to the extent the preamble is limiting, the '667 Accused Products include a media streaming system.<br><br>For example, the VCDS implements the Open Caching standard, developed by the Streaming Video Alliance. The VCDS are used to stream media from content providers, including live TV from fuboTV.<br><br> |

Viasat Using Open Caching to Bring Free fuboTV to Connected Flights

By Woodrow Bellamy III | February 25, 2020

Send Feedback | @WBellamyIIIAC

fuboTV, Streaming Video Alliance, ViaSat

---

[1]    All references listed are exemplary and non-exclusive. Discovery is still ongoing and Plaintiffs' investigation is ongoing. Plaintiffs reserve all rights to modify and supplement Exhibit B as discovery progresses, including in view of any additional discovery that reveals additional details that relate to potential infringement theories about specific functionality of the Accused Products that were previously unknown to Plaintiffs.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  | Under a new partnership, satellite communications provider Viasat and fuboTV will become the first two companies to use open caching standards developed by the Streaming Video Alliance to bring live streaming premium over-the-top (OTT) and video on-demand television programming to airline passengers. |
|--|--|

> Under a new partnership, satellite communications provider Viasat and fuboTV will become the first two companies to use open caching standards developed by the Streaming Video Alliance to bring live streaming premium over-the-top (OTT) and video on-demand television programming to airline passengers.
>
> The partnership will provide airlines equipped with Viasat's connectivity the ability to start providing fuboTV content free of charge to passengers. fuboTV subscribers will have free access to their fuboTV subscription on Viasat-equipped flights, while non-subscribers will be required to sign up for a free seven-day trial of the service.

https://www.aviationtoday.com/2020/02/25/viasat-using-open-caching-bring-free-fubotv-connected-flights/

In implementing this standard, Viasat "became essentially [FuboTV's] CDN," operating the caching systems both on the ground and in the aircraft.

> So what we did there, and I saw there was a sort of a question in the chat there about live, so we demonstrated with an over-the-top live TV feed, Fubo Sportsnet. We integrated their delivery pipeline with our open caching implementation, so we became essentially their CDN on our network. But we also did something else. Not open caching but we actually used multicast ABR between our ground open caching node and our edge open caching node on the aircraft.

Dan Newman, The Broadcast Knowledge, *Video: Layer 4 in the CDN* (October 19, 2020), https://thebroadcastknowledge.com/2020/10/19/video-layer-4-in-the-cdn

"What the edge storage project is about is extending that open caching concept. It's pretty much the same concept, or it is the same concept we just need to bring some additional management to the home concept, but by leveraging—both leveraging the unit in the home as another node in the open caching network we can really offload not just upstream infrastructure but the access network itself instead of the last mile maybe we are talking about like the last foot, as it were, getting to end user devices." *Id.*

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00003234 at 238.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007343 at 374.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008420 at 424.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007343 at 380.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VCDS Solutions

VIASAT_00007343 at 379.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

## Mobility Entertainment

> Wireless In-Flight Entertainment (W-IFE) – American, United, Future Airlines

   – Cached content stored on aircraft

   – Utilizes Arconics Cloudstore platform

   – Content distributed optimally over satellite network

> Broadcast TV (BTV) – American, Future Airlines

   – Delivery of live, linear channels to aircraft via multicast over Viasat's satellite network

> Over-the-Top (OTT) – JetBlue, United, Future Airlines

   – Optimized delivery of OTT internet content providers

   – Live video to PEDs (current)

   – VOD to PEDs (future)

VIASAT_00007343 at 387.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

> American Airlines
  – On-board Equipment
    ▪ Mobility Gen2 terminals
    ▪ ███████████████████████
  – Fleet Size
    ▪ ~600 in the narrow-body fleet and another ~120 wide-body aircraft by end of 2021
    ▪ Wide-body fleet to receive International content
  – W-IFE
    ▪ ████████████████████████████████████████████████████████
    ▪ ████████████████████████████████████████████████████████
  – Live TV
    ▪ ████████████████████████████████████████
    ▪ ████████████████████████████████████████
    ▪ ████████████████████████████████████████

VIASAT_00007343 at 388.

> United Airlines
  – On-board Equipment
    ▪ Mobility Gen2 terminals
    ▪ ███████████████████████████
  – Fleet Size
    ▪ ~20 in the narrow-body fleet are active
  – W-IFE
    ▪ ████████████████████████████████████████████████████████
    ▪ ████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | VIASAT_00007343 at 389.<br><br>❯ Comair Monetization Platform<br><br>– Optimize delivery of free OTT Live Video, e.g. Sportswall - Fubo Sports Net<br><br>–<br>–<br>–<br>–<br><br>VIASAT_00007343 at 390.<br><br>❯ Residential<br><br>– Optimize delivery of OTT Video-on-Demand, e.g. Disney+<br><br>–<br>–<br>–<br><br>VIASAT_00007343 at 391.<br><br>❯ OTT Live Video via Open Stream<br>– Fubo Sports Network (mobility)<br>❯ OTT VOD via Open Stream<br>– Disney+ (residential) |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

VIASAT_00007343 at 392.

### Viasat Stream Overview

#### Q What is Viasat Stream?

A  Viasat Stream is an exclusive solution that works with participating streaming providers letting you watch movies and shows any time without using your plan data. Viasat Stream is starting with Disney+ and uses your current Disney+ subscription, our patented technology, and a hub that easily connects to your Viasat modem so you can watch all the Disney+ shows and movies you want without it affecting your data usage. As additional streaming providers join, you will need an account with each provider to enjoy data-free streaming from each new provider.

The hub is a small device included with your Viasat Stream subscription, which we'll send to you free of charge and confirm shipment via email.

Note that Viasat Stream does not replace your current streaming subscriptions, and you'll need an active Disney+ subscription, or an active subscription with any other participating streaming providers, to enjoy Viasat Stream.

Viasat Stream is currently in beta and can be added to Viasat internet service plans for FREE.  The service is being trialed in select areas. During the trial, the service may encounter issues or be discontinued at any time.

*Viasat Stream FAQs*, https://help.viasat.com/s/article/Viasat-Stream-FAQs

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

Viasat Stream builds on <u>Streaming Video Alliance</u> work focused on making integration easier by standardizing common interfaces and terms. If you're a content provider interested in joining the Viasat Stream platform, we've included the current integration requirements below. As integration standards evolve, we'll update this page.

High-level technical summary

- Content providers may elect to have their content optimized for Viasat satellite internet in exchange for Viasat adding the content provider to Viasat Stream.
- Content providers may elect to participate in a pilot that delivers content for a subset of customers and in select regions for a limited time, while both parties assess the technical integration necessary to add the content provider to Viasat Stream.
- The pilot period ends once the technical integration is complete, and the content provider is fully onboarded to Viasat Stream.

Content provider requirements

- Viasat must be able to identify and distinguish participating content delivered over the Viasat network form other network activity. Viasat will work with content providers to help ensure that identification processes are successful.
- Participating content will be delivered using adaptive bitrate technology (HLS or DASH).
- Participating content will be delivered by the Viasat content delivery network (CDN). Multiple methods of content delegation are possible, and Viasat will work with the content provider to find the most effective strategy.
- Viasat will optimize delivery of participating content by limiting bandwidth and/or manifest transform (e.g., filtering renditions greater than 480p).
- Any changes to content provider process or technology that would impact the identification, delegation, or delivery of content via Viasat Stream should be communicated to Viasat in advance.
- Only lawful and licensed content is eligible for participation in Viasat Stream.

*Viasat Stream for Content Providers*, <u>https://www.viasat.com/satellite-internet/add-ons/viasat-stream/content-providers/</u>

The following exemplary source code supports that the Accused Products perform this limitation:The folder ███████████████████████████████ and contains the code produced thus far for VCDS.

According to Viasat's December 13, 2024 First Supplemental Responses to Plaintiffs First Set of Interrogatories, ████████████, is code for ██████████████████████████████ ████████████████████████ Relevant files include:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



|  | Further, according to Viasat's December 13, 2024 First Supplemental Responses to Plaintiffs First Set of Interrogatories, ▮▮▮▮▮ is client code for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 1[a] a network interface adapter configured to transmit digital content, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN); and | The '667 Accused Products include a network interface adapter configured to transmit digital content, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN).<br><br>For example, digital content is distributed over Viasat's satellite internet (WAN) to local storage, for example, a user hub or within one or more Viasat IFEC servers (*i.e.*, NAS) via one or more network interface adaptors (*e.g.*, a gateway), and operate on a local area network (LAN). |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## The installation

Viasat designs and manufactures the antenna, modem and server for our service, but we work with companies called integrators who specialize in modifying aircraft. They bring their experience to the table along with some additional components necessary for the installation. To optimize aerodynamic performance of the installation, we install a specialized structure overtop called a "radome." Installing the radome and the antenna is a critical piece of the operation, as it involves drilling holes in the fuselage.



https://www.Viasat.com/about/newsroom/blog/100-planes-and-counting-behind-the-scenes-installing-the-best-wi-fi-in-the-sky/

15

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



Viasat equipment and network

https://www.aviationtoday.com/2020/07/09/viasat-removes-ka-band-business-jet-connectivity-speed-limits/; *see also* https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf

**Network Interface Adaptor**

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008420 at 424.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



Viasat equipment and network

https://www.aviationtoday.com/2020/07/09/viasat-removes-ka-band-business-jet-connectivity-speed-limits/; *see also* https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008075 at 083.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## Mobile Broadband Router



› Next Generation Satellite Modem
  • ARINC 600 4MCU form-factor
  • Weight 16 lbs (7.26 kg)
  • MTBF: 30,000 hrs
  • Power Dissipation ~ 115W maximum
› Aircraft electrical interfaces
  • Front Panel Interfaces
    – Gigabit Ethernet factory load port
    – LED indicators: Power, Fault, Status
  • Rear Panel ARINC-600 Type 2 Connector
    – Four (4) rear panel Gigabit Ethernet ports
    – Six (6) general-purpose ARINC 429 receivers (e.g. FMC input)
    – Two (2) low-latency navigation ARINC 429 receivers (e.g. ADIRS input)
    – Eight (8) discrete inputs, eight (8) open/GND discrete outputs
    – OAE (Antenna) interface via 2x coaxial IFL cables
      • Up to 150' of ECS 311501 or equivalent
      • 10 dB @ 1.0 GHz, 16 dB @ 2.5 GHz
  • Prime Power: 115VAC 360-800 Hz, 1.4A max, 200ms hold-up

VIASAT_00007973 at 994.

**Network Attached Storage (NAS)**

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | Open Stream can be viewed as an extension of the Content Delivery Network (CDN) into the satellite network. It is designed and implemented to interoperate with standard CDNs. Open Stream extends the reach of the CDN to include support for multicasting and caching content over the satellite system. Modems with local storage are used as nodes that sit on the edge of the network, closest to the customer. |
| | Open Stream supports three use cases of delivery for content: |
| | ✓ On-Demand is designed to support users who are choosing when to watch selections from a library of video content. The Open Stream system can automatically convert a viewer's unicast HTTP/S video stream into a multicast stream over the satellite network. |
| | ✓ Live is for delivery of live video content. Similar to On-Demand, the HTTP/S requests from the video player are converted by Open Stream into multicast streams. Open Stream takes additional steps to optimize content delivery performance for live video. |
| | ✓ For Distribution, Open Stream provides a mechanism for content to be distributed prior to user agent consumption on a set of modems. |
| | Both the On-Demand and Distribution use cases can be used for content other than streaming video, like operating system updates or game downloads. |
| | In all three of these use cases, requests from the user agent are redirected to a cache that is co-located either on or with the satellite modem. This cache is effectively used as an extension of the CDN all the way to the customer premise. |
| | VIASAT_00007559 at 566. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008420 at 421.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008075 at 083.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## Mobile Application Server



› 2nd Generation IFE/C Server
- ARINC 600 4MCU form-factor
- Weight 16 lbs (7.26 kg)
- MTBF: 30,000 hrs
- Power Dissipation ~ 100W
› Quad-core Intel Core-i7 CPU
› Massive Solid State Storage Array
- 30TB raw capacity, 15-24TB typical w/ RAID
› Aircraft electrical interfaces
- Front Panel Interfaces
  - Gigabit Ethernet factory load port
  - LED indicators: Power, Fault, Status
- Rear Panel ARINC-600 Type 2 Connector
  - Twelve (12) rear panel Gigabit Ethernet ports
  - Eight (8) ARINC 429 receivers
  - Eight (8) discrete inputs, eight (8) open/GND discrete outputs
- Prime Power: 115VAC 360-800 Hz, 1.4A max, 200ms hold-up

VIASAT_00007973 at 995.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

*ViaSat*. IFE **Architecture**                    **ViaSat**



VIASAT_00006471 at 499.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



Viasat Internet provides a high-quality, unlimited streaming video experience for all customers.

› *Viasat Unlimited Streaming\** is now included with Viasat Internet for all Viasat customers

- Stream unlimited high-quality movies and TV shows in the Viasat Streaming Library* without using any of your Premium Data***
  - › Includes the most popular movies and TV shows from Disney+ and Tubi, with more coming soon

› **How you get it**

- New customers: Included with your Viasat Internet service. The latest Viasat equipment will be set up in your home by our professional installers. The monthly equipment lease covers all equipment in your home for $12.99/mo.
- Existing customers: You'll need to upgrade your equipment to add the Viasat Unlimited Streaming box. We'll ship it to you – it's plug 'n play. Your monthly lease will increase by $3/mo.

› **How it works**

Once you activate your service with our latest in-home equipment:

- You continue to watch your favorite shows the same way you do today: using your existing Disney+ or Tubi streaming app on your favorite mobile device, computer, smart TV, or streaming player (e.g. Roku, Apple TV, Fire TV)
- Watching titles shown in the Viasat Streaming Library* **does not use your Premium Data***
  - › Includes movies and TV shows from Disney+ and Tubi (more streaming services supported soon)
  - › The full content library that can be watched without using your premium data can be found at stream.viasat.com or in your MyViasat app under the "Streaming" tab.

**Key Values to Communicate:**
✓ High-quality streaming video
✓ Unlimited streaming w/partners
✓ Doesn't use Premium Data
✓ No interruptions due to buffering
✓ Included for all Viasat Internet customers**

\* Not final - naming study/decision in progress
** Customers need to be using the latest Viasat customer premise equipment (SB2+ or VS2 Gateway)
*** Planning to rename "Priority Data" to align with the MNO market

VIASAT_00007581 at 583.

*See* https://www.viasat.com/satellite-internet/add-ons/viasat-stream/, *see also* https://help.viasat.com/s/article/Viasat-Stream-FAQs

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

<u>**What is the hub, and how does it work?**</u>

The hub is a small device that connects to your modem and uses our patented streaming technology to efficiently deliver Disney+ streaming content, and content from other participating streaming providers when they join, without using your plan data.

Your hub must be connected to the Viasat modem and plugged in to enjoy the benefits of Viasat Stream. If your hub is not connected, streaming content may count towards your plan's data.

*See* https://www.viasat.com/satellite-internet/add-ons/viasat-stream/,



VIASAT_00008428 at 444.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| |  |
|---|---|
| | VIASAT_00007343 at 384. |
| | The following exemplary source code further support that the '667 Accused Products performs this limitation: |
| | • The folder ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>• That folder contains the file ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 1[b] one or more hardware processors configured to: | The '667 Accused Products include one or more hardware processors configured as recited below.<br><br>For example, Viasat media streaming system includes servers, data centers and gateways on the ground include one or more hardware processors configured to perform the steps below. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



https://www.aviationtoday.com/2020/07/09/viasat-removes-ka-band-business-jet-connectivity-speed-limits/; *see also* https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf

"So what we did there, and I saw there was a sort of a question in the chat there about live, so we demonstrated with an over-the-top live TV feed, Fubo Sportsnet. We integrated their delivery pipeline with our open caching implementation, so we became essentially their CDN on our network. But we also did something else. Not open caching but we actually used multicast ABR between our ground open caching node and our edge open caching node on the aircraft."
Dan Newman, The Broadcast Knowledge, *Video: Layer 4 in the CDN* (October 19, 2020), https://thebroadcastknowledge.com/2020/10/19/video-layer-4-in-the-cdn

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00003234 at 238.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008420 at 424.

According to Viasat's December 13, 2024 First Supplemental Responses to Plaintiffs First Set of Interrogatories, ▇▇▇▇▇▇ is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ That set of files is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Relevant files include: ▇▇▇▇▇▇▇▇▇▇▇▇

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | ▪ |
| | ■ |
| | ■ |
| 1[c] receive an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system; | The '667 Accused Products are configured to receive an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system. <br><br> **Receive an Indication of the NAS device …** <br><br> The '667 Accused Products are configured to receive an indication of the NAS device.  For example, Viasat's media streaming system (*e.g.*, VCDS) may receive an indication of local storage, for example, a user hub or within one or more Viasat IFEC servers (*i.e.*, NAS). <br><br> In one example, the Open Caching ("OC") standard requires that the edge caching node (*e.g.,* NAS) advertise its available capacity (*i.e.,* an indication). Specifically, "a CDN… [*e.g.,* media streaming system] must be sure that the OC system has the required resources."  To ensure that a particular OC has the required resources, "the CDN controller can request the SP controller for its current capacity" or "the SP controller can periodically update it to the CDN controller."  *See* Streaming Video Alliance*, Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 15 (excerpted below). |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

### 6.2.3   Open cache system available capacity

Available capacity advertisement requires a much more dynamic nature than the rest of the capabilities. As resource demands changes along the day from off-peak to peak hours, or in case of local demand due to a special event, so does the available capacity of the OC system changes. When a CDN takes a delegation decision to SP OC system, it must be sure that the OC system has the required resources in order to serve the delegated request or session. Consequently, available capacity advertisement may require a separate interface through which the CDN controller can request the SP controller for its current capacity. Alternatively, the SP controller can periodically update it to the CDN controller.

The exact details of capacity advertisement and load control are beyond the scope of this document; however, we bring here two examples of how such a system may operate

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 6.2.3.1 Load control by CDN

In order for the CDN to take the load control decisions, it has to be aware of the volume of traffic it is delegating to an OC system at all times. If a CDN has a central load control system that can see how volume is being used across the network, it can take such load control decisions and distribute them to the CDN nodes periodically.

> ► OC system periodically advertises its current free capacity, possible per coverage zone. For example: "current free bandwidth is 100Gbps for zone Z"

> ► The CDN allocates this free bandwidth between relevant CDN nodes.

> ► A CDN node can only delegate traffic to OC system up to the currently allocated bandwidth

> ► After some short while, the OC system observes its new state and advertises new free capacity.

> ► The CDN updates with the new free bandwidth and reallocates OC bandwidth to the CDN nodes.

Such a solution may operate if a CDN has a central system that has full view of the network and under the assumption that CDN nodes can predict or evaluate the resources a certain delegated session would require.

### 6.2.3.2 Load control by OC system

A different approach may put the load control responsibility on the OC system.

An OC system can periodically advertise to CDN a delegation ratio, the CDN, in turn, delegates requests to the OC system up to that ratio of the overall requests.

For example:

> ► OC system periodically advertises current delegation ratio, for example: 50%

> ► Each CDN node, in a totally distributed manner, delegates to OC system up to 50% of the requests or session it gets.

> ► OC system observes the current load on its resources and updates the ratio once every short while.

Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 15.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | "So what we did there, and I saw there was a sort of a question in the chat there about live, so we demonstrated with an over-the-top live TV feed, Fubo Sportsnet.  We integrated their delivery pipeline with our open caching implementation, so we became essentially their CDN on our network.  But we also did something else.  Not open caching but we actually used multicast ABR between our ground open caching node and our edge open caching node on the aircraft." Dan Newman, The Broadcast Knowledge, *Video: Layer 4 in the CDN* (October 19, 2020), https://thebroadcastknowledge.com/2020/10/19/video-layer-4-in-the-cdn <br><br> In another example, in the Open Stream implementation, a terminal (*i.e.,* NAS) may sent a multicast request (*i.e.,* indication) to a VCDS server (*i.e.*, part of the media streaming system) to obtain content for caching in the terminal in the event that content requested by a user is not already present in the local storage of the terminal from a previous request. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

OPEN STREAM DELIVERY EXAMPLE

Figure 6-1 describes one possible permutation of how content can be delivered through the Open Stream platform after the initial delegation. The initial delegation can be done through any of the previous methods described in section 4.1. The example is divided up into four different requests, each corresponding to a different object in a typical HLS video stream.

The master manifest response is proxied by the VCDS server and the response is unmodified. The quality level manifest is also proxied by the VCDS server but is modified by the VCDS server. The relative or absolute URLs that point to transport segments are rewritten with the terminal hostname, provider.ec.viasatcdn.com. This is so the user agent will naturally request the transport segments from the edge server. The responses for both manifests are unicast to the user agent as manifests may contain user-specific content, like targeted ads.

The transport segment request, steps 10-15, demonstrate how a regular content file request will flow through Open Stream. The user agent will make a request to the edge server on the terminal [10]. If the terminal does not contain that file in its local storage from a previous request, it will make a multicast request up to the VCDS server [11]. The VCDS server obtains the content from upstream [12-13] and then multicasts the response to the terminal [14]. The terminal then converts that multicast response into a unicast response to send to the user agent [15].

Steps 16 to 26 illustrate how Open Stream preserves ad impressions made to the upstream CDN or origin. For this example provider, the ad segment URLs contained in the quality manifest are unique to users and are an important part of tracking ads. As such, Open Stream will handle these requests such that the ad impressions are preserved. The request for the initial ad impression URL is passed through unmodified to origin [17] as the response is not cached by Open Stream servers. The 301 redirect response is then rewritten to point to the edge cache [19]. This allows for the ad content to still be multicast and cached [21-26] as the transport segments may be reused in a streaming session as well as across many different streaming sessions.

VIASAT_00007559 at 574.



VIASAT_00007559 at 575.

In yet another example, in a Live Video implementation, a VCDS client may send a "file request" (*i.e.,* indication) to a VCDS sender (*i.e.*, part of the media streaming system) in the event that

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

content requested by a User Agent is not already present in the local storage of the VCDS client (*i.e.*, a "Cache MISS") to obtain content for caching in the terminal in the event that content requested by a user is not already present in the local storage of the terminal from a previous request.

## Live Video

VCDS supports delivering live video content. For example, this might be broadcast television stations being sent OTT, or sporting events, or custom content being broadcast live. The key characteristic of this feature is that the content is being consumed live. This has some important implications:

1. Typically there is an expectation of low latency delivery. This means that there can only be limited buffering and delay in the path.
2. There are potentially many viewers consuming the video stream simultaneously. This means that multicast can be particularly effective for this traffic.

In addition to delivering live video via multicast, the use of caching is also effective when considering two video players in the same carrier domain that are slightly out of sync. In this case the first player will request a video segment, which will be delivered to both modems via multicast. The second modem will briefly store the segment in the VCDS cache before the second player requests it, thus serving live content from cache.

An additional consideration with live (i.e. stream it now) video is the mobility use case of handover to different carrier domains while the stream is being watched. To avoid interruption in service during handovers, VCDS orchestrates transfers across carrier domains. This means that when a handover occurs, the VCDS software on the modem already has what it needs to continue the video delivery on the new carrier domain. See the Livecast feature for more system details.

If the video manifests are delivered via HTTPS then the VCDS Open Stream methods can be used to allow the content provider to redirect video player traffic to VCDS. This allows VCDS to be a trusted part of the TLS connection in delivering the content via multicast and the VCDS cache



**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | VIASAT_00008738 at 760.<br><br>**…a secure region comprising a buffer for streaming media on a separate display device on the local area network…**<br><br><br><br>VIASAT_00008738 at 746. |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

## "Push" vs "Pull" Multicasts

VCDS operates multicast transfers in two modes depending on the use case:

1. Push
   a. The server is configured to send specific files to clients that should either actively participate or passively listen
   b. The server downloads the bytes from origin and transmits the bytes using multicast
   c. At the server's request, VCDS clients either simply passively receive what data they can or they send NAKs via unicast to the server to trigger re-transmissions

2. Pull
   a. The server is configured to handle requests for specific files from clients that should actively participate; other clients can be configured to simply passively listen
   b. The server is up and running, but waiting for client requests
   c. VCDS clients issue requests to the server via unicast for specific files
   d. The server downloads the bytes from origin and transmits the bytes using multicast
   e. The server treats the same request from multiple clients as just a single response OTA
   f. VCDS clients registered with the server at the time of the request either simply passively receive what data they can or they send NAKs via unicast to the server to trigger re-transmissions

VIASAT_00008738 at 770.

The local storage, such as a user hub or within one or more Viasat IFEC servers, (*i.e.*, NAS) further includes a secure region comprising a buffer for streaming media.  For example, user hubs and/or Viasat IFEC servers include "attached external storage (e.g. HDD) for caching and serving content," and are required to "encrypt the attached external storage device."  VIASAT_00008738 at 766.  User hubs and/or Viasat IFEC servers are further required to "provide a secure private key distribution mechanism in support of a secure VCDS Client end-point." *Id.* at 767.  Users are typically not able to view or access content on a Viasat VCDS system without a separate application allowing them to do so.

*How does an end user know what content is available?*

Generally speaking VCDS does not rely on a user knowing what content is available. Furthermore, VCDS does not expose what content is available to web users. If it is necessary or desirable to guide users to curated content then that is up to the application on top of VCDS.

VIASAT_00008738 at 745.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

<table>
<tr>
<td></td>
<td>

VIASAT_00008738 at 766.

VIASAT_00008738 at 767.

In yet another example, in an Open Stream implementation, the VCDS (*i.e.*, media streaming system) may perform a number of additional steps to "ensure the identity of the user requesting the resources is trusted" and "verify that requests made to a from the system are legitimate." VIASAT_00007559 at 576–577.

</td>
</tr>
</table>

41

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## 7   SECURITY

While HTTPS provides validation of the server in the connection, it does not ensure that the identity of the user agent requesting the resources is trusted. Viasat's Open Stream provides multiple methods to verify that requests made to and from the system are legitimate.

### 7.1   URL Tokenization

Open Stream can authorize a user agent to acquire content in one of the following ways.

#### 7.1.1   HEAD Request Solution

Viasat can make a HEAD request the resource with the URL and token and, based on the result, determine whether the user agent request is authorized to request content.

#### 7.1.2   API Solution

A REST API can be provided to Viasat which will be used to ensure a token is valid. This API must return true or false. This solution can be used if information other than the session key, such as an IP address, is required to verify the user agent.

#### 7.1.3   Formula Solution

A formula can be provided to Viasat that will be used to validate the token. Further discussion with Viasat is required for this solution.

#### 7.1.4   Open Stream Managed Solution

If requests are made to Open Stream before origin has the opportunity to generate a session token (i.e., the user agent directly requests from the Open Stream node), the session token generation and verification can be delegated to Open Stream.

After configuring a shared secret with Viasat, the content provider can have the user agent can use that key to generate a one-time access token that should be included in the initial request to Open Stream. The Open Stream cache will return a session token in the response that should be used in all subsequent requests to indicate the requests are from an authorized user.

### 7.2   CDN Security

To ensure that the CDN remains protected against any unauthorized requests, a content provider can authorize Open Stream servers in the following ways.

#### 7.2.1   Viasat-Specific Token Solution

The CDN may provide Viasat with a token that must be included in a custom header or query parameter when making requests to the CDN to verify Viasat's identity.

42

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 7.2.2    IP Whitelisting Solution

The CDN may whitelist Viasat's address blocks. This solution is fragile as Viasat may change its network and coordination with the CDN would be required.

### 7.2.3    User Agent Request Token

Open Stream can use the token granted to the user agent by origin. When the user agent makes a request, the included session token will be passed through to the Open Stream server request. This solution can be used in cases where the session token does not utilize the request originator's IP address.

VIASAT_00007559 at 576–577.

Security and Compliance

VIASAT_00007395 at 418.

In a further example, the Open Caching standard (implemented by Viasat) requires that opening caching nodes (*e.g.*, Viasat IFEC system) are secure.

*How does VCDS relate to the Streaming Video Alliance's Open Caching initiative?*

VCDS implements the Open Caching recommendations.

VIASAT_00008738 at 745.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

*See also* Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 19 ("The open caching system is required to be as secured as the CDN that is delegating traffic to it.")

Open Stream enables a content provider to direct user agents to the service using several techniques. These include redirecting by configuring DNS CNAME entries, issuing 302 redirects, and rewriting manifests. The content provider can also choose to point the user agent directly at the Open Stream host or, in some cases, use a Viasat-managed player to stream content.

In addition, Open Stream offers various features that assist in the integration between Viasat and the content provider. Quality of experience and telemetry interfaces promote sharing of metrics between Viasat and the content provider to ensure that end users are having a quality experience. Security solutions ensure that content is only served to authorized users and the content provider's CDN can continue to protect itself from unauthorized requests.

VIASAT_00007559 at 566.

## Open Caching Specifications

| Specification | Publication Status | Description |
|---|---|---|
| **Request Routing** | **Published** | **Delegates fulfillment of streaming video requests to OCN by Origin/CDN Discovery and configuration of OCN footprints** |
| Content Management | Published | Defines interface for invalidating, purging, and preposition content in the OCN |
| Logging | Published | Defines interface for sharing logs from Open Caching system to CDN |
| URI Tokenization | Voting to Adopt | Ensures that cache hits are not served to unauthorized players by adding understanding of tokenization to OCNs |
| Performance Management | Voting to Adopt | Standardizes performance measurements of OCNs, optional device and network metrics |
| Capacity Management | In Discussion | Allows OCNs and CDNs to communicate capacity status (take on more traffic while still meeting SLA) |
| Edge Storage | In Discussion | Discovery and configuration of cache even closer to the end user, with a user-managed device |

VIASAT_00007270 at 283.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | **...Wherein Access to the Secure Region is Controlled by the Media Streaming System.**<br><br>In '667 Accused Products, access to the secure region is controlled by the media streaming system.  For example, access to VCDS Edge Caches (*i.e.*, NAS) are controlled by the VCDS (*i.e.*, media streaming system).<br><br><br><br>VIASAT_00008738 at 772. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007343 at 374.

For example, in a Live Video implementation, all requests for content by a User Agent (*i.e.*, separate display device) must be routed through the VCDS Client (*i.e.*, media streaming system).

46

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

**Live Video**



VIASAT_00008738 at 760.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



## Distributions

VIASAT_00008738 at 759.

The following exemplary source code further support that the '667 Accused Products performs this limitation:
The folder ████████████████, which contains the following:

- ████████████████████████████████

████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



| | |
|---|---|
| 1[d] transmit the digital content to the secure region within the NAS device for playback by the separate display device from the buffer; and | The '667 Accused Products are configured to transmit the digital content to the secure region within the NAS device for playback by the separate display device from the buffer.<br><br>For example, media (*i.e.*, digital content) is transmitted from Viasat's caches on the ground to the open caching node on board the aircraft (*i.e.*, NAS with a secure region), for display on end user devices (*i.e.*, separate display devices).<br><br><br><br>**Figure 1. Content-request workflow via redirects** |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | https://www.aviationtoday.com/2020/02/25/viasat-using-open-caching-bring-free-fubotv-connected-flights/ <br><br> "I saw there was a sort of a question in the chat there about live, so we demonstrated with an over-the-top live TV feed, Fubo Sportsnet.  We integrated their delivery pipeline with our open caching implementation, so we became essentially their CDN on our network. But we also did something else.  Not open caching but we actually used multicast ABR between our ground open caching node and our edge open caching node on the aircraft." <br> Dan Newman, The Broadcast Knowledge, *Video: Layer 4 in the CDN* (October 19, 2020), <br> https://thebroadcastknowledge.com/2020/10/19/video-layer-4-in-the-cdn |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

**Live Video**



VIASAT_00008738 at 760.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  | *How does VCDS relate to the Streaming Video Alliance's Open Caching initiative?*<br><br>VCDS implements the Open Caching recommendations.<br><br>VIASAT_00008738 at 745.<br><br>**6.5.2    Cache miss**<br>When a UA request arrives at the OCN for an object that is not currently in the cache, the OCN must fetch the content from the CDN.<br>▶ Use acquisition source metadata to request the content object from the CDN/origin – if rewrite action metadata exists, rewrite the request headers accordingly, for example add X-Forwarded-For header with the UA IP address value.<br><br>▶ If metadata cache directives and / or response headers cache directives permit, store the received object in the cache.<br><br>**6.5.3    Cache hit**<br>When a UA request arrives at the OCN for an object that is already in the cache, the OCN can serve the object directly from the cache.<br><br>The OCN must verify the content freshness prior to serving it.<br><br>If content is not fresh, and has passed its max-age the OCN MUST refresh it using a refresh request to the CDN using Etag and If-None-Matched header, or If-Modified-Since header. In both cases, the CDN should reply with "304 Not Modified" or respond with a newer version of the object.<br><br>Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 19. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| |
|---|
| 6   OPEN STREAM DELIVERY EXAMPLE

Figure 6-1 describes one possible permutation of how content can be delivered through the Open Stream platform after the initial delegation. The initial delegation can be done through any of the previous methods described in section 4.1. The example is divided up into four different requests, each corresponding to a different object in a typical HLS video stream.

The master manifest response is proxied by the VCDS server and the response is unmodified. The quality level manifest is also proxied by the VCDS server but is modified by the VCDS server. The relative or absolute URLs that point to transport segments are rewritten with the terminal hostname, provider.ec.viasatcdn.com. This is so the user agent will naturally request the transport segments from the edge server. The responses for both manifests are unicast to the user agent as manifests may contain user-specific content, like targeted ads.

The transport segment request, steps 10-15, demonstrate how a regular content file request will flow through Open Stream. The user agent will make a request to the edge server on the terminal [10]. If the terminal does not contain that file in its local storage from a previous request, it will make a multicast request up to the VCDS server [11]. The VCDS server obtains the content from upstream [12-13] and then multicasts the response to the terminal [14]. The terminal then converts that multicast response into a unicast response to send to the user agent [15].

VIASAT_00007559 at 574. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007559 at 574.

The following exemplary source code further support that the '667 Accused Products performs this limitation:

The folder ███████████████, which contains:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



According to Viasat's December 13, 2024 First Supplemental Responses to Plaintiffs First Set of Interrogatories, ████████ is ████████████████████████ and, when compiled, ████████████████████████ Relevant source code includes:

According to Viasat's December 13, 2024 First Supplemental Responses to Plaintiffs First Set of Interrogatories, ████████████████████████████████ Relevant source code includes:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



According to the December 13, 2024 Viastat answers to interrogatories, █████ is █████

Relevant source code includes:

| | |
|---|---|
| 1[e] transmit instructions to the NAS device to control streaming access to the digital content stored on the buffer. | The '667 Accused Products are configured to transmit instructions to the NAS device to control streaming access to the digital content stored on the buffer.<br><br>For example, the CDN (*i.e.*, part of Viasat's ground systems) may have certain security requirements for serving content that it may transmit to the open caching node on board the aircraft, including instructions for controlling streaming access to the content (*e.g.*, TLS information). .<br><br>▶ **TLS Information** - a CDN may have strict security requirements and demand that the OC system serving content on its behalf has at least certain level of TLS capabilities. For example, supported TLS version, type of encryption algorithms, and strength of keys.<br><br>Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 14. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## VCDS FAQ

› *How do users access cached content?*

– HTTP Web Resources
  ▪ VCDS redirects users to itself
  or
  ▪ Content providers (re)direct users to VCDS

– HTTPS Web Resources
  ▪ Content providers (re)direct users to VCDS

– Non-HTTP Resources
  ▪ VCDS exposes cached files to applications

VIASAT_00003234 at 256

For example, Viasat may transmit instructions such that the NAS device requires user authentication or subscription verification.

The partnership will provide airlines equipped with Viasat's connectivity the ability to start providing fuboTV content free of charge to passengers. fuboTV subscribers will have free access to their fuboTV subscription on Viasat-equipped flights, while non-subscribers will be required to sign up for a free seven-day trial of the service.

https://www.aviationtoday.com/2020/02/25/viasat-using-open-caching-bring-free-fubotv-connected-flights/

## Control Channel

VIASAT_00008738 at 770.

57

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## VCDS Security

VIASAT_00003234 at 278.

## Access Control Features

### URL Tokenization

Tokenization is used to authorize access to an HTTP request.  In the context of CDN, this is typically a way to prevent the GET request for an asset if it doesn't come from a trusted source.  There are many methods used and slight variations between providers, but the core idea is to use a shared secret to hash a set of parameters and then supply that encrypted token as a query string or Cookie header to the CDN.  The CDN then uses the secret to hash the parameters of the request and verify that they were not tampered with.  Some common parameters include:

- URL or a portion of the URL
- Start and/or End time when the request can be used
- IP or geo restrictions that the request needs to come from

See Akamai's documentation as an example.

The functionality works best for large objects, and somewhat less so for segmented video content.  You want to put a time bound on how long a URL is good for, and the high volume of requests for something like HLS, spread over an hour or more, means that most implementations will require that the client request a new token from the content provider's server several times during a single session.  Security is compromised is the tokenization is done client side in most cases.  There are "rolling code" methods that can be implemented, where the CDN can provide a new token to the client that extends the validity by a few seconds at a time, but they require support or the ability to use Cookies.  Cookie based methods are falling out of favor because of the challenge of using 3rd party cookies in most browsers.

VIASAT_00013053 at 056.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | Content Ingestion |
|---|---|
| | <br>VIASAT_00008738 at 775. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008738 at 803.

The folder ███████████████, which contains ████████████████

The folder █████████████████ contains:

- ███████████████████████████████████████
                                    According to Viasat's
(December 13, 2024) First Supplemental Responses to Plaintiffs First Set of
Interrogatories, ████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



| | |
|---|---|
| 2. The media streaming system of claim 1, wherein the separate display device comprises a smart television. | The '667 Accused Products include the media streaming system of claim 1, wherein the separate display device comprises a smart television.<br><br>For example, the end user device may include a smart seatback television. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## The seatback era

The luxury of watching movies on an individual screen did not become a reality until 1988, when Northwest Airlines introduced the first seatback entertainment system, developed by Airvision Company, on a Boeing 747. Passengers could choose between six linear channels, although programming was shown on a fixed schedule because on-demand content had yet to take off.

Technology continued to evolve throughout the 1990s and 2000s, with personal screens increasingly replacing drop-down, shared monitors, the onset of in-flight connectivity, and, more recently, the bring-your-own-device trend.

Fast-forward to today and passengers on a growing number of flights have access to unlimited choice when it comes to wiling away the hours between departure and arrival – something those early IFE consumers could not have conceived of in their wildest dreams.

Viasat is at the forefront of this latest transition. The launch of our international live TV and internet service with JetBlue demonstrates just how far the IFE market has come.

https://news.viasat.com/blog/gem/100-years-in-the-making-the-evolution-of-inflight-entertainment

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



VIASAT_00006471 at 477.

VIASAT_00006471 at 490.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

### Streaming content from on-board server (same as IFC).

**What:**
- Stream media from ViaSat's onboard IFEC server

**How:**
- Utilize ViaSat W-IFE application to stream content to passenger devices. Passengers utilize Alaska's mobile app for viewing on mobile devices and web browser for viewing on laptops

**Key Benefits:**
- 100% media delivery through ViaSat's connectivity systems
- Refresh the passenger experience as quickly and frequently as desired using HTML 5
- Consistent look and feel across Alaska's passenger touch points
- Integrated advertising and ancillary revenue program



VIASAT_00006471 at 491.

## Viasat's extensive seatback integration experience and flexibility

Viasat connectivity integration with IFE seatbacks upgrades seatback functionality for passengers

- Viasat has existing integrations with IFE Seatback systems including linefit delivery with OEMs
- Internet access allows the IFE seatback system to perform several functions using the Internet link
  - Download media
  - Download seatback content and metadata
    - Moving Map, Advertising, News, Weather, Passenger surveys
  - Download passenger information
    - Connecting Gate, Targeted advertising and content
  - Upload analytics and performance data
  - Real-time payment transactions
  - Receive IPTV feed from Viasat
- Integration
  - PED to seatback IFE communication
  - Physical integration consists of Ethernet link(s) between IFE and IFC server
    - Networking Routing and VLANs provide the logical connections for the control and data planes



**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

VIASAT_00007973 at 012.

## Our Solution



- Embedded into ViaSat's IFC Product
  - Enhances the 'at home' internet experience with Alaska's on-demand movie catalog
  - No extra hardware / weight
  - No complex IFC / IFE integration required

- Cloud Based CMS
  - Remote management of content
  - Tools provided for self/partner administration
  - Zero-touch updates via satellite
  - Extensive rules engine for customization

- Seamless Experience
  - Identical offering: seatback, semi-embedded, PED
  - Broad support for multiple device types
  - All devices become a node on the cabin network



VIASAT_00006471 at 476.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00006471 at 486.

According to Viasat's December 13, 2024, First Supplemental Responses to Plaintiff's First Set of Interrogatories, ▮▮▮▮▮▮▮▮ represents code for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Relevant source code includes:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| 3. The media streaming system of claim 1, wherein transmitting the digital content comprises time-shifting to a | The '667 Accused Products include the media streaming system of claim 1, wherein transmitting the digital content comprises time-shifting to a time with more available bandwidth on a connection to the NAS device. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| time with more available bandwidth on a connection to the NAS device. | For example, Viasat "may place its content assets in the [IFEC or other similar edge storage cache] ahead of the scheduled release time to assure the best quality of experience for the end user and to flatten possible release-time consumption peaks."  Streaming Video Alliance, *Home Storage Functional Specification* (Nov. 14, 2016) at 14. |

(second column continued)

## Content Ingestion

❭ ─────────────────────────────

### "Push VOD": Content Provider

❭ ─────────────────────────────

A content provider can place its content assets in the home cache ahead of the scheduled release time to assure the best quality of experience for the end user and to flatten possible release-time consumption peaks that may occur upstream of the HS- OCS.

The content provider makes the assets available ahead of time and instructs the HS-OCS to pre-position them at the home, indicating a target pre-positioning time.

The content provider may optionally offer hints to the HS-OCS as to what type of end user device the asset is intended for (e.g., iOS, Sony PS4, Microsoft Xbox etc.), to allow the HS-OCS to perform content ingestion in an optimal way. In addition, the content provider:

▶ Does not condition request routing decisions on asset availability at the home cache; the pre-positioning takes place on a "best effort" basis.

▶ Instructs the HS-OCS to route requests to the home cache if, and only if, the asset is available from the home cache.

▶ Instructs the HS-OCS to add high-quality (e.g., 4K) levels to the adaptive bitrate streaming manifest if, and only if, these levels have been made available at the home cache.

Streaming Video Alliance, *Home Storage Functional Specification* (Nov. 14, 2016) at 14.

*See also*:

—

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

"What the edge storage project is about is extending that open caching concept. It's pretty much the same concept, or it is the same concept we just need to bring some additional management to the home concept, but by leveraging—both leveraging the unit in the home as another node in the open caching network we can really offload not just upstream infrastructure but the access network itself instead of the last mile maybe we are talking about like the last foot, as it were, getting to end user devices."

Dan Newman, The Broadcast Knowledge, *Video: Layer 4 in the CDN* (October 19, 2020), https://thebroadcastknowledge.com/2020/10/19/video-layer-4-in-the-cdn

How does VCDS relate to the Streaming Video Alliance's Open Caching initiative?

VCDS implements the Open Caching recommendations.

VIASAT_00008738 at 745.

## Open Caching Specifications

| Specification | Publication Status | Description |
|---|---|---|
| **Request Routing** | **Published** | **Delegates fulfillment of streaming video requests to OCN by Origin/CDN Discovery and configuration of OCN footprints** |
| Content Management | Published | Defines interface for invalidating, purging, and preposition content in the OCN |
| Logging | Published | Defines interface for sharing logs from Open Caching system to CDN |
| URI Tokenization | Voting to Adopt | Ensures that cache hits are not served to unauthorized players by adding understanding of tokenization to OCNs |
| Performance Management | Voting to Adopt | Standardizes performance measurements of OCNs, optional device and network metrics |
| Capacity Management | In Discussion | Allows OCNs and CDNs to communicate capacity status (take on more traffic while still meeting SLA) |
| Edge Storage | In Discussion | Discovery and configuration of cache even closer to the end user, with a user-managed device |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

VIASAT_00007270 at 283.

## VCDS Home

This is the hub for all information regarding the Viasat Content Delivery Service (VCDS).

VCDS offers solutions to efficiently transport bandwidth intensive files over the satellite and cache them close to the consumer. This is done by taking advantage of our unique network architecture through multicasting the content to all relevant modems at once, rather than sending the data to each modem individually.

VCDS uses **reliable multicast** (as well as unicast), **prioritized service flows,** and **edge caches** to provide a user with a **higher quality experience** (better video quality, fewer interruptions) while also using **less network bandwidth**, shifted **out of the busy hour**, to deliver content.



VCDS has multiple operational modes that address how video or other high bandwidth content may move through our network:

- **Live Video** - Optimize the deliver of live, streaming video over the internet for services like broadcast TV or sporting events
- **Video-on-Demand** - Cache videos that subscribers watch on demand from sites like Netflix, Hulu, etc.
- **Web Caching** - Organically caching HTTP resources accessed by subscribers for things like common software downloads such as OS or game updates
- **Distributions** - Distribute curated content in advance to modems for scenarios like delivering a library of content to aircraft

VIASAT_00008738 at 743.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

|  | VCDS Goals<br><br>*Improve delivery of bandwidth intensive resources such that it:*<br><br>*consumes less bandwidth and*<br><br>*shifts traffic out of the busy hour and*<br><br>*improves the user experience*<br><br>VIASAT_00003234 at 235. |
|---|---|

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00008639 at 653-677 (explaining cache reports and smarts).
According to Viasat's December 13, 2024, First Supplemental Responses to Plaintiff's First Set of Interrogatories, these files represent ███████████████████████████████████████ ████ Relevant files include:

- █████████████████████████████████████████████
- ███████████████████████████                █████████████
- ████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| 4. The media streaming system of claim 1, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system. | The '667 Accused Products include the media streaming system of claim 1, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system. |
|---|---|
| | For example, access to the system is controlled by Viasat may require user authentication or subscription verification. |

The partnership will provide airlines equipped with Viasat's connectivity the ability to start providing fuboTV content free of charge to passengers. fuboTV subscribers will have free access to their fuboTV subscription on Viasat-equipped flights, while non-subscribers will be required to sign up for a free seven-day trial of the service.

https://www.aviationtoday.com/2020/02/25/viasat-using-open-caching-bring-free-fubotv-connected-flights/

*How does an end user know what content is available?*

Generally speaking VCDS does not rely on a user knowing what content is available. Furthermore, VCDS does not expose what content is available to web users. If it is necessary or desirable to guide users to curated content then that is up to the application on top of VCDS.

VIASAT_00008738 at 745.



VIASAT_00008738 at 766.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

VIASAT_00008738 at 767.

### 7  SECURITY

While HTTPS provides validation of the server in the connection, it does not ensure that the identity of the user agent requesting the resources is trusted. Viasat's Open Stream provides multiple methods to verify that requests made to and from the system are legitimate.

#### 7.1  URL Tokenization

Open Stream can authorize a user agent to acquire content in one of the following ways.

##### 7.1.1  HEAD Request Solution

Viasat can make a HEAD request the resource with the URL and token and, based on the result, determine whether the user agent request is authorized to request content.

##### 7.1.2  API Solution

A REST API can be provided to Viasat which will be used to ensure a token is valid. This API must return true or false. This solution can be used if information other than the session key, such as an IP address, is required to verify the user agent.

##### 7.1.3  Formula Solution

A formula can be provided to Viasat that will be used to validate the token. Further discussion with Viasat is required for this solution.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 7.1.4    Open Stream Managed Solution

If requests are made to Open Stream before origin has the opportunity to generate a session token (i.e., the user agent directly requests from the Open Stream node), the session token generation and verification can be delegated to Open Stream.

After configuring a shared secret with Viasat, the content provider can have the user agent can use that key to generate a one-time access token that should be included in the initial request to Open Stream. The Open Stream cache will return a session token in the response that should be used in all subsequent requests to indicate the requests are from an authorized user.

## 7.2  CDN Security

To ensure that the CDN remains protected against any unauthorized requests, a content provider can authorize Open Stream servers in the following ways.

### 7.2.1    Viasat-Specific Token Solution

The CDN may provide Viasat with a token that must be included in a custom header or query parameter when making requests to the CDN to verify Viasat's identity.

### 7.2.2    IP Whitelisting Solution

The CDN may whitelist Viasat's address blocks. This solution is fragile as Viasat may change its network and coordination with the CDN would be required.

### 7.2.3    User Agent Request Token

Open Stream can use the token granted to the user agent by origin. When the user agent makes a request, the included session server token will be passed through to the Open Stream server request. This solution can be used in cases where the session token does not utilize the request originator's IP address.

VIASAT_00007559 at 576–577.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



VIASAT_00007395 at 418.

The following exemplary source code further support that the '667 Accused Products performs this limitation:
The folder ▮▮▮▮▮▮▮▮▮▮▮▮, which contains:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**



*See also* ██████. According to Viasat's December 13, 2024, First Supplemental Responses to Plaintiff's First Set of Interrogatories, ████████████████

Plaintiffs also expect that testing of the accused systems will show that █████████████

According to Viasat's December 13, 2024, First Supplemental Responses to Plaintiff's First Set of Interrogatories, the ██████████ is a ████████████

| 5. The media streaming system of claim 1, wherein the one or more processors are further configured to: cause the NAS device to use encryption that secures the digital content to the secure region. | The '667 Accused Products include the media streaming system of claim 1, wherein the one or more processors are further configured to cause the NAS device to use encryption that secures the digital content to the secure region.<br><br>For example, the Open Caching specification contemplates control over "strict security requirements [including] type of encryption algorithms, and strength of keys." Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 14. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

# Terminal Requirements

VIASAT_00008738 at 766.

VIASAT_00008738 at 767.

In a further example, in an Open Stream implementation, the VCDS (*i.e.*, media streaming system) may perform a number of additional steps to "ensure the identity of the user requesting the resources is trusted" and "verify that requests made to a from the system are legitimate." VIASAT_00007559 at 576–577.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

## 7    SECURITY

While HTTPS provides validation of the server in the connection, it does not ensure that the identity of the user agent requesting the resources is trusted. Viasat's Open Stream provides multiple methods to verify that requests made to and from the system are legitimate.

### 7.1    URL Tokenization

Open Stream can authorize a user agent to acquire content in one of the following ways.

#### 7.1.1    HEAD Request Solution

Viasat can make a HEAD request the resource with the URL and token and, based on the result, determine whether the user agent request is authorized to request content.

#### 7.1.2    API Solution

A REST API can be provided to Viasat which will be used to ensure a token is valid. This API must return true or false. This solution can be used if information other than the session key, such as an IP address, is required to verify the user agent.

#### 7.1.3    Formula Solution

A formula can be provided to Viasat that will be used to validate the token. Further discussion with Viasat is required for this solution.

#### 7.1.4    Open Stream Managed Solution

If requests are made to Open Stream before origin has the opportunity to generate a session token (i.e., the user agent directly requests from the Open Stream node), the session token generation and verification can be delegated to Open Stream.

After configuring a shared secret with Viasat, the content provider can have the user agent can use that key to generate a one-time access token that should be included in the initial request to Open Stream. The Open Stream cache will return a session token in the response that should be used in all subsequent requests to indicate the requests are from an authorized user.

### 7.2    CDN Security

To ensure that the CDN remains protected against any unauthorized requests, a content provider can authorize Open Stream servers in the following ways.

#### 7.2.1    Viasat-Specific Token Solution

The CDN may provide Viasat with a token that must be included in a custom header or query parameter when making requests to the CDN to verify Viasat's identity.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

### 7.2.2    IP Whitelisting Solution

The CDN may whitelist Viasat's address blocks. This solution is fragile as Viasat may change its network and coordination with the CDN would be required.

### 7.2.3    User Agent Request Token

Open Stream can use the token granted to the user agent by origin. When the user agent makes a request, the included session token will be passed through to the Open Stream server request. This solution can be used in cases where the session token does not utilize the request originator's IP address.

VIASAT_00007559 at 576–577.



VIASAT_00007395 at 418.

The following source code examples demonstrate where this limitation is implemented:

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| 6. The media streaming system of claim 1, wherein the one or more processors are further configured to: provide instructions to the NAS device for controlling an amount of data stored in the secure region. | The '667 Accused Products include the media streaming system of claim 1, wherein the one or more processors are further configured to provide instructions to the NAS device for controlling an amount of data stored in the secure region.<br><br>For example, the Open Caching specification contemplates the transmission of instructions to control the amount of data stored in the open caching node.<br><br>▶ OC system periodically advertises its current free capacity, possible per coverage zone. For example: "current free bandwidth is 100Gbps for zone Z"<br><br>▶ The CDN allocates this free bandwidth between relevant CDN nodes.<br><br>Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 15. |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

| | Content Ingestion<br> |
|---|---|
| | VIASAT_00008738 at 775. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| |  |
| | VIASAT_00008738 at 803.<br><br>*See also* Claim 1[e]. |
| 7. The media streaming system of claim 1, wherein the one or more processors are further configured to:<br>provide instructions to the NAS device for controlling an encryption type used in the secure region. | The '667 Accused Products include the media streaming system of claim 1, wherein the one or more processors are further configured to provide instructions to the NAS device for controlling an encryption type used in the secure region.<br><br>For example, the Open Caching specification contemplates control over "strict security requirements [including] type of encryption algorithms, and strength of keys." Streaming Video Alliance, *Open Caching Request Routing Functional Specification* (Nov. 14, 2016) at 14. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| | *See also* Claims [4] & [6]. |
| 11[pre] A method of transmitting media content from a media streaming system, the method comprising: | To the extent the preamble is limiting, the '667 Accused Products implement a method of transmitting media content from a media streaming system.<br><br>*See* Claims 1[pre], 1[a], 1[c]. |
| 11[a] establishing a connection, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN); | The '667 Accused Products implement establishing a connection, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN).<br><br>*See* Claim 1[a]. |
| 11[b] receiving an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system; | *See* Claim 1[c]. |
| 11[c] transmitting media content to the secure region within the NAS device for playback by the display device from the buffer; and | *See* Claim 1[d]. |
| 11[d] transmitting instructions to the NAS device to control streaming access to the media content stored on the buffer. | *See* Claim 1[e]. |
| 12. The method of claim 11, wherein transmitting the media | *See* Claim 3. |

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**
**HIGHLY CONFIDENTIAL – SOURCE CODE**

| | |
|---|---|
| content to the secure region comprises: time-shifting the transmitting of the media content to a time with more available bandwidth on a connection to the NAS device. | |
| 13. The method of claim 11, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system. | *See* Claim 4. |
| 14. The method of claim 11 further comprising: causing the NAS device to use encryption that secures the media content to the secure region. | *See* Claim 5. |
| 15. The method of claim 11 further comprising: providing instructions to the NAS device for controlling an amount of data stored in the secure region. | *See* Claim 6. |
| 16. The method of claim 11 further comprising: providing instructions to the NAS device for controlling an encryption type used in the secure region. | *See* Claim 7. |