QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac vice*)
  stevencherny@quinnemanuel.com
  Patrick D. Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Tzivya H. Beck (*pro hac vice*)
  tzivyabeck@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyu Shik Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola R. Felice (*proc hac vice*)
  nicolafelice@quinnemanuel.com
  Vanessa Blecher (*pro hac vice*)
  vanessablecher@quinnemanuel.com
  Alicia Lai (*pro hac vice*)
  alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 145]** |
| VIASAT, INC., | |
| Defendant. | |

The Court having considered Plaintiff's Administrative Motion to File Under Seal [Dkt. 145] ("Motion"), the Court finds good cause to seal the Exhibits filed as Dkts. 145-2, 145-3, 145-4, and 145-5 from public access, and thus the Court hereby GRANTS Plaintiff's Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Sealed/Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 145-2 / 147-2 | Exhibit 1 to the Declaration Of Ahmed Eldessouki In Support Of Plaintiffs' Notice Of Motion And Motion For Leave To Amend Its Infringement Contentions ("Eldessouki Declaration") – "a clean copy of the proposed amended infringement claim chart for the '400 Patent" | Redacted portions of pages 5, 7, 9-11, 14, 15, 18, 19, 22, 23, 25, 26, 29, 30-37, 41, 44-47, 49, 51, 54-60, 65-70, and 73-76 | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 145-3 / 147-3 | Exhibit 2 to the Eldessouki Declaration – a "redline copy of the proposed amended infringement claim chart for the '400 Patent" | Redacted portions of pages 5, 7, 9-11, 14, 15, 18, 19, 22, 23, 25, 26, 29, 30-37, 41, 44-47, 49, 51, 54-60, 65-70, and 73-76 | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 145-4 / 147-4 | Exhibit 4 to the Declaration Of Ahmed Eldessouki In Support Of Plaintiffs' Notice Of Motion And Motion For Leave To Amend Its Infringement Contentions – "clean copy of the proposed amended infringement claim chart for the '667 Patent" | Redacted portions of pages 4-8, 10-11, 13-14, 17-19, 22-25, 28, 30-32, 37-38, 43-45, 47-49, 51, 54-62, 67, 69, 72-74, 76-78, 80, and 82-83 | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 145-5 / 147-5 | Exhibit 4 to the Declaration Of Ahmed Eldessouki In Support Of Plaintiffs' Notice Of Motion And Motion For Leave To Amend Its Infringement Contentions – "redline copy of the proposed amended infringement claim chart for the '667 Patent" | Redacted portions of pages 4-8, 10-11, 13-14, 17-19, 22-25, 28, 30-32, 37-38, 43-45, 47-49, 51, 54-62, 67, 69, 72-74, 76-78, 80, and 82-83 | Ward. Decl. ¶¶ 3-4 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.