QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac vice*)
  stevencherny@quinnemanuel.com
  Patrick D. Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Tzivya H. Beck (*pro hac vice*)
  tzivyabeck@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
  Gyu Shik Jang (Bar No. 337747)
  kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola R. Felice (*proc hac vice*)
  nicolafelice@quinnemanuel.com
  Vanessa Blecher (*pro hac vice*)
  vanessablecher@quinnemanuel.com
  Alicia Lai (*pro hac vice*)
  alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK CURRAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND INFRINGEMENT CONTENTIONS**<br><br><u>Hearing</u><br>Date: February 28, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Fl. |

# DECLARATION OF PATRICK CURRAN

I, Patrick Curran, declare as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP and a member of the bar of this Court. I represent Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Defendant's opposition to Plaintiffs' Motion to Amend Infringement Contentions. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. On page 58 of its proposed amended '400 contentions (Ex. 2 at 58) Plaintiffs cite to twelve documents Viasat produced in December 2024: VIASAT_00016425, VIASAT_00016428, VIASAT_00016439, VIASAT_00016439, VIASAT_00017759, VIASAT_00017768, VIASAT_00017807, VIASAT_00017812, VIASAT_00017815, VIASAT_00017820, VIASAT_00017822, and VIASAT_00017825.

3. Defendant produced all source code relied on by Plaintiffs in their proposed amended infringement contentions no later than March 13, 2024. Since March 13, 2024, no new source code has been produced by Viasat.

4. In Ex. 2 to Plaintiffs' motion, Plaintiffs' proposed amendments assert for the first time that certain source code files that Plaintiffs previously inspected in February 2024 and in March 2024 are relevant to their claims of infringement for the '400 patent. The newly-cited source code files in Plaintiffs' proposed new '400 patent contentions comprise more than 10,000 lines of source code.

5. In Ex. 4 to Plaintiffs' motion, Plaintiffs' proposed amendments assert for the first time that certain source code files that Plaintiffs previously inspected in February 2024 and in March 2024 are relevant to their claims of infringement for the '667 patent. The newly-cited source code files in Plaintiffs' proposed new '667 patent contentions comprise more than 10,000 lines of source code.

6. Some of the methods, functions, and variables in source code that Plaintiffs now discuss extensively in their proposed amendments appears to date back to 2014 or earlier. For example, systemStateManager.c is a source code file cited and discussed extensively in the

proposed amended contentions. This file bears a copyright date of 2014. Similarly, mediaSystemState.h is a source code file cited and discussed extensively in the proposed amended contentions. This file likewise bears a copyright date of 2014.

7.  Exhibit A is a true and correct excerpt of a copy of an email chain between counsel for Plaintiffs and Defendant regarding source code production in February and March 2024. This email chain also discusses Plaintiffs' service of their amended infringement contentions on March 22, 2024.

8.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2025        QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By  /s/ Patrick Curran
                                   Patrick Curran
                                   *Attorneys for Defendant Viasat Inc.*