# EXHIBIT A

| | |
|---|---|
| **From:** | ElDessouki, Ahmed <AElDessouki@gibsondunn.com> |
| **Sent:** | Friday, March 22, 2024 8:03 PM |
| **To:** | Nicola Felice; Jake Blecher |
| **Cc:** | Mao, Lillian; Jodie Cheng; *** GDC-NDCA Western Digital-Viasat; Vincent, Robert; QE-Viasat-WD; Jin, Hyunjong Ryan |
| **Subject:** | RE: WD v. Viasat - Source Code Review |
| **Attachments:** | 2024-03-22 IC.7z |

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**



Counsel,

Plaintiffs' Amended Infringement Contentions are attached.

Kind regards,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Nicola Felice
**Sent:** Tuesday, March 19, 2024 11:30 PM
**To:** ElDessouki, Ahmed ; Jake Blecher
**Cc:** Mao, Lillian ; Jodie Cheng ; *** GDC-NDCA Western Digital-Viasat ; Vincent, Robert ; QE-Viasat-WD ; Jin, Hyunjong Ryan
**Subject:** RE: WD v. Viasat - Source Code Review

**[WARNING: External Email]**

Ahmed,

Viasat agrees to the extension so long as Plaintiffs agree to extend Viasat the same courtesy should it need a short extension to serve its supplemental invalidity contentions.

With respect to the printed source code files, we are working on collecting those and will send them after we've had a chance to review them and designate them as "HIGHLY CONFIDENTIAL – SOURCE CODE," consistent with the terms of the Protective Order.

Best,
Nicola


**Nicola Felice**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7346 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
nicolafelice@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Tuesday, March 19, 2024 6:24 PM
**To:** Nicola Felice <nicolafelice@quinnemanuel.com>; Jake Blecher <jakeblecher@quinnemanuel.com>
**Cc:** Mao, Lillian <LMao@gibsondunn.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Vincent, Robert <RVincent@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Jin, Hyunjong Ryan <RJin@gibsondunn.com>
**Subject:** RE: WD v. Viasat - Source Code Review

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

---

Hi Nicola, I'm following up on the email given the date tomorrow.

Many thanks,
Ahmed

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Monday, March 18, 2024 6:50 PM
**To:** Nicola Felice <nicolafelice@quinnemanuel.com>; Jake Blecher <jakeblecher@quinnemanuel.com>
**Cc:** Mao, Lillian <LMao@gibsondunn.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Vincent, Robert

<RVincent@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Jin, Hyunjong Ryan <RJin@gibsondunn.com>
**Subject:** RE: WD v. Viasat - Source Code Review

Counsel,

Please let us know if Viasat will agree to a brief extension of the date for Plaintiffs to supplement the infringement contentions until Friday March 22, 2024.

Also, please note that Plaintiffs' experts printed a number of source code files. Would you please send them to our team at the following address:

>Hyunjong Ryan Jin
>Gibson, Dunn & Crutcher LLP
>200 Park Avenue
>New York, NY 10166-0193
>T: +1 212.351.5332
>RJin@gibsondunn.com

Kind regards,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Nicola Felice <nicolafelice@quinnemanuel.com>
**Sent:** Wednesday, March 13, 2024 12:26 PM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>; Jake Blecher <jakeblecher@quinnemanuel.com>
**Cc:** Mao, Lillian <LMao@gibsondunn.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Vincent, Robert <RVincent@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: WD v. Viasat - Source Code Review

**[WARNING: External Email]**

Ahmed,

We are following up regarding the VCDS code, which has now been loaded to the computer designated for source code review in our NY office.

Best,
Nicola

**Nicola Felice**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7346 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
nicolafelice@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Nicola Felice <nicolafelice@quinnemanuel.com>
**Sent:** Tuesday, March 5, 2024 6:01 PM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>; Jake Blecher <jakeblecher@quinnemanuel.com>
**Cc:** Mao, Lillian <LMao@gibsondunn.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Vincent, Robert <RVincent@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: WD v. Viasat - Source Code Review

Ahmed,

We disagree that "VCDS is clearly within the scope of the Accused Products as defined in Western Digital's PLR 3-1," particularly in light of Plaintiffs' claim-by-claim contentions in Exs. A and B to its PLR 3-1 disclosures. We therefore disagree that Plaintiffs have ever previously requested the VCDS source code or that Viasat was or is required to produce that code.

Your letter of December 22, 2023 does nothing to change that fact. As you appear to recognize below, your letter requested specific categories of technical *documentation*, which based on Viasat's investigation, were collected and produced to you on February 7, 2024. To the extent that the requested categories related to Viasat's Content Delivery Service, documents pertaining to Viasat's Content Delivery Service were collected and included in that February 7 production.

Nonetheless, in an effort to avoid burdening the Court with needless motion practice, Viasat is in the process of collecting the VCDS source code and will follow up with an estimate of when that code will be available for review.

Best,
Nicola