1  Spencer W. Ririe (SBN 248277)
2  MANGUM RIRIE LLP
   999 Corporate Dr., Suite 255
3  Ladera Ranch, CA 92694
   Telephone: 949.699.2499
4  spencer@mangumririe.com

5  *Attorneys for Plaintiffs*

6         **IN THE UNITED STATES DISTRICT COURT**
7       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
              **OAKLAND DIVISION**
8

9  SANDISK TECHNOLOGIES, INC., et | Case No. 4:22-cv-4376-HSG
10 al.,
                                   |
11             Plaintiffs,          | **SANDISK PLAINTIFFS' NOTICE**
        v.                          | **OF SUBPOENAS TO AVIONICS**
12                                  | **COMPANIES**
   VIASAT, INC.,                    |
13
               Defendant.           |
14

PLEASE TAKE NOTICE that Plaintiffs Sandisk Technologies, Inc., Sandisk Technologies LLC, Sandisk Storage Malaysia Sdn. Bhd., and Sandisk 3D IP Holdings Limited ("Sandisk") will serve subpoenas for document production and deposition on Intelsat, S.A. (Exhibit 1), Panasonic Avionics Company (Exhibit 2), and Thales Avionics, Inc. (Exhibit 3).

PLEASE TAKE FURTHER NOTICE that the foregoing subpoena recipients are requested to produce all responsive documents in their possession, custody, or control requested in Exhibit A of the subpoenas by 12:00 p.m. Pacific on February 28, 2025.  The foregoing subpoena recipients also are requested to provide testimony requested in Exhibit B of the subpoenas at a place mutually acceptable to the Plaintiffs and each subpoena recipient and at a date and time to be determined in compliance with Civil L.R. 30-1.

Dated: February 5, 2025                    Respectfully submitted,

MANGUM RIRIE LLP

By: /s/ Spencer W. Ririe

Spencer W. Ririe


*Attorneys for Plaintiffs*