L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF AHMED ELDESSOUKI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR INFRINGEMENT CONTENTIONS**<br><br>Date: February 27, 2025<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Ahmed ElDessouki, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and have been admitted *pro hac vice* to appear in this action.

2. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP and am one of the attorneys representing Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "SanDisk") in this action. I make this declaration in support of SanDisk's Reply in Support of Its Motion for Leave to Amend Their Infringement Contentions. I have personal knowledge of the matters stated herein and, if asked, could competently testify thereto.

3. On October 2, 2024, SanDisk served discovery requests seeking the source code mapping. Viasat responded within 30 days, on November 1, but its respond did not provide the source code mapping. Counsel for SanDisk met and conferred with counsel for Viasat on November 4 regarding the source code mapping, and indicated that SanDisk required it promptly. Counsel for SanDisk emailed counsel for Viasat regarding the source code mapping on November 5 and November 20. Having received no response, Counsel for SanDisk prepared a letter to the Court on this issue and sent it to Viasat on December 4. Viasat ultimately provided the source code mapping on December 13. SanDisk's expert reviewed the source code on December 17 and 18, and promptly served the amended contentions onto Viasat on January 3, 2025 after the Holidays.

4. On October 14, 2024, counsel for Viasat and counsel for SanDisk, including myself, met and conferred in advance of the CMC. Counsel for SanDisk explained that SanDisk was investigating an amendment to its infringement contentions in view of the Court's claim construction order.

5. Viasat failed to make available to SanDisk relevant source code and source code change logs that could indicate what changes were made to the source code. This was confirmed by Viasat's technical witness during his Rule 30(b)(6) deposition on February 6, 2025.

1

AHMED ELDESSOUKI DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY ISO MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS
CASE NO. 4:22-CV-4376-HSG

6.     Viasat identified the Arconics CloudStore as an alleged prior art system in its invalidity contentions served April 19, 2024, but failed to chart it. A press release dated November 14, 2016, available on Viasat's website indicates that Viasat acquired Arconics Limited, the company that developed the CloudStore software, on the day of the press release. The press release is available on https://news.viasat.com/newsroom/press-releases/viasat-acquires-arconics-for-added-aircraft-operations-capabilities

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2025 in Irvine, California.

                                                     <u>/s/ Ahmed ElDessouki</u>
                                                     Ahmed ElDessouki