IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING SANDISK'S MOTION TO EXTEND THE DEADLINE FOR THE CLOSE OF FACT DISCOVERY AND EXTEND CASE SCHEDULE** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

The Court, having considered Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd.'s Motion To Extend The Deadline For The Close Of Fact Discovery And Extend Case Schedule, and finding good cause therefor, hereby GRANTS the motion.

IT IS THEREFORE ORDERED THAT the remaining deadlines in this case shall be extended as set forth below:

| Event | Deadline |
| --- | --- |
| Close of Fact Discovery | March 14, 2025 |
| Opening Expert Disclosures and Reports for Party Bearing Burden of Proof | May 28, 2025 |
| Rebutting Expert Disclosures and Reports | June 19, 2025 |
| Close of Expert Discovery | July 14, 2025 |
| Dispositive Motion Filing Deadline | August 13, 2025 |
| Dispositive Motion Opposition | September 4, 2025 |
| Dispositive Motion Reply | September 18, 2025 |
| Dispositive Motion Hearing | October 17, 2025 |
| Final Pretrial Conference | January 19, 2026 |
| Jury Trial | February 16, 2026, at 8:30 am |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge