**quinn emanuel** trial lawyers | boston

111 Huntington Avenue, Suite 520, Boston, Massachusetts 02199-7626 | TEL (617) 712-7100 FAX (617) 712-7200

WRITER'S DIRECT DIAL NO.
**(617) 712-7103**

WRITER'S EMAIL ADDRESS
**patrickcurran@quinnemanuel.com**

February 10, 2025

<u>VIA ECF</u>

The Honorable Haywood S. Gilliam, Jr
United States District Court
Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Re:   <u>Sandisk Technologies, Inc. et al. v. Viasat, Inc.</u>, Case No. 4-22-cv-04376-HSG

Your Honor:

We write regarding Plaintiffs' discovery letter that was entered on the docket on February 8 at 12:02 AM PT (Dkt. 159). This filing was not, as Your Honor's civil standing order requires, a "joint" letter addressing a discovery issue. Plaintiffs first raised many of the topics in their letter on the morning of Friday, February 7, while three depositions were underway. To evaluate Plaintiffs' new complaints, Viasat asked Plaintiffs to identify the specific document requests Plaintiffs believed were relevant to each newly-raised discovery issue. Plaintiffs did not do so until 11:56 PM PT on February 7. Plaintiffs then filed their discovery letter a few minutes later, without Viasat's position. The letter is not "joint." Further, and also in violation of Your Honor's civil standing order, Plaintiffs' identification of issues on the last day of fact discovery did not allow sufficient time for any dispute to be resolved before the close of fact discovery.

Viasat is evaluating Plaintiffs' letter and the belated discovery complaints it contains. Although Plaintiffs' letter was not a joint statement as required, unless the Court would prefer otherwise, Viasat plans to file what would have been Viasat's 2.5-page portion of a joint 5-page letter on those issues no later than Wednesday, February 12.

Respectfully submitted,

/s/ *Patrick D. Curran*

Patrick D. Curran

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH