1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2     Steven Cherny (*pro hac vice*)
   stevencherny@quinnemanuel.com
   Patrick D. Curran (Bar No. 241630)
3     patrickcurran@quinnemanuel.com
   Tzivya H. Beck (*pro hac vice*)
4     tzivyabeck@quinnemanuel.com
   111 Huntington Ave, Suite 520
5  Boston, MA 02199
   Telephone:   (617) 712-7100
6  Facsimile:   (617) 712-7200

7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jodie Cheng (Bar No. 292330)
8     jodiecheng@quinnemanuel.com
   Gyu Shik Jang (Bar No. 337747)
9     kevinjang@quinnemanuel.com
   50 California Street, 22nd Floor
10  San Francisco, CA 94111
   Telephone:   (415) 875-6600
11  Facsimile:   (415) 875-6700

12  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Nicola R. Felice (*proc hac vice*)
13     nicolafelice@quinnemanuel.com
   Anastasia Fernands (*pro hac vice*)
14     anastasiafernands@quinnemanuel.com
   Vanessa Blecher (*pro hac vice*)
15     vanessablecher@quinnemanuel.com
   Alicia Lai (*pro hac vice*)
16     alicialai@quinnemanuel.com
   295 5th Avenue
17  New York, NY 10016
   Telephone:   (212) 849-7000
18  Facsimile:   (212) 849-7100

19  *Attorneys for Defendant Viasat, Inc.*

20  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
21  **OAKLAND DIVISION**

22

23  SANDISK TECHNOLOGIES, INC., et al.,

   CASE NO. 4:22-cv-04376-HSG

24        Plaintiffs,

**DECLARATION OF COLIN WARD IN**
25        v.
**SUPPORT OF VIASAT, INC.'S**
**ADMINISTRATIVE MOTION TO SEAL**
26  VIASAT, INC.,
**PORTIONS OF AN EXHIBIT TO**
**VIASAT'S OPPOSITION TO MOTION**
27        Defendant.
**TO EXTEND [DKT. 164]**

28

Case No. 4:22-cv-04376-HSG

C. WARD DECL. IN SUPPORT OF VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF AN EXHIBIT TO VIASAT'S OPPOSITION TO MOTION TO EXTEND [DKT. 164]

I, Colin Ward, declare as follows:

1.      I submit this Declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Viasat, Inc. ("Viasat")'s Administrative Motion to Seal Portions of An Exhibit to Viasat's Opposition to Motion to Extend [Dkt. 164], to establish that the unredacted version of Exhibit J to Viasat's Opposition to Motion to Extend [Dkt. 164-2, the "Exhibit"] contain Viasat's confidential information and is subject to sealing by this Court.

2.      I am Vice President and Chief Litigation Counsel at Viasat. If called as a witness, I could and would testify competently to the information set forth in this Declaration.

3.      The confidential information in the Exhibit that Viasat seeks to seal comprise counsel's discussions of highly confidential source code and product architecture information.

4.      The source code, operation of, and inner workings of Viasat's products and proprietary technology—including details of how Viasat's system is architected (e.g., where specific pieces of source code run) and how Viasat maintains security and interacts with third-party content sources—are not apparent from normal consumer operation. If this confidential source code and product operation information were disclosed, competitive harm could result for Viasat.   For instance, Viasat's competitors could use this information to replicate Viasat's software architecture; something Viasat invested time and resources to develop.

WHEREFORE, I respectfully request that the Court issue Viasat's [Proposed] Order Granting Viasat's Administrative Motion to Seal Portions of An Exhibit to Viasat's Opposition to Motion to Extend [Dkt. 164-3] and seal the unredacted version of Exhibit J filed in support of Viasat's Opposition to Motion to Extend [Dkt. 164-2].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on February 11, 2025 in Los Angeles, California.

1    DATED:  February 11, 2025                 Respectfully Submitted,

2

3                                              By  /s/ Colin Ward
                                                   Colin Ward
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C. WARD DECL. IN SUPPORT OF VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS
OF AN EXHIBIT TO VIASAT'S OPPOSITION TO MOTION TO EXTEND [DKT. 164]

## **ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Colin Ward has concurred in the aforementioned filing.

By <u>*/s/ Patrick D. Curran*</u>
Patrick D. Curran

C. Ward Decl. In Support of Viasat's Administrative Motion to File Under Seal Portions of An Exhibit to Viasat's Opposition to Motion to Extend [Dkt. 164]