# EXHIBIT A

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:     (617) 712-7100
Facsimile:     (617) 712-7200

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD.,<br><br>Plaintiff,<br><br>v.<br><br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 4:22-cv-4376-HSG<br><br>**VIASAT, INC.'S INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Viasat, Inc. ("Viasat") hereby makes its Initial Disclosures to Plaintiffs.

Viasat provides these disclosures subject to and without waiving any applicable privilege, doctrine, or right, including without limitation the attorney-client privilege, the work product doctrine, and all other rights and privileges recognized under the laws of the United States, the State of California, and all relevant jurisdictions. By these disclosures, Viasat does not concede the relevance or admissibility of any particular information.

Viasat makes these disclosures based on information currently available to it after its initial investigation and based on the current state of the pleadings. Viasat reserves the right to amend or supplement these disclosures and to identify additional evidence to support any claims and/or defenses or during any proceeding in this action, including trial.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION (FED. R. CIV. P. 26(A)(1)(A)(I))

Based on the current state of the pleadings, Viasat identifies the following individuals likely to have discoverable information that Viasat may use to support potential claims and/or defenses. Viasat's investigation for discoverable information that it may use to support potential claims and/or defenses in this litigation is ongoing, and Viasat reserves the right to supplement this information as necessary. Plaintiffs should contact any current or former Viasat employee, agent, or other representative through Viasat's counsel of record herein.

| Name | Contact Information | Possible Subjects |
|---|---|---|
| Fabrice E. Jogand-Coulomb (Named Inventor) | Upon information and belief, contact through Plaintiffs' counsel | Conception, reduction to practice, prosecution, prior art, invalidity, unenforceability, and claim scope of U.S. Patent No. 8,504,834 |
| David L. Blankenbeckler (Named Inventor) | Upon information and belief, contact through Plaintiffs' counsel | Conception, reduction to practice, prosecution, prior art, invalidity, unenforceability, and claim scope of U.S. Patent No. 9,424,400 |

| Name | Contact Information | Possible Subjects |
|---|---|---|
| Danny O. Ybarra (Named Inventor) | Upon information and belief, contact through Plaintiffs' counsel | Conception, reduction to practice, prosecution, prior art, invalidity, unenforceability, and claim scope of U.S. Patent No. 9,424,400 |
| Lambertus Hesselink (Named Inventor) | Upon information and belief, contact through Plaintiffs' counsel | Conception, reduction to practice, prosecution, prior art, invalidity, unenforceability, and claim scope of U.S. Patent No. 9,424,400 |
| Dean M. Jenkins (Named Inventor) | Upon information and belief, contact through Plaintiffs' counsel | Conception, reduction to practice, prosecution, prior art, invalidity, unenforceability, and claim scope of U.S. Patent No. 10,447,667 |
| Robert P. Ryan (Named Inventor) | Upon information and belief, contact through Plaintiffs' counsel | Conception, reduction to practice, prosecution, prior art, invalidity, unenforceability, and claim scope of U.S. Patent No. 10,447,667 |
| Joseph F. Hetz | Crowell & Moring LLP 455 N. Cityfront Plaza Drive Suite 3600 Chicago, IL 60611 (312) 321-4719 | Prosecution of U.S. Patent No. 8,504,834 and related patents |
| Don C. Pua | Chang & Hale LLP 4199 Campus Dr, Suite 550 Irvine, CA 92612 (949) 336-1454 | Prosecution of U.S. Patent Nos. 10,447,667, 9,424,400, and related patents |
| Dan Newman | Viasat c/o Quinn, Emanuel, Urquhart & Sullivan, LLP | Operation, design and development of the accused Viasat products |
| Kevin Lee | Viasat c/o Quinn, Emanuel, Urquhart & Sullivan, LLP | Financial information related to the accused Viasat products |
| Michelle Munoz-Talcott | Viasat c/o Quinn, Emanuel, Urquhart & Sullivan, LLP | Marketing information related to the accused Viasat products |

| Name | Contact Information | Possible Subjects |
|---|---|---|
| Employees, directors, and officers of Plaintiffs | Upon information and belief, contact through Plaintiffs' counsel | Plaintiffs' financial data; marketing and instructions for Plaintiffs' products; Plaintiffs' licensing practices and comparable licenses; operation, design and development of Plaintiffs' products |

In addition to those individuals identified above, Viasat hereby incorporates by reference the witnesses and their possible subjects of testimony disclosed by Plaintiffs in their initial disclosures pursuant to Rule 26(a), those individuals identified by Viasat or Plaintiffs through discovery, declaration or other means, those individuals whose names appear on produced documents, inventors, and co-inventors of patents and other materials identified as prior art in the course of this litigation, and authors and co-authors of references identified as prior art in the course of this litigation, as if set forth fully herein.  Viasat believes that there are additional witnesses with information relating to this litigation whose identities have not yet been ascertained.  Viasat expressly reserves the right to supplement these disclosures pursuant to Fed. R. Civ. Proc. 26(e) as its investigation continues and discovery proceeds.

## II.     DESCRIPTION OF DOCUMENTS AND THINGS (FED. R. CIV. P. 26(A)(1)(A)(II))

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), and based on presently-available information, Viasat identifies the following categories of documents within its possession, custody, or control that may be pertinent to this action. The disclosure provided herein is based upon information reasonably available at this time. By disclosing the following categories of documents, Viasat does not waive any objections that it has or may have to producing such documents, including, but not limited to, objections based on the attorney-client privilege and attorney work product doctrine. These categories of documents may be used to support Viasat's defenses, other than solely for impeachment.

1. The accused products, including the source code for the accused products;
2. Documents relating to the design, structure, and operation of the accused products;

3. The asserted patents and the file histories of the asserted patents and related patents and applications, including the prior art cited, discussed, or referenced therein;

4. Documents relating to the asserted patents, including ownership, assignment, license and valuation of the asserted patents, in whole or in part;

5. Documents relating to the invalidity of the asserted patents, including but not limited to prior art patents, publications, products, systems, and documents concerning such prior art;

6. Documents sufficient to show the sales of the accused products; and

7. Licenses and related documents concerning the technology underlying the Asserted Patents, if any.

These categories of documents are potentially located in, among others, the following locations:

- Hard drives;
- Shared drives;
- Shared databases/repositories; and
- Hardcopy files.

Viasat expressly reserves the right to supplement this response under Rule 26(e) of the Federal Rules of Civil Procedure as its investigation continues and discovery proceeds.

**III.    COMPUTATION OF DAMAGES (FED. R. CIV. P. 26(A)(1)(A)(III))**

Viasat does not currently seek damages.  Viasat may seek attorneys' fees, costs, and other expenses incurred in defending against Plaintiffs' claims, the total of which is not known at this time.  The amount of damages, fees, costs, and any other relief that may be deemed just and equitable is not ascertainable at this time.  Viasat reserves the right to supplement, modify, or add to this disclosure as the case proceeds.

**IV.    INSURANCE AGREEMENTS (FED. R. CIV. P. 26(A)(1)(A)(IV))**

Viasat is not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1    Viasat expressly reserves the right to supplement its responses pursuant to Rule 26(e) of
2 the Federal Rules of Civil Procedure as its investigation continues.

3 **V.    CERTIFICATION OF DISCLOSURE**

4    The undersigned certifies that, to the best of her knowledge, information, and belief,
5 formed after an inquiry that is reasonable under the circumstances, the above disclosure is
6 complete and correct as of the time it is made.

DATED: February 2, 2023                         Respectfully submitted,

*/s/ Jodie Cheng*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Viasat, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been sent to all counsel of record via electronic mail on February 2, 2023.

DATED:  February 2, 2023                    By  */s/ Jodie Cheng*
                                                Jodie Cheng