# EXHIBIT B

| | |
|---|---|
| **From:** | ElDessouki, Ahmed <AElDessouki@gibsondunn.com> |
| **Sent:** | Saturday, December 7, 2024 6:46 PM |
| **To:** | Vanessa Blecher; QE-Viasat-WD |
| **Cc:** | *** GDC-NDCA Western Digital-Viasat |
| **Subject:** | WD v. Viasat - Discovery Requests |
| **Attachments:** | 2024-12-07 Plaintiffs Third Set of Interrogatories.pdf; 2024-12-07 Plaintiffs Third Set of Requests for Production.pdf |

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**



**This message needs your attention**
- Some Recipients have never replied to this person.

Counsel,

Please see attached.

Kind regards,
Ahmed

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

## GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

1