# EXHIBIT D

| | |
|---|---|
| **From:** | Lam, David <DLam@gibsondunn.com> |
| **Sent:** | Friday, December 13, 2024 3:15 PM |
| **To:** | Alicia Lai; ElDessouki, Ahmed; *** GDC-NDCA Western Digital-Viasat |
| **Cc:** | QE-Viasat-WD |
| **Subject:** | Sandisk v. Viasat - Notices of Deposition of Edillon Jr, O'Sullivan, Newman, Munoz-Talcott, Hughes, Slater, Valentini, Wilson, Neri and Houda |
| **Attachments:** | 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Edwin Edillon Jr].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Des O'Sullivan].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Dan Newman].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Michelle Munoz-Talcott].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Finn Hughes].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Josh Slater].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Marcello Valentini].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Kendall Wilson].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Jason Neri].pdf; 2024.12.13 WDT- Notice of 30(b)(1) Deposition [Greg Houda].pdf |

**[EXTERNAL EMAIL from dlam@gibsondunn.com]**

Counsel,

Please see attached notice of deposition of the following:

- Edwin Edillon Jr.
- Des O'Sullivan
- Dan Newman
- Michelle Munoz-Talcott
- Finn Hughes
- Josh Slater
- Marcello Valentini
- Kendall Wilson
- Jason Neri
- Greg Houda

Thank you,

**David Lam**
Paralegal

T: +1 213.229.7173
DLam@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If

it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.