# EXHIBIT F

| | |
|---|---|
| **From:** | ElDessouki, Ahmed <AElDessouki@gibsondunn.com> |
| **Sent:** | Thursday, January 16, 2025 12:56 PM |
| **To:** | Anastasia Fernands; *** GDC-NDCA Western Digital-Viasat |
| **Cc:** | QE-Viasat-WD |
| **Subject:** | Re: WD v. Viasat - deposition scheduling |

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

Hi Anastasia,

We accept service of the subpoena on Professor Hesselink. He's available for his deposition on Tuesday February 4, in Palo Alto. Below is the updated chart.

Also, please confirm as soon as possible if Viasat will be going forward with the Blankenbeckler deposition on Wednesday Jan 22.

| Witness | Deposition | Location |
|---|---|---|
| David Blankenbeckler | Wednesday January 22 | GDC Denver Office at 1801 California St #4200, Denver, CO 80202 |
| Rob Ryan | Tuesday January 28 | GDC Irvine Office at 3161 Michelson Dr, Irvine, CA 92612 |
| Danny Ybarra | Thursday January 30 | GDC Irvine Office at 3161 Michelson Dr, Irvine, CA 92612 |
| Lambertus Hesselink | Tuesday February 4 | GDC Palo Alto Office at 310 University, Palo Alto CA 94301 |
| Dean Jenkins | Wednesday February 5 | GDC Irvine Office at 3161 Michelson Dr, Irvine, CA 92612 |

Many thanks,
Ahmed

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

## GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Date:** Sunday, January 12, 2025 at 11:48 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>, *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: WD v. Viasat - deposition scheduling

1

Hi Anastasia,

We will be making the witnesses available on the dates indicated below.  Please confirm if these dates work for Viasat.

| Witness | Deposition | Location |
|---|---|---|
| David Blankenbeckler | Wednesday January 22 | GDC Denver Office at 1801 California St #4200, Denver, CO 80202 |
| Rob Ryan | Tuesday January 28 | GDC Irvine Office at 3161 Michelson Dr, Irvine, CA 92612 |
| Danny Ybarra | Thursday January 30 | GDC Irvine Office at 3161 Michelson Dr, Irvine, CA 92612 |
| Dean Jenkins | Wednesday February 5 | GDC Irvine Office at 3161 Michelson Dr, Irvine, CA 92612 |

Please note that while the witnesses have indicated their availability for those dates, I am waiting for final confirmations from the witnesses.  I am also working on providing a date for Dr. Hesselink, who is traveling internationally on a pre-planned vacation until the end of this week.

Many thanks,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Thursday, January 9, 2025 at 10:26 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: WD v. Viasat - deposition scheduling

Ahmed,

With our apologies again, we have confirmed that we must revert to the originally offered dates of January 28 for Mr. Hughes and January 30 for Mr. O'Sullivan in Dublin.  The full set of dates as offered is listed below for completeness.

- Edwin Edillon Jr. – January 22, 2025 – Irvine, CA
- Des O'Sullivan – January 30, 2025 – Dublin, Ireland
- Dan Newman – new date requested – Boston, MA
- Michelle Munoz-Talcott – January 24, 2025 – San Diego, CA
- Finn Hughes – January 28, 2025 – Dublin, Ireland
- Josh Slater – February 6, 2025 – Irvine, CA
- Jason Neri – January 21, 2025 – Boston, MA
- Greg Houda -February 4, 2025 – Irvine, CA

Please let us know as soon as possible whether plaintiffs will move forward with the depositions of these Viasat witnesses. We also look forward to your response concerning Marcello Valentini. Finally, as we previously requested, please identify the dates and locations when/where the named inventors are available for deposition.

In addition, following up on our discussion on Tuesday, Viasat proposes that the parties serve objections and responses to the outstanding Rule 30(b)(6) notices on Wednesday, January 15. Please let us know whether plaintiffs agree.

Regards,
Anastasia

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 8, 2025 10:14 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: WD v. Viasat - deposition scheduling

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Anastasia,

Please keep us posted, but we were close to having a complete schedule if we can take Hughes on Wednesday February 5th and O'Sullivan on Friday February 7.

Many thanks,
Ahmed


**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193


**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Wednesday, January 8, 2025 at 7:37 PM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: WD v. Viasat - deposition scheduling

Counsel,

With our profuse apologies, we are still addressing some scheduling issues with respect to the depositions in Dublin, and we may need to revert to the originally offered dates, January 28 and 30, for Messrs. Hughes and O'Sullivan. We hope to have a definitive answer by tomorrow, but we wanted to let you know.

3

Regards,
Anastasia

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Sent:** Wednesday, January 8, 2025 10:57 AM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: WD v. Viasat - deposition scheduling

Counsel,

Following up concerning deposition scheduling, unfortunately a conflict has come up with respect to the depositions in Ireland that we previously offered during the week of January 27. New proposed dates for the depositions of Messrs. O'Sullivan and Hughes are in red below. In addition, based on our discussion last night, we understand that January 14 does not work for Plaintiffs for Mr. Newman's deposition in Boston, and we are looking into an alternative date for that deposition.

- Edwin Edillon Jr. – January 22, 2025 – Irvine, CA
- Des O'Sullivan – February 6, 2025 – Dublin, Ireland
- Dan Newman – new date requested – Boston, MA
- Michelle Munoz-Talcott – January 24, 2025 – San Diego, CA
- Finn Hughes – February 4, 2025 – Dublin, Ireland
- Josh Slater – February 6, 2025 – Irvine, CA
- Jason Neri – January 21, 2025 – Boston, MA
- Greg Houda -February 4, 2025 – Irvine, CA

Kindly let us know as soon as possible whether Plaintiffs will move forward with the depositions of these Viasat witnesses on the offered dates. Moreover, we look forward to your response concerning whether, if Viasat commits not to rely on Marcello Valentini's testimony and removes him from the initial disclosures, Plaintiffs will not proceed with Mr. Valentini's deposition. For purposes of your consideration, we note that attempting to schedule Mr. Valentini's deposition has been complicated by family medical issues that he is facing. Finally, as requested previously, please identify the dates and locations when/where the named inventors are available for deposition.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Sent:** Tuesday, January 7, 2025 5:17 PM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: WD v. Viasat - deposition scheduling

Counsel,

It has been a week since Viasat provided proposed dates for eight of the Viasat witness for whom plaintiffs served deposition notices, and plaintiffs have not yet responded to confirm any of the offered dates. Plaintiffs also have not yet confirmed deposition dates for any of the named inventors. So that we can make necessary arrangements, kindly let us know by the end of the day tomorrow, January 8, (i) whether Plaintiffs will move forward with the depositions of Viasat witnesses on the offered dates, (ii) whether plaintiffs agree to our proposal concerning Marcello Valentini, and (iii) the dates and locations when/where the named inventors are available.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Tuesday, December 31, 2024 12:25 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: WD v. Viasat - deposition scheduling

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

Anastasia,

Thanks for providing the dates below. We will revert as soon as possible. Please also see the attached 30(b)(6) deposition notice.

Kind regards,

Ahmed

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

## GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Tuesday, December 31, 2024 at 11:54 AM
**To:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** WD v. Viasat - deposition scheduling

Counsel,

We write concerning scheduling the Viasat witnesses for whom Plaintiffs have served deposition notices. The noticed witnesses are available on the dates and at the locations listed below. Kindly let us know at your earliest convenience whether Plaintiffs will move forward with the depositions on these dates so that we can make necessary travel arrangements.

- Edwin Edillon Jr. – January 22, 2025 – Irvine, CA
- Des O'Sullivan – January 30, 2025 – Dublin, Ireland
- Dan Newman – January 14, 2025 – Boston, MA
- Michelle Munoz-Talcott – January 24, 2025 – San Diego, CA
- Finn Hughes – January 28, 2025 – Dublin, Ireland
- Josh Slater – February 6, 2025 – Irvine, CA
- Jason Neri – January 21, 2025 – Boston, MA
- Greg Houda -February 4, 2025 – Irvine, CA

We are still working on a date for Kendal Wilson's deposition. We also note that Plaintiffs noticed the deposition of Marcello Valentini. Please let us know whether Plaintiffs will withdraw that notice if Viasat agrees to amend its initial disclosures to remove Mr. Valentini and represents that Viasat will not rely on testimony from Mr. Valentini.

Please also confirm deposition dates for the named inventors at your earliest convenience.

We look forward to your prompt response.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct
212-849-7000 Main Office Number
212-849-7100 FAX

6

anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.