# EXHIBIT G

| | |
|---|---|
| **From:** | Alicia Lai |
| **Sent:** | Monday, February 10, 2025 2:09 PM |
| **To:** | Ahmed ElDessouki; GDC-NDCA Western Digital-Viasat; L. Kieran Kieckhefer |
| **Cc:** | QE-Viasat-WD |
| **Subject:** | RE: SanDisk-Viasat |

Counsel,

Per SanDisk's request to reschedule the depositions of Des O'Sullivan and Finn Hughes, we write to confirm the following details. These are the earliest available dates in light of the witnesses' longstanding travel plans during school holidays:

- Des O'Sullivan: February 26, 2025, 9am GMT – Dublin, Ireland
- Finn Hughes: February 28, 2025, 9am GMT – Dublin, Ireland

Please confirm that SanDisk will move forward with these depositions.

**Alicia Lai**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 5th Avenue
New York, NY 10016-7103
212-849-7562 Direct
alicialai@quinnemanuel.com

---

**From:** Hannah Dawson <hannahdawson@quinnemanuel.com>
**Sent:** Monday, February 10, 2025 10:02 AM
**To:** Ahmed ElDessouki <AElDessouki@gibsondunn.com>; GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; L. Kieran Kieckhefer <KKieckhefer@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Vanessa Blecher <vanessablecher@quinnemanuel.com>; Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

Ahmed,

We write with an update on the Soji John deposition—we will take the deposition remotely rather than in person.

Best,
Hannah


**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX

1

hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Feb 4, 2025, at 6:03 PM, Hannah Dawson <hannahdawson@quinnemanuel.com> wrote:

Ahmed,

We write to confirm the February 7 Cecilia Lambert deposition, including as to topics 45, 46, 47, and 49. We will take the Lambert deposition remotely beginning at 9:30 a.m. PT.

We also confirm the February 14 Soji John deposition in Dallas, including as to topics 5, 9, 10, 13, 16, 22, 23, 24, 25, 26, 27, 29, 31, 32, 38, 39, 40, 41, 50, 52, 76, 77, 80, and 81. We have reserved space at Quinn Emanuel's Dallas office, 3100 McKinnon St., Suite 1125. We will commence at 9:30 a.m. CT.

Finally, please identify Plaintiffs' designee for Topic No. 17, 33, 34, 43, 44, and 48 by 5:00 p.m. PT tomorrow, February 5. If we do not hear otherwise, we understand that Cecilia Lambert will also be prepared and designated as to topics 43, 44, and 48 and that Soji John will also be prepared and designated as to topics 33 and 34.

Best,
Hannah

**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Vanessa Blecher <vanessablecher@quinnemanuel.com>
**Date:** Tuesday, February 4, 2025 at 11:24 AM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>, Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

2

Ahmed,

For the Jenkins deposition tomorrow, please add myself, Desiree Cooks, and Scott Slater to the security list.

Thanks,
Vanessa

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Monday, February 3, 2025 6:52 AM
**To:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Tzivya,

For Houda on 2/4, we expect that the court reporter will be Patricia Schuler and the videographer will be Brandon Delgado. Rob Vincent from Gibson will also be in attendance.

We'll get back to you re the attendees for the Boston depositions (Neri/Newman). We understand these will be at Quinn's Boston offices.

Also, please let us know who will be attending Hesselink in Palo Alto tomorrow, and Jenkins in Irvine on Wednesday.

Thank you

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Saturday, February 1, 2025 at 8:02 PM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

3

Counsel,

At your earliest convenience, please let us know the names of the persons who plan to attend Jason Neri's deposition (2/5) and Dan Newman's deposition (2/7), including the names of the attorneys, videographer, and stenographer and when the deposition will begin. Please also advise of any dietary restrictions.

Thank you,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tzivya Beck
**Sent:** Friday, January 31, 2025 12:40 PM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

As further follow up, Mr. Houda's deposition will be taking place at Manatt, Phelps & Phillips, LLP's offices in San Diego. At your earliest convenience, please let us know the names of the attorneys who plan to attend and when the deposition will begin.

Thanks,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tzivya Beck
**Sent:** Friday, January 31, 2025 10:52 AM

**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Good morning Ahmed,

We confirm that Mr. Edillon's deposition will be hosted at Gibson's offices. For witness convenience, Mr. Houda will be available in San Diego (not Irvine), and we will provide a location as soon as it is confirmed. Also, Ms. Wilson will be available on February 18, not February 11. Please let us know if you accept that date. Please also note that we are working to confirm dates for Mr. Hughes and Mr. O'Sullivan, and we expect to have an update by next week.

Thank you,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Thursday, January 30, 2025 1:07 PM
**To:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Thank you. Will Viasat be hosting the Viasat witness depositions in Irvine, or will they be at Gibson Dunn's offices?

Thank you

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

5

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Thursday, January 30, 2025 at 9:56 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

Thanks for confirming the below.  Please note though that Mr. Edillon will be available in Irvine, not San Diego.

Best,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 10:44 PM
**To:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Tzivya,

Thanks for reaching out.  For Mr. Tuli, let's do Feb 5 remotely.

So we're all on the same page, below is my list of the remaining depositions.  Please let me know if we're not aligned.

Viasat Witnesses:
1. Feb 4: Houda in Irvine
2. Feb 5: Neri in Boston
3. Feb 5: Tuli, Remotely
4. Feb 6: Slater in Irvine
5. Feb 7: Newman in Boston

6. Feb 7: Edillion in Irvine
7. Feb 11: Wilson, Remotely (TBD)
8. Feb 12: Hughes in Dublin (TBD)
9. Feb 14: O'Sullivan in Dublin (TBD)

SD Witnesses:

1. Feb 4: Hesselink in Palo Alto
2. Feb 5: Jenkins in Irvine
3. Feb 7: Lambert in Irvine
4. Feb 14: John in Dallas

Thank you

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

## GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Wednesday, January 29, 2025 at 2:50 PM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

Could you please confirm whether Mr. Tuli's deposition will be on 2/4 or 2/5? We want to make sure we are aligned on the date. Please also confirm whether this deposition will be in-person in Chicago (and where) or whether it will be held remotely.

Thank you,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 12:07 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Sounds good; I just sent you a Zoom link.

### Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

### GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Wednesday, January 29, 2025 at 9:05 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

I am not available later this afternoon.  Let's plan to speak at 1:00 p.m. ET.

Thank you,
Anastasia

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 12:02 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Anastasia,

I am available at 1 pm ET / 10 am PT, but Kieran is not.  I am prepared to handle the discussion, but Kieran is available at 2 pm ET / 11am PT if you can make that work.  Please let us know your preference.

Thank you,

8

Ahmed

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

### GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Wednesday, January 29, 2025 at 7:55 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

Are you available at 1:00 p.m. ET today to discuss the schedule?

Regards,
Anastasia

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 1:47 AM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

---

Dear Anastasia,

We spent tonight re-organizing our schedule as a result of our team member's expected absence and just have to confirm dates with our witnesses in the morning. We hope to get you those dates by noon PT tomorrow (Wednesday). Note we cannot take Kendall Wilson on the 31st, and propose the 11th instead.

Are you available in the afternoon tomorrow (Wednesday) to discuss? We propose a 2 week extension, and slight adjustments in the remaining schedule to accommodate.

Thank you,
Ahmed

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Tuesday, January 28, 2025 at 9:00 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

We are looking into availability for a call later today. To try to make the call as productive as possible, please let us know what your team has in mind so that we can consider it before we speak. Please also let us know whether Plaintiffs intend to accept the offered deposition dates for Viasat witnesses, including the dates that we offered on January 20 for Kendall Wilson (January 31), Edwin Edillon Jr. (February 7), and Dan Newman (February 7), as well as the offered dates for Ajai Tuli (February 4 or 5) and Jason Neri (February 5). Similarly, please let us know the availability of Plaintiffs' rule 30(b)(6) designees, Soji John and Cecilia Lambert, for whom Plaintiffs have not yet offered dates. Please also confirm that there are not additional individuals whom Plaintiffs intend to designate to testify as to Rule 30(b)(6) topics in Viasat's December 17, 2024 deposition notice.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Tuesday, January 28, 2025 1:18 AM
**To:** Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Counsel,

In view of the deposition scheduling difficulties on both sides, it seems that we will need a limited extension to the case schedule.  Please let us know your availability to discuss tomorrow.

Many thanks,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>
**Date:** Monday, January 27, 2025 at 3:14 PM
**To:** "qe-viasat-wd@quinnemanuel.com" <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** SanDisk-Viasat

Dear Quinn Team:

With sincere apologies, the GDC attorney who is in Ireland as we speak is being called home for a medical emergency for a family member.  We need to cancel the deposition for tomorrow and Thursday and reschedule.  He was just informed of this and I called Patrick immediately to communicate the issue.

Thank you so much for understanding,
Kieran

**L. Kieran Kieckhefer**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715
Tel +1 415.393.8337
KKieckhefer@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.