# EXHIBIT H

| | |
|---|---|
| **From:** | ElDessouki, Ahmed <AElDessouki@gibsondunn.com> |
| **Sent:** | Monday, January 27, 2025 10:18 PM |
| **To:** | Kieckhefer, L. Kieran; QE-Viasat-WD |
| **Cc:** | *** GDC-NDCA Western Digital-Viasat |
| **Subject:** | Re: SanDisk-Viasat |

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Counsel,

In view of the deposition scheduling difficulties on both sides, it seems that we will need a limited extension to the case schedule. Please let us know your availability to discuss tomorrow.

Many thanks,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>
**Date:** Monday, January 27, 2025 at 3:14 PM
**To:** "qe-viasat-wd@quinnemanuel.com" <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** SanDisk-Viasat

Dear Quinn Team:

With sincere apologies, the GDC attorney who is in Ireland as we speak is being called home for a medical emergency for a family member. We need to cancel the deposition for tomorrow and Thursday and reschedule. He was just informed of this and I called Patrick immediately to communicate the issue.

Thank you so much for understanding,
Kieran


L. Kieran Kieckhefer

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715
Tel +1 415.393.8337
KKieckhefer@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.