# EXHIBIT I

| | |
|---|---|
| **From:** | Anastasia Fernands |
| **Sent:** | Thursday, February 6, 2025 4:21 PM |
| **To:** | ElDessouki, Ahmed; Tzivya Beck |
| **Cc:** | *** GDC-NDCA Western Digital-Viasat; Kieckhefer, L. Kieran; QE-Viasat-WD |
| **Subject:** | RE: SanDisk-Viasat |

Ahmed,

We disagree with your characterization of discovery to date. Contrary to your suggestion, Viasat has made every effort to make all of its witnesses available on a reasonable schedule during the discovery period, and all Viasat witnesses were offered on dates before the close of fact discovery. Indeed, Viasat worked diligently to complete discovery after the Court's scheduling order issued on December 2, 2024. Viasat identified nearly all of its witnesses by December 10, 2024 and provided available deposition dates for the majority of those witness three weeks later, on December 31, 2024. Plaintiffs waited a week before responding concerning Viasat's offered deposition dates and at that time rejected the first of the offered dates, for Dan Newman, which resulted in Mr. Newman's deposition being moved to a later date, but still within the discovery period. In contrast, Plaintiffs did not provide dates for any witness until January 12, 2025, and did not provide dates for two of its Rule 30(b)(6) corporate representatives (in response to Viasat's December 17, 2024 Rule 30(b)(6) notice) until January 29, 2025. Further, as discussed in my email of earlier today, Viasat agreed that depositions of three Viasat witnesses – all of whom were offered and available <u>during</u> the discovery period – could be taken out of time, <u>after</u> the close of fact discovery, to address counsel's family medical emergency for two depositions and other unavailability of Plaintiffs' counsel for the third deposition. Viasat's agreement to proceed with these three depositions out of time is not a basis for a general extension of the close of fact discovery. We are concerned about this last-minute request, particularly after Plaintiffs appear to have just recently served new third-party discovery that calls for responses outside of the discovery window.

Viasat has never agreed to a general extension of the discovery deadline. During our January 29 call, I noted that Viasat did not believe that a general extension of the discovery deadline was necessary. There was no distinction between fact and expert discovery. That same day, Plaintiffs followed up with an email concerning specific deposition dates. That follow-up email from Plaintiffs was consistent with Viasat's understanding that the parties were working to identify and schedule any depositions that would have to take place after the close of fact discovery. Indeed, Plaintiffs' stated rationale for discussing the schedule was "deposition scheduling difficulties." *See* January 28, 2025 email from A. ElDessouki. The parties addressed any such difficulties by agreeing to proceed with four depositions out of time, after the close of fact discovery. We further note that, the day after our January 29 call, Viasat submitted its opposition to Plaintiffs' Motion to Amend Infringement Contentions in which Viasat discussed the February 7, 2025 close of fact discovery. Plaintiffs did not indicate a contrary understanding of the schedule.

In short, Viasat has cooperated to address any "deposition scheduling difficulties" and has worked diligently to move discovery forward to its scheduled close. While Viasat has been willing to accommodate Plaintiffs with respect to scheduling four specific depositions (three Viasat witnesses and one of Plaintiffs' witnesses), Viasat has not agreed to, and sees no reason for, a general extension of the discovery deadline.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct

212-849-7000 Main Office Number
212-849-7100 FAX
anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Thursday, February 6, 2025 3:30 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Anastasia,

I understood from the last call that Viasat would be amenable to moving the deadline for the close of fact discovery, but not for the opening expert reports. We presented a proposal based on that understanding. Your suggestion that we are somehow trying to weaponize the medical emergency is not well taken, nor supported by our actions here.

As a reminder, Viasat identified 8 new witnesses for the first time on December 10, 2025, including the two Irish witnesses. Viasat also produced over 90% of its document products in January 2025, and over half of Viasat's document productions were made after the deadline for substantial completion of fact discovery. Viasat also cancelled two depositions the night before. This all ultimately resulted in this week (the week of 2/2) being jam packed with 9 depositions. Viasat also raised several discovery issues for the first time on Tuesday and demanded a 2-day response from SanDisk (in a week with 9 depositions, nonetheless), despite these issues being ripe for a long time.

We understand that both parties have been trying their best to complete the depositions and all discovery during the allotted time, but it was simply not possible under these circumstances. Our request for a limited extension to the close of fact discovery is reasonable. Finally, if you believe that the Hughes and O'Sullivan depositions may need occur at a later time, we can carve those out separately.

Please let us know your position. We hope to avoid bringing this issue to the Court.

Many thanks,

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Thursday, February 6, 2025 at 5:36 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

As you know, and as I noted during our call on January 29, Viasat does not agree to a general extension of the discovery schedule. Viasat agreed to accommodate your request to depose Mr. Hughes and Mr. O'Sullivan out of time, as a courtesy, after you informed us that a team member had a family medical emergency and on that basis your team cancelled Mr. Hughes' deposition the night before he was scheduled to testify. We hope to have finalized dates for those two depositions out of time by Friday morning and will update you when we have them.

We also agreed to accommodate your late-disclosed Rule 30(b)(6) designee, Soji John, and depose that individual on February 14 – the first and only date that you provided for that witness notwithstanding our requests for Plaintiffs' designations and witness availability in response to Viasat's December 17, 2024 Rule 30(b)(6) notice.

We further agreed to schedule Kendall Wilson's deposition after the close of discovery based on your representation that Plaintiffs could not take her deposition on the offered date of January 31 and your proposal that her deposition take place on a date after February 7.

While we are willing to make these specific accommodations for four depositions out of time, we trust that your team is not now trying to weaponize a medical emergency or its own corporate designee's availability. We will accommodate your team member's stated need to reschedule Mr. Hughes and Mr. O'Sullivan's depositions due to a medical emergency, and we will stand by our agreement to accommodate you and depose Soji John on February 14 and to make Kendall Wilson available for deposition out of time. We do not agree to an extension of the discovery schedule.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, February 5, 2025 8:50 PM
**To:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Tzivya,

Following up on the email directly below, please let us know if you have dates for the depositions of Mr. Hughes and Mr. O'Sullivan. In the meantime, we have prepared a draft stipulation to extend the close of fact discovery. We have suggested a two-week extension, but we would consider a longer extension to accommodate the depositions of Hughes/O'Sullivan if necessary.

Please let us know if you have any comments/edits soon, so we can get this on file with the court.

Thank you

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Friday, January 31, 2025 at 7:53 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Good morning Ahmed,

We confirm that Mr. Edillon's deposition will be hosted at Gibson's offices. For witness convenience, Mr. Houda will be available in San Diego (not Irvine), and we will provide a location as soon as it is confirmed. Also, Ms. Wilson will be available on February 18, not February 11. Please let us know if you accept that date. Please also note that we are working to confirm dates for Mr. Hughes and Mr. O'Sullivan, and we expect to have an update by next week.

Thank you,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199

617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Thursday, January 30, 2025 1:07 PM
**To:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Thank you. Will Viasat be hosting the Viasat witness depositions in Irvine, or will they be at Gibson Dunn's offices?

Thank you

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Thursday, January 30, 2025 at 9:56 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

Thanks for confirming the below.  Please note though that Mr. Edillon will be available in Irvine, not San Diego.

Best,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct

845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 10:44 PM
**To:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** Re: SanDisk-Viasat

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

Hi Tzivya,

Thanks for reaching out. For Mr. Tuli, let's do Feb 5 remotely.

So we're all on the same page, below is my list of the remaining depositions. Please let me know if we're not aligned.

<u>Viasat Witnesses:</u>
- Feb 4: Houda in Irvine
- Feb 5: Neri in Boston
- Feb 5: Tuli, Remotely
- Feb 6: Slater in Irvine
- Feb 7: Newman in Boston
- Feb 7: Edillion in Irvine
- Feb 11: Wilson, Remotely (TBD)
- Feb 12: Hughes in Dublin (TBD)
- Feb 14: O'Sullivan in Dublin (TBD)

<u>SD Witnesses:</u>
- Feb 4: Hesselink in Palo Alto
- Feb 5: Jenkins in Irvine
- Feb 7: Lambert in Irvine
- Feb 14: John in Dallas

Thank you

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Wednesday, January 29, 2025 at 2:50 PM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

Could you please confirm whether Mr. Tuli's deposition will be on 2/4 or 2/5? We want to make sure we are aligned on the date. Please also confirm whether this deposition will be in-person in Chicago (and where) or whether it will be held remotely.

Thank you,

**Tzivya Beck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7163 Direct
845.300.7660 Cell
tzivyabeck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 12:07 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

---

Sounds good; I just sent you a Zoom link.

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

7

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Wednesday, January 29, 2025 at 9:05 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

I am not available later this afternoon.  Let's plan to speak at 1:00 p.m. ET.

Thank you,
Anastasia

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 12:02 PM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Anastasia,

I am available at 1 pm ET / 10 am PT, but Kieran is not.  I am prepared to handle the discussion, but Kieran is available at 2 pm ET / 11am PT if you can make that work.  Please let us know your preference.

Thank you,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Wednesday, January 29, 2025 at 7:55 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

Are you available at 1:00 p.m. ET today to discuss the schedule?

Regards,
Anastasia

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Wednesday, January 29, 2025 1:47 AM
**To:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>; Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Dear Anastasia,

We spent tonight re-organizing our schedule as a result of our team member's expected absence and just have to confirm dates with our witnesses in the morning. We hope to get you those dates by noon PT tomorrow (Wednesday). Note we cannot take Kendall Wilson on the 31st, and propose the 11th instead.

Are you available in the afternoon tomorrow (Wednesday) to discuss? We propose a 2 week extension, and slight adjustments in the remaining schedule to accommodate.

Thank you,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Tuesday, January 28, 2025 at 9:00 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk-Viasat

Ahmed,

We are looking into availability for a call later today. To try to make the call as productive as possible, please let us know what your team has in mind so that we can consider it before we speak. Please also let us know whether Plaintiffs intend to accept the offered deposition dates for Viasat witnesses, including the dates that we offered on January 20 for Kendall Wilson (January 31), Edwin Edillon Jr. (February 7), and Dan Newman (February 7), as well as the offered dates for Ajai Tuli (February 4 or 5) and Jason Neri (February 5). Similarly, please let us know the availability of Plaintiffs' rule 30(b)(6) designees, Soji John and Cecilia Lambert, for whom Plaintiffs have not yet offered dates. Please also confirm

that there are not additional individuals whom Plaintiffs intend to designate to testify as to Rule 30(b)(6) topics in Viasat's December 17, 2024 deposition notice.

Regards,
Anastasia

**Anastasia Fernands**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7157 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
anastasiafernands@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Tuesday, January 28, 2025 1:18 AM
**To:** Kieckhefer, L. Kieran <KKieckhefer@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk-Viasat

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

Counsel,

In view of the deposition scheduling difficulties on both sides, it seems that we will need a limited extension to the case schedule.  Please let us know your availability to discuss tomorrow.

Many thanks,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** "L. Kieran Kieckhefer^" <KKieckhefer@gibsondunn.com>
**Date:** Monday, January 27, 2025 at 3:14 PM
**To:** "qe-viasat-wd@quinnemanuel.com" <qe-viasat-wd@quinnemanuel.com>

**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** SanDisk-Viasat

Dear Quinn Team:

With sincere apologies, the GDC attorney who is in Ireland as we speak is being called home for a medical emergency for a family member. We need to cancel the deposition for tomorrow and Thursday and reschedule. He was just informed of this and I called Patrick immediately to communicate the issue.

Thank you so much for understanding,
Kieran


**L. Kieran Kieckhefer**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715
Tel +1 415.393.8337
KKieckhefer@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.