# EXHIBIT J

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Re: SanDisk v. Viasat - Source Code
**Date:** Tuesday, February 4, 2025 at 5:29:54 PM Eastern Standard Time
**From:** Buroker, Brian M.
**To:** Anastasia Fernands, ElDessouki, Ahmed, QE-Viasat-WD
**CC:** *** GDC-NDCA Western Digital-Viasat

[EXTERNAL EMAIL from bburoker@gibsondunn.com]



Counsel,

We do not agree with your positions below but will proceed with the deposition of Mr. Neri for his 30(b)(6) and individual capacity tomorrow subject to our objections.

Thank you,
Brian

**Brian M. Buroker**
Partner

T: +1 202.955.8541  |  M: +1 703.927.2129
bburoker@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M St., N.W.; Washington DC 20036-4504

---

**From:** Anastasia Fernands <anastasiafernands@quinnemanuel.com>
**Date:** Tuesday, February 4, 2025 at 4:17 PM
**To:** Brian Buroker <BBuroker@gibsondunn.com>, Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: SanDisk v. Viasat - Source Code

Counsel:

We disagree that Plaintiffs' last-minute request for production of additional source code is proper. Indeed, the source code that Plaintiffs first requested after business hours yesterday is not relevant considering that it is not code that Plaintiffs have accused. Tellingly, the source code that Plaintiffs are now complaining is deficient has been available to Plaintiffs for almost a year.  Plaintiffs inspected this source code in March 2024 and did not indicate that any relevant code had not been provided. Plaintiffs again inspected this source code in December 2024 and again did not claim any relevant code had not been provided. Plaintiffs then moved to amend their infringement contentions in January 2025 and, again, did not assert that any relevant code had not been provided. This new last-minute claim that source code has not been provided is not only incorrect — it is belied by Plaintiffs' own conduct over the last year, when Plaintiffs did not express any belief that any relevant code was missing.  Viasat is prepared to proceed with Jason Neri's deposition tomorrow as scheduled, and that deposition will not be held open.  If Plaintiffs do not proceed with the deposition tomorrow, Viasat understands that Plaintiffs are foregoing Mr. Neri's deposition individually and foregoing Viasat's 30b6 testimony on the topics for which Mr. Neri has been designated.

Regards,
Anastasia

**From:** Buroker, Brian M. <BBuroker@gibsondunn.com>
**Sent:** Tuesday, February 4, 2025 3:25 PM
**To:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: SanDisk v. Viasat - Source Code

[EXTERNAL EMAIL from bburoker@gibsondunn.com]

Counsel,

I left a voicemail for Patrick on this, but please let us know your position on this this email as it relates to Mr. Neri's deposition tomorrow. We are trying to avoid wasting time.

Thanks,
Brian

**Brian M. Buroker**
Partner

T: +1 202.955.8541 | M: +1 703.927.2129
bburoker@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M St., N.W.; Washington DC 20036-4504

**From:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Date:** Monday, February 3, 2025 at 10:44 PM
**To:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** SanDisk v. Viasat - Source Code

Counsel,

Your source code production appears to be deficient, as confirmed by our efforts today to triple check. This is directly relevant to the deposition of Jason Neri, who you just designated as a 30(b)(6) witness on Friday, January 31, 2025 on source code topics. If, in fact, you have not produced the required source code, we are required to reschedule the deposition of Jason Neri until the source code is provided and we have adequate time to review.

Below are the categories of source code information that are missing:

- There is no source code in the source code directory related to the Viasat ████████ ████████████████████████, which is discussed in many documents. Further, the documents indicate that there is a ████████████████████████████████████████

██████ and there are references to calls made to those components, but code for those components does not appear to have been made available for inspection. We also do not see source code that relates to ████████████████████████████████████ ████████ or related to how ████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ despite all of the documents suggesting that these features were being implemented.

- Further, the documents discuss implementation of Open Cache and Stream-it-now – the source code for these features or leveraging of these technologies does not appear to have been made available for inspection.

- In addition to the foregoing, there are a number of functions referenced in the source code available for inspection, but the corresponding files that define those functions do not appear to be included in the code made available for inspection. As just one example, the ████████████████████████████████████████████████████████████████████ ████████████████████████████ but the actual code for the function's definition is not present. This suggests that certain types of files that include function definitions in the source code repository of Viasat may not have been collected.

- Finally, there appears to be only one version of code made available for inspection for most code folders when the relevant time period would suggest that there may have been different versions of the code generated.

This list is not exhaustive, but only what we are presently aware of. To the extent any related source code should be produced as well, that needs to also be made available for inspection.

Given we sent someone there today to find it and were unable to locate it, we need to postpone Jason Neri's deposition. Alternatively, we can proceed with the deposition on Wednesday but will hold the deposition open to resume once we have obtained the source code and are able to do a full review.

Kind regards,
Ahmed

## Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.