# EXHIBIT K

| | |
|---|---|
| **From:** | Mao, Lillian <LMao@gibsondunn.com> |
| **Sent:** | Friday, February 7, 2025 11:31 PM |
| **To:** | QE-Viasat-WD |
| **Cc:** | *** GDC-NDCA Western Digital-Viasat |
| **Subject:** | SanDisk v. Viasat - discovery responses |
| **Attachments:** | 2025-02-07 SanDisk Supplemental Responses to Viasat's First Set of ROGs.pdf |

**[EXTERNAL EMAIL from lmao@gibsondunn.com]**



This message needs your attention
- Some Recipients have never replied to this person.

Counsel,

Please see the attached supplemental interrogatory responses.

Best regards,

**Lillian Mao**
Associate Attorney

T: +1 650.849.5307
LMao@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.