UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | **CASE NO. 4:22-cv-04376-HSG**<br><br>**[PROPOSED] ORDER DENYING SANDISK'S MOTION TO EXTEND THE DEADLINE FOR THE CLOSE OF FACT DISCOVERY AND EXTEND CASE SCHEDULE [DKT. 158]** |

1  The Court, having considered Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP
2  Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd.'s Motion to
3  Extend the Deadline for the Close of Fact Discovery and Extend Case Schedule (Dkt. 158), hereby
4  DENIES the motion.
5  **IT IS SO ORDERED.**
6
7  DATED: _____
8
9                                                              _____
10                                                             HAYWOOD S. GILLIAM, JR.