L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "SanDisk") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are Defendant Viasat, Inc.'s ("Viasat") discovery responses and portions of SanDisk's motion to strike which reference those responses. Although Viasat's discovery responses themselves do not bear a confidentiality designation under the Stipulated Protective Order (Dkt. No. 90), the responses reference documents and information, including source code, which Viasat has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code." Thus, in an abundance of caution, SanDisk submits these materials provisionally under seal. SanDisk takes no position on whether the material should be sealed.

The material for which sealing is sought is identified below:

- Highlighted portions of SanDisk's Motion to Strike Viasat's Interrogatory Responses re Non-Infringement and Non-Infringing Alternatives
- Exhibit B to the Declaration of Ahmed ElDessouki
- Exhibit E to the Declaration of Ahmed ElDessouki

DATED: February 11, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki

*Attorneys for Plaintiffs*