IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

The Court, having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, hereby GRANTS the motion. Specifically, the Court orders the following remain under seal:

- Highlighted portions of SanDisk's Motion to Strike Viasat's Interrogatory Responses re Non-Infringement and Non-Infringing Alternatives
- Exhibit B to the Declaration of Ahmed ElDessouki
- Exhibit E to the Declaration of Ahmed ElDessouki

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge