IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING SANDISK'S MOTION TO STRIKE VIASAT'S INTERROGATORY RESPONSES RE NON-INFRINGEMENT AND NON-INFRINGING ALTERNATIVES** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER
CASE NO. 4:22-CV-4376-HSG

The Court, having considered SanDisk's Motion To Strike Viasat's Interrogatory Responses Re Non-Infringement And Non-Infringing Alternatives, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge