IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: SANDISK'S MOTION TO SHORTEN TIME RE SANDISK'S MOTION TO STRIKE VIASAT'S INTERROGATORY RESPONSES (Dkt. 168)** |

The Court, having considered SanDisk's Motion to Shorten Time re SanDisk's Motion to Strike Viasat's Interrogatory Responses, hereby GRANTS the motion. The schedule for SanDisk's Motion to Strike (Dkt. 168) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Viasat's Response to SanDisk's Motion to Strike | February 25, 2025 | February 21, 2025 |
| SanDisk's Reply Regarding Motion to Strike | March 4, 2025 | February 24, 2025 at 9:00 a.m. |
| Hearing on Motion to Strike | March 27, 2025 | February 27, 2024 |

**IT IS SO ORDERED.**


Dated: _____, 2025

_____

HAYWOOD S. GILLIAM, JR.

United States District Judge