UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDISK3D IP HOLDINGS LTD., et al.,

Plaintiffs,

v.

VIASAT, INC.,

Defendant.

Case No.  22-cv-04376-HSG

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Re: Dkt. No. 168, 171

Pursuant to Local Rule 72-1, the Motion to Strike Viasat's Interrogatory Responses re Non-Infringement and Non-Infringing Alternatives and all discovery disputes and issues in this case are referred to a Magistrate Judge.  Counsel will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge.  Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.  The March 27, 2025, hearing date before Judge Haywood S. Gilliam, Jr. is **VACATED**.

**IT IS SO ORDERED.**

Dated:  2/13/2025

Haywood S. Gilliam, Jr.
United States District Judge