QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
Gyu Shik Jang (Bar No. 337747)
kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>   Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>   Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**DECLARATION OF COLIN WARD IN SUPPORT OF VIASAT, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 167]** |

I, Colin Ward, declare as follows:

1. I submit this Declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Viasat, Inc. ("Viasat")'s Response To Plaintiffs' Motion to Consider Whether Another Party's Material Should be Sealed [Dkt. 167], to establish that the unredacted versions of Plaintiffs' Motion to Strike and Exhibits B and E to that motion [Dkts. 167-2 through 167-4, respectively the "Motion" and "Exhibits"] contain Viasat's confidential information and are subject to sealing by this Court.

2. I am currently employed as Vice President and Chief Litigation Counsel at Viasat, where I have worked for the past nine years. Previously, I worked as a law clerk to the Honorable Edward M. Chen of the U.S. District Court for the Northern District of California from September 2014 to September 2015, in private practice as a litigation associate from September 2013 to September 2014, and as a law clerk to the Honorable Milan D. Smith, Jr. of the Ninth Circuit Court of Appeals from September 2012 to September 2013. Before that, I also worked in private practice as a litigation associate from September 2011 to September 2012. If called as a witness, I could and would testify competently to the information set forth in this Declaration.

3. The confidential information in the Motion and Exhibits that Viasat seeks to seal comprise analysis of highly confidential source code and product architecture information.

4. The source code, operation of, and inner workings of Viasat's products and proprietary technology—including details of how Viasat's system is architected (e.g., where specific pieces of source code run), which third-party security and content sources Viasat's products interact with, and how Viasat actually maintains security of certain content—are not apparent from normal consumer operation. If this confidential source code and product operation information were disclosed, competitive harm could result for Viasat. For instance, Viasat's competitors could use this information to replicate Viasat's software architecture; something that Viasat invested time and resources to develop.

WHEREFORE, I respectfully request that the Court issue Viasat's [Proposed] Order Granting Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed [Dkt. 167], and seal the unredacted portions of Plaintiffs' motion to strike and Exhibits B and E thereto [Dkts. 167-2 through 167-4].

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on February 18, 2025 in Los Angeles, California.

DATED: February 18, 2025                 Respectfully Submitted,

                                  By /s/ *Colin Ward*
                                      Colin Ward

### ATTESTATION

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Colin Ward has concurred in the aforementioned filing.

                                  By /s/ *Patrick D. Curran*
                                      Patrick D. Curran