1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [DKT. 167]** |

The Court having considered Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed [Dkt. 167], and Viasat's Response in Support [Dkt. 174], the Court finds good cause to seal the unredacted versions of the Motion to Strike filed as Dkt. 167-2 and Exhibits B and C thereto [Dkts. 167-3 and 167-4], from public access, and thus the Court hereby GRANTS Plaintiffs' Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Sealed/ Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support | Ruling |
|---|---|---|---|---|
| Dkt. 167-2 / 174-2 | SanDisk's Motion To Strike Viasat's Interrogatory Responses Re Non-Infringement And Non-Infringing Alternatives | Analysis of Viasat confidential confidential technical and source code-related information (on portions of PDF page 9) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 167-3 / 174-3 | Exhibit B to the ElDessouki Declaration in Support of SanDisk's Motion To Strike Viasat's Interrogatory Responses Re Non-Infringement And Non-Infringing Alternatives – "excerpts of Viasat, Inc.'s Third Supplemental Objections & Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-8)" | Analysis of Viasat confidential confidential technical and source code-related information (on portions of PDF pages 23- 28, 33-35, and 37) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 167-4 / 174-4 | Exhibit E to the ElDessouki Declaration in Support of SanDisk's Motion To Strike Viasat's Interrogatory Responses Re Non-Infringement And Non-Infringing Alternatives – "excerpts of Viasat, Inc.'s Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories (Nos. 9-15)" | Excerpts from and citation to Viasat confidential technical information and source code-related information (on portions of PDF pages 12 and 15-17) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.