QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
Gyu Shik Jang (Bar No, 337747)
kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF HANNAH E. DAWSON IN SUPPORT OF VIASAT'S OPPOSITION TO SANDISK'S MOTION STRIKE VIASAT'S INTERROGATORY RESPONSES** |

## DECLARATION OF HANNAH E. DAWSON

I, Hannah E. Dawson, declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Defendant's Opposition to Plaintiffs' Motion to Strike Viasat's Interrgatory Responses ("Motion to Strike"). This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as **Exhibit A** is a true and correct copy of an email exchange containing a December 16, 2024 email from Vanessa Blecher and a December 19, 2024 email from Ahmed AlDessouki.

3. Attached as **Exhibit B** is a true and correct copy of SanDisk's Supplemental Responses to Viasat's First Set of Interrogatories, dated February 7, 2025.

4. Attached as **Exhibit C** is a true and correct copy of SanDisk's Second Supplemental Responses to Viasat's First Set of Interrogatories, dated February 13, 2025.

5. Attached as **Exhibit D** is a true and correct copy of Viasat's Second Supplemental Objections & Responses to Plaintiff's Second Set of Interrogatories (Nos. 9-15), dated January 8, 2025.

6. Attached as **Exhibit E** is a true and correct copy of Viasat's Third Supplemental Objections & Responses to Plaintiff's Second Set of Interrogatories (Nos. 9-15), dated February 6, 2025.

7. Attached as **Exhibit F** is a true and correct copy of Viasat's First Supplemental Responses to Plaintiffs First Set of Interrogatories (Nos. 1-8), dated December 30, 2024.

8. Attached as **Exhibit G** is a true and correct copy of Viasat's Third Supplemental Objections & Responses to Plaintiff's First Set of Interrogatories (Nos. 1-8), dated February 6, 2025.

9. Attached as **Exhibit H** is a true an correct copy of a May 19, 2023 letter from Patrick Curran to Kieran Kieckhefer.

10.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
2  25th day of February in Boston, Massachusetts.

By */s/ Hannah E. Dawson*
Hannah E. Dawson

-2-     Case No. 4:22-cv-4376-HSG

DECLARATION OF H. DAWSON IN SUPPORT OF VIASAT'S OPPOSITION TO SANDISK'S MOTION TO STRIKE VIASAT'S INTERROGATORY RESPONSES

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 25, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: February 25, 2025   By /s/ *Patrick D. Curran*
       Patrick D. Curran

## ATTESTATION

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Anastasia M. Fernands has concurred in the aforementioned filing.

By */s/ Patrick D. Curran*
Patrick D. Curran