# EXHIBIT C

EXHIBIT FILED UNDER SEAL
SUBJECT TO ADMINISTRATIVE MOTION TO CONSIDER
WHETHER TO SEAL ANOTHER PARTY'S MATERIAL