1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Steven Cherny (*pro hac vice*)
2  stevencherny@quinnemanuel.com
   Patrick D. Curran (Bar No. 241630)
3  patrickcurran@quinnemanuel.com
   Hannah Dawson (*pro hac vice*)
4  hannahdawson@quinnemanuel.com
   Tzivya H. Beck (*pro hac vice*)
5  tzivyabeck@quinnemanuel.com
   111 Huntington Ave, Suite 520
6  Boston, MA 02199
   Telephone:    (617) 712-7100
7  Facsimile:    (617) 712-7200

8  Jodie Cheng (Bar No. 292330)
   jodiecheng@quinnemanuel.com
9  Gyu Shik Jang (Bar No. 337747)
   kevinjang@quinnemanuel.com
10 50 California Street, 22nd Floor
   San Francisco, CA 94111
11 Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700

12
   Nicola R. Felice (*proc hac vice*)
13 nicolafelice@quinnemanuel.com
   Anastasia Fernands (*pro hac vice*)
14 anastasiafernands@quinnemanuel.com
   Vanessa Blecher (*pro hac vice*)
15 vanessablecher@quinnemanuel.com
   Alicia Lai (*pro hac vice*)
16 alicialai@quinnemanuel.com
   295 5th Avenue
17 New York, NY 10016
   Telephone:    (212) 849-7000
18 Facsimile:    (212) 849-7100

19 *Attorneys for Defendant Viasat, Inc.*

20            **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
21              **OAKLAND DIVISION**

22

23 SANDISK TECHNOLOGIES, INC., et al.,          CASE NO. 4:22-cv-04376-HSG

24              Plaintiffs,                      **DECLARATION OF COLIN WARD IN**
                                                 **SUPPORT OF VIASAT, INC.'S**
25         v.                                    **ADMINISTRATIVE MOTION TO FILE**
                                                 **UNDER SEAL**
26 VIASAT, INC.,

27              Defendant.

28

I, Colin Ward, declare as follows:

1.    I submit this Declaration pursuant to Civil Local Rule 79-5(c) in support of Viasat, Inc. ("Viasat")'s Administrative Motion to File Under Seal, to establish that the unredacted versions of Exhibits D, E, and G to Viasat's Opposition to Plaintiffs' Motion to Strike [Dkts. 176-5, -6, and -8, collectively the "Exhibits"] contain Viasat's confidential information and are subject to sealing by this Court.

2.    I am currently employed as Vice President and Chief Litigation Counsel at Viasat, where I have worked for the past nine years.  Previously, I worked as a law clerk to the Honorable Edward M. Chen of the U.S. District Court for the Northern District of California from September 2014 to September 2015, in private practice as a litigation associate from September 2013 to September 2014, and as a law clerk to the Honorable Milan D. Smith, Jr. of the Ninth Circuit Court of Appeals from September 2012 to September 2013.  Before that, I also worked in private practice as a litigation associate from September 2011 to September 2012.  If called as a witness, I could and would testify competently to the information set forth in this Declaration.

3.    The confidential information in the Exhibits that Viasat seeks to seal comprise analysis of highly confidential source code and product architecture information.

4.    The source code, operation of, and inner workings of Viasat's products and proprietary technology—including details of how Viasat's system is architected (e.g., where specific pieces of source code run), which third-party security and content sources Viasat's products interact with, and how Viasat actually maintains security of certain content—are not apparent from normal consumer operation. If this confidential source code and product operation information were disclosed, competitive harm could result for Viasat.  For instance, Viasat's competitors could use this information to replicate Viasat's software architecture; something that Viasat invested time and resources to develop.

WHEREFORE, I respectfully request that the Court issue Viasat's [Proposed] Order Granting Viasat's Administrative Motion to File Under Seal [Dkt. 177-5], and seal the unredacted portions of Exhibits D, E, and G to Viasat's Opposition to Plaintiffs' Motion to Strike [Dkts. 176-5, 176-6, and 176-8].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on February 25, 2025 in Los Angeles, California.

DATED:  February 25, 2025                    Respectfully Submitted,


                                   By /s/ *Colin Ward*_____
                                      Colin Ward

### ATTESTATION

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Colin Ward has concurred in the aforementioned filing.

                         By /s/ *Patrick D. Curran*
                            Patrick D. Curran