UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 177]** |

The Court having considered Viasat's Administrative Motion To File Under Seal [Dkt. 177], and the Ward Declaration in Support [Dkt. 177-1], the Court finds good cause to seal the unredacted versions of Exhibits D, E, and G filed in support of Viasat's Opposition to Plaintiffs' Motion to [Dkts. 176-5, 176-6, and 176-8], from public access, and thus the Court hereby GRANTS Viasat's Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Public/Sealed) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing |
|---|---|---|---|
| Dkt. 176-5 / 177-2 | Exhibit D to the Dawson Declaration in Support of Viasat's Opposition to SanDisk's Motion to Strike Viasat's Interrogatory Responses – Viasat's Second Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories (Nos. 9-15) | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables, (on portions of pages 20-23) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| Dkt. 176-6 / 177-3 | Exhibit E to the Dawson Declaration in Support of Viasat's Opposition to SanDisk's Motion to Strike Viasat's Interrogatory Responses – Viasat's Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories (Nos. 9-15) | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages 27-30) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| Dkt. 176-8 / 177-4 | Exhibit G to the Dawson Declaration in Support of Viasat's Opposition to SanDisk's Motion to Strike Viasat's Interrogatory Responses – Viasat's Third Supplemental Objections & Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-8) | Analysis of Viasat confidential technical and source code-related information (on portions of pages 43-45, and 47) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |

**IT IS SO ORDERED.**

DATED: _____

_____

HAYWOOD S. GILLIAM, JR.