UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER RE: VIASAT'S ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARY'S MATERIAL SHOULD BE SEALED** |

The Court, having considered Viasat's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, finds that there are compelling reasons to seal the document identified in Viasat's Motion. Specifically, the Court orders the following remain under seal:

Exhibit C to the Dawson Declaration in Support of Viasat's Opposition to Plaintiffs' Motion to Strike Viasat's Interrogatory Responses, which includes information designated as "Highly Confidential – Attorneys' Eyes Only" by Plaintiffs.

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.