1  L. Kieran Kieckhefer (SBN 251978)
   Brian M. Buroker (*pro hac vice*)
2  Robert A. Vincent (*pro hac vice*)
   Lillian J. Mao (SBN 267410)
3  Ahmed ElDessouki (*pro hac vice*)
   GIBSON, DUNN & CRUTCHER LLP
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94105-0921
5  Telephone: 415.393.8200

6

7  *Attorneys for Plaintiffs*

8                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
9                      **OAKLAND DIVISION**

10 SANDISK TECHNOLOGIES, INC., et al.,      Case No.: 4:22-cv-4376-HSG-PHK

11                          Plaintiffs,     **DECLARATION OF L. KIERAN
                                            KIECKHEFER PURSUANT TO
12              v.                          MARCH 14, 2025 DISCOVERY ORDER
                                            (DKT. 183)**
13 VIASAT, INC.,

14                          Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I , L. Kieran Kieckhefer, hereby declare that:

1.    I am a partner with the law firm Gibson, Dunn & Crutcher LLP.  I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "SanDisk") in the above-captioned action againt Viasat, Inc. ("Viasat").  I have personal knowledge of the matters discussed herein, or, where indicated below, have been informed of certain facts by members of my team.

2.    I am lead trial counsel for SanDisk in this case.  I submit this declaration pursuant to the Court's March 14, 2025 Order Resolving Discovery Letter Brief Re Disputes Re Source Code, Financial Documents, And Depositions (Dkt. 183) ("Order").

3.    As ordered by the Court (Order at 17), I have delivered a copy of the Order, by email, to SanDisk's Chief Legal Officer and Secretary and to the in-house litigation attorneys supervising this litigation by March 21, 2025.

4.    This case was assigned to Magistrate Judge Kang for discovery purposes on February 19, 2025. Dkt. 175.  The order assigning this case to Judge Kang stated that "the Parties shall review and be familiar with Judge Kang's Standing Order for Discovery, particularly Section H relating to discovery disputes, which is now applicable to this case." *Id.*  The lead associate and counsel on the case, Lillian Mao and Ahmed ElDessouki, have each informed me that they read the entire Standing Order promptly after the case was assigned to Judge Kang.

5.    The order assigning the case to Judge Kang also required the parties to meet and confer in accordance with the Standing Order by February 28, 2025.  My team emailed Viasat the very same day the order issued to schedule the Court-ordered meet-and-confer, which was scheduled for February 24, 2025 (i.e., 3 business days after the case was assigned to Judge Kang). I read Provisions G and H of the Standing Order in advance of the February 24, 2025 meet-and-confer, and I have since read the entirety of the Standing Order.  I ensured my compliance with Provision H of the Standing Order during the meet-and-confer by, for example, personally requesting that counsel for Viasat turn their video on as required by the Court's order.

6.      I prepared for the meet and confer independently, as well as with other members of my team.  The parties, including myself as lead trial counsel for SanDisk and Steven Cherny as lead trial counsel for Viasat, met and conferred pursuant to Dkt. 175 on February 24, 2025.  The meet-and-confer lasted approximately 30 minutes.  I led the meet-and-confer from the SanDisk side.  I spoke for the majority of the time compared to the time spent by other members of my team, and I negotiated directly with Mr. Cherny regarding the issues raised in the parties' discovery letters to the Court.  I negotiated directly with Mr. Cherny for almost all, if not all, of the time that I spoke.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of March 2025 in San Francisco, California.

By:    */s/ L. Kieran Kieckhefer*
                L. Kieran Kieckhefer

2