L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>VIASAT, INC.,<br><br>　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "SanDisk") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are SanDisk's infringement contentions cover pleading and claim charts, which include multiple citations to, excerpts of, and quotes from technical documents and source code that Defendant Viasat Inc. ("Viasat") designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" pursuant to the Stipulated Protective Order (Dkt. No. 90). Plaintiffs take no position on whether the material should be sealed.

Plaintiffs note that they previously submitted amended versions of these contentions, including redlines reflecting the content of Exhibits B and C here, under seal. *See* Dkt. 145. Viasat filed a response (Dkt. 147) and declaration (Dkt. 147-1) in support of sealing the prior documents, and the Court granted the motion to seal on March 17, 2025 (Dkt. 184).

The material for which sealing is sought is identified below:

- Exhibit A which includes citations to documents designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat;
- Exhibit B, which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat; and
- Exhibit C, which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat.

DATED: March 25, 2025                    Respectfully submitted,

                                         GIBSON, DUNN & CRUTCHER LLP

                                         By: */s/ L. Kieran Kieckhefer*
                                             L. Kieran Kieckhefer
                                             Brian M. Buroker
                                             Robert A. Vincent
                                             Lillian J. Mao
                                             Ahmed ElDessouki

                                         *Attorneys for Plaintiffs*