1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11  SANDISK TECHNOLOGIES, INC., et al.,          CASE NO. 4:22-cv-4376-HSG-PHK

12                   Plaintiffs,          **[PROPOSED] ORDER RE: PLAINTIFFS'
                                          ADMIN. MOTION TO CONSIDER**
13          v.                            **WHETHER ANOTHER PARY'S
                                          MATERIAL SHOULD BE SEALED**
14  VIASAT, INC.,

15                   Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

The Court, having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, finds good cause that the motion be GRANTED. Specifically, the Court orders the following remain under seal:

- Exhibit A, which cites documents designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat;

- Exhibit B, which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat; and

- Exhibit C, which includes information designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" by Viasat.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

Gibson, Dunn &
Crutcher LLP