L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
| Plaintiffs, | CETIFICATE OF SERVICE. |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2025, I caused a copy of the following documents, filed under seal, to be served on counsel for defendant Viasat, Inc. via email to qe-viasat-wd@quinnemanuel.com:

- Exhibit A to Joint Discovery Letter
- Exhibit B to Joint Discovery Letter
- Exhibit C to Joint Discovery Letter

I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March, 2025, Pacific Daylight Time, at Toronto, Canada.

*[signature]*

_____
Ahmed ElDessouki