UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK3D IP HOLDINGS LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No. 22-cv-04376-HSG   (PHK)<br><br>**ORDER CLARIFYING RE: ORDER RESOLVING DISCOVERY LETTER BRIEFS RE: DISPUTES ON SOURCE CODE, FINANCIAL DOCUMENTS, AND DEPOSITIONS**<br><br>Re: Dkt. 187 |

# ORDER

The Court has received Plaintiff SanDisk's request for reconsideration or clarification of one portion of the Court's March 14, 2025, Discovery Order. [Dkt. 187]. In the request for clarification or reconsideration, Plaintiff SanDisk represents that Defendant Viasat has not objected to the requested clarification or reconsideration, and the Parties have worked out a mutually agreeable temporal scope for damages discovery. Based on Plaintiff Sandisk's representations, the Court **ORDERS** the following clarification:

1. Unless stated otherwise, in cases where all discovery has been referred to the undersigned (as opposed to cases in which the undersigned is presiding over the entirety of the case), when this Court resolves issues raised in a discovery dispute, particularly as to relevance (such as temporal scope), those rulings are inherently decisions as to the scope of relevance for purposes of discovery and are not rulings on the substantive or ultimate merits of the case;

2. Accordingly, the passage from the March 14, 2025, Discovery Order **SHALL** not be construed as a ruling on the ultimate substantive merits of the case; and

3. The Parties **SHALL** (within three business days) file a Joint Stipulation and Proposed Order, which sets forth the terms on which the parties have resolved their approach to damages discovery, under which "Viasat has agreed not to limit its production to the post-suit period, and SanDisk agreed not to use that as an admission regarding the appropriate damages period." [Dkt. 187 at 3].

Accordingly, this order **RESOLVES** Dkt. 187.

**IT IS SO ORDERED.**

Dated: March 27, 2025

PETER H. KANG
United States Magistrate Judge