| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>KKieckhefer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br><br>Robert A. Vincent (pro hac vice)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br><br>Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br><br>Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br><br>Brian M. Buroker (*pro hac vice*)<br>Shuo Zhang (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M St, N.W.<br>Washington DC 20036-4504<br><br>*Attorneys for Plaintiffs* | Steven Cherny (*pro hac vice*)<br>stevencherny@quinnemanuel.com<br>Patrick D. Curran (Bar No. 241630)<br>Tzivya H. Beck (*pro hac vice*)<br>Hannah Dawson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>Telephone: (617) 712-7100<br><br>Jodie Cheng (Bar No. 292330)<br>Gyu Shik Jang (Bar No, 337747)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br><br>Nicola R. Felice (*proc hac vice*)<br>Anastasia Fernands (*pro hac vice*)<br>Vanessa Blecher (*pro hac vice*)<br>Alicia Lai (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>Telephone: (212) 849-7000<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>VIASAT, INC,<br><br>          Defendants | Case No. 4:22-CV-4376-HSG-PHK<br><br>**JOINT STIPULATION RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY & [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this Stipulation & Proposed Order regarding parties' agreement on damages discovery pursuant to D.I. 183.

WHEREAS on March 14, 2025 the Court ordered that Viasat to produce promptly:

One copy of each of the Viasat's monthly reports (which Viasat witnesses testified about) which detail how the fees charged to each airline customers are calculated, from July 2022 to February 2025 (to the extent monthly reports exist for each such month during this period); and

One copy of the Viasat's quarterly reports on the profitability of IFE and IPTV (again which Viasat witnesses testified about), from the third quarter of 2022 until the first quarter of 2025 (to the extent such quarterly reports exist for each such quarter);

WHEREAS SanDisk believed that Viasat's production of monthly and quarterly reports should not be limited to documents dated July 2022 or the third quarter of 2022 or later;

WHEREAS the Parties met and conferred on March 18, 2025 regarding the March 14, 2025 order, and SanDisk included its description of that meeting in SANDISK'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF THE ORDER RESOLVING DISCOVERY LETTER BRIEFS RE DISPUTES RE SOURCE CODE, FINANCIAL DOCUMENTS, AND DEPOSITIONS (DKT. 183);

WHEREAS, solely for the purpose of reducing the number of discovery disputes and without waiver of any defenses or positions, including with respect to the appropriate damages period, Viasat agreed to produce the requested monthly reports which detail how the fees charged to each airline customers are from July 2016 to February 2025 to the extent they exist and to produce the quarterly reports on the profitability of IFE and IPTV from July 2016 until the first quarter of 2025 to the extent they exist; and

WHERAS SanDisk agreed not to rely on Viasat's agreement to produce the aforementioned monthly and quarterly reports as an admission and/or to argue waiver of any argument regarding the appropriate damages period.

Dated: April 1, 2025                                      */s/ L. Kieran Kieckhefer*
                                                          *Counsel for Plaintiffs*


Dated: April 1, 2025                                      */s/ Patrick D. Curran*
                                                          *Counsel for Defendant*


**Filer's Attestation**: Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

                                                          */s/ L. Kieran Kieckhefer*
                                                          *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC, <br><br> Defendants | Case No. 4:22-CV-4376-HSG-PHK <br><br> **[PROPOSED] ORDER** |

**[PROPOSED] ORDER RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY**

The JOINT STIPULATION RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY is approved.

Viasat shall produce the monthly reports which detail how the fees charged to each airline customers are from July 2016 to February 2025 to the extent they exist and to produce the quarterly reports on the profitability of IFE and IPTV from July 2016 until the first quarter of 2025 to the extent they exist.

SanDisk shall not argue that Viasat's agreement to produce monthly reports from July 2016 to February 2025 or the quarterly reports from July 2106 until the first quarter of 2025 are an admission that the damages period begins in July of 2016.

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE