QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
Gyu Shik Jang (Bar No, 337747)
kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VIASAT, INC.,<br><br>  Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF HANNAH E. DAWSON IN SUPPORT OF VIASAT'S OPPOSITION TO SANDISK'S MOTION STRIKE VIASAT'S INTERROGATORY RESPONSES** |

# DECLARATION OF HANNAH E. DAWSON

I, Hannah E. Dawson, declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Defendant's Response in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (dkt. 189). This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as **Exhibit A** is a true and correct copy of Viasat's proposed redactions to Dkt. 188-2, which contains Exhibit A to Plaintiffs' March 22, 2024 Patent L.R. 3-1 Infringement Contentions.

3. Attached as **Exhibit B** is a true and correct copy of Viasat's proposed redactions to Dkt. 188-3, which contains Exhibit B to Plaintiffs' March 22, 2024 Patent L.R. 3-1 Infringement Contentions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of April in Boston, Massachusetts.

By */s/ Hannah E. Dawson*
Hannah E. Dawson

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 1, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: April 1, 2025     By /s/ *Patrick D. Curran*
                            Patrick D. Curran

CASE NO. 4:22-CV-4376-HSG
DECLARATION OF H. DAWSON IN SUPPORT OF VIASAT'S RESP. RE. PLAINTIFFS' ADMIN. MOTION TO SEAL

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Hannah E. Dawson has concurred in the aforementioned filing.

By */s/ Patrick D. Curran*
Patrick D. Curran