L. Kieran Kieckhefer (SBN 251978)
KKieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337

Robert A. Vincent (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504

*Attorneys for Plaintiffs*

Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
Tzivya H. Beck (*pro hac vice*)
Hannah Dawson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100

Jodie Cheng (Bar No. 292330)
Gyu Shik Jang (Bar No, 337747)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Nicola R. Felice (*proc hac vice*)
Anastasia Fernands (*pro hac vice*)
Vanessa Blecher (*pro hac vice*)
Alicia Lai (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC, <br><br> Defendants | Case No. 4:22-CV-4376-HSG-PHK <br><br> **JOINT STIPULATION RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY & [~~PROPOSED~~] ORDER** |

The parties to the above-entitled action jointly submit this Stipulation & Proposed Order regarding parties' agreement on damages discovery pursuant to D.I. 183.

WHEREAS on March 14, 2025 the Court ordered that Viasat to produce promptly:

One copy of each of the Viasat's monthly reports (which Viasat witnesses testified about) which detail how the fees charged to each airline customers are calculated, from July 2022 to February 2025 (to the extent monthly reports exist for each such month during this period); and

One copy of the Viasat's quarterly reports on the profitability of IFE and IPTV (again which Viasat witnesses testified about), from the third quarter of 2022 until the first quarter of 2025 (to the extent such quarterly reports exist for each such quarter);

WHEREAS SanDisk believed that Viasat's production of monthly and quarterly reports should not be limited to documents dated July 2022 or the third quarter of 2022 or later;

WHEREAS the Parties met and conferred on March 18, 2025 regarding the March 14, 2025 order, and SanDisk included its description of that meeting in SANDISK'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF THE ORDER RESOLVING DISCOVERY LETTER BRIEFS RE DISPUTES RE SOURCE CODE, FINANCIAL DOCUMENTS, AND DEPOSITIONS (DKT. 183);

WHEREAS, solely for the purpose of reducing the number of discovery disputes and without waiver of any defenses or positions, including with respect to the appropriate damages period, Viasat agreed to produce the requested monthly reports which detail how the fees charged to each airline customers are from July 2016 to February 2025 to the extent they exist and to produce the quarterly reports on the profitability of IFE and IPTV from July 2016 until the first quarter of 2025 to the extent they exist; and

WHERAS SanDisk agreed not to rely on Viasat's agreement to produce the aforementioned monthly and quarterly reports as an admission and/or to argue waiver of any argument regarding the appropriate damages period.

Dated: April 1, 2025 </br>
/s/ L. Kieran Kieckhefer  </br>
*Counsel for Plaintiffs*

Dated: April 1, 2025 </br>
/s/ Patrick D. Curran  </br>
*Counsel for Defendant*

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

/s/ L. Kieran Kieckhefer  </br>
*Counsel for Plaintiffs*

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY  
Case No. 4:22-CV-4376-HSG-PHK


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al.,<br><br>  Plaintiffs,<br><br> v.<br><br>VIASAT, INC,<br><br>  Defendants | Case No. 4:22-CV-4376-HSG-PHK<br><br>[~~PROPOSED~~] ORDER |

[~~PROPOSED~~] ORDER RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY

The JOINT STIPULATION RE PARTIES' AGREEMENT ON DAMAGES DISCOVERY is approved.

Viasat shall produce the monthly reports which detail how the fees charged to each airline customers are from July 2016 to February 2025 to the extent they exist and to produce the quarterly reports on the profitability of IFE and IPTV from July 2016 until the first quarter of 2025 to the extent they exist.

SanDisk shall not argue that Viasat's agreement to produce monthly reports from July 2016 to February 2025 or the quarterly reports from July 2016 ~~2106~~ until the first quarter of 2025 are an admission that the damages period begins in July of 2016.

IT IS SO ORDERED.

Dated: April 2, 2025

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate