IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: SANDISK'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Gibson, Dunn & Crutcher LLP

The Court, having considered Sandisk's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, hereby GRANTS the motion.

The Court hereby VACATES the portions of the Magistrate Judge's April 28, 2025 Orders Denying Plaintiff Sandisk's Motion to Strike Interrogatory Responses; Denying Plaintiff's Motion to Shorten Time as Moot; Granting Motions to Seal (Dkt. 196) that denied Sandisk's Motion to Strike Viasat's Third Supplemental Response to Interrogatory No. 8 and Second Supplemental Response to Interrogatory No. 14 (Dkt. 168) ("Motion to Strike"), and hereby GRANTS Sandisk's Motion to Strike.

Viasat's February 6, 2025 supplemental responses to Sandisk's Interrogatory Nos. 8 and 14 are hereby stricken.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____

HAYWOOD S. GILLIAM, JR.

United States District Judge