UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK3D IP HOLDINGS LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>    Defendant. | Case No. 22-cv-04376-HSG<br><br>**ORDER DEEMING DENIED PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 197 |

Before the Court is Plaintiffs SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, SanDisk Storage Malaysia SDN BHD, and Sandisk Technologies, Inc.'s (collectively, "Plaintiffs") motion for relief from Magistrate Judge Kang's April 28, 2025 Order (Dkt. No. 196), which ruled on the discovery disputes presented in Dkt. No. 168. Local Rule 72-2(d) provides that "[i]f no order denying the motion or setting a briefing schedule is made within 14 days of filing the motion, the motion shall be deemed denied." Civil L.R. 72-2(d). Plaintiffs' motion was filed on May 12, 2025. Dkt. No. 197. Accordingly, Plaintiffs' motion is deemed **DENIED**.

**IT IS SO ORDERED.**

Dated: May 29, 2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge