QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
Gyu Shik Jang (Bar No, 337747)
kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S MOTION TO STRIKE PORTIONS OF SANDISK'S EXPERT REPORTS** |

# DECLARATION OF PATRICK D. CURRAN

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion to Strike Portions of SanDisk's Expert Reports ("Motion to Strike"). This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. On February 23, 2023, Plaintiffs served their initial infringement contentions.

3. In February 2024, Plaintiffs disclosed Dr. William Easttom as an infringement expert.

4. In March 2024, Viasat made its source code available to Plaintiffs. Dkt. 153-2 at 4.

5. On January 3, 2025, Plaintiffs served further amended infringement contentions, and on January 16, 2025, moved to amend their infringement contentions consistent with the supplement served on January 3. Dkt. 146. On March 12, 2025, the Court denied Plaintiffs' motion. Dkt. 182.

6. Attached as **Exhibit A** is a true and correct copy of Dr. Easttom's opening expert report on infringement, dated March 24, 2025.

7. Attached as **Exhibit B** is a true and correct copy of Ms. Kindler's opening expert report on damages, dated March 24, 2025.

8. Attached as **Exhibit C** is a true and correct copy of an email exchange containing a March 19, 2025 email from Hannah Dawson to GDC-NDCA Western Digital-Viasat.

9. Attached as **Exhibit D** is a true and correct copy of Plaintiff's damages contentions, dated March 22, 2024.

10. Attached as **Exhibit E** is a true and correct copy of the deposition testimony of Dr. William "Chuck" Easttom, dated May 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of June in Boston, Massachusetts.

1
2                                           By */s/ Patrick D. Curran*
                                               Patrick D. Curran
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 4, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: June 4, 2025                    By  /s/ Patrick D. Curran
                                            Patrick D. Curran