# EXHIBIT A

████████████████████

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION

| | | |
|---|---|---|
| SANDISK TECHNOLOGIES, INC. et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | Case No. 5:22-cv-4376 |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

---

**EXPERT INFRINGEMENT REPORT OF DR. WILLIAM C. EASTTOM II (CHUCK EASTTOM) Ph.D., D.Sc.**

---

████████████████████

████████████████
██████████████

**Table of Contents**

I.      INTRODUCTION ................................................................................................. 1

II.     BACKGROUND ................................................................................................. 1

    A.    Qualifications ......................................................................................... 1

    B.    Prior Testimony ..................................................................................... 4

    C.    Compensation ........................................................................................ 4

III.    LEGAL PRINCIPLES ....................................................................................... 4

    A.    Direct Infringement ............................................................................... 4

    B.    Indirect Infringement ............................................................................ 5

    C.    Literal Infringement .............................................................................. 5

    D.    Infringement Under The Doctrine of Equivalents ................................ 5

    E.    Practicing the Claimed Methods in the United States .......................... 6

    F.    Person of Ordinary Skill in the Art ...................................................... 6

IV.     MATERIAL REVIEWED .................................................................................. 7

    A.    Source Code ........................................................................................... 9

V.      BACKGROUND OF TECHNOLOGY AND PATENTS-IN-SUIT ................. 14

    A.    Satellite Technology ............................................................................ 14

    B.    U.S. Patent No. 9,424,400 ................................................................... 18

    C.    U.S. Patent No. 10,447,667 ................................................................. 22

VI.     INFRINGEMENT ANALYSIS ......................................................................... 38

    A.    Claim Construction .............................................................................. 38

    B.    Viasat Accused Systems ...................................................................... 39

    C.    '400 Patent Direct Infringement ......................................................... 50

        1.    1[pre] A kiosk for provisioning secure media content to a plurality of portable data storage devices, the kiosk comprising: ......................... 51

        2.    1[a] a first data interface configured to communicate with a portable data storage device; ..................................................... 66

        3.    1[b] a second data interface configured to communicate, over a network, with a remote trusted server; and ................................. 77

        4.    1[c] a processor configured to: ............................................... 82

        5.    1[d] obtain a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device; ................................................................................. 83

███████████████████████████████
███████████████████████████████████

6.    1[e] authenticate the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and ............................................ 95

7.    1[f] in response to the authentication, provide to the portable data storage device an encrypted first media content and a corresponding access key ........................................................................ 106

8.    2. The kiosk of claim 1, further comprising a local data storage storing a plurality of encrypted media content. ..................................... 113

9.    6. The kiosk of claim 1, wherein the second data interface is a network interface. ................................................................................. 114

10.   8. The kiosk of claim 1, wherein the kiosk is located in a public environment ............................................................................................. 118

11.   9[pre]  A method for provisioning secure media content to a plurality of portable data storage devices from a kiosk, the method comprising: ............................................................................................ 119

12.   9[a] establishing communications with a portable data storage device over a first data interface; ............................................................ 135

13.   9[b] establishing communications with a remote trusted server via a second data interface over a network; .................................................. 145

14.   9[c] obtaining a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device; ................................................................................................... 150

15.   9[d] authenticating the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and .............................................. 162

16.   9[e] in response to the authentication, providing to the portable data storage device an encrypted first media content and a corresponding access key ......................................................................... 173

17.   10. The method of claim 9, wherein the kiosk comprises a local data storage storing a plurality of encrypted media content. .................. 182

18.   13. The method of claim 9, wherein the second data interface is a network interface. ................................................................................. 183

19.   17. The method of claim 9, wherein the kiosk is located in a public environment. .......................................................................................... 188

D.   '667 Patent Direct Infringement .................................................................. 188

1.    1[pre] A media streaming system comprising: ....................................... 189

2.    1[a] a network interface adapter configured to transmit digital content, via a wide area network (WAN), to a network attached

████████████
████████████

storage (NAS) device operating on a local area network (LAN);
and ................................................................................................ 196

3.    1[b] one or more hardware processors configured to: ........................... 201

4.    1[c] receive an indication of the NAS device having a secure
region comprising a buffer for streaming media on a separate
display device on the local area network, wherein access to the
secure region is controlled by the media streaming system; .................. 202

5.    1[d] transmit the digital content to the secure region within the
NAS device for playback by the separate display device from the
buffer; and ........................................................................................... 209

6.    1[e] transmit instructions to the NAS device to control streaming
access to the digital content stored on the buffer. ................................. 213

7.    2. The media streaming system of claim 1, wherein the separate
display device comprises a smart television. .......................................... 217

8.    3. The media streaming system of claim 1, wherein transmitting
the digital content comprises time-shifting to a time with more
available bandwidth on a connection to the NAS device. ...................... 220

9.    4. The media streaming system of claim 1, wherein the secure
region is inaccessible by a user of the NAS device without
permission from the media streaming system........................................ 222

10.   5. The media streaming system of claim 1, wherein the one or
more processors are further configured to:  cause the NAS device
to use encryption that secures the digital content to the secure
region. ................................................................................................. 224

11.   6. The media streaming system of claim 1, wherein the one or
more processors are further configured to:  provide instructions to
the NAS device for controlling an amount of data stored in the
secure region. ...................................................................................... 232

12.   7. The media streaming system of claim 1, wherein the one or
more processors are further configured to:  provide instructions to
the NAS device for controlling an encryption type used in the
secure region. ...................................................................................... 235

13.   11[pre] A method of transmitting media content from a media
streaming system, the method comprising:............................................ 241

14.   11[a] establishing a connection, via a wide area network (WAN),
to a network attached storage (NAS) device operating on a local
area network (LAN);.............................................................................. 248

15.   11[b] receiving an indication of the NAS device having a secure
region comprising a buffer for streaming media on a separate
display device on the local area network, wherein access to the
secure region is controlled by the media streaming system; .................. 253

████████████████████████████

16.     11[c] transmitting media content to the secure region within the NAS device for playback by the display device from the buffer; and ................................................................................................... 261

17.     11[d] transmitting instructions to the NAS device to control streaming access to the media content stored on the buffer ................... 266

18.     12. The method of claim 11, wherein transmitting the media content to the secure region comprises: time-shifting the transmitting of the media content to a time with more available bandwidth on a connection to the NAS device. ..................................... 270

19.     13. The method of claim 11, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system. ................................................................. 272

20.     14. The method of claim 11 further comprising: causing the NAS device to use encryption that secures the media content to the secure region. .......................................................................................... 274

21.     15. The method of claim 11 further comprising: providing instructions to the NAS device for controlling an amount of data stored in the secure region. ...................................................................... 276

22.     16. The method of claim 11 further comprising: providing instructions to the NAS device for controlling an encryption type used in the secure region. ...................................................................... 280

E.     Indirect Infringement ........................................................................ 285

a.     '400 Patent                                                                        285

b.     '667 Patent                                                                        287

VII.     NON-INFRINGING ALTERNATIVES ...................................................... 290

A.     '400 Patent ......................................................................................... 290

B.     '667 Patent ......................................................................................... 296

VIII.     OBJECTIVE INDICIA OF NONOBVIOUSNESS ...................................... 303

A.     Commercial Success ........................................................................... 304

B.     Long-Felt Need ................................................................................... 306

IX.     SCSA AND THE '400 PATENT .................................................................. 308

X.     OPINIONS AND CONCLUSIONS ............................................................. 313

HIGHLY CONFIDENTIAL                          v

be transmitted over the WAN (e.g., over a satellite) if the media content is played back multiple times by one more of devices connected to the NAS device over the LAN.  A second benefit of the '667 patent is that media content can also be transmitted over the WAN (e.g., a satellite) during off-peak hours and stored for later playback during peak hours, which is an added benefit of claims 1 and 9 of the'667 and a specific benefit of claims 3 and 12.

91.     It is my opinion that the infringing Viasat systems benefit from this aspect of the invention, in particular as it relates to the IPTV use case which allows multiple passengers on the plane to watch that same live TV content that is stored on the S4 server without having to re-transmit over the satellite the same media content for each passenger.  Moreover, if Viasat could not implement the technology of the '667 patent, it would need to re-transmit the media content to each passenger (i.e., at their own device and/or seatback device) that wishes to watch that media content. On a global level, Viasat would need to tranmist significantly more data over its satellite network to provide the same level of service – and availability of the service (e.g., IPTV and IFE distributions) and quality of service to airline and passengers would significantly deteriorate.  For example, if a plane with 200 passengers is travelling at the time of the Superbowl, and 150 passengers wish to watch to the Superbowl, Viasat would need to transmit over its satellite the same media 150 times (once to each passenger) instead of just once (once to the whole plane, and that copy is cached in the NAS and then provided to each passenger that wishes to watch). This is illustrated in Viasat's own documentation, reproduced below.

VIASAT_00007343 at 354-355.

92.    For example, the VCDS delivers live video from the ground server if the content

is not stored on the plane, as indicated by the ██████████ in the diagram

below.  On the other hand, the VCDS delivers live video from the cache, and not

from the ground server when there is a ██████  This is shown in the

diagram reproduced below.  VIASAT_00008738 – 9831, at 8760.  The first time

the content is requested, it will be absent from the local cache, resulting in what is

referred to as a ██████.”  The requested content will be delivered by the

████████████████  . The video is then cached on board at the VCDS Client.  Thereafter,

successive requests for the file can be fulfilled by the ██████████

████████████████

████████████

██████  Viasat documents refer to this as "caching";

which allows for media-content to be stored at a terminal near the end-user,

thereby allowing Viasat to avoid re-transmissions of the same content and to utilie

off-peak bandwidth more effectively.



### C.    '400 Patent Direct Infringement

129.    There are four use cases wherein Viasat's systems meet the claim limitations of the '400 patent. Each use case is described for each claim limitation. The use cases are 1) in-flight S-4 server pre-stored video content using VCDS ("Inflight-Pre-stored"); 2) OTT/video on Demand (e.g., Disney+) using VCDS ("Inflight OnDemand"); 3) IPTV/Live TV ("IPTV-Live"); and 4) Video on Demand via Disney+ provided by Stream for Home. ("HomeOnDemand").

130.    For U.S.-based airlines, Southwest, United, American, Breeze and Porter have enabled use case 1 for customers on their airplanes. Delta, JetBlue, Southwest and American have enabled use case 3 for customers on their airplanes. JetBlue has enabled use case 2 as of October 2024 according to Mr. Neri and Delta has enabled use case 2 for five of its airplanes.

131.     Viasat's systems are also in use by non-U.S.-based airlines and used for use case 1 and 3, including Etihad (Use cases 1 and 3), Qantas Airways (Use Case 1), Virgin Atlantic (Use Case 1), El Al Israel Airlines (Use Case 1), Malaysia Airlines (Use Case 1), Royal Jordanian Airlines (Use Case 1), and China Airlines (Use Case 1).

132.     I understand from Ms. Kindler that Viasat sells the systems to the airlines and thus sells and offers to sell the systems identified below that meet the limitations of the claims.  It also uses the claimed systems and methods for internal testing purposes, including in Viasat's U.S. labs and in employee homes.  Mr. Neri February 5, 2025, Deposition at 22:24-23:21.

**1.       1[pre] A kiosk for provisioning secure media content to a plurality of portable data storage devices, the kiosk comprising:**

133.     I understand that the Court has determined that the preamble is limiting, and Kiosk is construed as "any device used to access and distribute content provided by the system."  Based on the Court's construction, and the evidence and analysis presented in this report, it is my opinion that the VIASAT systems in all these use cases meet this element:  1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video on Demand (e.g., Disney+) ("Inflight-OnDemand"); 3. IPTV for in-flight entertainment ("IPTV-Live"); and 4.  Video on Demand (e.g., Disney+) provided by Stream for Home. ("HomeOnDemand").  Moreover, the technology of the '400 patent allows Viasat to offer secure access to media content streamed through the Infringing Use Cases discussed.

134.     For use cases 1 (Inflight-Pre-stored), 2 (Inflight-OnDemand), and 3 (IPTV-Live), the VCDS running on the M3 modem in conjunction with the S4 server is a

device used to access and distribute content provided by the system and is therefore a kiosk. It should be noted that in the March 2024 infringement contentions, the Kiosk was identified as "one or more modules of the IFE system; *e.g.*, one or more modules of Viasat's Network Access Unit ("NAU"), the Viasat's Mobile Application Server, or the Viasat S4 Server; *e.g.*, one or more modules of the Gateway system". That is still the kiosk, however in this current report, I provide more detail.

135.   The document VIASAT_0005782 at 798 provides an overview of the VIASAT systems for at least use cases 1-3



136.   The preceding diagrams shows users with PED's accessing content from the Kiosk (M3 modem with VCDS client in conjunction with the S4 server).

137.    The document VIASAT_00005782 at 800 begins describing IFE modules (2.1.4.5
        IFE Components).  The VCDS client is identified among those components
        (2.1.4.5.12 VIASAT_00005782 at 801).  The kiosk provides secure media content
        in the form of encrypted media files.  Those files are provided to multiple portable
        data storage devices.  The multiple data storage devices are the seatback devices
        and the PEDs used by users on the airplanes.

138.    VIASAT_008738 at 760 has a diagram describing delivery of live video.  That
        diagram is shown here:



139.    In this diagram it can be seen that the process begins with a ▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
        The process proceeds to step 9 wherein the file is sent back to the ▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  This is further disclosing a

device used to access and distribute content provided by the system.  It should be noted that Live TV includes IPTV.

140.    A diagram produced at VIASAT 00060099 at 112 shows the process of requesting IPTV from a seatback through delivery of the channel:



141.    In use case 4 (HomeOnDemand), the kiosk is the combination of the Home Wi-Fi terminal including the modem and the attached storage drive. Mr. Neri testified

████████████████████████

that SB2+ and Spock modems are used for residential users (Mr. Neri February 05, 2025, deposition 127:14-15).  Mr. Neri also confirmed that the VCDS client is the same for home or airline use (Mr. Neri February 05, 2025, deposition 101:4-8).  In use case 4 (HomeOnDemand), the kiosk provides secure media content in the form of encrypted media files.  Those files are provided to multiple portable data storage devices.  The multiple data storage devices are the smart TVs, tablets, computers, PEDs used at home.

142.   The document VIASAT_00005782 at 819 states "The Viasat Content Delivery Service (VCDS) manages the delivery of content from ████████████████ ████████████████████████████████████. The ███████████████ service is responsible for transferring the content and a ███████████████ ████████████████████████████████████████████ ██████."  This is one example from documents produced by Viasat that demonstrates that the VCDS Client with the modem and S4 server is a device used to access and distribute content provided by the system.  This VCDS client document is applicable to all four use cases.

143.   The document VIASAT_0008738 at 743 states the following about VCDS generally and has elements relevant to all use cases (emphasis added):

VCDS has multiple operational modes that address how video, or other high bandwidth ***content may move through our network***:

144.   Live Video - Optimize the ***delivery of live, streaming video over the internet for services like broadcast TV or sporting events***

███████████████████████████

145.  Video-on-Demand - Cache videos that subscribers watch on demand from sites like Netflix, Hulu, etc.

146.  Web Caching - Organically caching HTTP resources accessed by subscribers for things like common software downloads such as OS or game updates

147.  Distributions - Distribute curated content in advance to modems for scenarios like delivering a library of content to aircraft

148.  This document makes it clear that the VCDS client distributes media and is a device used to access and distribute content provided by the system. VIASAT_00008420 at 424 has a diagram describing delivery of prestored and on demand videos for Use Case 4 (HomeOnDemand):



149.  In that diagram, the ████████████████████████████ ████████████ are shown accessing and distributing content provided by the system. Specifically, a smart phone, tablet, and a laptop are shown as a plurality of portable data storage devices.

56

███████████████████████

150.    In addition to evidence in documents produced by Viasat, there is evidence in the source code of this claim limitation.  The file ████████ (VIASAT_SC_0000164) handles requests for content. Mr. Neri confirmed that this file has functions related to the ████████████████████████ ████████ (Mr. Neri February 05, 2025, deposition 171:21-172:22) The function ████████████████████ (VIASAT_ SC_000169) takes in ████████████████████████.  This file demonstrates content being requested in conjunction with the ████████.  Code related to the ████████ is applicable to all four use cases.  The call tree for the function was produced as VIASAT_SC_0000029:

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

151.    The preceding code and code diagram demonstrate the ████████ is involved in requesting content.  The code also shows the ████████████████████.  In Mr. Neri's February 5, 2025, deposition he confirmed that the ████████████████ ████████████████████ (Mr. Neri Feb. 5, 2025 deposition at 156:19 – 157:21). Mr. Neri also confirmed that the ████████ is the same for home or airline use (Mr. Neri February 05, 2025, deposition 4-8).  In other words, this ████████ operates the same way for  all use cases.

152.    The code file ████████████████████████ VIASAT_ SC_0000033 is responsible for publishing the media content.  As one example is the function ████████████ VIASAT_ SC_0000034 which calls the

function ██████████████████████ This code demonstrates that the

VCDS client along with the modem and the S4 server are used to access and

distribute content provided by the system.

153.    The call chain for the function publishContent was produced as

VIASAT_0000030:



154.    The code file \███████████████████████████████

████████████████ (VIASAT-SC_000033) and the ████████

█████████████ (VIASAT-SC_000034) programmer comments state "█████████

███████████████████████████████████████████

██████████████ ".  This code further demonstrates that the ████████████

███████████████████ are used to access and distribute content

provided by the system.

155.    The file \███████████████████████████████

█████████████████ Programmer comments state:  "██████████████

█████████████████████ '.  This file also has the function

███████████████████████████████████████████

███████████████████████████████████ .  The function

██████████████████ .  The function ████████████████

██████████████ on VIASAT_0000220.  The function ██████████████████



also on VIASAT_0000220.  These functions show the ██████████████.

156. The file ████████████████ VIASAT_0000249 ██████████████ VIASAT_0000250, ████████ ██████████ VIASAT_0000251 ██████████████ VIASAT_0000254.  The file ████████████████ ██████████ VIASAT_0000253 ██████████████.  This code details the process by which the ████ ████ ingests content which is one step in accessing and distributing content provided by the system.

157. It should be noted that VIASAT_ 0008745 states that ████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████.

158. In the airplane installation (use cases 1 (Inflight-Pre-stored) and 3 (IPTV-Live)) ████████████████████████████████ (Mr. Neri's February 05, 2025, Deposition 33:5-9).  The modem provides a mechanism for communicating outside the aircraft, for example with VCDS server (Smarts) on the ground.

159. VIASAT_0008738 at 770 describes the process by which a VCDS client joins a multicast:

The sequence by which a VCDS client joins a multicast is then a multi-step process:

59



160.  The preceding sequence discloses one way the VCDS client can obtain content to distribute to users in the aircraft.

161.  VIASAT_0005782 at 801 describes the VCDS system as follows:  "The Viasat Content Delivery Service (VCDS) is a cloud-hosted service that is responsible for transferring content from CMS (via Amazon S3) over a satellite link to a modem device on the aircraft."  The same document states "VCDS Client is a general name referring to the collection of scripts and applications that support VCDS service on the M3 modem."  This code demonstrates that the VCDS-client with the modem and the S4 server are a device used to access and distribute content provided by the system.

162.  Moreover VIASAT_00006166 depicts content being delivered to user devices in an airplane (use cases 1, 3, and 4):



163.    VIASAT_00006471 at 532 further depicts the delivery of media content to a

plurality of portable data storage devices (use cases 1, 2, and 3):



164.    VIASAT_00006471 at 491 also discloses the limitations of claim 1 preamble:



165.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation for all four use cases.

166.    The Court construed the term "portable data storage device" to mean "a storage
        device that can be easily carried or moved about."  It is my opinion that end-user,
        semi-embedded, and seat back devices are portable data storage devices under the
        Court's construction as such devices can be "easily carried or moved about."  The
        fact that seat back devices are attached to the back of a seat does not change the
        nature of these devices; they are portable as they can be easily carried or moved
        about before and after being attached to the back of the seat.  The "seatback
        devices" even appearing embedded, are essentially smart tablets with one or two
        wires that can easily connect and disconnect for power and ethernet. For example,
        in a public document published by Panasonic Avionics, which Mr. O'Sullivan
        confirms to be one of the only two major seatback display screen providers on the
        market (Mr. Des O'Sullivan Feb. 26, 2025, Deposition at 91:21-92:11), an
        exemplary 16-inch "smart" seatback display unit is essentially a tablet with only
        two ports ("J1" and "J2") for power and ethernet data transmission. WD-Viasat-
        NDCA00015235 at 6289, 290. This figure shown on WD-Viasat-
        NDCA00015235 at 6290 shows the tablet with two ports:



Figure 1. 16-inch Smart Monitor (SM) - Component Description

167.    The display size may vary, but the essential construction of a tablet with two power and ethernet ports remain the same. For example, WD-Viasat-NDCA00015235 at 6291, 292 shows a variation of the display unit shown above but in a 24-inch size. The dimensions are larger, but the ports are the same.

168.    The installation and removal of such smart tablets only involves the screwing and unscrewing of a few of mounting screws, which hold the display unit onto a frame, and the plugging and unplugging of power and ethernet. In the same 16-inch and 24-inch smart tablet examples, there are 8 screws. WD-Viasat-NDCA00015235 at 6304, 6308.



Figure 4002. 16-inch Smart Monitor (SM) - Removal/Installation (Sheet 1 of 4)

169.    It is my opinion that these seatback devices, which are essentially smart tablets literally satisfy the claim element, because they "can be easily carried or moved about" and are therefore portable. A user or a staff member can easily carry this 16-inch tablet about after manually removing the screws and unplugging the two ports.

170.    To the extent the aforementioned end-user devices, semi embedded devices, and/or seatback devices, exemplified by the 16-inch and 24-inch tablets do not literally satisfy the requirements of the claimed portable data storage device, they perform the substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. The Patent teaches that the function of the portable data storage devices for media playback is to "remotely access the content and play it on a mobile device." '400 Patent 5:19-34. A semi-embedded or embedded seatback display unit carries out

this function: the seatback display units distributes media content away from the kiosk onboard, which is remote from individual passenger seas, and to within touch and viewing distances of individual users onboard seated in seats by remotely accessing the content in the kiosk. The way of delivering media according to the patent is a connection between the storage device and the kiosk "via a secure connection." *Id*. The seatback devices, exemplified by the Panasonic Avionics tablets discussed above, carry out this function via substantially the same way: the embedded seatback display units are connected to the kiosk securely via a wired connection and the semi-embedded display units are connected to the kiosk via WAPs. *See* VIASAT_00006471 at 477. The result of the portable data storage device according to the teachings of the Patent is that kiosk distributes individual media content remotely away from the kiosk to individual users. The seatback display units achieve substantially the same function. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems. As I explained above, it is my understanding that infringement can be met when the accused product satisfies the function-way-result test. It is my opinion that, if the seat back devices do not literally meet the "portable data storage device" limitation, the seat back devices meet the claim limitation under this function-way-result test.

171.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation for all four use cases under the doctrine of equivalents for seat back devices.

**2.    1[a] a first data interface configured to communicate with a portable data storage device;**

66

172.    It is my opinion that the Viasat Systems in all these use cases meet this element: 1. Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2. Video on Demand via Disney+ (InFlight OnDemand); 3. IPTV for in-flight entertainment ("IPTV-Live"); and 4. Video on Demand via Disney+ provided by Stream for Home (Home OnDemand").

173.    For Use Cases 1 (Inflight-Pre-stored) and 2 (InFlight OnDemand) the first data interface is the wireless access point (WAP) that facilitates communication between the S4 server and the PED (Personal Entertainment Devices). In use case 3 (IPTV-Live), the first data interface is the WAP interface between the S4/Kontron Server and the PEDs of users or between the S4/Kontron Server and semi-embedded display units.

174.    For Use Case 1 (Inflight-Pre-stored), with respect to users' PEDs, the WAP is configured to communicate between the S4/Kontron server and PEDs. VIASAT_0005782 at 798 is the following diagram:



175.    VIASAT_0005782 at 477 also describes elements of the in-flight system including various client devices such as the seatback client, as well as the Wi-Fi and wired connections:



176.    VIASAT_0006471 at 499 shows an overview of the in-flight system including the user devices connected to the wireless access point, the onboard server, and the ground base components of the system:



177.    The preceding diagram shows the connections between

178.    For Use Case 1 (Inflight-Pre-stored), with respect to the seatback display units, the first data interface is the cabled/ethernet connection between the S4/Kontron server and the seatback devices.  VIASAT_00006471 at 477.

179.    For Use Case 4 (Home OnDemand), the first data interface is the WAP interface between the home gateway modem-router and the user's PEDs at home, such as computers, smartphones, smart TVs, tablets, etc.  The home gateway modem-router provides the WAP interface.  *See* https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s



180. The VCDS system used for home use is the same as in commercial airlines. (Mr.
Neri February 05, 2025, deposition101:4-8).

181. VIASAT_00008420 at 424 Also shows the WAP interface.

182. The document VIASAT_0005782 at798 provides an overview of the VIASAT
system for at least use cases 1-3:



183.   VIASAT_00006471 at 477 discloses this claim limitation for use cases 1 (Inflight-Pre-stored), 2 (InFlight OnDemand) and 3 (IPTV-Live):



184.   The Wi-Fi connection is a first data interface configured to communicate with the portable storage device. The preceding document shows the Wi-Fi being used to communicate with PED, semi-embedded, and seatback devices.

185.   In addition to documentary evidence, the source code discloses this claim limitation. ███████████████████████████████████ (VIASAT_SC_0000189)████████████████████. That structure includes the following data: ████████████████████████ ████████████████ The ██████████ is for onboard communications and is a first data interface configured to communicate with the portable storage device. The ███████ is for satellite communications and is a second data interface. The remote trusted server is the █████████████████████████

███████████

███████████████████████. This is

applicable to use cases 1, 2, and 3.

186.    The PED and seatbacks are portable data storage devices in use case 3.
VIASAT_00006471 at 513 shows a diagram of the onboard system delivering
IPTV content to the portable data storage devices, including the PED and
seatbacks.  The connection between the PEDs and the onboard server is the first
data interface.



187.    VIASAT_00055833 at 837, which is a high level overview of Viasat's Live TV
use case (Mr. O'Sullivan Feb. 26 Deposition 127:7-14), also shows this first data
interface b to be the ███████████████████

████████████████.

188.   The Court construed the term "portable data storage device" to mean "a storage device that can be easily carried or moved about."  It is my opinion that end-user, semi-embedded, and seat back devices are portable data storage devices under the Court's construction as such devices can be "easily carried or moved about."  The fact that seat back devices are attached to the back of a seat does not change the nature of these devices; they are portable as they can be easily carried or moved about before and after being attached to the back of the seat.  The "seatback devices" even appearing embedded, are essentially smart tablets with one or two wires that can easily connect and disconnect for power and ethernet. For example, in a public document published by Panasonic Avionics, which Mr. O'Sullivan confirms to be one of the only two major seatback display screen providers on the market (Mr. Des O'Sullivan Feb. 26, 2025, Deposition at 91:21-92:11), an exemplary 16-inch "smart" seatback display unit is essentially a tablet with only two ports ("J1" and "J2") for power and ethernet data transmission. WD-Viasat-NDCA00015235 at 6289, 290. This figure shown on WD-Viasat-NDCA00015235 at 6290 shows the tablet with two ports:



Figure 1. 16-inch Smart Monitor (SM) - Component Description

189.    The display size may vary, but the essential construction of a tablet with two power and ethernet ports remain the same. For example, WD-Viasat-NDCA00015235 at 6291, 292 shows a variation of the display unit shown above but in a 24-inch size. The dimensions are larger but the ports are the same.

190.    The installation and removal of such smart tablets only involves the screwing and unscrewing of a few of mounting screws, which hold the display unit onto a frame, and the plugging and unplugging of power and ethernet. In the same 16-inch and 24-inch smart tablet examples, there are 8 screws. WD-Viasat-NDCA00015235 at 6304, 6308.



Figure 4002. 16-inch Smart Monitor (SM) - Removal/Installation (Sheet 1 of 4)

191.    It is my opinion that these seatback devices, which are essentially smart tablets literally satisfy the claim element, because they "can be easily carried or moved about" and are therefore portable. A user or a staff member can easily carry this 16-inch tablet about after manually removing the screws and unplugging the two ports.

192.    To the extent the aforementioned end-user devices, semi embedded devices, and/or seatback devices, exemplified by the 16-inch and 24-inch tablets do not literally satisfy the requirements of the claimed portable data storage device, they perform the substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. The Patent teaches that the function of the portable data storage devices for media playback is to "remotely access the content and play it on a mobile device." '400 Patent 5:19-34. A semi-embedded or embedded seatback display unit carries out

this function: the seatback display units distributes media content away from the kiosk onboard, which is remote from individual passenger seas, and to within touch and viewing distances of individual users onboard seated in seats by remotely accessing the content in the kiosk. The way of delivering media according to the patent is a connection between the storage device and the kiosk "via a secure connection." *Id*. The seatback devices, exemplified by the Panasonic Avionics tablets discussed above, carry out this function via substantially the same way: the embedded seatback display units are connected to the kiosk securely via a wired connection and the semi-embedded display units are connected to the kiosk via WAPs. *See* VIASAT_00006471 at 477. The result of the portable data storage device according to the teachings of the Patent is that kiosk distributes individual media content remotely away from the kiosk to individual users. The seatback display units achieve substantially the same function. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems. As I explained above, it is my understanding that infringement can be met when the accused product satisfies the function-way-result test. It is my opinion that, if the seat back devices do not literally meet the "portable data storage device" limitation, the seat back devices meet the claim limitation under this function-way-result test.

193.     For at least these reasons, the Viasat systems meet the limitations of this claim limitation for all four use cases under the doctrine of equivalents for seat back devices.

194.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

### 3.    1[b] a second data interface configured to communicate, over a network, with a remote trusted server; and

195.    It is my opinion that the Viasat systems in all these use cases meet this element:

1. Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video on

Demand via Disney+ ("InFlight OnDemand"); 3. IPTV for in-flight entertainment

("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for

Home. ("Home OnDemand").  The second data interface enables the Viasat

systems on the plane to communicate with ground servers, using Viasat's satellite

communication systems.

196.    For Use Cases 1 (Inflight-pre-stored) and 3 (IPTV-Live), the second data interface

is the satellite connection between the VCDS client (such as the M3 Modem and

Home terminal) and the VCDS ground servers, AWS servers, and/or DRM

servers (all "remote trusted servers").

197.    For Use Cases 1 (Inflight-pre-stored) and 3 (IPTV-Live), VIASAT_0005782 at

798 clearly shows this second data interface via the Viasat satellite and the

Antenna onboard between the M3 model and the ground "that enables

communication from the kiosk over the satellite network down to the remote

trusted server, which is the collection of VCDS server software operating on the

ground.  In use case 2 the second data interface is the modem's satellite interface

that enables communication from the kiosk over the satellite network down to the

remote trusted servers."





198.    This claim limitation is disclosed in the source code produced.  The file █████

████████████████████████████████ (VIASAT_SC_0000189) ████

████████████████████████.  That structure includes ██████████████

████████████████████████████████████████████.  The

██████ is for onboard communications and is a first data interface.  The

██████ is for the onboard wireless communication and is a first data interface.

The ████ is for the satellite connection, the second data interface.

199.    For Use Case 3, the document VIASAT_00006471 at 513 also shows a second

data interface configured to communicate over a network, with a remote trusted

server (The encrypted HLS with the Viasat Data Center):



200.    Also for Use Case 3 (IPTV—Live), VIASAT_00055833 at 837, which is a high

level overview of VIASAT's live TV use case (Mr. O'Sullivan Feb. 26

Deposition 127:7-14), also shows this second data interface between the kiosk and

the remote trusted servers via the satellite connection.

201.    The second data interface is also disclosed in VIASAT_00006471 at 499, shown

by the satellite communication between the CMS and the onboard server (This is

applicable at least to use cases 1 (Inflight-Pre-stored) and 3 (IPTV-Live)):



202.    For Use Cases 2 (InFlight OnDemand) and 4 (Home OnDemand), VIASAT_00008420 at 8424 also shows a second data interface configured to communicate, over a network, with a remote trusted server (the satellite communication):



203.    The second data interface is shown in the preceding diagram as the satellite connection. To the extent that, for use cases 1-3, the S4 server is considered to be the kiosk, my analysis with respect to the second data interface remains the same. The kiosk communicates with the VCDS ground servers, AWS servers, and/or DRM servers (all "remote trusted servers") via the VCDS client (on M3 Modem) to which S4 Server is connected via ethernet cable (Mr. Neri Feb. 5, 2025 Deposition at 36:15-24), and then via the VCDS system's satellite connection, which is the second data interface.

204.    VIASAT_00006471 at 526 also discloses a second data interface configured to communicate, over a network, with a remote trusted server:



205.    A POSITA would recognize that the network access on the left including the Ka-band antenna and satellite modem is a second data interface configured to communicate, over a network, with a remote trusted server.

206. For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

### 4. 1[c] a processor configured to:

207. It is my opinion that the Viasat systems in all these use cases meet this element: 1. Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2. Video on Demand via Disney+ ("Inflight OnDemand"); 3. IPTV for in-flight entertainment ("IPTV-Live"); and 4. Video on Demand via Disney+ provided by Stream for Home. ("OnDemand").

208. In use cases 1 (Inflight-Pre-stored), 2 (InFlight OnDemand) and 3 (IPTV-Live), the S4 server and the VCDS client include processors. For use case 4 (Home OnDemand), the Gateway has an Intel CPU which is the processor.

209. For use case 4, the Gateway has a "Quad-Core Processor" (https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s). Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute. Additionally, one of ordinary skill in the art would understand that the M3 Modem and S4 server or Kontron server require a processor to operate.

210. The Kiosk comprises a processor, as shown VIASAT_00006471 at 526.

211. A CPU (Central Processing Unit)/processor is disclosed multiple times in Viasat documentation including VIASAT_00005809, VIASAT_00005989, VIASAT_00006018, VIASAT_00008816; VIASAT_00008818; and VIASAT_00008822.

212. For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

██████████████████████████

**5.    1[d] obtain a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device;**

213.    It is my opinion that the Viasat systems in all these use cases meet this element: 1. Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2. Video on Demand via Disney+ ("Inflight OnDemand"); 3. IPTV for in-flight entertainment ("IPTV-Live"); and 4. Video on Demand via Disney+ provided by Stream for Home. ("Home OnDemand").

214.    For Use Case 1 (Inflight-Pre-stored), the processor obtains a unique identifier from a user's PED device in the format of an ██████████████████. From ███████████████████████████████████ ████████████████████ from the PEDs. The obtained identifiers are unique to the PED. The identifiers are scrambled and hashed by the PEDs and therefore "concealed by the portable data storage device." This ██████████ ██████████████████████. Viasat uses standard TCP/IP protocols (Mr. Slater Deposition 101:12-105:21). The ██████████████████ █████████████████████████████████ (Mr. Neri February 05, 2025, deposition 70:13-20). In the Live TV context discussed below, for each viewing attempt by a player, the user selects the play button, and a ██████████████████████████████████ ██████████████████████████. The included ██████████ is a non-random universally unique identifier. VIASAT_00060099 at 183, 185. In an example provided, the ██████████████ is exemplified by ██████████████ ██████████████. VIASAT_00060099 at 185. Similarly, for Use Case 1, whenever content is played back, a user event message is generated by the kiosk,



an example of the player event message is shown at VIASAT_0005782 at 6033, and in this example, a ▓▓▓▓▓▓▓ is included which is a unique identifier of the data storage device.  In the example, ▓▓▓▓▓▓ is shown to be a hashed string and therefore "concealed" by the data storage device.

215.    VIASAT 00060183 discloses "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓"

216.    Further, in the Viasat W-IFE system, Device authentication with the DRM server is via a ▓▓▓▓▓▓ that is "unique to the device," and "▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" VIASAT_0000618 at 625. This ▓▓▓▓▓▓ is the unique identifier.

217.    The content of the DRM token is in accordance with JW Player's public documentation (Mr. Hughes Deposition at 56:13-17).  Such DRM tokens include an encrypted DRM policy and a signed hash, both of which make the signed token "concealed by the portable data storage device."  *See, e.g.*, https://docs.jwplayer.com/platform/reference/studio-drm-token-api-v2 .

218.    VIASAT_00014565 which is a current revision of Viasat's Content Security Whitepaper (Mr. Hughes Deposition at 125:20) at 562 confirms that "▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓" "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓." "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

████████████████████████████
████████████████████████████

████████████████████████████████████████████████████

████████████████████████████.” This ████████████ is a

unique identifier.

219.    The content of the DRM token is in accordance with JW Player's public

documentation (Hughes Deposition at 56:13-17).  Such DRM tokens include an

encrypted DRM policy and a signed hash, both of which make the signed token

"concealed" to the user.  *See,*

*e.g.,*https://docs.jwplayer.com/platform/reference/studio-drm-token-api-v2.

220.    VIASAT 00060099 at 155 states "████████████████████████████

████████████████████████" and "████████████████████████████████

████████████████████████████████████."

221.    For Use Case 2 (Inflight OnDemand), the processor obtains a unique identifier

from a user's PED (the portable data storage device Disney+ app generates an

████████████████████████████████████████████████████

████████████) and a ████████████████. (Mr. Neri February 5, 2025, Deposition

Transcript at 53:18-21, 55:16-23, 64:14-22).  That ████████████ is a unique identifier

of the specific PED.  That ████████████████████████████████████████

are then received by the VCDS client.

222.    The document VIASAT_00005782 at 850 discloses the value of ████████████████

████████████████████████████████████.

223.    Further, Disney enforces token requirements for all URL requests.  Disney

validates tokens.  VIASAT 17827-830.  Specifically, Disney validates tokens for

████████████████████████████

the fields identified on VIASAT_00016425 at 426, including a ███████████

████████████ Neri Deposition 181:11-16.



224.    In use case 2, this ███████████ is expected to be a hashed string. *See*

VIASAT_00006354 at 365.  It is not viewable by the user and is thus "concealed"

by the data storage device.

225.    For Use Case 3 (IPTV-Live), similarly the processor obtains a unique identifier

from a user's PED or Seatback device in the format of an ███████████████

████████████████████████████████████████

████████████████████████. The obtained identifiers are

unique to the PED.  The identifiers are scrambled and hashed and therefore

"concealed."  The ████████████████████████████

████████████████████████ (Mr. Neri February 05, 2025,

deposition 70:13-20).  The ████████████████████████

████████████████████ (Mr. Neri February 05, 2025, deposition

72:2-73:9).  For each viewing attempt by a player, the user selects the play button,



and a ████████████████████████████████████████████

████████████████████████████████████████ .

VIASAT_00060099 at 183, 185.  In an example provided, the ███████████ is

exemplified by ████████████████████████████ .

VIASAT_00060099 at 185.  The Viewing Attempt message initiated by the PED

and sent by the IPTV Player App is also shown in context on VIASAT_00060099

at 133.  In the example, ████████████ is shown to be a hashed string and therefore

"concealed" by the data storage device.  T

226.    The Use Cases 1-3 are clearly shown by VIASAT_0005782 at 798, which is

Exhibit 4 to the Neri Deposition:





227.  In the preceding figure each PED connects to the wireless access point in order to access the Viasat S4 server.  The major components of the IFE docker network and mobility retail platform are also shown, along with the VCDS Client and the M3 modem connecting to resources on the ground.

228.  For Use Case 4 ("Home OnDemand"), the processor obtains a unique identifier from a user's PED or other device in the format of an ███████████████.  From this header the Terminal Modem kiosk obtains ███████████████ ███████████████████████████.  The obtained identifiers are unique to the PED.  The identifiers are scrambled and hashed and therefore "concealed."  VCDS for residential use is the same client as the VCDS client that operates on the airplane (Mr. Neri February 05, 2025, deposition 101:4-8).  Disney enforces token requirements for all URL requests.  Disney validates tokens.  VIASAT 17825 at 827-830.  Specifically, Disney validates tokens for the fields identified on VIASAT_00016425 at 426, including a Device UUID "did."  Neri Deposition 181:11-16.



██████████████████

229. VIASAT_00008420 at 424 has a diagram describing delivery of on demand videos for Use Case 4.  Here, the PEDs send requests for content to S4. ████

████████████████████████████████

████████████████████████████ Neri 129:7-132:9.  This figure is an accurate depiction of the Viasat VCDS for residential.

███████████████████████ (Mr. Newman Deposition Transcript 81:17-83:21).  A POSITA would readily appreciate that a cache is a form of storage[17,18,19,20].



230. On iOS devices, the Device UUID Is a unique id that is an AES 256-bit key that is part of the application processor, and no software or firmware can read them directly.  One can only see the results of encryption and decryption operations

---

[17]   https://cs61.seas.harvard.edu/site/2019/Storage/

[18]   https://ftp.math.utah.edu/pub/tex/historic/systems/texlive/1997/SUPPORT/W3C-LIBW.1B/LIBRARY/USER/USING/CACHE.HTML

[19]   https://engineering.purdue.edu/WukLab/caching.html

[20]   https://citeseerx.ist.psu.edu/document?repid=rep1&type=pdf&doi=8dc7caf3409d29aa3371ff5909528b782b4dbb70

████████████████████████████
████████

done with this key.  *See* VIASAT_00006354 at 365.  This is one example of a

unique identifier for the device that is not viewable by the user and is thus

"concealed" by the data storage device.  VIASAT 00060099 at 155 states "The

████████████████████████████████████████████" and "The

████████████████████████████████████████

███████████████████████."

231.   Source code also depicts the obtaining of the claimed unique identifiers of the

portable data storage devices.

232.   VIASAT 00060099 at 183 discloses "████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████

233.   During Mr. Neri's February 05, 2025, deposition, he confirmed that a PED sends

an ████████████████████ (Mr. Neri deposition 53:16-54:11).  Mr. Neri also

confirmed that the ████████████████████████████

████████████████████████████████████████

████████████████████████ (Mr. Neri deposition 57:4 - 59:7).

234.    Source code also depicts the obtaining of the claimed unique identifiers of the

portable data storage devices.

235.   The file ████████████████ (VIASAT-SC_0000374) ████████████

████████████████████████████████████.  That ████████

████████████████████████████████████████

██████████████████████████ A mac address is a

████████████████████
█████

unique identifier.  The user token in this case is a unique identifier for the VCDS client/modem, not the portable storage device, but is an important part of air to ground communications.

236.  In Mr. Neri's February 5, 2025, deposition he confirmed that ███████████ ████████████████████ (Mr. Neri deposition 156:19 – 157:21).

237.  Furthermore, the ██████████████████ ██████████████████████ (VIASAT_SC_0000107) ████████████████████. Programmer comments state "███████████████████████ ██████████████".  This file ████████████ ██████████████████████████ ██████████████████.

238.  The ██████████████ ██████████████████████ ██████████████████ ████.  The ████████████████████.  For example, the ██████████████ VIASAT_SC_000001████ ████████████. ████████████████████.  The █████ ██████████████ VIASAT_SC_0000002. The █████ is one example of a unique identifier for the portable storage device. Note, according to the February 28, 2025, deposition of Mr. Finn Hughes, only

Qantas is using this code (Mr. Hughes deposition, 21:3-18).  If that is accurate then the preceding code would have limited applicability.

239.  The 

(VIASAT_SC_000128)

. This ▉▉▉ is an example of a unique identifier for the portable storage device.

240.  Numerous documents produced by Viasat disclose a unique identifier from the portable data storage device that is specific to the portable data storage device and is concealed by the portable data storage device.  The following are samples of such documents:

241.  VIASAT_0006787 also asserts that the DRM system allows devices to play content without the ability to save it unencrypted.  The DRM also uniquely identifies each device before any user is allowed to stream content.

242.  VIASAT_0006970 states "

."

243.  The latest revision of Viasat Wireless IFE Content Security Whitepaper, VIASAT-SC_00014554 at 562 states "

.

a)  VIASAT_00006354 at 365 discloses that PED that uses iOS has a unique ID:



b) VIASAT_00006354 at 367 and VIASAT_00006153 at 162 disclose a unique

identifier to whitelist applications:



244.    Code related to whitelisting can be found in at least the following: 

245.    Each of the preceding examples are unique identifiers for the portable storage device and are applicable to use cases 1,2 ,3, and 4.  None of these identifiers are displayed to the user, as it is not necessary for a user to have access to them in order to use the system.  Thus, these unique identifiers are concealed.

246.    All of these are examples of obtaining a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device.

247.    For at least these reasons, the Viasat system meets the limitations of this claim limitation.

█████████████████████████████

**6.  1[e] authenticate the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and**

248.  It is my opinion that the Viasat systems in all these use cases meets this element: 1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+ ("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for Home ("Home OnDemand").

249.  For Use Case 1, depending on the DRM service, the kiosk either sends the obtained identification (a token unique to the data storage device) to a remote trusted server (DRM server) on the ground via the second data interface (the satellite internet connection) or have the onboard DRM server authenticate the token and update DRM server policies as part of software updates by communicating with a remote trusted server over the second data interface (the satellite internet connection) to obtain the software updates.

250.  In the Viasat W-IFE system, ██████████████████████████



██████████████████████████████████████████

██████████████████████████████████

██████████████████████████," VIASAT_0000618 at 625.  The

████████████████████████████████████████.

VIASAT_0000618 at 625.

251.  Further, VIASAT_00014554 which is a current revision of Viasat's Content Security Whitepaper (Hughes Deposition at 125:20) at 562 confirms that "██████

████████████████████████████████████████

95

████████████████████████████████

████████████████████████████

██████████████████████████████████████

█████████████████████████."

252.    In response to an HTTP playback request from an airline's IFE portal containing

the unique identifiers, the kiosk makes a token request to a DRM token API, (Mr.

Hughes Deposition 53:11-56:2).  Moreover, when the DRM license server is

Microsoft's PlayReady, the license server is a remote trusted server on the

ground.  When certain requirements are met, the Token API issues a token that is

unique to the portable storage device.  *See* VIASAT-SC_00014554 at 562.  The

PED then transmits that token with a request for the content. (Mr. O'Sullivan

Deposition, 111:4-9).  "That token (unique identifier) is then used to authenticate

the request by that PED.  In some instances, the kiosk authenticates the portable

data storage device by communicating with the PlayReady Token API on the

ground (a remote trusted server) the token the HLS or DASH string, which is at

least based on the unique identifier of the portable data storage device, over the

second data interface (satellite network).  In the case of Fairplay (Apple) and

WideView (Google) DRM license servers, the license servers are necessarily

updated whenever new media is loaded onboard.  Indeed, in the Viasat Wireless

IFE Content Security Whitepaper Rev:  C and Rev. D, Viasat indicates that

updates to the DRM servers take place.  Viasat_00000618 at 629 (Section 7.6)

and Viasat Updates to the DRM license policy may be done ████████████████

█████████████████████████████████████.  As such,

the kiosk authenticates the portable data storage device by communicating the

HLS or DASH string, which contains information generated from the obtained

unique identifier of the device, to the DRM license server, and having the onboard

DRM license server communicating with a remote trusted server (DRM license

server) to update the DRM license OTA which is over the second data interface

(satellite network interface).

253.    The document VIASAT_0005782 at 821, showing a same diagram as

VIASAT_00014554 at 565 which is a current revision of Viasat's Content

Security Whitepaper (Hughes Deposition at 125:20), provides a graphic showing

how Vualto and digital rights management keys are distributed to devices:





254.    VIASAT_00005782 at 5821 also stated the following regarding tokens "

s.  "For Use Cases 2 and 4, the kiosk

transmits the obtained identification (                    ) to VCDS Web

Proxy over the second data interface (satellite internet connection) and receives

authentication of the PEDs.

255.    The VCDS client is involved in authenticating the

.

If the VCDS client

. (Mr. Neri Feb. 5, 2025

Deposition 58:3-59:11).  One thing the client does is to create

.

(Mr. Neri February 05, 2025, deposition 176:15-

177:22).

256.    As was shown in reference to claim element 1[d], a unique identifier for the

portable storage device is obtained.  That unique identifier is used to authenticate

the portable storage device and provide access to media.  The claim limitation

does not require either that the unique identifier be sent to the remote trusted

server, or that the step of communicating with the remote trusted server occurs

██████████████████████
████████

every time a portable storage device is authenticated.  For example, if the media is

already on the S4 server, then there would be no need at that point to

communicate with the remote trusted server.  However, when new content is

added, or live content is being viewed, the digital rights management information

(such as tokens) is obtained from the remote trusted server.  That digital rights

management information is then used when a portable storage device accesses

that information.

257.    The VCDS communicates with the remote server when new content is needed.

During Mr. Neri's February 05, 2025, deposition, he confirmed that a PED sends

an HTTP request for content (Mr. Neri deposition 53:16-54:11). Mr. Neri also

confirmed that the VCDS client with the S4 server processed the HTTP request

from the PED, and if the file requested is not found, then the VCDS client creates

a request (Mr. Neri deposition 57:4 - 59:7).  This is authenticating the portable

device by communicating with the remote trusted server.

258.    The second data interface was discussed in reference to claim element 1b, but

some of that evidence is also presented here.  The ████████

███████████████████████████ (VIASAT_SC_0000189) ████

████████████████ That structure includes the following data:

███████████████████████████████ The

██████████ for onboard communications and is a first data interface.  The ████

is for satellite communications and is a second data interface.

259.    The ███████████████████████

(VIASAT_0000278) This ██████████████████████

████████████████████████
████████████████████████

████████████████████████████████████

████████████████████████████████ .

260.    In Mr. Neri's February 5, 2025, deposition he confirmed that the S4 server system

used a satellite modem with the VCDS client running on the modem (Mr. Neri

deposition 117:20-118:2).

261.    The following code is from device side (user device or seatback device)

████████████████

████████████████████████████████████

████████ . This ████████████████████

████████████████████████████████ . Note a

████████████████████████ . That token is used to

authenticate the device in order to view the media.  Related code is found at

████████████████

████████████████████████████████████

████████ (VIASAT-SC_00000487).

262.    This ████████████████████████████████

████████████████ . This ████████████████

████████████████████████████ . These are

settings for playing video, including the url and token for digital rights

management.

263.    The document VIASAT_0008775 contains diagram showing communication

between the ████████████████████████████████ :



264.    VIASAT_0008846 also discloses the VCDS client running on the modem:



265.    For use case 3, the kiosk authenticates and authorizes PEDs and seatback devices

by communicating with the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ or a similar DRM system via the second data interface.

266.    VIASAT_00006471 at 513 discloses authentication for IPTV:



267.    In the previous diagram, it is clear that the kiosk comprising ███████

████████████████████████████████████████████████████████████

████████████████████████████████████████ to display IPTV media content.

268.    Another depiction of the "Ground Segment" for IPTV is found in

VIASAT_00055833 at 836:



269.    The preceding diagram shows essentially the same features as

VIASAT_00006471 at 513.  The ▮▮▮▮▮▮▮▮▮▮▮▮ are part of the IPTV

ground segment.  And the metadata of the VIASAT_00055833 document titled

"Live TV Overview" as produced shows a creating date of 2021.

| All Custodians | Viasat |
|---|---|
| Begin Family | VIASAT_00055829 |
| Character Count | 2909 |
| Confidentiality | Highly Confidential - A |
| Date Accessed | 06/03/2024 12:35 pm ( |
| Date Created | 04/07/2021 10:39 am ( |
| Date Modified | 06/03/2024 12:35 pm ( |

270.    VIASAT_00000618 at 624-629 discloses tokens for authentication:







271.    As the preceding shows, the unique identifier of the portable storage device is used in authenticating.  Furthermore, the request for media content can trigger the VCDS client to communicate with the ground, thus authenticating with a remote trusted server.

272.    Furthermore, the ███████████████████████ ██████████████████████████████████ (VIASAT_SC_0000107) provides tokens for digital rights management. Programmer comments state "████████████████████████████████

███████████████████████████████
███████████████████████████████

██████████████████████████████ ". This ████████████████████

█████████████████████████████████████████████

████████████████████████████████████████ .

273.    The code in the preceding paragraph is from the ██████████████ .  Similar code

is found in the previous server. ████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████ .

274.    A related file also from the older server is ████████████████████

█████████████████████████████████████████████ .

This file uses a ████████████████ .

275.    The file ██████████████████████████████████

████████████████████████████ VIASAT-SC_0000379.

Programmer comments "████████████████████████████

████████████████████████████████ .

276.    For at least these reasons, the Viasat system meets the limitations of this claim

limitation.

**7.    1[f] in response to the authentication, provide to the portable data
storage device an encrypted first media content and a corresponding
access key.**

277.    It is my opinion that the Viasat systems in all these use cases meets this element:

1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video

on Demand via Disney+ ("home-prestored"); 3.  IPTV for in-flight entertainment

("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for

Home.  ("OnDemand").

278.   In use case 1, the kiosk provides the media files of the requested content in
       encrypted format and provides the access key along with the content.  Vualto is
       the DRM service that keeps content protected and not viewable by those that the
       content owner does not want to view them.  DRMs include Microsoft PlayReady,
       Google Widevine, and Apple FairPlay.  In use case 2, the kiosk provides the
       media files of the requested content in encrypted format and provides the access
       key along with the content.  In use case 3, the kiosk provides the media files of
       the requested content in HLS format in encrypted format and provides the access
       key along with the content.  In use case 4, after the VCDS Web Proxy validates
       the device uuid and the other fields in the UserAgent token, then it delivers a
       manifest file for the movie/TV show.  With the manifest file, the device then
       requests individual segments and the VCDS server provides those segments in
       encrypted format with an access key that is then provided by the S4 server to the
       PED.

279.   For use case 4, Mr. Neri confirmed that there is encrypted storage in the home
       setup (Mr. Neri February 05, 2025, deposition 169:13-16). Mr. Neri also
       confirmed that the hub is the name for the external hard drive used in the home
       configuration (Mr. Neri February 05, 2025, deposition 188:4-8). Mr. Neri also
       stated, "In the residential use case, the ███████████████████████████████
       ████████████████████████████████████████████████████████."  (Mr.
       Neri February 05, 2025, deposition 189:13-18).

280.   The document VIASAT_00008738 at 767 states "████████████████████
       ████████████████████████████████████████████████████████████



" This discloses providing to the portable data storage device an encrypted first media content and a corresponding access key.

281.    In reference to installations on United Airlines, VIASAT_0008738 at 9216 states

." This discloses providing to the portable data storage device an encrypted first media content and a corresponding access key.

282.    In reference to installations on Jet Blue airlines, VIASAT_0008738 at 9284 states "

" VIASAT_0008738 at 9288 goes on to state that the DRM key request support had been deployed to production.

283.    In the case of Disney+ VIASAT_00008738 at 834 states "

" This discloses providing to the portable data storage device an encrypted first media content and a corresponding access key.

284.    Each of the preceding implementations of Viasat's system provide to the portable data storage device an encrypted first media content and a corresponding access key, in response to authentication.

285.    The document VIASAT_00005782 at 821 states that Vualto uses per content encryption keys.  The document VIASAT_0005801 states that Vualto DRM Platform "

." A POSITA would readily understand that this is providing

███████████████████████
███████████████████████████

to the portable data storage device an encrypted first media content and a corresponding access key, in response to authentication.

286.    The document VIASAT_0005782 at 812 states "████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████." This is clearly providing to the portable data storage device an encrypted first media content and a corresponding access key, in response to authentication.

287.    The ████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████
████████████████████████████████████████
████████████████████████. The ████████████████
██████████████████████████████████████
████████████████████████████. Then calls the ████████
██████████████████████ Then calls the ████████
██████████████████████████
██████████████████

288.    Furthermore, the ████████████████████████
████████████████████████████████████
(VIASAT_SC_0000107) ██████████████████████████████.
Programmer comments state "████████████████████████████

██████████████████████████
████████████████████████

████████████████████.” Note, DRM is digital rights management,

it is a process for securing copyright protected materials. This file includes a

███████████████████████████████████

███████████████████████████████

████████████

289.    Another example is found in the ██████████

████████████████████████████████████

███████████████████████████████

████████████████████.

290.    The █████████████████████████████

██████████████████████████████████

██████████████████████████████████

291.    The ██████████████████████████████

██████████████████████████████████

██████████████████████████

████████████████████. A POSITA would understand that a shared secret is

an encryption key.

292.    I note that, according to the February 28, 2025, deposition of Mr. Finn Hughes,

only Qantas is using this code (Mr. Hughes deposition, 21:3-18). If that is

accurate, then the preceding code would have limited applicability.

293.    The █████████████████████████████████

█████████████████████████████████████

The phrase ██████████████████████████████████’ is found 9 times in

six files in just this client-side code.  Note, according to the February 28, 2025,

deposition of Mr. Finn Hughes, only Qantas is using this code (Mr. Hughes

deposition, 24:8-12).  If that is accurate then the preceding code would have

limited applicability.

294.    The . Using tokens to

access content is an example of a secure region and authentication.  The ███

████████████████████████████ (VIASAT_SC_0000140).

295.    VIASAT_005782 at 810 states "The processor instance decrypts, verifies,

transforms, and ORM-packages the content."

296.    VIASAT_008767 states "The network terminal shall provide a secure private key

distribution mechanism in support of a secure VCDS Client end-point for

CPEs/PEDs."

297.    The ████████████████████████

████████████████████████████████

(VIASAT_SC_0000104), programmer comments state "███████████████

████████████████████████████████████".

The code uses the variable name s█████████.  This file is in the ██████



There is a ███████████████ (VIASAT_SC_0000105), and a

███████████████ (VIASAT_SC_0000105).  A POSTIA would recognize these

functions as related to cryptographic key generation.

298.  VIASAT_0006786 states "The decryption keys are managed by the onboard

DRM system and are uniquely generated for each content item."

299.  The document VIASAT_0005821 provides a graphic showing how Vualto and

digital rights management keys are distributed to devices:



For at least these reasons, and in view of the evidence laid out above, the Viasat

systems meet the limitations of this claim limitation.

███████████████████████████
████████████████████████████████

**8.     2. The kiosk of claim 1, further comprising a local data storage storing a plurality of encrypted media content.**

300.    It is my opinion that the Viasat systems in all these use cases meet this element:

1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2. Video on Demand via Disney+ ("InFlight OnDemand"); 3. IPTV for in-flight entertainment ("IPTV-Live"); and 4. Video on Demand via Disney+ provided by Stream for Home. ("Home OnDemand").

301.    In use case 1, 3, and 4,  the kiosk comprises a storage in the S4 server storing the encrypted media content.  In use case 2, the kiosk of Stream hub has a USB hard drive attached to store media content.

302.    VIASAT_0008738 at 773 states "When the VCDS Client starts up, it tries to determine the best available storage device offered by the platform on which it is running.  The storage device is typically "mounted" on the local file system and thus the path to the storage device is often a mount point.  The path to the storage device varies by type of attached storage for a given platform.  Once the path is confirmed to be usable, the VCDS Client builds out sub-directories for different purposes."

303.    VIASAT_0008738 at 846 discloses a local data storage storing a plurality of encrypted media content:



304.    Note that the final item is the cache to store files, such as the S4

305.    VIASAT_005782 at 797 also discloses the S4 onboard server: "The S4 is the

server installed in Viasat's W-IFE implementation for American Airlines.

Content is delivered either via satellite or manually via laptop by Viasat staff."

306.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

9.      6. The kiosk of claim 1, wherein the second data interface is a network
        interface.

307.    It is my opinion that the Viasat systems in all these use cases meet this element:

1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video

on Demand via Disney+ ("InFlight OnDemand"); 3.  IPTV for in-flight

entertainment ("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by

Stream for Home.  ("Home OnDemand").

308.    The 

. That structure

includes the following data:

. The                    is for onboard communications and is a

first data interface.  The            is for satellite communications and is a second data

interface.  Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is

identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025

Deposition (Feb. 5, 2025) at 101:4-6, 8 ("Q:  Is the VCDS system for residential

use, is that the same client as the VCDS client that operates on the airplane, or an

airplane?" "A:  Yes"). To the extent that, for use cases 1-3, the S4 server is

considered to be the kiosk, my analysis with respect to the second data interface

remains the same. The kiosk communicates with the VCDS ground servers, AWS

servers, and/or DRM servers (all "remote trusted servers") via the VCDS client

(on M3 Modem) to which S4 Server is connected via ethernet cable (Mr. Neri

Feb. 5, 2025 Deposition at 36:15-24), and then via the VCDS system's satellite

connection, which is the second data interface.

309.    The document VIASAT_00006471 at 513 also shows a second data interface

(highlighted in yellow:



310.    The second data interface is also disclosed in VIASAT_00006471 at 499, again

highlighted in yellow:



311.     VIASAT_00008420 at 424 also shows the second data interface (the satellite

communication):



313.     VIASAT_00006471 at 513 discloses the second data interface in communication

between the aircraft and the ground:



314.    *See also* claim 1[b].

315.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

### 10.    8. The kiosk of claim 1, wherein the kiosk is located in a public environment

316.    It is my opinion that the Viasat systems in all these use cases meet this element: 1. Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2. Video on Demand via Disney+ ("InFlight OnDemand"); 3. IPTV for in-flight entertainment ("IPTV-Live"); and 4. Video on Demand via Disney+ provided by Stream for Home. ("Home OnDemand").

317.    The court has construed located in a public environment as "a location accessible by the public." The VCDS client, S4 Server, and Modem are located on a plane,

███████████████████████

which is a location accessible to the public.  The plane is accessible to ticketed

passengers.  While passengers generally do not physically touch these S4 Server

and Modem, the passengers can often see the equipment and even see a flight

attendant adjusting some setting.

318.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

**11.    9[pre]  A method for provisioning secure media content to a plurality
of portable data storage devices from a kiosk, the method comprising**:

319.    It is my opinion that the operation of the Viasat systems meets this element of the

claimed method in all these use cases:  1.  Prestored media for in-flight

entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+

("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and

4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home

OnDemand").

320.    The document VIASAT_00005782 at 819 states "███████████████



███."  This is one example from documents that demonstrates that the VCDS

Client with the modem and S4 server is a kiosk.

321.    For use cases 1 (Inflight-Pre-stored), 2 (Inflight-OnDemand), and 3 (IPTV-Live),

the VCDS running on the M3 modem in conjunction with the S4 server is a

device used to access and distribute content provided by the system and is

therefore a kiosk.  It should be noted that in the March 2024 infringement

contentions, the Kiosk was identified as "one or more modules of the IFE system;

*e.g.*, one or more modules of Viasat's Network Access Unit ("NAU"), the

Viasat's Mobile Application Server, or the Viasat S4 Server; *e.g.*, one or more

modules of the Gateway system".  That is still the kiosk, however in this current

report, I provide more detail.

322.    The document VIASAT_0005782 at 798 provides an overview of the VIASAT

systems for at least use cases 1-3



323.    The preceding diagrams shows users with PED's accessing content from the

Kiosk (M3 modem with VCDS client in conjunction with the S4 server).

324. The document VIASAT_00005782 at 800 begins describing IFE modules (2.1.4.5 IFE Components). The VCDS client is identified among those components (2.1.4.5.12 VIASAT_00005782 at 801). The kiosk provides secure media content in the form of encrypted media files. Those files are provided to multiple portable data storage devices. The multiple data storage devices are the seatback devices and the PEDs used by users on the airplanes.

325. The document VIASAT_0008738 at 743, states the following about VCDS (emphasis added):

VCDS has multiple operational modes that address how video, or other high bandwidth *content may move through our network*:

- Live Video - Optimize the delivery of live, streaming video over the internet for services like broadcast TV or sporting events

- Video-on-Demand - Cache videos that subscribers watch on demand from sites like Netflix, Hulu, etc.

- Web Caching - Organically caching HTTP resources accessed by subscribers for things like common software downloads such as OS or game updates

- Distributions - Distribute curated content in advance to modems for scenarios like delivering a library of content to aircraft

326. This document makes it clear that the VCDS client distributes media and is a device used to access and distribute content provided by the system.

327. VIASAT_008738 at 760 has a diagram describing delivery of live video. That diagram is shown here:





328.    In this diagram it can be seen that the process begins with a ███████████

████████████████████████████████████████████████████████████.

The process proceeds to step 9 wherein the █████████████████████████

████████████████████████████████.    This is further disclosing a

device used to access and distribute content provided by the system.    It should be

noted that live TV includes IPTV.

329.    In addition to evidence in documents produced by Viasat, there is evidence in the

source code of this claim limitation.    The ██████████

████████████████████████████████████ VIASAT_0000164 handles

requests for content. Mr. Neri confirmed that this file has functions related to the

██████████████████████████████████████████ (Mr. Neri

February 05, 2025, deposition 171:21-172:22) The ██████████

████████████████████████████████████

████████████████████████ VIASAT_000169.  This function ██████

████████████████████████████████████. This file

demonstrates content being requested in conjunction with the VCDS client.  The

call tree for the function was produced as VIASAT_SC_0000029:

████████████████████████████████████████████████████

330.   The code ████████████████ VIASAT_0000033 is responsible for

publishing the media content.  As one example is the ████████████████

████████████████████████████████████.

This code demonstrates that the VCDS client along with the modem and the S4

server are used to access and distribute content provided by the system.

331.   It should be noted that VIASAT_0008745 states that ████████████████

████████████████████████████████████

████████████████████████████████████

████████.

332.   The VCDS client software runs in conjunction with or on the Viasat M3 modem

(Mr. Neri Deposition 33:5-9).  The modem provides a mechanism for

communicating outside the aircraft, for example with VCDS server (Smarts) on

the ground.

333.   VIASAT_0008738 at 770 describes the process by which a VCDS client joins a

multicast:

The sequence by which a VCDS client joins a multicast is then a multi-step

process:



334.    The preceding sequence discloses one way the VCDS client can obtain content to distribute to users in the aircraft.

335.    VIASAT_0005801 describes the VCDS system as follows: "████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████" The same document states "████████████ ████████████████████████████████████████████████ ████████████████." This code demonstrates that the VCDS-client with the modem and the S4 server are a device used to access and distribute content provided by the system.

336.    Moreover VIASAT_00006166 at 166 depicts content being delivered to user devices:



337.    VIASAT_00006471 at 532 further depicts the delivery of medica content to a

plurality of portable data storage devices:



338.  VIASAT_00006471 at 491 also discloses the limitations of claim 1 preamble:



339.  In view of the Court's claim construction order holding that the term "portable data storage device" shall be construed to mean "a storage device that can be

██████████████████████████
██████████

easily carried or moved about," End-user, semi-embedded, and seat back devices are portable data storage devices as such devices can be "easily carried or moved about." To the extent the aforementioned end-user devices, semi embedded devices, and/or seatback devices do not literally satisfy the requirements of the claimed portable data storage device, they perform the substantially same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems.

340. The ████████████████████████████
████████████████████████████
████████. This ██████████████████████
████████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████ also on VIASAT_SC_0000220. These functions show ██████████████████████. The call chain for ingesting content was produced as VIASAT_SC_0000028:

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

341. The ████████████████████████████
████████████████████████████
████████████████████████████

████████████████████████████

VIASAT_0000254.  The ████████████████████████

████████████████████████████████

████████████████████.  This code details the process by which the vcds-

client ingests content which is one step in accessing and distributing content

provided by the system

342.   The ████████████████████████████████

████████████████████████████.  That structure

includes the following data: ██████████████████████████

████████████████████.  The ████████ is for onboard communications and is a

first data interface.  The ██████ is for satellite communications and is a second data

interface configured to communicate, over a network, with a remote trusted

server.  The remote trusted server being the Smarts server on the ground.

343.   As has been stated elsewhere in this report, Viasat's witness, Mr. Jason Neri also

confirmed that the VCDS client is identical for both home and in-flight

applications. Mr. Neri Feb. 5, 2025 Deposition (Feb. 5, 2025) at 101:4-6, 8 ("Q:

Is the VCDS system for residential use, is that the same client as the VCDS client

that operates on the airplane, or an airplane?" "A:  Yes").

344.   The document VIASAT_00006471 at 513 also shows a second data interface

configured to communicate over a network, with a remote trusted server (The

encrypted HLS with the Viasat Data Center):



345. The second data interface is also disclosed in VIASAT_00006471 at 499, shown by the satellite communication between the CMS and the onboard server:





346.    VIASAT_00008424 also shows a second data interface configured to communicate, over a network, with a remote trusted server (the satellite communication):



347.    VIASAT_00006471 at 526 also discloses a second data interface configured to communicate, over a network, with a remote trusted server:



████████████████████████
████████████████████

348.   A POSITA would recognize that the network access on the left including the Ka-band antenna and satellite modem is a second data interface configured to communicate, over a network, with a remote trusted server.

349.   The ████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
████████████████████████. (VIASAT-SC_0000473)This code demonstrates the kiosk provisioning secure media to portable storage devices.

350.   *See also* Claims 1[pre]-1[b].

351.   For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

352.   The Court construed the term "portable data storage device" to mean "a storage device that can be easily carried or moved about."  It is my opinion that end-user, semi-embedded, and seat back devices are portable data storage devices under the Court's construction as such devices can be "easily carried or moved about."  The fact that seat back devices are attached to the back of a seat does not change the nature of these devices; they are portable as they can be easily carried or moved about before and after being attached to the back of the seat.  The "seatback devices" even appearing embedded, are essentially smart tablets with one or two wires that can easily connect and disconnect for power and ethernet. For example, in a public document published by Panasonic Avionics, which Mr. O'Sullivan confirms to be one of the only two major seatback display screen providers on the

market (Mr. Des O'Sullivan Feb. 26, 2025, Deposition at 91:21-92:11), an

exemplary 16-inch "smart" seatback display unit is essentially a tablet with only

two ports ("J1" and "J2") for power and ethernet data transmission. WD-Viasat-

NDCA00015235 at 6289, 290. This figure shown on WD-Viasat-

NDCA00015235 at 6290 shows the tablet with two ports:



Figure 1. 16-inch Smart Monitor (SM) - Component Description

353.    The display size may vary, but the essential construction of a tablet with two

power and ethernet ports remain the same. For example, WD-Viasat-

NDCA00015235 at 6291, 292 shows a variation of the display unit shown above

but in a 24-inch size. The dimensions are larger but the ports are the same.

354.    The installation and removal of such smart tablets only involves the screwing and unscrewing of a few of mounting screws, which hold the display unit onto a frame, and the plugging and unplugging of power and ethernet. In the same 16-inch and 24-inch smart tablet examples, there are 8 screws. WD-Viasat-NDCA00015235 at 6304, 6308.



L_MM_442521_4_0007_01_00

Figure 4002. 16-inch Smart Monitor (SM) - Removal/Installation (Sheet 1 of 4)

355.    It is my opinion that these seatback devices, which are essentially smart tablets literally satisfy the claim element, because they "can be easily carried or moved about" and are therefore portable. A user or a staff member can easily carry this 16-inch tablet about after manually removing the screws and unplugging the two ports.

356.    To the extent the aforementioned end-user devices, semi embedded devices, and/or seatback devices, exemplified by the 16-inch and 24-inch tablets do not literally satisfy the requirements of the claimed portable data storage device, they

133

perform the substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. The Patent teaches that the function of the portable data storage devices for media playback is to "remotely access the content and play it on a mobile device." '400 Patent 5:19-34. A semi-embedded or embedded seatback display unit carries out this function: the seatback display units distributes media content away from the kiosk onboard, which is remote from individual passenger seas, and to within touch and viewing distances of individual users onboard seated in seats by remotely accessing the content in the kiosk. The way of delivering media according to the patent is a connection between the storage device and the kiosk "via a secure connection." *Id*. The seatback devices, exemplified by the Panasonic Avionics tablets discussed above, carry out this function via substantially the same way: the embedded seatback display units are connected to the kiosk securely via a wired connection and the semi-embedded display units are connected to the kiosk via WAPs. *See* VIASAT_00006471 at 477. The result of the portable data storage device according to the teachings of the Patent is that kiosk distributes individual media content remotely away from the kiosk to individual users. The seatback display units achieve substantially the same function. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems. As I explained above, it is my understanding that infringement can be met when the accused product satisfies the function-way-result test. It is my opinion that, if the seat back devices do not

literally meet the "portable data storage device" limitation, the seat back devices meet the claim limitation under this function-way-result test.

357.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation for all four use cases under the doctrine of equivalents for seat back devices.

**12.    9[a] establishing communications with a portable data storage device over a first data interface;**

358.    It is my opinion that the operation of the Viasat systems meets this element of the claimed method in all these use cases:  1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored");  2.  Video on Demand via Disney+ ("InFlight OnDemand");  3.  IPTV for in-flight entertainment ("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home OnDemand").

359.    For Use Cases 1 (Inflight-Pre-stored) and 2 (InFlight OnDemand) the first data interface is the wireless access point (WAP) that facilitates communication between the S4 server and the PED (Personal Entertainment Devices).  In use case 3 (IPTV-Live), the first data interface is the WAP interface between the S4/Kontron Server and the PEDs of users or between the S4/Kontron Server and semi-embedded display units.

360.    For Use Case 1 (Inflight-Pre-stored), with respect to users' PEDs, the WAP is configured to communicate between the S4/Kontron server and PEDs. VIASAT_0005782 at 798 is the following diagram:



361. VIASAT_0005782 at 477 also describes elements of the in-flight system including various client devices such as the seatback client, as well as the Wi-Fi and wired connections:



362.    VIASAT_0006471 at 499 shows an overview of the in-flight system including the user devices connected to the wireless access point, the onboard server, and the ground base components of the system:



363.    The preceding diagram shows the connections between

364.    For Use Case 1 (Inflight-Pre-stored), with respect to the seatback display units, the first data interface is the cabled/ethernet connection between the S4/Kontron server and the seatback devices.  VIASAT_00006471 at 477.

365.    For Use Case 4 (Home OnDemand), the first data interface is the WAP interface between the home gateway modem-router and the user's PEDs at home, such as computers, smartphones, smart TVs, tablets, etc.  The home gateway modem-router provides the WAP interface.  *See* https://help.viasat.com/s/article/Viasat-WiFi-Gateway-FAQ-s



366. The VCDS system used for home use is the same as in commercial airlines. (Mr. Neri February 05, 2025, deposition101:4-8).

367. VIASAT_00008420 at 424 Also shows the WAP interface.

368. The document VIASAT_0005782 at798 provides an overview of the VIASAT system for at least use cases 1-3:



369.    VIASAT_00006471 at 477 discloses this claim limitation for use cases 1
(Inflight-Pre-stored), 2 (InFlight OnDemand) and 3 (IPTV-Live):



370.    The Wi-Fi connection is a first data interface configured to communicate with the
portable storage device.  The preceding document shows the Wi-Fi being used to
communicate with PED, semi-embedded, and seatback devices.

371.    In addition to documentary evidence, the source code discloses this claim
limitation. file ███████████████████████████████.  That structure
includes the following data: █████████████████████████
█████████████.  The ██████ is for onboard communications and is a
first data interface configured to communicate with the portable storage device.
The ████ is for satellite communications and is a second data interface.

372.    The PED and seatbacks are portable data storage devices VIASAT_00006471 at
513 shows a diagram of the onboard system, including the PED and seatbacks.



373.    VIASAT_00006471 at 499 discloses a wireless access point, and thus a first data
interface:



374. As shown in the preceding diagram, the Wireless Access Point provides communication between the onboard server and client devices including seatback devices, portable devices, and passenger apps/browser. A POSITA would understand this is a depiction of a first data interface configured to communicate with the portable storage device.

375. *See also* Claim 1[a].

376. The Court construed the term "portable data storage device" to mean "a storage device that can be easily carried or moved about." It is my opinion that end-user, semi-embedded, and seat back devices are portable data storage devices under the Court's construction as such devices can be "easily carried or moved about." The fact that seat back devices are attached to the back of a seat does not change the nature of these devices; they are portable as they can be easily carried or moved about before and after being attached to the back of the seat. The "seatback devices" even appearing embedded, are essentially smart tablets with one or two wires that can easily connect and disconnect for power and ethernet. For example, in a public document published by Panasonic Avionics, which Mr. O'Sullivan confirms to be one of the only two major seatback display screen providers on the market (Mr. Des O'Sullivan Feb. 26, 2025, Deposition at 91:21-92:11), an exemplary 16-inch "smart" seatback display unit is essentially a tablet with only two ports ("J1" and "J2") for power and ethernet data transmission. WD-Viasat-NDCA00015235 at 6289, 290. This figure shown on WD-Viasat-NDCA00015235 at 6290 shows the tablet with two ports:



INFRARED RECEIVER

A

J3

J2    J1

A

L_MM_442500_0_0002_01_00

**Figure 1. 16-inch Smart Monitor (SM) - Component Description**

377.    The display size may vary, but the essential construction of a tablet with two

power and ethernet ports remain the same. For example, WD-Viasat-

NDCA00015235 at 6291, 292 shows a variation of the display unit shown above

but in a 24-inch size. The dimensions are larger but the ports are the same.

378.    The installation and removal of such smart tablets only involves the screwing and

unscrewing of a few of mounting screws, which hold the display unit onto a

frame, and the plugging and unplugging of power and ethernet. In the same 16-

inch and 24-inch smart tablet examples, there are 8 screws. WD-Viasat-

NDCA00015235 at 6304, 6308.



Figure 4002. 16-inch Smart Monitor (SM) - Removal/Installation (Sheet 1 of 4)

379.   It is my opinion that these seatback devices, which are essentially smart tablets literally satisfy the claim element, because they "can be easily carried or moved about" and are therefore portable. A user or a staff member can easily carry this 16-inch tablet about after manually removing the screws and unplugging the two ports.

380.   To the extent the aforementioned end-user devices, semi embedded devices, and/or seatback devices, exemplified by the 16-inch and 24-inch tablets do not literally satisfy the requirements of the claimed portable data storage device, they perform the substantially the same function in substantially the same way to obtain substantially the same result as the claimed portable data storage device. The Patent teaches that the function of the portable data storage devices for media playback is to "remotely access the content and play it on a mobile device." '400 Patent 5:19-34. A semi-embedded or embedded seatback display unit carries out

this function: the seatback display units distributes media content away from the kiosk onboard, which is remote from individual passenger seas, and to within touch and viewing distances of individual users onboard seated in seats by remotely accessing the content in the kiosk. The way of delivering media according to the patent is a connection between the storage device and the kiosk "via a secure connection." *Id*. The seatback devices, exemplified by the Panasonic Avionics tablets discussed above, carry out this function via substantially the same way: the embedded seatback display units are connected to the kiosk securely via a wired connection and the semi-embedded display units are connected to the kiosk via WAPs. *See* VIASAT_00006471 at 477. The result of the portable data storage device according to the teachings of the Patent is that kiosk distributes individual media content remotely away from the kiosk to individual users. The seatback display units achieve substantially the same function. For example, these devices communicate with one or more modules of the Viasat IFE, W-IFE, and/or Gateway systems. As I explained above, it is my understanding that infringement can be met when the accused product satisfies the function-way-result test. It is my opinion that, if the seat back devices do not literally meet the "portable data storage device" limitation, the seat back devices meet the claim limitation under this function-way-result test.

381.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation for all four use cases under the doctrine of equivalents for seat back devices.

382.   For at least these reasons, the Viasat systems practice this element of the method
and thus meets this claim limitation.

**13.    9[b] establishing communications with a remote trusted server via a
second data interface over a network;**

383.   It is my opinion that the operation of the Viasat systems meets this element of the
claimed method in all these use cases:  1.  Prestored media for in-flight
entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+
("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and
4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home
OnDemand").

384.   For Use Cases 1 (Inflight-pre-stored) and 3 (IPTV-Live), the second data interface
is the satellite connection between the VCDS client (such as the M3 Modem and
Home terminal) and the VCDS ground servers, AWS servers, and/or DRM
servers (all "remote trusted servers").

385.   For Use Cases 1 (Inflight-pre-stored) and 3 (IPTV-Live), VIASAT_0005782 at
798 clearly shows this second data interface via the Viasat satellite and the
Antenna onboard between the M3 model and the ground "that enables
communication from the kiosk over the satellite network down to the remote
trusted server, which is the collection of VCDS server software operating on the
ground.  In use case 2 the second data interface is the modem's satellite interface
that enables communication from the kiosk over the satellite network down to the
remote trusted servers."



386. This claim limitation is disclosed in the source code produced. The ███████

███████████████████████████████████████████████████████████

███████████████████████████. That structure includes the following data:

████████████████████████████████████████████████████. The

███████ is for onboard communications and is a first data interface. The

███████ is for the onboard wireless communication and is a first data interface.

The ████ is for the satellite connection, the second data interface.

387. For Use Case 3, the document VIASAT_00006471 at 513 also shows a second

data interface configured to communicate over a network, with a remote trusted

server (The encrypted HLS with the Viasat Data Center):



388.    Also for Use Case 3 (IPTV—Live), VIASAT_00055833 at 837, which is a high
level overview of VIASAT's live TV use case (Mr. O'Sullivan Feb. 26
Deposition 127:7-14), also shows this second data interface between the kiosk and
the remote trusted servers via the satellite connection.

389.    The second data interface is also disclosed in VIASAT_00006471 at 499, shown
by the satellite communication between the CMS and the onboard server (This is
applicable at least to use cases 1 (Inflight-Pre-stored) and 3 (IPTV-Live)):



390.    For Use Cases 2 (home-prestored) and 4 (OnDemand), VIASAT_00008420 at

8424 also shows a second data interface configured to communicate, over a

network, with a remote trusted server (the satellite communication):



391.    The second data interface is shown in the preceding diagram as the satellite

connection. To the extent that, for use cases 1-3, the S4 server is considered to be

the kiosk, my analysis with respect to the second data interface remains the same.
The kiosk communicates with the VCDS ground servers, AWS servers, and/or
DRM servers (all "remote trusted servers") via the VCDS client (on M3 Modem)
to which S4 Server is connected via ethernet cable (Mr. Neri Feb. 5, 2025
Deposition at 36:15-24), and then via the VCDS system's satellite connection,
which is the second data interface.

392.    VIASAT_00006471 at 526 also discloses a second data interface configured to
communicate, over a network, with a remote trusted server:



393.    A POSITA would recognize that the network access on the left including the Ka-
band antenna and satellite modem is a second data interface configured to
communicate, over a network, with a remote trusted server.

394.    *See also* Claim 1[b].

395.    For at least these reasons, the Viasat systems practice this element of the method
and thus meets this claim limitation.

██████████████████████████

**14.    9[c] obtaining a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device;**

396.    It is my opinion that the operation of the Viasat systems meets this element of the claimed method in all these use cases:  1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+ ("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home OnDemand").

397.    For Use Case 1 (Inflight-Pre-stored), the processor obtains a unique identifier from a user's PED device in the format of an ██████████████████████. From this header, the ████████████████████████████ ████████████████████████████.  The obtained identifiers are unique to the PED.  The identifiers are scrambled and hashed by the PEDs and therefore "concealed by the portable data storage device."  This playback request is made from the portal to the ife-onboard-server.  Viasat uses standard TCP/IP protocols (Mr. Slater Deposition101:12-105:21).  The HTTP requests for Live TV would have the same HTTP structured element as any other HTTP request (Mr. Neri February 05, 2025, deposition 70:13-20)  In the Live TV context discussed below, for each viewing attempt by a player, the user selects the play button, and a██████████████████████████████ █████████████████████████.  The included ██████████ is a non-random universally unique identifier.  VIASAT_00060099 at 183, 185.  In an example provided, the ██████████████ is exemplified by ██████████████████ ████████████████.  VIASAT_00060099 at 185.  Similarly, for Use Case 1,



whenever content is played back, a user event message is generated by the kiosk, an example of the player event message is shown at VIASAT_0005782 at 6033, and in this example, a " ███████ string is included which is a unique identifier of the data storage device.  In the example, " ████████ is shown to be a hashed string and therefore "concealed" by the data storage device.

398. VIASAT 00060183 discloses " ████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████ "

399. Further, in the Viasat W-IFE system, Device authentication with the DRM server is via a signed token that is "unique to the device," and "the Application Server will only grant a signed token to a device where the content availability rules have been satisfied and access purchased where necessary," VIASAT_0000618 at 625. This signed token is the unique identifier.

400. The content of the DRM token is in accordance with JW Player's public documentation (Mr. Hughes Deposition at 56:13-17).  Such DRM tokens include an encrypted DRM policy and a signed hash, both of which make the signed token "concealed by the portable data storage device."  *See, e.g.*, https://docs.jwplayer.com/platform/reference/studio-drm-token-api-v2 .

401. VIASAT_00014565 which is a current revision of Viasat's Content Security Whitepaper (Mr. Hughes Deposition at 125:20) at 562 confirms that " ████
█████████████████████████████████████████████████████
████████████████████████████████████████████████



." " ████████████████████████████████████

████████████████████████████████

████████████████████████████." This signed token is a

unique identifier.

402.    The content of the DRM token is in accordance with JW Player's public

documentation (Hughes Deposition at 56:13-17). Such DRM tokens include an

encrypted DRM policy and a signed hash, both of which make the signed token

"concealed" to the user. *See,*

*e.g.*,https://docs.jwplayer.com/platform/reference/studio-drm-token-api-v2.

403.    VIASAT 00060099 at 155 states "████████████████████████

████████████████████" and "████████████████████████

████████████████████████."

404.    For Use Case 2 (Inflight OnDemand), the processor obtains a unique identifier

from a user's PED (the portable data storage device Disney+ app generates an

████████████████████████████████████

████████████████████ (Mr. Neri February 5, 2025, Deposition

Transcript at 53:18-21, 55:16-23, 64:14-22). That ████████ is a unique identifier

of the specific PED. That ████████████████████████████████

are then received by the VCDS client.

405.    The document VIASAT_00005782 at 850 discloses the ████████████████

████████████████████.

406.    Further, Disney enforces token requirements for all URL requests. Disney

validates tokens. VIASAT 17827-830. Specifically, Disney validates tokens for

the fields identified on VIASAT_00016425 at 426, including a ▮▮▮▮▮

indicated as "▮▮▮ Neri Deposition 181:11-16.



407.    In use case 2, this ▮▮▮▮▮ is expected to be a hashed string. *See*

VIASAT_00006354 at 365.  It is not viewable by the user and is thus "concealed"

by the data storage device.

408.    For Use Case 3 (IPTV-Live), similarly the processor obtains a unique identifier

from a user's PED or Seatback device in the format of an ▮▮▮▮▮

▮▮▮▮.  From this header the ▮▮▮▮▮

▮▮▮▮▮.  The obtained identifiers are

unique to the PED.  The identifiers are scrambled and hashed and therefore

"concealed."  The HTTP requests for live TV would have the same HTTP

structured element as any other HTTP request (Mr. Neri February 05, 2025,

deposition 70:13-20).  The ▮▮▮▮▮

▮▮▮▮▮ (Mr. Neri February 05, 2025, deposition

72:2-73:9).  For each viewing attempt by a player, the user selects the play button,



and a ███████████████████████████████████

██████████████████████████████████████.

VIASAT_00060099 at 183, 185.  In an example provided, the ███████████ is

exemplified by "███████████████████████████████.

VIASAT_00060099 at 185.  The Viewing Attempt message initiated by the PED

and sent by the IPTV Player App is also shown in context on VIASAT_00060099

at 133.  In the example, "███████ is shown to be a hashed string and therefore

"concealed" by the data storage device.

409.    The Use Cases 1-3 are clearly shown by VIASAT_0005782 at 798, which is

Exhibit 4 to the Neri Deposition:



███████████████████████

410.   In the preceding figure each PED connects to the wireless access point in order to access the Viasat S4 server.  The major components of the IFE docker network and mobility retail platform are also shown, along with the VCDS Client and the M3 modem connecting to resources on the ground.

411.   For Use Case 4 ("Home OnDemand"), the processor obtains a unique identifier from a user's PED or other device in the format of an HTTP Request Header. From this header the Terminal Modem kiosk obtains MAC address, IP address, uids, and/or user login information from the PEDs.  The obtained identifiers are unique to the PED.  The identifiers are scrambled and hashed and therefore "concealed."  VCDS for residential use is the same client as the VCDS client that operates on the airplane (Mr. Neri February 05, 2025, deposition 101:4-8). Disney enforces token requirements for all URL requests.  Disney validates tokens.  VIASAT 17825 at 827-830.  Specifically, Disney validates tokens for the fields identified on VIASAT_00016425 at 426, including a ██████████████ Neri Deposition 181:11-16.

████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████

412.  VIASAT_00008420 at 424 has a diagram describing delivery of on demand

videos for Use Case 4.  Here, the PEDs send requests for content to S4.  VCDS

Sender in Core Node creates HTTP requests for content provider files and sends

the requests to the VCDS proxy cache, in live tv and vod use cases.  Neri 129:7-

132:9.  This figure is an accurate depiction of the Viasat VCDS for residential.

███████████████████████████████ (Mr. Newman Deposition

Transcript 81:17-83:21).  A POSITA would readily appreciate that a cache is a

form of storage[21,22,23,24].



413.  On iOS devices, the ████████ Is a unique id that is an AES 256-bit key that is

part of the application processor, and no software or firmware can read them

directly.  One can only see the results of encryption and decryption operations

---

[21]  https://cs61.seas.harvard.edu/site/2019/Storage/

[22]  https://ftp.math.utah.edu/pub/tex/historic/systems/texlive/1997/SUPPORT/W3C-LIBW.1B/LIBRARY/USER/USING/CACHE.HTML

[23]  https://engineering.purdue.edu/WukLab/caching.html

[24]  https://citeseerx.ist.psu.edu/document?repid=rep1&type=pdf&doi=8dc7caf3409d29aa3371ff5909528b782b4dbb70

███████████████████
██████████████

done with this key.  *See* VIASAT_00006354 at 365.  This is one example of a unique identifier for the device that is not viewable by the user and is thus "concealed" by the data storage device.  VIASAT 00060099 at 155 states "████

██████████████████████████████████████████████████ " and "████

████████████████████████████████████████████████

███████████████████ "

414.    Source code also depicts the obtaining of the claimed unique identifiers of the portable data storage devices.

415.    VIASAT 00060099 at 183 discloses "██████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

416.    During Mr. Neri's February 05, 2025, deposition, he confirmed that a PED sends an HTTP request for content (Mr. Neri deposition 53:16-54:11). Mr. Neri also confirmed that the VCDS client with the S4 server processed the HTTP request from the PED, and if the file requested is not found, then the VCDS client creates a request that is sent to the remote server (Mr. Neri deposition 57:4 - 59:7).

417.    Source code also depicts the obtaining of the claimed unique identifiers of the portable data storage devices.

418.    The ██████████████████████████████████

███████████████████████████████████████ .  That ████████

█████████████████████████████████████████████████

██████████████████████████████ .  A mac address is a

██████████████████████████
██████████████████████████████

unique identifier.  The user token in this case is a unique identifier for the VCDS
client/modem, not the portable storage device, but is an important part of air to
ground communications.

419.    In Mr. Neri's February 5, 2025, deposition he confirmed that the user token is
based on the MAC address of the VCDS client (Mr. Neri deposition 156:19 –
157:21).

420.    Furthermore, the file ██████████████████████████
████████████████████████████████████████
████████████████████████████████.
Programmer comments state "███████████████████████████████
█████████████████████████████████
██████████████████████████████████████████
████████████████████████████████.

421.    The ████████████████████████
██████████████████████████████████████
████████████████████████████████
██████.  The ██████ is used in digital rights management.  For example, the
██████████████████████████████████████
█████████████████████████.  The ██████
████████████████████████████ VIASAT_SC_0000002.
The ██████ is one example of a unique identifier for the portable storage device.
Note, according to the February 28, 2025, deposition of Mr. Finn Hughes, only

████████████████████████████████

Qantas is using this code (Mr. Hughes deposition, 21:3-18). If that is accurate then the preceding code would have limited applicability.

422. The ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

██████████████ as well as other unrelated items. This █████ is an example of a unique identifier for the portable storage device.

423. Numerous documents produced by Viasat disclose a unique identifier from the portable data storage device that is specific to the portable data storage device and is concealed by the portable data storage device. The following are samples of such documents:

424. VIASAT_0006787 also asserts that the DRM system allows devices to play content without the ability to save it unencrypted. The DRM also uniquely identifies each device before any user is allowed to stream content.

425. VIASAT_0006970 states "Device authentication with the TRM server is via a signed token that is unique to the device."

426. The latest revision of Viasat Wireless IFE Content Security Whitepaper, VIASAT-SC_00014554 at 562 states "███████████████████████████

████████████████████████████████████████

██████████████████████████████████.

427. VIASAT_00006354 at 365 discloses that PED that uses iOS has a unique ID:



428.    VIASAT_00006354 at 367 and VIASAT_00006153 at 162 disclose a unique

identifier to whitelist applications:



429.    Code related to ▮▮▮▮▮▮▮ can be found in at least the following: ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

430.    Each of the preceding examples are unique identifiers for the portable storage device and are applicable to use cases 1,2 ,3, and 4.  None of these identifiers are displayed to the user, as it is not necessary for a user to have access to them in order to use the system.  Thus, these unique identifiers are concealed.

431.    All of these are examples of obtaining a unique identifier from the portable data storage device, wherein the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device.

432.    *See also* Claim 1[d].

433.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

███████████████████████

### 15.    9[d] authenticating the portable data storage device, using at least the unique identifier, by communicating with the remote trusted server over the second data interface; and

434.    It is my opinion that the operation of the Viasat systems meets this element of the claimed method in all these use cases:  1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+ ("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home OnDemand").

435.    For Use Case 1, depending on the DRM service, the kiosk either sends the obtained identification (a token unique to the data storage device) to a remote trusted server (DRM server) on the ground via the second data interface (the satellite internet connection) or have the onboard DRM server authenticate the token and update DRM server policies as part of software updates by communicating with a remote trusted server over the second data interface (the satellite internet connection) to obtain the software updates.

436.    In the Viasat W-IFE system, Device authentication with the DRM server is via a signed token that is "unique to the device," and "████████████████████ ██████████████████████████████████████████ █████████████████████," VIASAT_0000618 at 625.  The DRM platform "█████████████████████████████████. VIASAT_0000618 at 625.

437.    Further, VIASAT_00014554 which is a current revision of Viasat's Content Security Whitepaper (Hughes Deposition at 125:20) at 562 confirms that "██████ ████████████████████████████████

███████████████████
███████████████████
████████████████████████████████
████████████████."

438.    In response to an ████████████████████

████████████████████████████████, (Mr.

Hughes Deposition 53:11-56:2).  Moreover, when the DRM license server is

Microsoft's PlayReady, the license server is a remote trusted server on the

ground.  When certain requirements are met, the Token API issues a token that is

unique to the portable storage device.  *See* VIASAT-SC_00014554 at 562.  The

PED then transmits that token with a request for the content. (Mr. O'Sullivan

Deposition, 111:4-9). "That token (unique identifier) is then used to authenticate

the request by that PED.  In some instances, the kiosk authenticates the portable

data storage device by communicating with the PlayReady Token API on the

ground (a remote trusted server) the token the HLS or DASH string, which is at

least based on the unique identifier of the portable data storage device, over the

second data interface (satellite network).  In the case of Fairplay (Apple) and

WideView (Google) DRM license servers, the license servers are necessarily

updated whenever new media is loaded onboard.  Indeed, in the Viasat Wireless

IFE Content Security Whitepaper Rev:  C and Rev. D, Viasat indicates that

updates to the DRM servers take place.  Viasat_00000618 at 629 (Section 7.6)

and Viasat Updates to the DRM license policy may be done ███████████

████████████████████████.  As such,

the kiosk authenticates the portable data storage device by communicating the

HLS or DASH string, which contains information generated from the obtained

unique identifier of the device, to the DRM license server, and having the onboard

DRM license server communicating with a remote trusted server (DRM license

server) to update the DRM license OTA which is over the second data interface

(satellite network interface).

439.    The document VIASAT_0005782 at 821, showing a same diagram as

VIASAT_00014554 at 565 which is a current revision of Viasat's Content

Security Whitepaper (Hughes Deposition at 125:20), provides a graphic showing

how Vualto and digital rights management keys are distributed to devices:



440.    VIASAT_00005782 at 5821 also stated the following regarding tokens "The

Vualto token provider generates a short-lived (one minute or less) signed token.

The token requests are generated on the IFE Server on behalf of the client and

only if the content meets the availability rules will the token request be granted.

Content availability is limited by date and can also be limited to specific routes or

tails.  A correctly signed and non-expired token is required to authenticate a

████████████████████████████████████

license request from the DRM license servers.  "For Use Cases 2 and 4, the kiosk

transmits the obtained identification (████████████████████████████

████ over the second data interface (satellite internet connection) and receives

authentication of the PEDs.

441.  The ████████████████████████████████████████

████████████████████████████████████████████████████.

If the ████████████████████████████████████████

████████████████████████████.  (Mr. Neri Feb. 5, 2025

Deposition 58:3-59:11).  One thing the client does is to create an HTTP request to

the origin (Disney Server) for the file.  VCDS Web Proxy validates the Disney+

application generated token (Mr. Neri February 05, 2025, deposition 176:15-

177:22).

442.  As was shown in reference to claim element 1[d], a unique identifier for the

portable storage device is obtained.  That unique identifier is used to authenticate

the portable storage device and provide access to media.  The claim limitation

does not require either that the unique identifier be sent to the remote trusted

server, or that the step of communicating with the remote trusted server occurs

every time a portable storage device is authenticated.  For example, if the media is

already on the S4 server, then there would be no need at that point to

communicate with the remote trusted server.  However, when new content is

added, or live content is being viewed, the digital rights management information

(such as tokens) is obtained from the remote trusted server.  That digital rights

████████████████████████
████████████████████████████

management information is then used when a portable storage device accesses
that information.

443.    The VCDS communicates with the remote server when new content is needed.
During Mr. Neri's February 05, 2025, deposition, he confirmed that a PED sends
an HTTP request for content (Mr. Neri deposition 53:16-54:11). Mr. Neri also
confirmed that the VCDS client with the S4 server processed the HTTP request
from the PED, and if the file requested is not found, then the VCDS client creates
a request (Mr. Neri deposition 57:4 - 59:7). This is authenticating the portable
device by communicating with the remote trusted server.

444.    The second data interface was discussed in reference to claim element 1b, but
some of that evidence is also presented here. The ██████████
████████████████████████████████████████
██████████████████. That structure includes the following data:
████████████████████████████████████. The
███████ is for onboard communications and is a first data interface. The ████████
is for satellite communications and is a second data interface.

445.    The file ████████████████████████████████
████████████████████████████████████████
██████████████. This function is in turn called from multiple other functions,
ultimately being called by the ████████████████████.

446.    In Mr. Neri's February 5, 2025, deposition he confirmed that the S4 server system
used a satellite modem with the VCDS client running on the modem (Mr. Neri
deposition 117:20-118:2).



447.    The following code is from device side (user device or seatback device)

. This

. Note a

. That token is used to

authenticate the device in order to view the media.  Related code is found at

(VIASAT-SC_00000487).

448.    This file references a

. This file also

. These are

settings for playing video, including the url and token for digital rights

management.

449.    The document VIASAT_0008775 contains diagram showing communication

between the VCDS client onboard and the VCDS Smarts that is not on the plane:



450.    VIASAT_0008846 also discloses the VCDS client running on the modem:



451.    For use case 3, the kiosk authenticates and authorizes PEDs and seatback devices by communicating with the IPTV Ground Segment through a Conditional Access System (CAS) or a similar DRM system via the second data interface.

452.    VIASAT_00006471 at 513 discloses authentication for IPTV:



453.    In the previous diagram, it is clear that the kiosk comprising MT (mobile terminal) and the onboard server communicates with the IPTV Ground Segment and obtains "Authentication/Authorization" to display IPTV media content.

454.    Another depiction of the "Ground Segment" for IPTV is found in VIASAT_00055833 at 836:



455.    The preceding diagram shows essentially the same features as VIASAT_00006471 at 513.  The Key management servers are part of the IPTV ground segment.  And the metadata of the VIASAT_00055833 document titled "Live TV Overview" as produced shows a creating date of 2021.



| All Custodians | Viasat |
|---|---|
| Begin Family | VIASAT_00055829 |
| Character Count | 2909 |
| Confidentiality | Highly Confidential - A |
| Date Accessed | 06/03/2024 12:35 pm ( |
| Date Created | 04/07/2021 10:39 am ( |
| Date Modified | 06/03/2024 12:35 pm ( |

456.    VIASAT_00000618 at 624-629 discloses tokens for authentication:





457.    As the preceding shows, the unique identifier of the portable storage device is used in authenticating.  Furthermore, the request for media content can trigger the VCDS client to communicate with the ground, thus authenticating with a remote trusted server.

458.    Furthermore, the ███████████████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████████████████████████████████. Programmer comments state "███████████████████████████████████████████

████████████████████████

████████████████████████

████████████████████████ ".  This file includes a ████████████

████████████████████████████████████████

████████████████████████████████████ .

459.    The code in the preceding paragraph is from the ████████████ .  Similar code

is found in the previous server. ████████████████████

████████████████████████████████████████

████████████████████████████████████████ .

460.    A related file also from the older server is ████████████████████

████████████████████████████████████████ .

This file uses a ████████████████ .

The file \████████████████████████████

████████████████████████ VIASAT-SC_0000379.

Programmer comments "████████████████████████

████████████████████████████ .

461.    *See also* Claim 1[e].

462.    For at least these reasons, the Viasat systems practice this element of the method

and thus meets this claim limitation.

**16.    9[e] in response to the authentication, providing to the portable data
storage device an encrypted first media content and a corresponding
access key.**

463.    It is my opinion that the operation of the Viasat systems meets this element of the

claimed method in all these use cases:  1.  Prestored media for in-flight

entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+

("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and

████████████████████████████

4. Video on Demand via Disney+ provided by Stream for Home.  ("Home OnDemand").

464.    In use case 1, the kiosk provides the media files of the requested content in encrypted format and provides the access key along with the content.  Vualto is the DRM service that keeps content protected and not viewable by those that the content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay.  In use case 2, the kiosk provides the media files of the requested content in encrypted format and provides the access key along with the content.  In use case 3, the kiosk provides the media files of the requested content in HLS format in encrypted format and provides the access key along with the content.  In use case 4, after the VCDS Web Proxy validates the device uuid and the other fields in the UserAgent token, then it delivers a manifest file for the movie/TV show.  With the manifest file, the device then requests individual segments and the VCDS server provides those segments in encrypted format with an access key that is then provided by the S4 server to the PED.

465.    For use case 4, Mr. Neri confirmed that there is encrypted storage in the home setup (Mr. Neri February 05, 2025, deposition 169:13-16). Mr. Neri also confirmed that the hub is the name for the external hard drive used in the home configuration (Mr. Neri February 05, 2025, deposition 188:4-8). Mr. Neri also stated, "In the residential use case, the host platform where the VCS client is running is encrypting anything written to the USB attached hard drive."  (Mr. Neri February 05, 2025, deposition 189:13-18).

466.    The document VIASAT_00008738 at 767 states "███████████████████ ███████████████████████████████████████████████████████ ██████████████████████" This discloses providing to the portable data storage device an encrypted first media content and a corresponding access key.

467.    In reference to installations on United Airlines, VIASAT_0008738 at 9216 states ███████████████████████████████████████████████████ █████████." This discloses providing to the portable data storage device an encrypted first media content and a corresponding access key.

468.    In reference to installations on Jet Blue airlines, VIASAT_0008738 at 9284 states "███████████████████████████████████████ VIASAT_0008738 at 9288 goes on to state that the ██████████████████ ████████████████████.

469.    In the case of Disney+ VIASAT_00008738 at 834 states "██████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████ █████████████████████." This discloses providing to the portable data storage device an encrypted first media content and a corresponding access key.

470.    Each of the preceding implementations of Viasat's system provide to the portable data storage device an encrypted first media content and a corresponding access key, in response to authentication.

471.    The document VIASAT_00005782 at 821 states that Vualto uses per content encryption keys.  The document VIASAT_0005801 states that Vualto DRM Platform "supports DRM protection to onboard content files, which includes

██████████████████████████████
████████████████████████████████████

key/token management, key servers, trans-muxing and trans-ORM for playback on different players." A POSITA would readily understand that this is providing to the portable data storage device an encrypted first media content and a corresponding access key, in response to authentication.

472.    The document VIASAT_0005782 at 812 states "One of the containers installed is the key provider which has the key generation that also runs on the aircraft to create the AES256 key based on content id and some other factors including one or more seeds." This is clearly providing to the portable data storage device an encrypted first media content and a corresponding access key, in response to authentication.

473.    The ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████. The ████████████████████████████████

████████████████████████████████████████. Then calls ██████████████

████████████████████████████████. Then calls ████████████

████████████████████████████████

██████████████████████████████

474.    Furthermore, the ████████████████████████████████

████████████████████████████████████████████

176

███████████████████████████████

███████████████████████████████

(VIASAT_SC_0000107) ████████████████████████████.

Programmer comments state "████████████████████████████████

████████████████████" Note, DRM is digital rights management,

it is a process for securing copyright protected materials.  This file includes a

████████████████████████████████████████████

████████████████████████████████████

███████.

475.    Another example is found in the ██████

████████████████████████████████████████

██████████████████████████████████

██████████████████

476.    The ██████████████████████████████

██████████████████████████████

██████████████████████████████

477.    The ██████████████████████████████

██████████████████████████████

████████████████████████

██████████████████. A POSITA would understand that a shared secret is

an encryption key.

478.    I note that, according to the February 28, 2025, deposition of Mr. Finn Hughes,

only Qantas is using this code (Mr. Hughes deposition, 21:3-18).  If that is

accurate, then the preceding code would have limited applicability.

479. The ███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████.
The phrase "████████████████████████████████████" is found 9 times in

six files in just this client-side code.  Note, according to the February 28, 2025,

deposition of Mr. Finn Hughes, only Qantas is using this code (Mr. Hughes

deposition, 24:8-12).  If that is accurate then the preceding code would have

limited applicability.

480. The ███████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

481. VIASAT_005782 at 810 states "The processor instance decrypts, verifies,

transforms, and ORM-packages the content."

482. VIASAT_008767 states "The network terminal shall provide a secure private key

distribution mechanism in support of a secure VCDS Client end-point for

CPEs/PEDs."

483. The ██████████████████████████████████████

████████████████████████████████████████████████████████



(VIASAT_SC_0000104), programmer comments state "███████████

████████████████████████████████████████████████████".

The code uses the ████████████████████.  This ████████████████

████████.  There is a function ████████████ (VIASAT_SC_0000105), and a

function ████████████ (VIASAT_SC_0000105).  A POSTIA would recognize these

functions as related to cryptographic key generation.

484.    VIASAT_0006786 states "The decryption keys are managed by the onboard

DRM system and are uniquely generated for each content item."

485.    The document VIASAT_0005821 provides a graphic showing how Vualto and

digital rights management keys are distributed to devices:





486.    The ████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████, for example.  The structure itself is defined in ████████

███████████████████████████

  █████████████████████████████████

██████████████████████████████ (beginning at

VIASAT_SC_0000189).

487.  The ██████ value is used in multiple places in the code.  One example can be

found in the █████████████████████████ (beginning at

VIASAT_SC_0000212), ██████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████.

VIASAT 00060155 states "The media segment files are encrypted with AES-128.

The client can fetch the encryption keys from the EXT-X-KEY URls provided in

the playlist."

488.  *See also* Claim 1[f].

489.  For at least these reasons, the Viasat systems practice this element of the method

and thus meets this claim limitation.

**17.    10. The method of claim 9, wherein the kiosk comprises a local data
storage storing a plurality of encrypted media content.**

490.  It is my opinion that the operation of the Viasat systems meets this element of the

claimed method in all these use cases:  1.  Prestored media for in-flight

entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+

("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and

4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home

OnDemand").

491.  In use case 1, 3, and 4, the kiosk comprises a storage in the S4 server storing the

encrypted media content.  In use case 2, the kiosk of Stream hub has a USB hard

drive attached to store media content.

VIASAT_0008738 at 773 states "When the VCDS Client starts up, it tries to determine the best available storage device offered by the platform on which it is running. The storage device is typically 'mounted' on the local file system and thus the path to the storage device is often a mount point. The path to the storage device varies by type of attached storage for a given platform. Once the path is confirmed to be usable, the VCDS Client builds out sub-directories for different purposes."

492.    VIASAT_0008846 discloses a local data storage storing a plurality of encrypted media content:



493.    Note that the final item is the cache to store files, such as the S4

494.    VIASAT_005797 also discloses the S4 onboard server: "The S4 is the server installed in Viasat's W-IFE implementation for American Airlines. Content is delivered either via satellite or manually via laptop by Viasat staff."

495.    *See also* Claim 2.

496.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

      **18.    13. The method of claim 9, wherein the second data interface is a network interface.**

███████████████████████████████████
██████████

497.    It is my opinion that the operation of the Viasat systems meets this element of the

claimed method in all these use cases:  1.  Prestored media for in-flight

entertainment ("Inflight-Pre-stored"); 2.  Video on Demand via Disney+

("InFlight OnDemand"); 3.  IPTV for in-flight entertainment ("IPTV-Live"); and

4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home

OnDemand").

498.    The ████████████████████████████████████████

███████████████████████████████████.  That structure

includes the following data:  ██████████████████████████████

█████████████████████.  The ████████████ is for onboard communications and is a

first data interface.  The ████████ is for satellite communications and is a second data

interface. To the extent that, for use cases 1-3, the S4 server is considered to be

the kiosk, my analysis with respect to the second data interface remains the same.

The kiosk communicates with the VCDS ground servers, AWS servers, and/or

DRM servers (all "remote trusted servers") via the VCDS client (on M3 Modem)

to which S4 Server is connected via ethernet cable (Mr. Neri Feb. 5, 2025

Deposition at 36:15-24), and then via the VCDS system's satellite connection,

which is the second data interface.

499.    The document VIASAT_00006471 at 513 also shows a second data interface

(highlighted in yellow):



500.   The second data interface is also disclosed in VIASAT_00006471 at 499, again

highlighted in yellow:



501.    VIASAT_00008424 also shows the second data interface (the satellite

communication):



503.    VIASAT_00006471 at 513 discloses the second data interface in communication

between the aircraft and the ground:





504.    *See also* Claim 6.

505.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

**19.    17. The method of claim 9, wherein the kiosk is located in a public environment.**

506.    It is my opinion that the operation of the Viasat systems meets this element of the claimed method in all these use cases:  1.  Prestored media for in-flight entertainment ("Inflight-Pre-stored");  2.  Video on Demand via Disney+ ("InFlight OnDemand");  3.  IPTV for in-flight entertainment ("IPTV-Live"); and 4.  Video on Demand via Disney+ provided by Stream for Home.  ("Home OnDemand").  The court has construed located in a public environment as "a location accessible by the public."  The VCDS client, S4 Server, and Modem are located on a plane, which is a location accessible to the public.  Passengers are members of the public, and the plane is accessible to ticketed passengers.  While passengers generally do not physically touch the S4 Server and Modem, the passengers can often see the equipment and even see a flight attendant adjusting some setting.

507.    *See also* Claim 8.

508.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

**D.    '667 Patent Direct Infringement**

509.    There are two use cases where the accused Viasat systems infringes the '667 patent.  First, Viasat's in-flight systems with prestored content, Live TV or Disney+ On Demand content and applications involving that in-flight system

infringe the '667 patent (in other words the first three use cases described above in connection with the '400 patent). In addition, Viasat's residential media streaming system and applications thereof infringe the '667 patent (which is use case 4 above in the analysis for the '400 patent).

510. For U.S.-based airlines, Southwest, United, American, Breeze and Porter use the claimed systems and methods for prestored content delivery (W-IFE), Delta, JetBlue, Southwest and American use the claimed systems and methods for Live TV/IPTV, and JetBlue and Delta use the claimed systems and methods for Disney+ On Demand content.

511. Viasat's systems are also in use by non-U.S.-based airlines and used for use case 1 and 3, including Etihad (Use cases 1 and 3), Qantas Airways (Use Case 1), Virgin Atlantic (Use Case 1), El Al Israel Airlines (Use Case 1), Malaysia Airlines (Use Case 1), Royal Jordanian Airlines (Use Case 1), and China Airlines (Use Case 1).

512. I understand from Ms. Kindler that Viasat sells the systems to the airlines and thus sells and offers to sell the systems identified below that meet the limitations of the claims. It also uses the claimed systems and methods for internal testing purposes, including in Viasat's U.S. labs and in employee homes. Mr. Neri February 5, 2025 Deposition at 22:24-23:21.

1.    **1[pre] A media streaming system comprising:**

513. The Viasat Content Delivery Service (VCDS) system used in commercial aviation is a media streaming system. VIASAT_00005782. For example, Viasat's Wireless In Flight Entertainment ("W-IFE") system "supports media content



presentation from content provider to airline passengers."  VIASAT_00005782 at

792.

514.    The Viasat document VIASAT_00005782 at 820 discloses media streaming along

with DRM " (emphasis added).

515.    Viasat's W-IFE system further uses digital rights management ("DRM") solutions

to support streaming of media content.  For example, Viasat's own documents

confirm that "

█████████████████████

██████████████████████████

████████████████████████████████████████

██████████████████████    .”  VIASAT_00005782 at 820.

516.    Furthermore, Viasat's document VIASAT_008738 at 743 describes the accused

in-flight VCDS system as follows (emphasis added):

VCDS has multiple operational modes that address how video, or other

high bandwidth content may move through our network:

- **Live Video** - Optimize the delivery of live, ***streaming video*** over the
internet for services like broadcast TV or sporting events

- **Video-on-Demand** - Cache videos that subscribers watch on demand
from sites like ***Netflix, Hulu***, etc.

- **Web Caching** - Organically caching HTTP resources accessed by
subscribers for things like common software downloads such as OS or
game updates

- **Distributions** - Distribute curated content in advance to modems for
scenarios like delivering a library of content to aircraft

517.    Viasat's produced source code further confirms the use of DRM solutions to

support media streaming, including in the in-flight VCDS system.  For example,

the ██████████████████████████████

████████████████████████████████████████

(VIASAT-SC_0000107) describes providing tokens for digital rights

management.  In this file, programmer comments explain that this file relates to a

"██████████████████" which is "████████████████████████████

████████████████”  This file includes a ████████████████████████

191



518.    Furthermore, the ███████████████████████████ ██████████████████████████████████████ ████████████████████████, further supporting that the accused Viasat VCDS system is a media streaming system.

519.    As yet another example, the ██████████████████████ ████████████████████████████████████████████ ██████████████████████████████ ████████████████████████████ ████████████████████████ This demonstrates a media client.

520.    In addition, VCDS for residential applications is also a media streaming system. VIASAT's own documents describe the VCDS system, including that in residential settings, as providing live video, specifically "optimiz[ing] the delivery of live, streaming video over the internet for services like broadcast TV or sporting events."  Viasat_00008738 at 743.  VCDS further provides video-on-demand by "caching videos that subscribers watch on demand from sites like Netflix, Hulu, etc."  VIASAT_00008738 at 743.

521.    VIASAT's witness, Jason Neri testified during deposition that the goal of the VCDS project was to "cache content in the home," confirming the VCDS for

---

25   VIASAT-SC_0000107.

26   This code may be limited to only the VCDS system used by Qantas Airline. Viasat's witness, Mr. Finn Hughes stated that only Qantas uses this code. Mr. Hughes Feb. 28, 2025 Deposition at 30:1-7.

residential applications is a media streaming system. Mr. Neri Feb. 5, 2025, Deposition at 20:3-6.

522.    Viasat's documents further describes the accused VCDS for residential applications as a media streaming system, explaining that VCDS implements Open Caching recommendations of the Streaming Video Alliance's Open Caching initiative.  VIASAT_008738 at 745.

523.    The VCDS (for either on-flight or residential applications) is based on the media streaming system as described in Viasat's documents, depicted in the images below from VIASAT_00007343 at 374:



524.    The media streaming system is further described in VIASAT_00008420 at 424:



525.    Applications that use the infringing Viasat media streaming system, applicable for both the in-flight and residential cases, include Viasat Stream.  Viasat's description of Viasat Stream, an application that streams media through applications such as Disney+, demonstrates that VCDS is a media streaming system:[27]

---

[27] *Viasat Stream FAQs*, available at https://help.viasat.com/s/article/Viasat-Stream-FAQs (last visited March 17, 2025).

**Viasat Stream Overview**

**Q What is Viasat Stream?**

**A** Viasat Stream is an exclusive solution that works with participating streaming providers letting you watch movies and shows any time without using your plan data. Viasat Stream is starting with Disney+ and uses your current Disney+ subscription, our patented technology, and a hub that easily connects to your Viasat modem so you can watch all the Disney+ shows and movies you want without it affecting your data usage. As additional streaming providers join, you will need an account with each provider to enjoy data-free streaming from each new provider.

The hub is a small device included with your Viasat Stream subscription, which we'll send to you free of charge and confirm shipment via email.

Note that Viasat Stream does not replace your current streaming subscriptions, and you'll need an active Disney+ subscription, or an active subscription with any other participating streaming providers, to enjoy Viasat Stream.

Viasat Stream is currently in beta and can be added to Viasat internet service plans for FREE.  The service is being trialed in select areas. During the trial, the service may encounter issues or be discontinued at any time.

526.    The media streaming system is also disclosed in Viasat's source code.  According to the December 13, 2024, Viasat answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

527.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

528.    Therefore, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's system.



529.    As one example of source code within Viasat's vcds-client folder that supports

VCDS is a media streaming system is the █████████



██████████████████████ (VIASAT_SC_0000076).  This ██

████████████████████████████████████

████████████████████████████████████

██████████████████████.  There are several relevant functions in this

█████████████



██ █████████████████████████████

██ ████████████████████████████████

██ ██████████████████████████████

██ ███████████████████████████

530.    Another example of source code within said vcds-client folder supporting VCDS

as a media streaming system is the █████████

███████████████████████████ (beginning at

VIASAT_SC_0000189).  Within the ███████████████████

████████ (VIASAT_SC_0000190-VIASAT_SC_0000191) which contains

elements such as █████████████████████████████████

████████████████.

531.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

   **2.    1[a] a network interface adapter configured to transmit digital
          content, via a wide area network (WAN), to a network attached
          storage (NAS) device operating on a local area network (LAN); and**

532.    As for Viasat's infringement through its in-flight system, M3 modem and the S4

server constitute the network interface adapter.  The VCDS system transmits

196

digital content via the Viasat satellite communication network, which corresponds to a wide area network (WAN).  The network interface adaptor enables the Viasat systems on the plane to communicate with ground servers, using Viasat's satellite communication systems.The digital content is transmitted to a storage located on the S4 server, which corresponds to the network attached storage (NAS) of this limitation.  This S4 server is operating on a local area network (LAN).  For example, the S4 server is connected to M3 and seatback devices via an ethernet wired connection, and to personal electronic devices ("PEDs") via WAPs.

533.  Focusing on Viasat's infringement through its in-flight system, the S4 server in flight is the network attached storage operating on a local area network.  Viasat's infringement is supported by the following diagram depicting in-flight implementation of VCDS from VIASAT_00005782 at 798:



534.  The preceding diagram (VIASAT_00005798) provides an overview of onboard PED using the WAP (wireless access point) to connect to the Viasat S4 server. The diagram also shows the connection to the AWS Cloud which hosts the content management system (CMS). This connection is via the Viasat M3 modem which runs the VCDS client software. Note that VIASAT_00005799 shows a similar diagram using the older Kontron server.

535.  Viasat's documents confirms the existence of a network interface in the accused VCDS that communicates via a WAN "PML port 22 is open and accessible in case of having ssh access to M3/S4 via WAN session." VIASAT_00005782 at 896.

536.  As further described in VIASAT_00007973 at 994, the accused in-flight VCDS system has a broadband router that supports and discloses the requirements of this limitation, including supporting a network attached storage (NAS) device operating on a local area network (LAN):

Mobile Broadband Router




537. This in-flight system is further depicted by the diagram below, showing the overall architecture of the infringing VCDS system in VIASAT_00006471 at 499:



538. The wireless access point is clearly shown in the preceding diagram. The diagram also shows the satellite connection.

539. As for Viasat's infringement through the residential application of the VCDS system, the Spock/SB2+ Modem constitutes the network interface adapter. The VCDS system transmits digital content ███████████████████████████
██████████████████████████████████████████████████
████████████████████████████████.

540. Viasat's witness confirmed that the storage located on the residential hub is encrypted. For example, Mr. Neri confirmed that there is encrypted storage in the home setup (Mr. Neri Feb. 5, 2025 Deposition at 169:13-16). Mr. Neri also confirmed that the hub is the name for the external hard drive used in the home configuration (Mr. Neri Feb. 5, 2025, Deposition at 188:4-8). Thus, the accused

████████████████████████████

residential application of VCDS includes the network interface, with the external

hard drive and encrypted storage being the network attached storage.

541.    The M3 modem and the S4 server constitute the network interface adapter for the

first use-case (on airplane).  The VCDS system transmits digital content ███████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████.

Viasat's infringement through the residential implementation of VCDS is further

supported by the following diagram depicted in VIASAT_00008420 at 424:



542.    A POSITA would readily understand that this diagram shows network interfaces

along with a storage device.

██████████████████████

543.    Viasat's source code production supports infringement by VCDS.  According to the December 13, 2024, Viasat's answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

544.    Viasat's witness, Mr. Neri also confirmed that the VCDS client is identical for both home and in-flight applications.(Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8) ("Q:  Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

545.    Therefore, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.

546.    The ████████████████████████████ (VIASAT_SC_0000189) has ████████████████████ (VIASAT_SC_0000191).  That structure includes the following data: ████████ ██████████████████████████████████.  The ██████ is for satellite communications, which is a wide area network.  The ██████████ is the network address used with the wireless access point.  This describes a network interface adapter.

547.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

### 3.    1[b] one or more hardware processors configured to:

548.    The accused VCDS systems, both in in-flight and residential applications, consist of hardware processors.  For example, the in-flight VCDS system comprises processors on the M3 modem, the S4 server, the VCDS server including the Web

██████████████████████
████████████████████████████

Proxy and Core Node.  A POSITA would appreciate that these devices have one or more hardware processors.

549.    As for the residential application, the VCDS system comprises processors on the home Spock/SB2+ Modem, the VCDS server including the Web Proxy and Core Node.  A POSITA would appreciate that these devices have one or more hardware processors.

550.    A CPU (Central Processing Unit) is disclosed multiple times in Viasat documentation including VIASAT_00005782 at 809, 989, 6018, 6010, 6081; VIASAT_00008738 at 816, 818, 822.

551.    Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute.  Therefore, the computer code discussed in this report must execute on one or more processors.

552.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

**4.    1[c] receive an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system;**

553.    The VCDS client on M3 modem receives an indication of the NAS device, which is the S4 storage (NAS) generated according to an NFS configuration file when the M3 modem is booted up and received by VCDS client on M3.  The S4 storage comprises a buffer for streaming media.

554.    As one example of receiving an indication of a secure region, the ████████ ████████████████████████ (VIASAT-SC_0000242) has programmer comments that state "████████████████████████████████████████████████

██████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████  This is an example of an indication of a secure region.  This value is part of the VCDS code that indicates whether a region in the storage is secure.

555.   A █████████████████████████████████████████████████████

███████████████████████.  (Mr. Neri Feb. 5, 2025, deposition at 164:1-166:13).[28]

556.   The ██████ value is used in multiple places in the code.  One example can be found in the ████████████████████████████ (beginning at VIASAT_SC_0000212), which has the ████████████████████████ (VIASAT_SC_0000242) takes in ██████████████████████████ pointer.  This function checks ████████████████████████.

557.   Another example is in the ████████████████████████████████████████ ██████████████████████████████████████████████████████████. This is just one example of ████████████████████ being used referenced throughout the source code.  This is an example of an indication of a secure region.

---

[28]    Mr. Neri also testified that the encrypted Boolean value is always set to false, and that this code was not implemented to check whether a storage device is encrypted. Mr. Neri Feb. 5, 2025 Deposition at 184:24-10. However based on my review of the source code I disagree. It is my opinion that the source code supports that this Boolean value reflects whether the relevant storage device is encrypted.  It should also be noted that there are multiple places in the code, many cited in this report, where this value is checked.

████████████████████████████
████████████████

558.   Mr. Neri also testified that this encrypted value is set via comparing file paths.
Mr. Neri Feb. 5, 2025, Deposition at 167:2-168:4.  An excerpt from that
testimony is given here:  "████████████████████████████████

████████████████████████████████████

████.”  Therefore, file paths are one example of an indication of the NAS device
having a secure region.  This value is part of the VCDS code that indicates
whether a region in the storage is secure.

559.   The source code production further supports this table-comparison resulting in
confirming whether the storage device is encrypted.  For example, the ████████

████████████████████████████████ beginning at VIASAT-
SC_0000374.  At VIASAT-SC_0000375, ████████████████████████

████████████████████████.  Programmer's comments state
"████████████████████████████.”  On the same page is also

████████████████████████  This value
████████████████████████ is another example of an
indication of a secure region.  This value is part of the VCDS code that indicates
whether a region in the storage is secure.

560.   The ████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████.  More specifically, ████████████████

████████████████████████████

████████████████████████

561.   Mr. Neri testified that the indication discussed in the paragraphs above was set by the file system in both the residential and the commercial aviation case (Mr. Neri February 05, 2025, deposition 169:3-21).  This is yet another example of an indication of a secure region.

562.   Mr. Hughes confirmed that there is a separate subfolder for each packed file, including a separate subfolder for the DRM-encrypted files (Mr. Hughes 28 February 2025 deposition 105:3-16).  The subfolder containing DRM-encrypted files is an example of a secure region.

563.   The PEDs and seatback systems are separate display devices on the LAN as described in VIASAT_00007973 at 012:



564.   Viasat's documents confirm that the S4 server, which is the claimed NAS device, has a secure region comprising a buffer for streaming media.  For example, the network terminal is shown to encrypt external storage devices VIASAT_00008738 at 766:



565.    This is an example of a secure region.

566.    VIASAT_00007395 at 418 also describes a NAS with a secure region comprising

a buffer for streaming media:

## Security and Compliance

> Encrypt all HDDs as part of "Defense in Depth"
> Protects our technology and the appearance of PII risks
> VCDS is already compliant with all 15 controls

> Interesting PII and URL concerns that need to be worked with compliance
> Viasat needs to use usage history to optimize the network
> Content Provider and Viasat want to exchange information to improve performance and experience

567.    Indeed, Viasat's witness, Mr. Daniel Newman confirmed that the VCDS client

stores content received over the satellite network on a solid-state memory located

on the S4 server (Mr. Newman Feb. 7, 2025, Deposition at 40:17-41:5).

568.    Mr. Jason Neri also stated that the S4 file system is the storage device for storing

content. Mr. Neri Feb. 5, 2025 Deposition at 33:25-34:20, 112:24-113:8, 165:18-

166:3.  The same storage device on the S4 server is used for prestored content and

Live TV or Disney+ On Demand content. Mr. Neri Feb. 5, 2025 Deposition at

46:9-21.

569.    Further, Viasat's witness, Mr. Des O'Sullivan confirmed that the DRM protection

needs to be added to the aircraft server to allow users to watch the media content.

██████████████████████████
█████████████████████████████████████

Mr. O'Sullivan Feb. 26, 2025 Deposition at 47:1-7.  For a user to access media content, the VCDS system must have DRM protection in the on-plane server, and the media content needs to be available with DRM capability. Mr. O'Sullivan Feb. 26, 2025 Deposition at 52:3-10.  DRM protection is a form of security and therefore demonstrates a secure region.

570.    In context of PEDs, the DRM components verify the characteristics of a PED, and if appropriate characteristics are confirmed, the DRM API issues a token to the PED, which then triggers media streaming from the content stored onboard (i.e., on the S4 server) to that PED. Mr. O'Sullivan Feb. 26, 2025 Deposition at 61:11-22; 109:8-15; 110:16-24; 148:16-20.

571.    Indeed, different types of content (such as prestored content, IPTV or Disney+ content) are stored in different file locations within the same S4 server storage device. Mr. Neri Feb. 5, 2025 Deposition at 47:4-48:1, 74:21-25.  For example, client requested content is stored in the folder called "staged" on the S4 server. Mr. Neri Feb. 5, 2025 Deposition at 37:5-12.

572.    Likewise, Mr. Hughes testified that movies and TV shows are stored as DRM-encrypted packaged files in separate sub-folders such that the separate sub-folders are thus secure regions. Mr. Hughes Feb. 28 Deposition at 105:4-16.  The separate subfolder containing DRM encrypted packaged files is a secure region.  As such, the sub-folder file paths are also an indication of a secure region.

573.    In the residential VCDS application, ██████████████████████████
█████████████████████████████████████
████████████████████████████████████████



(Mr. Neri February 05, 2025, deposition 167:2-168:4).

Therefore, the mount file path is an indication of a secure region.  The ██████ ████████████████████████████ is also an indication of a secure region.

574.    The indication of the NAS device secure region, in both in-flight and residential applications, is also supported by Viasat's source code.  With respect the claim language regarding "secure region," encrypted portions of the storage would be secure, whereas non-encrypted would not be secure.  Therefore, that indication of encryption is an indication of a secure region.

575.    The ████████████████████████████████████████████ ████████████████. If ████████████████████████████.

576.    The ████████████████████████████████████.

████████████████████████████████████

████████████████████████████████

████████████████████████.

577.    The structure itself is defined in ██████

████████████████████████████ (beginning at

VIASAT_SC_0000189).

578.    The ██████████ is used in multiple places in the code.  One example can be found in the ████████████████████ (beginning at

VIASAT_SC_0000212), ████████████████████████████

███████████████████████████

(VIASAT_SC_0000242) ████████████████████████████

████████████████████████████ .

579.     Another example is in the ████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████ .

580.     Viasat's source code further confirms that the storage on VCDS has a buffer.  The

████████████████████████████ (VIASAT_SC_0000249),

██████████████████████████████████

████████████████████████ .  A POSITA would

recognize that storage device includes a buffer.

581.     For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

**5.     1[d] transmit the digital content to the secure region within the NAS device for playback by the separate display device from the buffer; and**

582.     In both in-flight and residential applications, ██████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

The stored media content is available to be played for playback on PEDs (in

general), / seatback systems (for in-flight applications), and/or home appliances

(for residential applications) from the respective buffers.  The ████████████

██████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████████. This

is applicable to all four use cases.

583.    Viasat's documents confirm that the accused VCDS transmits media content to

the secure region within the respective NAS devices.  This is applicable to all four

use cases.  VIASAT_00008738 at 760 describes live video being transmitted to

the secure region within the NAS:



584.    The preceding diagram from Viasat documents shows media going from the

ground to the VCDS client storage (i.e. buffer) then to the client device.  This is

████████████████████████

████████████████

transmitting the digital content to the secure region within the NAS device for

playback by the separate display device from the buffer.

585.    Source code related to in-flight applications confirms this understanding.  As

discussed above, the existence of a secure region is confirmed by the ████████

████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████

████████████.  Requiring token authentication denotes a secure region.  The

████████████████████.

586.    Source code for the vcds-client, which is applicable to both in-flight and

residential applications, shows the transmitting of digital content to the secure

region within the respective NAS devices.  The ████████

███████████████████████████████████████

█████████████████████████████

██████████████████ (VIASAT_SC_0000137).  This file also has a

███████████████████████████████████████

███████████████████████████

██████ A ████████████████████████████.  The

███████████████████████

██████████████████ (VIASAT_SC_0000140).  The

█████████████████████████████.  This code

demonstrates transmitting digital content to the secure region within the NAS



device for playback by the separate display device from the buffer and is applicable in all four use cases.

587.    The ██████████████████████████████████████████████████

███████████████████████████████████.  This is a buffer for containing media.

588.    The ████████████████████████████████████  (VIASAT_SC_0000249)

████████████████████████████████████████

(VIASAT_ SC_0000260) ██████████████████████████████

███████████████████████████████. ██████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

███████████████████.  The call sequence is given here:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

589.    The code in ████████ as well as the functions described in the preceding paragraphs disclose one process whereby media gets into the VCDS client which is transmitting the digital content to the secure region within the NAS device for playback by the separate display device from the buffer.

590.    The PED or seatback device is a separate display VIASAT_00007973 at 012 discloses this:



591.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

**6.    1[e] transmit instructions to the NAS device to control streaming access to the digital content stored on the buffer.**

592.    The evidence for this claim limitation is the same for both in-flight and residential applications of the accused VCSD, thus applies to all four use cases.

593.    Viasat's documents describe that the accused in-flight VCSD system uses DRM for content protection.  For example, Viasat's document discloses that Vualto is the DRM service that keeps content protected and not viewable by those that the

content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay.  This is stated in VIASAT_00005782 at 820:  "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor, multi-device DRM solution.  Vualto has partnered with major DRM providers so that content can be protected for playback on Widevine, FairPlay and PlayReady compatible devices."

594.    The following image from VIASAT_00005782 at 821 illustrates this process:



Figure 1: Onboard DRM Overview

595.    As discussed in the same document, media (VIASAT_00005821) media content is encrypted using AES encryption and Vualto uses per content item encryption keys.

596.    VIASAT_00008738 at 770 describes transmitting instructions to the NAS device for streaming access to the digital content:

## Control Channel

Besides using multicast for transferring file contents, VCDS also uses multicast for communicating control information to VCDS clients.

597.    A POSITA would understand that control information includes instructions. Furthermore, the VCDS Client uses an S4 or Kontron server as its network accessible storage (NAS).

598.    The instructions discussed in the previous paragraph includes those directed to the operations of the respective NAS device.  For example, Viasat's documents at VIASAT_00008738 at 775 discusses the sequence of how VCDS client may provide instructions, including that for the content ingestion process:



599.    Viasat's produced source code further demonstrates how the accused VCDS infringes this claim.  According to the December 13, 2024 Viasat answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

600.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

601.    As a result, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.

602.    The ████████████████████████████████ (VIASAT_SC_0000249), which applies to both in-flight and residential applications, ingests media to the storage device.

603.    The ████████████████████████████

████████████████████████████████

(VIASAT_SC_0000104) discloses the Network Attached Storage device (NAS). Programmer comments in the file state, "████████████████████

████████████████████████████." The code uses the variable

name ████████████

604.    The ████████████████████████

(VIASAT_SC_0000212) ████████████████████

(VIASAT_SC_0000220).  This discloses instructions to the NAS to ingest content.  The call chain for ingesting content was produced as

VIASAT_SC_0000028:

████████████████████████████████████████

███████████████████████████████████

605.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

   **7.    2. The media streaming system of claim 1, wherein the separate
   display device comprises a smart television.**

606.    The Court has not construed the term Smart TV therefore it has its plain and

ordinary meaning.  PC Magazine defines a smart TV as "Also called a "connected

TV," a smart TV may include a browser for general Web surfing and also be able

to execute games and other applications."[29]

607.    Samsung, a leading manufacturer of smart TV's provides the following definition

"While different sites may give different opinions, the consensus is that a Smart

TV has internet connectivity, runs on an operating system and comes with its own

app service."[30]

608.    Panasonic, another leading manufacturer of smart TV's defines a smart TV as

follows "A smart TV is a modern TV that is connected to the internet and runs on

an operating system.  What this means is that it can operate like a standard TV but

can also use the internet to stream media, browse the internet, use apps, and so

on."[31]

609.    LG, yet another leading manufacturer of smart TVs states "The simple

explanation is that a smart TV is any television that can be connected to the

internet without the need for a set-top box or streaming device."[32]

---

[29]    https://www.pcmag.com/encyclopedia/term/smart-tv

[30]    https://www.samsung.com/us/tvs/tv-buying-guide/what-is-smart-tv/

[31]    https://www.panasonic.com/uk/consumer/televisions-learn/televisions/what-does-a-smart-tv-do.html

[32]    https://www.lg.com/uk/lg-experience/lg-lab/what-is-a-smart-tv/?srsltid=AfmBOopHC8N7LFEYRS24FoTUu-3iYDfq64_9DerlFDmXHU7xZWFGNcjH

610.    The online Cambridge dictionary has the following definition "A smart TV connected to the internet can deliver on-demand and catch-up TV services."[33]

611.    Based on the well-understood meaning of smart TV discussed above, Viasat's own news announcement supports that the accused VCDS in in-flight applications infringes this claim limitation:[34]

## The seatback era

The luxury of watching movies on an individual screen did not become a reality until 1988, when Northwest Airlines introduced the first seatback entertainment system, developed by Airvision Company, on a Boeing 747. Passengers could choose between six linear channels, although programming was shown on a fixed schedule because on-demand content had yet to take off.

Technology continued to evolve throughout the 1990s and 2000s, with personal screens increasingly replacing drop-down, shared monitors, the onset of in-flight connectivity, and, more recently, the bring-your-own-device trend.

Fast-forward to today and passengers on a growing number of flights have access to unlimited choice when it comes to wiling away the hours between departure and arrival – something those early IFE consumers could not have conceived of in their wildest dreams.

Viasat is at the forefront of this latest transition. The launch of our international live TV and internet service with JetBlue demonstrates just how far the IFE market has come.

612.    The seatback devices are smart TVs.  They can be connected to the internet without the need for a set-top box or streaming device and they can be used to stream media, browse the internet, use apps, etc.

613.    VIASAT_00007973 at 012 details this aspect:

---

[33]    https://dictionary.cambridge.org/us/dictionary/english/smart-tv#google_vignette

[34]    M. Talcott, *100 Years in the making: The evolution of inflight entertainment*, Viasat, available at https://news.viasat.com/blog/gem/100-years-in-the-making-the-evolution-of-inflight-entertainment (last visited March 17, 2025).

## Viasat's extensive seatback integration experience and flexibility

Viasat connectivity integration with IFE seatbacks upgrades seatback functionality for passengers

- Viasat has existing integrations with IFE Seatback systems including linefit delivery with OEMs
- Internet access allows the IFE seatback system to perform several functions using the Internet link
  - Download media
  - Download seatback content and metadata
    - Moving Map, Advertising, News, Weather, Passenger surveys
  - Download passenger information
    - Connecting Gate, Targeted advertising and content
  - Upload analytics and performance data
  - Real-time payment transactions
  - Receive IPTV feed from Viasat
- Integration
  - PED to seatback IFE communication
- Physical integration consists of Ethernet link(s) between IFE and IFC server
  - Networking Routing and VLANs provide the logical connections for the control and data planes



614.    Similarly, Viasat's documents also shows how VCDS infringes this limitation, as seen in VIASAT_00006471 at 491:



615.    A POSITA would recognize that user devices are smart TVs. Tablets, laptops, and smart phones can be connected to the internet without the need for a set-top box or streaming device and they can be used to stream media, browse the internet, use apps, etc.

616.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

      8.      **3. The media streaming system of claim 1, wherein transmitting the digital content comprises time-shifting to a time with more available bandwidth on a connection to the NAS device.**

617.    There are prioritized service flows in the Viasat systems designed to maximize

bandwidth usage.  This is true in both in-flight and residential applications, VCDS

includes.  This is disclosed in VIASAT_00008738 at 743:



618.    VIASAT_00003234 at 235 discloses that shifting traffic from busy hours to

conserve bandwidth is in fact a goal of VCDS:

## VCDS Goals

*Improve delivery of bandwidth intensive resources such that it:*

*consumes less bandwidth and*

*shifts traffic out of the busy hour and*

*improves the user experience*

619.    VIASAT_00008738 at 743 also discusses time shifting:

VCDS uses **reliable multicast** (as well as unicast), **prioritized service flows,** and **edge caches** to provide a user with a **higher quality experience** (better video quality, fewer interruptions) while also using **less network bandwidth**, shifted **out of the busy** hour, to deliver content.



VIASAT_00008711 provides details on how time-shifting is accomplished

understanding the peak usage hours:

MAC domain a modem is in
There are different amounts of bandwidth available based on "local" time of day. In particular, VCDS has facilities for using bandwidth which would otherwise go unused. In order to do this VCDS needs to understand when the peak usage time occurs. "Busy hour" windows are configured in VCDS by MAC domain. This makes sense since the busy hour is correlated with the local time, which is correlated with the geographical location of the MAC domain.

620.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

████████████████████████

9.     **4. The media streaming system of claim 1, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system.**

621.    In the VCDS in-flight use case, the NAS (S4 server storage) is inaccessible by a user without permission from the system.  Vualto is the DRM service that keeps content protected and not viewable by those that the content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay (VIASAT_0005782 at 801, 820, 821; VIASAT_SC_0000107).

622.    Viasat's documents confirm that the contents on the NAS device is inaccessible absent permission, shown in VIASAT_00008738 at 745:

*How does an end user know what content is available?*

Generally speaking VCDS does not rely on a user knowing what content is available. Furthermore, VCDS does not expose what content is available to web users. If it is necessary or desirable to guide users to curated content then that is up to the application on top of VCDS.

623.    This aspect of VCDS is further discussed in VIASAT_00008738 at 766:



624.    The encrypted storage device is further described in VIASAT_00007395 at 418:

## Security and Compliance

> Encrypt all HDDs as part of "Defense in Depth"
> Protects our technology and the appearance of PII risks
> VCDS is already compliant with all 15 controls

> Interesting PII and URL concerns that need to be worked with compliance
> Viasat needs to use usage history to optimize the network
> Content Provider and Viasat want to exchange information to improve performance and experience

███████████████████████████████████

625.    Viasat's source code production further supports how VCDS infringes this claim.
The ████████████████████████████████

███████████████████████████████████████████████████

(flow charts showing calls to this function are produced beginning at VIASAT_

SC_0000026).  VIASAT_0005820 states "█████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████"

626.    According to the December 13, 2024 Viasat answers to interrogatories, source

code compiled within the folder "vcds-client" is that for client-side application of

VCDS.

627.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical

for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at

101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as

the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

628.    I understand that the source code under vcds-client folder describes the

functionalities of both the in-flight and residential applications of Viasat's

infringement.

629.    The ████████████████████████████████████

(VIASAT_SC_0000131) ███████████████████████████████████

███████████████████████████████ (VIASAT_SC_0000137).  This file

also has a █████████████████████████ (VIASAT_SC_0000139) which

███████████████████████████████████

████████████ Using tokens to access content is an example of a secure region and authentication.  A POSITA would understand authentication as permission to access a secure region.  The function then calls ████████ ████████████ (VIASAT_SC_0000140).  The ████████████████████████ This code demonstrates transmitting digital content to the secure region within the NAS device for playback by the separate display device from the b████ and is applicable in all four use cases.

630.    For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

**10.    5. The media streaming system of claim 1, wherein the one or more processors are further configured to:  cause the NAS device to use encryption that secures the digital content to the secure region.**

631.    For the in-flight application of VCDS, the processor of M3 modem causes the S4 storage to use encryption.  For the residential application of VCDS, the processor of Spock/SB2+ modem causes the S4 storage to use encryption.  Encryption is disclosed throughout VIASAT documents and source code (VIASAT_00007395 at 418; VIASAT_00008738 at 766; VIASAT_SC_0000107; VIASAT_00008767; VIASAT_00005821).

632.    In addition, Viasat's witness, Mr. Neri testified "[i]n the residential use case, the host platform where the VCS client is running is encrypting anything written to the USB attached hard drive."  Mr. Neri Feb. 5, 2025 Deposition at 189:13-18.

633.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at

101:4-6, 8 ("Q: Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A: Yes"). Therefore, the VCDS evidence applies to both in-flight application and residential applications of VCDS.

634.   A CPU (Central Processing Unit) is disclosed multiple times in Viasat documentation including VIASAT_00005782 at 809, 989, 018; VIASAT_00008738 at 816, 818, 822.

635.   Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute.  Additionally, one of ordinary skill in the art would understand that the M3 Modem and S4 server or Kontron server require a processor to operate.

636.   VIASAT_00008738 at 766 discloses this limitation:



637.    As one example of causing the NAD device to use encryption that secures the digital content to the secure region, the ████████████████████████ (VIASAT-SC_0000242) has programmer comments that state "████████ ████████████████████████████████████████ ███████████████████████" This function takes in ████████████████████████████████████████ ████████████████████████████████████████ ███████████. This is an example of an indication of a secure region. This value is part of the VCDS code that indicates whether a region in the storage is secure.

638.    A ███████████████████████████████████████ ███████████████████████. (Mr. Neri Feb. 5, 2025, deposition at 164:1-166:13).

639.    The ██████ value is used in multiple places in the code. One example can be found in the █████████████████████████(beginning at VIASAT_SC_0000212), ███████████████████████████ (VIASAT_SC_0000242) ███████████████████████████ ████████████████████████████.

640.    Another example is in the █████████████████████████ ████████████████████████████████████████████. This is just one example of the █████████████████ being used referenced throughout the source code. This is an example of an indication of a secure region.

████████████████████████████
██████

641.  Mr. Neri also testified that this encrypted value is set via comparing file paths. Mr. Neri Feb. 5, 2025, Deposition at 167:2-168:4.  An excerpt from that testimony is given here:  "If the VCS client sees a mount path in that table that matches a certain string value, then it either sets the encrypted flag to true or false."  Therefore, file paths are one example of an indication of the NAS device having a secure region.  This value is part of the VCDS code that indicates whether a region in the storage is secure.

642.  The source code production further supports this table-comparison resulting in confirming whether the storage device is encrypted.  For example, the ████████ ████████████████████████████████ beginning at VIASAT-SC_0000374.  At VIASAT-SC_0000375, several values are defined including ████████████████████████████.  Programmer's comments state "████████████████████████████████████ ████████████████████████████ is another example of an indication of a secure region.  This value is part of the VCDS code that indicates whether a region in the storage is secure.

643.  The ████████████████ at VIASAT-SC_0000382 also describes the ████████████████████████████████ ██████████████████████████ ██████████████████████████ ████████████████████ ██████████████████.

644.    Mr. Neri testified that the indication discussed in the paragraphs above was set by the file system in both the residential and the commercial aviation case (Mr. Neri February 05, 2025, deposition 169:3-21).  This is yet another example of an indication of a secure region.

645.    Mr. Hughes confirmed that there is a separate subfolder for each packed file, including a separate subfolder for the DRM-encrypted files (Mr. Hughes 28 February 2025 deposition 105:3-16).  The subfolder containing DRM-encrypted files is an example of a secure region.



646.    Viasat's documents confirm that the S4 server, which is the claimed NAS device, has a secure region comprising a buffer for streaming media.  For example, the network terminal is shown to encrypt external storage devices VIASAT_00008738 at 766:



647.    This is an example of a secure region.

648.    VIASAT_00007395 at 418 also describes a NAS with a secure region comprising a buffer for streaming media:

## Security and Compliance

> Encrypt all HDDs as part of "Defense in Depth"
> Protects our technology and the appearance of PII risks
> VCDS is already compliant with all 15 controls

> Interesting PII and URL concerns that need to be worked with compliance
> Viasat needs to use usage history to optimize the network
> Content Provider and Viasat want to exchange information to improve performance and experience

649.    Indeed, Viasat's witness, Mr. Daniel Newman confirmed that the VCDS client stores content received over the satellite network on a solid-state memory located on the S4 server (Mr. Newman Feb. 7, 2025, Deposition at 40:17-41:5).

650.    Mr. Jason Neri also stated that the S4 file system is the storage device for storing content. Mr. Neri Feb. 5, 2025 Deposition at 33:25-34:20, 112:24-113:8, 165:18-166:3. The same storage device on the S4 server is used for prestored content and Live TV or Disney+ On Demand content. Mr. Neri Feb. 5, 2025 Deposition at 46:9-21.

651.    Further, Viasat's witness, Mr. Des O'Sullivan confirmed that the DRM protection needs to be added to the aircraft server to allow users to watch the media content.

229

Mr. O'Sullivan Feb. 26, 2025 Deposition at 47:1-7. For a user to access media content, the VCDS system must have DRM protection in the on-plane server, and the media content needs to be available with DRM capability. Mr. O'Sullivan Feb. 26, 2025 Deposition at 52:3-10. DRM protection is a form of security and therefore demonstrates a secure region.

652.    In context of PEDs, the DRM components verify the characteristics of a PED, and if appropriate characteristics are confirmed, the DRM API issues a token to the PED, which then triggers media streaming from the content stored onboard (i.e., on the S4 server) to that PED. Mr. O'Sullivan Feb. 26, 2025 Deposition at 61:11-22; 109:8-15; 110:16-24; 148:16-20.

653.    Indeed, different types of content (such as prestored content, IPTV or Disney+ content) are stored in different file locations within the same S4 server storage device. Mr. Neri Feb. 5, 2025 Deposition at 47:4-48:1, 74:21-25. For example, client requested content is stored in the folder called "staged" on the S4 server. Mr. Neri Feb. 5, 2025 Deposition at 37:5-12.

654.    Likewise, Mr. Hughes testified that movies and TV shows are stored as DRM-encrypted packaged files in separate sub-folders such that the separate sub-folders are thus secure regions. Mr. Hughes Feb. 28 Deposition at 105:4-16. The separate subfolder containing DRM encrypted packaged files is a secure region. As such, the sub-folder file paths are also an indication of a secure region

655.    In the residential VCDS application, VCDS client on the home modem receives an indication of the NAS device, which is mount path of the attached storage (NAS) which is generated according to a NFS configuration file when the modem

████████████████████████

████████████████████████████

is booted up and received by VCDS client. ████████████████████████

█████████████████████████████████████████

█████████████████████████████████

████████████████ (Mr. Neri February 05, 2025, deposition 167:2-168:4).

Therefore, the mount file path is an indication of a secure region.  The ██████████

████████████████████████ is also an indication of a secure region.

656.    The indication of the NAS device secure region, in both in-flight and residential

applications, is also supported by Viasat's source code.  With respect the claim

language regarding "secure region," encrypted portions of the storage would be

secure, whereas non-encrypted would not be secure.  Therefore, that indication of

encryption is an indication of a secure region.

657.    The ████████████████████████████████████████

████████████████.  If █████████████████████████████

██  ████████████████████████████████████

█████████████████████████████████████

███████████████████████████████

██████████████████████.

659.    The structure itself is defined in ██████

████████████████████████████ (beginning at

VIASAT_SC_0000189).

660.    The ██████████ is used in multiple places in the code.  One example can be

found in the ████████████████████████ (beginning at

VIASAT_SC_0000212), which has the ████████████████████████

████████████████████████
███████████████████████████

(VIASAT_SC_0000242) █████████████████████████

████████████████████████████████.

661.    Another example is in the ███████████████████████████

███████████████████████████████████████████

███████████████████████████████ is an indication of a

secure region.

662.    Viasat's source code further confirms that the storage on VCDS has a buffer.  The

████████████████████████████ VIASAT_SC_0000249),

which is in the vcds-client folder (hence applicable to both in-flight and

residential applications) ingests media to the storage device.  A POSITA would

recognize that storage device includes a buffer.

663.    For at least these reasons, the Viasat systems meet the limitations of this claim

limitation.

**11.    6. The media streaming system of claim 1, wherein the one or more
processors are further configured to:  provide instructions to the NAS
device for controlling an amount of data stored in the secure region.**

664.    A CPU (Central Processing Unit) is disclosed multiple times in Viasat

documentation including VIASAT_00005782 at 809, 989, 018;

VIASAT_00008738 at 816, 818, 822.Furthermore, one of ordinary skill in the art

would understand that computer code requires a processor to execute.

Additionally, one of ordinary skill in the art would understand that the M3

Modem and S4 server or Kontron server require a processor to operate.

665.    VIASAT_00008738 at 775 discloses providing instructions to the NAS device for

controlling the amount of data stored in the secure region:



666.    VIASAT_00008738 at 803 also discloses providing instructions to the NAS

device for controlling the amount of data stored in the secure region:



667.  Viasat's produced source code further demonstrates how the accused VCDS infringes this claim. According to the December 13, 2024 Viasat answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

668.  Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8 ("Q: Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A: Yes").

669.  Hence, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.



670. The ██████████████████████████████ VIASAT_SC_0000249), which applies to both in-flight and residential applications, ingests media to the storage device.

671. The ████████████████████

██████████████████████████

(VIASAT_SC_0000104) discloses the Network Attached Storage device (NAS). Programmer comments in the file state, "████████████████████

████████████████████." The code uses the variable name █████████.

672. The ██████████████████████

(VIASAT_SC_0000212)████████████

(VIASAT_SC_0000220).  This discloses instructions to the NAS to ingest content.  The call chain for ingesting content was produced as

VIASAT_SC_0000028:

673. *See also* Claim 1[e].

674. For at least these reasons, the Viasat systems meet the limitations of this claim limitation.

**12.    7. The media streaming system of claim 1, wherein the one or more processors are further configured to:  provide instructions to the NAS device for controlling an encryption type used in the secure region.**

675. A CPU (Central Processing Unit) is disclosed multiple times in Viasat documentation including VIASAT_00005782 at 809, 989, 018; VIASAT_00008738 at 816, 818, 822.

676. Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute.  Additionally, one of ordinary skill in the art would understand that the M3 Modem and S4 server or Kontron server require a processor to operate.

677. In the VCDS in-flight use case, the NAS (S4 server storage) is inaccessible by a user without permission from the system.  Vualto is the DRM service that keeps content protected and not viewable by those that the content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay (VIASAT_0005782 at 801, 820, 821; VIASAT_SC_0000107).

678. Viasat's documents confirm that the contents on the NAS device is inaccessible absent permission, shown in VIASAT_00008738 at 745:

*How does an end user know what content is available?*

Generally speaking VCDS does not rely on a user knowing what content is available. Furthermore, VCDS does not expose what content is available to web users. If it is necessary or desirable to guide users to curated content then that is up to the application on top of VCDS.

679. This aspect of VCDS is further discussed in VIASAT_00008738 at 766:



680. The encrypted storage device is further described in VIASAT_00007395 at 418:

## Security and Compliance

> Encrypt all HDDs as part of "Defense in Depth"
> Protects our technology and the appearance of PII risks
> VCDS is already compliant with all 15 controls

> Interesting PII and URL concerns that need to be worked with compliance
> Viasat needs to use usage history to optimize the network
> Content Provider and Viasat want to exchange information to improve performance and experience

681. Viasat's source code production further supports how VCDS infringes this claim.
The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(flow charts showing calls to this function are produced beginning at VIASAT_
SC_0000026). Vualto is a digital rights management technology.
VIASAT_0005820 states "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor,
multi-device DRM solution. Vualto has partnered with major DRM providers so
that content can be protected for playback on Widevine, FairPlay and PlayReady
compatible devices."

682. According to the December 13, 2024 Viasat answers to interrogatories, source
code compiled within the folder "vcds-client" is that for client-side application of
VCDS.

683. Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical
for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at
101:4-6, 8 ("Q: Is the VCDS system for residential use, is that the same client as
the VCDS client that operates on the airplane, or an airplane?" "A: Yes").



684. Hence, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.

685. The  (VIASAT_SC_0000131) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000137). This file also has a ▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000139) which first calls ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. Using tokens to access content is an example of a secure region and authentication. A POSITA would understand authentication as permission to access a secure region. The function then calls ▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000140).

686. VIASAT_00008738 at 775 discloses providing instructions to the NAS device:

238



687.    VIASAT_00008738 at 803 also discloses providing instructions to the NAS

device for controlling the amount of data stored in the secure region:



688. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000249), which applies to both in-flight and residential applications, ingests media to the storage device.

689. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000104) discloses the Network Attached Storage device (NAS). Programmer comments in the file state, "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." The code uses the variable name ▮▮▮▮▮▮▮.

690. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000212)▮▮▮▮▮▮▮▮▮▮▮▮ (VIASAT_SC_0000220). This discloses instructions to the NAS to ingest

[redacted]

content. The call chain for ingesting content was produced as

VIASAT_SC_0000028:

[redacted]

691. *See also* Claims 4 and 6.

692. For at least these reasons, the Viasat systems meet the limitations of this claim
limitation.

### 13.   11[pre] A method of transmitting media content from a media streaming system, the method comprising:

693. Viasat Content Delivery Service (VCDS) system transmits media content form.
A media streaming system. VIASAT_00005782. For example, Viasat's Wireless
In Flight Entertainment ("W-IFE") system "supports media content presentation
from content provider to airline passengers." VIASAT_00005782 at 792.

694. The Viasat document VIASAT_00005782 at 820 discloses media streaming along
with DRM "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor, multi-device
DRM solution. Vualto has partnered with major DRM providers so that content
can be protected for playback on Widevine, FairPlay and PlayReady compatible
devices. Vualto provides the end-to-end DRM solution from packaging to token,
license generation and device validation. Vualto uses Unified Streaming's
Unified Streaming Platform to handle dynamic conversion to DASH and HLS as
well as the initial MSS packaging." The same document states "[redacted]

[redacted]

[redacted]

████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████ (emphasis added).

695.    Viasat's W-IFE system further uses digital rights management ("DRM") solutions

to support streaming of media content.  For example, Viasat's own documents

confirm that "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor, multi-device

DRM solution.  Vualto has partnered with major DRM providers so that content

can be protected for playback on Widevine, Fairplay and PlayReady compatible

devices.  Vualto provides the end-to-end DRM solution from packaging to token,

license generation, and device validation.  Vualto uses Unified Streaming's

Unified Streaming Platform to handle dynamic conversion to DASH and HLS as

well as the initial MSS packaging."  VIASAT_00005782 at 820.

696.    Furthermore, VIASAT_008738 at 743, describes the transmission of media

content from a media streaming system as follows (emphasis added):

VCDS has multiple operational modes that address how video, or other high

bandwidth content may move through our network:

- **Live Video** - Optimize the delivery of live, ***streaming video*** over the
  internet for services like broadcast TV or sporting events

- **Video-on-Demand** - Cache videos that subscribers watch on demand
  from sites like ***Netflix, Hulu***, etc.

███████████████████████

███████████

- **Web Caching** - Organically caching HTTP resources accessed by subscribers for things like common software downloads such as OS or game updates

- **Distributions** - Distribute curated content in advance to modems for scenarios like delivering a library of content to aircraft

697.   Viasat's produced source code further confirms the use of DRM solutions to support media streaming, including in the in-flight VCDS system.  For example, the ████████████████████████

████████████████████████████████

(VIASAT-SC_0000107) describes providing tokens for digital rights management.  In this file, programmer comments explain that this file relates to a "client for Vualto token server" which is "used to get a DRM token for encrypted content playback."  This file includes a █████████████████████

█████████████████████████████████

███████████████████.[35]

698.   Furthermore, the ████████████████████████

███████████████████████████████

██████████████████████, further supporting that the accused Viasat VCDS system transmits media content from a media streaming system.

699.   As yet another example, the ██████████████████████

████████████████████████████████████

---

[35]   VIASAT-SC_0000107.

█████████ (VIASAT_SC_000109)[36] has ████████ (at line 85 of VIASAT_SC_000109); ████████ (at VIASAT_SC_00110); ████████ (at VIASAT_SC_000110).  This demonstrates a media client.

700.   In addition, VCDS for residential applications transmits media content from a media streaming system.  VIASAT's own documents describe the VCDS system, including that in residential settings, as providing live video, specifically "optimiz[ing] the delivery of live, streaming video over the internet for services like broadcast TV or sporting events."  VIASAT_00008738 at 743.  VCDS further provides video-on-demand by "[c]ach[ing] videos that subscribers watch on demand from sites like Netflix, Hulu, etc."  VIASAT_00008738 at 743.

701.   Viasat's witness, Jason Neri testified during deposition that the goal of the VCDS project was to "cache content in the home," confirming the VCDS for residential applications is a media streaming system. Mr. Neri Feb. 5, 2025 Deposition at 20:3-6.

702.   Viasat's documents further describes the accused VCDS for residential applications as a media streaming system, explaining that VCDS implements Open Caching recommendations of the Streaming Video Alliance's Open Caching initiativeVIASAT_00008738 at 745.

703.   In essence, VCDS (for either on-flight or residential applications) is based on the media streaming system as described in Viasat's documents, depicted in the images below from VIASAT_00007343 at 374:

---

[36] This code may be limited to only the VCDS system used by Qantas Airline. Viasat's witness, Mr. Finn Hughes stated that only Qantas uses this code. Mr. Hughes Feb. 28, 2025 Deposition at 30:1-7.



704.    The media streaming is further disclosed in VIASAT_00008420 at 424:



705.    Applications that use the infringing Viasat media streaming system, i.e., VCDS, includes Viasat Stream.  VIASAT's descriptions of the Viasat Stream, which is an

████████████████████████████
████████████████████████████

application that streams media through applications such as Disney+,

demonstrates that VCDS is a media streaming system:[37]

**Viasat Stream Overview**

**Q  What is Viasat Stream?**

**A**  Viasat Stream is an exclusive solution that works with participating streaming providers letting you watch movies and shows any time without using your plan data. Viasat Stream is starting with Disney+ and uses your current Disney+ subscription, our patented technology, and a hub that easily connects to your Viasat modem so you can watch all the Disney+ shows and movies you want without it affecting your data usage. As additional streaming providers join, you will need an account with each provider to enjoy data-free streaming from each new provider.

The hub is a small device included with your Viasat Stream subscription, which we'll send to you free of charge and confirm shipment via email.

Note that Viasat Stream does not replace your current streaming subscriptions, and you'll need an active Disney+ subscription, or an active subscription with any other participating streaming providers, to enjoy Viasat Stream.

Viasat Stream is currently in beta and can be added to Viasat internet service plans for FREE.  The service is being trialed in select areas. During the trial, the service may encounter issues or be discontinued at any time.

706.    The media streaming system is also disclosed in Viasat's source code.  According to the December 13, 2024 Viasat answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

707.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at

---

[37]   *Viasat Stream FAQs*, available at https://help.viasat.com/s/article/Viasat-Stream-FAQs (last visited March 17, 2025).

██████████████████████████████
█████████████

101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as
the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

708.    Thus, I understand that the source code under vcds-client folder describes the
functionalities of both the in-flight and residential applications of Viasat's
infringement.

709.    As one example of source code within Viasat's vcds-client folder that supports
VCDS as transmitting media content from a media streaming system is the ██
████████████████████████████████ (VIASAT_SC_0000076).  This ██
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████. There are several relevant functions in this
file:

██  ████████████████████████████████████
██  ████████████████████████████████████████
██  ████████████████████████████████████████
██  ████████████████████████████████████████

710.    Another example of a media streaming system disclosed in source code is found
in the ████████████████████████████████
(VIASAT_SC_0000189).  Within that file is a structure named ██████████
(VIASAT_SC_0000190- (VIASAT_SC_0000191) ████████████████████
████████████████████████████████.

711.    *See also* Claim 1[pre], 1[a], 1[c].

712.  For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

### 14.  11[a] establishing a connection, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN);

713.  Viasat's VCDS system, both in its in-flight and residential applications, practices this limitation.  VIASAT_0008738 at 773 states "When the VCDS Client starts up, it tries to determine the best available storage device offered by the platform on which it is running.  The storage device is typically 'mounted' on the local file system and thus the path to the storage device is often a mount point.  The path to the storage device varies by type of attached storage for a given platform.  Once the path is confirmed to be usable, the VCDS Client builds out sub-directories for different purposes."

714.  As for Viasat's infringement through its in-flight system, M3 modem and the S4 server constitute the network interface adapter.  The VCDS system transmits digital content via the Viasat satellite communication network, which corresponds to a wide area network (WAN).  The digital content is transmitted to a storage located on the S4 server, which corresponds to the network attached storage (NAS) of this limitation.  This S4 server is operating on a local area network (LAN).  For example, the S4 server is connected to M3 and seatback devices via an ethernet wired connection, and to personal electronic devices ("PEDs") via WAPs.

715.  Focusing on Viasat's infringement through its in-flight system, the S4 server in flight is the network attached storage operating on a local area network.  Viasat's

infringement is supported by the following diagram depicting in-flight

implementation of VCDS from VIASAT_00005782 at 798:



716.    The preceding diagram (VIASAT_00005798) provides an overview of onboard

PED using the WAP (wireless access point) to connect to the Viasat S4 server.

The diagram also shows the connection to the AWS Cloud which hosts the

content management system (CMS).  This connection is via the Viasat M3

modem which runs the VCDS client software.  Note that VIASAT_00005799

shows a similar diagram using the older Kontron server.

717.    Viasat's documents confirm the existence of a network interface in the accused

VCDS that communicates via a WAN "PML port 22 is open and accessible in

case of having ssh access to M3/S4 via WAN session."  VIASAT_00005782 at

896.

718.    As further described in VIASAT_00007973 at 994, the accused in-flight VCDS
system has a broadband router that supports and discloses the requirements of this
limitation, including supporting a network attached storage (NAS) device
operating on a local area network (LAN):

## Mobile Broadband Router

 

719.    This in-flight system is further depicted by the diagram below, showing the
overall architecture of the infringing VCDS system in VIASAT_00006471 at 499:



720. The wireless access point is clearly shown in the preceding diagram, as is a satellite link.

721. As for Viasat's infringement through the residential application of the VCDS system, the Spock/SB2+ Modem in addition to the storage constitutes the network interface adapter. The VCDS system transmits digital content via the Viasat satellite communication network (WAN) to storage on the hub (NAS) operating on a LAN, connected to M3 via an ethernet wired connection, to PEDs via WAPs or ethernet.

722. Viasat's witness confirmed that the storage located on the residential hub is encrypted. For example, Mr. Neri confirmed that there is encrypted storage in the home setup. Mr. Neri Feb. 5, 2025 Deposition at 169:13-16. Mr. Neri also confirmed that the hub is the name for the external hard drive used in the home configuration. Mr. Neri Feb. 5, 2025 Deposition at 188:4-8. Thus, the accused

residential application of VCDS includes the network interface, with the external hard drive and encrypted storage being the network attached storage.

723.    The M3 modem and the S4 server constitute the network interface adapter for the first use-case (on airplane). The VCDS system transmits digital content via the Viasat satellite communication network (WAN) to a storage on the S4 server (NAS) operating on a LAN, connected to M3 via an ethernet wired connection, to seatbacks via ethernet wired connection, and to PEDs via WAPs.

724.    Viasat's infringement through the residential implementation of VCDS is further supported by the following diagram depicted in VIASAT_00008420 at 424:



725.    A POSITA would readily understand that this diagram shows network interfaces along with a storage device.

726.    Viasat's source code production supports infringement by VCDS.  According to the December 13, 2024 Viasat answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

727.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

728.    Hence, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.

729.    The ███████████████████████████████████ (VIASAT_SC_0000189) ███████████████████████████████ (VIASAT_SC_0000191).  That structure includes the following data: ████████████ ███████████████████████████████████████████. The █████ is for satellite communications, which is a wide area network.  This describes a network interface adapter.

730.    *See also* Claim 1[a].

731.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

**15.    11[b] receiving an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system;**

732.    In Viasat's system, the VCDS client on the M3 modem receives an indication of the NAS device, which is mount path of the S4 storage (NAS) generated

███████████████████████████
██████████

according to a NFS configuration file when the M3 modem is booted up and
received by VCDS client on M3.  The S4 storage comprises a buffer for streaming
media.

733.    The VCDS client on M3 modem receives an indication of the NAS device, which
is the S4 storage (NAS) generated according to an NFS configuration file when
the M3 modem is booted up and received by VCDS client on M3.  The S4 storage
comprises a buffer for streaming media.

734.    As one example of receiving an indication of a secure region, the █████
██████████████ (VIASAT-SC_0000242) has programmer comments
that state "████████████████████████████████
████████████████████████." This
function takes in ███████████████████████
███████████████████████
███████████████████. This is an example of an indication
of a secure region.  This value is part of the VCDS code that indicates whether a
region in the storage is secure.

735.    ███████████████████████████████
███████████████.  (Mr. Neri Feb. 5, 2025, deposition at 164:1-
166:13).

736.    The ██████ is used in multiple places in the code.  One example can be
found in the █████████████████ (beginning at
VIASAT_SC_0000212), which has the ████████████████

██████████████████████████████

(VIASAT_SC_0000242) ████████████████████████████████

████████████████████████████████ .

737.    Another example is in the ████████████████████████████████

████████████████████████████████ .

This is just one example of the ████████████ being used referenced

throughout the source code.  This is an example of an indication of a secure

region.

738.    Mr. Neri also testified that this encrypted value is set via comparing file paths.

Mr. Neri Feb. 5, 2025, Deposition at 167:2-168:4.  An excerpt from that

testimony is given here:  "If the VCS client sees a mount path in that table that

matches a certain string value, then it either sets the encrypted flag to true or

false."  Therefore, file paths are one example of an indication of the NAS device

having a secure region.  This value is part of the VCDS code that indicates

whether a region in the storage is secure.

739.    The source code production further supports this table-comparison resulting in

confirming whether the storage device is encrypted.  For example, the ████████

████████████████████████████ beginning at VIASAT-

SC_0000374.  At VIASAT-SC_0000375, ████████████████████████

████████████████████████ .  Programmer's comments state

"████████████████████████ ."  On the same page is also

defined ████████████████████████████

████████████████████████ is another example of an



indication of a secure region.  This value is part of the VCDS code that indicates whether a region in the storage is secure.

740.  The ██████████████ at VIASAT-SC_0000382 also describes the ██████████████████████ as information related to the storage device and compares this to a mount table to determine whether the storage device is encrypted.  More specifically, ████████████ ████████████████████ ██████████████████████.

741.  Mr. Neri testified that the indication discussed in the paragraphs above was set by the file system in both the residential and the commercial aviation case (Mr. Neri February 05, 2025, deposition 169:3-21).  This is yet another example of an indication of a secure region.

742.  Mr. Hughes confirmed that there is a separate subfolder for each packed file, including a separate subfolder for the DRM-encrypted files (Mr. Hughes 28 February 2025 deposition 105:3-16).  The subfolder containing DRM-encrypted files is an example of a secure region.

743.  The PEDs and seatback systems are separate display devices on the LAN as described in VIASAT_00007973 at 012:



## Viasat's extensive seatback integration experience and flexibility

Viasat connectivity integration with IFE seatbacks upgrades
seatback functionality for passengers

- Viasat has existing integrations with IFE Seatback systems
  including linefit delivery with OEMs
- Internet access allows the IFE seatback system to perform several
  functions using the Internet link
  - Download media
  - Download seatback content and metadata
    - Moving Map, Advertising, News, Weather, Passenger surveys
  - Download passenger information
    - Connecting Gate, Targeted advertising and content
  - Upload analytics and performance data
  - Real-time payment transactions
  - Receive IPTV feed from Viasat
- Integration
  - PED to seatback IFE communication
  - Physical integration consists of Ethernet link(s) between IFE and IFC server
    - Networking Routing and VLANs provide the logical connections for the control
      and data planes

744.    Viasat's documents confirm that the S4 server, which is the claimed NAS device,

has a secure region comprising a buffer for streaming media.  For example, the

network terminal is shown to encrypt external storage devices

VIASAT_00008738 at 766:



745.    VIASAT_00007395 at 418 also describes a NAS with a secure region comprising

a buffer for streaming media:

## Security and Compliance

› Encrypt all HDDs as part of "Defense in Depth"
› Protects our technology and the appearance of PII risks
› VCDS is already compliant with all 15 controls

› Interesting PII and URL concerns that need to be worked with compliance
› Viasat needs to use usage history to optimize the network
› Content Provider and Viasat want to exchange information to improve performance and experience

746.    Indeed, Viasat's witness, Mr. Daniel Newman confirmed that the VCDS client stores content received over the satellite network on a solid-state memory located on the S4 server. Mr. Newman Feb. 7, 2025 Deposition at 40:17-41:5.

747.    Mr. Jason Neri also stated that the S4 file system is the storage device for storing content. Mr. Neri Feb. 5, 2025 Deposition at 33:25-34:20, 112:24-113:8, 165:18-166:3.  The same storage device on the S4 server is used for prestored content and Live TV or Disney+ On Demand content. Mr. Neri Feb. 5, 2025 Deposition at 46:9-21.

748.    Further, Viasat's witness, Mr. Des O'Sullivan confirmed that the DRM protection needs to be added to the aircraft server to allow users to watch the media content. Mr. O'Sullivan Feb. 26, 2025 Deposition at 47:1-7.  For a user to access media content, the VCDS system must have DRM protection in the on-plane server, and the media content needs to be available with DRM capability. Mr. O'Sullivan Feb. 26, 2025, Deposition at 52:3-10.  DRM protection is a form of security and therefore demonstrates a secure region.

749.    In context of PEDs, the DRM components verify the characteristics of a PED, and if appropriate characteristics are confirmed, the DRM API issues a token to the

PED, which then triggers media streaming from the content stored onboard (i.e., on the S4 server) to that PED. Mr. O'Sullivan Feb. 26, 2025, Deposition at 61:11-22; 109:8-15; 110:16-24; 148:16-20.

750.   Indeed, different types of content (such as prestored content, IPTV or Disney+ content) are stored in different file locations within the same S4 server storage device. Mr. Neri Feb. 5, 2025 Deposition at 47:4-48:1, 74:21-25.  For example, client requested content is stored in the folder called "staged" on the S4 server. Mr. Neri Feb. 5, 2025, Deposition at 37:5-12.

751.   Likewise, Mr. Hughes testified that movies and TV shows are stored as DRM-encrypted packaged files in separate sub-folders such that the separate sub-folders are thus secure regions. Mr. Hughes Feb. 28 Deposition at 105:4-16.  As such, the sub-folder file paths are also an indication of a secure region.

752.   In the residential VCDS application, VCDS client on the home hub modem receives an indication of the NAS device, which is mount path of the attached storage (NAS) which is generated according to a NFS configuration file when the modem is booted up and received by VCDS client on.  The mount file path is to be compared with a list of string values and according to whether a match is found, ███████████████████████████████████████ ███████████████████████████████████████ (Mr. Neri February 05, 2025, deposition 167:2-168:4).  This is applicable to use case 4.

753.   The indication of the NAS device secure region, in both in-flight and residential applications, is also supported by Viasat's source code.  With respect the claim language regarding "secure region," Encrypted portions of the storage would be



secure regions, whereas non-encrypted would not be secure.  Therefore, that indication of encryption is an indication of a secure region.  This is applicable to all four use cases.

754.    The 

755.    The ⬛ contains information about the storage device. GetSdInfoFromSdStat (VIASAT_0000386) programmer comments state '

756.    The structure itself is defined in ⬛ (beginning at VIASAT_SC_0000189).

757.    The ⬛ is used in multiple places in the code.  One example can be found in the ⬛ (beginning at VIASAT_SC_0000212), which has the ⬛ (VIASAT_SC_0000242) r.  This function ⬛.

758.    Another example is in the ⬛. ⬛. This code is in the VCDS client code.



███████████████████████████
█████████████████████████████████

759.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical

for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition (Feb.

5, 2025) at 101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the

same client as the VCDS client that operates on the airplane, or an airplane?" "A:

Yes").  Therefore, this code is applicable to all four use cases.

760.    Viasat's source code further confirms that the storage on VCDS has a buffer.  The

███████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████.  A POSITA would recognize that storage device

includes a buffer.

761.    *See also* Claim 1[c].

762.    For at least these reasons, the Viasat systems practice this element of the method

and thus meets this claim limitation.

**16.    11[c] transmitting media content to the secure region within the NAS device for playback by the display device from the buffer; and**

763.    In both in-flight and residential applications, the VCDS Core Node including

VCDS Sender and VCDS Web Proxy transmit digital content to the VCDS client,

which then deposits the content in the S4-located VCDS storage device (for in-

flight applications) and/or the attached storage device (for residential application).

The stored media content is available to be played for playback on PEDs (in

general), / seatback systems (for in-flight applications), and/or home appliances

(for residential applications) from the respective buffers.  The VCDS Sender in

Core Node creates HTTP requests for content provider files and sends the

requests to the VCDS proxy cache, in live tv and VOD (Video on Demand).

764.    Viasat's documents confirm that the accused VCDS transmits media content to

the secure region within the respective NAS devices.  VIASAT_00008738 at 760

describes live video being transmitted to the secure region within the NAS:



765.    The preceding diagram from Viasat documents shows media going from the

ground to the VCDS client storage (i.e. buffer) then to the client device.  This is

transmitting the digital content to the secure region within the NAS device for

playback by the separate display device from the buffer.  Viasat's witness, Mr.

Jason Neri also confirmed that the VCDS client is identical for both home and in-

██████████████████████████
██████

flight applications. Mr. Neri Feb. 5, 2025 Deposition (Feb. 5, 2025) at 101:4-6, 8
("Q: Is the VCDS system for residential use, is that the same client as the VCDS
client that operates on the airplane, or an airplane?" "A: Yes"). Therefore, this is
applicable to all four use cases.

766. Source code related to in-flight applications confirms this understanding. As
discussed above, the existence of a secure region is confirmed by the ██████

████████████████████

█████████████████████████████████████

██ (VIASAT_SC_0000092) ██████████████████████████

████████████████████████████

██████████████. Requiring token authentication denotes a secure region. The
folder ████████████████████.

767. Source code for the vcds-client, which is applicable to both in-flight and
residential applications, shows the transmitting of digital content to the secure
region within the respective NAS devices. The ████████

████████████████████████ (VIASAT_SC_0000131) ██

███████████████████████

████████████████ (VIASAT_SC_0000137). This file also has a
████████████████ (VIASAT_SC_0000139) which ████████

████████████████████████████

████████████████████████████

██████████████████████

████████████ (VIASAT_SC_0000140). The

263

 is a request for digital content.  This code demonstrates transmitting digital content to the secure region within the NAS device for playback by the separate display device from the buffer and is applicable in all four use cases.

768.   The █████████████████████████████ manages the storage which is used to store video that has been retrieved.  This is a buffer for containing media.

769.   The ███████████████████████████ (VIASAT_SC_0000249) ████████████████.  Within this file is the ████████████████ (VIASAT_ SC_0000260) ████████████████████████ ████████████████████████████████████████ ████████████████████████████████.  The ███████████████████████████████████████.  The █████████████ (VIASAT_SC_0000258) █████████████████ ██████████████████████████████████████ ██████.  Then the ███████████████████████████████.  The call sequence is given here:



770.    The code in IngestWorker.c as well as the functions described in the preceding

paragraphs disclose the process whereby media gets into the VCDS client which

is transmitting the digital content to the secure region within the NAS device for

playback by the separate display device from the buffer.

771.    The PED or seatback device is a separate display VIASAT_00007973 at 012

discloses this:



## Viasat's extensive seatback integration experience and flexibility

Viasat connectivity integration with IFE seatbacks upgrades
seatback functionality for passengers

- Viasat has existing integrations with IFE Seatback systems including linefit delivery with OEMs
- Internet access allows the IFE seatback system to perform several functions using the Internet link
    - Download media
    - Download seatback content and metadata
        - Moving Map, Advertising, News, Weather, Passenger surveys
    - Download passenger information
        - Connecting Gate, Targeted advertising and content
    - Upload analytics and performance data
    - Real-time payment transactions
    - Receive IPTV feed from Viasat
- Integration
    - PED to seatback IFE communication
    - Physical integration consists of Ethernet link(s) between IFE and IFC server
        - Networking Routing and VLANs provide the logical connections for the control and dataplanes

772.    *See also* Claim 1[d].

773.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

### 17.    11[d] transmitting instructions to the NAS device to control streaming access to the media content stored on the buffer

774.    The evidence for this claim limitation is the same for both in-flight and residential applications of the accused VCSD.

775.    Viasat's documents describe that the accused in-flight VCSD system uses DRM for content protection.  For example, Viasat's document mentions that Vualto is the DRM service that keeps content protected and not viewable by those that the content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay.  This is stated in VIASAT_00005782 at 820:  "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor, multi-device DRM solution.  Vualto has partnered with major DRM providers so that content can be protected for playback on Widevine, FairPlay and PlayReady compatible devices."

776.    The following image from VIASAT_00005782 at 821 illustrates this process:



Figure 1: Onboard DRM Overview

777.　As discussed in the same document, media (VIASAT_00005821) media content is encrypted using AES encryption and Vualto uses per content item encryption keys.

778.　VIASAT_00008738 at 770 describes transmitting instructions to the NAS device for streaming access to the digital content:

## Control Channel

Besides using multicast for transferring file contents, VCDS also uses multicast for communicating control information to VCDS clients.

779.　A POSITA would understand that control information includes instructions. Furthermore, the VCDS Client uses an S4 or Kontron server as its network accessible storage (NAS) in airplane scenarios and is thus applicable to use cases 1,2, and 3.

780.　The instructions discussed in the previous paragraph includes that instructions directed to the operations of the respective NAS device. For example, Viasat's

documents at VIASAT_00008738 at 775 discusses the sequence of how VCDS

client may provide instructions, including that for the content ingestion process:



781.    Viasat's produced source code further demonstrates how the accused VCDS

infringes this claim.  According to the December 13, 2024 Viasat answers to

interrogatories, source code compiled within the folder "vcds-client" is that for

client-side application of VCDS.

782.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical

for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at

101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as

the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").  Thus,

VCDS code is applicable to all four use cases.



783.    Therefore, I understand that the source code under vcds-client folder describes the

functionalities of both the in-flight and residential applications of Viasat's

infringement.  Therefore, vcds client code is applicable to all four use cases.

784.    The ███████████████████████████ (VIASAT_SC_0000249),

which applies to both in-flight and residential use cases, ingests media to the

storage device.

785.    The ████████████████████████

████████████████████████████

(VIASAT_SC_0000104) discloses the Network Attached Storage device (NAS).

Programmer comments in the file state, "████████████████████████

██████████████████████ The code uses the variable

name ███████████.

786.    The ████████████████████████

(VIASAT_SC_0000212) calls the ████████████████

(VIASAT_SC_0000220).  This discloses instructions to the NAS to ingest

content.  The call chain for ingesting content was produced as

VIASAT_SC_0000028:

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

787.    *See also* Claim 1[e].

788.    For at least these reasons, the Viasat systems practice this element of the method

and thus meets this claim limitation.

**18.    12. The method of claim 11, wherein transmitting the media content
to the secure region comprises:  time-shifting the transmitting of the
media content to a time with more available bandwidth on a
connection to the NAS device.**

789.    There are prioritized service flows in the Viasat systems designed to maximize

bandwidth usage.  This is true in both in-flight and residential applications, VCDS

includes.  This is disclosed in VIASAT_00008738 at 743:



790.    VIASAT_00003234 at 235 discloses that shifting traffic from busy hours to

conserve bandwidth is in fact a goal of VCDS:

## VCDS Goals

*Improve delivery of bandwidth intensive resources such that it:*

*consumes less bandwidth and*

*shifts traffic out of the busy hour and*

*improves the user experience*

791.    VIASAT_00008738 at 743 also discusses time shifting:

modem individually.

VCDS uses **reliable multicast** (as well as unicast), **prioritized service flows,** and **edge caches** to provide a user with a **higher quality experience** (better video quality, fewer interruptions) while also using **less network bandwidth**, shifted **out of the** busy hour, to deliver content.



792.    VIASAT_00008711 provides details on how time-shifting is accomplished understanding the peak usage hours:

MAC domain a modem is in
There are different amounts of bandwidth available based on "local" time of day. In particular, VCDS has facilities for using bandwidth which would otherwise go unused. In order to do this VCDS needs to understand when the peak usage time occurs. "Busy hour" windows are configured in VCDS by MAC domain. This makes sense since the busy hour is correlated with the local time, which is correlated with the geographical location of the MAC domain.

793.    *See also* Claim 3.

794.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

███████████████████████

**19.     13. The method of claim 11, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system.**

795.     In the VCDS in-flight use case, the NAS (S4 server storage) is inaccessible by a user without permission from the system.  Vualto is the DRM service that keeps content protected and not viewable by those that the content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay (VIASAT_0005782 at 801, 820, 821; VIASAT_SC_0000107).

796.     Viasat's documents confirm that the contents on the NAS device are inaccessible absent permission, shown in VIASAT_00008738 at 745:

*How does an end user know what content is available?*

Generally speaking VCDS does not rely on a user knowing what content is available. Furthermore, VCDS does not expose what content is available to web users. If it is necessary or desirable to guide users to curated content then that is up to the application on top of VCDS.

797.     This aspect of VCDS is further discussed in VIASAT_00008738 at 766:



798.     The encrypted storage device is further described in VIASAT_00007395 at 418:

## Security and Compliance

> Encrypt all HDDs as part of "Defense in Depth"
> Protects our technology and the appearance of PII risks
> VCDS is already compliant with all 15 controls

> Interesting PII and URL concerns that need to be worked with compliance
> Viasat needs to use usage history to optimize the network
> Content Provider and Viasat want to exchange information to improve performance and experience

███████████████████████████
███████████

799.   Viasat's source code production further supports how VCDS infringes this claim.
The ████████████████████████████

████████████████████████████████████████████████████

(flow charts showing calls to this function are produced beginning at VIASAT_
SC_0000026).  Vualto is a digital rights management technology.
VIASAT_0005820 states "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor,
multi-device DRM solution.  Vualto has partnered with major DRM providers so
that content can be protected for playback on Widevine, FairPlay and PlayReady
compatible devices."

800.   According to the December 13, 2024 Viasat answers to interrogatories, source
code compiled within the folder "vcds-client" is that for client-side application of
VCDS.

801.   Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical
for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at
101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as
the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

802.   As a result, I understand that the source code under vcds-client folder describes
the functionalities of both the in-flight and residential applications of Viasat's
infringement.

803.   The ███████████████████████████████████
(VIASAT_SC_0000131) has a ████████████████████████████████
████████████████████████████ (VIASAT_SC_0000137).  This file
also has a ████████████████████ (VIASAT_SC_0000139) which

████████████████████████████

first calls the ███████████████████████████

████████████████. ██████████████████████████

██████. Using tokens to access content is an example of a secure region and authentication. A POSITA would understand authentication as permission to access a secure region. The function then calls ██████████████████ (VIASAT_SC_0000140).

804. *See also* Claim 4.

805. For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

> **20.    14. The method of claim 11 further comprising:  causing the NAS device to use encryption that secures the media content to the secure region.**

806. For the in-flight application of VCDS, the processor of M3 modem causes the S4 storage to use encryption. For the residential application of VCDS, the processor of Spock/SB2+ modem causes the S4 storage to use encryption. Encryption is disclosed throughout VIASAT documents and source code (VIASAT_00007395 at 418; VIASAT_00008738 at 766;  VIASAT_SC_0000107; VIASAT_00008767; VIASAT_00005821).

807. In addition, Viasat's witness, Mr. Neri testified "[i]n the residential use case, the host platform where the VCS client is running is encrypting anything written to the USB attached hard drive." Mr. Neri Feb. 5, 2025 Deposition at 189:13-18.

808. Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

Therefore, the VCDS evidence applies to both in-flight application and residential applications of VCDS.

809.    A CPU (Central Processing Unit) is disclosed multiple times in Viasat documentation including VIASAT_00005782 at 809, 989, 018; VIASAT_00008738 at 816, 818, 822.

810.    Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute.  Additionally, one of ordinary skill in the art would understand that the M3 Modem and S4 server or Kontron server require a processor to operate.

811.    VIASAT_00008738 at 766 discloses this limitation:



812.    *See also* Claim 5.

813.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

**21.    15. The method of claim 11 further comprising:  providing instructions to the NAS device for controlling an amount of data stored in the secure region.**

814.    A CPU (Central Processing Unit) is disclosed multiple times in Viasat documentation including VIASAT_00005782 at 809, 989, 018; VIASAT_00008738 at 816, 818, 822.

815.    Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute.  Additionally, one of ordinary skill in the art would understand that the M3 Modem and S4 server or Kontron server require a processor to operate.

816.    VIASAT_00008738 at 775 discloses providing instructions to the NAS device for controlling the amount of data stored in the secure region:



817.    VIASAT_00008738 at 803 also discloses providing instructions to the NAS

device for controlling the amount of data stored in the secure region:



818.    Viasat's produced source code further demonstrates how the accused VCDS infringes this claim.  According to the December 13, 2024 Viasat answers to interrogatories, source code compiled within the folder "vcds-client" is that for client-side application of VCDS.

819.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical for both home and in-flight applications.  Mr. Neri Feb. 5, 2025 Deposition at 101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").

820.    Hence, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.



821.    The ██████████████████████████████████ (VIASAT_SC_0000249), which applies to both in-flight and residential applications, ingests media to the storage device.

822.    The ███████████████████████

███████████████████████████████████ (VIASAT_SC_0000104) discloses the Network Attached Storage device (NAS). Programmer comments in the file state, "████████████████████

██████████████████████." The code uses the variable name ██████████

823.    The ███████████████████████ (VIASAT_SC_0000212) calls the ███████████████ (VIASAT_SC_0000220). This discloses instructions to the NAS to ingest content. The call chain for ingesting content was produced as VIASAT_SC_0000028:



824.    *See also* Claims 1[e] and 6.

825.    For at least these reasons, the Viasat systems practice this element of the method and thus meets this claim limitation.

**22.    16. The method of claim 11 further comprising:  providing instructions to the NAS device for controlling an encryption type used in the secure region.**

826.    A CPU (Central Processing Unit) is disclosed multiple times in Viasat documentation including VIASAT_00005782 at 809, 989, 018; VIASAT_00008738 at 816, 818, 822.

827.    Furthermore, one of ordinary skill in the art would understand that computer code requires a processor to execute.  Additionally, one of ordinary skill in the art would understand that the M3 Modem and S4 server or Kontron server require a processor to operate.

828.    In the VCDS in-flight use case, the NAS (S4 server storage) is inaccessible by a user without permission from the system.  Vualto is the DRM service that keeps content protected and not viewable by those that the content owner does not want to view them.  DRMs include Microsoft PlayReady, Google Widevine, and Apple FairPlay (VIASAT_0005782 at 801, 820, 821; VIASAT_SC_0000107).

829.    Viasat's documents confirm that the contents on the NAS device is inaccessible absent permission, shown in VIASAT_00008738 at 745:

*How does an end user know what content is available?*

Generally speaking VCDS does not rely on a user knowing what content is available. Furthermore, VCDS does not expose what content is available to web users. If it is necessary or desirable to guide users to curated content then that is up to the application on top of VCDS.

830.    This aspect of VCDS is further discussed in VIASAT_00008738 at 766:



831.    The encrypted storage device is further described in VIASAT_00007395 at 418:

## Security and Compliance

> Encrypt all HDDs as part of "Defense in Depth"
> Protects our technology and the appearance of PII risks
> VCDS is already compliant with all 15 controls

> Interesting PII and URL concerns that need to be worked with compliance
> Viasat needs to use usage history to optimize the network
> Content Provider and Viasat want to exchange information to improve performance and experience

832.    Viasat's source code production further supports how VCDS infringes this claim.
The ███████████████████████████████

███████████████████████████████████████████████

(flow charts showing calls to this function are produced beginning at VIASAT_
SC_0000026).  Vualto is a digital rights management technology.
VIASAT_0005820 states "ViaSat W-IFE uses VUDRM, Vualto's multi-vendor,
multi-device DRM solution.  Vualto has partnered with major DRM providers so
that content can be protected for playback on Widevine, FairPlay and PlayReady
compatible devices."

833.    According to the December 13, 2024 Viasat answers to interrogatories, source
code compiled within the folder "vcds-client" is that for client-side application of
VCDS.

834.    Viasat's witness, Mr. Jason Neri also confirmed that the VCDS client is identical
for both home and in-flight applications. Mr. Neri Feb. 5, 2025 Deposition at
101:4-6, 8 ("Q:  Is the VCDS system for residential use, is that the same client as
the VCDS client that operates on the airplane, or an airplane?" "A:  Yes").



835.  Hence, I understand that the source code under vcds-client folder describes the functionalities of both the in-flight and residential applications of Viasat's infringement.

836.  The  (VIASAT_SC_0000131) has a ████████████████████████ ████████████████████████ (VIASAT_SC_0000137). This file also has a ████████████████████ VIASAT_SC_0000139) which first calls the ████████████████████ ████████████████████. A ████████████████████ ████████ Using tokens to access content is an example of a secure region and authentication.  A POSITA would understand authentication as permission to access a secure region.  The function then calls ████████████████████ (VIASAT_SC_0000140).

837.  VIASAT_00008738 at 775 discloses providing instructions to the NAS device:



838.    VIASAT_00008738 at 803 also discloses providing instructions to the NAS

device for controlling the amount of data stored in the secure region:



839.  The ███████████████████████████████ (VIASAT_SC_0000249),

which applies to both in-flight and residential applications, ingests media to the

storage device.

840.  The ████████████████████████████

████████████████████████████████████

(VIASAT_SC_0000104) discloses the Network Attached Storage device (NAS).

Programmer comments in the file state, "████████████████████████████

████████████████████████████." The code uses the variable

name ████████████.

841.  The ████████████████████████████

(VIASAT_SC_0000212) calls the ████████████████

(VIASAT_SC_0000220).  This discloses instructions to the NAS to ingest

content.  The call chain for ingesting content was produced as

VIASAT_SC_0000028:

842.    *See also* Claims 4, 6, and 7.

843.    For at least these reasons, the Viasat systems practice this element of the method

and thus meets this claim limitation.

**E.    Indirect Infringement**

**a.    '400 Patent**

844.    Viasat indirectly infringes the claims of the '400 Patent by encouraging its U.S.-

based airline carriers to directly infringe for Use Cases 1-3 and its Stream

customers to directly infringe for Use Case 4.

845.    I have reviewed evidence that demonstrates to a person of ordinary skill in the art

that Viasat actively encourages others (including airlines, air travelers and

Viasat's Stream customers) to use the '400 Accused Systems, for airlines to offer

for sale and sell services supported by the '400 Accused Systems and to import

the '400 Accused Systems by flying airplanes.  I have reviewed evidence that

demonstrates to a person of ordinary skill in the art that Viasat actively

encourages others (including airlines) to use the '400 Accused Systems.

846.    For example, Viasat has promoted use of the '400 Accused Systems and

participated in encouraging Viasat's customers, including but not limited to

airline customers and home satellite internet service customers, to use

functionality of the '400 Accused Systems that is covered by the Asserted Claims.

██████████████████████████████

For example, Viasat advertises that "[v]ertically integrated technology allows Viasat to optimize the connectivity pipeline from end-to-end, delivering a game-changing in-flight connectivity service that mirrors the experience consumers have on the ground."  Viasat, Commercial Aviation Inflight Connectivity, https://www.viasat.com/enterprise-and-mobility/aviation/commercial/inflight-connectivity/; *see also* Viasat, Viasat in-flight connectivity solutions, https://www.viasat.com/content/dam/us-site/aviation/documents/565522_Inflight_Connectivity_011_aag.pdf.

847.    Through these and other such statements, it is my opinion that a person of ordinary skill in the art would believe that Viasat intends and induces customers such as airlines, and end-users of the Gateway devices, to adopt and deploy the '400 Accused Systems.  It is also my opinion that a person of ordinary skill in the art would believe that Viasat further intends and induces airlines to encourage passengers to use the systems for entertainment and engagement during flights, including, specifically, the functionality covered by the Asserted Claims.  VIASAT_00006376; VIASAT_00006471; VIASAT_00006655; VIASAT_00003350; VIASAT_00003288 at 321 ("Keep Passengers Entertained"), 326 ("Why Viasat W-IFE?").

848.    As another example, Viasat controls the content catalog for its airline customers and offers "Ad Supported Channels," "where content costs are off-set by advertisers."  VIASAT_00003288 at 304, 318.

849.    As another example, Viasat has promoted the ability for American Airlines passengers to stream Apple Music for free using Viasat satellite Wi-Fi and has

provided instructions for users to do so.  Viasat, Music to Your Ears:  American Airlines Customers Can Access Apple Music for Free in Flight (January 30, 2019), https://www.viasat.com/about/newsroom/blog/music-to-your-ears-american-airlines-customers-can-access-apple-music-for-free-in-flight/.

850.    Viasat has also published articles discussing passengers' desire for, and the benefits of offering, free Wi-Fi, which acts encourage airlines to adopt the infringing functionality, including offering free Wi-Fi through Viasat's "Sponsored Access" model.  Viasat, This year's International Aviation Day comes at an industry crossroads (December 7, 2020), https://www.viasat.com/about/newsroom/blog/international-aviation-day/; Viasat, How to make free internet a reality on commercial flights (August 14, 2019), https://www.viasat.com/about/newsroom/blog/how-to-make-free-internet-a-reality-on-commercial-flights/.

851.    Viasat also provides customer support to facilitate passengers' use of the '400 Accused Systems for in-flight connectivity and entertainment.  Viasat, Viasat Passenger Care, https://www.viasat.com/customer-service/aviation/.

852.    Viasat's acts of inducement also include providing installation services, content loading and streaming services, as well as information, and instructions, and providing the '400 Accused Systems to others and by facilitating end users' access to the '400 Accused Systems .

           **b.        '667 Patent**

853.    Viasat indirectly infringes the claims of the '400 Patent by encouraging its U.S.-based airline carriers to directly infringe for Use Cases 1-3 and its Stream customers to directly infringe for Use Case 4.

854. I have reviewed evidence that demonstrates to a person of ordinary skill in the art that Viasat has induced, and continues to induce, infringement in violation of 35 U.S.C. § 271(b), by actively encouraging others (including airlines, air travelers, and home users) to use and offer to sell the '667 Accused Systems and similar edge storage systems. For example, Viasat has promoted use of Viasat's IFEC systems and participated in encouraging airline customers to use functionality of Viasat's IFEC systems that connect to the '667 Accused Systems. *See e.g.*, VIASAT_00006376; VIASAT_00006471; VIASAT_00006655; VIASAT_00003350; VIASAT_00008069; VIASAT_00008313; VIASAT_00003288 at 321 ("Keep Passengers Entertained"), 326 ("Why Viasat W-IFE?").

855. Further, Viasat advertises that "[v]ertically integrated technology allows Viasat to optimize the connectivity pipeline from end-to-end, delivering a game-changing in-flight connectivity service that mirrors the experience consumers have on the ground." Viasat, Commercial Aviation Inflight Connectivity, https://www.viasat.com/enterprise-and-mobility/aviation/commercial/inflight-connectivity/; *see also* Viasat, Viasat in-flight connectivity solutions, https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf.

856. As another example, Viasat has monitored end users' media consumption and tried to differentiate its entertainment offerings to be more attractive so as to induce airlines and customers to adopt them and has taken steps, such as partnering with DIRECTV, to make it "less cumbersome" for airlines to make in-

████████████████
████████████████

flight entertainment available to passengers.  Viasat, Airlines adjusting in-flight

entertainment options as travelers return,

https://www.viasat.com/about/newsroom/blog/airlines-adjusting-in-flight-

entertainment-options-as-travelers-/.

857.    Viasat's efforts have focused on offering live programming in flights, in homes,

and other locations, using the VCDS, which functionality Viasat enables through

its use of technology that infringes the Asserted Claims.  For example, Viasat

stated that "[o]ur statistics show the live services provided through our offering is

valued by the customers."  *Id.*

858.    As another example, Viasat announced that it was giving passengers the NBA

League Pass in-flight, providing access to live basketball games, at no additional

cost on JetBlue and American Airlines—and further touted that Viasat was "the

only one offering the NBA League Pass in-flight."  Viasat, Meet the Experts:

Making inflight connectivity better and better (August 13, 2021),

https://www.viasat.com/about/newsroom/blog/meet-the-experts--making-inflight-

connectivity-better-and-better/.

859.    Viasat's statements and efforts encourage end-users, airlines and content

providers to adopt the infringing functionality, including streaming of live TV in

planes, homes, and other locations.  *See e.g.*, VIASAT_00007395;

VIASAT_00007581; VIASAT_00007617; VIASAT_00007633;

VIASAT_00008069; VIASAT_00008313.

860.    Viasat also encourages content providers to integrate their systems with the

VCDS so that it can enhance its offerings to end-users.  Viasat, Viasat Stream for

████████████████████████

Content Providers, https://www.viasat.com/satellite-internet/add-ons/viasat-stream/content-providers/.  *See also*, VIASAT_00007144; VIASAT_00007318; VIASAT_00007559; VIASAT_00007678

861.  Viasat's acts of inducement also include providing installation services, content streaming services, as well as information, and instructions, and providing access to the '667 Accused Systems to others.

## VII.  NON-INFRINGING ALTERNATIVES

862.  Viasat has not produced any detailed non-infringing alternatives as of the writing of this report.  However, in responses to plaintiff's second set of interrogatories served right before the February 7, 2025 fact discovery deadline, Viasat provided some very general concepts.  Viasat's Third Supplemental Objections & Responses to Plaintiff's Second Set of Interrogatories (Nos. 9-15) dated February 6, 2025 (pages 18-25)  ("Viasat's NIA Response").  I will address these in this section and reserve the right to respond when full non-infringing alternatives are produced and/or when I am able to review any expert opinions from Viasat on this issue.

863.  As to all of the alleged NIAs in that supplemental response, Viasat has not attempted to establish that any of those NIAs would have been available to Viasat at the time of the hypothetical negotiation for the two different asserted patents. While Viasat attempts to describe changes it allegedly could make to its existing product, it does not show that it could have made those changes at the relevant period of time.

### A.     '400 Patent

864.     Viasat first contends that prior art listed in its Invalidity Contentions is a non-
infringing alternative, including Verimatrix, eMusic digital kiosk and the
Cryptography Research CryptoFirewall.  Viasat's NIA Response at 18, lines 15-
20.  But, the interrogatory response does not analyze whether any of the prior art
identified would actually be commercially acceptable as of the relevant time
frame of the hypothetical negotiation date in 2017 – a date I was provided.
Moreover, the interrogatory response does not indicate what cost it would have
taken for Viasat to modify its systems to implement the prior art system designs,
what steps would be needed to modify the system to implement the prior art
designs or whether those designs would operate for the purpose Viasat needs.
Without more information, it is my opinion that Viasat has not established that the
prior art systems identified are a commercially acceptable non-infringing
alternative.  Moreover, Viasat has not explained if any of those prior art systems
would have been commercially acceptable solutions to solve the problems it was
trying to solve to offer in flight entertainment options that include stored content,
live TV and on demand content.  If Viasat provides more details, I reserve the
right to respond to these allegations.

865.     Viasat contends that the Accused Systems are a non-infringing alternative because
they do not include "portable data storage devices," Viasat's NIA Response at
21:13-26, but as I have explained above, it is my opinion that the Accused
Systems infringe and thus, they are not a non-infringing alternative.

866.     It then says that seatback devices are not portable and even if they are portable,
they could be made more secure.  The details it provides are insufficient to

indicate what steps would be taken to make the seatback devices more secure. These devices are designed to be able to be maintained and removed if broken. So, this proposal is unclear how those goals could be achieved if they are made more secure. Thus, given the sparsity of information, this does not appear to be a viable and commercially acceptable non-infringing alternative.

867.  Viasat contends that the Accused Systems are a non-infringing alternative because they do not include "obtain a unique identifier ... where the unique identifier is specific to the portable data storage device and is concealed by the portable data storage device" Viasat's NIA Response at 21:27-23:9, but as I have explained above, it is my opinion that the Accused Systems infringe and thus, they are not a non-infringing alternative.

868.  Viasat then contends that changes could be made so that identifiers are not concealed and alleges that the changes would be trivial and require less than two hours to code an API and less than two days to fully test and deploy the API.  The details it provides are insufficient to show that such a change or set of changes would actually work or would satisfy the content owners.  Viasat contends that airline customers would find the vague solution acceptable but does not establish that the content owners would allow it given the importance of protecting the content at issue (stored movies/TV shows, Live content and on demand movies and TV shows).  Thus, the vague proposal is not shown to be a commercially acceptable non-infringing alternative.

869.  Viasat contends that the Accused Systems are a non-infringing alternative because they do not include "authenticate the portable data storage device, using at least

the unique identifier, by communicating with the remote trusted server over the second data interface," Viasat's NIA Response at 23:10-24:14, but as I have explained above, it is my opinion that the Accused Systems infringe and thus, they are not a non-infringing alternative.

870.    Viasat also contents in that same section that it could design a system using non-concealed unique identifiers but as discussed above, that notion is so vague and without any details, Viasat has not shown that it would work for the intended purpose in an in-flight entertainment system.  That change, thus, is not a commercially acceptable non-infringing alternative.

871.    Viasat then contends that it could use a DRM system that does not communicate with any remote trusted server and alleges that its FairPlay and WideVine implementations are examples.  As explained above, however, Viasat's implementation that uses FairPlay and WideVine is reliant on communication with remote trusted servers to obtain necessary updates to the DRM policies that are used for authentication purposes.  Viasat has not identified any example of a DRM authentication system that is completely disconnected from a remote server that would operate for its intended purpose for a continuous amount of time.  What it proposes is thus not a non-infringing alternative and certainly not a commercially acceptable alternative because DRM policies have to be updated

872.    Viasat then contends that it would only take two engineers less than 10 lines of code and an estimated 2 days to update to use WideVine over PlayReady.  But, as discussed, this change would still be infringing.  Moreover, that change does not include testing with customers and does not include implementation times.  And,

it does not indicate whether any customers would find the solution acceptable if the WideVine DRM policies could not be updated as they currently are updated.

873.    Moreover, his time estimate does not include the time to roll out this change and while he alleges that the change had been made already, he had no knowledge of when it started or when the roll out would be complete.  Mr. Hughes Feb. 28 Deposition at 164:1-167:4.

874.    Viasat then said it could use a third-party DRM server that does not uniquely identify a device but it does not provide details on how that would work considering the current DRM API suggests that a required input is a client name. Its contention that customers do not require using unique identifiers is also unclear because it does not address whether the content providers require that information and whether they consider that proposed solution commercially acceptable.  Thus, these proposals are vague and do not establish that they are commercially acceptable non-infringing alternatives.

875.    Viasat contends that the Accused Systems are a non-infringing alternative because they do not "in response to the authentication, provide to the portable data storage device an encrypted first media content and a corresponding access key," Viasat's NIA Response at 24:15-25:2, but as I have explained above, it is my opinion that the Accused Systems infringe and thus, they are not a non-infringing alternative.

876.    On this point, Viasat's contentions are very unclear.  It alleges that it could design its processors so they do not provide an encrypted first media content and a corresponding access key but it does not explain what it would provide instead to enable users of the portable data access devices to view content.  I also do not

believe that content providers would accept delivery of unencrypted content without access keys for movies and TV shows, for example.

877.     Viasat estimates that it would make this change in two weeks to 3 months, but again, it is not even clear what change it is proposing and it is clear that any such change would not include testing with customers or implementation on customer aircraft.  Mr. Hughes Deposition at 167:5-169:18.

878.     When asked about this at deposition, Mr. Hughes explained that this proposed change that the contentions do not explain in detail would involve having all of the encrypted content and the keys be delivered "from the cloud."  He alleged that is what the PlayReady solution currently does.  Mr. Hughes Deposition at 167:5-169:18.

879.     Viasat then contends that it would only take two engineers two weeks to 3 months to implement those changes.  But, that does not include testing with customers and does not include implementation times. *Id.*

880.     He also acknowledged that Viasat is getting rid of PlayReady because of disadvantages to that solution.  So, it seems that it is not a commercially acceptable solution at least to Viasat.

881.     Viasat contends that the Accused Systems are a non-infringing alternative because they do not  have a kiosk in a public environment with respect to the dependent claims that require that feature (claims 8 and 17), Viasat's NIA Response at 25:3-5, but as I have explained above, it is my opinion that the Accused Systems infringe and thus, they are not a non-infringing alternative.

882.    Viasat also alleges that it could move the components of the kiosk to something that is not a public environment using a lock or layer of security on the avionics bay.  The details here are again sparce.  But just because something is locked does not necessarily mean that it is not public.  For example, ATMs are in public places but are locked up so that people cannot access the money.  So, this proposed NIA is unclear and does not seem to present an actual NIA.  Further, the kiosks are able to receive communications from PEDs on the airplane and thus meet the definition of a public environment.

**B.    '667 Patent**

883.    Viasat first contends that prior art listed in its Invalidity Contentions is a non-infringing alternative, including TiVo Premiere, DirecTV VOD Services, HR23 DVR and Genie DVR, the DISH VOD Services, ViP622 DVR, ViP722k, Hopper DVR, and Joey Receivers, the WD My Book AV DVR Expander, the WD TV Live Plus and SCSA's DRM solution/Project Phenix/Vidity.  Viasat's NIA Response at 18, lines 21-26.  But, the interrogatory response does not analyze whether any of the prior art identified would actually be commercially acceptable as of the relevant time frame of the hypothetical negotiation date in October of 2019 – a date I was provided.  Moreover, the interrogatory response does not indicate what cost it would have taken for Viasat to modify its systems to implement the prior art system designs, what steps would be needed to modify the system to implement the prior art designs or whether those designs would operate for the purpose Viasat needs.  Without more information, it is my opinion that Viasat has not established that the prior art systems identified are a commercially acceptable non-infringing alternative.  Moreover, Viasat has not explained if any

of those prior art systems would have been commercially acceptable solutions to solve the problems it was trying to solve to offer inflight entertainment options that include stored content, live TV and on demand content. If Viasat provides more details, I reserve the right to respond to these allegations. Viasat contends that the Accused Systems are a non-infringing alternative, but as I have explained above, it is my opinion that the Accused Systems infringe and thus, they are not a non-infringing alternative. Viasat's NIA Response at 18:27-19:5.

884.  Viasat contends that the boolean value "encrypted" included within the structure MediaSdInfo is not an "indication" (Viasat's NIA Response at 19:5-9) and thus does not infringe, but as explained above, it is an indication and therefore, the Accused Systems do infringe and are not a non-infringing alternative.

885.  Viasat states: "Viasat could design its systems and revise its methods of operation to remove this value." "Viasat has no need for any indication of the NAS device having a secure region," no Viasat customer has requested or required any such "indication of the NAS device having a secure region," and Viasat's products and services would be commercially viable without any such "indication." Viasat's NIA Response at 13:5-8.

886.  It then contends that the Viasat system could be designed to remove this "value" in both the use cases on the airplane and for the home residential use case because it alleges that in the airplane use case, the MediaSdInfo boolean is allegedly always set to "false" and for the home use example, even though it is not always set to false it could be changed to do so. Viasat's NIA Response at 19:9-23.

887. However, as has been described in detail in this report, Viasat actually uses an indication of a NAS device having a secure region. This actually is an important part of the Viasat system. First, identifying if a region is encrypted or otherwise secure such as by having separate regions where encrypted content is stored would provide an indication that decryption keys must be identified to access the data in that region. Furthermore, regions that can only be accessed after authentication, including tokens provide a protected space to store media, and the indicator of a secure storage region identifies for any sub-system accessing that region, that security steps must be taken to access the files in that region.

888. While Viasat provides no details on how its system would be modified to remove the "value" or what that means. The MediaSdInfo is checked by many different pieces of code and if that boolean had no value, the system would likely fail. It then says that the "variable" could be removed. It is not clear if Viasat is alleging that MediaSdInfo would be removed entirely or if it would be changed in some way. Without those details, it is unlikely to be realistic. Moreover, it is not clear if this change was something that could have been performed at the time of the hypothetical negotiation or not.

889. It is also not clear how the system could function without an identification of a secure region, and provides no real analysis of what would happen if it either removed the MediaSdInfo boolean or set it to false in the home use, it would be clear to a POSITA that not only is having a secure region important, but having an indication of a secure region is also important. Indeed, the stored content, the on-demand content and the Live TV content is also copyrighted and DRM-protected

material that requires different levels of protection based on the type of content and the requirements of the owners of the content. One important requirement is ensuring that the content cannot be copied in unencrypted form. Viasat's contentions do not explain how it would achieve a satisfactory level of protection for its content if it removed the requirement of providing an indication as required in the claims. Moreover, the MediaSdInfo boolean is used in many places in the source code, such that the value is not as important as the existence of the boolean to indicate that there is a MediaSd available for storage of the content – thus, regardless of its value, it is an indication of the existence of a secure storage location because it only has a value if that storage location is connected and the VCDS client is programmed to look for the presence of the MediaSdInfo – regardless of its value – as an indication of a secure storage location. Thus, changing the value of MediaSdInfo would still infringe. And while the contention says that end users would not be impacted by this proposed change in functionality, Viasat failed to present any contention that the owners of the content would find the solution acceptable. For example, would the movie and TV studios whose content Viasat is handling accept a solution where the VCDS client is transmitting the content to a storage device that may not be secure. Indeed, it is my view that the owners of that content would not find the proposed change to be acceptable.

890.    Further, the contention that the changes proposed could be achieved in four weeks of time and about $100,000 in cost is not backed up by any documentary evidence. Mr. Newman Deposition at 111:16-112:8 When asked at deposition,

the Viasat witness said it was based on his experience. *Id.* Importantly, the time

provided in the contentions is just the time to make the changes and test it

internally. *Id.* at 112:9-115:4. Yet Viasat also indicated that it always tests

changes with customers before it is rolled out to every system. For example,

Viasat is testing its Live TV operations with Delta on five planes and that test has

been ongoing for months and is still not concluded. Mr. Neri Deposition at 66:7-

68:7; Mr. Newman Deposition at 56:5-58:7. Therefore, the four-week time

estimate is likely significantly shorter than any realistic timeframe between when

Viasat would intend to change the system and when it could be implemented on

every airplane and home in its network of customers. Further, for in-the-air and

in-home users, Viasat has not indicated how it could roll out such changes to

systems that are in operation and how long that process would take, or the cost

associated with that roll out. It is likely that the change that Viasat is proposing

could not be implemented over-the-air and would require manually updating

every in-home user's equipment and every system on every airplane in service.

This is even more reason why the proposed change is not a commercially

acceptable non-infringing solution.

891.    Viasat then contends that the Accused Systems do not have a NAS device with a

"secure region ..." and that the Accused Systems are therefore an NIA. Viasat's

NIA Response at 19:24-20:12. But, as discussed above, the Accused Systems do

have an NAS device with the required "secure region ..." and thus, that is not an

NIA. Contrary to Viasat's statements, their system does indeed have a secure

region comprising a buffer for streaming media, and it is an important part of their system.

892.     Viasat further states "Viasat could design its systems to remove any such "secure region comprising a buffer for streaming media on a separate display device on the local area network." Viasat has no need for any "secure region comprising a buffer for streaming media on a separate display device on the local area network," no Viasat customer has requested or required any such "secure region comprising a buffer for streaming media on a separate display device on the local area network." Viasat's NIA Response at 13:9-22 It also alleges that the region could be changed from an encrypted region to an unencrypted region. Viasat's NIA Response at 20:2-4. But again, the details on how it would do so are not complete. The content in question has to be protected and therefore, it is likely that each file would still be encrypted either individually or in an encrypted zip file, for example. Therefore, depending on the change proposed, the system likely would still have a secure region because that is what is used to protect this content. Indeed, Mr. Hughes testified, as discussed above, that the movies and TV shows are stored as DRM-encrypted packaged files in separate sub-folders such that the separate sub-folders are thus secure regions. Mr. Hughes Feb. 28 Deposition at 105:4-16. Contrary to Viasat's contention, there would still be a separate region because the system does not store DRM-encrypted packaged files in the same sub-folder as any unencrypted content

893.     For this proposed change, Viasat alleges that it would take three months and $500,000 to implement the above discussed change. That estimate does not

████████████████████████████████

include any testing with airlines or deployment according to Mr. Daniel Newman. Mr. Newman Feb. 7 Deposition at 115:13-117:5.  He also testified that this proposed change likely would have to be done manually and he did not include any estimate of what that would cost.  Thus, Viasat has not provided an estimate on the total cost of this alleged design around and also has not provided any indication that the solution would be acceptable to the airline customers.  For these additional reasons, it is my opinion that this is not a commercially acceptable non-infringing alternative.

894.    Viasat then contends that the Accused Systems do not have a allow the media streaming system to control access to the secure region of the NAS and that the Accused Systems are therefore an NIA.  Viasat's NIA Response at 13:23-14:4. But, as discussed above, the Accused Systems meet this limitation and thus, that is not an NIA.

895.    Next, it alleges without any support that Viasat could design its system to remove any means for controlling the system.  Again, there are no details on how this would be achieved and thus, it is not a commercially viable non-infringing alternative as broadly stated.

896.    Viasat then alleges that a NIA would be the current Accused Product because it alleges that it does not meet the limitations in dependent claims – namely the "cause the NAS device to use encryption that secures the digital content to the secure region," "provide instructions to the NAS device for controlling an encryption type used in the secure region," and "providing instructions to the NAS device for controlling an amount of data stored in the secure region" from

dependent claims 5-7 and 14-16. Viasat's NIA Response at 14:5-15:15.  As demonstrated above, however, it is my opinion that the Accused Systems meet those limitations and thus, they are not non-infringing alternatives to those dependent claims.  Further, Viasat has failed to explain how they would remove those features from the Accused Systems and thus, has not shown that they would be viable products that would satisfy their customers and thus, it is my opinion that Viasat has not presented enough to demonstrate that they are non-infringing alternatives based on the sparsity of information provided.

897.    Moreover, for the proposed changes to no longer "cause the NAS device to use encryption ..." and the change to no longer "provide instructions to the NAS device for controlling an encryption type ..." Viasat again alleges that it would take three months and no more than $500,000 to implement but without more explanation and is based on the same conclusory support from Mr. Newman.  *Id.* at 117:10-21.

## VIII.  OBJECTIVE INDICIA OF NONOBVIOUSNESS

898.    I have been asked to provide opinions regarding the existence of objective indicia of non-obviousness of the Asserted Patents.  I understand that certain objective evidence is relevant to the issue of obviousness.  I understand that such evidence, sometimes referred to as "secondary considerations," may include evidence of commercial success of the claimed invention, industry praise, long-felt but unsolved needs, failure of others, and unexpected results.  I understand that there must be a "nexus" between the objective indicia of non-obviousness and the claimed invention, considering the invention as a whole.

███████████████████████████
██████████████████████████████████████

899.    As explained below, it is my opinion that objective indicia of non-obviousness are

present for the Asserted Patents.

**A.    Commercial Success**

900.    I understand that Viasat's W-IFE, Live-TV and InFlight and Home OnDemand

features that operate on the Accused Systems for both patents have been

commercially successful for Viasat.  Viasat's revenues for IFE ████████████

████████████████████████████.  Similarly, Viasat's revenues for IPTV

████████████████████████████████████████.  I

understand from a conversation with Lauren Kindler that these numbers were

determined from reviewing VIASAT_0013272 and VIASAT_00052299.

901.    In my opinion, the commercial success of the Accused Systems is in large part

attributable to Viasat's use of the claimed inventions of the Asserted Systems. As

discussed above in Section V, which I incorporate here, the Asserted Patents

contribute to at least the following benefits:

902.    The '400 patent enables Viasat to deliver stored movies and TV shows from the

airplane in Use Cases 1-3 and that the home user receives in Use Case 4 are

provided only to authenticated devices without having to update any

authentication rules manually on the airplane for Use Cases 1-3 or in the user's

homes for Use Case 4.  For DRM-protected content, that enables delivery of

content on the airplane without having to manually update those DRM rules and

policies to the airplane.  Without use of a remote server to supply information

used to authenticate a user device before providing the content to the user device,

Viasat would have to manually update the policies and rules used for

authentication at a greater expense and inconvenience given the number of

aircraft that would need to be manually updated and the number of individual

Stream users for Use Case 4.  That capability is a point that can be emphasized to

Viasat's customers who do not have to be inconvenienced by allowing a third

party access to its airplanes to perform the manual updates.  VIASAT_00003234

(Presentation entitled "VCDS Overview" dated February 2020) at 235 ("In-Flight

Entertainment Content Delivery without VCDS  Tech visits every plane in fleet

each month to update content"  "Slow to get new content"  "expensive").

903.    Similarly, the '667 patent enables Viasat to ensure that the content (e.g., IPTV,

IFE, or home content) that it receives for playback is stored securely in a NAS

device, such that it can be retrieved and replayed to avoid retransmissions of the

same content over Viasat's bandwidth constrained satellite network infrastructure.

For example, VIASAT_00100497 explains Viasat's "caching" functionality

(which is enabled using the claimed features of the '667 patent, including claims

1-7, 11-16), and notes that with caching, Viasat streams "IFE and streaming assets

contents for viewing from the local server on demand."  VIASAT_00100497 at

502. Importantly, Viasat explains that its Live TV offering "needs to scale to high

peak demand."  VIASAT_00100497 at 506.  Viasat's bandwidth constrained

network would likely not be able to support demand for streaming IPTV, IFE, and

home content without the use of the caching functionality which is enabled by the

claimed features of the '667 patent.



Figure 2. Viasat Satellite Network – Satellite CDN with Multicast + Caching

## B.    Long-Felt Need

904.    The '400 patent mentions several problems with existing DRM solutions that did

not rely on a remote trusted server (like the'400 patent). '400 patent at 1:32-35.

At the same time, " content owners demanded a very high level of protection for

their content. So they demanded the highest level of protection possible."  Ybarra

Tr. at 101:24-102:2. Thus, there was a clear and long-felt need for a DRM

solution that would be acceptable to the media content owners, such that the

media content owners would allow for their content to be stored on a hard drive

and accessible to end-users.  By making the media content accessible to end-

users, the media content was at a risk of being pirated unless a "high[] level of

protection" was offered by the DRM solution.  The '400 patent's DRM solution

provided such a solution.

905.    The '667 patent mentions several problems that were well known prior to the '667

patent, and which the '667 patent solved. The '667 discusses bandwidth



I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed in Plano, Texas on the 24th of March 2025.

Dr. William C. Easttom II