# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SANDISK TECHNOLOGIES, INC., et al.,

                Plaintiffs,

v.

VIASAT, INC.,

                Defendant.

Case No. 4:22-cv-04376-HSG

# EXPERT REPORT OF LAUREN R. KINDLER

# MARCH 24, 2025

**TABLE OF CONTENTS**

I.    INTRODUCTION AND ASSIGNMENT ....................................................................1

II.   QUALIFICATIONS AND EXPERIENCE ...............................................................2

III.  INFORMATION REVIEWED AND CONSIDERED.............................................3

IV.   SUMMARY OF OPINIONS ....................................................................................3

V.    OVERVIEW OF PARTIES .....................................................................................7

      A.   Sandisk......................................................................................................7

      B.   Viasat ......................................................................................................10

VI.   OVERVIEW OF SATELLITE SERVICES ...........................................................16

      A.   Residential Satellite Services .................................................................17

      B.   In-Flight Satellite Services: IFC and IFE..............................................19
           1.   IFC ............................................................................................. 20
           2.   IFE ............................................................................................. 25

      C.   Satellite Capacity ...................................................................................32

VII.  THE PATENTS-IN-SUIT, ACCUSED SYSTEMS, AND INFRINGING
      USE CASES ...........................................................................................................37

      A.   Patents-in-Suit.........................................................................................37
           1.   '667 Patent ................................................................................. 38
           2.   '400 Patent ................................................................................. 41

      B.   Overview of Accused Systems ...............................................................42

      C.   Overview of Infringing Use Cases.........................................................54

VIII. Viasat's Revenues and Costs Associated with Satellite Services.........................59

      A.   Residential Services Revenues ...............................................................59

      B.   In-Flight Services Revenues ...................................................................62

      C.   Costs to Provide Satellite Services .........................................................74

IX.   PATENT INFRINGEMENT ROYALTY DAMAGES .........................................81

      A.   No Less Than a Reasonable Royalty ......................................................81

      B.   Hypothetical Negotiation Framework and the *Georgia-Pacific* Factors ...................81

      C.   Royalty Payment Structure .....................................................................83

      D.   Hypothetical Negotiation Dates and Parties ..........................................83

      E.   Royalty Rate: The *Georgia-Pacific* Analysis ........................................84
           Factor 1:   The royalties received by the patentee for the
                       licensing of the patents in suit................................................. 85

Factor 2: The royalty rates paid by the licensee for the use of
    other patents comparable to the patents in suit. ........................................ 86

Factor 3:    The nature and scope of the licenses (e.g.,
    exclusive vs. non-exclusive or restricted vs. non-restricted). ................... 86

Factor 4:    The licensor's established policy regarding the
    licensing (or non-licensing) of its patents. ..................................... 87

Factor 5: The commercial relationship between the licensor and
    licensee. .......................................................................... 87

Factor 6: The extent of derivative or convoyed (i.e., ancillary)
    sales. ............................................................................. 88

Factor 7: The duration of the patent and the term of the license. .................. 94

Factor 8: The established profitability of the patented product
    and its commercial success. ...................................................... 94

Factor 9: The utility and advantages of the patented product
    over other modes or devices. .................................................... 100

Factor 10: The nature of the patented invention and the benefits
    to those who have used the invention. ........................................ 100

Factor 11: The extent to which the infringer has made use of the
    invention and evidence of the value of that use. ........................... 116

Factor 12: The portion of the profit or selling price of the
    invention that may be customary to allow for the use of the
    invention or analogous inventions. .......................................... 127

Factor 13: The portion of the realizable profit credited to the
    invention as distinguished from non-patented elements. ...................... 147

Factor 14: The opinion of qualified experts. ...................................... 169

Factor 15: The amount a willing licensor (such as the patentee)
    and a willing licensee (such as the alleged infringer) would
    have agreed upon at the time of the infringement if both had
    reasonably and voluntarily attempted to reach an agreement. ................. 170

F.    Outcome of the Hypothetical Negotiations ..................................... 170
    1.    '667 Patent Value Indicators ............................................ 173
    2.    '400 Patent Value Indicator ............................................ 175
    3.    Outcome of the Hypothetical Negotiations ............................... 176

B.     **Viasat**

20.     Viasat, headquartered in Carlsbad, California, is a global, publicly-traded provider of communications technologies and services.[30]   Founded in 1986 as a defense contractor,[31] historically, Viasat reported its operations under three major business segments: Satellite Services, Commercial Networks, and Government Systems.[32]   As of the first quarter of FY 2025, Viasat will report its operations under two segments: Communication Services and Defense and Advanced Technologies, the former is further divided into Aviation, Government Satcom, Maritime, and Fixed and Other business lines.[33]   I understand that the Viasat's residential services and in-flight entertainment services accused of practicing the '400 and '667 Patents are offered within Viasat's Satellite Services and Commercial Networks business segments, discussed below.[34,35]

a.   Satellite Services.  Viasat's Satellite Services segment includes residential services, in-flight connectivity ("IFC"), and wireless in-flight entertainment ("W-IFE") services.[36] As of the fiscal year ended on March 31, 2024, this segment comprised approximately 50% of Viasat's total revenues.[37]   According to Viasat, its IFC systems enable "all passengers and crew to receive in-flight internet service in the air similar to the internet service available on the ground, supporting applications such as high-speed web

---

[30] Viasat, Inc. SEC Form 10-K for the fiscal year ended March 31, 2024 ("Viasat 2024 10-K"), pp. 2 – 3.

[31] Viasat's evolution from a small defense contractor to global satellite operator, April 15, 2023. (https://news.viasat.com/blog/corporate/viasats-evolution-from-a-small-defense-contractor-to-global-satellite-operator, viewed on January 30, 2025.)

[32] Viasat 2024 10-K, pp. 4 – 7.

[33] Viasat Announces New Reporting Segment Structure, July 25, 2024.  (https://www.viasat.com/news/latest-news/corporate/2024/viasat-announces-new-reporting-segment-structure/, viewed on March 7, 2025.)

[34] Viasat's 2024 10-K filing indicates that its Satellite Services segment includes "*Aviation Services*, including industry-leading IFC and wireless in-flight entertainment (W-IFE) for commercial aircraft" as well as "*Fixed Broadband Services,* which offer high-speed, high-quality, reliable broadband internet services to businesses and residential users." Additionally, its Commercial Networks segment includes "the IFC systems we install on commercial aircraft" which "are designed to provide high-speed, cost-efficient broadband access to customers while on the move." (Viasat 2024 10-K, pp. 4 – 5.) (Italics included in original.)

[35] I understand that the Infringing Use Cases would be offered in Viasat's Aviation and Fixed and Other business lines of its Communication Services segment under the new segment structure as of 1Q 2025. (Viasat Announces New Reporting Segment Structure, July 25, 2024.   (https://www.viasat.com/news/latest-news/corporate/2024/viasat-announces-new-reporting-segment-structure/, viewed on March 7, 2025.))

[36] Viasat 2024 10-K, pp. 2 and 4.

[37] Viasat 2024 10-K, pp. 53 and 55.  50% = $2.142 billion in Satellite Segment revenues ÷ 4.284 billion in total revenues.

browsing, streaming and social media applications," while its W-IFE service "is a cloud-based platform" that "provid[es] passengers with access to a wide range of premium entertainment, video and information services maintained on an onboard server and wirelessly delivered direct to passengers' own devices."[38]

b. <u>Commercial Networks</u>.  Viasat's Commercial Networks segment encompasses its "advanced satellite and wireless products, antenna systems and network and terminal solutions that support or enable the provision of fixed and mobile broadband and narrowband services."[39]  This segment includes the IFC systems, IFC terminals, and antennas that enable Viasat's provision of IFC and W-IFE services, as well as the ground terminals and ground network infrastructure that enable Viasat's provision of residential broadband services.[40]  As Viasat's 2024 10-K states, "our commercial networks segment also drives growth in our satellite services segment.  For example, the IFC terminals sold and installed on commercial aircraft…in our commercial networks segment are then utilized to receive IFC services, driving recurring revenues in our satellite services segment."[41]  As of the fiscal year ended on March 31, 2024, this segment comprised approximately 18% of Viasat's total revenues.[42]

21.    Viasat has provided broadband and communications services to aircraft since the early 2000s.  In 2002, Viasat began providing airborne broadband terminals for Connexion by Boeing, a pioneer in IFC services,[43] and shortly afterwards began offering broadband services for business jets.  Since then, Viasat has supplied government, private, and commercial aircraft with in-flight broadband and communication services.[44]  Additionally, Viasat entered the residential

---

[38] Viasat 2024 10-K, p. 4.  (Bracketed text added for clarification.)

[39] Viasat 2024 10-K, p. 5.

[40] Viasat 2024 10-K, pp. 5 – 6.

[41] Viasat 2024 10-K, p. 5.

[42] Viasat 2024 10-K, pp. 53 and 56.  18% = $777.8 million in Satellite Segment revenues ÷ 4.284 billion in total revenues.

[43] William Blair Analyst Report, "The Internet of Everywhere," January 30, 2017, p. 17.  *See also*, Connexion by Boeing Successfully Launches Broadband In-Flight Internet Access, Customer Case Study, Copyright 2005, p. 2. (https://www.cisco.com/c/dam/en_us/about/ac79/docs/wp/Boeing_CSS_0602.pdf, viewed on March 11, 2025.)

[44] Viasat: Our history.  (https://www.viasat.com/about/who-we-are/viasat-history/, viewed on January 30, 2025.)

business in 2009 through its acquisition of broadband provider WildBlue and further began offering consumer broadband internet under the name "Exede by Viasat" in 2012.[45, 46]

22.     On November 14, 2016, Viasat completed the acquisition of Arconics, an aviation software company that provided W-IFE services to commercial airlines, among other services, for $21.6 million.[47]  Prior to Viasat's acquisition of Arconics, the two companies had partnered to provide IFC and W-IFE services to commercial airlines: Viasat provided IFC services to aircraft, and Arconics provided W-IFE services which were supported by Viasat's IFC services.[48]  Viasat noted the long-term favorable prospects of W-IFE as a motivation for the acquisition, which allowed it to integrate W-IFE services into its existing IFC offering.  Viasat's vice president and general manager for its commercial mobility business, Don Buchman, commented at the time of the acquisition: "As we expand around the world in some of the areas we don't have a high capacity Ka option until ViaSat-3.  Having a wireless IFE product ahead of that allows us to compete with an airline and get them started on our product line and then grow them in to our connectivity products."[49]  Shortly after the acquisition, industry analysts expected that the Arconics acquisition

---

[45] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, p. 15.  *See also,* Viasat: Our history. (https://www.viasat.com/about/who-we-are/viasat-history/, viewed on January 30, 2025.)

[46] Throughout 2018, Viasat phased out the "Exede" and "WildBlue" sub-brand names.  (Viasat introduces unified brand; sets plans in motion to sunset sub-brands, November 30, 2017.  (https://web.archive.org/web/20240703053238/https://news.viasat.com/blog/corporate/viasat-introduces-unified-brand-sets-plans-in-motion-to-sunset-sub-brands, viewed on March 11, 2025.))

[47] Viasat, Inc. SEC Form 10-K for the fiscal year ended March 31, 2017, p. 4.  *See also,* ViaSat Acquires Arconics for Added Aircraft Operations Capabilities, November 14, 2016.  (https://news.viasat.com/newsroom/press-releases/viasat-acquires-arconics-for-added-aircraft-operations-capabilities, viewed on February 23, 2025.)

[48] ViaSat Acquires Arconics for Added Aircraft Operations Capabilities, November 14, 2016.  (https://news.viasat.com/newsroom/press-releases/viasat-acquires-arconics-for-added-aircraft-operations-capabilities, viewed on February 23, 2025.)  *See also,* CloudStore IFE, October 2015.  (VIASAT_00006176 – 216.)  *See also,* ViaSat VP Talks Motivations for Arconics Acquisition, November 17, 2016.  (https://www.aviationtoday.com/2016/11/17/viasat-vp-talks-motivations-for-arconics-acquisition/, viewed on March 6, 2025.)

[49] ViaSat makes value-add acquisition with Arconics buy, November 14, 2016.  (https://runwaygirlnetwork.com/2016/11/rgn-premium-viasat-makes-value-add-acquisition/, viewed on March 4, 2025.)  High-capacity Ka-band (also known as "High-Throughput Satellite ("HTS")) refers to satellite technology that is able to provide much greater

would bring "greater IFE expertise in-house," including by offering Internet Protocol Television ("IPTV") services to aircraft (i.e., live TV).[50]  Josh Slater, Director of Systems and Architecture, Global Mobility at Viasat who was involved in the Arconics acquisition, testified that Viasat wanted to develop in-flight entertainment offerings in response to "customer [airline] requests," and that there were discussions at Viasat about the potential for increased demand for Viasat's IFC services through offering in-flight entertainment services.[51]  Further, in a document entitled "Entertainment Product Management," the "Goals and Objectives" section of Viasat's "Entertainment Product Strategy" notes that one product goal of Viasat W-IFE is to "round out IFC product offering with W-IFE" and to "build IFC path for low cost carriers."[52]

23.    Viasat's provision of in-flight and residential satellite services relies on the company's network of satellites, including the ViaSat-1, -2, and -3 satellites (the latter of which is not yet complete).[53]  In 2011, Viasat launched the ViaSat-1 satellite, which was, at the time, the highest capacity satellite in the world with a capacity of 140 Gbps (or gigabits per second).[54]  By early 2017, ViaSat-1 was at capacity and later that year Viasat launched ViaSat-2, adding an

---

bandwidth at a lower cost relative to prior technology.  (Ka-Band Capacity Planning. (http://www.satmagazine.com/story.php?number=192941478, viewed on March 11, 2025.) *See also,* Barclays Analyst Report, "Satellite Services: To Infinity and Beyond – Volume 1," February 12, 2021, p. 6.)

[50] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, p. 27.

[51] Deposition of Josh Slater taken February 6, 2025 ("Slater Deposition"), pp. 38, 48, and 89 – 90.  (Bracketed text added for clarification.)

[52] ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017.  (VIASAT_00014416 – 520, at 423.)  *See also,* Entertainment Product Management, Commercial Aviation, Exported, January 17, 2023. (VIASAT_00015430 – 676, at 437.)

[53] Viasat's full fleet, which lists nine satellites or satellite constellations, is available on its website.  (More bandwidth and throughput to satisfy every customer.  (https://www.viasat.com/about/what-we-do/satellite-fleet/, viewed on March 11, 2025.))

[54] ViaSat-1 led the innovation of a new class of Ka-band satellite systems.  (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-1/, viewed on March 7, 2025.)

additional 260 Gbps to Viasat's capacity.[55]  Notably, from ViaSat-1 to ViaSat-2, "the company also moved from a hardware-based set up to cloud computer architecture, creating further cost savings and efficiency."[56]  Viasat has also begun to develop and launch ViaSat-3, a constellation of multiple "ultra-high capacity" satellites, which was expected to provide additional capacity of 1 Terabit per second ("Tbps") for each satellite and allow for the expansion of Viasat's geographic coverage to North and South America, Europe, Africa, the Middle East, and Asia Pacific regions.[57]  While the ViaSat-3 class satellites were announced as early as February 2016 with an expected launch by late 2019 to early 2020, the first satellite in ViaSat-3's constellation was not launched until 2023, with subsequent launches pending.[58]  Once completed, "the ViaSat-3 constellation is expected to deliver 600% more capacity than Viasat's entire previous fleet."[59]  However, due to a problem encountered when deploying the main antenna of the launched ViaSat-3 satellite, Viasat expects to recover less than 10% of the satellite's planned throughput.[60]  In August 2023, Viasat announced that "the

---

[55] Viasat's evolution from a small defense contractor to global satellite operator, April 15, 2023. (https://news.viasat.com/blog/corporate/viasats-evolution-from-a-small-defense-contractor-to-global-satellite-operator, viewed on January 30, 2025.)  *See also*, ViaSat-2 launched with nearly double the capacity of ViaSat-1. (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-2/, viewed on March 7, 2025.)

[56] Viasat's evolution from a small defense contractor to global satellite operator, April 15, 2023. (https://news.viasat.com/blog/corporate/viasats-evolution-from-a-small-defense-contractor-to-global-satellite-operator, viewed on January 30, 2025.)

[57] ViaSat-3 is satellite reimagined.  (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-3/, viewed on March 6, 2025.)  *See also*, The highest capacity satellites ever built.  (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-3/capacity, viewed on March 4, 2025.)

[58] Arianespace to Launch Two ViaSat High Capacity Satellites, February 9, 2016.  (https://investors.viasat.com/news-releases/news-release-details/arianespace-launch-two-viasat-high-capacity-satellites, viewed on March 7, 2025.)  *See also*, ViaSat-3 is satellite reimagined.  (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-3/, viewed on March 6, 2025.)

[59] The highest capacity satellites ever built.  (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-3/capacity, viewed on March 4, 2025.)

[60] ViaSat-3 Americas' antenna problem impacts rollout, July 13, 2023.  (https://spacenews.com/viasat-3/, viewed on March 7, 2025.)  *See also*, Viasat Provides an Interim Update on VS-3 F1 Satellite Status and Anticipates Positive Free Cash Flow Earlier Than Planned, October 12, 2023.  (https://investors.viasat.com/news-releases/news-release-details/viasat-provides-interim-update-vs-3-f1-satellite-status-and#:~:text=ViaSat%20%2D3%20F1%20Update%20%2D%2D,throughput%20on%20ViaSat%20%2D3%20F1., viewed on March 7, 2025.)

unanticipated ViaSat-3 Americas reflector deployment issue necessitates certain new priorities to execute on our long-term growth strategy," including Viasat's plan to shift away from residential broadband internet services and instead focus on its mobility (aviation and maritime)[61] services.[62]

24.    Viasat's Satellite Services and Commercial Services segments have grown significantly over the past ten years, increasing from $559 million in revenues in FY 2016 to $2.1 billion in FY 2024,[63] and $251 million in FY 2016 to $778 million in FY 2024, respectively.  (*See* **Table 3**.)  Over the same period, the number of commercial aircraft served by Viasat has also increased substantially, growing from 476 commercial aircraft in FY 2016 to 3,720 commercial aircraft in FY 2024.  (*See* **Exhibit 1**.)  Viasat's revenues for each segment and complete income statement between FY 2016 and FY 2024 are reported in **Exhibit 2.1** and **Exhibit 2.2**.  As of FY 2024, Viasat's gross margin is 26.95%.[64]

---

[61] Viasat 2024 10-K, p. 5.

[62] Viasat moving away from consumer broadband, August 2, 2023.  (https://www.advanced-television.com/2023/08/02/viasat-moving-away-from-consumer-broadband/, viewed on March 4, 2025.)  *See also*, Viasat shares fall as slowing fixed broadband hurts revenue outlook, May 21, 2024.  (https://www.reuters.com/business/media-telecom/viasat-shares-fall-slowing-fixed-broadband-hurts-revenue-outlook-2024-05-21, viewed on February 25, 2025.)

[63] Viasat's revenues associated with its Satellite Services segment increased by 77% between FY 2023 and FY 2024.  Regarding the increase in revenue, Viasat noted the following: "The increase of $931.0 million in our satellite services segment revenues for fiscal year 2024 compared to the prior fiscal year was primarily due to ten months of contribution from the Inmarsat Acquisition in fiscal year 2024 and an increase in revenues from our in-flight services business compared to the prior fiscal year.  The Inmarsat Acquisition contributed approximately $932.3 million of service revenues (nearly half from maritime services), while our in-flight services business service revenue increased $147.0 million as the number of commercial aircraft receiving our in-flight services through IFC systems and passenger air traffic both continued to increase.  The increase in our satellite services segment revenues was partially offset by lower fixed broadband revenues in the United States as we continued to allocate a greater proportion of our bandwidth to our IFC business due to bandwidth constraints."  (Viasat 2024 10-K, pp. 55 – 56.)

[64] ViaSat Inc.  (https://www.wsj.com/market-data/quotes/VSAT/financials/annual/income-statement, viewed on March 13, 2025.)

doing to the PED" in its W-IFE offering.[138]  Similarly, Viasat noted in a January 2017 presentation

to Alaska Airlines that its W-IFE offering supported a "Device Agnostic Approach" whereby its

"single IFE server provides the identical experience across **all devices** – passenger owned, portable,

and seatback."[139]  (*See* **Figure 5**.)

**Figure 5**
**Viasat's "Device Agnostic" W-IFE Approach[140]**



### C.    Satellite Capacity

42.     In order to provide residential and in-flight services, among other services, satellite

service providers like Viasat must actively manage their satellite capacity (or bandwidth), which

---

[138] Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 501.)

[139] Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 489.)  (Emphasis in original.)

[140] Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 490.)

refers to the amount of data that a satellite system can handle at any given time.[141]  I understand that satellite system bandwidth is a finite resource, and optimizing a satellite network's capacity is critical to a company's success in the satellite services industry.[142]  According to Mr. Edwin Edillon, Director of Partnerships and Strategic Entertainment Initiatives at Viasat, the demand for capacity is "clearly growing" and "a big part of [Viasat's] business is not just having satellite Internet, but making that efficient."[143]  As Viasat states on its website: "With satellite internet, network capacity is key."[144]  As I discuss in more detail below, I understand that Viasat's use of the '667 Patent contributes to available capacity and, therefore, its competitive advantage.[145]

43.    Greater capacity allows satellite service providers to manage more data, which can expand the number of customers a provider is able to serve.[146]  Moreover, greater capacity allows providers to offer faster speeds and more data-intensive content (e.g., high-definition video) to

---

[141] Easttom Report, § V.A.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, With satellite internet, network capacity is key, September 7, 2021. (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)  *See also,* Satellite Bandwidth. (https://www.globalsecurity.org/space/systems/bandwidth.htm, viewed on March 13, 2025.)  *See also,* Bandwidth Management and Optimization, July 24, 2023. (https://interactive.satellitetoday.com/via/articles/bandwidth-management-and-optimization, viewed on March 12, 2025.)  *See also,* Heizer, J., Barry Render, and Chuck Munson. *Operations Management: Sustainability and Supply Chain Management* (12th ed.). Pearson, 2017, pp. 308 – 317.

[142] Easttom Report, § V.A.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, Bandwidth Management and Optimization, July 24, 2023. (https://interactive.satellitetoday.com/via/articles/bandwidth-management-and-optimization, viewed on March 12, 2025.)

[143] Deposition of Edwin Edillon taken February 7, 2025 ("Edillon Deposition"), pp. 13, 21 – 22, and 183.  (Bracketed text added for clarification.)

[144] With satellite internet, network capacity is key, September 7, 2021.  (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)  *See also,* Introduction to Viasat Presentation, May 17, 2022.  (VIASAT_00274274 – 299, at 279.)  ("Capacity is king" "Our available capacity is Viasat's competitive advantage.")

[145] Easttom Report, § V.C.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[146] With satellite internet, network capacity is key, September 7, 2021.  (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)

customers.[147]  As of April 2017, JPMorgan analysts projected that capacity growth would make satellite broadband more competitive with other internet options, namely by increasing customers' speeds and data allocations.[148]

44.    Conversely, constrained capacity can limit the amount of data a provider is able to serve and have a detrimental impact on quality.  Because of limited capacity, residential satellite service customers can experience slower speeds at times when there is greater collective demand for internet data, such as evening hours.[149]  Moreover, because of capacity constraints, satellite-provided residential services from leading providers such as HughesNet and Viasat are often subject to data caps or data allowances, which, once exceeded, restrict users' service speeds, even limiting the types of data (e.g., high-definition video) available for consumption.[150]  Satellite service providers must balance their finite capacity against demand for capacity in order to achieve success in the satellite services market—ensuring they do not miss out on customers who are willing to pay for satellite services but also refraining from growing their customer base beyond what their capacity can support, which can diminish the quality of service for all customers (e.g., resulting in slower speeds, unreliable internet performance, and lower quality video delivery).[151]

45.    Limited capacity can lead to missed revenue opportunities for satellite providers.  As an example, in early 2017, Viasat had not yet launched ViaSat-2 or ViaSat-3 and was operating at

---

[147] With satellite internet, network capacity is key, September 7, 2021.  (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)

[148] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, p. 18.

[149] Viasat Data Allowance Policy – Residential, January 17, 2024.  (https://www.viasat.com/content/dam/us-site/legal/documents/Data_Allowance_Policy_Residential_v28_011724.pdf, viewed on March 11, 2025.)

[150] *See, e.g.,* Data Allowance Policy Overview.  (https://help.viasat.com/s/article/Data-Allowance-Policy-Overview, viewed on March 12, 2025.)  *See also,* Frequently Asked Questions, HughesNet.  (https://www.hughesnet.com/frequently-asked-questions, viewed on March 11, 2025.)

[151] Bandwidth Management and Optimization, July 24, 2023.  (https://interactive.satellitetoday.com/via/articles/bandwidth-management-and-optimization, viewed on March 12, 2025.)

capacity with ViaSat-1.[152]  As a result, industry analysts noted that Viasat's residential subscription growth had stagnated,[153] and in January 2017, William Blair analysts estimated that "because of ViaSat's capacity constraints, ViaSat has lost 11,000 subscribers, or 2% of its subscriber base, over the past two quarters."[154]  With the expected launch of ViaSat-2 in late 2017 or early 2018, analysts expected that Viasat would be able to capture "pent up demand" for its services in late 2017 or early 2018, referring to the customers Viasat was not able to capture because of its capacity constraints.[155]

46.      As another example of the consequences of satellite capacity limitations, in 2023, Viasat encountered an issue with the main antenna on its ViaSat-3 Americas satellite, leading to severely reduced capacity relative to expectations.[156]  In August 2023, Viasat announced that this issue motivated "certain new priorities to execute on our long-term growth strategy," including Viasat's plan to prioritize its capacity for its mobility (aviation and maritime) services at the expense of residential broadband, likely because it did not have sufficient capacity to meet the demands of both markets.[157]  This example demonstrates that for a satellite services provider like Viasat that

---

[152]  Viasat's evolution from a small defense contractor to global satellite operator, April 15, 2023. (https://news.viasat.com/blog/corporate/viasats-evolution-from-a-small-defense-contractor-to-global-satellite-operator, viewed on January 30, 2025.)  *See also,*  William Blair Analyst Report, "The Internet of Everywhere," January 30, 2017, p. 67.

[153]  JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, p. 15 ("growth has stalled over the last two years as satellite capacity on ViaSat-1 has diminished (particularly across its most popular markets).").

[154]  William Blair Analyst Report, "The Internet of Everywhere," January 30, 2017, p. 70.

[155]  JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, pp. 3 – 4 and 11.

[156]  ViaSat-3 Americas' antenna problem impacts rollout, July 13, 2023.  (https://spacenews.com/viasat-3/, viewed on March 7, 2025.)  *See also,* Viasat Provides an Interim Update on VS-3 F1 Satellite Status and Anticipates Positive Free Cash Flow Earlier Than Planned, October 12, 2023.  (https://investors.viasat.com/news-releases/news-release-details/viasat-provides-interim-update-vs-3-f1-satellite-status-and, viewed on March 7, 2025.)

[157]  Viasat Logs $900M Charge and Sharpens Mobility Focus After ViaSat-3 Issue, November 9, 2023. (https://www.satellitetoday.com/finance/2023/11/09/viasat-logs-900m-charge-and-sharpens-mobility-focus-after-viasat-3-issue/, viewed on March 10, 2025.)  *See also,* Viasat moving away from consumer broadband, August 2, 2023. (https://www.advanced-television.com/2023/08/02/viasat-moving-away-from-consumer-broadband/, viewed on March 4, 2025.)  *See also*, Viasat shares fall as slowing fixed broadband hurts revenue outlook, May 21, 2024.

conducts business in both the in-flight and residential markets, capacity is interchangeable between markets: Viasat can shift capacity away from residential to airline customers to address its higher-priority business segment. Hence, limited capacity can force providers to choose between customer segments. Even as recently as 2024, Viasat noted in its earnings call that they were "working through the near-term capacity challenges associated with the ViaSat-3 F1 antenna anomaly."[158]

47.    Satellite providers have multiple strategies for increasing their capacity. First, as in the example of Viasat launching ViaSat-2, providers can launch new satellites to increase their capacity.[159] This option can be capital- and time-intensive—Viasat reported in 2017 that the total cost of building the ViaSat-2 satellite was $624 million.[160] Providers can also acquire existing satellites, as Viasat did with its acquisition of Inmarsat,[161] or lease bandwidth from other satellite providers, as Viasat does in areas where it does not have satellite coverage.[162] Outside of building, acquiring, or leasing more capacity, providers like Viasat have developed bandwidth management and optimization systems to maximize the use of existing capacity.[163] Moreover, because Viasat's

---

(https://www.reuters.com/business/media-telecom/viasat-shares-fall-slowing-fixed-broadband-hurts-revenue-outlook-2024-05-21, viewed on February 25, 2025.)

[158] Viasat, Inc. (VSAT) Q2 2025 Earnings Call Transcript, November 6, 2024. (https://conferencecalltranscripts.org/summary/?id=551593&pr=true, viewed on March 23, 2025.)

[159] With satellite internet, network capacity is key, September 7, 2021. (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)

[160] How fast is the new ViaSat-2 satellite, and other numbers, June 29, 2017. (https://web.archive.org/web/20240710114545/https://news.viasat.com/blog/scn/how-fast-is-the-new-viasat-2-satellite-and-other-numbers, viewed on March 8, 2025.)

[161] Viasat Logs $900M Charge and Sharpens Mobility Focus After ViaSat-3 Issue, November 9, 2023. (https://www.satellitetoday.com/finance/2023/11/09/viasat-logs-900m-charge-and-sharpens-mobility-focus-after-viasat-3-issue/, viewed on March 10, 2025.)

[162] Viasat publicly discloses that it "has additional Ka-band satellite capacity from partners China Satcom, Telebras, GSS, NBN Co, and Avanti." (With satellite internet, network capacity is key, September 7, 2021. (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.) *See also,* William Blair Analyst Report, "The Internet of Everywhere," January 30, 2017, p. 84.)

[163] Bandwidth Management and Optimization, July 24, 2023. (https://interactive.satellitetoday.com/via/articles/bandwidth-management-and-optimization, viewed on March 12, 2025.)

51.     I understand that Sandisk contends that certain hardware and software, including Viasat's content delivery system (the "Viasat Content Delivery System" or "VCDS"), used to deliver media content in the Infringing Use Cases (discussed below) (the "'667 Accused Systems") infringe claims 1 – 7 and 11 – 16 of the '667 Patent.[176]  As discussed in more detail below, the VCDS supports the provision of Viasat's in-flight entertainment services provided to customers in the mobility (e.g., airlines) and residential segments, including W-IFE, IPTV, Video-on-Demand ("VOD"),[177] and integration of these services with seatback displays (collectively, the allegedly "Infringing Use Cases").[178]  With respect to the '667 Accused Systems, I understand that the '667 Patent relates to distributing content over Viasat's satellite internet to local storage, such as the Viasat server located on the aircraft, with a secure region comprising a buffer for streaming media on a separate display device (e.g., a passenger's personal electronic device).[179]

52.     I understand that the'667 Patent contributes to at least the following benefits: (a) reduced bandwidth requirements to stream media to end-users and (b) reduced latency experienced by end-users.  I also understand that the system covered by the '667 Patent includes a time-shifting component, wherein digital content can be transmitted to the local storage device for buffering

---

[176] Easttom Report, § X.  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[177] I understand that the VOD content implicated in this matter is the provision of Disney+ to aircraft or content delivered using the Viasat Stream device available to residential customers. Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, Easttom Report, § VI.D.

[178] *See* **Section VII.B.1**.  Viasat is not consistent in how it describes these Infringing Use Cases throughout its internal documents and public statements.  For example, Viasat sometimes refers to IPTV as a product or service, and other times refers to IPTV as content delivered to customers.  As an illustration, in a January 2017 presentation to Alaska Airlines, Viasat describes its "IPTV Solution" as a service offering to commercial airlines and also describes the IPTV Solution as providing a "Live TV feed sourced by ViaSat and distributed via satellite to the aircraft," referring to the content delivered to customers.  (Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 511.)  Edwin Edillon, Director of Partnerships and Strategic Entertainment Initiatives at Viasat, testified that "live TV" and "IPTV" are "synonymous at Viasat."  (Edillon Deposition, p. 28.)  Regardless of whether IPTV / Live TV is considered a product, service, or content, I understand that the systems that deliver IPTV / Live TV and the methods delivering IPTV / Live TV are accused of infringing the Patents-in-Suit.

[179] Easttom Report, § V.C.  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

to the '400 Accused Systems, I understand that the '400 Patent relates to delivering media content to end-user devices that require authentication and a corresponding key to access.[189]

57.    I understand that the technology of the '400 Patent allows Viasat to offer secure access to media content streamed through the same Infringing Use Cases discussed above for the '667 Patent—i.e., W-IFE, IPTV, VOD (including Viasat Stream for residential customers), and integration of these services on seatback displays.[190]    In response to authentication (i.e., the collection of the unique identifier required to access the services), the end-user device or seatback device is provided the media content.[191]

### B.    Overview of Accused Systems

58.    It is my understanding that Sandisk asserts that certain hardware and software,[192] including VCDS, used to deliver media content in the Infringing Use Cases infringe claims 1 – 7 and 11 – 16 of the '667 Patent and claims 1, 2, 6, 8 – 10, 13, and 17 of the '400 Patent.[193]



[190] Easttom Report, § VI.C.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[191] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 624 – 625.)

[192] Based on discussions with Dr. Chuck Easttom, Sandisk's technical expert, I understand that hardware and software used in the Infringing Use Cases include (a) on-plane components such as an M3 modem, an S4 server, and a VCDS client and (b) residential components such as a Spock/SB2+ modem, an external hard drive, and a VCDS client.  (*See also*, Easttom Report, §§ VI.B, VI.C, and V.D.)

[193] Easttom Report, § X.

59.    The VCDS is a Viasat system designed to efficiently deliver bandwidth-intensive files (e.g., video) over satellite and caching them close to the end-users.[194]  Notably, VCDS is not an independent product or service offered to customers but rather is an ecosystem that supports Viasat's broader service delivery platform, including the Infringing Use Cases (as described below).[195]

60.    VCDS supports Viasat's content delivery to its residential and mobility (e.g., aircraft) modems.[196]  (*See* **Figure 7**.)  Viasat's internal documents indicate that VCDS was used to deliver content to airlines as of early 2017 and was deployed for use in residential networks as of 2018.[197]

---

[194] VCDS Home.  (VIASAT_00008738 – 9831, at 8743.)  *See also*, VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 345.)

[195] VCDS Home.  (VIASAT_00008738 – 9831, at 8745 – 8746.)  (Q. "Is VCDS a service or a product offering by Viasat?"  A. "VCDS is provided as a service as part of the SDP;" Q. "Is VDCS [sic] affiliated with our SDP (service delivery platform) service or is it independent?"  A. "VCDS is considered to be part of the SDP.")  (Bracketed text added for clarification.)  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  Easttom Report, § VI.B.

[196] VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 347, 352, 362, and 388 – 389.)  *See also*, VCDS Home.  (VIASAT_00008738 – 9831, at 8743.)

[197] VCDS Home.  (VIASAT_00008738 – 9831, at 8745.)

**Figure 12**
**Content Encryption and Lifecycle[238]**



### C.     Overview of Infringing Use Cases

70.     I understand that the Accused Systems support the provision of the Infringing Use

Cases, which include Viasat's in-flight entertainment services provided to customers in the mobility

(e.g., airline) and residential segments, including W-IFE, IPTV, VOD (including Viasat Stream),[239]

and integration of these services with seatback displays.[240]  As discussed below in **Section VIII**,

---

[238] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 623.)

[239] I understand that the VOD content implicated in this matter is the provision of Disney+ to aircraft or content delivered using the Viasat Stream device available to residential customers. Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  Easttom Report, §§ V.B, VI.C, VI.D.

[240] *See* **Section VII.B.1**.

each of the Infringing Use Cases are offered as add-ons to Viasat's other services: W-IFE and IPTV are offered to commercial airlines as add-ons to Viasat's IFC service,[241] and access to Disney+ VOD is offered to residential customers as an add-on to Viasat's satellite internet.[242] I understand that the Infringing Use Cases include at least the following offerings of Viasat.

a. <u>W-IFE</u>. As discussed in **Section VI.B.2** and shown in **Figure 5**, Viasat provides W-IFE content to passenger-owned and airline-issued mobile devices, which include end-user devices (laptops, tablets, smartphones, etc.), semi-embedded devices, and seatback devices.[243] The content offered by Viasat encompasses a broad range of offerings including movies, TV series, and music, digital newspapers and magazines, destination content, moving maps, retail products and e-commerce, advertising, and airline-specific content (e.g., menus, loyalty program).[244] Viasat states in its marketing materials that its W-IFE product "offer[s] a wide range of movie, TV series, audio, and interactive content from major studios and producers, to create the entertainment experience that is right for your passengers."[245] (*See* **Figure 13**.)

---

[241] *See, e.g.,* American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 736 and 794.) *See also*, Edillon Deposition, p. 124.

[242] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.) *See also*, Newman Deposition, pp. 26 – 27.

[243] Presentation for Alaska Airlines, January 31, 2017. (VIASAT_00006471 – 537, at 490.) *See also,* Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 501.)

[244] Presentation for Alaska Airlines, January 31, 2017. (VIASAT_00006471 – 537, at 500.) *See also,* Wireless Entertainment Presentation, 2022. (VIASAT_00003288 – 349, at 324.)

[245] Wireless Entertainment Presentation, 2022. (VIASAT_00003288 – 349, at 320.) (Bracketed text added for clarification.)

**Figure 13**
**Viasat's W-IFE Offering[246]**



b.  IPTV.[247]  Viasat also provides IPTV, which is a live TV feed (e.g., 12 – 18 channel
bundles) delivered to airline passengers' PEDs and seatback devices.[248]  Viasat's IPTV
offering "serves in-flight television simultaneously with its broadcast on the ground"
and therefore is distinguished from the already-aired television series or episodes
offered in Viasat's W-IFE product.[249]  In its "standard" marketing template, Viasat
highlighted its IPTV offering's ability to provide to passengers "Real-time content, so
that taking off never means missing out."[250]  (*See* **Figure 14**.)

---

[246] Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 498.)

[247] I understand that "IPTV" is used interchangeably with "Live TV" and "In-flight TV" in Viasat's documents.  *See,
e.g.,* Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 511.)  *See also*, Wireless
Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 314.)

[248] Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 511.)

[249] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 314.)

[250] Solution proposal for [AIRLINE], undated.  (VIASAT_00132453 – 578, at 482.)  *See also*, Viasat's Response to
Plaintiffs Discovery Letter, February 12, 2025, p. 3.

**Figure 14**
**Viasat's IPTV Offering[251]**



c. <u>VOD</u>.  VOD refers to Viasat's provision of content from over-the-top ("OTT") content providers like Netflix, Hulu, and Disney+, who provide television and film content over the internet at the request of individual users.[252]  I understand that the VOD content implicated in this matter is the provision of Disney+ to aircraft or Disney+ content delivered using the Viasat Stream device available to residential customers, which is described below.[253]  Viasat enabled VOD Disney+ content for the JetBlue Airways fleet in October 2024 and, as of February 2025, enabled VOD Disney+ content for five Delta Airlines planes as part of a test period.[254]  Viasat began offering Stream to its

---

[251] Solution proposal for [AIRLINE], undated.  (VIASAT_00132453 – 578, at 482.)

[252] VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 349 and 392.)  *See also,* What is OTT?  (https://www.telestream.net/video/solutions/what-is-ott.htm, viewed on March 14, 2025.)

[253] Easttom Report, §§ VI.C and VI.D.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also,* VCDS Home.  (VIASAT_00008738 – 9831, at 8834.)  *See also,* Newman Deposition, pp. 26 – 27.

[254] Neri Deposition, pp. 51 – 52 and 66 – 67.  In addition, as of its final weekly status update in February 2023, Viasat's Disney+ offering to American Airlines was marked as "In Development."  (VCDS Home.  (VIASAT_00008738 – 9831, at 9806 and 9809 – 9810.))

residential customers in "private beta" around September 2021 and expanded to "public beta" in April 2023.[255]

Viasat Stream[256] is a product offered to residential broadband subscribers that allows participating customers to watch shows and movies from participating content providers without affecting their plan data usage.[257]  Currently, I understand the only content provider participating in Viasat Stream is Disney+.[258]  Customers in select areas in the United States can opt into the service and receive a small device (known as a "Viasat Stream hub") that connects to their Viasat modem.[259]  (*See* **Figure 15**.)  Once connected, customers participating in Viasat Stream can use their existing Disney+ subscription to watch Disney+ content without drawing from their plan's data caps.[260]  I understand from publicly available information that Viasat Stream is offered free to residential customers in eligible regions and is currently in beta mode.[261]  Additionally, as of September 29, 2020, Viasat and Disney had agreed to a one-year free trial agreement with an auto-renewal.[262]  I am not aware of any other agreements produced by Viasat in this case that relate to Viasat and Disney's partnership.  Viasat and Disney personnel noted in a joint presentation to the Streaming Video Technology Alliance ("SVTA") that delivering content under the partnership resulted in "significantly better QoE," and that this "QoE improvement brings out natural demand."[263]

---

[255] Newman Deposition, p. 118.  Viasat's weekly updates also support that Disney+ VOD Streaming was "In Production" beginning the week of September 24, 2021 and "In Test" in the week prior.  (VCDS Home.  (VIASAT_00008738 – 9831, at 9352, 9354 – 9356, and 9358 – 9359.))

[256] I understand that Viasat Stream was previously and/or elsewhere referred to as "StreamOn" and/or "Content Add-On."  *See, e.g.,* Content Add-On, September 29, 2020.  (VIASAT_00007581 – 591.)  *See also,* Product and Technology Operations, July 2022.  (VIASAT_00008313 – 340, at 315.)

[257] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[258] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[259] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[260] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[261] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  As of July 2022, Viasat planned to charge $4.99 per month for StreamOn.  (Product and Technology Operations, July 2022.  (VIASAT_00008313 – 340, at 315.))

[262] Content Add-On, September 29, 2020.  (VIASAT_00007581 – 591, at 587.)

[263] Home Storage.  (VIASAT_00008428 – 447, at 439 and 442.)

**Figure 15**
**Viasat Stream Hardware**[264]



## VIII.  VIASAT'S REVENUES AND COSTS ASSOCIATED WITH SATELLITE SERVICES

71.     As I discuss below in Sections VIII.A and VIII.B, each of the Infringing Use Cases are offered as add-ons to Viasat's other services: W-IFE and IPTV are offered to commercial airlines as add-ons to Viasat's IFC service,[265] and access to Disney+ VOD is offered to residential customers as an add-on to Viasat's satellite internet service.[266]   Accordingly, below, I discuss Viasat's revenues and costs associated with the Infringing Use Cases, as well as the revenues and costs associated with the services that are prerequisite to offering the Infringing Use Cases.

### A.     Residential Services Revenues

72.     As discussed in **Section VI.A**, Viasat offers residential satellite internet service that "bring[] reliable, high-speed connectivity to the hardest to reach people, places, and things –

---

[264] Home Storage.  (VIASAT_00008428 – 447, at 444.)

[265] *See, e.g.,* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 736 and 794.) *See also,* Edillon Deposition, p. 124.

[266] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  *See also*, Newman Deposition, pp. 26 – 27.

including families in rural or remote areas where cable companies don't go."[267]  Viasat's satellite internet service includes both home internet and small business internet, catering to customers' different needs.[268]  Customers have the option to choose from multiple internet plans with varying data limits and download/upload speeds, as well as add-ons for voice and extra servicing.[269]

73.    As of January 2025, Viasat offers Viasat Unleashed, an unlimited home internet plan that provides high-speed internet without data caps to residential customers (s*ee* **Figure 16**), which retails at $119.99 per month,[270] as well as data plans for small businesses, which retail between $49.99 to $159.99.[271]  Viasat's plan offerings to residential customers and small businesses have changed over time, in addition to the price of the plans.[272]

---

[267] Viasat Home Internet.  (https://www.viasat.com/satellite-internet/, viewed on March 6, 2025.)  (Bracketed text added for clarification.)

[268] Viasat Home Internet.  (https://www.viasat.com/satellite-internet/, viewed on March 6, 2025.)  *See also*, Viasat Small Business Internet.  (https://www.viasat.com/satellite-internet/small-business-internet/, viewed on March 6, 2025.)

[269] Viasat Small Business Internet.  (https://www.viasat.com/satellite-internet/small-business-internet/, viewed on March 6, 2025.)

[270] Best Viasat Internet Deals, Discounts, Specials, and More, January 15, 2025.  (https://www.satelliteinternet.com/resources/viasat-internet-deals/, viewed on March 12, 2025.)

[271] Viasat Business Satellite Internet Review, April 16, 2024.  (https://www.satelliteinternet.com/providers/viasat/business/, viewed on March 12, 2025.)

[272] For example, in 2024, Viasat restructured its pricing and simplified its home internet offering to the single Unleashed package.  (Best Viasat Internet Deals, Discounts, Specials, and More, January 15, 2025.  (https://www.satelliteinternet.com/resources/viasat-internet-deals/, viewed on March 12, 2025.))

**Figure 16**
**Viasat Home Internet Plan as of March 2025[273]**



74.    As discussed in **Section VII.B**, through Viasat Stream, residential customers can access Disney+ without using data from their monthly plan.[274]  Viasat internet subscribers can add the complementary Stream service, enabling them to watch Disney+ content on Stream (provided the customer has an active Disney+ subscription).[275]  Viasat also earns a "small commission" when Stream subscribers purchase a Disney+ subscription through Viasat's website.[276]

75.    According to the residential satellite internet usage data produced by Viasat, residential subscribers ███████████████████████████████████████████████ ████████████████████████████████████████████████. (*See* **Table 4**.)  In 2022, the first year of available data produced by Viasat, there was ██████████████████████ ██████ who added Stream service, received the Stream hardware (i.e., the hub), plugged it in, and

---

[273] Viasat Home Internet Plans.  (https://www.viasat.com/satellite-internet/plans/, viewed on March 13, 2025.)

[274] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  *See also*, Newman Deposition, p. 27.

[275] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  *See also*, Newman Deposition, pp. 26 – 27.

[276] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

kept it plugged in.[277]  In 2024, that ████████████████████████████████.  (*See*

**Exhibit 3** for a summary of monthly subscriber counts for Viasat's residential internet services and

Stream.)  It is my understanding that Viasat has not produced revenue or cost data associated with

its residential internet services.[278]

**Table 4**
**Viasat Residential Internet Services: Average Monthly Subscriber Counts[279]**
**2022 – 2024**



### B.    In-Flight Services Revenues

76.    Viasat generates revenue from its in-flight internet and entertainment services

through service fees charged to airlines, aircraft equipment sales, and revenues generated from

advertisements.[280]  As introduced in **Section VI.B**, Viasat's pricing model varies depending on the

service provided and the airline.  Viasat produced service agreements with eight airlines, including

---

[277] VIASAT_00132725.xlsx, tab "Sheet1."  *See also*, Newman Deposition, pp. 119 – 120.

[278] Viasat identified the following documents as containing financials related to the Infringing Use Cases: VIASAT_00042463; VIASAT_00005781; VIASAT_00052299; VIASAT_00132724; VIASAT_00132726; VIASAT_00132725; VIASAT_00123818; VIASAT_00123820; VIASAT_00123817; VIASAT_00123819; VIASAT_00123821; VIASAT_00123822.  (*See* Viasat's Response to Plaintiffs Discovery Letter, February 12, 2025, pp. 3 – 4.)  It appears that none of these files contain revenue data for residential services.  To the extent more data are produced, I reserve the ability to update my analyses and opinions.

[279] VIASAT_00132725.xlsx, tab "Sheet1."  I calculate the annual numbers of subscribers from 2022 to 2024 by averaging the monthly numbers of subscribers.  Stream subscribers are Viasat internet customers who "[have] signed up for Viasat Stream, has received their hub and plugged it in and kept it plugged in" on average per month.  Non-Stream Subscribers are "residential customer[s] that do[] not have the Stream product" on average per month.  (*See* Newman Deposition, pp. 13 and 119 – 120.  (Bracketed text added for clarification.))

[280] *See*, *e.g.*, American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831.)  *See also*, Deposition of Gregory Houda taken February 4, 2025 ("Houda Deposition"), pp. 96 – 97.

**Figure 24**
**Media Hub[417]**



c.      *Expanded Potential Customer Base*

116.    In addition to advertising revenues (and other ancillary revenues), evidence indicates that Viasat recognized the contributions of W-IFE services in generating additional sales for both mobility and residential customers.  In an August 2017 internal presentation, Viasat highlighted "W-IFE Business Benefits" including that it "enables ViaSat to sell product to disconnected airlines"[418] and "provides [a] path to IFC for disconnected airlines," thereby "grow[ing] ViaSat revenue."[419]  An internal Viasat document describes W-IFE as a "table stakes product for most airlines" and the "entry point into the airline for a Viasat managed passenger experience."[420]  Josh

---

[417] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 339.)

[418] Ms. Munoz-Talcott testified that a "disconnected airline" is one that does not "have W-IFE connectivity or IFE/IFC on the aircraft."  (Munoz-Talcott Deposition, p. 134.)

[419] ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017.  (VIASAT_00014416 – 520, at 423.)  (Bracketed text added for clarification.)

[420] Media Summit – Working Draft, May 20, 2022.  (VIASAT_00008258 – 301, at 270.)  I understand that "Stored Content to PED" relates to the W-IFE service offering.

Slater, Director of Systems and Architecture, Global Mobility at Viasat who was involved in the Arconics acquisition, testified that Viasat wanted to develop in-flight entertainment offerings in response to "customer [airline] requests," and that there were discussions at Viasat about the potential for increased demand for Viasat's IFC services through offering in-flight entertainment services.[421] Further, in a document entitled "Entertainment Product Management," the "Goals and Objectives" section of Viasat's "Entertainment Product Strategy" notes that one product goal of Viasat W-IFE is to "round out IFC product offering with W-IFE" and to "build IFC path for low cost carriers."[422, 423]

117.     Similarly for the residential business, in a July 2022 presentation, Viasat highlights the potential for its entertainment offerings (in partnership with content providers) in unlocking a previously unavailable market of residential "unconnected consumers" that otherwise have "no household internet connection."[424]

118.     At the hypothetical negotiations, the parties would consider that licenses to the Patents-in-Suit would enable Viasat to offer the Infringing Use Cases, which would lead to additional revenue opportunities from advertising and sales of ancillary products (like Media Hub). The parties would also recognize that the accused W-IFE service would serve as an entry point for Viasat's broader suite of product offerings to airline customers. Relative to the indicators of value

---

[421] Slater Deposition, pp. 38, 48, and 89 – 90. (Bracketed text added for clarification.)

[422] ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017. (VIASAT_00014416 – 520, at 423.) *See also,* Entertainment Product Management, Commercial Aviation, Exported, January 17, 2023. (VIASAT_00015430 – 676, at 437.)

[423] In contrast to the evidence discussed here, I understand that Edwin Edillon, Director of Partnerships and Strategic Entertainment Initiatives at Viasat, testified that Viasat does not view its IFE offerings, including W-IFE and IPTV, as a means to expand its IFC customer base. Specifically, Mr. Edillon testified that "Wireless IFE has not been the center or even the corner of IFC conversations. Very seldom is it brought up with airlines. Perhaps in more low-cost carrier scenarios, it might be. Wireless IFE is typically offered as an add-on, as I had mentioned, but it is absolutely not the – I wouldn't say it's part of the decision to purchase IFC." (Edillon Deposition, pp. 13 and 126.) Similarly, Mr. Edillon testified that Viasat does not look at live TV as a "way to expand IFC." (Edillon Deposition, p. 127.)

[424] Product and Technology Operations, July 2022. (VIASAT_00008313 – 340, at 318.)

discussed in this report, this factor would place <u>upward</u> pressure on the royalty payments that would have been agreed upon between the parties at the hypothetical negotiations.

**Factor 7: The duration of the patent and the term of the license.**

119.    *Georgia-Pacific* Factor 7 relates to the duration of the patents and the term of the licenses that would be agreed to at the hypothetical negotiation.

    a.  <u>The '667 Patent</u>.  As discussed in **Section IX.D**, Viasat and Western Digital would have held a hypothetical negotiation for a license to the '667 Patent in or around October 2019.  I understand that the '667 Patent will expire on February 5, 2035.[425] Hence, the term of the hypothetical license for the '667 Patent would be 15.3 years.[426]

    b.  <u>The '400 Patent</u>.  As discussed in **Section IX.D**, Viasat and Western Digital would have held a hypothetical negotiation for a license to the '400 Patent in or around early 2017.  I understand that the '400 Patent will expire on April 30, 2032.[427]  Hence, the term of the hypothetical license for the '400 Patent would be approximately 15.2 years.[428]

120.    *Georgia-Pacific* Factor 7 generally is viewed as being neutral with respect to the royalty payment when the royalty payment in question takes the form of a running royalty rate (which would be paid for infringement through the expiration of the patent).  Relative to the indicators of value discussed throughout my report, this factor would be <u>neutral</u> with respect to the to-be-negotiated reasonable royalty payments for licenses to the '667 and '400 Patents.

**Factor 8: The established profitability of the patented product and its commercial success.**

121.    *Georgia-Pacific* Factor 8 relates to the established profitability of the patented products and their commercial success.  Viasat's established sales, profitability, and commercial

---

[425] U.S. Patent No. 10,447,667, Google Patents.  (https://patents.google.com/patent/US10447667B2/en?oq=10447667, viewed on November 20, 2024.)

[426] Calculation: 15.3 years = 5,592 days (between October 15, 2019 and February 5, 2035) / 365.25 days per year.

[427] U.S. Patent No. 9,424,400, Google Patents.  (https://patents.google.com/patent/US9424400B1/en?oq=9424400, viewed on November 20, 2024.)

[428] Calculation: 15.2 years = 5,539 days (assuming March 1, 2017 and April 30, 2032) / 365.25 days per year.

success relating to its in-flight and residential broadband services utilizing SanDisk's patented technologies demonstrate the demand for services utilizing the teachings of the '400 and '667 Patents.

<em>a.     Accused In-Flight Services</em>

122.     Viasat's Infringing Use Cases provisioned in flight, which include W-IFE and IPTV, have enjoyed commercial success after the hypothetical negotiation in early 2017 for the '400 Patent and leading up to and after the October 2019 hypothetical negotiation date for the '667 Patent, as demonstrated by documentary evidence and Viasat's revenues and profits associated with these services.  Further, industry analysts and Viasat itself projected continuing growth in the W-IFE and in-flight services market as of the hypothetical negotiation dates, when demand for in-flight services was expected to soar in a relatively unpenetrated market.

123.     Specifically, around the time of the hypothetical negotiation date in early 2017, both industry analysts and Viasat expected strong growth and attractive opportunities in the in-flight services market.  In 2017, JPMorgan analysts projected that the commercial aviation connectivity market would more than double by 2035, and that Viasat's revenue would double within three years.[429]  JPMorgan stated that "commercial aviation represents a large underserved market with the opportunity for significant growth over the long term," citing to the relatively low rates of commercial aircraft (25–30%) with existing in-flight connectivity functionality, strong projected growth in the broader commercial aviation industry, and consumers' increasing reliance on internet as motivating its projections.[430]  Similarly, in 2017, William Blair analysts projected that the share

---

[429] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, pp. 4 and 27.

[430] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, pp. 4 and 27.

Entertainment Initiatives at Viasat,[447] testified that IPTV services in the United States are profitable.[448]

127.    Given the industry consensus regarding rapid growth and attractive business opportunities in the in-flight services market at the time of the hypothetical negotiation in early 2017, Viasat's stated strategy to expand its entertainment options and deliver entertainment wirelessly, and the established significant sales and profitability of W-IFE and IPTV, *Georgia-Pacific* Factor 8 would maintain upward pressure on the to-be-negotiated reasonable royalty payments for licenses to the '667 and '400 Patents as it relates to in-flight services.

### b.    Accused Residential Services

128.    As described above in **Section VIII.A**, I understand that Viasat has not produced revenue or cost data associated with its residential services.  Viasat has produced data relating to residential internet subscribers between 2022 and 2024, which shows that the average number of Stream subscribers per month has ███████████████████████.  (*See* **Table 4** above.)  Additionally, the satellite broadband market has grown substantially in recent years, with the number of households with satellite internet subscriptions in the United States growing at a CAGR of approximately 13%.[449]

129.    Although Viasat's Stream service used by its residential customers is still in beta and free to users as of March 2025,[450] internal documents indicate Viasat previously considered

---

[447] Edillon Deposition, p. 13.

[448] Edillon Deposition, p. 232.

[449] American Community Survey: Types of Computers and Internet Subscriptions, 2015.  (https://data.census.gov/table/ACSST1Y2015.S2801, viewed on March 13, 2025.)  *See also*, American Community Survey: Types of Computers and Internet Subscriptions, 2023.  (https://data.census.gov/table/ACSST1Y2023.S2801, viewed on March 13, 2025.)  CAGR Calculation: $(\frac{8,628,648}{3,356,018})^{\frac{1}{8}} - 1 = 0.1253 \approx 13\%$.

[450] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  Viasat began offering Stream to its residential customers in "private beta" around September 2021 and expanded to "public beta" in April 2023.  (*See* Newman Deposition, p. 118.)

monetizing the service.  A Viasat internal document dated September 29, 2020 shows that Viasat considered charging Stream subscribers █████████.[451]  Internal Viasat documents reveal that its Stream service is an important tool to achieve "significantly better QoE," which would "bring[] out natural demand."[452]  Moreover, Viasat characterizes the current version of Stream as a "successful customer beta" with future steps pending.[453]

130.    Given the above considerations, *Georgia-Pacific* Factor 8 would be <u>neutral</u> with respect to the to-be-negotiated reasonable royalty payments for licenses to the '667 and '400 Patents in the residential Infringing Use Cases.

> **Factor 9: The utility and advantages of the patented product over other modes or devices.**
>
> **Factor 10: The nature of the patented invention and the benefits to those who have used the invention.**

131.    *Georgia-Pacific* Factors 9 and 10 are similar and will be treated together.  As discussed in more detail below, substantial evidence suggests that the Patents-in-Suit contributed to customer-demanded benefits routinely highlighted by Viasat internal documents and in marketing the Infringing Use Cases.  In addition, Viasat has realized significant bandwidth savings from its implementation of the patented technologies in its provision of the Infringing Use Cases.

> *a.    Benefits Attributable to the Patents-in-Suit*

132.    As discussed in **Section VII.A**, the Patents-in-Suit are generally directed towards the secure transmission of media content.[454]  As discussed in more detail below, substantial

---

[451] Content Add-On, September 29, 2020.  (VIASAT_00007581 – 591, at 583.)

[452] Home Storage.  (VIASAT_00008428 – 447, at 439 and 442.)  (Bracketed text added for clarification.)

[453] Home Storage.  (VIASAT_00008428 – 447, at 444.)

[454] Specifically, I understand that the '667 Patent is generally directed towards a method of transmitting media content—like movies and TV—from a media streaming system to display devices and the '400 Patent is generally directed to provisioning secure media content to a plurality of portable data storage devices.  (Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).)

**Factor 11: The extent to which the infringer has made use of the invention and evidence of the value of that use.**

144.    *Georgia-Pacific* Factor 11 relates to the extent of use of the patented inventions by the alleged infringer (i.e., Viasat) and the value of that use.  Below I discuss Viasat's alleged use of the patented technologies for W-IFE, IPTV, and Stream.

145.    Viasat touts the significant demand for the Infringing Use Cases (and resulting significant extent of use of the patented inventions) in its internal documents.  For example, as discussed in *Georgia-Pacific* Factors 9 and 10, in a May 2024 document, Viasat noted that it "is currently in production with over 1000 tails receiving Live TV services equivalent to over 100 TB of delivered live content weekly."[539]  The same document also states that "Viasat is currently in production with over 1000 tails receiving touchless IFE content refresh for W-IFE services."[540]  Moreover, rising air traveler expectations for the availability of in-flight entertainment has increased the need for airlines to offer W-IFE and IPTV services.[541]

146.    To evaluate the extent of use of the patented technologies, I have estimated the number of W-IFE and IPTV sessions over the 2018 to 2025 time period.[542]  I also present below the actual residential subscribers to the accused Stream service.  Based on my estimations, Viasat has made extensive alleged use of the patented technologies.

---

[539] Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 522.)

[540] Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 523.)

[541] *See Georgia-Pacific* Factors 9 and 10.

[542] A session is defined as a "temporary and interactive information interchange between two or more communicating devices, or between a computer and User.  A Session is established at a certain point in time, and brought to an end at some later point."  (*See* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 641.))

**Table 11**
**Summary of Estimated Domestic IPTV Sessions[579]**



          *c.     Stream*

152.    As described in **Section VII.C**, Viasat Stream is an add-on service offered to residential subscribers that allows participating customers to watch Disney+ content without using the customer's data plan.[580]  I understand that, as of March 2025, the Stream service was still being beta tested and that Viasat was offering Stream as a free service to its customers in the United

---

I assume that (i) 0% of domestic American Airlines and Southwest Airlines aircraft supported by Viasat have seatback displays and (ii) 100% of domestic Delta Airlines and JetBlue Airways aircraft supported by Viasat have seatback displays.  As noted earlier, a passenger survey conducted in June 2016 found that 44% of the 9,000 passengers surveyed said they used only the seatback display, while 46% of those who watched a film on their most recent flight did so on a personal device.  The same survey found that 65% of the respondents said they would like to access IFE on their own devices.  (*See* Survey highlights passenger demand for BYOD in-flight entertainment, June 2016. (https://www.futuretravelexperience.com/2016/06/survey-highlights-passenger-demand-byod-flight-entertainment/, viewed on March 24, 2025.))  This is consistent with the deposition testimony of Ms. Munoz-Talcott, who testified that more passengers use their personal devices to access Viasat's in-flight entertainment offerings.  (*See* Munoz-Talcott Deposition, p. 86.)  As such, I assume that 50% of the IPTV sessions on the Delta Airlines and JetBlue aircraft with seatback displays are via the seatback displays—i.e., I assume 50% (= 100% of aircraft with seatbacks and 50% of sessions on those aircraft) of the estimated IPTV sessions for Delta Airlines and JetBlue Airways are attributable to seatback displays.  Under this alternative calculation, the estimated IPTV sessions attributable to PEDs are ▮▮▮▮▮▮

[579] **Exhibits 8.1 – 8.4**.

[580] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  Viasat invited a few customers to try the Stream service around September 2021 and started the public beta in April 2023.  (*See* Newman Deposition, p. 118.)

States.[581]   As seen in **Exhibit 3**, from January 2022 to December 2024, on average, Viasat had

███████████████████████████.[582]

**Table 12**
**Average Monthly Stream Subscribers**
**2022 - 2024[583]**

████████████████████████████████████████████████████████████████

> **Factor 12: The portion of the profit or selling price of the invention that may be customary to allow for the use of the invention or analogous inventions.**

153.     *Georgia-Pacific* Factor 12 relates to general licensing practices or agreements

executed in the industry for similar types of technologies that provide guidance as to a reasonable

royalty payment.

> *a.     The '667 Patent*

154.     I am not aware of any evidence of economically comparable industry licensing

arrangements for technologies comparable to the '667 Patent.  Thus, this factor would be <u>neutral</u>

with respect to the to-be-negotiated royalty payment for a license to the '667 Patent.

> *b.     The '400 Patent*

155.     As discussed in **Section VII**, I understand from Dr. Easttom that the '400 Patent is

related to DRM for content that may be downloaded and securely transferred from one storage to

another storage.[584]  Specifically, I understand that the '400 Patent discloses a kiosk for provisioning

---

[581] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[582] **Exhibit 3**.

[583] VIASAT_00132725.xlsx, tab "Sheet1."  I calculate the annual numbers of subscribers from 2022 to 2024 by averaging the monthly numbers of subscribers.  I note that Viasat began offering Stream to its residential customers in "private beta" around September 2021 and expanded to "public beta" in April 2023.  (*See* Newman Deposition, p. 118.)

[584] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, Easttom Report, § IX.

████████████████████████████████████

█████████████████████████████

**Table 17**
**Viasat's Potential Cost Savings Attributable to the '667 Patent**
**October 15, 2019 – November 30, 2025[740]**



191.    The above costs represent a reasonable estimation of the actual costs Viasat would have incurred to offer the accused IPTV service in the absence of using the '667 Patent and represent a fully-apportioned cost savings attributable to the '667 Patent.  The parties would then seek to share these cost savings in a license negotiation for the '667 Patent.

> *(iii)    Opportunity Costs Associated with the Bandwidth Savings Attributable to the '667 Patent*

192.    Viasat's satellite capacity is inherently finite, a fact the company has publicly acknowledged multiple times, emphasizing that it often operates at or near capacity.  For example, as discussed in **Section V.B**, following complications with the launch of the ViaSat-3 satellite, Viasat announced a strategic shift away from residential services due to capacity constraints.  This decision reflects the company's need to optimize its limited satellite resources. Viasat's ViaSat-1, -2, and -3 satellites serve both residential and mobility services in the United States, meaning that capacity allocated to one service directly reduces the bandwidth available for the other.  This

---

[740] **Exhibit 10.3**.

fundamental limitation underscores the importance of efficient bandwidth utilization, particularly when managing high-demand services such as IFE and broadband access for commercial customers.

193.    Satellite capacity is generally defined by its peak bit rate, measured in megabits per second (Mbps), which I understand represents the maximum amount of data that can be transmitted at any given time. As illustrated in previous sections, delivering content without the benefit of Viasat's patented technology would have significantly increased the amount of bandwidth required to support IPTV services. Without these technological efficiencies, Viasat would have had to allocate a greater share of its finite satellite capacity to IPTV, reducing the available bandwidth for other services. This increased burden on satellite resources would have compounded the company's operational constraints and limited its ability to serve other high-value customers.

194.    Furthermore, as discussed in **Section VIII.B**, Viasat's airline customers pay a fixed monthly rate for IPTV services. While the rate may vary based on the number of aircraft equipped with IPTV capabilities, it does not fluctuate with passenger usage. This pricing model creates a strong financial incentive for Viasat to minimize data transmission while still ensuring sufficient quality and reliability of IPTV services. The company benefits from technological efficiencies that reduce the data burden without compromising the user experience, allowing it to optimize the use of its bandwidth for multiple services while maintaining profitability.

195.    The value of bandwidth capacity to Viasat can be understood in terms of the potential profits it could generate by reallocating that capacity to other services or customers. In some instances, bandwidth is priced explicitly on a per-gigabyte (GB) basis, while in others, its value can be inferred from revenue models. For example, airlines pay per-GB fees for operational and whitelist data, which includes data used by flight crews and passenger access to airline-

designated websites.  These fees range from ███████████████████████████,

depending on the service agreement.[741]  Similarly, residential and business satellite internet

customers pay per-GB rates, with prices at the time of the hypothetical negotiation (October 2019)

being approximately ███████████████████████████████████████, as

documented in **Exhibit 10.7**. [742]

196.     While Viasat has not produced data sufficient for me to calculate profit margins

specific to IPTV or residential/business internet services, Viasat's margins for W-IFE and in-flight

internet and entertainment services associated with specific commercial proposals (*see* **Section**

**VIII.C**) range from ███████████

197.     For every gigabyte (GB) of bandwidth saved through the use of the patented

technology, the financial value of freed-up capacity can be estimated based on existing bandwidth

pricing structures.  Given the estimated bandwidth savings attributable to the '667 Patent over the

February 2019 through November 2025 period and the value of bandwidth savings (as measured

by the opportunity costs associated with that capacity), the total financial impact over this period

falls within a broad range.

198.     As shown in **Exhibit 10.4**, assuming a 25% IPTV take rate, at the lower bound, the

potential opportunity cost savings amount to ███████████████████████████████

████████████████████████████████████████████████████████

███████.

---

[741] *See*, *e.g.*, American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 693.)  *See also*, Airline Connectivity Supply and Services Agreement between United Airlines, Inc. and Viasat Inc, February 7, 2018. (VIASAT_00014922 – 5031, at 4996.)

[742] I note that the price per gigabyte of Viasat's offerings has declined in its most recent offerings.  Market commentators have connected the dramatic reduction in price per gigabyte to competitive pressures from Starlink.  (Viasat Drops Contracts, Data Caps to Compete With Starlink, March 6, 2024.  (https://www.pcmag.com/news/viasat-drops-contracts-data-caps-to-compete-with-starlink, viewed on March 13, 2025.))

**Table 20**
**Sharing of Benefits Attributable to the '667 Patent (All Customers)**
**October 15, 2019 – November 30, 2019**[767]



219.    Under the cost savings approach, it would be reasonable for the parties to agree to a royalty based on the number of IPTV sessions, which is a metric I understand Viasat tracks in the normal course of business.  Based on the estimated number of IPTV sessions during the October 15, 2019 – November 30, 2025 period of ███████,[768] the implied per session royalty ranges from ████████████████████████████████████████████████████ ██.[769]

---

[767] **Exhibit 10**.  Throughout **Exhibit 10**, at the request of counsel, I consider various combination of scenarios in which I (a) limit the damages recovery period to begin in August 2022 (i.e., following the date the initial complaint was filed) and (b) limit the damages to only U.S. customers.

[768] Calculation: ███████████████████████████████████████████████ ████████ (**Exhibits 8.1**, **8.2**, **8.3**, **8.4**.)

[769] Calculations: ██████████████████████████████  ████████████ ██████████████████████████.

220.    Given the previously discussed qualitative and quantitative considerations, my assessment of the *Georgia-Pacific* factors, and business and economic considerations discussed throughout my report, Western Digital and Viasat would have agreed to a running royalty with reasonable royalty rates, as follows.

    a.   <u>'667 Patent – IPTV</u>.  The parties would agree to a royalty rate no less than ████ of total IPTV revenue.  In the alternative, based on Viasat's cost savings from using the '667 Patent, the parties would agree to royalty rates in the range of ████████ per IPTV session.

    b.   <u>'667 Patent – W-IFE</u>.  The parties would agree to a royalty rate of ████ of total W-IFE revenues.

    c.   <u>'400 Patent – IPTV</u>.  The parties would agree to a royalty rate of ████ per session.

221.    Applying the aforementioned reasonable royalty rates to the relevant royalty bases yields reasonable royalty damages as follows.[770] (*See* **Table 21**.)

    a.   <u>'667 Patent – IPTV</u>.  Based on apportioned revenue, royalty damages associated with Viasat's use of the '667 Patent in the provisioning of IPTV total ██████████ ████████████████.  Alternatively, based on cost savings, royalty damages associated with Viasat's use of the '667 Patent in the provisioning of IPTV range from ████████████████████████[771]

    b.   <u>'667 Patent – W-IFE</u>.  Royalty damages associated with Viasat's use of the '667 Patent in the provisioning of W-IFE total ██████████ ████████████████████████.[772]



---

[770] These reasonable royalty damages (based on a running royalty) would compensate Plaintiffs for Viasat's infringement through the start of trial and do not include any future damages beyond November 2025.

[771] In the event the damages are limited to begin only after the complaint filing, there would be ████████████████ ████.  Applying a royalty rate of ████████████ results in damages ████████████.  (**Exhibit 10.3** and **Exhibit 11.1**.)  The royalty rate calculation is described above beneath **Table 20**.  (**Exhibit 11.1**.)

[772] **Exhibit 10.8**.

c. <u>'400 Patent – IPTV</u>.  Royalty damages associated with Viasat's use of the '400 Patent in the provisioning of IPTV total ██████████████████████████████████████████.[773]

d. <u>'400 Patent – W-IFE</u>.  Royalty damages associated with Viasat's use of the '400 Patent in the provisioning of W-IFE total ███████████████████████████████████████████.[774]

**Table 21**
**Summary of Damages[775]**





---

[773] In the event damages are limited to begin only after the complaint filing, ██████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████.  (*See* **Exhibit 11.2**.)

[774] In the event damages are limited to begin only after the complaint filing, ██████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ███████████████████████████.  (*See* **Exhibit 11.2**.)

[775] **Exhibits 10.2, 10.3, 10.8,** and **11.1**.

[776] As discussed in *Georgia-Pacific* Factor 12, it is reasonable to conclude that Sandisk and Viasat would have considered the ██████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████.

[777] Damages for the '667 Patent and '400 Patent are not duplicative in whole or in part.  Therefore, the total damages owed to Sandisk would be the sum of the damages associated with Viasat's infringement of the '667 Patent and the damages associated with Viasat's infringement of the '400 Patent.

222.     My royalty damages opinions do not depend upon one specific analysis but are the result of the totality of the evidence that I have considered in this case, my analysis of the *Georgia-Pacific* factors, and my analysis of important economic and business considerations presented throughout my report and associated exhibits.   The royalty damages presented above would compensate Sandisk for Viasat's alleged use of the Patents-in-Suit and would be appropriate and reasonable given the economic considerations discussed throughout my report.

* * * * * *

223.     My analyses and opinions contained in this report are based on information available as of the date of my report.  I reserve the ability to review documents, deposition transcripts, or other information still to be produced by the parties to this dispute and to supplement my opinions based on that review, if necessary.


Lauren R. Kindler
March 24, 2025