# EXHIBIT C

| | |
|---|---|
| **From:** | Hannah Dawson |
| **Sent:** | Wednesday, March 19, 2025 1:12 PM |
| **To:** | *** GDC-NDCA Western Digital-Viasat |
| **Cc:** | QE-Viasat-WD |
| **Subject:** | RE: SanDisk v. Viasat, No. 22-4376; Panasonic subpoena resps. |

Counsel,

As we explained previously, the Panasonic and Intelsat subpoenas violate at least Local Rule 37-3. Materials produced pursuant to these subpoenas after the close of fact discovery are untimely, particularly in light of Judge Gilliam's ruling last week denying the extension of the fact discovery period. If you seek to rely on these materials in any way, Viasat reserves the right to move to strike.

Best,

**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Spencer Ririe <spencer@mangumririe.com>
**Sent:** Sunday, March 9, 2025 12:29 AM
**To:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** SanDisk v. Viasat, No. 22-4376; Panasonic subpoena resps.

**[EXTERNAL EMAIL from spencer@mangumririe.com]**



**This message could be suspicious**
- The sender's email address couldn't be verified.
- You've never replied to this person.

Counsel for Viasat,

1

Please find for service via the download link below documents produced by Panasonic Avionics Corporation in response to the previously noticed subpoenas from SanDisk. Bates numbering was affixed to the documents subsequent to receipt from Panasonic for the parties' mutual convenience.

https://www.dropbox.com/scl/fi/w4li2isuhmep96d571lxf/PAC-VOL01.zip?rlkey=2iqhl26ty5l0efwl1yx23xeak&st=ig423g1b&dl=0

Panasonic also provided a declaration in response to the subpoenas, which is included in the above link.

Please note that the link will expire on March 15, 2025.

Regards,

_____

Spencer Ririe

**Mangum Ririe LLP**

999 Corporate Dr. #255

Ladera Ranch, CA 92694

Direct: 949-302-0383

2