# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   _____
                                  )
 6   SANDISK TECHNOLOGIES, INC.,  )
     et al.,                      )
 7                                )
             Plaintiffs,           )
 8                                ) Case No. 4:22-cv-4376-HSG
         vs.                      )
 9                                )
     VIASAT, INC.,                )
10                                )
             Defendant.            )
11   _____)
12
13
14
15                  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16            REMOTE VIDEOTAPED DEPOSITION OF
17         WILLIAM "CHUCK" EASTTOM II, Ph.D.
18              Friday, May 2, 2025
19                   Volume I
20
21
22   Reported by:
     NADIA NEWHART
23   CSR No. 8714
24   Job No. 7342103
25   PAGES 1 - 209
```

Page 1

|   |   |   |
|---|---|---|
| 1 | right? | |
| 2 | A    Well, if that didn't come up in this case, I | |
| 3 | don't know that I ever thought about it one way or | |
| 4 | the other because it never occurred.  I had, for | |
| 5 | example, ███████████████ in all the | 11:13:08 |
| 6 | in-flight scenarios, so it never came up why you | |
| 7 | would want to point to something different.  So I | |
| 8 | don't know that I can tell you in the hypothetical | |
| 9 | if that's allowed or not.  It certainly wasn't done | |
| 10 | in this instance. | 11:13:21 |
| 11 | Q    Now, you've given the opinion for ████████ | |
| 12 | ████████████████████████████████████████████ | |
| 13 | ██████████████████████████████████ | |
| 14 | ██████████████████████████████████████████, | |
| 15 | correct? | 11:14:34 |
| 16 | A    Well, specifically, in 554, I say (as read): | |
| 17 |     "As one example of receiving an | |
| 18 |     indication of a secure region..." | |
| 19 |     There are other examples presented, but that | |
| 20 | is one possible example. | 11:14:46 |
| 21 | Q    Okay.  And just for the court reporter's | |
| 22 | benefit, when I refer to ███████████ would you | |
| 23 | understand me to be referring to the variable that | |
| 24 | you've spelled out in paragraph 554 of your report? | |
| 25 | A    Certainly, yes. | 11:15:06 |

Page 82

```
1      Q   Okay.  And so one of the -- strike that.
2             ▮▮▮▮▮▮▮▮ is something called a struct,
3   s-t-r-u-c-t, right?
4      A   That's correct.  That means a variable that
5   contains multiple subcomponents.                         11:15:36
6      Q   And a struct is an example of a structure, a
7   data structure, right?
8      A   No, that's exactly what it is.  We just use
9   the word "struct" in the code to indicate a data
10  structure, you're right.                                 11:15:50
11     Q   Okay.  And ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮ right?
14     A   That's correct, yes.
15     Q   And a Boolean value is something that          11:16:08
16  represents true or false in this source code
17  language, correct?
18     A   Correct.  It's named after George Boole who
19  invented Boolean logic.
20     Q   So when we talk about a Boolean variable,      11:16:24
21  that's something that's either going to be true or
22  false or maybe null.  Is that fair?
23     A   That's correct.
24     Q   And ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, that's     11:16:37
```

Page 83

```
1    going to be a true or false value, correct?
2       A   That's correct.
3       Q   And you have pointed to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓, right?                                  11:17:01
6       A   That's correct.
7       Q   I think you've -- in paragraph 559, the first
8    sentence, this value is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; is that right?
10      A   559, the first sentence says (as read):         11:17:39
11          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15      Q   And the -- the table comparison you're          11:17:50
16   referring to there is the comparison Mr. Jason Neri
17   was describing in the testimony in paragraph 558; is
18   that right?
19      A   Yes.  And to be more explicit, it's the mount
20   table where you've mounted various file paths.         11:18:10
21      Q   You've referenced file paths and mount paths
22   in 558.  Are you treating those as the -- two forms
23   of paths for your analysis?
24          MR. BUROKER:  Objection; vague.
25          THE WITNESS:  Well, not quite.  What            11:18:43
```

Page 84

```
 1
 2
 3
 4            I, WILLIAM "CHUCK" EASTTOM II, Ph.D., do
 5    hereby declare under penalty of perjury that I have
 6    read the foregoing transcript; that I have made any
 7    corrections as appear noted, in ink, initialed by
 8    me, or attached hereto; that my testimony as
 9    contained herein, as corrected, is true and correct.
10            EXECUTED this _____ day of _____,
11    20____, at _____, _____.
                       (City)                  (State)
12
13
14
                      _____
15                    WILLIAM "CHUCK" EASTTOM II, Ph.D.
                                  VOLUME I
16
17
18
19
20
21
22
23
24
25

                                            Page 205
```