1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                              **OAKLAND DIVISION**

10  | SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
11  | Plaintiffs, | |
12  | v. | **[PROPOSED] ORDER GRANTING VIASAT'S MOTION TO STRIKE PORTIONS OF SANDISK'S EXPERT REPORTS [DKT. 199]** |
13  | VIASAT, INC., | |
14  | Defendant. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court having considered Viasat's Motion To Strike Portions of SanDisk's expert reports
2 [Dkt. 199], and the Curran Declaration in Support [Dkt. 199-1], the Court strikes the relevant
3 portions of Dr. Easttom's Report and Ms. Kindler's Report referenced in Viasat's Motion [Dkt. 199]
4 and precludes Dr. Easttom and Ms. Kindler from opining on those theories at trial.

6    **IT IS SO ORDERED.**

8 DATED: _____

_____
HAYWOOD S. GILLIAM, JR.