1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Steven Cherny (*pro hac vice*)
2  stevencherny@quinnemanuel.com
   Patrick D. Curran (Bar No. 241630)
3  patrickcurran@quinnemanuel.com
   Tzivya H. Beck (*pro hac vice*)
4  tzivyabeck@quinnemanuel.com
   Hannah Dawson (*pro hac vice*)
5  hannahdawson@quinnemanuel.com
   111 Huntington Ave, Suite 520
6  Boston, MA 02199
   Telephone:   (617) 712-7100
7  Facsimile:   (617) 712-7200

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jodie Cheng (Bar No. 292330)
9  jodiecheng@quinnemanuel.com
   Gyu Shik Jang (Bar No, 337747)
10 kevinjang@quinnemanuel.com
   50 California Street, 22nd Floor
11 San Francisco, CA 94111
   Telephone:   (415) 875-6600
12 Facsimile:   (415) 875-6700

13 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Anastasia M. Fernands (*pro hac vice*)
14 anastasiafernands@quinnemanuel.com
   Nicola R. Felice (*proc hac vice*)
15 nicolafelice@quinnemanuel.com
   Vanessa Blecher (*pro hac vice*)
16 vanessablecher@quinnemanuel.com
   Alicia Lai (*pro hac vice*)
17 alicialai@quinnemanuel.com
   295 5th Avenue
18 New York, NY 10016
   Telephone:   (212) 849-7000
19 Facsimile:   (212) 849-7100

20 *Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S MOTION TO STRIKE LAUREN KINDLER'S MAY 5, 2025 SUPPLEMENTAL EXPERT REPORT** |

## **DECLARATION OF PATRICK D. CURRAN**

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion to Strike Lauren Kindler's May 5, 2025 Expert Report ("Motion to Strike"). This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as **Exhibit A** is a true and correct copy of a March 24, 2025 email from Michael Kim to the email distribution list for Plaintiffs' counsel in this case.

3. Attached as **Exhibit B** is a true and correct copy of an excerpt from the transcript of the May 9, 2025 deposition of Ms. Lauren R. Kindler.

4. Attached as **Exhibit C** is a true and correct copy of a March 24, 2025 email from Ahmed ElDessouki, counsel for Plaintiffs, to the email distribution list for Viasat's counsel.

5. Attached as **Exhibit D** is a true and correct copy of an excerpt from the May 5, 2025 Expert Report of Ms. Lauren R. Kindler.

6. Attached as **Exhibit E** is a true and correct copy of an April 14, 2025 email from Michael Kim to the email distribution list for Plaintiffs' counsel in this case.

7. Attached as **Exhibit F** is a true and correct copy of an excerpt from the April 14, 2025 Expert Report of Dr. Gareth Macartney.

8. Attached as **Exhibit G** is a true and correct copy of an April 24, 2025 email from Ahmed ElDessouki to the email distribution list for Viasat's counsel.

9. Attached as **Exhibit H** is a true and correct copy of a May 5, 2025 email from Ahmed ElDessouki to the email distribution list for Viasat's counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of June in Boston, Massachusetts.

| | |
|---|---|
| 1 | |
| 2 | By */s/ Patrick D. Curran* <br> Patrick D. Curran |

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 4, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: June 4, 2025                    By  /s/ Patrick D. Curran
                                            Patrick D. Curran