# EXHIBIT A

| | |
|---|---|
| From: | Michael Kim |
| Sent: | Monday, March 24, 2025 6:13 PM |
| To: | ElDessouki, Ahmed; *** GDC-NDCA Western Digital-Viasat |
| Cc: | QE-Viasat-WD |
| Subject: | SanDisk v. Viasat - Viasat's Document Production |

Counsel,

Please access below link to download Viasat's volume 18 document production ranging in following bate numbers: VIASAT_00139390-VIASAT_00139773

https://qe.sharefile.com/d-s91021c07e0a242b09b2566015cc98c6e

PW to extract will follow in a separate email.

Best,
Mike

Michael Kim
*Senior Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
415-875-6386 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.