# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   SANDISK TECHNOLOGIES, INC.,   )
     et al.,                       )
 6                                 )
            Plaintiff,             )
 7                                 )
        v.                         ) Civil Action No.
 8                                 ) 4:22-cv-04376-HSG
     VIASAT, INC.,                 )
 9                                 )
            Defendant.             )
10                                 )
11
12
13
14              ███████████████████████████████
15              ███████████████████████████████
16
17
18
19           REMOTE VIDEO DEPOSITION OF
20                LAUREN R. KINDLER
21
22
23
24   DATE TAKEN:  MAY 9, 2025
     REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25   JOB NO. 7342270
     PAGES:  1 - 226
```

Page 1

```
 1
                    UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4
     SANDISK TECHNOLOGIES, INC.,    )
 5   et al.,                        )
                                    )
 6            Plaintiff,            )
                                    )
 7      v.                          ) Civil Action No.
                                    ) 4:22-cv-04376-HSG
 8   VIASAT, INC.,                  )
                                    )
 9            Defendant.            )
                                    )
10
11
12
13
                     *** HIGHLY CONFIDENTIAL ***
14
                     *** ATTORNEYS' EYES ONLY ***
15
16
17          Video Deposition of LAUREN R. KINDLER,
18    appearing remotely from Dallas, Texas,
19    commencing at 9:08 a.m., CDT, FRIDAY, MAY 9, 2025,
20    before Renee Harris, CSR No. 14168; New Jersey
21    Certified Court Reporter No. 30XI00241200;
22    Registered Professional Reporter, New York Notary
23    No. 01HA0037009 and Florida Notary No. 1708946
24
25
```

Page 2

```
 1                      LAUREN KINDLER,
 2     called as a witness and having been first duly sworn
 3       by the Certified Shorthand Reporter, was examined
 4                   and testified as follows:
 5
 6                         EXAMINATION
 7     BY MR. CURRAN:
 8          Q.   Good morning, Ms. Kindler.
 9               Could you please state your name for the
10     record?                                                  09:11:00
11          A.   Lauren Kindler.
12          Q.   And what's your current job title?
13          A.   Managing principal at Analysis Group.
14          Q.   What is Analysis Group?
15          A.   We're the largest private economic             09:11:10
16     consulting firm in the U.S.
17          Q.   And what do you do as a managing
18     principal at Analysis Group?
19          A.   So I have client responsibilities.  I
20     assist clients in matters of economics and finance       09:11:27
21     and damages, often in litigations, but not always.
22               And I have administrative
23     responsibilities as a partner in the firm, which
24     include running the Dallas office.
25          Q.   And are you in the Dallas office of            09:11:42
```

Page 9

```
 1   this error?
 2        A.  It's Dr. Fiore.
 3            And I don't know -- again, I don't know
 4   if he discover -- I don't know who discovered it.
 5            Again, it's not at all material.  It's          09:20:04
 6   not something I ever would issue an errata on,
 7   because it's very obvious what happened in that
 8   table and the numbers preceding the table are all
 9   accurate.  And I don't view it as an error.  I
10   view it as just -- I mean, it is an error, but I        09:20:19
11   don't view it as -- as a material error in any
12   way.
13        Q.  You mentioned to prepare for the
14   deposition, you had discussions with your team; is
15   that right?                                              09:20:34
16        A.  Yes.
17        Q.  When you referred to your "team," who are
18   you referring to?
19        A.  I don't understand the question.  I
20   mean --                                                  09:20:44
21        Q.  Sure.
22        A.  I mean, I obviously have a team that
23   assists me in doing this work.
24        Q.  So you mentioned that one of the things
25   you did to prepare for your deposition was you met       09:20:50
```

Page 17

```
 1    with your team.
 2         A.  Yes.
 3         Q.  Is that right?
 4             Who are you referring to?
 5         A.  Are you -- again, I don't understand --     09:20:56
 6    are you asking specific names?  Are you asking
 7    titles?  Are you asking number of people?  Like, I
 8    don't know what you -- I don't know what you're
 9    trying to get at in the question.
10         Q.  I think all that information could be      09:21:10
11    helpful.  I'm just trying to understand, when you
12    say, your team, who are we talking about?
13         A.  And I'm going to be very specific.
14             Do you mean who I spoke with on the call?
15    Because it wasn't the entire team.                  09:21:23
16             So again, if you can be maybe a little
17    bit more specific in what you're asking.
18         Q.  Sure.
19             When you referred just now to the "entire
20    team," what is your entire team at Analysis Group?  09:21:36
21         A.  So there's probably six or seven people.
22         Q.  Who are they?
23         A.  Alex Fiore.
24             Nick Blair.
25             Yu Ma; so she is an associate.             09:21:56
```

Page 18

```
 1              Paul Jeon.  That's J-e-o-n.  He's a
 2     senior analyst.
 3              Parmita Das, D-a-s.  She's a senior
 4     analyst.
 5              Yuna Ge, G-e.  She's an analyst.           09:22:16
 6              I think that would -- and to some extent,
 7     Ashley Lee, who is a vice president, and Tom
 8     McGahee, who is a vice president.
 9         Q.   So in those people total there, is that
10     group of eight what you would consider your team    09:22:47
11     at Analysis Group?
12         A.   Oh, I have many teams at Analysis Group.
13         Q.   I see.  So -- I'm sorry.
14         A.   That's the team that assisted me on this
15     case, but I work with many different teams.         09:22:57
16         Q.   Sorry.  Let me ask that better.  Thank
17     you.
18              You mentioned eight names.  Would that be
19     your team of eight for this case at Analysis
20     Group?                                              09:23:06
21         A.   Correct.
22         Q.   And at various points in conducting your
23     analysis, you worked with each of the eight
24     individuals at Analysis Group that you just named
25     on this case for Western Digital against Viasat;    09:23:17
```

Page 19

```
 1    is that right?
 2         A.  Yes.  I mean, some more than others.  I
 3    typically work most directly with the case
 4    manager.  And then depending on what we're
 5    discussing, if there's details that an individual      09:23:32
 6    on the team is closer to, that person would be
 7    brought in on the discussion.
 8         Q.  Who prepared the first drafts of your
 9    report at Analysis Group?
10         A.  Me and my team.                               09:23:46
11         Q.  You mentioned a case manager a few times.
12             What does that title mean --
13         A.  Well, it's not really a title.  It's
14    internally how we refer to kind of the case
15    leader.  So this would be the person that's            09:24:01
16    primarily responsible for interfacing with
17    counsel, along with me, managing the team, kind of
18    delegating various tasks to the team.  And that's,
19    in this case, Alex Fiore.  But Nick Blair is a
20    manager, and he was very involved in that role as     09:24:21
21    well.  So it was really kind of the two of them
22    together, although I view Alex as really the
23    primary case manager.
24         Q.  You mentioned that you met with some
25    members of your team to prepare for the                09:24:44
```

Page 20

| | | |
|---|---|---|
| 1 | A. Over the weekend. | |
| 2 | Q. And when did you start drafting the | |
| 3 | supplemental received on May 5th? | |
| 4 | A. Well, there's drafting and there's doing | |
| 5 | the analytics to supporting it. So drafting, I'm | 09:35:02 |
| 6 | not really sure. | |
| 7 | I mean, the analytics to support it we | |
| 8 | started shortly after issuing my report, in terms | |
| 9 | of starting to review the hundreds of files we | |
| 10 | received, I believe, on the day I issued my | 09:35:17 |
| 11 | initial report. | |
| 12 | Q. So you mentioned the analysis your team | |
| 13 | was doing on -- on some materials. | |
| 14 | Who from your team did the analysis on | |
| 15 | the materials you referenced that were produced on | 09:35:44 |
| 16 | March 24th? | |
| 17 | A. I mean, it would have been the senior | |
| 18 | analyst and analysts on the team. | |
| 19 | Q. And who are those individuals? | |
| 20 | A. We went through that earlier. So it | 09:36:02 |
| 21 | would be Paul Jeon, Parmita Das, Yuna Ge, under | |
| 22 | the direction of Yu Ma, the associate on the team, | |
| 23 | and, obviously, Alex Fiore. | |
| 24 | Q. And when did you or members of your team | |
| 25 | start drafting the supplement we received on May | 09:36:29 |

Page 29

```
 1    5th?
 2         A.  I don't have a specific date in mind.  I
 3    mean, sometime in April, but I couldn't tell you a
 4    specific date.
 5         Q.  Was it more than two weeks ago, do you        09:36:45
 6    think?
 7         A.  Yes.
 8         Q.  Was it more than three weeks ago, do you
 9    think?
10         A.  Now we're getting into an area I don't        09:37:04
11    know.
12         Q.  You don't recall seeing a draft of your
13    report more than two weeks ago; is that fair?
14         A.  I just don't recall when -- I mean, the
15    draft -- if you talk about started a draft, I          09:37:19
16    mean, we probably created a Word document called
17    "Supplemental Report" earlier than that.
18             But in terms of actually having the
19    analytics done to write it up, which is the
20    substantive part of drafting, that would have been     09:37:33
21    more recent, because it took time to get through
22    all the files, do all the analysis, figure out
23    what needed to be updated in the report, make all
24    of those decisions.
25             So I guess I'm -- it depends on how you       09:37:46
```

Page 30

```
 1    define "draft."
 2        Q.  When did you first receive the new
 3    documents that Viasat produced on March 24th?
 4        A.  I think I -- I think I stated in my
 5    initial report that my understanding was they were          09:38:09
 6    produced on March 24th -- I'm looking at Footnote
 7    5 -- at 3:13 p.m. Pacific.
 8            I don't recall if we received them that
 9    day or the next day.
10        Q.  Do you believe that your team started              09:38:33
11    their analysis of the spreadsheets produced on
12    March 24th promptly?
13        A.  I don't know what you mean by "promptly."
14    I mean, we had other things we had to do.  So I
15    think after we issued my report, I think Viasat           09:39:00
16    requested all of our files, for example.  And so
17    some of those things would take priority over
18    analyzing the new data.
19            But as soon as we could dedicate
20    resources to that exercise, we started doing that.        09:39:13
21        Q.  As part of your damages opinions in this
22    case, you analyzed a -- strike that.
23            Your damages opinions in this case, I
24    think you analyzed two hypothetical negotiations;
25    is that right?                                            09:39:44
```

Page 31