# **EXHIBIT C**

| | |
|---|---|
| From: | ElDessouki, Ahmed <AElDessouki@gibsondunn.com> |
| Sent: | Tuesday, March 25, 2025 2:42 AM |
| To: | QE-Viasat-WD |
| Cc: | *** GDC-NDCA Western Digital-Viasat |
| Subject: | SanDisk v. Viasat - Opening Expert Reports |

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]



This message needs your attention
- Some Recipients have never replied to this person.

Counsel,

The following expert reports are available at the link below:
- Expert Infringement Report of Dr. William C. Easttom II
- Expert Report of Lauren Kindler

https://gibsondunn.sharefile.com/d-s7a98411b01c5458db64a3d52b63ba350

Kind regards,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

1