# EXHIBIT E

| | |
|---|---|
| From: | Michael Kim |
| Sent: | Tuesday, April 15, 2025 2:09 AM |
| To: | ElDessouki, Ahmed; *** GDC-NDCA Western Digital-Viasat |
| Cc: | QE-Viasat-WD |
| Subject: | SanDisk v. Viasat - Viasat's Rebuttal Expert Reports of Kevin C. Almeroth, Ph.D. and Gareth Macartney, Ph.D. |

Counsel,

Please find the following materials at the link below on behalf of Viasat:

1) Rebuttal Report of Kevin C. Almeroth Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 9,424,400 & 10,447,667, with exhibits; and
2) Expert Rebuttal Report of Gareth Macartney, Ph.D., with exhibits and native excel workpapers.

https://qe.sharefile.com/d-s4aa9a2b5924a45a6b51ea9d852752697

The password will be sent under separate cover.

Best,
Mike

Michael Kim
*Senior Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
415-875-6386 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.