# EXHIBIT F

# EXPERT REBUTTAL REPORT
## OF
## GARETH MACARTNEY, PH.D.

**In the matter of**

***Sandisk Technologies, Inc. et al. v.***
***Viasat, Inc.,***
**USDC, Northern District of California, Case No. 4:22-cv-4376**



April 14, 2025

### F. *Ms. Kindler Exaggerates Alleged Concurrent Streams and Bytes*

87. Ms. Kindler claims, "the data required to stream a video can depend on the quality of the video being streamed," specifically the resolution.[296] She estimates, "[a]ssuming all IPTV is streamed at the minimum 480p, the minimum bit rate required. is 1.55 Mbps."[297] However, this estimate overstates data usage by disregarding standard video compression, inconsistent with service agreements. Ms. Kindler ignores that videos are compressed, with only the first frame stored fully and subsequent frames showing only changes.[298] Therefore, the data needed for streaming depends on content nature, with videos having less change between frames requiring less data.

88. The key metric for estimating data use is the bitrate.[299] Viasat's service contracts with airlines highlight bitrate as the key metric. In their agreement with American Airlines, IPTV channels have target bitrates, ranging from 350 kbps for news to 750 kbps for high-action content like ESPN as shown in Figure 9.[300] The American Airlines agreement also states that "American may, in its discretion, adjust the target Average Video Bitrates for each channel once per calendar quarter; provided that the average of the target Average Video Bitrates of all channels is no greater than 450 kbps and no channel is adjusted to a target Average Video Bitrate

[296] Kindler Report, at ¶ 175.b.ii.
[297] Kindler Report, at ¶ 175.b.ii.
[298] Al-Mualla, Mohammed E., C. Nishan Canagarajah, and David R. Bull, "Video Coding: Fundamentals," Chapter 2 in *Video Coding for Mobile Communications*, Academic Press, 2002, at pp. 17-18, 39.
[299] WSN Live, "What Is a Good Bitrate for Streaming Live Sports," accessed April 11, 2025, at https://www.wsn.live/blog/what-is-a-good-bitrate-for-streaming-live-sports ("Live sports broadcasts are dynamic and often include fast-paced action, detailed scenes, and rapid camera movements. The complexity of the content influences the required bitrate. This is because intricate scenes demand more data to preserve detail and avoid compression artifacts."). University of Kentucky, College of Communication and Information, "Video Bitrate & Resolution: An Easy Overview," accessed April 9, 2025, at https://ci.uky.edu/about/faculty-and-staff-resources/ci-technology-services/tutorials/video-bitrate-resolution-easy.
[300] VIASAT_00014633-4813, at -4795.

of less than 350 kbps."[301] Ms. Kindler's 1.55 Mbps bitrate estimate overstates data usage, being more than twice the highest bitrate offered (750kbps) and more than three times the average.

*Figure 9. IPTV Service Channels and Target Bitrate in American Airlines Service Agreement[302]*

| Channel | Target Bitrate (kbps) |
|---|---|
| CBS | 450 |
| NBC | 450 |
| FOX (WNYW) | 450 |
| NFL Network | 650 |
| Disney | 350 |
| Telemundo | 350 |
| ESPN | 750 |
| USA | 400 |
| TNT | 500 |
| Bravo | 350 |
| CNN | 350 |
| CNBC | 350 |

89. Ms. Kindler uses her incorrect bitrate to calculate the number of different IPTV channels being streamed on average to airplanes at any point in time. She accepts that her damage estimate is highly sensitive to the number of channels streamed, writing that "a higher number of different channels being viewed concurrently results in lower estimated bandwidth savings in the framework outlined here."[303] I will show below that once her bitrate is corrected from 1.55 Mbps to 750kbps, this reduces her damage estimate.

### G. Ms. Kindler Overstates the Alleged Take Rate for IPTV and W-IFE Services

90. Ms. Kindler's analysis is based on her assumption of a 25% take rate or, in the alternative, a 40% take rate for the IPTV and W-IFE services provided by Viasat.[304] Both are too high and are driven by Ms. Kindler's unreliable data analysis. She relies on nine months of data

---

[301] Third Amended and Restated Connectivity Services Agreement Between American Airlines, Inc. and Viasat, Inc., October 1, 2020, VIASAT_00014633-813, at -795.
[302] VIASAT_00014633-4813, at -4795.
[303] Kindler Report, at ¶ 175.b, n. 706.
[304] Kindler Report, at ¶¶ 148-151, 176, 181, 184, 198, Tables 17 and 19.