# EXHIBIT G

| From: | ElDessouki, Ahmed <AElDessouki@gibsondunn.com> |
|---|---|
| Sent: | Thursday, April 24, 2025 3:51 PM |
| To: | Hannah Dawson |
| Cc: | Buroker, Brian M.; *** GDC-NDCA Western Digital-Viasat; QE-Viasat-WD |
| Subject: | Re: SanDisk v. Viasat - Expert Deposition Dates |

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hannah,

We confirm the following deposition dates:

- Gareth Macartney on May 7 in San Francisco
- Kevin Almeroth on May 8 in Los Angeles

I understand these will be held at Quinn's offices, but please let us know if not.

Many thanks,
Ahmed


**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193


From: Hannah Dawson <hannahdawson@quinnemanuel.com>
Date: Wednesday, April 23, 2025 at 12:23 PM
To: Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
Cc: Brian Buroker^ <BBuroker@gibsondunn.com>, *** GDC-NDCA Western Digital-Viasat
<GDCWesternDigitalNDCA@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
Subject: Re: SanDisk v. Viasat - Expert Deposition Dates


Ahmed,


Could you let us know if the expert deposition dates in my April 18 email are confirmed?

Thanks,

Hannah


**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

> On Apr 18, 2025, at 6:02 PM, Hannah Dawson <hannahdawson@quinnemanuel.com> wrote:
>
> Ahmed,
>
> We accept the May 2 date for the deposition of Chuck Easttom in Dallas and the May 9 date for the deposition of Lauren Kindler in Dallas.
>
> We can make Gareth Macartney available for deposition on May 7 in San Francisco and Kevin Almeroth available on May 8 in Los Angeles.
>
> Thanks,
> Hannah
>
> **Hannah Dawson**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 111 Huntington Ave Suite 520
> Boston, MA 02199
> 617.712.7107 Direct
> 617.712.7100 Main Office Number
> 617.712.7200 FAX
> hannahdawson@quinnemanuel.com
> www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Apr 17, 2025, at 11:22 AM, ElDessouki, Ahmed <AElDessouki@gibsondunn.com> wrote:

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Hannah,

Dr. Easttom is available on May 2, 6, 7, and 8.  Unfortunately, Ms. Kindler has limited availability. Please let us know if Viasat will accept May 9.

Please let us know the dates for Gareth Macartney and Kevin Almeroth.

Kind regards,
Ahmed


**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

From: Hannah Dawson <hannahdawson@quinnemanuel.com>
Date: Tuesday, April 15, 2025 at 6:20 PM
To: Brian Buroker^ <BBuroker@gibsondunn.com>
Cc: *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
Subject: Re: SanDisk v. Viasat - Expert Deposition Dates


Counsel,


To facilitate finding a date that works for the depositions of Mr. Easttom and Ms. Kindler, please also let us know all dates on which each is available during the weeks of April 28 and May 5.

We are working to determine availability for Gareth Macartney and Kevin Almeroth.  We will follow up with their availability.

Best,

Hannah

**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Apr 7, 2025, at 9:33 PM, Buroker, Brian M. <BBuroker@gibsondunn.com> wrote:

[EXTERNAL EMAIL from bburoker@gibsondunn.com]

Counsel,
        Given the limited window for expert depositions and the limited dates available for Sandisk's experts, we are providing the following deposition dates for Sandisk's experts:

        Chuck Easttom is available for deposition on May 8 in Dallas, TX at Gibson Dunn's Dallas office; and

        Lauren Kindler is available for deposition on May 9 in Dallas, TX at Gibson Dunn's Dallas office.

Also, please provide dates that Viasat's experts are available for deposition.

Thanks,
Brian

**Brian M. Buroker**
Partner

T: +1 202.955.8541  |  M: +1 703.927.2129
bburoker@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M St., N.W.; Washington DC 20036-4504

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.