UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>VIASAT, INC.,<br><br>　　　　　　Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT'S MOTION TO STRIKE LAUREN KINDLER'S MAY 5, 2025 SUPPLEMENTAL EXPERT REPORT [DKT. 200]** |

1    The Court having considered Viasat's Motion To Strike Lauren Kindler's May 5, 2025
2 Supplemental Expert Report [Dkt. 200], and the Curran Declaration in Support [Dkt. 200-1], the
3 Court strikes the untimely May 5, 2025 Report of Ms. Lauren R. Kindler and precludes Ms. Kindler
4 from opining concerning anything contained in the May 5 Kindler Report at trial.

6    **IT IS SO ORDERED.**

8 DATED: _____

_____

HAYWOOD S. GILLIAM, JR.