QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Steven Cherny (*pro hac vice*)
   stevencherny@quinnemanuel.com
   Patrick D. Curran (Bar No. 241630)
   patrickcurran@quinnemanuel.com
   Hannah Dawson (*pro hac vice*)
   hannahdawson@quinnemanuel.com
   Tzivya H. Beck (*pro hac vice*)
   tzivyabeck@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

   Jodie Cheng (Bar No. 292330)
   jodiecheng@quinnemanuel.com
   Gyu Shik Jang (Bar No. 337747)
   kevinjang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

   Nicola R. Felice (*proc hac vice*)
   nicolafelice@quinnemanuel.com
   Anastasia Fernands (*pro hac vice*)
   anastasiafernands@quinnemanuel.com
   Vanessa Blecher (*pro hac vice*)
   vanessablecher@quinnemanuel.com
   Alicia Lai (*pro hac vice*)
   alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **DECLARATION OF COLIN WARD IN SUPPORT OF VIASAT, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1    I, Colin Ward, declare as follows:

2    1.    I submit this Declaration pursuant to Civil Local Rule 79-5(c) in support of Viasat,

3    Inc. ("Viasat")'s Administrative Motion to File Under Seal, to establish that the unredacted versions

4    of Exhibits A, B, and E to Viasat's Motion to Strike Portions of Sandisk's Expert Reports and

5    Exhibit D to the Motion to Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report, [Dkts.

6    199, 199-2, 199-3, 199-6, and Dkt. 200-5, collectively the "Exhibits"] contain Viasat's confidential

7    information and are subject to sealing by this Court.

8    2.    I am currently employed as Vice President and Chief Litigation Counsel at Viasat,

9    where I have worked for the past nine years.  Previously, I worked as a law clerk to the Honorable

10   Edward M. Chen of the U.S. District Court for the Northern District of California from September

11   2014 to September 2015, in private practice as a litigation associate from September 2013 to

12   September 2014, and as a law clerk to the Honorable Milan D. Smith, Jr. of the Ninth Circuit Court

13   of Appeals from September 2012 to September 2013.  Before that, I also worked in private practice

14   as a litigation associate from September 2011 to September 2012.  If called as a witness, I could and

15   would testify competently to the information set forth in this Declaration.

16   3.    The confidential information in the Exhibits that Viasat seeks to seal comprise

17   analysis of highly confidential financial information, source code, and product architecture

18   information.

19   4.    The financial information, source code, operation of, and inner workings of Viasat's

20   products and proprietary technology—including details of how Viasat's system is architected (e.g.,

21   where specific pieces of source code run), which third-parties Viasat's products interact with, and

22   how Viasat actually hosts and distributes content—are not apparent from normal consumer

23   operation.  If this confidential financial information, source code, and product operation information

24   were disclosed, competitive harm could result for Viasat.  For instance, Viasat's competitors could

25   use this information to replicate Viasat's software architecture; something that Viasat invested time

26   and resources to develop.

27   WHEREFORE, I respectfully request that the Court issue Viasat's [Proposed] Order

28   Granting Plaintiffs' Administrative Motion to Seal [Dkt. 201-7], and seal the unredacted versions

1  of Viasat's Motion to Strike Portions of Sandisk's Expert Reports and Exhibits A, B, and E thereto

2  [Dkt. Nos. 199, 199-2, 199-3, and 199-6], as well as Exhibit D to the Motion to Strike Lauren

3  Kindler's May 5, 2025 Supplemental Expert Report [Dkt. No. 200-5].

4  I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct. This Declaration is executed on June 4, 2025 in Los Angeles,

6  California.

7

8  DATED:  June 4, 2025                              Respectfully submitted,

9

10                                              By /s/ Colin Ward                              
                                                    Colin Ward

11

12

13                                      **ATTESTATION**

14

15  I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the

16  above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Colin Ward has

17  concurred in the aforementioned filing.

18

19                                      */s/ Patrick D. Curran*
                                            Patrick D. Curran

20

21

22

23

24

25

26

27

28