UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>VIASAT, INC.,<br><br>              Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT, INC.'S ADMINISTRATIVE MOTION TO SEAL VIASAT'S MOTION TO STRIKE AND PORTIONS OF THE CORRESPONDING EXHIBITS THERETO [DKT NOS. 199, 199-2, 199-3, 199-6, AND 200-5]** |

Case No. 4:22-cv-04376-HSG

1    The Court having considered Plaintiffs' Administrative Motion To Seal Viasat's Motion to
2 Strike and Portions of the Corresponding Exhibits Thereto [Dkt. Nos. 199, 199-2, 199-3, 199-6, and
3 200-5], the Court finds good cause to seal the unredacted versions of the Motion to Strike Portions
4 of Sandisk's Expert Reports (Dkt. No. 199) and certain of the Exhibits in support of that motion
5 (Dkt. Nos. 199-2, 199-3, and 199-6) and Viasat's Motion to Strike Lauren Kindler's May 5, 2025
6 Supplemental Expert Report (Dkt. No. 200-5), filed as Dkt. Nos. 201-2, 201-3, 201-4, 201-5, and
7 201-6, from public access, and thus the Court hereby GRANTS Plaintiffs' Motion and ORDERS
8 that the following be filed UNDER SEAL:

| Dkt. No. Public/ (Sealed) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 199 / (Dkt. No. 201-2) | Viasat's Motion To Strike Portions of SanDisk's Expert Reports | Analysis of Viasat confidential financial, technical, and source code-related information (on portions of PDF pages 4-5, 7-9, and 13) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt No. 199-2 / (Dkt. No. 201-3) | Exhibit A to the Curran Declaration in Support of Viasat's Motion to Strike Portions of SanDisk's Expert Reports – Dr. Easttom's Opening Expert Report on Infringement, dated March 24, 2025 | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages 31, 50, 52-62, 68-72, 78-81, 83-112, 114, 116-120, 122-131, 136-140, 146-163, 165-173, 175-187, 190-194, 196-204, 206-213, 215-216, 220, 222-227, 229, 231, 245, 247, 249-257, 259-265, 268-270, 272-275, 277-285, 304) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. No. 199-3 / (Dkt. No. 201-4) | Exhibit B to the Curran Declaration in Support of Viasat's Motion to Strike Portions of SanDisk's Expert Reports – Ms. Kindler's Opening Expert Report on Damages, dated March 24, 2025 | Analysis of Viasat confidential technical and financial information (on portions of pages 42, 54, 61-62, 9-100, 126-127, 162, 164, 178-180) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. No. 199-6 / (Dkt. No. 201-5) | Exhibit E to the Curran Declaration in Support of Viasat's Motion to Strike Portions of SanDisk's Expert Reports – Deposition Testimony of Dr. Easttom, dated May 2, 2025 | Deposition Testimony regarding confidential technical and source code-related information (on portions of pages 82-84) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |

| Dkt. No. Public/ (Sealed) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 200-5 / (Dkt. No. 201-6) | Exhibit D to the Curran Declaration in Support of Viasat's Motion to Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report – an excerpt from Ms. Kindler's Supplemental Expert Report on Damages, dated May 5, 2025 | Analysis of Viasat confidential technical and financial information (on portions of PDF page 3) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.