**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG |

## RE-NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that the hearing date for Defendant's Motion to Strike Portions of SanDisk's Expert Reports (Dkt. 199) and Motion to Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report (Dkt. 200), originally noticed for July 10, 2025, has been reset. The new hearing date is July 31, 2025.

DATED: June 5, 2025                       QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          By  /s/ Patrick Curran
                                              Patrick Curran

                                          *Attorneys for Defendant Viasat Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, a copy of the foregoing document was served via e-mail to all counsel of record who have appeared in this matter.

DATED: June 5, 2025            By  /s/ Patrick Curran
                                   Patrick Curran