1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **[PROPOSED] ORDER GRANTING VIASAT'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY '400 PATENT "AUTHENTICATING" THEORIES [DKT. 204]** |

The Court having considered Viasat's Motion to Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories [Dkt. 204], and the Curran Declaration in Support [Dkt. 204-1], the Court strikes the relevant portions of Dr. Easttom's Report referenced in Viasat's Motion [Dkt. 204] and precludes Dr. Easttom from opining on those theories at trial.

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.