1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Steven Cherny (*pro hac vice*)
2   stevencherny@quinnemanuel.com
     Patrick D. Curran (Bar No. 241630)
3   patrickcurran@quinnemanuel.com
     Tzivya H. Beck (*pro hac vice*)
4   tzivyabeck@quinnemanuel.com
     Hannah Dawson (*pro hac vice*)
5   hannahdawson@quinnemanuel.com
     111 Huntington Ave, Suite 520
6   Boston, MA 02199
     Telephone:    (617) 712-7100
7   Facsimile:    (617) 712-7200

8   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Anastasia M. Fernands (*pro hac vice*)
9   anastasiafernands@quinnemanuel.com
     Nicola R. Felice (*pro hac vice*)
10  nicolafelice@quinnemanuel.com
     Vanessa Blecher (*pro hac vice*)
11  vanessablecher@quinnemanuel.com
     Alicia Lai (*pro hac vice*)
12  alicialai@quinnemanuel.com
     295 5th Avenue
13  New York, NY 10016
     Telephone:    (212) 849-7000
14  Facsimile:    (212) 849-7100

15  *Attorneys for Defendant Viasat, Inc.*

16                   **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
17                          **OAKLAND DIVISION**

18

19  SANDISK TECHNOLOGIES, INC., et al.,

                           Plaintiffs,                    | Case No.: 4:22-cv-4376-HSG
20
                                                          | **DECLARATION OF PATRICK D.**
            v.                                            | **CURRAN IN SUPPORT OF VIASAT'S**
21                                                        | **MOTION FOR SUMMARY JUDGMENT**
     VIASAT, INC.,                                        | **OF NONINFRINGEMENT**
22
                           Defendant.
23

24

25                   **DECLARATION OF PATRICK D. CURRAN**

26  I, Patrick D. Curran, declare as follows:

27       1.   I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat,

28  Inc. in the above-captioned matter.  I submit this Declaration in connection with Viasat's Motion

for Summary Judgment of Noninfringement ("Motion for Summary Judgment").  This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2.   On February 23, 2023, Plaintiffs served their initial infringement contentions.

3.   Between April 23, 2023, and March 22, 2024, Viasat produced 7,639 pages of technical documentation to Plaintiffs.

4.   In February and March 2024, Viasat made its source code available to Plaintiffs.  Dkt. No. 153-1 ¶¶ 4-5; Dkt. No. 153-2 at 4.

5.   On March 22, 2024, Plaintiffs served amended infringement contentions.

6.   Attached as **Exhibit A** is a true and correct copy of a letter from Patrick Curran to L. Kieran Kieckhefer, dated May 19, 2023.

7.   Attached as **Exhibit B** is a true and correct copy of an excerpt from the cover pleading to Plaintiffs' infringement contentions, dated March 22, 2024.

8.   Attached as **Exhibit C** is a true and correct copy of an excerpt from Dr. William C. Easttom's Export Report regarding validity, dated April 14, 2025.

9.   Attached as **Exhibit D** is a true and correct copy of an excerpt from the Rebuttal Report of Kevin C. Almeroth Regarding Non-Infringement of U.S. Patent Nos. 9,424,400 & 10,447,667, dated April 14, 2025.

10. Attached as **Exhibit E** is a true and correct copy of an excerpt from the deposition testimony of Dr. William "Chuck" Easttom, dated May 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 9, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
Patrick D. Curran

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 9, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: June 9, 2025                    By  */s/ Patrick D. Curran*
                                           Patrick D. Curran