UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **[PROPOSED] ORDER GRANTING VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT [DKT. 205]** |

The Court having considered Viasat's Motion for Summary Judgment of Noninfringement ("the Summary Judgment Motion") [Dkt. 205], and the Curran Declaration in Support [Dkt. 205-1], the Court grants the Summary Judgment Motion and finds that Viasat does not infringe any asserted claim of U.S. Patent Nos. 9,424,400 and 10,447,667.

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.