# EXHIBIT B

1  L. Kieran Kieckhefer (SBN 251978)
   GIBSON, DUNN & CRUTCHER LLP
2  One Embarcadero Center, Suite 2600
   San Francisco, CA 94105-0921
3  Telephone: 415.393.8337
   KKieckhefer@gibsondunn.com
4
   Robert A. Vincent (*pro hac vice*)
5  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue Suite 2100
6  Dallas, TX 75201-2923
   Telephone: 214.698.3281
7  rvincent@gibsondunn.com

8  Lillian J. Mao (SBN 267410)
   GIBSON, DUNN & CRUTCHER LLP
9  310 University Avenue
   Palo Alto, CA 94301-1744
10 Telephone: 650.849.5307
   LMao@gibsondunn.com
11
   Ahmed ElDessouki (*pro hac vice*)
12 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
13 New York, NY 10166-0193
   Telephone: 212.351.2345
14 AElDessouki@gibsondunn.com
15
16 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 5:22-cv-4376-HSG<br><br>**PLAINTIFFS' AMENDED PATENT L.R. 3-1 DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |

Plaintiffs Western Digital Technologies, Inc., Western Digital Ireland Ltd., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (collectively, "Western Digital" or "Plaintiffs") provide the following Amended Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1. Plaintiffs' investigation of Defendant Viasat Inc.'s ("Defendant's" or "Viasat's") infringement is on-going, and thus Plaintiffs expressly reserve the right to supplement this Disclosure when additional information becomes available, including but not limited to Defendants' production of additional technical documents and source code, interrogatory responses, and disclosures required under the Patent Local Rules and further upon receipt of the Court's claim constructions.

**Patent L.R. 3-1(a): Each claim of each patent in suit that is allegedly infringed by each opposing party, including for each claim the applicable statutory subsections of 35 U.S.C. §271 asserted**

Plaintiffs presently assert infringement, under at least 35 U.S.C. §§ 271(a)-(b), of claims (for each patent, "Asserted Claims") of U.S. Patent No. 9,424,400 (the "'400 patent") and U.S. Patent No. 10,447,667 (the "'667 patent") as identified in the chart listed below in connection with Patent L.R. 3-1(b).

**Patent L.R. 3-1(b): Separately for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware. This identification shall be as specific as possible. Each product, device, and apparatus shall be identified by name or model number, if known. Each method or process shall be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process**

The Accused Instrumentalities are Viasat's media streaming software, systems, and services, including, specifically, Viasat's in-flight entertainment and communication ("IFEC") systems for use in commercial and private aviation and other Viasat systems implementing edge storage solutions. Products, devices, and apparatuses used as part of the Accused Instrumentalities include Viasat Antennas, Wireless Access Points, Modems, Servers, Gateways, Core Nodes, Data Centers, and Satellites.[1]

---

[1] Viasat, Viasat in-flight connectivity solutions, https://www.viasat.com/content/dam/ussite/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf.

- **Patent L.R. 3-2(f):** Plaintiffs are not presently aware of any documents in this category other than those identified in response to Patent L.R. 3-2(d) above.
- **Patent L.R. 3-2(g):** Plaintiffs are not presently aware of any licenses that it contends are comparable. Plaintiffs note that this may be a subject of expert testimony, and reserve the right to identify agreements as the case, and Plaintiffs' investigation, proceeds.
- **Patent L.R. 3-2(h):** Plaintiffs are not presently aware of any agreements that they may use to support their damages case. Plaintiffs note that this may be a subject of expert testimony, and reserve the right to identify agreements as the case, and Plaintiffs' investigation, proceeds.
- **Patent L.R. 3-2(i):** Plaintiffs have not presently identified instrumentalities pursuant to Patent L.R. 3-1(g).
- **Patent L.R. 3-2(j):** Plaintiffs are not presently aware of any such documents.

Dated: March 22, 2024               GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ahmed ElDessouki*
    Ahmed ElDessouki

*Attorneys for Plaintiffs*