# EXHIBIT E

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5    _____

                                    )

6    SANDISK TECHNOLOGIES, INC.,    )

     et al.,                        )

7                                   )

             Plaintiffs,            )

8                                   )  Case No. 4:22-cv-4376-HSG

         vs.                        )

9                                   )

     VIASAT, INC.,                  )

10                                  )

             Defendant.             )

11   _____)

12

13

14

15              **  ███████████  **

16         REMOTE VIDEOTAPED DEPOSITION OF

17         WILLIAM "CHUCK" EASTTOM II, Ph.D.

18              Friday, May 2, 2025

19                   Volume I

20

21

22   Reported by:

     NADIA NEWHART

23   CSR No. 8714

24   Job No. 7342103

25   PAGES 1 - 209

                                          Page 1



**Page 126**

1  suggesting that side-loading content manually is
2  something that most airlines don't do, right?
3      MR. BUROKER:  Objection; vague.
4      THE WITNESS:  Well, I'm not sure I fully
5  understand the question, but if I do, I would think    12:36:04
6  that at least in some scenarios, it is done.  It's
7  just less efficient, more costly, more dated, not
8  effective, but I'm -- I would take it as a axiom
9  that at least sometimes airlines are reduced to
10  doing it that way.                    12:36:23
11  BY MR. CURRAN:
12      Q  You don't include any data here on how many
13  aircrafts are being updated in a typical update
14  round, right?
15      A  Beyond what's cited in the documents I cite,    12:36:46
16  I don't have access to data that Viasat did not
17  produce.
18      Q  And you don't include any data on how long
19  the manual update process tends to take, right?
20      A  I --                          12:37:01
21      MR. BUROKER:  Objection; vague.
22      THE WITNESS:  I can only opine on the data
23  that Viasat produces.
24  BY MR. CURRAN:
25      Q  Turn to page 38.              12:37:16

**Page 127**

1      A  Page, not paragraph?
2      Q  Yes, sir, page 38 of paragraph 97.
3      A  Okay.  I'm there.
4      Q  You offer the opinion that without caching
5  (as read):
6      "...Viasat would not be able to
7      provide over the air updates... and
8      would therefore not be able to meet
9      any operational or contractual
10     requirements to provide media          12:37:46
11     content over the air," right?
12     A  That's correct.  And I actually cite a
13  specific Viasat document.
14     Q  And that document you cite is Bates number
15  VIASAT_00014633; is that correct?          12:38:09
16     A  That's correct.
17     Q
                                          12:38:47
21     A

25     Q  And you've offered the opinion that (as    12:39:03

**Page 128**

1  read):
2      "...Viasat's content update per-" --
3      Well, strike that.
4      It's a long sentence, but you've offered the
5  opinion that without caching (as read):          12:39:26
6
12     Is that right?
13     A  You read that correctly.
14     Q  And you don't cite any quantitative data
15  indicating how much content Viasat would be able to    12:40:11
16  update using a manual update process, correct?
17     A  I do not cite data that Viasat failed to
18  produce.
19     Q  And --
20     THE REPORTER:  Counsel, our witness's video    12:40:32
21  is blurry.
22     THE WITNESS:  I'm suddenly becoming blurry
23  for some reason.
24     MR. BUROKER:  Oh, my God, I've never had so
25  many technical issues in one deposition.  I'm not    12:40:42

**Page 129**

1  the expert on this system.
2      THE REPORTER:  Let's go off, please.
3      MR. CURRAN:  Let's go off the record.
4      THE VIDEOGRAPHER:  We're going off the record
5  at 12:40 p.m.                        12:40:45
6      (Pause in the proceedings.)
7      THE VIDEOGRAPHER:  We are on the record at
8  12:41 p.m., and this is the beginning of media 8 in
9  the deposition of Dr. Chuck Easttom.
10  BY MR. CURRAN:                      12:41:50
11     Q  And, sir, in paragraph 97, you don't cite to
12  any quantitative analysis you conducted to determine
13  how much content Viasat would be able to update
14  using a manual update process, correct?
15     A  Well, to be clear, first of all, as I've said    12:42:14
16  repeatedly today, I can't cite to data Viasat didn't
17  produce.  However,

20     Clearly,

25     Q  And you don't cite any numerical data about    12:42:43

33 (Pages 126 - 129)

1  how much media content Viasat would be able to
2  update without caching in this paragraph, correct?
3    A  I do not cite any data that Viasat has failed
4  to produce.
5    Q  And you didn't yourself conduct a          12:43:08
6  quantitative analysis to determine numerically how
7  much content Viasat would be able to update without
8  caching, correct?
9    A  To conduct quantitative analysis of a system
10  that I don't have access to requires illicit access  12:43:26
11  or hacking, which is a criminal activity, and I
12  don't engage in criminal activities.
13      MR. CURRAN:  Why don't we take a break.
14      THE VIDEOGRAPHER:  Sorry.  Did you say take a
15  break now?                                  12:43:46
16      MR. CURRAN:  That's correct.
17      THE VIDEOGRAPHER:  We're going off the record
18  at 12:43 p.m.
19      (Lunch recess.)
20      THE VIDEOGRAPHER:  We are on the record at    01:24:45
21  1:24 p.m., and this is the beginning of media 9 in
22  the deposition of Dr. Chuck Easttom.
23  BY MR. CURRAN:
24    Q  Good afternoon, Dr. Easttom.
25    A  Good afternoon.                          01:25:03

Page 130

1    Q  We talked earlier today about the '400 patent
2  and the '667 patent, the two patents at issue in
3  this case.
4      Do you recall that?
5    A  I do.                                     01:25:32
6    Q  Just yes or no, did you have any involvement
7  in selecting patents for assertion in this
8  litigation?
9    A  No.
10    Q  You've identified the M3 modem plus the S4   01:25:45
11  server in your report as the kiosk required by the
12  '400 patent, correct?
13    A  It's almost correct.  There's also the VCDS
14  client that runs on the M3 modem, but those three
15  components together constitute the kiosk.      01:26:33
16    Q  Let me say that differently.  You've
17  identified the M3 modem plus the VCDS software that
18  runs on the M3 modem, plus the S4 server as being
19  the kiosk for claim 1 of the '400 patent?
20    A  That's correct.                          01:27:01
21    Q  Now, in paragraph 197 of your report -- well,
22  strike that.
23      Could I ask you to take a look at
24  paragraph 197, and let me know when you've had a
25  chance to do that.                          01:27:33

Page 131

1    A  Sure.
2      I have read it.
3    Q  This is in a paragraph about claim limitation
4  1[b] for the '400 patent, correct?
5    A  Correct.                                 01:28:15
6    Q  And as this part of your infringement
7  analysis, you're explaining your opinions about the
8  requirement for a second data interface configured
9  to communicate over a network for the remote trusted
10  server, correct?                            01:28:30
11    A  That's correct.
12    Q  And you've identified the interface
13  between -- strike that.
14      In paragraph 197, you identify the second
15  data interface as the Viasat satellite and the     01:28:56
16  antenna on board -- well, strike that.  I'm sorry.
17      You identify the second data interface in
18  paragraph 197 as the interface between the Viasat
19  satellite and the antenna on board; is that right?
20    A  Well, it specifically says (as read):    01:29:25
21      "...this second data interface via
22      the Viasat satellite and the Antenna
23      onboard between the M3 model and the
24      ground 'that enables communication
25      from the kiosk over the satellite     01:29:37

Page 132

1      network down to the remote trusted
2      server..."
3    Q  And so in understanding, what part is the
4  second data interface?  Actually, strike that.
5      This says "M3 model."  Should that be M3    01:29:52
6  modem?
7    A  Yes.  I had mentioned earlier I'll be shocked
8  if we don't find a typo.  So...
9    Q  Same here.  Yeah, understood.
10    Q  So in paragraph 197, what you're identifying   01:30:04
11  as that second data interface, that's the interface
12  from the M3 modem, and specifically the M3 modem's
13  antenna, and the Viasat satellite that's up in
14  space, right?
15    A  Well, it's communicating ultimately with the   01:30:24
16  server on the ground, but it's doing it via the
17  satellite.  In other words, there's an intermediate
18  step of going through the satellite to reach the
19  ground servers.
20    Q  I see.  So you've identified the second data   01:30:40
21  interface as the interface between the ground server
22  and the modem on the plane by way of their mutual
23  connection to a satellite; is that correct?
24    A  That's pretty close.  Basically, the M3
25  modem, some people might go ahead and just say     01:31:00

Page 133

34 (Pages 130 - 133)

1 that's the interface, but more technically, the part
2 of the M3 modem that actually communicates with the
3 satellite is the second interface. It just so
4 happens that there's a satellite as an intermediate
5 point. It's sort of like you and I are        01:31:15
6 communicating via Zoom right now, but there's
7 undoubtedly at least a dozen routers between us.
8 Those are just passing the transmission on from one
9 end to the other.
10     Q   And you mentioned the -- the part of the M3    01:31:33
11 modem that actually communicates with the satellite.
12 Does that part have a name?
13     A   Well, this, again, is a matter of
14 perspective. You would be totally correct if you
15 simply said the M3 modem is the interface. That      01:31:46
16 would not be inaccurate. But if you want to get
17 really technical, accurate, you can get down to the
18 specifics of the particular structure in the M3
19 modem that facilitates communication, which would be
20 the cable equivalent of a network card, and you      01:32:03
21 could even get more specific and talk about the
22 specific antenna.
23     Q   And the antenna here is not an antenna for
24 Wi-Fi radios but an antenna for satellite
25 communications, right?                01:32:24

Page 134

1     A   Exactly.
2     Q   And as I understand it, if this is correct,
3 you have different hardware for your wireless --
4 what we would call Wi-Fi radio transmissions for
5 things like 802.11 separate from a different radio    01:32:37
6 that would do a different frequency of
7 communications to talk to a satellite; is that
8 right?
9     A   That's correct. And they usually use
10 different protocols, as well.              01:32:48
11     Q   When we refer to a WAP or a wireless access
12 point, what is that?
13     A   Well, that's a really good question, because
14 over time, what occurs -- and, again, we're talking
15 about the basic 802.11 -- is we put more and more    01:33:24
16 devices into the same box, more and more components.
17       So, for example, today if you were to leave
18 this deposition and go to Best Buy and say I want a
19 wireless access point, they're going to hand you
20 something made by, perhaps, NETGEAR that does      01:33:37
21 wireless access point as well as routing, switching,
22 firewall and a bunch of other stuff.
23       But what you're looking for is the component
24 that broadcasts or responds to broadcasts that
25 conform to 802.11 and probably today that would be    01:33:53

Page 135

1 ac, ad or ax that you'd be using.
2     Q   Does the M3 modem have a wireless access
3 point?
4       MR. BUROKER: Objection; vague.
5       THE WITNESS: Well, it has an access point    01:34:24
6 that certainly allows it to communicate wirelessly
7 with satellite. At least from what I have seen in
8 the documents to communicate internally on the
9 plane, we have a different mechanism for doing the
10 in-plane 802.11 communication.            01:34:42
11 BY MR. CURRAN:
12     Q   And what is that different mechanism?
13     A   Well, we have a separate wireless access
14 point, and if we go to the previous claim limitation
15 where we talk about the first data interface, I      01:34:56
16 describe that.
17     Q   I see. So if we turn to paragraph 173, could
18 could you take a look at paragraph 173, and let me
19 know when you've had a chance to review it.
20     A   Sure.                    01:35:27
21       I've read it.
22     Q   First, in this paragraph, sometimes there's
23 references to the S4 server and other times there's
24 references to the S4/Kontron server. Is your
25 understanding that those are the same servers, or    01:35:48

Page 136

1 are we --
2     A   No.
3     Q   -- talking about a different server?
4     A   At one time they were using Kontron in some
5 scenarios, and -- but now I think they're almost      01:35:58
6 exclusively using S4. But I believe in some of the
7 documents, they revealed there was some point in
8 time that some airlines, they use the Kontron
9 server. They serve the same role, but they're not
10 the exact same thing.                01:36:10
11     Q   So sometimes there are references to S4
12 server and other times there are references to
13 S4/Kontron server.
14       Are you using those differently in your
15 report?                    01:36:28
16     A   Well, as I just stated, in some of the
17 documents there was reference to a Kontron server.
18 My understanding is it accomplished the same goals
19 as the S4, but I don't think it's used any longer.
20 I think they just use the S4.              01:36:42
21
25     Q   And so in -- for paragraph 173, for example,    01:36:54

Page 137

35 (Pages 134 - 137)

1 in the third line of paragraph 173, you have some
2 opinions that reference communication between the S4
3 server and PEDs. Then separately in that same
4 paragraph, you have other opinions that talk about
5 an interface between PEDs and an S4/Kontron server.    01:37:15
6     Are you talking about two different use cases
7 or implementations in the report when you say S4
8 server without mentioning Kontron but then sometimes
9 in a different use case where you're saying
10 S4/Kontron?    01:37:35
11     A  Well, one could argue that I probably should
12 have said slash every time because there were some
13 limited scenarios where Kontron was used in lieu of
14 S4. All I'm doing is acknowledging that fact, that
15 predominantly they're using Kontron.    01:37:48
16     And if I understand correctly, that's all
17 they're using now -- I mean fast-forward. They're
18 predominantly using S4, and that's all they're using
19 now. But in the event there might still be a few
20 planes that are using Kontron to accomplish the same    01:37:58
21 goals, then it would -- these same arguments would
22 apply to that in substance.
23     Q  So you're, in paragraph 173, talking about
24 the first data interface is the wireless access
25 point or WAP that facilitates communication between    01:38:37

Page 138

1 the S4 server and the PED, personal entertainment
2 device, correct?
3     A  That's correct.
4     Q  That wireless access point, is that an 802.11
5 radio, like the ones we were discussing earlier?    01:39:08
6     A  Yes.
7     Q  Does the -- does the M3 modem contain an
8 802.11 radio?
9     A  Sitting here right now, I don't recall if it
10 does or does not, but I do know that it has a radio    01:39:37
11 that communicates with the satellite, which I have
12 identified as the second data interface.
13     Q  And does the S4 server or the Kontron server,
14 does that have a radio that communicates with a
15 satellite?    01:40:02
16     A  To the best of my knowledge, it has to go
17 through the M3 to communicate with the satellite.
18     Q  And that's because the S4 itself does not
19 have a satellite radio, correct?
20     A  As far as I know, it doesn't.    01:40:20
21     Q  The seatback devices -- well, strike that.
22     In paragraph 173, there's a reference to
23 semi-embedded display units.
24     Do you see that?
25     A  I do.    01:40:36

Page 139

1     Q  Are semi-embedded display units different
2 than seatback devices?
3     A  No.
4     Q  Okay. Jumping around a little bit, but I
5 want to understand -- well, sorry. Strike that.    01:41:04
6     What is the processor that's included in the
7 M3 modem that's running the VCDS software?
8     A  One moment, please. I don't recall if I gave
9 the details of the specific processor or not as far
10 as model. I do know that the device includes a    01:41:41
11 processor, a central processing unit.
12     And if I'm looking down at claim 1[c],
13 starting at 207, I have some specific references to
14 central processing units being disclosed in 1, 2, 3,
15 4, 5, 6 -- 7 different documents. Now, as far as    01:42:05
16 the exact, this is a Intel Core i7. That may vary
17 from case to case.
18     Q  And what is the processor that's included in
19 the S4 server/Kontron server?
20     A  Well, the S4 server itself has a central    01:42:36
21 processing unit, and I quote several documents that
22 discuss that.
23     Now, again, from one server to the next, I
24 would be very surprised if there wasn't some
25 variation, because we're always getting updates in    01:42:48

Page 140

1 processors so that one might be using an Intel
2 i Core 9, another might be using a dual core, but
3 they're all central processing units that affect the
4 same processing of data, just some have more
5 resources, more cache, things of that nature.    01:43:07
6     Q  And in paragraph 208 and 209 -- actually,
7 could I ask you to review paragraphs 208 and 209.
8     A  Certainly.
9     I've read them.
10     Q  For -- well, what you called your -- excuse    01:43:33
11 me, your use case number 4, you've identified a
12 central processing unit manufactured by Intel; is
13 that right?
14     A  I state (as read):
15     "The Gateway has an Intel CPU which    01:43:56
16     is the processor," yes.
17     Q  And is Gateway the name of the -- the modem
18 that is used for residential Internet customers in
19 Viasat's system?
20     A  It is, but in some documents there are other    01:44:11
21 names like the Spock label for the modem.
22     Q  And you'd agree that the Gateway for branded
23 device is a modem that contains a quad-core
24 processor made by Intel; is that right?
25     A  According to the Viasat documentation online,    01:44:34

Page 141

36 (Pages 138 - 141)

1  that's correct.
2  Q  That may or may not be the same model
3  processor you've identified for the mobility CPU --
4  I'll strike that.
5      What -- have you seen documents referring to    01:45:04
6  airlines as mobility in this case?
7  A  Yes, yes, I have.
8  Q  If I refer to in flight today as mobility,
9  will you understand what I'm referring to?
10  A  Yes.                                            01:45:14
11  Q  Thank you, sir.
12      So for your mobility use cases number 1,
13  number 2 and number 3, you're pointing to different
14  CPUs than you're pointing to for your residential
15  use case number 4, correct?                        01:45:36
16  A  Well, to be clear, what I'm pointing to is
17  the central processing unit in a particular device
18  such as the M3 modem or the S4 server.  The specific
19  model and brand name is not really relevant to it
20  being a processor.  If for some reason tomorrow,    01:45:53
21  Viasat changed to all AMD processors and they were
22  all quad-core, that would not change it in relation
23  to these claim elements because the claim elements
24  simply require a processor, not a particular model
25  or particular brand.                               01:46:09

Page 142

1  broadband router that we were earlier discussing as
2  the M3 modem, correct?
3  A  Correct.  Well, as you pointed out, it's
4  actually describing the metal case for the modem.
5  Q  Yes.                                            01:49:08
6  A  That's what's in the picture.
7  Q  And -- and it's describing the -- the
8  contents, I guess, of that case.  Is that fair?
9      MR. BUROKER:  Objection; vague.
10      THE WITNESS:  Well, it's describing          01:49:19
11  interfaces you would need to connect to it.  You
12  notice it mentions the form factor, which tells you
13  what sort of motherboard and processors would fit in
14  there.  It also talks about the front panel and rear
15  panel interfaces, which tell you what you can        01:49:34
16  internally connect to -- or excuse me, externally
17  connect to.
18  BY MR. CURRAN:
19  Q  And there's also some information in here
20  about frequencies for radios and about power input,   01:49:45
21  correct?
22  A  Well, the power input, yes.

Page 144

1      MR. CURRAN:  Could we mark as Exhibit -- I
2  think it will be 4 a document with Bates number
3  VIASAT_00007973.
4      (Exhibit 4 was marked for identification
5      and is attached hereto.)                      01:47:17
6      THE WITNESS:
7
8      MR. CURRAN:  Yes, sir.
9      THE WITNESS:  I have it open.
10  BY MR. CURRAN:                                     01:47:41
11  Q  Thank you.
12      Could I ask you to turn to the page ending in
13  '994.  It's page 17 of the -- sorry.
14      It's page 22 of the PDF.
15  A  Ending in what?                                 01:48:09
16  Q  So it's the Bates number ending in '7994.
17  It's a little confusing.  It's page 22 of the PDF
18  but branded as page 17 in the non-Bates numbering.
19  A  I have it in front of me.
20  Q  Now, I believe this is the source of that    01:48:25
21  screenshot we were looking at earlier together.
22      Do you recall looking at this or something
23  very much like this earlier?
24  A  It appears to be, yes.
25  Q  So this slide is describing the mobile          01:48:45

Page 143

2  Q  And so these are specifications for the
3  mobile broadband router hardware, correct?
4  A  Well, no.  You -- you nailed it earlier.
5  These are specifications for the box.  That's one    01:50:21
6  reason there's so much emphasis on the power and
7  form factor, because in a given box -- this is true
8  for your home computer, as well.
9      There are a variety of motherboards and
10  processors that could fit into it, and there are     01:50:36
11  others that couldn't.  If they don't have the
12  correct form factor or their power requirements
13  exceed what is capable, then you couldn't put them
14  in there.
15  Q  When we refer to a box, I'm referring to a    01:50:50
16  housing, the steel housing here.
17  A  Yes.
18  Q  Is that the way you're also understanding the
19  term?
20  A  Yes.  I think we're on the same page with    01:51:03
21  that.
22  Q  So the -- the housing itself doesn't have a
23  certain power capacity.  The housing itself doesn't
24  transmit up to any sort of frequency.  It's just a
25  steel housing, correct?                              01:51:15

Page 145

37 (Pages 142 - 145)

**Page 146**

1    A  Well, it depends on the housing.  In this
2  case, the housing itself, as you can see in the
3  diagram, has specific interfaces on the back, for
4  example, what looks like an RJ45 as well as what may
5  be some coax interfaces.        01:51:28
6      This interface, also -- much like if you go
7  to an electronics store and you say I want a
8  computer case, it will have a power supply in it,
9  but it may not have a motherboard or processor yet.
10  That's up to you to put in the motherboard and    01:51:43
11  processor.  But because it has a power supply, it
12  does have a power capacity.
13    Q  And -- and you can, in fact, purchase a
14  housing, if you want to go to Micro Center or
15  something, that may not have a power supply yet if  01:51:58
16  you wanted to integrate a different power supply,
17  correct?
18    A  That's possible.  And Micro Center is a
19  really good example of where you'd shop for such a
20  thing.        01:52:10
21    Q  But the housing will always describe the --
22  what we call the casing or the shell around the
23  internals, right?
24      MR. BUROKER:  Objection; vague.
25      THE WITNESS:  Well, I would hope it would.  01:52:21

**Page 147**

1  BY MR. CURRAN:
2    Q  And why do you say that?
3    A  Well, if it didn't, you wouldn't know what
4  you're buying.  I mean, I'm going to put components
5  in a housing.  Do I even have a big enough housing  01:52:30
6  for the components?  So I have to at a minimum
7  describe the casing.
8    Q  And so here we have some information about
9  the -- the modem, including the form factor of the
10  casing, the weight when everything is assembled,    01:52:43
11  some information about the power draw and the -- not
12  just the holes that are cut into the housing that
13  might support certain connections, but the number of
14  connections that will be supported in the support --
15  in the finalized mobile broadband router, right?   01:52:58
16    A  Well, in the casing, yes.
17    Q  Right, yes.  And all that's in the casing,
18  correct?
19    A  Correct.
20    Q  Now, if you -- you look at the --     01:53:43
21      (Simultaneous speaking - unreportable.)
22  BY MR. CURRAN:
23    Q  If you look at the one, two, three -- fourth
24  bullet down under "Next Generation Satellite Modem,"
25  there's a line that says "Power Dissipation -    01:53:54

**Page 148**

1  115-Watt maximum."
2    Do you see that?
3    A  Right.
4    Q  What does that represent?
5    A  Well, you're going to have devices in there  01:54:02
6  that are going to generate heat and power.  How much
7  can this box dissipate?  What's the maximum it can
8  handle before you start to encounter problems
9  internally?  You're going to cause overheating,
10  things of that nature.      01:54:19
11    Q  Now, if we look at the next page, there is
12  listed as the mobile application server on the page
13  ending in '995.
14    Do you see that?
15    A  I do.       01:54:38
16    Q  Now, on this page ending in '995, the device
17  that's described is called the mobile application
18  server.  Is it your understanding that that's the
19  same as the S4?
20    A  Yes.  It's used the same way.  And this is a  01:55:03
21  really great picture to look at, because, first of
22  all, we can look and say this picture is exactly the
23  same as the previous one.  In fact, if you look at
24  the form factor, the weight, MTBF, they're the same.
25  However, this one goes ahead and specifies a   01:55:18

**Page 149**

1  particular processor and particular storage that
2  comes with it.  The first one didn't specify those
3  items.
4    Q  And so this one is a -- is a different box
5  with a different processor, a quad-core Intel Core  01:55:31
6  i7 CPU, correct?
7    A  Well, not quite.  They're the same box,
8  clearly, with the same -- many of the same
9  specifications.  The picture is the same, but this
10  one when it's used as a mobile application server  01:55:46
11  has additional requirements.
12    They -- they are stating we have to have the
13  solid state storage array, 30 terabytes of raw
14  capacity.  That makes sense, because I'm going to be
15  storing a lot of stuff on it.  Whereas the satellite  01:55:59
16  modem, I'm probably storing little, if anything,
17  other than operating instructions so I could care
18  less about that.
19    Now that I'm handling a lot of different
20  things, I want the application server to have a   01:56:13
21  quad-core Intel Core i7 CPU to handle all the
22  different video being requested and things of that
23  nature.
24    The modem, they don't specify what processor
25  to put in it because it's less critical for   01:56:27

**38 (Pages 146 - 149)**

1  operations as to which particular processor you use.
2  Q  On the picture here, on the very -- I guess
3  the front right corner of the -- well, strike that.
4    On the front, what's the -- strike that.
5    On what's depicted as the front of the box    01:56:46
6  here in the lower right corner, there is an
7  interface that looks sort of like an old phone jack,
8  but that, I believe, is an Ethernet interface; is
9  that right?
10  A  Yes.  That's an RJ45 connection, as opposed    01:56:57
11  to RJ11, which is telephone.
12  Q  So this RJ45 interface where you plug in a
13  cable in the bottom right here, is that the Ethernet
14  interface that you'd use for the cable that runs
15  from the mobile application server to the mobile    01:57:17
16  broadband router?
17  A  Yes.
18  Q  And so the -- the -- steel box that is
19  the S4 server, the mobile application server,
20  connects to the other steel box that is the mobile    01:57:41
21  broadband router, the M3 modem.  By way of the RJ45
22  interfaces on each of those devices, they're going
23  to be connected with an Ethernet cable, correct?
24  A  Exactly.
25  Q  Now, the mobile application server here has a    01:57:59

Page 150

1  different power dissipation value than the value we
2  were looking at earlier; is that right?  So
3  strike -- let me ask a better -- I apologize.
4    The power dissipation value for the mobile
5  application server, the S4 server, is listed here as    01:58:16
6  100 watts, correct?
7  A  Correct.  And that's less than the one we saw
8  previously.
9  Q  So there is lower power dissipation value for
10  the S4 server than for the M3 modem, correct?    01:58:28
11  A  Correct.
12  Q  Now, why is that?
13  A  Well, without looking at more detailed
14  engineering specs, I can't identi- -- answer that
15  definitively.  But it would appear to me that this    01:58:47
16  one, for example, that we're looking at, the
17  application server, also includes a solid state
18  storage array, which is also dissipating power.
19    So we're already dissipating some power in
20  there before you do anything else.  We have other    01:58:59
21  equipment in there that's running and doing things
22  so we have less room to dissipate excess power.
23  Now, that's speculation based on a knowledge of
24  electronics and based on what's actually in this.
25    You'll also notice that the application    01:59:18

Page 151

1  server has more gigabit Ethernet ports.  It has more
2  things happening in it; therefore, it's already
3  handling a lot of heat and power dissipation.
4  Q  I see.  So the -- so the M3 modem has four
5  rear panel gigabit Ethernet ports, correct?    01:59:41
6  A  Correct.
7  Q  But the S4 server has 12 rear panel gigabit
8  Ethernet ports, right?
9  A  That's one real good example of the different
10  things that are running on the S4 server.    01:59:57
11  Q  And there also seem to be a different number
12  of general purses -- sorry, strike that -- a
13  different -- strike that.
14    There also seem to be a different number of
15  general purpose ARINC 429 receivers on the --    02:00:16
16  A  That's correct.
17  Q  -- M3 modem and the S4 server; is that right?
18  A  That's correct.
19  Q  What are the general purpose ARINC 429
20  receivers?    02:00:31
21  A  Sitting right here right now, for some reason, that
22  acronym escapes me.  And I've actually used it
23  frequently, but just for some reason, I'm drawing a
24  blank at this moment.
25  Q  Understood.  The -- there's an acronym on the    02:00:40

Page 152

1  M3, the mobile broadband router, of OAE (Antenna)
2  interface.
3    Do you see that?
4  A  I do.
5  Q  What is OAE in this context?    02:01:01
6  A  Well, I don't recall the specific acronym
7  right now, but it refers to the type of antenna
8  they're using.
9  Q  Got it.  And so this is the type of antenna
10  for the -- the modem -- I'm sorry.  Strike that.    02:01:13
11    This is the type of antenna for the satellite
12  modem; is that right?
13  A  I believe that's correct.
14  Q  Two pages down, the page ending in '7997,
15  there is a description of hardware described as the    02:01:59
16  wireless access point.
17    Do you see that?
18  A  I do.
19  Q  What are the -- the wireless access points in
20  this context?    02:02:20
21  A  Well, in this case, they're specifically
22  telling you it's an 802.11 device, which we
23  expected.  It's ac, which is one of the more recent
24  versions of 802.11.  It's using what's called
25  multiple input/multiple output antennas, basically    02:02:33

Page 153

39 (Pages 150 - 153)

| | |
|---|---|
| 1  the multi-antenna configuration.  This is what | 1  the plane; is that right? |
| 2  people on a plane will connect to when they connect | 2     A  That's correct.  They all function as a |
| 3  to Wi-Fi. | 3  single unit.  They're just spread out to increase |
| 4     Q  And I see a note here on the right-hand side | 4  coverage area. |
| 5  that Viasat -- strike that.          02:02:52 | 5     Q  How many of those wireless access point    02:05:40 |
| 6        Do you see that there's a "Notes" area | 6  devices would typically need to be installed on a |
| 7  underneath the picture of the wireless access point | 7  modern aircraft to provide adequate coverage for all |
| 8  on the right? | 8  the passengers? |
| 9     A  I do. | 9     A  Well, that's going to vary significantly with |
| 10    Q  And the first note here says that (as read):   02:03:03 | 10  the nature of the aircraft.  But if I had to take a   02:05:59 |
| 11  ████ ████████████████████ | 11  rough estimate, I would say probably three might be |
| ██ ████████████████████████ | 12  a minimum. |
| ██ ██████████████████████████ | 13    Q  And would those wireless access point devices |
| 15    A  Correct.              02:03:20 | 14  be set up together, or would they be spread out |
| 16    Q  So are these the hidden wireless access | 15  typically through the plane?         02:06:17 |
| 17  points throughout the -- the aircraft cabin? | 16    A  The whole idea is to spread them out. |
| 18    A  Correct. | 17    Q  And why is that? |
| 19    Q  And what are the cables here, the green, blue | 18    A  Because each one has a limited coverage area, |
| 20  and red cables, running into the wireless access   02:03:43 | 19  and I might have one towards the front, one towards |
| 21  point? | 20  the middle and one towards the back.  Now, they all   02:06:29 |
| 22    A  Well, looking at the picture, it's difficult | 21  operate as one single device. |
| 23  to tell, but they appear to be Ethernet cables | 22       I do the same thing in my own home.  I have |
| 24  coming in. | 23  probably a half-dozen little devices set all over |
| 25    Q  ████████████████████ ████ | 24  the house.  Hard to see them.  They're hidden away |
|                Page 154 | 25  for aesthetics purposes, but they're all the same   02:06:44 |
| | Page 156 |
| ██████████████████████ | 1  SSID, same network.  Connecting to one gives you the |
| █████████████████████ | 2  exact same access as the other, but this way if |
| ████████████████████████ | 3  someone's upstairs in the back part of the house, |
| 5   A  ████████████████ ████ | 4  they get the same bandwidth as someone sitting right |
| ████████████████████████ | 5  next to the router in my office.        02:06:57 |
| ████████████████████ | 6    Q  If -- if you had three wireless access point |
| 9      For example, looking at your video, I think | 7  devices on the front of the plane all using the same |
| 10  you're in the Quinn Emanuel office there in New   02:04:49 | 8  SSID and the same frequency, would you get the same |
| 11  York.  I've connected to your Wi-Fi in your office. | 9  coverage as if you took the three wireless access |
| 12  Given the size of your office, I almost guarantee | 10  devices and you spread them out roughly evenly   02:07:22 |
| 13  you have multiple wireless access point boxes, but | 11  throughout the cabin? |
| 14  they have the same SSID.  And connecting to one is | 12    A  Probably not. |
| 15  identical to connecting in another.  That's just   02:05:06 | 13       MR. BUROKER:  Objection; vague and an |
| 16  done for increased coverage area. | 14  incomplete hypothetical. |
| 17      In an airplane, if I just had a wireless | 15      You can answer.              02:07:31 |
| 18  access point at the very front of the plane, people | 16  BY MR. CURRAN: |
| 19  at the back might have issues. | 17    Q  And are the wireless access points connected |
| 20    Q  I see.  And so the -- the wireless access --   02:05:16 | 18  by Ethernet through the cabin? |
| 21  I'll strike that. | 19    A  Well, I haven't actually taken apart a plane |
| 22      So the first network interface that you've | 20  to look at it, but that's the standard way to do   02:07:49 |
| 23  identified is not just the wireless access point at | 21  these things, to daisy-chain them along an Ethernet |
| 24  the front of the plane, but you're identifying the | 22  cable.  You could do it without that.  You could do |
| 25  union of all the wireless access points throughout   02:05:31 | 23  it wirelessly, but you get better performance by |
| ████████ | 24  daisy-chaining them via Ethernet. |
| | 25    Q  Now, the -- in some aircraft, there are what   02:08:21 |
| | Page 157 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  we call seatback devices that can also be connected
2  by Ethernet to the in-flight wired network, correct?
3     A   Correct.
4     Q   And you've cited some examples of seatback
5  devices, I believe, from Panasonic in your report;    02:08:48
6  is that right?
7     A   I used Panasonic as an example.  The
8  particular model is not really critical to the claim
9  limitations.
10    Q   Why is that?                    02:09:01
11    A   Well, because these are essentially tablets
12  of -- for better or worse.  And whether I use, say,
13  an Android tablet from Galaxy, a Panasonic tablet
14  or, say, an Apple tablet, none of the claim
15  limitations require a particular model for the    02:09:20
16  screen.  What I require is a separate screen, and
17  these all provide that.
18    Q   Now, the -- the seatback devices that you
19  pointed to, I believe the network connection for
20  those is the Ethernet connection, correct?    02:09:41
21    A   I think it is.  I think that's correct,
22  although I know some planes also connect those with
23  Wi-Fi.  But either way, they're connected to the --
24  the network on the plane.
25    Q   And those devices also have -- sorry, strike    02:09:54

Page 158

1  that.
2        The seatback devices that you pointed to for
3  the '400 patent, those also have a wired power
4  connection, correct?  They're not, like, going on a
5  battery charge?                    02:10:14
6     A   No.  They're -- they're a wired connector.
7  It's very much like some of the low-cost home
8  automation and alarm companies will essentially give
9  you a tablet and a little space you can mount it.
10  And as long as it's mounted, it's plugged in to a    02:10:25
11  power supply.  Same concept.
12    Q   When -- when you are referring to the home
13  automation and alarm, so that's like someone's
14  security system in their home or something?
15    A   Yeah, like ADT or one of those.  Usually, the    02:10:43
16  lower end ones just go with a tablet, and they give
17  you a mounting space so you can mount it on the wall
18  and view your cameras and that sort of thing.
19    Q   And you've identified the -- well, I guess
20  the -- strike that.                    02:11:10
21        The claim limitation we're talking about
22  here, when we're talking about the seatback display
23  units, is a portable data storage device, correct?
24    A   Which claim limitation was that specifically?
25    Q   I think it appears throughout the claim, but    02:11:27

Page 159

1  when we're in the -- if we're talking specifically
2  about the -- I should say the '400 patent.  So when
3  we're looking at, for example --
4     A   1[d] claim?
5     Q   Sorry?                    02:11:36
6     A   1[d]?
7     Q   Yeah -- yes, sir.  I think -- I think it's in
8  1[d].
9     A   I'm reading 1[d] right now.  That's why I
10  said that.                    02:11:44
11    Q   So -- strike that.
12        So in claim limitation 1[d] is an example of
13  where claim 1 of the '400 patent is talking about a
14  portable data storage device, correct?
15    A   That's correct.                    02:12:00
16    Q   And you said one example of portable data
17  storage devices for similar use cases on the '400
18  patent might be a personal electronic device like a
19  phone or an individual's personal tablet, correct?
20    A   Correct.                    02:12:23
21    Q   And another example of a -- which I've called
22  a portable data storage device is a seatback device,
23  correct?
24    A   Correct.
25    Q   And these portable data storage -- strike    02:12:33

Page 160

1  that.
2        These seatback tablets, to work, they have to
3  be installed in the seatback and have that power
4  connection, and for the ones with an Ethernet
5  connection, they also need to have the Ethernet wire    02:13:06
6  plugged in once they're installed in the seatback;
7  is that right?
8     A   Well, I'm not sure I'd use the word
9  "installed," because literally looking at one of
10  these devices, it looks very much like a tablet    02:13:19
11  that's basically in the frame to keep it in place so
12  that, for example, if there's a bumpy landing, it
13  doesn't come popping out.  So it's not really much
14  of an installation.  You just plug it in and set it
15  in the frame.                    02:13:33
16    Q   And have you ever personally tried to remove
17  one of those seatback devices on a plane?
18    A   I'm not trying to remove, but I've had one
19  pop out on me one time.
20    Q   Okay.  You -- you weren't trying to -- strike    02:13:48
21  that.
22        In the instance you're describ- -- well,
23  first let me ask -- strike that.
24        Do you describe somewhere in your report your
25  experience with seatback devices popping out on you?    02:14:00

Page 161

41 (Pages 158 - 161)