1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9

10

SANDISK TECHNOLOGIES, INC., et al.,

CASE NO. 4:22-cv-04376-HSG

11

Plaintiffs,

12

v.

**[PROPOSED] ORDER GRANTING**
**VIASAT'S MOTION TO EXCLUDE**
**CERTAIN OPINIONS OF CHUCK**
**EASTTOM AND LAUREN KINDLER**
**[DKT. 206]**

13

VIASAT, INC.,

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having considered Viasat's Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler [Dkt. 206], and the Curran Declaration in Support [Dkt. 206-1], the Court strikes the relevant portions of Dr. Easttom's Report and Ms. Kindler's Report referenced in Viasat's Motion [Dkt. 206] and precludes Dr. Easttom and Ms. Kindler from opining on those theories at trial.

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.