1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 207]** |
| VIASAT, INC., | |
| Defendant. | |

The Court having considered Viasat's Administrative Motion To File Under Seal [Dkt. 207], and the Ward Declaration in Support [Dkt. 207-1], the Court finds good cause to seal the unredacted versions of Viasat's Motion to Strike New '400 Patent Claim 1[e] and 9[d] Theories [Dkt. 204]; Viasat's Motion for Summary Judgment and Exhibits D and E thereto [Dkts. 205, 205-5, and 205-6]; and Viasat's Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler and Exhibit A thereto [Dkts. 206 and 206-2] from public access, and thus the Court hereby GRANTS Viasat's Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. Sealed/ (Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 207-2 / (204) | Viasat's Motion to Strike New '400 Patent Claim 1[e] and 9[d] Theories | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages 6) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 207-3 / (205) | Viasat's Motion for Summary Judgment | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages are 7-10, 13, and 17) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 207-4 / (205-5) | Exhibit D to the Ward Declaration in Support of Viasat's Motion for Summary Judgment | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages 115-120) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 207-5 / (205-6) | Exhibit E to the Ward Declaration in Support of Viasat's Motion for Summary Judgment | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages 127-129, 137, 143-45, and 154-55) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| Dkt. 207-6 / (206) | Viasat's Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 3, 5, and 6) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 5 | |

| Dkt. No. Sealed/ (Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 207-7 / (206-2) | Exhibit A to the Curran Declaration in Support of Viasat's Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler | Analysis of Viasat confidential financial information and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 5-7, 67-69, 153-157, 173, 178-180, and Exhibit 10.2) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 5 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.