L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF ROBERT A. VINCENT IN SUPPORT OF SANDISK'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF GARETH MACARTNEY, PH.D**<br><br>Date:   August 14, 2025<br>Time:   2:00 p.m.<br>Dept.:  Courtroom 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

I, Robert A. Vincent, declare as follows:

1. I am a partner with the law firm Gibson, Dunn & Crutcher LLP. I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat").

2. I am an attorney duly licensed to practice law in the State of Texas and am admitted *pro hac vice* to appear in this action.

3. I make this declaration in support of Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D. I have personal knowledge of the matters stated herein and, if asked, could competently testify thereto.

4. Attached as **Exhibit 1** is a true and correct excerpt of the Expert Rebuttal Report of Dr. Gareth Macartney, served by Viasat on April 14, 2025.

5. Attached as **Exhibit 2** is a true and correct excerpt of the deposition transcript of Dr. Gareth Macartney, taken by Sandisk on May 7, 2025.

6. Attached as **Exhibit 3** is a true and correct copy of a document produced by Viasat bearing production numbers VIASAT_00014400 through VIASAT_00014415.

7. Attached as **Exhibit 4** is a true and correct excerpt of the Expert Report of Lauren R. Kindler, served by Sandisk on March 24, 2025.

8. Attached as **Exhibit 5** is a true and correct excerpt of the deposition transcript of Lauren R. Kindler, taken by Viasat on May 9, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of June 2025 in Dallas, Texas.

*/s/ Robert A. Vincent*
Robert A. Vincent