IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: SANDISK'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF GARETH MACARTNEY, PH.D.** |

1  The Court, having considered Sandisk's *Daubert* Motion to Exclude Certain Opinions of Gareth
2  Macartney, Ph.D. (the "Motion"), hereby GRANTS the Motion.
3  Dr. Macartney is hereby precluded from offering opinions regarding the two Viasat agreements
4  discussed in the Motion, and from offering opinions relating to video compression.
5  **IT IS SO ORDERED.**

7  Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge