# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>VIASAT, INC.,<br><br>　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, finds good cause that the motion be GRANTED. Specifically, the Court orders the following remain under seal:

| Docket No. | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. __ | Sandisk's Daubert Motion To Exclude Certain Opinions Of Gareth Macartney, Ph.D | Highlighted portions at p. i, ll. 6, 11; p. 2, l. 2; p. 3, ll. 12, 16-26; p. 4, ll. 1-7, 9-14, 21-24; p. 5, ll. 1, 4-5, 12-15, 17-21; p. 7, ll. 10, 12, 14, 16-19, 23-28; p. 8, ll. 6-9, 16-21; p. 9, ll. 1-3, 5-6, 8-9 | | |
| Ex. 1 | Expert Rebuttal Report of Dr. Gareth Macartney, served on April 14, 2025 | | | |
| Ex. 2 | Deposition transcript of Dr. Gareth | | | |

| | | | | |
|---|---|---|---|---|
| | Macartney, taken on May 7, 2025 | | | |
| Ex. 3 | VIASAT_00014400 | | | |
| Ex. 4 | Expert report of Lauren R. Kinder, dated March 24, 2025 | | | |
| Ex. 5 | Deposition transcript of Lauren R. Kinder, taken on May 9, 2025 | | | |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge