1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  SANDISK TECHNOLOGIES, INC., et al.,          CASE NO. 4:22-cv-4376-HSG

12               Plaintiffs,         **[PROPOSED] ORDER GRANTING**
                                     **SANDISK'S MOTION FOR PARTIAL**
13          v.                       **SUMMARY JUDGMENT**

14  VIASAT, INC.,

15               Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

The Court, having considered SanDisk's Motion For Partial Summary Judgment, specifically: (1) finding no anticipation of any of claims 1, 2, 6, 8, 9, 10, 13, and 17 of the '400 Patent, (2) finding no obviousness of any of claims 1, 2, 6, 8, 9, 10, 13, and 17 of the '400 Patent, (3) finding no anticipation of claims 1, 2, 3, 4, 5, 6, 7, 11, 12, 13, 14, 15, and 16 of the '667 Patent, (4) finding no obviousness of claims 1, 2, 3, 4, 5, 6, 7, 11, 12, 13, 14, 15, and 16 of the '667 Patent, and (5) dismissing Viasat's Fifth Affirmative Defense of failure to state a claim and its Fourteenth Affirmative Defense of failure to mark, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.

United States District Judge

Gibson, Dunn &
Crutcher LLP