L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG-PHK |
| Plaintiffs, | **PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "Plaintiffs" or "Sandisk") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are being submitted in support of Sandisk's Motion for Partial Summary Judgment and are identified in the chart below. These materials have been designated by Defendant Viasat Inc. ("Viasat") as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" pursuant to the Stipulated Protective Order (Dkt. No. 90), or contain multiple references to information that Viasat has so designated. Plaintiffs take no position on whether the material should be sealed.

| Docket No. | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| Ex. A | Expert Report by Dr. Kevin Almeroth, served by Viasat on March 24, 2025 | (To be identified by Viasat) | (To be supplied by Viasat) |
| Ex. B | Expert Rebuttal Report by Dr. Chuck Easttom, served by SanDisk on April 14, 2025 | (To be identified by Viasat) | (To be supplied by Viasat) |
| Ex. C | Viasat's Responsive Damages Contentions, dated April 2, 2024 | (To be identified by Viasat) | (To be supplied by Viasat) |
| Ex. D | Viasat's Fourth Supplemental Objections & Responses to | (To be identified by Viasat) | (To be supplied by Viasat) |

Gibson, Dunn & Crutcher LLP

ADMIN. MOT. TO SEAL ANOTHER PARTY'S MATERIALS
CASE NO. 4:22-CV-4376-HSG-PHK

| | Plaintiffs' First Set of Interrogatories (Nos. 1–8), dated February 7, 2025 | | |
| --- | --- | --- | --- |
| Ex. E | Expert Report by Dr. Chuck Easttom, served by SanDisk on March 24, 2025 | (To be identified by Viasat) | |

For the reasons above, Sandisk respectfully requests that the materials identified above be filed under seal or redacted.

DATED: June 9, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ L. Kieran Kieckhefer_
   L. Kieran Kieckhefer
   Brian M. Buroker
   Robert A. Vincent
   Lillian J. Mao
   Ahmed ElDessouki
   Shuo Zhang

*Attorneys for Plaintiffs*