UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG-PHK |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | |
| Defendant. | Judge: Hon. Haywood S. Gilliam, Jr. |

1  The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another
2  Party's Material Should Be Sealed, finds good cause that the motion be GRANTED. Specifically, the
3  Court orders the following remain under seal:

| Docket No. | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Ex. A | Expert Report by Dr. Kevin Almeroth, served by Viasat on March 24, 2025 | | | |
| Ex. B | Expert Rebuttal Report by Dr. Chuck Easttom, served by SanDisk on April 14, 2025 | | | |
| Ex. C | Viasat's Responsive Damages Contentions, dated April 2, 2024 | | | |
| Ex. D | Viasat's Fourth Supplemental Objections & Responses to Plaintiffs' First Set of Interrogatories (Nos. | | | |

1

| | | | | |
|---|---|---|---|---|
| | 1–8), dated February 7, 2025 | | | |
| Ex. E | Expert Report by Dr. Chuck Easttom, served by SanDisk on March 24, 2025 | | | |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge