L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG-PHK <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I caused a copy of the following documents, filed under seal, to be served on counsel for defendant Viasat, Inc. via email to qe-viasat-wd@quinnemanuel.com:

- [Unredacted] *Daubert* Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D.
- Exhibit 1 to Vincent Declaration
- Exhibit 2 to Vincent Declaration
- Exhibit 3 to Vincent Declaration
- Exhibit 4 to Vincent Declaration
- Exhibit 5 to Vincent Declaration
- Exhibit A to Zhang Declaration
- Exhibit B to Zhang Declaration
- Exhibit C to Zhang Declaration
- Exhibit D to Zhang Declaration
- Exhibit E to Zhang Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of June 2025 in Palo Alto, California

Lillian J. Mao