UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:22-cv-04376-HSG |

**RE-NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that the hearing date for Defendant's Motion to Strike Plaintiff's Untimely '400 Patent "Authenticating" Theories (Dkt. 204), originally noticed for June 9, 2025, has been reset.  The new hearing date is August 14, 2025.

DATED: June 10, 2025　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP


　　　　　　　　　　　　　　　　　　By  /s/ Patrick Curran
　　　　　　　　　　　　　　　　　　　　Patrick Curran

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Viasat Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, a copy of the foregoing document was served via e-mail to all counsel of record who have appeared in this matter.

DATED: June 10, 2025     By  /s/ Patrick Curran
                             Patrick Curran