| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>KKieckhefer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337 | Steven Cherny (*pro hac vice*)<br>stevencherny@quinnemanuel.com<br>Patrick D. Curran (Bar No. 241630)<br>Tzivya H. Beck (*pro hac vice*)<br>Hannah Dawson (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>Telephone: (617) 712-7100 |
| Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281 | |
| Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307 | Jodie Cheng (Bar No. 292330)<br>Gyu Shik Jang (Bar No, 337747)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345 | Nicola R. Felice (*proc hac vice*)<br>Anastasia Fernands (*pro hac vice*)<br>Vanessa Blecher (*pro hac vice*)<br>Alicia Lai (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>Telephone: (212) 849-7000 |
| Brian M. Buroker (*pro hac vice*)<br>Shuo J. Zhang (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M St, N.W.<br>Washington DC 20036-4504 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR PENDING MOTIONS (as modified)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs") and Viasat, Inc. ("Defendant"), acting by and through their respective counsel of record, hereby stipulate and respectfully submit as follows:

WHEREAS, on June 4, 2025, Defendant filed a Motion to Strike Portions of SanDisk's Expert Reports (Dkt. 199) and a Motion to Stike Lauren Kindler's May 5, 2025 Supplemental Expert Report (Dkt. 200) ("Motions to Strike").

WHEREAS, on June 9, 2025, the parties exchanged the following motions:

- Defendant filed a Motion for Summary Judgment for Noninfringement, and Plaintiff filed a Motion for Partial Summary Judgment (together "Motions for Summary Judgment");
- Defendant filed a Motion to Strike "Plaintiffs' Untimely '400 Patent 'Authenticating' Theories;"
- Defendant filed a Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler; and
- Plaintiff filed a *Daubert* Motion to Exclude Certain Opinions of Gareth Macartney, PhD.

WHEREAS, pursuant to Civil Local Rules 7-3(a) and (c), the deadline for Plaintiff to file an Opposition to Defendants' Motions to Strike is June 18, 2025, and the deadline for Defendant to file a reply in support of its Motions to Strike is June 25, 2025;

WHEREAS, having met and conferred, the Parties agree and respectfully submit that an extension of the aforementioned deadlines is warranted;

WHEREAS, the Parties state that they have not previously requested any time modifications relating to these motions, and that the requested extension will not affect the case schedule;

WHEREAS, the Parties have agreed and stipulate that Plaintiff shall have until June 23, 2025, to file any opposition, and that Defendant shall have until July 3, 2025, to file any reply;

WHEREAS, oral arguments on the Motions to Strike are presently set to be heard on July 31, 2025;

WHEREAS, oral arguments for the Motions for Summary Judgment are set to be heard on August 14, 2025 (Dkt. 131);

WHEREAS, the parties agree that the subject matter of all pending motions is interrelated and it would be most efficient for the parties and the Court for all motions to be heard on the same day;

WHEREAS, Viasat seeks to postpone the August 14 hearing date due to a scheduling conflict;

WHEREAS, having met and conferred, the Parties propose hearing dates for the Motion to Stike and the Motions for Summary Judgment be heard together and be moved to be August 21 or August 28, 2025.[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, that:

1. Plaintiffs' deadline to file an opposition to Defendant's Motions to Strike is extended to June 23, 2025; and

2. Defendant's deadline to file a reply in support of its Motions to Strike is extended to July 3, 2025.

3. All pending motions shall now be heard on August 21, 2025 [or a different date at the court's convenience].

**IT IS SO STIPULATED.**

Dated:  June 12, 2025                             /s/ Brian M. Buroker
                                                  Counsel for Plaintiffs

---

[1] The parties note, in light of the Standing Order for Civil Cases Before District Judge Haywood S. Gilliam, Jr., ¶ 14, that August 28, 2025 is less than twelve weeks before the final pretrial conference, currently scheduled for November 18, 2025 (Dkt. 131).

| | |
|---|---|
| Dated: June 12, 2025 | /s/ Patrick D. Curran |
| | Counsel for Defendant |

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

/s/ Brian M. Buroker

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All pending motions will be held on August 21, 2025 at 2:00 p.m.

Dated: 6/13/2025

UNITED STATES DISTRICT JUDGE