# EXHIBIT 3

**Filed Under Seal**

**Highly Confidential - Attorneys' Eyes Only**



| Client Name: | |
| --- | --- |
| Project: | |
| SOW details | |
| Date: | |
| Version: | |

**Overview of Project:**

We understand that ███████████████████████████ The current
solution uses ██████████████████████ via a ████████████
██████████████████ ViaSat Ireland now wish ██████████████████
prior to ██████████████████████████████████████████████
████████

In order to achieve this, ████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

**███████ Deliverables:**

The ███████ deliverables are as follows:

- ██████████████████████████████████████████████████
- ██████████████████████████████████████████████████



**HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY**



**Client Deliverables:**

The **'Clients'** deliverables are as follows:

- 
- 

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**Project Fees:**

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

**Immediate Next Steps:**

Client:

To agree terms of document, SIGN and return

████████ (upon agreement)

Assign Project Manager and team to progress project

**Payment Terms:**

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**SOW Acceptance by Client:**

Signing this document commits ViaSat Ireland to paying the amount specified once invoiced and confirms that ViaSat Ireland has read and agreed with our terms and conditions (shown on following pages)

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

| Company Name: | ViaSat Ireland Limited, an Irish private company limited by shares |
|---|---|
| Address: | Trading Address:<br>7 Westland Court<br>South Cumberland Street<br>Dublin 2<br>Ireland |
| Company Registration No: | 488135 |
| VAT Number: | 9782024I |
| Client Representative Name: | Contracts - Scott Sand (Scott.Sand@viasat.com)<br>Technical – Glen Gray (Glen.Gray@viasat.com)<br>Invoicing – Evgeny Chervonenko<br>(accounts.dublin@viasat.com) |
| Signature: | Scott Sand |
| Date: | May 10, 2017 |

| ▉ Acceptance: | |
|---|---|
| ▉ Director Name: | ▉ |
| Signature: | ▉ |
| Date: | ▉ |

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Terms and Conditions.**





3.  Support and Maintenance

    3.1 At ViaSat Ireland' option, Vualto shall
    provide support and maintenance on the
    Software, including bug fixes, modifications,
    patches, releases, enhancements, error
    corrections, new versions and other updates,
    in accordance with the requirements set forth
    in Exhibit A attached hereto and incorporated
    herein by this reference.  Vualto shall provide
    service credits to ViaSat Ireland for failure to
    meet the service levels set forth in Exhibit A.

    3.2 If ViaSat Ireland chooses to obtain support
    and maintenance on the Software, it shall pay
    the applicable support and maintenance fees
    set forth in the SOW, on an annual basis, for
    the Software for which ViaSat Ireland desires
    support and maintenance.

4.  Charges and Payment

**HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

EXHIBIT A



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00014415