# EXHIBIT 4

**Filed Under Seal**

**Highly Confidential - Attorneys' Eyes Only**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 4:22-cv-04376-HSG |

# EXPERT REPORT OF LAUREN R. KINDLER

# MARCH 24, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

that the amount of data sent OTA can be less than the total amount of data served to planes.[693] Further, I understand that the teachings of the '667 Patent allow for the caching of data served to an aircraft, such that data distributed to passengers on the aircraft can be greater than the amount of data served to the aircraft.[694] Thus, I understand that:[695]

    a. the difference between (i) data sent OTA and (ii) data served to aircraft represents bandwidth savings attributable to <u>multicasting</u>;

    b. the difference between (ii) data served to aircraft and (iii) data distributed to passengers represent bandwidth savings attributable to <u>the teachings of the '667 Patent</u>; and

    c. the difference between (i) data sent OTA and (iii) data distributed to passengers represent the combined bandwidth savings attributable to <u>multicasting and the teachings of the '667 Patent</u>.

174. While I understand multicasting itself is not an Accused Functionality, based on discussions with Dr. Chuck Easttom, Sandisk's technical expert, it is my understanding that without the patented technology, the benefits of multicasting to Viasat would be minimal.[696] In other words, I understand that the bandwidth savings of multicasting are amplified by Viasat's alleged use of the teachings of the '667 Patent.

175. The bandwidth savings associated with Viasat's use of the '667 Patent for its IPTV service offering can be quantified based on the following inputs and assumptions.

    a. <u>Actual Total Bytes Sent OTA and Bytes Served to Aircraft</u>. As summarized in **Exhibit 8.6**, Viasat produced weekly updates reporting bytes sent OTA and bytes served to aircraft for the period February 2019 through February 2023. As the '667 Patent did not issue until October 15, 2019, I begin my calculations then. Further, I forecast bytes sent OTA and bytes served to aircraft for the period from the end of the available data through the expected date of trial (i.e., from March 2023 through November 30, 2025).

---

[693] VCDS Home. (VIASAT_00008738 – 9831, at 8743.) For example, in Viasat's weekly update as of February 22, 2019, Viasat reported that it sent ▆▆▆▆ of IPTV data over the air, which resulted in ▆▆▆▆ of IPTV data served to aircraft. Viasat reported ▆▆▆▆ of multicast savings as a result. (*See* VCDS Home. (VIASAT_00008738 – 9831, at 9058.))

[694] Easttom Report, § VI.B. Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[695] Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[696] Easttom Report, § VI.B. Based on a discussion with Chuck Easttom, Sandisk's technical expert.

In order to estimate the bytes sent and bytes served during those months, and to capture any potential effects of seasonality on IPTV streaming, it is assumed that bytes sent and bytes served in each month are equal to the bytes sent and bytes served, respectively, in the same month from the prior year (e.g., bytes sent in March 2023 are assumed to be the same as bytes sent in March 2022).

Based on the data produced and the estimates described above, I calculate that over the October 15, 2019 to November 30, 2025 period, Viasat (i) sent ▮▮▮▮▮▮ and (ii) served ▮▮▮▮ to aircraft.  (**Exhibit 10.5**.)

b. <u>Estimated Total Bytes Distributed to Passengers</u>.  As explained above, I understand that whereas the bytes associated with a particular IPTV stream to a particular flight can be served to that aircraft once and cached (and thus would be counted *once* in the total bytes served to aircraft), the total bytes distributed to passengers will be greater if the cached stream is transmitted to multiple passengers.[697]  In determining the total bytes distributed to passengers, each IPTV stream sent to each passenger on a flight is counted separately.  The total bytes distributed to passengers can be estimated using as a starting point the total bytes served to aircraft (as described above) and further taking into account (i) the estimated number of concurrent IPTV streams per flight (i.e., different channels being watched by different passengers on the same flight at the same time) reflected in the bytes served to aircraft, (ii) the average number of passengers per flight, and (iii) the take rate for IPTV among those passengers.

   i. <u>Number of Concurrent IPTV Streams per Flight</u>.  I understand that the difference between the total bytes served to aircraft and the total bytes distributed to passengers depends in part on how many streams are being watched (and cached locally) on the airplane.  In particular, the total bytes served to an aircraft may include multiple concurrent IPTV streams of different channels, in which case it would not be accurate to estimate total bytes distributed to passengers by assuming that each individual passenger watching IPTV on the airplane consumes the full amount of data being served to that airplane (i.e., the same passenger does not watch multiple IPTV streams simultaneously).  Thus, I estimate the number of concurrent IPTV streams per flight and make an adjustment for this factor below.

   ii. <u>Data Required to Provide Each IPTV Stream</u>.  I understand the data required to stream a video can depend on the quality of the video being streamed.[698]  Viasat guaranteed to provide IPTV with at least 480p resolution to airline customers,[699] which, according to Viasat in 2022, would consume approximately 700 MB (0.7

---

[697] Easttom Report, § VI.B.  Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[698] The ultimate guide to streaming with satellite internet, September 14, 2022.  (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[699] *See, e.g.,* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 679 and 794.)  *See also*, Master Services Agreement by and between Southwest Airlines Co. and Viasat, Inc., May 2, 2022.  (VIASAT_00015862 – 6050, at 5922.)

GB) per hour.[700] Assuming all IPTV is streamed at the minimum 480p, the minimum bit rate required (i.e., the satellite bandwidth to deliver a 480p resolution live TV stream at any given second) is 1.55 Mbps, calculated as follows:[701]

$$\frac{700 \text{ } MB}{3{,}600 \text{ } Seconds \text{ } / \text{ } Hour} = 0.194 \text{ } MBps \text{ } \times 8 \text{ } Mbps/MBps = \mathbf{1.55 \text{ } Mbps}$$

iii. <u>Bandwidth Used for IPTV and Number of Flights</u>. An internal analysis conducted in 2020, when Viasat was expecting to "begin servicing new providers for mobility live streaming content," indicates that Viasat estimated these services "would be used on ▮ MACDs [Media Access Controller Domains] concurrently" at peak.[702] I understand that in this context, MACDs refer to the modems on aircraft, meaning that Viasat estimated its peak data usage assuming that IPTV was streamed on ▮ flights concurrently.[703] In the same analysis, Viasat described its peak bandwidth usage for IPTV as ▮▮.[704]

iv. <u>Estimated Concurrent IPTV Streams per Flight</u>. Based on a minimum bitrate required of 1.55 Mbps per concurrent IPTV stream, an estimated ▮ concurrent flights, and a peak bandwidth of ▮▮▮ for IPTV, the average number of concurrent IPTV streams per flight *at peak* is 1.613.[705] In other words, on average across flights at peak, Viasat would have reasonably anticipated that approximately 1.613 different IPTV channels would be streamed per flight.[706]

---

[700] The ultimate guide to streaming with satellite internet, September 14, 2022. (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[701] 1 megabyte per second (MBps) = 8 megabits per second (Mbps).

[702] VCDS Home. (VIASAT_00008738 – 9831, at 8816.) (Bracketed text added for clarification.) The analysis is titled "VCDS CONUS Requirements for 2020" and is part of a document collection that was "used for communication within the [Viasat] team or to external customers of VCS services." (Neri Deposition, pp. 93 – 94.) (Bracketed text added for clarification.)

[703] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[704] VCDS Home. (VIASAT_00008738 – 9831, at 8816.) Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). This description is generally consistent with a separate analysis performed by Viasat in which it reports the average bits sent per second (shorter blue bars in the cited figure) and the average bits served per second (taller green bars in the cited figure) for the week of May 17, 2019 to May 24, 2019. The cited figure shows that, at peak, data served was around ▮▮▮. (VCDS Home. (VIASAT_00008738 – 9831, at 9107.)) Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[705] Calculation: 1.613 streams per flight = (▮▮▮▮▮▮▮▮ / 1.55 Mbps bit rate per stream.

[706] Using the bandwidth for IPTV data served at peak (i.e., ▮▮▮) in this calculation is conservative as it results in the highest estimate of the number of channels being viewed concurrently (relative to lower usage of bandwidth for IPTV observed off peak). All else equal, a higher number of different channels being viewed concurrently results in lower estimated bandwidth savings in the framework outlined here.

    v. <u>Adjusted Total Bytes Served to Aircraft for No More than One Concurrent IPTV Stream per Flight</u>. The actual total bytes served to aircraft (which, as described above, may include multiple concurrent IPTV streams of different channels to the same airplane) can be divided by the estimated number of concurrent IPTV streams per flight to yield adjusted total bytes served to aircraft for no more than one concurrent IPTV stream per flight. This adjustment yields a total of ▮ ▮ being served to aircraft for no more than one concurrent IPTV stream per flight.[707]

    vi. <u>Estimated Passengers per Flight</u>. Viasat's ▮ ▮ demonstrates that on average each flight has approximately 150 passengers.[708]

    vii. <u>Estimated IPTV Take Rate.</u> Not all passengers use Viasat's IPTV services. While Viasat has not produced data on actual passenger IPTV take rates, documentary evidence suggests that Viasat anticipated take rates ranging from ▮.[709] Specifically, Mr. Tuli, Vice President of Commercial Strategy for Aviation at Viasat, testified that the number of passengers connected, on average, is ▮ for paid sessions and "at least ▮ plus percent" for "free-to-all passengers" sessions.[710] I understand that IPTV is generally a free service to passengers.[711] In my calculations, I use take rates of ▮ and ▮ (*See* **Exhibit 10.1**.)

Using these inputs, the total amount of data distributed to passengers can be estimated by multiplying the adjusted total bytes served to aircraft for no more than one concurrent IPTV stream per flight by (i) the estimated number of passengers per flight and (ii) the IPTV take rate. This calculation yields an estimated total of ▮ TB distributed to passengers assuming a ▮% take rate and ▮ TB distributed to passengers assuming a ▮% take rate. (*See* **Exhibit 10.1**.)

---

[707] Calculation: 11,812 TB = 19,052 TB / 1.61.

[708]  (VIASAT_00124996.xlsx, at tab "Load Factor.")

[709] I understand that Viasat has provided assumptions on take rates in multiple internal documents. Specifically, Viasat's estimated take rate for paid sessions can range from ▮ and estimated take rate for free sessions can be as high as ▮. (*See* Viasat Projections. (VIASAT_00104683.xlsx, at tab "Assumptions.") *See also*, Commercial Proposal - Internal Review, May 3, 2024. (VIASAT_00124418, at 423.) *See also*, Tuli Deposition, p. 136.)

[710] Tuli Deposition, p. 136.

[711] Edillon Deposition, p. 81.

222. My royalty damages opinions do not depend upon one specific analysis but are the result of the totality of the evidence that I have considered in this case, my analysis of the *Georgia-Pacific* factors, and my analysis of important economic and business considerations presented throughout my report and associated exhibits. The royalty damages presented above would compensate Sandisk for Viasat's alleged use of the Patents-in-Suit and would be appropriate and reasonable given the economic considerations discussed throughout my report.

\* \* \* \* \* \*

223. My analyses and opinions contained in this report are based on information available as of the date of my report. I reserve the ability to review documents, deposition transcripts, or other information still to be produced by the parties to this dispute and to supplement my opinions based on that review, if necessary.

*[Signature: L. Kindler]*

Lauren R. Kindler
March 24, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY