# EXHIBIT 5

**Filed Under Seal**

**Highly Confidential - Attorneys' Eyes Only**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    SANDISK TECHNOLOGIES, INC.,    )
      et al.,                        )
 6                                   )
             Plaintiff,              )
 7                                   )
        v.                           ) Civil Action No.
 8                                   ) 4:22-cv-04376-HSG
      VIASAT, INC.,                  )
 9                                   )
             Defendant.              )
10                                   )
11
12
13
14               *** HIGHLY CONFIDENTIAL ***
15               *** ATTORNEYS' EYES ONLY ***
16
17
18
19             REMOTE VIDEO DEPOSITION OF
20                  LAUREN R. KINDLER
21
22
23
24    DATE TAKEN:  MAY 9, 2025
      REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25    JOB NO. 7342270
      PAGES:  1 - 226
```

Page 1

```
 1             Do you see that?
 2        A.   I don't know.  I mean, it's a very long
 3   paragraph.  So I don't know if you want to --
 4        Q.   Yeah, let me try to make this a little
 5   easier.                                              10:49:02
 6             So do you see above the table, the
 7   following text.  And it comes just after the
 8   bolded Exhibit C, to kind of help here.
 9             The agreement says, "█████████████████
█████████████████████████████████████████████████████
██████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████"
18             Do you see that?
19        A.   Yes.
20        Q.   So ███ kbps and ███ kbps here, those are  10:49:53
21   kilobits per second; right?
22        A.   Correct.
23        Q.   And kilobits per second, that's an
24   example of a bit rate; that is right?
25        A.   Correct.                                  10:50:07
```

Page 75

```
 1        Q.  So the contract says that █████████
    ████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ██████████████████████████?                      10:50:26
 6        A.  Not quite.  Average.  It also says that
    it can increase or decrease by as much as
    100 percent of the average.
 9        Q.  And it also says that the average must be
    no greater than ███ kilobits per second; right?  10:50:37
11        A.  Across all --
12            MR. VINCENT:  Objection.  Misstates --
13        objection.  Misstates document.
14            THE WITNESS:  Sorry.  Across all
15        channels.                                    10:50:49
16    BY MR. CURRAN:
17        Q.  Yeah.  Across all channels, the target
    average video bit rates of all the channels is no
    greater than ███ kilobits per second; right?
20        A.  Right.  But there's still that band of   10:51:02
    instantaneous bit rate can increase or decrease by
    as much as 100 percent around that average, but
    yes, that's what it states.
24        Q.  Now, in your analysis, you did not use
    the ███ kilobit per second maximum average video  10:51:23
```

Page 76

1     bit rate; right?

2          MR. VINCENT: Objection. Vague.

3          THE WITNESS: I used the bit rate that

4     would be required to transmit at ▮

5     resolution, which is what's required under          10:51:42

6     Viasat's agreements and also what Viasat

7     publically states to its customers it's

8     delivering.

9  BY MR. CURRAN:

10     Q. So my question is a little different.          10:51:52

11         In your analysis, you did not use as your

12  numerical bit rate for American Airlines the

13  target average video bit rate that must be no

14  greater than ▮ kilobits per second; right?

15         MR. VINCENT: Objection.                        10:52:14

16         THE WITNESS: I did not -- I did not, and

17     I can explain why.

18  BY MR. CURRAN:

19     Q. Now, I think you explained here that

20  you're relying on a different document, not the      10:52:26

21  American Airlines contract, but a Viasat webpage,

22  to come up with different bit rate calculations;

23  is that right?

24     A. No, not quite. I mean, it's also -- it's

25  in combination with the agreement, as well.          10:52:48

Page 77

```
 1         Q.  So in your Footnote 700, I think you
 2    identified a document that you use for your bit
 3    rate calculation.
 4         A.  Not quite.  It's also Footnote 699.           10:53:05
 5    There's two footnotes that are in that same
 6    sentence.
 7         Q.  So from Footnote 699, you identify some
 8    airline contracts; right?
 9         A.  Yes.  That specify ████ resolution.
10         Q.  Okay.  But rather than use the bit rate    10:53:25
11    that's specified in those contracts, you found
12    another document that you used to say, for a given
13    resolution, what you thought a different bit rate
14    might be; right?
15         A.  I wouldn't characterize it that way.  I    10:53:39
16    have evidence that I relied on to determine the
17    appropriate bit rate and also corroborated that
18    with Dr. Easttom.  And he explained to me why
19    these target average bit rates would not be
20    appropriate to use for my calculations.            10:53:57
21             Because there's -- the bit rate is highly
22    variable.  And so Viasat will not be trying to hit
23    these target bit rates.  It's going to -- in order
24    to hit that, it's going to have to go much higher
25    than that.                                         10:54:10
```

Page 78

```
1           And what Viasat is telling customers and
2      also agreeing to with its customers is to provide
3      resolution of ███.  And based on what Viasat says
4      that its consumption is, that's the ██ gigabytes
5      per hour.  Then I do the math using both of those        10:54:30
6      inputs to get to ████ megabits per second.
7           MR. CURRAN:  So let's look at the
8         document you used for the math you did here.
9           Can we mark as Exhibit 3 the webpage that
10        you cite in your Footnote 700, titled "The            10:54:47
11        ultimate guide to streaming with satellite
12        internet."
13           (Exhibit 3 was received and marked
14            for identification on this date and is
15            attached hereto.)                                 10:55:30
16           THE WITNESS:  Okay.  I have it up.
17     BY MR. CURRAN:
18        Q.  You rely, I believe, on a table on this
19     webpage that talks about the estimated data
20     consumption per hour for certain videos with a           10:55:40
21     resolution of 480p; is that right?
22        A.  Correct.
23        Q.  And it's from this webpage, and the math
24     you do with the webpage, that you calculated a bit
25     rate of ████ megabits per second; right?                 10:56:04
```

Page 79