1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKTS. 209, 211]** |

The Court having considered Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed [Dkts. 209, 211], Viasat's Statement in Support of Plaintiffs' Motions to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 218], and the Ward Declaration in Support [Dkt. 218-1], the Court finds good cause to seal the unredacted versions of Sandisk's Daubert Motion To Exclude Certain Opinions Of Gareth Macartney, Ph.D., [Dkt. 208] and the Exhibits thereto [Dkts. 209-3 to 209-7], as well as certain of the exhibits filed in support of Plaintiffs' Motion for Summary Judgment [Dkts. 210-2, 210-3, 210-5, and 210-6] from public access, and thus the Court hereby GRANTS Viasat's Motion and ORDERS that the following be filed UNDER SEAL, except for Dkt. 210-4:

| Dkt. No. (Original Filing/ Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| 208 / 218-2 | Sandisk's Daubert Motion To Exclude Certain Opinions Of Gareth Macartney, Ph.D. | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 3, 4, 5, 7, 8, and 9, as reflected in green highlighting) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-5 | |
| 209-3 / 218-3 | excerpts from the Expert Rebuttal Report of Dr. Gareth Macartney, served on April 14, 2025 | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 4, 42, 43, 44, 48, 49, 66, 4,[1] 28, 30, 37, 38, 39, 40 41, 42, 43, 44, 46, 47, 48, 49, 50, 54, 55, 56, 57, 64, 65, 66, as reflected in yellow highlighting) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-5 | |
| 209-4 / 218-4 | excerpts from the transcript of the deposition of Dr. Gareth Macartney | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 127, 128, 129, 130, 131, as reflected in yellow highlighting) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – | Ward. Decl. ¶¶ 3-5 | |

---

[1] The excerpts in this exhibit are partially repetitive and non-chronological, due to an apparent collation error in the filing of the original exhibit.

| | | | | |
|---|---|---|---|---|
| | | SOURCE CODE" under the Protective Order (Dkt. 90). | | |
| 209-5 / 218-5 | VIASAT_00014400 | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of PDF pages 2-16, as reflected in yellow highlighting) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-5 | |
| 209-6 / 218-6 | excerpts from the Expert report of Lauren R. Kinder, dated March 24, 2025 | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 149, 150, 151, 152, as reflected in yellow highlighting) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-5 | |
| 209-7 / 218-7 | excerpts from the Deposition transcript of Lauren R. Kinder, taken on May 9, 2025 | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 75-79, as reflected in yellow highlighting) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-5 | |
| 210-2 / 218-8 | the Expert Report by Dr. Kevin Almeroth, served by Viasat on March 24, 2025 [Dkt. 217-3] | Analysis of Viasat confidential technical and source code-related information (on the highlighted portions of PDF pages 152, 191-200) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 210-3 / 218-9 | the Expert Rebuttal Report by Dr. Chuck Easttom, served by SanDisk on April 14, 2025 | Analysis of Viasat confidential technical and source code-related information (on the highlighted portions of PDF pages 241-245, 248-250) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 210-5 / 218-10 | Viasat's Fourth Supplemental Objections & Responses to Plaintiffs' First Set of Interrogatories (Nos. 1–8), dated February 7, 2025 | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties, as well as technical and source code-related information, on the highlighted portions of pages 17, 36, 37, 39, 41-43, 49-50, 52-53 that that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES | Ward. Decl. ¶¶ 3-5 | |

| | | | | |
|---|---|---|---|---|
| | | ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | | |
| 210-6 / 218-11 | the Expert Report by Dr. Chuck Easttom, served by SanDisk on March 24, 2025 | Analysis of Viasat confidential technical and source code-related information (on the highlighted portions of PDF page 10-13, 17-18, 31-33, 36-38, 40, 42-50, 52-62, 68-72, 78-81, 83-110, 112, 114, 116-118, 120, 122-131, 136-140, 146-163, 165-173, 175-187, 190-194, 196-204, 206-216, 220, 222-227, 229, 231-245, 247, 249-265, 267-270, 272-275, 277-285, and 304) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 210-4 / 218-12 | Viasat's Responsive Damages Contentions, dated April 2, 2024 | Viasat does not seek to seal any portion of this exhibit. | N/A | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.