QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac vice*)
  stevencherny@quinnemanuel.com
  Patrick D. Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Tzivya H. Beck (*pro hac vice*)
  tzivyabeck@quinnemanuel.com
  Hannah Dawson (*pro hac vice*)
  hannahdawson@quinnemanuel.com
  111 Huntington Ave, Suite 520
  Boston, MA 02199
  Telephone:    (617) 712-7100
  Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Anastasia M. Fernands (*pro hac vice*)
  anastasiafernands@quinnemanuel.com
  Nicola R. Felice (*pro hac vice*)
  nicolafelice@quinnemanuel.com
  Vanessa Blecher (*pro hac vice*)
  vanessablecher@quinnemanuel.com
  Alicia Lai (*pro hac vice*)
  alicialai@quinnemanuel.com
  295 5th Avenue
  New York, NY 10016
  Telephone:    (212) 849-7000
  Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
| Plaintiffs, | |
| v. | **DEFENDANT VIASAT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| VIASAT, INC., | |
| Defendant. | |

Pursuant to Local Rules 7-11 and 79-5(c) and the Protective Order (Dkt. 90), Defendant Viasat, Inc. ("Viasat") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are being submitted in support of Viasat's Motion for Summary Judgment on Standing and are identified in the chart below. These materials have been designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 90), or contain multiple references to information that Plaintiffs have so designated. Viasat takes no position on whether the materials should be sealed.

| Dkt. No. | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing |
|----------|----------|------------------------------|----------------------------------------|
| Dkt. 222 | Viasat's Motion for Summary Judgment on Standing | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |
| Dkt. 222-2 / Ex. 1 | Exhibit 1 to Viasat's Motion for Summary Judgment on Standing – Plaintiffs' Second Supplemental Responses to Viasat's First Set of ROGs (No. 13) | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |
| Dkt. 222-3 / Ex. 2 | Exhibit 2 to Viasat's Motion for Summary Judgment on Standing – Exhibit 3 to the Deposition of Soji John | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |
| Dkt. 222-4 / Ex. 3 | Exhibit 3 to Viasat's Motion for Summary Judgment on Standing – Correspondence Between Plaintiffs and Viasat Regarding Standing | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |
| Dkt. 222-5 / Ex. 4 | Exhibit 4 to Viasat's Motion for Summary Judgment on Standing – Email Correspondence Between Plaintiffs and Viasat Regarding Additional Discovery Deficiencies | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |

VIASAT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

1     For the reasons above, Viasat respectfully requests that the materials identified above be

2 filed under seal or redacted.

3

4 DATED: June 20, 2025                    QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

5

6                                        By  /s/ *Patrick D. Curran*
                                         _____

7                                            Patrick D. Curran

8                                            *Attorney for Defendant Viasat Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VIASAT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, a copy of the foregoing response, was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.


DATED:  June 20, 2025                    By  _/s/ Patrick D. Curran_
                                              Patrick D. Curran

VIASAT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED