| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Steven Cherny (*pro hac vice*) |
| 2 | stevencherny@quinnemanuel.com |
| | Patrick D. Curran (Bar No. 241630) |
| 3 | patrickcurran@quinnemanuel.com |
| | Tzivya H. Beck (*pro hac vice*) |
| 4 | tzivyabeck@quinnemanuel.com |
| | Hannah Dawson (*pro hac vice*) |
| 5 | hannahdawson@quinnemanuel.com |
| | 111 Huntington Ave, Suite 520 |
| 6 | Boston, MA 02199 |
| | Telephone:   (617) 712-7100 |
| 7 | Facsimile:    (617) 712-7200 |
| 8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Anastasia M. Fernands (*pro hac vice*) |
| 9 | anastasiafernands@quinnemanuel.com |
| | Nicola R. Felice (*proc hac vice*) |
| 10 | nicolafelice@quinnemanuel.com |
| | Vanessa Blecher (*pro hac vice*) |
| 11 | vanessablecher@quinnemanuel.com |
| | Alicia Lai (*pro hac vice*) |
| 12 | alicialai@quinnemanuel.com |
| | 295 5th Avenue |
| 13 | New York, NY 10016 |
| | Telephone:   (212) 849-7000 |
| 14 | Facsimile:    (212) 849-7100 |

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
| Plaintiffs, | |
| v. | **DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S MOTION FOR LEAVE TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT** |
| VIASAT, INC., | |
| Defendant. | |

## DECLARATION OF PATRICK D. CURRAN

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion for Leave to File a Second Motion for Summary Judgment. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as Exhibit 1 is a copy of Viasat's Motion for Summary Judgment on Standing, which Viasat respectfully requests leave to file.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
    Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: June 20, 2025                          By  /s/ *Patrick D. Curran*
                                                  Patrick D. Curran

Case No. 4:22-CV-4376-HSG
Declaration of P. Curran in Support of Viasat's Motion for Leave to File a Second Motion for Summary Judgment