# EXHIBIT 1

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Steven Cherny (*pro hac vice*)
2    stevencherny@quinnemanuel.com
     Patrick D. Curran (Bar No. 241630)
3    patrickcurran@quinnemanuel.com
     Tzivya H. Beck (*pro hac vice*)
4    tzivyabeck@quinnemanuel.com
     Hannah Dawson (*pro hac vice*)
5    hannahdawson@quinnemanuel.com
     111 Huntington Ave, Suite 520
6    Boston, MA 02199
     Telephone:   (617) 712-7100
7    Facsimile:   (617) 712-7200

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Anastasia M. Fernands (*pro hac vice*)
9    anastasiafernands@quinnemanuel.com
     Nicola R. Felice (*pro hac vice*)
10   nicolafelice@quinnemanuel.com
     Vanessa Blecher (*pro hac vice*)
11   vanessablecher@quinnemanuel.com
     Alicia Lai (*pro hac vice*)
12   alicialai@quinnemanuel.com
     295 5th Avenue
13   New York, NY 10016
     Telephone:   (212) 849-7000
14   Facsimile:   (212) 849-7100

15  *Attorneys for Defendant Viasat, Inc.*

16                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
17                              **OAKLAND DIVISION**

18

| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
|---|---|
| Plaintiffs, | **DEFENDANT VIASAT, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON STANDING** |
| v. | |
| VIASAT, INC., | Date: August 21, 2025 |
| Defendant. | Time: 2:00 pm |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY**

Case No. 4:22-cv-4376-HSG
VIASAT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON STANDING