1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING VIASAT'S MOTION FOR LEAVE TO FILE A SECOND SUMMARY JUDGMENT** |
| VIASAT, INC., | |
| Defendant. | |

The Court having considered Viasat's Motion for Leave to File a Second Motion for Summary Judgment, and the Curran Declaration in Support, the Court GRANTS the motion for leave to file a second summary judgment motion.

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.