1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 |   Steven Cherny (*pro hac vice*)
  stevencherny@quinnemanuel.com
  Patrick D. Curran (Bar No. 241630)
3 |   patrickcurran@quinnemanuel.com
  Tzivya H. Beck (*pro hac vice*)
4 |   tzivyabeck@quinnemanuel.com
  Hannah Dawson (*pro hac vice*)
5 |   hannahdawson@quinnemanuel.com
  111 Huntington Ave, Suite 520
6 | Boston, MA 02199
  Telephone:  (617) 712-7100
7 |   Facsimile:  (617) 712-7200

8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
9 |   Anastasia M. Fernands (*pro hac vice*)
  anastasiafernands@quinnemanuel.com
10 |   Nicola R. Felice (*pro hac vice*)
  nicolafelice@quinnemanuel.com
  Vanessa Blecher (*pro hac vice*)
11 |   vanessablecher@quinnemanuel.com
  Alicia Lai (*pro hac vice*)
12 |   alicialai@quinnemanuel.com
  295 5th Avenue
13 | New York, NY 10016
  Telephone:  (212) 849-7000
14 |   Facsimile:  (212) 849-7100

15 | *Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
|               Plaintiffs, | **DEFENDANT VIASAT, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON STANDING** |
|       v. | |
| VIASAT, INC., | Date: August 21, 2025 |
|              Defendant. | Time: 2:00 pm |

<span style="color:red">REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED
UNDER SEAL IN ITS ENTIRETY</span>