QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S MOTION FOR SUMMARY JUDGMENT ON STANDING** |

## **DECLARATION OF PATRICK D. CURRAN**

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion for Summary Judgment on Standing. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. On December 8, 2023, Viasat served its First Set of Interrogatories (Nos. 1-13).

3. On January 17, 2024, Plaintiffs served its Responses and Objections to Viasat's First Set of Interrogatories.

4. On February 7, 2025, Plaintiffs served its first Supplemental Responses to Viasat's First Set of Interrogatories.

5. Neither of Plaintiffs' January 17, 2024 or February 7, 2025 responses disclosed sufficient chain-of-title information for the '400 and '667 patents.

6. Attached as Exhibit 1 is a copy of Plaintiffs' Supplemental Responses to Viasat's First Set of ROGs (No. 13), which was served on Viasat on February 13, 2025.

7. Attached as Exhibit 2 is a copy of Exhibit 3 to the deposition of Soji John, held on February 14, 2025.

8. Attached as Exhibit 3 is a copy of email correspondence between Plaintiffs and Viasat, with the subject line: "SanDisk v. Viasat – Standing."

9. Attached as Exhibit 4 is a copy of email correspondence between Plaintiffs and Viasat, with the subject line: "SanDisk v. Viasat – Additional Discovery Deficiencies."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2025 in Boston, Massachusetts.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By */s/ Patrick D. Curran*
Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: June 20, 2025                    By  /s/ *Patrick D. Curran*
                                            Patrick D. Curran

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28