UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT'S MOTION FOR SUMMARY JUDGMENT ON STANDING** |

1 | The Court having considered Viasat's Motion for Summary Judgment on Standing, and the
2 | Curran Declaration in Support, the Court GRANTS the motion for summary judgment on standing
3 | and DISMISSES SanDisk Technologies LLC ("SDT LLC") with prejudice.
4 |
5 | **IT IS SO ORDERED.**
6 |
7 | DATED: _____
8 |
9 |                                                                     _____
10 |                                                                    HAYWOOD S. GILLIAM, JR.