**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG |

### RE-NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that the hearing date for Defendant's Motion for Summary Judgment on Standing (Dkt. 222) has been set for August 21, 2025 at 2:00 pm.

DATED: June 23, 2025                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Patrick Curran*
     Patrick Curran

*Attorneys for Defendant Viasat Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, a copy of the foregoing document was served via e-mail to all counsel of record who have appeared in this matter.

DATED: June 23, 2025            By  /s/ Patrick Curran
                                    Patrick Curran