QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S RESPONSE IN OPPOSITION TO SANDISK'S DAUBERT MOTION TO EXCLUDE CERTAIN OPINIONS OF GARETH MACARTNEY, PH.D** |

**DECLARATION OF PATRICK D. CURRAN**

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Response In Opposition To Sandisk's Daubert Motion To Exclude Certain Opinions Of Gareth Macartney, Ph.D. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as Exhibit A to this declaration is a true and correct copy of excerpts of Dr. Kevin Almeroth's rebuttal expert report dated April 14, 2025.

3. Attached as Exhibit B to this declaration is a true and correct copy of an excerpt of Dr. Gareth Macarthy's workpapers for '400 Patent Damages served along with his rebuttal expert report on April 14, 2025.

4. Attached as Exhibit C to this declaration is a true and correct copy of excerpts of Lauren Kindler's rebuttal expert report dated March 24, 2025.

5. Attached as Exhibit D to this declaration is a true and correct copy of excerpts of the deposition transcript of Finn Hughes dated February 28, 2025.

6. Attached as Exhibit E to this declaration is a true and correct copy of an excerpt of the deposition transcript of Joshua Slater dated February 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: June 23, 2025                By  /s/ *Patrick D. Curran*
                                        Patrick D. Curran