# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG |

**REBUTTAL REPORT OF KEVIN C. ALMEROTH, Ph.D.**
**REGARDING NON-INFRINGEMENT OF U.S. PATENT NOS. 9,424,400 & 10,447,667**

Whitepaper - Rev D) at -560; *see also* VIASAT_00005782 at -818 (Entertainment Architecture and Design); *id.* at -819 ("The  is responsible for transferring the content and a caches it and serves it to the Onboard Server application on the Viasat S4 server.").

43. For DRM solutions, Viasat's W-IFE system uses  VIASAT_00005782 at -820 (Entertainment Architecture and Design). Third-party *Id.* A passenger's end-user device with WideVine, FairPlay, or PlayReady DRM platforms may decrypt DRM encoded media content. *See* VIASAT_00014554 (W-IFE Content Security Whitepaper - Rev D) at -561.

44. Viasat and entered a , pursuant to which would provide certain hardware and software. The that Plaintiffs allege to correspond with the accused functionality and to practice the Asserted Patents. Per the Viasat- agreement, *See* VIASAT_00014400 at -403.

45. As noted above, there are three major types of DRM systems in use today: (1) Widevine, offered by Google; (2) FairPlay, offered by Apple; and (3) PlayReady, offered by Microsoft.

46. The Widevine DRM system is "Google's content protection system for premium media." *See* Google Widevine, at https://developers.google.com/widevine/drm/overview. The Widevine client is natively embedded into device platforms, including for Android devices. *Id.*