# EXHIBIT B

| Year | IPTV Planes | | | | W-IFE Planes | | Aircraft Count Estimate | | | | | Total | Price | Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | American Airlines | Delta Airlines | JetBlue Airways | Southwest Airlines | American Airlines | United Airlines | American Airlines | Delta Airlines | JetBlue Airways | Southwest Airlines | United Airlines | | | |
| 2018 | | | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | | | |
| 2025* | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Cost | | Vudrm License | |
| % Attributable to DRM | | Total Cost Per Node | |
| **Attributable to DRM** | | **% Attributable to DRM** | |

Notes & Sources
VIASAT_00014400-415, at -403.