# EXHIBIT C

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 4:22-cv-04376-HSG |

# EXPERT REPORT OF LAUREN R. KINDLER

# MARCH 24, 2025

browsing, streaming and social media applications," while its W-IFE service "is a cloud-based platform" that "provid[es] passengers with access to a wide range of premium entertainment, video and information services maintained on an onboard server and wirelessly delivered direct to passengers' own devices."[38]

b. <u>Commercial Networks</u>.  Viasat's Commercial Networks segment encompasses its "advanced satellite and wireless products, antenna systems and network and terminal solutions that support or enable the provision of fixed and mobile broadband and narrowband services."[39]  This segment includes the IFC systems, IFC terminals, and antennas that enable Viasat's provision of IFC and W-IFE services, as well as the ground terminals and ground network infrastructure that enable Viasat's provision of residential broadband services.[40]  As Viasat's 2024 10-K states, "our commercial networks segment also drives growth in our satellite services segment.  For example, the IFC terminals sold and installed on commercial aircraft…in our commercial networks segment are then utilized to receive IFC services, driving recurring revenues in our satellite services segment."[41]  As of the fiscal year ended on March 31, 2024, this segment comprised approximately 18% of Viasat's total revenues.[42]

21. Viasat has provided broadband and communications services to aircraft since the early 2000s.  In 2002, Viasat began providing airborne broadband terminals for Connexion by Boeing, a pioneer in IFC services,[43] and shortly afterwards began offering broadband services for business jets.  Since then, Viasat has supplied government, private, and commercial aircraft with in-flight broadband and communication services.[44]  Additionally, Viasat entered the residential

---

[38] Viasat 2024 10-K, p. 4.  (Bracketed text added for clarification.)

[39] Viasat 2024 10-K, p. 5.

[40] Viasat 2024 10-K, pp. 5 – 6.

[41] Viasat 2024 10-K, p. 5.

[42] Viasat 2024 10-K, pp. 53 and 56.  18% = $777.8 million in Satellite Segment revenues ÷ 4.284 billion in total revenues.

[43] William Blair Analyst Report, "The Internet of Everywhere," January 30, 2017, p. 17.  *See also*, Connexion by Boeing Successfully Launches Broadband In-Flight Internet Access, Customer Case Study, Copyright 2005, p. 2. (https://www.cisco.com/c/dam/en_us/about/ac79/docs/wp/Boeing_CSS_0602.pdf, viewed on March 11, 2025.)

[44] Viasat: Our history.  (https://www.viasat.com/about/who-we-are/viasat-history/, viewed on January 30, 2025.)

business in 2009 through its acquisition of broadband provider WildBlue and further began offering consumer broadband internet under the name "Exede by Viasat" in 2012.[45, 46]

22. On November 14, 2016, Viasat completed the acquisition of Arconics, an aviation software company that provided W-IFE services to commercial airlines, among other services, for $21.6 million.[47] Prior to Viasat's acquisition of Arconics, the two companies had partnered to provide IFC and W-IFE services to commercial airlines: Viasat provided IFC services to aircraft, and Arconics provided W-IFE services which were supported by Viasat's IFC services.[48] Viasat noted the long-term favorable prospects of W-IFE as a motivation for the acquisition, which allowed it to integrate W-IFE services into its existing IFC offering. Viasat's vice president and general manager for its commercial mobility business, Don Buchman, commented at the time of the acquisition: "As we expand around the world in some of the areas we don't have a high capacity Ka option until ViaSat-3. Having a wireless IFE product ahead of that allows us to compete with an airline and get them started on our product line and then grow them in to our connectivity products."[49] Shortly after the acquisition, industry analysts expected that the Arconics acquisition

---

[45] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, p. 15. *See also,* Viasat: Our history. (https://www.viasat.com/about/who-we-are/viasat-history/, viewed on January 30, 2025.)

[46] Throughout 2018, Viasat phased out the "Exede" and "WildBlue" sub-brand names. (Viasat introduces unified brand; sets plans in motion to sunset sub-brands, November 30, 2017. (https://web.archive.org/web/20240703053238/https://news.viasat.com/blog/corporate/viasat-introduces-unified-brand-sets-plans-in-motion-to-sunset-sub-brands, viewed on March 11, 2025.))

[47] Viasat, Inc. SEC Form 10-K for the fiscal year ended March 31, 2017, p. 4. *See also*, ViaSat Acquires Arconics for Added Aircraft Operations Capabilities, November 14, 2016. (https://news.viasat.com/newsroom/press-releases/viasat-acquires-arconics-for-added-aircraft-operations-capabilities, viewed on February 23, 2025.)

[48] ViaSat Acquires Arconics for Added Aircraft Operations Capabilities, November 14, 2016. (https://news.viasat.com/newsroom/press-releases/viasat-acquires-arconics-for-added-aircraft-operations-capabilities, viewed on February 23, 2025.) *See also,* CloudStore IFE, October 2015. (VIASAT_00006176 – 216.) *See also,* ViaSat VP Talks Motivations for Arconics Acquisition, November 17, 2016. (https://www.aviationtoday.com/2016/11/17/viasat-vp-talks-motivations-for-arconics-acquisition/, viewed on March 6, 2025.)

[49] ViaSat makes value-add acquisition with Arconics buy, November 14, 2016. (https://runwaygirlnetwork.com/2016/11/rgn-premium-viasat-makes-value-add-acquisition/, viewed on March 4, 2025.) High-capacity Ka-band (also known as "High-Throughput Satellite ("HTS")") refers to satellite technology that is able to provide much greater

would bring "greater IFE expertise in-house," including by offering Internet Protocol Television ("IPTV") services to aircraft (i.e., live TV).[50] Josh Slater, Director of Systems and Architecture, Global Mobility at Viasat who was involved in the Arconics acquisition, testified that Viasat wanted to develop in-flight entertainment offerings in response to "customer [airline] requests," and that there were discussions at Viasat about the potential for increased demand for Viasat's IFC services through offering in-flight entertainment services.[51] Further, in a document entitled "Entertainment Product Management," the "Goals and Objectives" section of Viasat's "Entertainment Product Strategy" notes that one product goal of Viasat W-IFE is to "round out IFC product offering with W-IFE" and to "build IFC path for low cost carriers."[52]

23. Viasat's provision of in-flight and residential satellite services relies on the company's network of satellites, including the ViaSat-1, -2, and -3 satellites (the latter of which is not yet complete).[53] In 2011, Viasat launched the ViaSat-1 satellite, which was, at the time, the highest capacity satellite in the world with a capacity of 140 Gbps (or gigabits per second).[54] By early 2017, ViaSat-1 was at capacity and later that year Viasat launched ViaSat-2, adding an

---

bandwidth at a lower cost relative to prior technology. (Ka-Band Capacity Planning. (http://www.satmagazine.com/story.php?number=192941478, viewed on March 11, 2025.) *See also,* Barclays Analyst Report, "Satellite Services: To Infinity and Beyond – Volume 1," February 12, 2021, p. 6.)

[50] JPMorgan Analyst Report, "Satellite Innovation Leader: Initiating with Neutral Rating and YE2017 Price Target of $74; Waiting for Revenue Liftoff," April 4, 2017, p. 27.

[51] Deposition of Josh Slater taken February 6, 2025 ("Slater Deposition"), pp. 38, 48, and 89 – 90. (Bracketed text added for clarification.)

[52] ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017. (VIASAT_00014416 – 520, at 423.) *See also,* Entertainment Product Management, Commercial Aviation, Exported, January 17, 2023. (VIASAT_00015430 – 676, at 437.)

[53] Viasat's full fleet, which lists nine satellites or satellite constellations, is available on its website. (More bandwidth and throughput to satisfy every customer. (https://www.viasat.com/about/what-we-do/satellite-fleet/, viewed on March 11, 2025.))

[54] ViaSat-1 led the innovation of a new class of Ka-band satellite systems. (https://www.viasat.com/about/what-we-do/satellite-fleet/viasat-1/, viewed on March 7, 2025.)

conducts business in both the in-flight and residential markets, capacity is interchangeable between markets: Viasat can shift capacity away from residential to airline customers to address its higher-priority business segment. Hence, limited capacity can force providers to choose between customer segments. Even as recently as 2024, Viasat noted in its earnings call that they were "working through the near-term capacity challenges associated with the ViaSat-3 F1 antenna anomaly."[158]

47. Satellite providers have multiple strategies for increasing their capacity. First, as in the example of Viasat launching ViaSat-2, providers can launch new satellites to increase their capacity.[159] This option can be capital- and time-intensive—Viasat reported in 2017 that the total cost of building the ViaSat-2 satellite was $624 million.[160] Providers can also acquire existing satellites, as Viasat did with its acquisition of Inmarsat,[161] or lease bandwidth from other satellite providers, as Viasat does in areas where it does not have satellite coverage.[162] Outside of building, acquiring, or leasing more capacity, providers like Viasat have developed bandwidth management and optimization systems to maximize the use of existing capacity.[163] Moreover, because Viasat's

---

(https://www.reuters.com/business/media-telecom/viasat-shares-fall-slowing-fixed-broadband-hurts-revenue-outlook-2024-05-21, viewed on February 25, 2025.)

[158] Viasat, Inc. (VSAT) Q2 2025 Earnings Call Transcript, November 6, 2024. (https://conferencecalltranscripts.org/summary/?id=551593&pr=true, viewed on March 23, 2025.)

[159] With satellite internet, network capacity is key, September 7, 2021. (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)

[160] How fast is the new ViaSat-2 satellite, and other numbers, June 29, 2017. (https://web.archive.org/web/20240710114545/https://news.viasat.com/blog/scn/how-fast-is-the-new-viasat-2-satellite-and-other-numbers, viewed on March 8, 2025.)

[161] Viasat Logs $900M Charge and Sharpens Mobility Focus After ViaSat-3 Issue, November 9, 2023. (https://www.satellitetoday.com/finance/2023/11/09/viasat-logs-900m-charge-and-sharpens-mobility-focus-after-viasat-3-issue/, viewed on March 10, 2025.)

[162] Viasat publicly discloses that it "has additional Ka-band satellite capacity from partners China Satcom, Telebras, GSS, NBN Co, and Avanti." (With satellite internet, network capacity is key, September 7, 2021. (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.) *See also,* William Blair Analyst Report, "The Internet of Everywhere," January 30, 2017, p. 84.)

[163] Bandwidth Management and Optimization, July 24, 2023. (https://interactive.satellitetoday.com/via/articles/bandwidth-management-and-optimization, viewed on March 12, 2025.)

emerging competitors, such as Starlink, have significantly higher capacity limits that Viasat, Viasat must rely on such systems to meet its customers' demands and to effectively compete in the marketplace.[164] Examples of software strategies include the following.

   a. Traffic prioritization: "Prioritizing critical data for transmission over less important traffic."[165]

   b. Compression techniques: "Compressing data to reduce the amount of bandwidth required for transmission."[166]

   c. Caching mechanisms: "Storing frequently accessed data closer to end-users to reduce bandwidth consumption."[167]

   d. Quality of Service Controls: "Managing and allocating bandwidth based on priority levels to optimize performance."[168]

## VII. THE PATENTS-IN-SUIT, ACCUSED SYSTEMS, AND INFRINGING USE CASES

### A. Patents-in-Suit

48. Sandisk alleges that Viasat infringes one or more claims of each of the Patents-in-Suit. Upon issuance, both Patents-in-Suit were assigned to Western Digital Technologies, Inc., the parent company of Plaintiffs as of the filing of the Complaint.[169] On May 6, 2024, Western Digital Technologies, Inc. transferred the "legal title/ownership" of the '667 Patent and '400 Patent to

---

[164] Barclays Analyst Report, "Satellite Services: To Infinity and Beyond – Volume 1," February 12, 2021, p. 3.

[165] Satellite Network Optimization Techniques, January 15, 2025. (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)

[166] Satellite Network Optimization Techniques, January 15, 2025. (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)

[167] Satellite Network Optimization Techniques, January 15, 2025. (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)

[168] Satellite Network Optimization Techniques, January 15, 2025. (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.) *See also,* Managing Video Optimizer on myhughesnet.com. (https://my.hughesnet.com/support/faq/749/, viewed on March 11, 2025.)

[169] U.S. Patent No. 9,424,400. *See also*, U.S. Patent No. 10,447,667. *See also*, Complaint for Patent Infringement, July 28, 2022, pp. 1 – 2.

that the amount of data sent OTA can be less than the total amount of data served to planes.[693]

Further, I understand that the teachings of the '667 Patent allow for the caching of data served to an aircraft, such that data distributed to passengers on the aircraft can be greater than the amount of data served to the aircraft.[694] Thus, I understand that:[695]

    a. the difference between (i) data sent OTA and (ii) data served to aircraft represents bandwidth savings attributable to <u>multicasting</u>;

    b. the difference between (ii) data served to aircraft and (iii) data distributed to passengers represent bandwidth savings attributable to <u>the teachings of the '667 Patent</u>; and

    c. the difference between (i) data sent OTA and (iii) data distributed to passengers represent the combined bandwidth savings attributable to <u>multicasting and the teachings of the '667 Patent</u>.

174. While I understand multicasting itself is not an Accused Functionality, based on discussions with Dr. Chuck Easttom, Sandisk's technical expert, it is my understanding that without the patented technology, the benefits of multicasting to Viasat would be minimal.[696] In other words, I understand that the bandwidth savings of multicasting are amplified by Viasat's alleged use of the teachings of the '667 Patent.

175. The bandwidth savings associated with Viasat's use of the '667 Patent for its IPTV service offering can be quantified based on the following inputs and assumptions.

    a. <u>Actual Total Bytes Sent OTA and Bytes Served to Aircraft</u>. As summarized in **Exhibit 8.6**, Viasat produced weekly updates reporting bytes sent OTA and bytes served to aircraft for the period February 2019 through February 2023. As the '667 Patent did not issue until October 15, 2019, I begin my calculations then. Further, I forecast bytes sent OTA and bytes served to aircraft for the period from the end of the available data through the expected date of trial (i.e., from March 2023 through November 30, 2025).

---

[693] VCDS Home. (VIASAT_00008738 – 9831, at 8743.) For example, in Viasat's weekly update as of February 22, 2019, Viasat reported that it sent ▮▮▮▮▮▮▮▮ over the air, which resulted in ▮▮▮▮▮▮▮▮ served to aircraft. Viasat reported ▮▮▮▮ of multicast savings as a result. (*See* VCDS Home. (VIASAT_00008738 – 9831, at 9058.))

[694] Easttom Report, § VI.B. Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[695] Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[696] Easttom Report, § VI.B. Based on a discussion with Chuck Easttom, Sandisk's technical expert.

In order to estimate the bytes sent and bytes served during those months, and to capture any potential effects of seasonality on IPTV streaming, it is assumed that bytes sent and bytes served in each month are equal to the bytes sent and bytes served, respectively, in the same month from the prior year (e.g., bytes sent in March 2023 are assumed to be the same as bytes sent in March 2022).

Based on the data produced and the estimates described above, I calculate that over the October 15, 2019 to November 30, 2025 period, Viasat (i) sent ▓▓▓▓▓ OTA and (ii) served ▓▓▓▓▓ to aircraft.  (**Exhibit 10.5**.)

b. <u>Estimated Total Bytes Distributed to Passengers</u>.  As explained above, I understand that whereas the bytes associated with a particular IPTV stream to a particular flight can be served to that aircraft once and cached (and thus would be counted *once* in the total bytes served to aircraft), the total bytes distributed to passengers will be greater if the cached stream is transmitted to multiple passengers.[697]  In determining the total bytes distributed to passengers, each IPTV stream sent to each passenger on a flight is counted separately.  The total bytes distributed to passengers can be estimated using as a starting point the total bytes served to aircraft (as described above) and further taking into account (i) the estimated number of concurrent IPTV streams per flight (i.e., different channels being watched by different passengers on the same flight at the same time) reflected in the bytes served to aircraft, (ii) the average number of passengers per flight, and (iii) the take rate for IPTV among those passengers.

   i. <u>Number of Concurrent IPTV Streams per Flight</u>.  I understand that the difference between the total bytes served to aircraft and the total bytes distributed to passengers depends in part on how many streams are being watched (and cached locally) on the airplane.  In particular, the total bytes served to an aircraft may include multiple concurrent IPTV streams of different channels, in which case it would not be accurate to estimate total bytes distributed to passengers by assuming that each individual passenger watching IPTV on the airplane consumes the full amount of data being served to that airplane (i.e., the same passenger does not watch multiple IPTV streams simultaneously).  Thus, I estimate the number of concurrent IPTV streams per flight and make an adjustment for this factor below.

   ii. <u>Data Required to Provide Each IPTV Stream</u>.  I understand the data required to stream a video can depend on the quality of the video being streamed.[698]  Viasat guaranteed to provide IPTV with at least 480p resolution to airline customers,[699] which, according to Viasat in 2022, would consume approximately 700 MB (0.7

---

[697] Easttom Report, § VI.B.  Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[698] The ultimate guide to streaming with satellite internet, September 14, 2022.  (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[699] *See, e.g.,* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 679 and 794.)  *See also*, Master Services Agreement by and between Southwest Airlines Co. and Viasat, Inc., May 2, 2022.  (VIASAT_00015862 – 6050, at 5922.)

150

GB) per hour.[700] Assuming all IPTV is streamed at the minimum 480p, the minimum bit rate required (i.e., the satellite bandwidth to deliver a 480p resolution live TV stream at any given second) is 1.55 Mbps, calculated as follows:[701]

$$\frac{700\ MB}{3{,}600\ Seconds\ /\ Hour} = 0.194\ MBps\ \times 8\ Mbps/MBps = \mathbf{1.55\ Mbps}$$

   iii. <u>Bandwidth Used for IPTV and Number of Flights</u>.  An internal analysis conducted in 2020, when Viasat was expecting to "begin servicing new providers for mobility live streaming content," indicates that Viasat estimated these services "would be used on 100 MACDs [Media Access Controller Domains] concurrently" at peak.[702]  I understand that in this context, MACDs refer to the modems on aircraft, meaning that Viasat estimated its peak data usage assuming that IPTV was streamed on 100 flights concurrently.[703]  In the same analysis, Viasat described its peak bandwidth usage for IPTV as 250 Mbps.[704]

   iv. <u>Estimated Concurrent IPTV Streams per Flight</u>.  Based on a minimum bitrate required of 1.55 Mbps per concurrent IPTV stream, an estimated 100 concurrent flights, and a peak bandwidth of 250 Mbps for IPTV, the average number of concurrent IPTV streams per flight *at peak* is 1.613.[705]  In other words, on average across flights at peak, Viasat would have reasonably anticipated that approximately 1.613 different IPTV channels would be streamed per flight.[706]

---

[700] The ultimate guide to streaming with satellite internet, September 14, 2022.  (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[701] 1 megabyte per second (MBps) = 8 megabits per second (Mbps).

[702] VCDS Home.  (VIASAT_00008738 – 9831, at 8816.)  (Bracketed text added for clarification.)  The analysis is titled "VCDS CONUS Requirements for 2020" and is part of a document collection that was "used for communication within the [Viasat] team or to external customers of VCS services."  (Neri Deposition, pp. 93 – 94.)  (Bracketed text added for clarification.)

[703] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[704] VCDS Home.  (VIASAT_00008738 – 9831, at 8816.)  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  This description is generally consistent with a separate analysis performed by Viasat in which it reports the average bits sent per second (shorter blue bars in the cited figure) and the average bits served per second (taller green bars in the cited figure) for the week of May 17, 2019 to May 24, 2019.  The cited figure shows that, at peak, data served was around 250 Mbps.  (VCDS Home.  (VIASAT_00008738 – 9831, at 9107.))  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[705] Calculation: 1.613 streams per flight = (250 Mbps / 100 concurrent flights) / 1.55 Mbps bit rate per stream.

[706] Using the bandwidth for IPTV data served at peak (i.e., 250 Mbps) in this calculation is conservative as it results in the highest estimate of the number of channels being viewed concurrently (relative to lower usage of bandwidth for IPTV observed off peak).  All else equal, a higher number of different channels being viewed concurrently results in lower estimated bandwidth savings in the framework outlined here.

v. <u>Adjusted Total Bytes Served to Aircraft for No More than One Concurrent IPTV Stream per Flight</u>. The actual total bytes served to aircraft (which, as described above, may include multiple concurrent IPTV streams of different channels to the same airplane) can be divided by the estimated number of concurrent IPTV streams per flight to yield adjusted total bytes served to aircraft for no more than one concurrent IPTV stream per flight. This adjustment yields a total of ▮▮▮ being served to aircraft for no more than one concurrent IPTV stream per flight.[707]

vi. <u>Estimated Passengers per Flight</u>. Viasat's monthly invoice data to American Airlines (Viasat's largest IPTV customer) demonstrates that on average each flight has approximately 150 passengers.[708]

vii. <u>Estimated IPTV Take Rate.</u> Not all passengers use Viasat's IPTV services. While Viasat has not produced data on actual passenger IPTV take rates, documentary evidence suggests that Viasat anticipated take rates ranging from ▮▮▮.[709] Specifically, Mr. Tuli, Vice President of Commercial Strategy for Aviation at Viasat, testified that the number of passengers connected, on average, is ▮▮▮% for paid sessions and ▮▮▮ for "free-to-all passengers" sessions.[710] I understand that IPTV is generally a free service to passengers.[711] In my calculations, I use take rates of ▮▮▮ (i.e., the midpoint between the ▮▮▮ figure for paid sessions and the ▮▮▮ figure for free sessions) and ▮▮▮ (i.e., the lower bound for free sessions based on Mr. Tuli's testimony). (*See* **Exhibit 10.1**.)

Using these inputs, the total amount of data distributed to passengers can be estimated by multiplying the adjusted total bytes served to aircraft for no more than one concurrent IPTV stream per flight by (i) the estimated number of passengers per flight and (ii) the IPTV take rate. This calculation yields an estimated total of ▮▮▮ distributed to passengers assuming a ▮▮▮ take rate and ▮▮▮ distributed to passengers assuming a ▮▮▮ take rate. (*See* **Exhibit 10.1**.)

---

[707] Calculation: ▮▮▮ TB = ▮▮▮ TB / 1.61.

[708] According to Viasat's monthly American Airline Invoice data, during the time period from September 2020 through June 2024, there were ▮▮▮s, averaging around 150 passengers per flight. Calculation: ▮▮▮. *See* American Airlines Invoice Data. (VIASAT_00124996.xlsx, at tab "Load Factor.")

[709] I understand that Viasat has provided assumptions on take rates in multiple internal documents. Specifically, Viasat's estimated take rate for paid sessions can range from ▮▮▮ and estimated take rate for free sessions can be as high as ▮▮▮. (*See* Viasat Projections. (VIASAT_00104683.xlsx, at tab "Assumptions.") *See also*, Commercial Proposal - Internal Review, May 3, 2024. (VIASAT_00124418, at 423.) *See also*, Tuli Deposition, p. 136.)

[710] Tuli Deposition, p. 136.

[711] Edillon Deposition, p. 81.

# Appendix B
# Information Reviewed and Considered

| Description |
|---|
| VIASAT_00012675 - 00012736 |
| VIASAT_00014211 - 00014211 |
| VIASAT_00014212 - 00014220 |
| VIASAT_00014221 - 00014254 |
| VIASAT_00014255 - 00014255 |
| VIASAT_00014256 - 00014311 |
| VIASAT_00014312 - 00014399 |
| VIASAT_00014400 - 00014415 |
| VIASAT_00014416 - 00014520 |
| VIASAT_00014530 - 00014553 |
| VIASAT_00014633 - 00014813 |
| VIASAT_00014814 - 00014921 |
| VIASAT_00014922 - 00015031 |
| VIASAT_00015032 - 00015059 |
| VIASAT_00015060 - 00015155 |
| VIASAT_00015156 - 00015238 |
| VIASAT_00015239 - 00015239 |
| VIASAT_00015240 - 00015315 |
| VIASAT_00015316 - 00015429 |
| VIASAT_00015430 - 00015676 |
| VIASAT_00015862 - 00016050 |
| VIASAT_00016052 - 00016141 |
| VIASAT_00016145 - 00016214 |
| VIASAT_00016215 - 00016222 |
| VIASAT_00016223 - 00016260 |
| VIASAT_00016483 - 00017758 |
| VIASAT_00018372 - 00018372 |
| VIASAT_00018977 - 00019000 |
| VIASAT_00019050 - 00019050 |
| VIASAT_00019054 - 00019066 |
| VIASAT_00019158 - 00019158 |
| VIASAT_00019198 - 00019209 |
| VIASAT_00019643 - 00019643 |
| VIASAT_00019872 - 00019872 |
| VIASAT_00042463 - 00042463 |
| VIASAT_00042464 - 00042509 |
| VIASAT_00042759 - 00042764 |
| VIASAT_00046943 - 00046948 |
| VIASAT_00047150 - 00047160 |