# EXHIBIT D

Page 1

```
 1                 UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      OAKLAND DIVISION

 4   _____
                                             )
 5   SANDISK TECHNOLOGIES, INC., et al.,     )
                                             )
 6                                           )
                    Plaintiffs,              )
 7                                           )
             v.                              )
 8                                           )
                                             )
 9   VIASAT, INC.,                           )C.A. No.
                                             )4:22-CV-
10                                           )04376-HSG
                    Defendant.               )
11   _____)

12

13

14

15

16      VIDEO RECORDED IN-PERSON DEPOSITION OF FINN HUGHES

17                  Friday, February 28, 2025
                         at:  9:14 a.m.
18

19   Held at Shelborne Hotel, 27 St. Stephen's Green, Dublin,
     Ireland
20

21

22

23

24   JOB SY 010258

25   taken before Sherry Yan, RPR, California CSR 14442
```

Page 34

1           THE WITNESS:  I wouldn't speculate.

2      Q.   BY MR. BUROKER:  Did you receive any

3  communication from Porter about why it was dropping it?

4           MR. CURRAN:  Object to form.

5           THE WITNESS:  I didn't.

6      Q.   BY MR. BUROKER:  We will come back to that.

7  Exhibit 5 is a printout from LinkedIn, of a Finn Hughes,

8  who is a Senior Software Engineer at Viasat Ireland.

9           Is this your LinkedIn profile?

10           (Exhibit 5 marked.)

11      A.   It looks like it.

12      Q.   Probably not seen your LinkedIn Profile

13  printed in this form, but if you go to Print from

14  LinkedIn, this is the format, and I'll represent that we

15  printed it from LinkedIn in this way.

16           The last page, Page 3 of 3, lists education as

17  University of Bristol, Master of Engineering, Electrical

18  and Electronics Engineering; is that correct?

19      A.   Yes.

20      Q.   Do you have a bachelor's degree as well?

21      A.   No.

22      Q.   So the program here was just you go straight

23  to the Master's; is that correct?

24      A.   Yes.

25      Q.   And then upon graduation.  Is Livewire Digital

Page 35

1   the first employment you had after graduating from

2   University of Bristol?

3          A.   I think so.

4          Q.   And you left there in 2012 to join a company

5   called Lincor Solutions; is that correct?

6          A.   Yes.

7          Q.   And you worked at Lincor until about September

8   of 2015; is that correct?

9          A.   Yes.

10         Q.   And at that point did you join Viasat Ireland?

11         A.   No.

12         Q.   What was the name of the company you joined in

13  2015?

14         A.   Arconics.

15         Q.   And you were with Arconics until it was

16  acquired by Viasat in 2016; is that correct?

17         A.   I don't recall the date, but yes.

18         Q.   And then you became an employee of Viasat

19  Ireland at that point, upon the acquisition of Arconics?

20              MR. CURRAN:   Object to form.

21              THE WITNESS:   I don't recall a legal entity,

22  but it was Viasat.

23         Q.   BY MR. BUROKER:   And have you been employed

24  with Viasat continuously from the point of the

25  acquisition until today?

Page 36

```
1        A.    Yes.
2        Q.    When you first joined Arconics, what were you
3    working on?
4              MR. CURRAN:  Object to form.
5              THE WITNESS:  Wireless IFE.
6        Q.    BY MR. BUROKER:  Did Arconics have any
7    customers of wireless IFE at the time you joined the
8    company?
9        A.    We had a contract but nothing in production.
10       Q.    And who was the contract with?
11       A.    Tiger Airways.
12       Q.    Eventually did the Arconics wireless IFE
13   offering a launch with Tiger Airways?
14             MR. CURRAN:  Objection to scope.
15             THE WITNESS:  It did.
16       Q.    BY MR. BUROKER:  By the time of the
17   acquisition by Viasat, did Arconics have other active
18   users of the wireless IFE product?
19             MR. CURRAN:  Object to scope.
20             THE WITNESS:  I don't recall the timeline.
21       Q.    BY MR. BUROKER:  Was Arconics the first
22   company to launch a wireless in-flight entertainment
23   offering?
24             MR. CURRAN:  Object to form and scope.
25             THE WITNESS:  I don't think so.
```

Page 37

1          Q.   BY MR. BUROKER:  Who do you think was the
2     first company to launch a wireless in-flight
3     entertainment option?
4               MR. CURRAN:  Option.  Scope and form.
5               THE WITNESS:  I don't know.
6          Q.   BY MR. BUROKER:  Why do you --
7               MR. CURRAN:  Counsel, just for the record, we
8     have been going an hour now --
9          Q.   BY MR. BUROKER:  Okay.  Why do you think that
10    Arconics was not the first to launch a wireless
11    in-flight entertainment option?
12              MR. CURRAN:  Objection.  Scope.  Form.  And
13    mischaracterization.
14              THE WITNESS:  I don't remember.
15         Q.   BY MR. BUROKER:  So you are just not sure if
16    Arconics was first or not; is that fair?
17              MR. CURRAN:  Objection to form.
18              THE WITNESS:  I think we talked about
19    competitive products at that time.
20         Q.   BY MR. BUROKER:  Do you know who the
21    competitors were?
22              MR. CURRAN:  Objection.  Scope and form.
23              THE WITNESS:  No.
24              MR. BUROKER:  Okay.  We can take a break.
25              VIDEOGRAPHER:  Going off the record.  The time

Page 187

 1      Q.   BY MR. BUROKER:  This one, 16.

 2      A.   I have seen commits from Tyler Hester in the

 3   portal repo.

 4      Q.   And that's a portal -- strike that.  That's a

 5   code repo that is maintained in the Git system?

 6      A.   You can see commits to the source code in that

 7   system; is that correct?

 8           MR. CURRAN:  Objection.  Scope.

 9           THE WITNESS:  Yes.

10      Q.   BY MR. BUROKER:  A couple questions about the

11   source code.  We're not going to mark them as exhibits

12   because there is an Order -- the Court has entered that

13   doesn't let us do that.

14           So I am just going to pass you binders that

15   has the code in it.

16           There's two binders.  The first one starts

17   Bates numbers like you've seen before, but it's a

18   different sequence.  It starts with VIASAT-SC, and then

19   it goes from 1 -- I forget what these two sets are --

20   but I have a question about the file at 211, which is in

21   the second binder, the very last page.  So it's in the

22   blue paper; makes it easy.

23           So it's in the set that's got the blue paper,

24   the last page.

25      A.   Page number?

Page 188

1        Q.    The very last one, 211.  They are not in any
2    particular sequence.  These are printouts from different
3    portions of the page, just so you...
4              So this page may be a portion of a file
5    because of the way the Court Order is, we don't
6    necessarily get the printout of the entire file.
7              But are you familiar with █████████████
8    █████████████████████████████████████████
9              MR. CURRAN:  Objection.  Form.
10             THE WITNESS:  Not off the top of my head.
11       Q.    BY MR. BUROKER:  The very first part of that
12   says █████████
13             What is that?  Are you familiar with that
14   collection of code?
15             MR. CURRAN:  Objection.  Form.
16             THE WITNESS:  This is in the reverse domain
17   format.  At Arconics, we got the cloudstore ████ domain,
18   and we use that for wireless IFE.
19       Q.    BY MR. BUROKER:  What do you mean by reverse
20   domain format?
21       A.    I am highlighting the difference between the
22   web domain, ████████████, and the package name which
23   is ████████████.
24       Q.    I see.  So the repository where this file was
25   maintained or produced for inspection was the

1                      repository; correct?

2           MR. CURRAN:  Objection to form.

3           THE WITNESS:  That's what the last line of

4 this document appears to indicate.

5      Q.  BY MR. BUROKER:  And that's the code that used

6 to be -- used to be used to compile and generate the IFE

7 server before you moved to the second version; is that

8 correct?

9           MR. CURRAN:  Objection.  Form.

10           THE WITNESS:  Yes.

11      Q.  BY MR. BUROKER:  So do you know what the

12 function             -- strike that.  Do you know

13 what             does in that version of the source

14 code?

15           MR. CURRAN:  Objection to form.

16           THE WITNESS:  Not specifically.

17      Q.  BY MR. BUROKER:  Do you know what the

18 is?

19           MR. CURRAN:  Objection to form.

20           THE WITNESS:       is short for      ; so that

21 can be read as         .

22      Q.  BY MR. BUROKER:  All right.  Now one other one

23 that is going to be in the first binder I have a

24 question about is Page 92.  It's behind the Tab No. 25.

25 So it's Bates No. VIASAT-SC, a number of zeros, and then