# EXHIBIT E

████████████████████████████

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


SANDISK TECHNOLOGIES, INC.,
et al.,

      Plaintiffs,    Case No. 4:22-CV-04376-HSG

      vs.

VIASAT, INC.,

      Defendant.
_____


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF JOSH SLATER

COSTA MESA, CALIFORNIA

FEBRUARY 6, 2025


REPORTED BY PATRICIA Y. SCHULER, CSR NO. 11949

JOB NO: 10086

Page 35

```
 1        Q.    In what situation would you prefer a
 2   seatback device?
 3        A.    I prefer it in situations where I just
 4   want to relax.
 5        Q.    So turning back to your LinkedIn profile,
 6   Exhibit 1, the next thing on -- the next title
 7   listed, there's "Product owner, in-flight
 8   entertainment, 2015-2018."
 9              Do you see that?
10        A.    Yes.
11        Q.    And then there's a description there,
12   "Product owner and principal engineer for
13   integration of streaming wireless in-flight
14   entertainment, IFE, product for streaming
15   Hollywood-studio content to passenger devices
16   onboard commercial airlines."
17              Do you see that?
18        A.    Yes.
19        Q.    Could you describe -- what do you mean
20   here by "product owner"?
21        A.    Product owner is actually an agile term,
22   which is a development methodology.  So it
23   represents a role that prioritizes features, works
24   with the development team in order to deliver
25   features and solutions as part of that overall
```

Page 36

1   development.
2       Q.   And before you joined -- before you had
3   this role, did Viasat have -- have there been any
4   development work on an in-flight entertainment
5   product at Viasat?
6       A.   Can you clarify what you mean by
7   "development work on an in-flight entertainment
8   product at Viasat"?
9       Q.   I mean, did -- this in-flight
10  entertainment product, when you started working on
11  it, did you start from scratch or was there work
12  that you'd done before?
13      A.   Viasat didn't have any work prior to
14  that.  The initial integrations were done with a
15  third-party company that we integrated the
16  previously-built solution with our systems.
17      Q.   Do you know what company that is it?
18      A.   Arconics.
19      Q.   Do you wherein they're based?
20      A.   Ireland.
21      Q.   Do you know if Arconics was acquired by
22  Viasat?
23      A.   Yes.
24      Q.   Do you know when that happened?
25      A.   I believe it was 2016.

Page 37

```
 1        Q.   I believe in your prior answer -- excuse
 2   me -- you said you were involved in integrating the
 3   solution previously built by Arconics; is that
 4   right?
 5        A.   Yes.
 6        Q.   I guess, integrated with -- integrated
 7   with what?
 8        A.   It was integrated with our in-flight
 9   connectivity and other applications, servers, and
10   software.
11        Q.   Can you describe at a high level --
12        A.   Yeah.
13        Q.   -- what that process was like?
14             MR. JANG:  Objection; vague.
15             THE WITNESS:  Generally speaking, I was
16   working with their development team and working
17   through interfaces in order to bring their system
18   into our existing hardware and software systems in
19   order to make that solution work for the airlines.
20   BY MR. VINCENT:
21        Q.   Were there components -- I guess, were
22   there additional hardware components that needed to
23   be included in Viasat system on airlines -- on
24   aircraft?
25        A.   Can you clarify for what -- sorry.
```

 [redacted]

MR. JANG: Objection; vague.
Go ahead.
THE WITNESS: Can you clarify for what purpose?
BY MR. VINCENT:
Q. Yeah, for the ability to provide these IFE services.
A. No additional hardware was required.
Q. I assume there was software that had to be integrated into that -- those hardware components; is that correct?
MR. JANG: Objection to form.
THE WITNESS: There was software, yes, that needed to be integrated.
BY MR. VINCENT:
Q. Were you involved, at all, in the acquisition process of Arconics?
A. To some extent, yes.
Q. How?
A. I was involved, primarily, from a peripheral sense, in terms of -- I had a relationship with the technical teams. And so I was involved in some regard with the technical aspects of, specifically, some of the wireless IFE products and consultation to the internal