1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>              Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 226]** |

The Court having considered Viasat's Administrative Motion To File Under Seal [Dkt. 226], and the Ward Declaration in Support [Dkt. 226-1], the Court finds good cause to seal the unredacted versions of Viasat's Response in Opposition to Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D [Dkt. 225] and Exhibits A to D to the Curran Declaration filed in support of the same [Dkts. 225-2 to 225-5] from public access, and thus the Court hereby GRANTS Viasat's Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. Sealed/ (Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 226-2 / (225) | Viasat's Opposition to Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D | Analysis of Viasat confidential technical information, financial information, and product and contract information, including confidential information about Viasat's source code and how Viasat secures its products, as well as analysis revealing the specific terms of Viasat's contracts with third parties (on portions of pages 1, 3, 4, 5, 7, 9, 11) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 4, 5 | |
| Dkt. 226-3/ (225-2) | Ex. A to the Curran Declaration in Support of Viasat's Opposition to Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D – an excerpt from Dr. Almeroth's April 14, 2025 Rebuttal Non-Infringement Report | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties and analysis of Viasat confidential technical information, including the information about Viasat's product architecture (on portions of pages 16) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 4, 5 | |
| Dkt. 226-4/ (225-3) | Ex. B to the Curran Declaration in Support of Viasat's Opposition to Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D – an excerpt from Dr. Gareth Macartney's workpapers, served alongside his rebuttal damages report on April 14, 2025 | Analysis of Viasat confidential product and contract information, including the specific terms of Viasat's contracts with third parties and non-public information about the usage of Viasat's services (on redacted portions of sole page) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 5 | |
| Dkt. 226-5/ (225-4) | Ex. C to the Curran Declaration in Support of Viasat's Opposition to | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific | Ward. Decl. ¶¶ 3, 5 | |

| Dkt. No. Sealed/ (Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| | Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D – an excerpt from Ms. Lauren Kindler's March 24, 2025 Expert Report and the Appendices thereto | terms of Viasat's contracts with third parties and confidential internal metrics about Viasat's products and services (on portions of pages 149, 150, 153) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | | |
| Dkt. 226-6/ (225-5) | Ex. D to the Curran Declaration in Support of Viasat's Opposition to Sandisk's Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D – an excerpt from the transcript of the deposition of Finn Hughes | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables (on portions of pages 188, 189) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 4 | |

**IT IS SO ORDERED.**

DATED: _____

_____

HAYWOOD S. GILLIAM, JR.