L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC, <br><br> Defendant | Case No. 4:22-CV-4376-HSG <br><br> **DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF SANDISK'S OPPOSITION TO VIASAT'S MOTION TO STRIKE PORTIONS OF SANDISK'S EXPERT REPORTS** <br><br> Date: August 21, 2025 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 2, 4th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. |

I, L. Kieran Kieckhefer, hereby declare that:

1. I am an attorney with the law firm Gibson, Dunn & Crucher LLP. I represent Plaintiffs Sandisk Technologies, Inc., et. al., (together "Sandisk") in the above-captioned action asserting that Viasat Inc. ("Viasat") infringes two Asserted Patents: U.S. Patent No. 9,424,400 (the "'400 Patent") and U.S. Patent No. 10,447,667 (the "'667 Patent"). I have personal knowledge of the matters discussed herein.

2. Attached as Exhibit A is an excerpt of Dr. Easttom's opening expert report, served on March 24, 2025.

3. Attached as Exhibit B is an excerpt of Ms. Kindler's opening expert report, served on March 24, 2025.

4. Attached as Exhibit C is an excerpt of Dr. Almeroth's opening expert report, served on March 24, 2025.

5. Attached as Exhibit D a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00003234.

6. Attached as Exhibit E is an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00003288.

7. Attached as Exhibit F is an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00006471.

8. Attached as Exhibit G is a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00006927.

9. Attached as Exhibit H is an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00007973.

10. Attached as Exhibit I is an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00014633.

11. Attached as Exhibit J is an excerpt of the deposition transcript of Mr. Edillon, which deposition was taken in the above-captioned action.

12. Attached as Exhibit K is an excerpt of the deposition transcript of Mr. Tuli, which was deposition taken in the above-captioned action.

13. Attached as Exhibit L is an excerpt of the deposition transcript of Mr. Neri, which was deposition taken in the above-captioned action.

14. Attached as Exhibit M is an excerpt of the deposition transcript of Mr. Ybarra, which deposition was taken in the above-captioned action.

15. Attached as Exhibit N is an excerpt of the deposition transcript of Mr. Blankenbeckler, which deposition was taken in the above-captioned action.

16. Attached as Exhibit O is an excerpt of the deposition transcript of Dr. Hesselink, which deposition was taken in the above-captioned action.

17. Attached as Exhibit P is an excerpt of Viasat's Objections and Responses to Plaintiffs' First Set of Interrogatories, served December 8, 2023.

18. Attached as Exhibit Q is an excerpt of Viasat's Fourth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, served February 7, 2025.

19. Attached as Exhibit R is an email from myself to Viasat's counsel dated February 7, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 23, 2025

By:  /s/ L. Kieran Kieckhefer
     L. Kieran Kieckhefer