# EXHIBIT C

**Filed Under Seal**

**Highly Confidential - Attorneys' Eyes Only**