# EXHIBIT J

## Filed Under Seal

## Highly Confidential - Attorneys' Eyes Only