# EXHIBIT M

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5
       SANDISK TECHNOLOGIES, INC.,    )
 6     et al.,                        )
                                      )
 7             PLAINTIFFS,             )
                                      ) No. 4:22-cv-4376-HSG
 8             VS.                    )
                                      )
 9     VIASAT, INC.,                  )
                                      )
10             DEFENDANT.             )
       _____)
11
12
13
14        VIDEOTAPED DEPOSITION OF DANNY YBARRA 30(B)(6)
15     DESIGNATED HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16             THURSDAY, JANUARY 30, 2025, 10:06 A.M.
17                       IRVINE, CALIFORNIA
18
19
20
21
22
23  Reported by Desiree Cooks, CSR No. 14075
24  Job No. 7135353
25  Pages 1 - 173
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                        OAKLAND DIVISION
 4
 5
       SANDISK TECHNOLOGIES, INC.,    )
 6     et al.,                        )
                                      )
 7            PLAINTIFFS,             )
                                      )  No. 4:22-cv-4376-HSG
 8            VS.                     )
                                      )
 9     VIASAT, INC.,                  )
                                      )
10            DEFENDANT.              )
       _____)
11
12
13
14
15
16
17
18
19
20
21       THE VIDEOTAPED DEPOSITION OF DANNY YBARRA, taken at
22     3161 Michelson Drive, Suite 1200, Irvine, California, on
23     Thursday, January 30, 2025, at 10:06 a.m., before Desiree
24     Cooks, Certified Shorthand Reporter, in and for the State
25     of California.
```

Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     APPEARANCES:
 2     For the Plaintiffs:
 3          GIBSON DUNN & CRUTCHER
            BY: AHMED ELDESSOUKI, ESQ.
 4          200 Park Avenue
            New York, New York 10166
 5          (212) 351-2345
            aeldessouki@gibsondunn.com
 6
            GIBSON DUNN & CRUTCHER
 7          BY: L. KIERAN KIECKHEFER, ESQ.
            One Embarcadero Center, Suite 2600
 8          San Francisco, California 94111
            (415) 393-8337
 9          kkieckhefer@gibsondunn.com
10
       For the Defendant:
11
            QUINN EMANUEL URQUHART & SULLIVAN, LLP
12          BY: ANASTASIA M. FERNANDS, ESQ.
            295 5th Avenue
13          New York, New York 10016
            (212) 849-7000
14          anastasiafernands@quinnemanuel.com
15
       Also present:
16
            Scott Slater, Videographer
17
18
19
20
21
22
23
24
25
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                THURSDAY, JANUARY 30, 2025, 10:06 A.M.

 2                        IRVINE, CALIFORNIA

 3                                                              09:38:59

 4             THE VIDEOGRAPHER:  Good morning.  We are         10:04:32

 5   on the record at 10:06 a.m., Pacific Standard Time         10:06:47

 6   on January 30th, 2025.  Please note that the               10:06:53

 7   microphones are sensitive and may pick up whispering       10:06:57

 8   or private conversations.                                  10:07:01

 9             Please mute your phones at this time.            10:07:02

10   Audio and video recording will continue to take            10:07:04

11   place unless all parties agree to go off the record.       10:07:07

12             This is Media Unit 1 of the video-recorded       10:07:11

13   deposition of Danny Ybarra taken by counsel for            10:07:14

14   defendants in the matter of SanDisk Technologies,          10:07:18

15   Inc., et al., vs. Viasat, Inc., filed in the United        10:07:22

16   States District Court for the Northern District of         10:07:27

17   California, Oakland Division.  Case Number:                10:07:29

18   4:22-cv-4376-HSG.                                          10:07:32

19             This deposition is being conducted at            10:07:32

20   3161 Michelson Drive, on the 14th floor, in the city       10:07:44

21   of Irvine, California 92612.                               10:07:50

22             My name is Scott Slater, representing            10:07:51

23   Veritext Legal Solutions, and I am the videographer.       10:07:53

24   I am not related to any party in this action, nor am       10:07:56

25   I financially interested in the outcome.                   10:07:59
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | If there are any objections to proceeding, | 10:08:01 |
| 2 | please state them at the time of your appearance, | 10:08:03 |
| 3 | beginning with the noticing attorney. | 10:08:05 |
| 4 | MS. FERNANDS: Anastasia Fernands of | 10:08:07 |
| 5 | Quinn Emanuel Urquhart & Sullivan for Defendant | 10:08:11 |
| 6 | Viasat. | 10:08:14 |
| 7 | MR. ELDESSOUKI: Ahmed ElDessouki from | 10:08:14 |
| 8 | Gibson Dunn, and with me is Kieran Kieckhefer, also | 10:08:17 |
| 9 | from Gibson Dunn, on behalf of the Plaintiffs | 10:08:19 |
| 10 | SanDisk Technologies, Inc., et al. | 10:08:24 |
| 11 | THE VIDEOGRAPHER: Thank you very much. | 10:08:27 |
| 12 | Will the court reporter please introduce | 10:08:28 |
| 13 | themselves and administer the oath, and then we may | 10:08:29 |
| 14 | proceed. | 10:08:33 |
| 15 | THE REPORTER: Okay. My name is Desiree | 10:08:35 |
| 16 | Cooks. My CSR number is 14075. I will now swear in | 10:08:35 |
| 17 | the witness. | 10:08:36 |
| 18 | DANNY YBARRA, | 10:08:36 |
| 19 | having been first duly sworn, testifies as follows: | 10:08:36 |
| 20 | EXAMINATION | 09:38:59 |
| 21 | BY MS. FERNANDS: | 10:08:50 |
| 22 | Q   Good morning. | 10:08:52 |
| 23 | A   Good morning. | 10:08:52 |
| 24 | Q   Could you please state your full name for | 10:08:53 |
| 25 | the record. | 10:08:55 |

Page 7

| | | | |
|---|---|---|---|
| 1 | A | Danny Oralon Ybarra. | 10:08:55 |
| 2 | Q | What is your current address? | 10:09:01 |
| 3 | A | 26666 Trasmiras, Mission Viejo, | 10:09:02 |
| 4 | California. | | 10:09:07 |
| 5 | Q | Are you current employed? | 10:09:08 |
| 6 | A | No.  I'm retired. | 10:09:09 |
| 7 | Q | Okay.  For how long have you been retired? | 10:09:10 |
| 8 | A | Since June of 2022. | 10:09:12 |
| 9 | Q | And when you retired, from what company | 10:09:14 |
| 10 | did you retire? | | 10:09:16 |
| 11 | A | Western Digital. | 10:09:17 |
| 12 | Q | Okay.  When did you start working with | 10:09:24 |
| 13 | Western Digital? | | 10:09:25 |
| 14 | A | I had two segments of time.  I -- I came | 10:09:25 |
| 15 | back to WD in 2006.  But I also worked from | | 10:09:28 |
| 16 | Western Digital -- with Western Digital from 1985 to | | 10:09:31 |
| 17 | about 1994. | | 10:09:34 |
| 18 | Q | Have you ever been deposed before? | 10:09:36 |
| 19 | A | Yes. | 10:09:39 |
| 20 | Q | How many times? | 10:09:40 |
| 21 | A | Once. | 10:09:41 |
| 22 | Q | Okay.  When was that? | 10:09:43 |
| 23 | A | A few years ago. | 10:09:44 |
| 24 | Q | Okay.  Was that in your personal capacity | 10:09:49 |
| 25 | or as an employee of Western Digital? | | 10:09:51 |

```
 1    device would you like to have connected with this        01:23:58
 2    movie?                                                   01:24:02
 3            And this was a way that, in this                 01:24:02
 4    embodiment, our vendors said that would be a great       01:24:06
 5    way to control and limit access to the movie, to be      01:24:10
 6    able to play the movie.                                  01:24:13
 7            It could be an application, but 7C talks         01:24:15
 8    about a storage device, so I'll keep it at that.         01:24:21
 9        Q   And when 7C talks about a storage device,        01:24:23
10    what is your understanding of what is meant by           01:24:26
11    storage device here?                                     01:24:28
12        A   A storage device where the movie is being        01:24:28
13    kept, for -- the user's movie is being kept.             01:24:33
14        Q   So the storage device here is the user           01:24:35
15    device?                                                  01:24:37
16        A   Yes, yes, generally.  Or it's the device         01:24:37
17    in which you play the movie from.  The file is           01:24:40
18    stored on the storage device.                            01:24:46
19        Q   Could you turn to Column 5.                      01:24:48
20        A   Column 5.                                        01:25:18
21        Q   Column 5.  Do you see the paragraph              01:25:19
22    beginning at Line 9, "The system" -- it starts with,     01:25:22
23    "The system 100."                                        01:25:25
24        A   Yes.                                             01:25:26
25        Q   And it refers in the second sentence there      01:25:30
```

| | | |
|---|---|---|
| 1 | to "a portable storage device." | 01:25:36 |
| 2 | Do you see that? | 01:25:38 |
| 3 | A   Uh-huh. | 01:25:38 |
| 4 | Q   What is your understanding of what a | 01:25:38 |
| 5 | portable storage device is? | 01:25:41 |
| 6 | MR. ELDESSOUKI:  Objection.  Calls for a | 01:25:42 |
| 7 | legal conclusion. | 01:25:43 |
| 8 | THE WITNESS:  The portable storage device | 01:25:44 |
| 9 | is referencing to a device where there's a lot of | 01:25:49 |
| 10 | content accessible to the user in a variety of | 01:25:52 |
| 11 | places. | 01:25:55 |
| 12 | BY MS. FERNANDS: | 01:25:56 |
| 13 | Q   How does a portable storage device differ | 01:26:01 |
| 14 | from a storage device? | 01:26:04 |
| 15 | MR. ELDESSOUKI:  Objection.  Calls for a | 01:26:05 |
| 16 | legal conclusion. | 01:26:06 |
| 17 | THE WITNESS:  As we assign the key | 01:26:09 |
| 18 | materials to that storage device and that content to | 01:26:11 |
| 19 | the storage device, the user may want to roam or not | 01:26:16 |
| 20 | roam, and therefore gives the user the ability to do | 01:26:19 |
| 21 | that. | 01:26:21 |
| 22 | BY MS. FERNANDS: | 01:26:24 |
| 23 | Q   A user would have the ability to roam? | 01:26:24 |
| 24 | A   It may, in this one -- yes, in this | 01:26:26 |
| 25 | particular -- may support this capability, that's | 01:26:27 |

| | | |
|---|---|---|
| 1 | right. | 01:26:31 |
| 2 | Q    Okay.  We need to not speak over each | 01:26:31 |
| 3 | other, so. | 01:26:33 |
| 4 | A    I apologize. | 01:26:33 |
| 5 | Q    So is your understanding that a user would | 01:26:37 |
| 6 | have the ability to roam with a portable storage | 01:26:40 |
| 7 | device? | 01:26:43 |
| 8 | MR. ELDESSOUKI:  Same objection. | 01:26:43 |
| 9 | MS. FERNANDS:  Bless you. | 01:26:47 |
| 10 | THE WITNESS:  Did you say something? | 01:26:49 |
| 11 | MR. ELDESSOUKI:  I said objection.  Calls | 01:26:51 |
| 12 | for a legal conclusion. | 01:26:53 |
| 13 | THE WITNESS:  Okay.  The portable storage | 01:26:55 |
| 14 | device was in concert with the ability of the client | 01:27:14 |
| 15 | system to access that.  In the next line, we talk | 01:27:16 |
| 16 | about this content may be played on a player device | 01:27:19 |
| 17 | such as a Blu-ray player, a game console, screen | 01:27:22 |
| 18 | console. | 01:27:22 |
| 19 | It gives examples of that -- those types | 01:27:26 |
| 20 | of devices. | 01:27:30 |
| 21 | BY MS. FERNANDS: | 01:27:31 |
| 22 | Q    In your earlier answer, you stated that a | 01:27:31 |
| 23 | user may want to roam. | 01:27:36 |
| 24 | My question was whether a portable storage | 01:27:37 |
| 25 | device enables a user to roam? | 01:27:40 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | MR. ELDESSOUKI: Objection. Calls for a | 01:27:44 |
| 2 | legal conclusion. | 01:27:45 |
| 3 | THE WITNESS: It's one way to access the | 01:27:45 |
| 4 | media. | 01:27:46 |
| 5 | BY MS. FERNANDS: | 01:27:47 |
| 6 | Q   I don't think that's quite the answer to | 01:27:48 |
| 7 | my question. | 01:27:50 |
| 8 | When you say the portable storage device | 01:27:50 |
| 9 | may allow the user to roam, what did you mean by | 01:27:52 |
| 10 | that? | 01:27:55 |
| 11 | A   The content would be accessible -- may be | 01:27:55 |
| 12 | available to a user that wants to move around or not | 01:28:01 |
| 13 | move around. | 01:28:04 |
| 14 | (Reporter clarification.) | 01:28:04 |
| 15 | BY MS. FERNANDS: | 01:28:04 |
| 16 | Q   In that same paragraph, fourth sentence, I | 01:28:08 |
| 17 | think -- do you see the sentence beginning -- | 01:28:14 |
| 18 | sorry -- it's the third sentence.  "As another | 01:28:16 |
| 19 | example"? | 01:28:19 |
| 20 | A   Would you please read the sentence that | 01:28:19 |
| 21 | you're asking. | 01:28:23 |
| 22 | Q   Sure.  It starts at Line 14. | 01:28:24 |
| 23 | A   Uh-huh. | 01:28:26 |
| 24 | Q   "As another example, the playback device | 01:28:27 |
| 25 | may include an integrated storage device." | 01:28:30 |

Page 99

| | | |
|---|---|---|
| 1 | Do you see that? | 01:28:32 |
| 2 | A    Correct. | 01:28:32 |
| 3 | Q    What is an integrated storage device? | 01:28:33 |
| 4 | A    A storage device -- best is maybe an | 01:28:35 |
| 5 | example, a laptop. | 01:28:43 |
| 6 | (Reporter clarification.) | 01:28:43 |
| 7 | THE WITNESS: As an example, a storage | 01:28:45 |
| 8 | device may be in a laptop, it may be in an iPhone. | 01:28:47 |
| 9 | It may be something -- so the idea here is that the | 01:28:51 |
| 10 | integration of the storage device inside a box that | 01:28:56 |
| 11 | also plays is the context here. | 01:29:02 |
| 12 | BY MS. FERNANDS: | 01:29:02 |
| 13 | Q    Have you ever heard of the Apple FairPlay | 01:29:51 |
| 14 | DRM? | 01:29:53 |
| 15 | A    I do not have any recollection of an Apple | 01:29:54 |
| 16 | FairPlay DRM. | 01:30:03 |
| 17 | Q    How about Google Widevine DRM? | 01:30:03 |
| 18 | A    No. | 01:30:05 |
| 19 | Q    Microsoft PlayReady DRM, have you heard of | 01:30:06 |
| 20 | that? | 01:30:11 |
| 21 | A    If I heard that, it might have only been | 01:30:12 |
| 22 | not in context of the product or project | 01:30:17 |
| 23 | development. It was just a buzzword since I deal | 01:30:19 |
| 24 | with Microsoft tools and things like that. | 01:30:22 |
| 25 | But that was just the depth of just | 01:30:27 |

Page 100