# EXHIBIT P

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Steven Cherny (*pro hac forthcoming*)
2    stevencherny@quinnemanuel.com
     Patrick Curran (Bar No. 241630)
3    patrickcurran@quinnemanuel.com
   111 Huntington Ave, Suite 520
4  Boston, MA 02199
   Telephone:    (617) 712-7100
5  Facsimile:    (617) 712-7200

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jodie Cheng (Bar No. 292330)
7    jodiecheng@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, CA 94111
   Telephone:    (415) 875-6600
9  Facsimile:    (415) 875-6700

10 *Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiff, <br><br> vs. <br><br> VIASAT, INC.,, <br><br> Defendant. | Case No. 5:22-cv-4376 <br><br> **VIASAT, INC.'S OBJECTIONS & RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-8)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Viasat, Inc. ("Viasat") hereby responds to Plaintiffs' First Set of Interrogatories (Nos. 1-8) as follows.  Pursuant to Federal Rule of Civil Procedure 26(e), Plaintiff reserves the right to supplement its responses to these Interrogatories if it learns of additional responsive information.

identified in Plaintiffs' Complaint and any amendments thereto, and products identified in Plaintiffs' Patent L.R. 3-1 infringement contentions served on February 23, 2023, and any amendments thereto," as well as "Viasat products, services, and components referred to or described in "Viasat in-flight connectivity solutions" (WD-Viasat-NDCA00000181) and "Wireless IFE Datasheet" (WD-Viasat-NDCA00000204)." Viasat also objects to the definition of "Accused Products" to the extent that it includes "products identified in Plaintiffs' Patent L.R. 3-1 infringement contentions served on February 23, 2023" because, as Viasat has previously expressed to Plaintiffs, Plaintiffs' Patent L.R. 3-1 infringement contentions are deficient in that, *inter alia*, they fail to sufficiently identify the products, software, or systems that Plaintiffs accuse of infringement. Unless otherwise stated in response to a specific Interrogatory, Viasat construes the term "Accused Product" to refer only to those products, systems, or services expressly identified in Plaintiffs' operative Complaint and Plaintiffs' Patent L.R. 3-1 infringement contentions served on February 23, 2023, to the extent any products, systems, and services were sufficiently identified such that they can be known and understood by Viasat.

2. Viasat objects to the definition of "Viasat," "Defendant," "You," or "Your" to the extent it encompasses persons and entities other than Viasat Inc. and is overbroad, vague, and ambiguous with respect to "subsidiaries, divisions, predecessor and successor companies, affiliates, parents, any partnership or joint venture to which it may be a party, and each of its . . . officers, directors, representatives, consultants, accountants, and attorneys." Unless otherwise stated in response to a specific Interrogatory, Viasat construes the terms "Viasat," "Defendant," "You," or "Your" to encompass only Viasat Inc. and its employees and agents.

**RESPONSES TO FIRST SET OF INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify by name, model number, and any other identifying indicia any Viasat products or services that use or provide media streaming, including Viasat's in-flight entertainment and communication ("IFEC") systems for use in commercial and private aviation and all products and components referred to or described in "Viasat in-flight connectivity solutions" (WD-Viasat-NDCA00000181) and "Wireless IFE Datasheet" (WD-Viasat-NDCA00000204), and that are or

have been made, used, offered for sale, sold, or licensed in the United States, or imported into the United States by or on behalf of You since July 28, 2016. Include in your response the identity of each Document that supports your answer or to which you referred in preparing your answer.

**RESPONSE TO INTERROGATORY NO. 1:**

Viasat incorporates by reference all of its General Objections as if fully set forth herein. Viasat further objects to this Interrogatory as overbroad, vague, ambiguous, unduly burdensome, and disproportionate to the needs of the action to the extent it seeks information regarding "Viasat products or services that use or provide media streaming," which Plaintiffs have not accused of infringement in this action. Viasat further objects to this Interrogatory as premature, including because the Court has not yet set a schedule in this case and Plaintiffs' Patent L.R. 3-1 infringement contentions served on February 23, 2023 are deficient.

Subject to and without waiving the foregoing objections, Viasat responds as follows: Pursuant to Federal Rule of Civil Procedure 33(d) and Viasat's responses to Requests for Production Nos. 1, 5, and 46, Viasat has produced documents from which information pertaining to the name, model number, and any other identifying indicia of the Accused Products can be reasonably ascertained, including at VIASAT_00000618-VIASAT_00000629, VIASAT_00003234-VIASAT_00003287, VIASAT_00003288-VIASAT_00003349, VIASAT_00003446-VIASAT_00003457, VIASAT_00003458-VIASAT_00003460, VIASAT_00005782-VIASAT_00006140, VIASAT_00006141-VIASAT_00006146, and VIASAT_00006147-VIASAT_00006152.

Viasat's investigation and discovery are ongoing. Viasat reserves all rights to amend or supplement its objections and/or responses as its investigation continues.

**INTERROGATORY NO. 2:**

For each Accused Product, including any product or service identified in response to Interrogatory No. 1, Identify the Persons or Entities most knowledgeable about its research, conception, design, development, engineering, and testing and describe the nature of each Person's or Entity's involvement. Include in your response the identity of each Document that supports your answer or to which you referred in preparing your answer.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I caused a copy of the foregoing document to be served on the following counsel for Plaintiffs via email:

| | |
|---|---|
| L. Kieran Kieckhefer: | KKieckhefer@gibsondunn.com |
| Ahmed ElDessouki: | aeldessouki@gibsondunn.com |
| Lillian J. Mao: | LMao@gibsondunn.com |

*/s/ Nicola R. Felice*
Nicola R. Felice
Counsel for Defendant