# EXHIBIT R

| | |
|---|---|
| **Subject:** | Re: SanDisk v. Viasat - document production |
| **Date:** | Friday, February 7, 2025 at 7:47:29 PM Eastern Standard Time |
| **From:** | ElDessouki, Ahmed |
| **To:** | QE-Viasat-WD |
| **CC:** | *** GDC-NDCA Western Digital-Viasat |

Counsel,

SanDisk is producing documents bearing the Bates numbers WD-Viasat-NDCA00015235 - WD-Viasat-NDCA00016465.  The production is available here:
https://app.everlaw.com/51588/dl/5OAV9VHJDGo3Y8g-feJ6l4Z1diG0X6KLIb8H7-nk4a-F

Kind regards,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Date:** Friday, February 7, 2025 at 8:17 AM
**To:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** SanDisk v. Viasat - document production

Counsel,

SanDisk is producing one document bearing the Bates numbers WD-Viasat-NDCA00015092 - WD-Viasat-NDCA00015234.  The production is available here:
https://app.everlaw.com/51588/dl/6w_KSx0XoPueqXcPgguZesMy37RvUV4u4sTlWkdqJMye

We are also providing a password-protected PDF of the document, as it may be relevant to today's deposition.  It can be downloaded from here: https://gibsondunn.sharefile.com/d-s146b47ffc49048e6a640ece21bbd2062

Password for the production will be sent separately.

Thanks

**Ahmed ElDessouki**

1 of 2

Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193