L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF LILLIAN J. MAO IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION TO STRIKE LAUREN KINDLER'S MAY 5, 2025 SUPPLEMENTAL EXPERT REPORT**<br><br>Date:　August 21, 2025<br>Time:　2:00 p.m.<br>Dept.:　Courtroom 2, 4th Floor<br>Judge:　Hon. Haywood S. Gilliam, Jr. |

I, Lillian J. Mao, declare as follows:

1. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP. I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat"). I have personal knowledge of the matters discussed herein.

2. I make this declaration in support of Sandisk's Opposition To Viasat's Motion To Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report.

3. On March 24, 2025, at 3:13 p.m. Pacific, Viasat served a production of documents bearing bates numbers VIASAT_00139390 to VIASAT_00139773. Each bates number represents a native spreadsheet, for a total of 384 spreadsheets. In total, these native spreadsheets are approximately 1.6 Gigabytes (GB) in size.

4. Attached hereto as **Exhibit 1** is a true and correct excerpt of the Expert Report of Lauren R. Kindler, served by Sandisk on March 24, 2025. The main body of Ms. Kindler's report is 181 pages long. As served, it was accompanied by 105 pages of supporting appendices and exhibits, not counting her CV or list of materials considered.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Supplemental Expert Report of Lauren R. Kindler, served by Sandisk on May 5, 2025. The main body of Ms. Kindler's supplemental report is 22 pages long. As served, it was accompanied by 104 pages of supplemental exhibits, not counting her CV or list of materials considered.

6. Attached hereto as **Exhibit 3** is a true and correct excerpt of the deposition transcript of Lauren R. Kindler, taken by Viasat on May 9, 2025. According to the times noted on the record, Ms. Kindler's deposition began at 9:08 a.m. and concluded at 3:11 p.m.

7. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain between the parties' counsel, with dates between March 26, 2025 and April 2, 2025.

8. In response to Viasat's request for Ms. Kindler's "workbooks" as reflected in Exhibit 4, Sandisk's counsel reached out to Ms. Kindler and her team to request the materials. Ms. Kindler's team informed Sandisk's counsel, including myself, that it would take a few days to prepare the underlying code and Excel files that support the exhibits and analyses in Ms. Kindler's report. Ms. Kindler's team explained to us that the process would take time because, *inter alia*, they wanted to ensure a clean and well-organized production folder with a clear mapping of analyses to exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June 2025 in Saratoga, California.

_____
Lillian J. Mao