# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Re: SanDisk v. Viasat - Kindler Materials |
| **Date:** | Wednesday, April 2, 2025 at 11:20:05 AM Pacific Daylight Time |
| **From:** | Buroker, Brian M. |
| **To:** | Hannah Dawson, QE-Viasat-WD |
| **CC:** | *** GDC-NDCA Western Digital-Viasat, ElDessouki, Ahmed |

Hannah,

The native back-up materials we agreed to provide are available for download in the following link:

https://gibsondunn.sharefile.com/d-s3fb9eca9d15c40d3b0a5d5f9744d9454

In addition, it was discovered in the process of collecting these backup materials that the last page of exhibit 7.1.1 was inadvertently not included in the expert report PDF served on March 24. The complete report is also included in the link, along with a PDF of all pages of 7.1.1.

Best,
Brian

**Brian M. Buroker**
Partner

T: +1 202.955.8541  |  M: +1 703.927.2129
bburoker@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M St., N.W.; Washington DC 20036-4504

---

**From:** Brian Buroker <BBuroker@gibsondunn.com>
**Date:** Monday, March 31, 2025 at 4:52 PM
**To:** Hannah Dawson <hannahdawson@quinnemanuel.com>, Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: SanDisk v. Viasat - Kindler Materials

Hannah,

If Viasat will agree to provide underlying native Excel spreadsheets it uses to provide any calculations in its rebuttal damages report, we can agree to provide native Excel files that provide the calculations and formulas that generated the numbers in Ms. Kindler's final, submitted expert report and exhibits.

Please let us know if that approach works for Viasat.

Brian

**Brian M. Buroker**

1 of 6

Partner

T: +1 202.955.8541 | M: +1 703.927.2129
bburoker@gibsondunn.com

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1700 M St., N.W.; Washington DC 20036-4504

---

**From:** Hannah Dawson <hannahdawson@quinnemanuel.com>
**Date:** Monday, March 31, 2025 at 11:12 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: SanDisk v. Viasat - Kindler Materials

> **This Message Is From an External Sender**
> This message came from outside your organization.

Ahmed,

Thank you for your response. Due to the schedule, Viasat needs to know as soon as possible what Plaintiffs' response is. If Plaintiffs cannot confirm today that they will turn over the Kindler workbooks, please provide your availability for a meet and confer tomorrow. Viasat is available between 2 PM and 4 PM PT.

Best,
Hannah

**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Mar 31, 2025, at 10:32 AM, ElDessouki, Ahmed <AElDessouki@gibsondunn.com> wrote:

**[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]**

Hi Hannah,

Thanks for the clarification. We're assessing the request, along with Analysis Group, and will revert.

Thanks

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

On Mar 29, 2025, at 2:02 AM, Hannah Dawson <hannahdawson@quinnemanuel.com> wrote:

Counsel,

Considering the short turn-around for rebuttal expert reports, please confirm that Plaintiffs will produce the native Excel workbooks for Lauren Kindler's report by Monday at 10 AM PT, or confirm your availability to meet and confer on Monday at 2-3 PM PT.

Best,
Hannah

**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Hannah Dawson <hannahdawson@quinnemanuel.com>
**Sent:** Thursday, March 27, 2025 8:11 PM
**To:** Ahmed ElDessouki <AElDessouki@gibsondunn.com>
**Cc:** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>; QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
**Subject:** Re: SanDisk v. Viasat - Kindler Materials

Ahmed,

There appears to be some confusion. We are not requesting prior iterations, draft work papers, or draft reports. We are requesting the underlying Excel files (in their native, electronic form) containing the calculations and formulas that generated the numbers in Ms. Kindler's final, submitted expert report and exhibits. This is a standard request for material required under FRCP 26(a)(2)(B). *Wi-Lan USA, Inc. v. Apple Inc.*, No. 13CV798-DMS (BLM), 2014 U.S. Dist. LEXIS 193332, at *7 (S.D. Cal. July 17, 2014) (citing FRCP 26(a)(2)(B) advisory committee's notes (2010 amendments" and granting motion to compel production of expert's "preparatory work" because Rule 26(a)(2)(B) "disclosure include[s] all facts or data considered by the witness in forming the opinions to be offered"); *C.R. Bard, Inc. v. Med. Components, Inc.*, No. 2:17-cv-00754, 2024 U.S. Dist. LEXIS 206587, at *8-9 (D. Utah Nov. 13, 2024) (granting motion to compel "[a]ny Excel spreadsheet MedComp's expert used in forming her opinion…, with "live" formula cells and within-cell links" and ruling that "[t]he formulas and links must be included in the spreadsheet, exactly as used by the expert"). Without the underlying Excel files, our expert will not be able to check the accuracy of Ms. Kindler's findings without reverse engineering her entire analysis.

Best,
Hannah

**Hannah Dawson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately

by e-mail, and delete the original message.

> On Mar 27, 2025, at 5:06 PM, ElDessouki, Ahmed <AElDessouki@gibsondunn.com> wrote:
>
> [EXTERNAL EMAIL from aeldessouki@gibsondunn.com]
>
> We will produce the materials cited, which are all publicly accessible, by tomorrow. With respect to the request for "underlying workbooks and/or work papers," the analysis is fully set forth in the exhibits. To the extent any other work product was generated beyond what is in the report, it is not appropriate for discovery as being drafts of the report that are not subject to discovery.
>
> **Ahmed ElDessouki**
> Counsel
>
> T: +1 212.351.2345
> AElDessouki@gibsondunn.com
>
> **GIBSON DUNN**
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue, New York, NY 10166-0193
>
> ---
>
> **From:** Hannah Dawson <hannahdawson@quinnemanuel.com>
> **Date:** Wednesday, March 26, 2025 at 2:43 PM
> **To:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
> **Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>
> **Subject:** SanDisk v. Viasat - Kindler Materials
>
> Counsel,
>
> Please provide the backup materials to Lauren Kindler's March 24 expert report, including her underlying workbooks and/or work papers. Considering the case schedule, please provide all such backup materials by no later than close of business tomorrow, March 27. Please also provide copies of all materials cited by Ms. Kindler that have not previously been produced in the litigation.
>
> Best,
> Hannah
>
> **Hannah Dawson**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617.712.7107 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
hannahdawson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.