L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>                  Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION TO STRIKE PLAINTIFFS' '400 PATENT "AUTHENTICATING" THEORIES**<br><br>Date:   August 21, 2025<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Shuo Josh Zhang, declare as follows:

1.      I am an attorney duly licensed to practice law in the District of Columbia and the State of California and have been admitted *pro hac vice* to appear in this action.

2.      I am an attorney with the law firm Gibson, Dunn & Crutcher LLP and am one of the attorneys representing Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "Sandisk") in this action.  I make this declaration in support of Sandisk's Opposition to Viasat's Motion to Strike Plaintiffs' '400 Patent "Authenticating" Theories.  I have personal knowledge of the matters stated herein and, if asked, could competently testify thereto.

3.      Attached as **Exhibit A** is a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri.

4.      Attached as **Exhibit B** is a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan.

5.      Attached as **Exhibit C** is a true and correct copy of an Errata Sheet, dated June 23, 2025, signed by Dr. Chuck Easttom to his Expert Report dated March 24, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2025 in Washington, DC.


*/s/ S. Josh. Zhang*
Shuo Josh Zhang

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

*/s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer