L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

SANDISK TECHNOLOGIES, INC., et al.,

        Plaintiffs,

v.

VIASAT, INC.,

        Defendant.

Case No.: 4:22-cv-4376-HSG

**DECLARATION OF LILLIAN J. MAO IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION TO EXCLUDE CERTAIN OPINIONS OF CHUCK EASTTOM AND LAUREN KINDLER**

Date: August 21, 2025
Time: 2:00 p.m.
Dept.: Courtroom 2, 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

I, Lillian J. Mao, declare as follows:

1. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP. I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat"). I have personal knowledge of the matters discussed herein.

2. I make this declaration in support of Sandisk's Opposition To Viasat's Motion To Exclude Certain Opinions Of Chuck Easttom And Lauren Kindler.

3. Attached hereto as **Exhibit 1** is a true and correct excerpt of the Expert Infringement report of Dr. William C. Easttom II (Chuck Easttom) Ph.D., D.Sc., served by Sandisk on March 24, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct excerpt of the Expert Report of Lauren R. Kindler, served by Sandisk on March 24, 2025.

5. Attached hereto as **Exhibit 3** is a true and correct excerpt of the deposition transcript of Lauren R. Kindler, taken by Viasat on May 9, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June 2025 in Saratoga, California.

Lillian J. Mao