L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>                  Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "Plaintiffs" or "Sandisk") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are being submitted in support of Sandisk's Opposition to Viasat's Motion to Strike Portions of SanDisk's Expert Reports (Dkt. 199). The materials to be sealed include the highlighted portions of Sandisk's Opposition to Viasat's Motion to Strike Portions of SanDisk's Expert Reports. Sandisk also requests the following exhibits to the concurrently filed Kieckhefer Declaration to be sealed:

- Exhibit A, an excerpt of Dr. Chuck Easttom's opening expert report, served on March 24, 2025.
- Exhibit B, an excerpt of Ms. Lauren R. Kindler's opening expert report, served on March 24, 2025.
- Exhibit C, an excerpt of Dr. Kevin Almeroth's opening expert report, served on March 24, 2025.
- Exhibit D, a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00003234.
- Exhibit E, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00003288.
- Exhibit F, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00006471.
- Exhibit G, a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00006927.
- Exhibit H, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00007973.
- Exhibit I, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00014633.

- Exhibit J, an excerpt of the deposition transcript of Mr. Edwin Edillon, whose deposition was taken in the above-captioned action on February 7, 2025.
- Exhibit K, an excerpt of the deposition transcript of Mr. Ajai Tuli, whose deposition was taken in the above-captioned action on February 5, 2025.
- Exhibit L, an excerpt of the deposition transcript of Mr. Jason Neri, whose was deposition taken in the above-captioned action on February 5, 2025.
- Exhibit Q, an excerpt of Viasat's Fourth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, served February 7, 2025.

All materials identified above include information that has been designated by Defendant Viasat Inc. ("Viasat") as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 90) or contain multiple references to information that Viasat has so designated. Plaintiffs take no position on whether the material should be sealed. Sandisk expects Viasat to provide the evidence in support of sealing.

For the reasons above, Sandisk respectfully requests that the materials identified above be filed under seal or redacted.

DATED: June 23, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki
Shuo Zhang

*Attorneys for Plaintiffs*