IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, finds that there are compelling reasons to seal the portions identified in Plaintiffs' Motion. Specifically, the Court orders the following remain under seal:

- The highlighted portions of Sandisk's Opposition to Viasat's Motion to Strike Portions of SanDisk's Expert Reports.
- Exhibit A, an excerpt of Dr. Chuck Easttom's opening expert report, served on March 24, 2025.
- Exhibit B, an excerpt of Ms. Lauren R. Kindler's opening expert report, served on March 24, 2025.
- Exhibit C, an excerpt of Dr. Kevin Almeroth's opening expert report, served on March 24, 2025.
- Exhibit D, a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00003234.
- Exhibit E, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00003288.
- Exhibit F, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00006471.
- Exhibit G, a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00006927.
- Exhibit H, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00007973.
- Exhibit I, an excerpt of a document that Viasat produced in the above-captioned action with the Bates No. VIASAT_00014633.
- Exhibit J, an excerpt of the deposition transcript of Mr. Edwin Edillon, whose deposition was taken in the above-captioned action on February 7, 2025.

Gibson, Dunn & Crutcher LLP

1

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

- Exhibit K, an excerpt of the deposition transcript of Mr. Ajai Tuli, whose deposition was taken in the above-captioned action on February 5, 2025.
- Exhibit L, an excerpt of the deposition transcript of Mr. Jason Neri, whose was deposition taken in the above-captioned action on February 5, 2025.
- Exhibit Q, an excerpt of Viasat's Fourth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, served February 7, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

Gibson, Dunn & Crutcher LLP

2

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG