1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, finds that there are compelling reasons to seal the portions identified in Plaintiffs' Motion. Specifically, the Court orders the following exhibits in support of Sandisk's Opposition to Viasat's Motion to Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report remain sealed:

- Exhibit 1, a true and correct excerpt of the Expert Report of Lauren R. Kindler, served by Sandisk on March 24, 2025.
- Exhibit 2, a true and correct copy of the Supplemental Expert Report of Lauren R. Kindler, served by Sandisk on May 5, 2025.
- Exhibit 3, a true and correct excerpt of the deposition transcript of Lauren R. Kindler, taken by Viasat on May 9, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

Gibson, Dunn & Crutcher LLP

1

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG