1  L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
2  One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
3  Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com
4
Robert A. Vincent (*pro hac vice*)
5  GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
6  Dallas, TX 75201-2923
Telephone: 214.698.3281
7  RVincent@gibsondunn.com

8  Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
9  310 University Avenue
Palo Alto, CA 94301-1744
10  Telephone: 650.849.5307
LMao@gibsondunn.com
11

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Gibson, Dunn & Crutcher LLP

1    Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP

2    Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together

3    "Plaintiffs" or "Sandisk") respectfully submit this Administrative Motion to Consider Whether Another

4    Party's Material Should Be Sealed.

5    The materials sought to be sealed are being submitted in support of Sandisk's Opposition to

6    Viasat's Motion to Strike Plaintiffs' '400 Patent "Authenticating" Theories (Dkt. 204).  The materials

7    to be sealed include the highlighted portions of Sandisk's Opposition to Viasat's Motion to Strike

8    Plaintiffs' '400 Patent "Authenticating" Theories.  Sandisk also requests the following exhibits to the

9    concurrently filed Zhang Declaration to be sealed:

10    • **Exhibit A**, a true and correct copy of the deposition transcript of Mr. Jason Neri on

11        February 5, 2025, and signed Errata Sheet by Mr. Neri.

12    • **Exhibit B**, a true and correct copy of the deposition transcript of Mr. Des O'Sullivan

13        on February 26, 2025, and signed Errata Sheet by Mr. O'Sullivan.

14    • **Exhibit C**, a true and correct copy of the Errata Sheet, dated June 23, 2025, signed by

15        Dr. Chuck Easttom to his Expert Report dated March 24, 2024.

16    All materials identified above include information that has been designated by Defendant Viasat

17    Inc. ("Viasat") as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective

18    Order (Dkt. No. 90) or contain multiple references to information that Viasat has so designated.

19    Plaintiffs take no position on whether the material should be sealed.  Sandisk expects Viasat to provide

20    the evidence in support of sealing.

21    For the reasons above, Sandisk respectfully requests that the materials identified above be

22    filed under seal or redacted.

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1

1

2   DATED: June 23, 2025                          Respectfully submitted,

3                                                 GIBSON, DUNN & CRUTCHER LLP

4                                                 By: /s/ L. Kieran Kieckhefer
                                                      L. Kieran Kieckhefer
5                                                     Brian M. Buroker
                                                      Robert A. Vincent
6                                                     Lillian J. Mao
                                                      Ahmed ElDessouki
7                                                     Shuo Zhang

8                                                 *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28