IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, finds that there are compelling reasons to seal the portions identified in Plaintiffs' Motion. Specifically, the Court orders the following remain under seal:

- The highlighted portions of Sandisk's Opposition to Viasat's Motion to Strike Plaintiffs' '400 Patent "Authenticating" Theories.
- Exhibit A, a true and correct copy of the deposition transcript of Mr. Jason Neri on February 5, 2025, and signed Errata Sheet by Mr. Neri.
- Exhibit B, a true and correct copy of the deposition transcript of Mr. Des O'Sullivan on February 26, 2025, and signed Errata Sheet by Mr. O'Sullivan.
- Exhibit C, a true and correct copy of the Errata Sheet, dated June 23, 2025, signed by Dr. Chuck Easttom to his Expert Report dated March 24, 2024.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

Gibson, Dunn & Crutcher LLP

1

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG