IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, finds that there are compelling reasons to seal the portions identified in Plaintiffs' Motion. Specifically, the Court orders the following remain under seal:

- The highlighted portions of Sandisk's Opposition to Viasat's Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler.
- Exhibit 1, a true and correct excerpt of the Expert Infringement report of Dr. William C. Easttom II (Chuck Easttom) Ph.D., D.Sc., served by Sandisk on March 24, 2025.
- Exhibit 2, a true and correct excerpt of the Expert Report of Lauren R. Kindler, served by Sandisk on March 24, 2025.
- Exhibit 3, a true and correct excerpt of the deposition transcript of Lauren R. Kindler, taken by Viasat on May 9, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

1

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

Gibson, Dunn & Crutcher LLP