L. Kieran Kieckhefer (SBN 251978)
KKieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504

*Attorneys for Plaintiffs*

Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
Tzivya H. Beck (*pro hac vice*)
Hannah Dawson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100

Jodie Cheng (Bar No. 292330)
Gyu Shik Jang (Bar No, 337747)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Nicola R. Felice (*proc hac vice*)
Anastasia Fernands (*pro hac vice*)
Vanessa Blecher (*pro hac vice*)
Alicia Lai (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs") and Viasat, Inc. ("Defendant"), acting by and through their respective counsel of record, hereby stipulate and respectfully submit as follows:

WHEREAS, on June 9, 2025, Viasat filed a Motion for Summary Judgment for Noninfringement (Dkt. 205), and Plaintiffs filed a Motion for Partial Summary Judgment (Dkt. 210) (together, "Motions for Summary Judgment");

WHEREAS, the parties' respective oppositions to the Motions for Summary Judgment are currently due on June 30, 2025 (Dkt. 131),

WHEREAS, several members of Plaintiffs' team have been afflicted by illness, which has impeded Plaintiffs' preparation of their opposition to Viasat's motion;

WHEREAS, Plaintiffs seek an extension for filing their opposition to Viasat's motion, and are amenable to a corresponding extension for Viasat's opposition;

WHEREAS, the parties previously sought and received a continuance of the hearing on the Motions for Summary Judgment from August 14 to August 21, 2025 (Dkt. 217);

WHEREAS, the parties state that they have not previously requested any other time modifications relating to these motions, other than the aforementioned hearing date change, and that the requested extension will not affect the case schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, that the schedule for the Motions for Summary Judgment be modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Oppositions to Motions for Summary Judgment | June 30, 2025 | July 3, 2025 |
| Replies re Motions for Summary Judgment | July 14, 2025 | July 18, 2025 |
| Hearing on Motions for Summary Judgment | August 21, 2025 at 2:00 p.m. | |

/ / /

**IT IS SO STIPULATED.**

Dated: June 26, 2025                          /s/ Brian Buroker
                                              Counsel for Plaintiffs

Dated: June 26, 2025                          /s/ Patrick Curran
                                              Counsel for Defendant

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

                                              /s/ Brian Buroker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                     UNITED STATES DISTRICT JUDGE