L. Kieran Kieckhefer (SBN 251978)
KKieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504

*Attorneys for Plaintiffs*

Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick Curran (Bar No. 241630)
Tzivya H. Beck (*pro hac vice*)
Hannah Dawson ((*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100

Jodie Cheng (Bar No. 292330)
Gyu Shik Jang (Bar No. 337747)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600

Nicola R. Felice (*proc hac vice*)
Anastasia Fernands (*proc hac vice*)
Vanessa Blecher (*proc hac vice*)
Alicia Lai (*proc hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE OF PENDING MOTIONS** |
| v. | |
| VIASAT, INC., | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs") and Viasat, Inc. ("Defendant"), acting by and through their respective counsel of record, hereby stipulate and respectfully submit as follows:

WHEREAS, on June 9, 2025, the parties exchanged the following motions:

1. Defendant filed a Motion to Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories;

2. Defendant filed a Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler; and

3. Plaintiff filed a *Daubert* Motion to Exclude Certain Opinions of Gareth Macartney, PhD.

WHEREAS, pursuant to Civil Local Rules 7-3(c), the deadline for Plaintiffs to file a reply in support of their *Daubert* Motion to Exclude Certain Opinions of Gareth Macartney is June 30, 2025, and the deadline for Defendant to file replies in support of its Motion to Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories and its Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler is also June 30, 2025;

WHEREAS, having met and conferred, the Parties agree and respectfully submit that an extension of the aforementioned deadlines is warranted;

WHEREAS, the Parties state that they have not previously requested any time modifications relating to these motions, and that the requested extension will not affect the case schedule.

WHEREAS, the Parties have agreed and stipulate that Plaintiffs shall have until July 3, 2025, to file their reply, and that Defendant shall have until July 3, 2025, to files its replies;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, that:

1. Plaintiffs' deadline to file a reply in support of their Daubert Motion to Exclude Certain Opinions of Gareth Macartney is July 3, 2025;

2. Defendant's deadline to file a reply in support of its Motion to Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories is July 3, 2025; and

3. Defendant's deadline to file a reply in support of its Motion to Exclude Certain Opinions of Chuck Easttom and Lauren Kindler is July 3, 2025.

**IT IS SO STIPULATED.**

Dated: June 26, 2025        */s/ Patrick D. Curran*
                                             Counsel for Defendant

Dated: June 26, 2025          /s/ Ahmed ElDessouki
                              Counsel for Plaintiffs

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

                              /s/ Patrick D. Curran

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/27/2025                                   _____
                                                    UNITED STATES DISTRICT JUDGE