# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SANDISK TECHNOLOGIES, INC., et al.,

                Plaintiffs,

v.

VIASAT, INC.,

                Defendant.

Case No. 4:22-cv-04376-HSG

**EXPERT REPORT OF LAUREN R. KINDLER**

**MARCH 24, 2025**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**TABLE OF CONTENTS**

I.    INTRODUCTION AND ASSIGNMENT ................................................................1

II.   QUALIFICATIONS AND EXPERIENCE ...........................................................2

III.  INFORMATION REVIEWED AND CONSIDERED............................................3

IV.  SUMMARY OF OPINIONS ................................................................................3

V.   OVERVIEW OF PARTIES ..................................................................................7

    A.   Sandisk..........................................................................................................7

    B.   Viasat ..........................................................................................................10

VI.  OVERVIEW OF SATELLITE SERVICES ........................................................16

    A.   Residential Satellite Services ......................................................................17

    B.   In-Flight Satellite Services: IFC and IFE....................................................19

         1.   IFC ................................................................................................. 20

         2.   IFE ................................................................................................. 25

    C.   Satellite Capacity .......................................................................................32

VII. THE PATENTS-IN-SUIT, ACCUSED SYSTEMS, AND INFRINGING
       USE CASES ......................................................................................................37

    A.   Patents-in-Suit.............................................................................................37

         1.   '667 Patent .................................................................................... 38

         2.   '400 Patent .................................................................................... 41

    B.   Overview of Accused Systems .....................................................................42

    C.   Overview of Infringing Use Cases...............................................................54

VIII. Viasat's Revenues and Costs Associated with Satellite Services.........................59

    A.   Residential Services Revenues .....................................................................59

    B.   In-Flight Services Revenues .........................................................................62

    C.   Costs to Provide Satellite Services ..............................................................74

IX.  PATENT INFRINGEMENT ROYALTY DAMAGES ........................................81

    A.   No Less Than a Reasonable Royalty ...........................................................81

    B.   Hypothetical Negotiation Framework and the *Georgia-Pacific* Factors ...................81

    C.   Royalty Payment Structure ..........................................................................83

    D.   Hypothetical Negotiation Dates and Parties ................................................83

    E.   Royalty Rate: The *Georgia-Pacific* Analysis ............................................84

         Factor 1:    The royalties received by the patentee for the
                 licensing of the patents in suit................................................... 85

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Factor 2: The royalty rates paid by the licensee for the use of other patents comparable to the patents in suit. ........................................ 86

Factor 3:    The nature and scope of the licenses (e.g., exclusive vs. non-exclusive or restricted vs. non-restricted). ................... 86

Factor 4:    The licensor's established policy regarding the licensing (or non-licensing) of its patents. ........................................ 87

Factor 5: The commercial relationship between the licensor and licensee. ......................................................................................... 87

Factor 6: The extent of derivative or convoyed (i.e., ancillary) sales. ................................................................................................ 88

Factor 7: The duration of the patent and the term of the license. ................... 94

Factor 8: The established profitability of the patented product and its commercial success. ...................................................... 94

Factor 9: The utility and advantages of the patented product over other modes or devices. ............................................... 100

Factor 10: The nature of the patented invention and the benefits to those who have used the invention. .................................. 100

Factor 11: The extent to which the infringer has made use of the invention and evidence of the value of that use. ........................ 116

Factor 12: The portion of the profit or selling price of the invention that may be customary to allow for the use of the invention or analogous inventions. ........................................ 127

Factor 13: The portion of the realizable profit credited to the invention as distinguished from non-patented elements. ........................ 147

Factor 14: The opinion of qualified experts. ................................................. 169

Factor 15: The amount a willing licensor (such as the patentee) and a willing licensee (such as the alleged infringer) would have agreed upon at the time of the infringement if both had reasonably and voluntarily attempted to reach an agreement. ............... 170

F.    Outcome of the Hypothetical Negotiations. ............................................... 170

    1.  '667 Patent Value Indicators. .................................................. 173

    2.  '400 Patent Value Indicator .................................................... 175

    3.  Outcome of the Hypothetical Negotiations. ........................... 176

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## I.    INTRODUCTION AND ASSIGNMENT

1.    I have been retained as an economics and damages expert for Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (collectively, "Sandisk," "SanDisk," or "Plaintiffs") in the matter of *Sandisk Technologies, Inc., et al. v. Viasat, Inc.*[1] I understand that Sandisk alleges that Viasat, Inc. ("Viasat" or "Defendant") infringes certain claims of the patents listed in **Table 1** (the "Patents-in-Suit") by developing and/or selling media streaming software, systems, and services.[2]

**Table 1**
**Patents-in-Suit[3]**

| U.S. Patent No. | Title | Asserted Claims[4] | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 9,424,400 ("'400 Patent") | Digital rights management system transfer of content and distribution | 1, 2, 6, 8 – 10, 13, and 17 | 8/23/2016 | 4/30/2032 |
| 10,447,667 ("'667 Patent") | Secure stream buffer on network attached storage | 1 – 7 and 11 – 16 | 10/15/2019 | 2/05/2035 |

---

[1] Complaint for Patent Infringement filed on July 28, 2022, p. 1. *See also*, Amended Complaint for Patent Infringement filed on November 8, 2023 ("Amended Complaint"), p. 1. This matter was previously captioned *Western Digital Technologies, Inc., Western Digital Ireland Ltd., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. v. Viasat, Inc.* Since the filing of the Amended Complaint, Western Digital Ireland Ltd. merged with and into SanDisk Technologies LLC, and Western Digital Technologies, Inc. transferred to SanDisk Technologies, Inc. the legal title/ownership of the asserted U.S. patent numbers 9,424,400 and 10,447,667. SanDisk Technologies, Inc. later changed its name to Sandisk Technologies, Inc. (with a lower case "d"). On November 27, 2024, a motion to substitute and amend the case caption was granted, Western Digital Technologies, Inc. and Western Digital Ireland Ltd. were terminated from the docket, and Sandisk Technologies, Inc. was added. (Order Granting Plaintiffs' Motion to Substitute and Amend Case Caption, November 27, 2024, pp. 1 – 2.) *See also*, Plaintiffs' Notice of Motion and Motion to Substitute Parties and Amend Case Caption, September 20, 2024, p. 2.

[2] Amended Complaint, pp. 1, 4, and 10.

[3] U.S. Patent No. 9,424,400. *See also*, U.S. Patent No. 10,447,667. *See also*, U.S. Patent No. 9,424,400, Google Patents. (https://patents.google.com/patent/US9424400B1/en?oq=9424400, viewed on November 20, 2024.) *See also*, U.S. Patent No. 10,447,667, Google Patents. (https://patents.google.com/patent/US10447667B2/en?oq=10447667, viewed on November 20, 2024.) *See also*, Amended Complaint, pp. 3 – 5 and 10 – 11. The Amended Complaint includes a third patent (U.S. Patent No. 8,504,834) that is no longer being asserted in the case. (*See* Amended Complaint, p. 1.)

[4] Plaintiffs' Amended Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions, March 22, 2024 ("Amended Infringement Contentions, March 22, 2024"), March 22, 2024, p. 2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

emerging competitors, such as Starlink, have significantly higher capacity limits that Viasat, Viasat must rely on such systems to meet its customers' demands and to effectively compete in the marketplace.[164]  Examples of software strategies include the following.

a. Traffic prioritization: "Prioritizing critical data for transmission over less important traffic."[165]

b. Compression techniques: "Compressing data to reduce the amount of bandwidth required for transmission."[166]

c. Caching mechanisms: "Storing frequently accessed data closer to end-users to reduce bandwidth consumption."[167]

d. Quality of Service Controls: "Managing and allocating bandwidth based on priority levels to optimize performance."[168]

## VII.   THE PATENTS-IN-SUIT, ACCUSED SYSTEMS, AND INFRINGING USE CASES

### A.   Patents-in-Suit

48.    Sandisk alleges that Viasat infringes one or more claims of each of the Patents-in-Suit.  Upon issuance, both Patents-in-Suit were assigned to Western Digital Technologies, Inc., the parent company of Plaintiffs as of the filing of the Complaint.[169]  On May 6, 2024, Western Digital Technologies, Inc. transferred the "legal title/ownership" of the '667 Patent and '400 Patent to

---

[164] Barclays Analyst Report, "Satellite Services: To Infinity and Beyond – Volume 1," February 12, 2021, p. 3.

[165] Satellite Network Optimization Techniques, January 15, 2025.  (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)

[166] Satellite Network Optimization Techniques, January 15, 2025.  (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)

[167] Satellite Network Optimization Techniques, January 15, 2025.  (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)

[168] Satellite Network Optimization Techniques, January 15, 2025.  (https://telecomworld101.com/satellite-network-optimization/#Efficient_Traffic_Shaping_Methods, viewed on March 11, 2025.)  See also, Managing Video Optimizer on myhughesnet.com.  (https://my.hughesnet.com/support/faq/749/, viewed on March 11, 2025.)

[169] U.S. Patent No. 9,424,400.  See also, U.S. Patent No. 10,447,667.  See also, Complaint for Patent Infringement, July 28, 2022, pp. 1 – 2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SanDisk Technologies, Inc.[170]   SanDisk Technologies, Inc. later changed its name to Sandisk Technologies, Inc. (with a lower case "d").[171]

### 1. '667 Patent

49.   The '667 Patent, entitled "Secure stream buffer on network attached storage," was filed on April 16, 2018, issued on October 15, 2019, and will expire on February 5, 2035.[172]  Dean M. Jenkins and Robert P. Ryan are the named inventors of the '667 Patent.[173]   The abstract to the '667 Patent states the following:[174]

> A network attached storage device coupled to a local network and including a network interface configured to receive digital content from a remote content provider outside the local network.  The network attached storage device includes storage having a first region accessible by a user of the local network and a secure region.  The network attached storage device includes a processor coupled to the storage, the processor configured to control access to the secure region of the storage based on instructions received from a remote content provider.

50.   I understand that the '667 Patent is generally directed to a method of transmitting media content—like movies and TV—from a media streaming system to display devices. Specifically, it is my understanding that the asserted claims of the '667 Patent cover a media streaming system in which a network attached storage device operating on a local area network receives media from a wide area network (e.g., the Internet) and securely buffers (or caches) the media that is then streamed on a separate display device via the local area network.[175]

---

[170] Order Granting Plaintiffs' Motion to Substitute and Amend Case Caption, November 27, 2024, pp. 1 – 2.  *See also*, Plaintiffs' Notice of Motion and Motion to Substitute Parties and Amend Case Caption, September 20, 2024, p. 2.

[171] Order Granting Plaintiffs' Motion to Substitute and Amend Case Caption, November 27, 2024, p. 1.  *See also*, Plaintiffs' Notice of Motion and Motion to Substitute Parties and Amend Case Caption, September 20, 2024, p. 2.  *See also*, **Section V.A**.

[172] U.S. Patent No. 10,447,667.  *See also*, U.S. Patent No. 10,447,667, Google Patents.  (https://patents.google.com/patent/US10447667B2/en?oq=10447667, viewed on November 20, 2024.)

[173] U.S. Patent No. 10,447,667.

[174] U.S. Patent No. 10,447,667.

[175] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also* Easttom Report, § V.C.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

51.    I understand that Sandisk contends that certain hardware and software, including Viasat's content delivery system (the "Viasat Content Delivery System" or "VCDS"), used to deliver media content in the Infringing Use Cases (discussed below) (the "'667 Accused Systems") infringe claims 1 – 7 and 11 – 16 of the '667 Patent.[176]  As discussed in more detail below, the VCDS supports the provision of Viasat's in-flight entertainment services provided to customers in the mobility (e.g., airlines) and residential segments, including W-IFE, IPTV, Video-on-Demand ("VOD"),[177] and integration of these services with seatback displays (collectively, the allegedly "Infringing Use Cases").[178]  With respect to the '667 Accused Systems, I understand that the '667 Patent relates to distributing content over Viasat's satellite internet to local storage, such as the Viasat server located on the aircraft, with a secure region comprising a buffer for streaming media on a separate display device (e.g., a passenger's personal electronic device).[179]

52.    I understand that the '667 Patent contributes to at least the following benefits: (a) reduced bandwidth requirements to stream media to end-users and (b) reduced latency experienced by end-users.  I also understand that the system covered by the '667 Patent includes a time-shifting component, wherein digital content can be transmitted to the local storage device for buffering

---

[176] Easttom Report, § X.  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[177] I understand that the VOD content implicated in this matter is the provision of Disney+ to aircraft or content delivered using the Viasat Stream device available to residential customers. Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, Easttom Report, § VI.D.

[178] *See* **Section VII.B.1**.  Viasat is not consistent in how it describes these Infringing Use Cases throughout its internal documents and public statements.  For example, Viasat sometimes refers to IPTV as a product or service, and other times refers to IPTV as content delivered to customers.  As an illustration, in a January 2017 presentation to Alaska Airlines, Viasat describes its "IPTV Solution" as a service offering to commercial airlines and also describes the IPTV Solution as providing a "Live TV feed sourced by ViaSat and distributed via satellite to the aircraft," referring to the content delivered to customers.  (Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 511.)  Edwin Edillon, Director of Partnerships and Strategic Entertainment Initiatives at Viasat, testified that "live TV" and "IPTV" are "synonymous at Viasat."  (Edillon Deposition, p. 28.)  Regardless of whether IPTV / Live TV is considered a product, service, or content, I understand that the systems that deliver IPTV / Live TV and the methods delivering IPTV / Live TV are accused of infringing the Patents-in-Suit.

[179] Easttom Report, § V.C.  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

during a time with more available bandwidth (e.g., preloading movies and television shows on aircraft overnight). ███████████████████████████████████████████. (*See*, *e.g.*, **Figure 6**.)



53.    I understand that in the absence of practicing the asserted claims of the '667 Patent, Viasat would have to transmit video content directly to end-users' devices and/or seatback devices.[181]  That is, Viasat would have to send the content separately to each end-user device and/or seatback device, even if devices connected to the same local network request the same video (e.g., passengers on the same plane).[182]  As a result, the amount of data Viasat would need to send over its satellite network to provide the same services would increase significantly.[183]

---

[180] *See*, *e.g.*, VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 344.)

[181] Easttom Report, § V.C.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[182] Easttom Report, § V.C.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[183] Easttom Report, § V.C.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

2.    '400 Patent

54.    The '400 Patent, entitled "Digital rights management system transfer of content and distribution," was filed on December 15, 2014, issued on August 23, 2016, and will expire on April 30, 2032.[184]  David L. Blankenbeckler, Danny O. Ybarra, and Lambertus Hesselink are the named inventors of the '400 Patent.[185]  The abstract to the '400 Patent states the following:[186]

> The present invention relates to digital rights management (DRM) for content that may be  downloaded and securely transferred from one storage to another storage. The storage may be a disk drive, or network attached storage.  The storage performs cryptographic operations and provides a root of trust.  The DRM system enables secure copying or transfer of content from one storage device to another storage device.  In this embodiment, a trusted server that is authenticated and trusted by both storage devices brokers the transfer of content.  The trusted server may be a separate entity of the DRM system or may be a component or function of an existing server of the DRM system.  In another embodiment, the storage devices may transfer content in a peer-to-peer fashion.  The transfer of content may be authorized and controlled based on a digital certificate associated with the content.

55.    I understand that the '400 Patent is generally directed to provisioning secure media content to a plurality of portable data storage devices.  Specifically, it is my understanding that the asserted claims of the '400 Patent cover a "kiosk" that securely distributes content to end-user devices that are authenticated using a unique identifier.[187]

56.    I understand that Sandisk contends that certain hardware and software, including the VCDS, used to deliver media content in the Infringing Use Cases (discussed below) (the "'400 Accused Systems") infringe claims 1, 2, 6, 8 – 10, 13, and 17 of the '400 Patent.[188]  With respect

---

[184] U.S. Patent No. 9,424,400.  *See also*, U.S. Patent No. 9,424,400, Google Patents.  (https://patents.google.com/patent/US9424400B1/en?oq=9424400, viewed on November 20, 2024.)

[185] U.S. Patent No. 9,424,400.

[186] U.S. Patent No. 9,424,400.

[187] Easttom Report, § V.B.  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[188] Easttom Report, § X.  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

to the '400 Accused Systems, I understand that the '400 Patent relates to delivering media content to end-user devices that require authentication and a corresponding key to access.[189]

57.     I understand that the technology of the '400 Patent allows Viasat to offer secure access to media content streamed through the same Infringing Use Cases discussed above for the '667 Patent—i.e., W-IFE, IPTV, VOD (including Viasat Stream for residential customers), and integration of these services on seatback displays.[190]   In response to authentication (i.e., the collection of the unique identifier required to access the services), the end-user device or seatback device is provided the media content.[191]

### B.     Overview of Accused Systems

58.     It is my understanding that Sandisk asserts that certain hardware and software,[192] including VCDS, used to deliver media content in the Infringing Use Cases infringe claims 1 – 7 and 11 – 16 of the '667 Patent and claims 1, 2, 6, 8 – 10, 13, and 17 of the '400 Patent.[193]



[190] Easttom Report, § VI.C.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[191] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 624 – 625.)

[192] Based on discussions with Dr. Chuck Easttom, Sandisk's technical expert, I understand that hardware and software used in the Infringing Use Cases include (a) on-plane components such as an M3 modem, an S4 server, and a VCDS client and (b) residential components such as a Spock/SB2+ modem, an external hard drive, and a VCDS client.  (*See also*, Easttom Report, §§ VI.B, VI.C, and V.D.)

[193] Easttom Report, § X.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

59.    The VCDS is a Viasat system designed to efficiently deliver bandwidth-intensive files (e.g., video) over satellite and caching them close to the end-users.[194]  Notably, VCDS is not an independent product or service offered to customers but rather is an ecosystem that supports Viasat's broader service delivery platform, including the Infringing Use Cases (as described below).[195]

60.    VCDS supports Viasat's content delivery to its residential and mobility (e.g., aircraft) modems.[196]  (*See* **Figure 7**.)  Viasat's internal documents indicate that VCDS was used to deliver content to airlines as of early 2017 and was deployed for use in residential networks as of 2018.[197]

---

[194] VCDS Home.  (VIASAT_00008738 – 9831, at 8743.)  *See also*, VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 345.)

[195] VCDS Home.  (VIASAT_00008738 – 9831, at 8745 – 8746.)  (Q. "Is VCDS a service or a product offering by Viasat?"  A. "VCDS is provided as a service as part of the SDP;" Q. "Is VDCS [sic] affiliated with our SDP (service delivery platform) service or is it independent?"  A. "VCDS is considered to be part of the SDP.")  (Bracketed text added for clarification.)  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  Easttom Report, § VI.B.

[196] VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 347, 352, 362, and 388 – 389.)  *See also*, VCDS Home.  (VIASAT_00008738 – 9831, at 8743.)

[197] VCDS Home.  (VIASAT_00008738 – 9831, at 8745.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



61.    According to internal Viasat documents, VCDS performs two key functionalities: (a) multicasting, which amplifies the impact of bytes transmitted,[199] and (b) edge caching (also referred to as "caching"), which stores media content at a terminal near the end-user, thereby allowing Viasat to avoid re-transmissions of the same content, and also to utilize bandwidth during off-peak hours.[200] I understand that Viasat's implementation of the caching functionality is accused

---

[198] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 347.)

[199] "Multicast" refers to "a data transmission method where data is sent from one source to multiple destinations simultaneously. This allows for faster communication between devices as the same data can be sent to multiple locations at once." (Multicast vs Unicast for Data Transfer in Networking, March 15, 2023. (https://orhanergun.net/multicast-vs-unicast, viewed on March 7, 2025.))

[200] See, e.g., Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 502.)  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). Easttom Report, § VI.B. "Caching" refers to "a process of storing frequently accessed data in a local cache, which can be either on the user's device or on the server."  This process "significantly reduces the time it takes to load the

of infringement of the '667 Patent, but the multicasting functionality is not.[201]  Viasat documents often highlight multicasting and caching in tandem.  For example, ███████████████████ ████████████  ████████  Viasat emphasized the benefits of its multicasting and caching functionalities in efficiently delivering W-IFE content to seatback devices, describing that ████ ████████████████████████████████████████████████████████████████ ████████████████  (*See* **Figure 8**.)

---

application, which in turn improves the user experience."  (Caching Technique: Improving Performance and User Experience, September 8, 2023.  (https://medium.com/@xsronhou/caching-technique-improving-performance-and-user-experience-76db03c91421#, viewed on March 7, 2025.))

[201] Easttom Report, § VI.B.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[202] Email chain between Laney Hind and Kristen Roberts, June 2024.  (VIASAT_00100453 – 457.)

[203]  Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024.  (VIASAT_00100497 – 526, at 502.)  (Bracketed text added for clarification.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



62.     The following example (presented in Viasat's internal documents) illustrates the bandwidth savings to Viasat that are enabled by VCDS's multicasting and caching functionalities.[205] ████████████████████████████████████████

████████████████████████████ In this example, 100 passengers that are spread across 20 planes and two beams request the same live video program.[206] In the absence of VCDS, Viasat would have to send one copy of the program to every passenger, meaning they would have to send

---

[204] Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 502.)

[205] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 354 – 355.)

[206] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 354.) While the size of spot beams vary between satellite systems, beams generally "cover several hundred kilometers." (*See* Ka-Band Capacity Planning. (http://www.satmagazine.com/story.php?number=192941478, viewed on March 11, 2025.)) Viasat's internal documents indicate that, ██████████████████████████ (*See* Connected Seatback Experience, May 2024. (VIASAT_00100236 – 265, at 261.))

100 copies of the same program over-the-air ("OTA") over the satellite communications link to satisfy passengers' content demand. For illustrative purposes only, assuming that the live video is a total size of 400 megabytes, Viasat would have to transmit 40,000 megabytes of data to fulfill the 100 passengers' requests (i.e., 400 megabytes × 100 passengers).[207]



63.    However, when using VCDS to deliver the content, ▇▇▇▇▇▇▇▇▇▇ the same scenario of 100 passengers requesting the same live video would require less bandwidth. The

---

[207] For reference, streaming one hour of video at 360p would consume approximately 0.4 gigabyte of data (or 400 megabytes), and streaming the same content at 4K quality would consume approximately nine gigabytes of data (or 9,000 megabytes).    (*See* The ultimate guide to streaming with satellite internet, September 14, 2022. (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.))

[208] VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 354.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

bandwidth savings occur across two steps: the multicasting step, which efficiently delivers the content to planes through the satellite, and the caching and transmission step, which efficiently delivers the content to passengers within a plane.  First, multicasting allows Viasat to send only one copy of the content through the satellite for each beam requesting the content.[209] ███████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████  That is, rather than sending one copy of content for each plane (i.e., 20 copies for 20 planes), multicast enables Viasat to send only one copy per beam (i.e., two copies) with the content being delivered to each plane within the beam.  I understand that multicasting is a functionality of VCDS that is not accused of infringing the '667 Patent.[210]

64.  After the content has been served to a plane, caching stores the content onto the plane's local server and allows Viasat to deliver the content to all passengers on the plane who subsequently request the content.  Because the content is cached, Viasat is able to fulfill all requests for the same content without transmitting the content OTA again.[211]  In this illustration, the content would be cached locally on the 20 planes' modems and distributed to the 100 passengers who request the content without having to additionally transmit the content OTA.  I understand that the caching functionality of VCDS, as implemented by Viasat, is accused of infringing the '667

---

[209] I understand that elsewhere, the "beam" concept is elsewhere referred to as a "multicast group" or "MAC domain." (VCDS Home.  (VIASAT_00008738 – 9831, at 8760.))  *See also*, Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024.  (VIASAT_00100497 – 526, at 522.)

[210] Easttom Report, § VI.B.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[211] When the content being requested has not yet been loaded onboard, I understand Viasat refers to this as a ████ ██████████████████████████████.  (VCDS Home.  (VIASAT_00008738 – 9831, at 8760.))  When the content being requested has already been loaded onboard, I understand Viasat refers to this as a ████████████████ ██████████████████████  (VCDS Home.  (VIASAT_00008738 – 9831, at 8760.))  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  Easttom Report, § VI.B.

Patent.[212]   In total, through multicast and caching, assuming that the 100 passengers request the same content, Viasat can meet the content demand by sending only two copies of the content OTA. For illustrative purposes, if the live video is the same 400 megabytes, this implies 39,200 megabytes of bandwidth savings to Viasat relative to the scenario without VCDS.[213]



65.     The bandwidth savings illustrated above can also be expressed in terms of the satellite capacity.  For illustrative purposes, if the video is streaming at a bit rate of 1.2 Mbps,[215]

---

[212] Easttom Report, § VI.B.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[213] Calculation: 39,200 MB savings = 40,000 MB served OTA without VCDS - 800 MB served OTA with VCDS (i.e., 400 MB sent to 2 "beams").

[214] VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 355.)

[215] The recommended minimum bit rate for streaming video at 480p is 1,200 Kbps (or 1.2 Mbps).  (*See* What Bitrate Should I Stream At For Best Results?   (https://www.streamingvideoprovider.com/live-streaming-platform/what-bitrate-should-i-stream-at/, viewed on March 12, 2025.))

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

delivering the content *with VCDS* would require 2.4 Mbps of capacity to stream it simultaneously to 100 passengers.[216]  However, if the same video is delivered *without VCDS*, requiring a separate copy for each of the 100 passengers, the total capacity needed to stream it simultaneously would be 120 Mbps.[217]  This means that, in this example, streaming without VCDS's multicasting and caching functionalities results in 50 times more capacity usage.[218]

66.    The example above ███████████████████ demonstrates that VCDS's multicasting and caching functionalities significantly reduce the amount of bandwidth consumed by reducing the number of content copies sent OTA.  Based on discussions with Chuck Easttom, Sandisk's technical expert, I understand that the bandwidth savings facilitated by VCDS take place even when the passengers in a beam do not request the same title or program at the same time.[219]  As described previously, when a specific program is delivered to one passenger in a beam, the content is cached on all aircraft served by that beam, allowing the fulfillment of subsequent requests without consuming additional bandwidth.[220]  This example demonstrates that the bandwidth savings increase with the number of passengers in a given beam who request the same content.

67.    In addition to delivery of live TV, VCDS's multicasting and caching functionalities are also used to efficiently deliver to end-users VOD as well as W-IFE content (sometimes referred

---

[216] Calculation: 2.4 Mbps = 1.2 Mbps × 2 copies.

[217] Calculation: 120 Mbps = 1.2 Mbps × 100 copies.

[218] Calculation: 50 times = 120 Mbps ÷ 2.4 Mbps.

[219] Easttom Report, § V.C.

[220] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also* Easttom Report, §§ V.C and VI.B.  *See also*, VCDS Home.  (VIASAT_00008738 – 9831, at 8760.)

to as "distributions").[221]   As with Live Video, VOD content is multicasted and cached when requested by an end-user.[222]   In addition, Viasat ███████████████████████████████

████████████████████████████████████████████████████████████████████████████████████

██████████████████████"[223]   Similarly, for W-IFE content, Viasat ███████████████████████

██████████████████████████████████████████████████ ██ ██████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████

████████████████"[225]   Based on my review of Viasat's VCDS weekly status updates, I understand that

████████████████████████████████████████████████████████████████████████████████████

██████████████████████████.[226]   For example, Viasat's weekly status update for the week of

January 4, 2019 includes a chart showing ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████

████████████████████████.[227]   (*See* **Figure 11**.)

---

[221] Easttom Report, § VI.B.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  I understand that the VOD content implicated in this matter is ███████████████████████████████████████████ ████████████████████████████████████████  (Easttom Report, §§ VI.C and VI.D)

[222] VCDS Home.  (VIASAT_00008738 – 9831, at 8761.)

[223] VCDS Home.  (VIASAT_00008738 – 9831, at 8761 and 9567.)

[224] VCDS Home.  (VIASAT_00008738 – 9831, at 8761.)

[225] VCDS Home.  (VIASAT_00008738 – 9831, at 8759, 8784 – 8788, 8816, and 9567.)

[226] *See, e.g.,* VCDS Home.  (VIASAT_00008738 – 9831, at 9023 – 9024.).  *See also*, **Exhibits 7.1.1** and **7.2.1**.

[227] VCDS Home.  (VIASAT_00008738 – 9831, at 9021 and 9024.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



68.     I understand that shifting bandwidth usage to off-peak hours is important for Viasat, as Viasat and other satellite services firms have finite network capacity, which describes the amount of data that a satellite system can handle at any given time.[229]  Freeing up network capacity during peak usage hours affords Viasat greater "ability to manage more data" and offer "higher speeds."[230]

69.     Additionally, I understand Viasat's W-IFE system encrypts all content and only provides access to authorized on-board devices.[231]  As Viasat states in its W-IFE Content Security Whitepaper:

---

[228] VCDS Home.  (VIASAT_00008738 – 9831, at 9024.)

[229] With satellite internet, network capacity is key, September 7, 2021.  (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). Easttom Report, § V.C.

[230] With satellite internet, network capacity is key, September 7, 2021.  (https://www.viasat.com/perspectives/corporate/2021/with-satellite-internet-network-capacity-is-key/, viewed on February 25, 2025.)

[231] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 621 – 622.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

████████████████████."[232]   According to the same document, Viasat's W-IFE system

█████████████████████████████████████████████████████████████████

██████████████████████████████████████████[233]   Viasat utilizes a digital rights

management ("DRM") system that █████████████████████████████████████████

████.[234] ████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

████████   I understand that the DRM system used to authenticate devices to receive Viasat's W-

IFE services is relevant to the '400 Patent.[236]   I understand that similar authentication processes are

performed for the delivery of IPTV, VOD (including Viasat Stream), and integrations with seatback

displays.[237]

---

[232] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 622.)

[233] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 624.)

[234] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 624.)

[235] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 625.)

[236] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, Easttom Report, § V.C and VI.C.

[237] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  *See also*, Easttom Report, § VI.C.  *See also*, VCDS Home.  (VIASAT_00008738 – 9831, at 8760 – 8761.)  *See also*, Open Stream Provider Integration Specification.  (VIASAT_00008141 – 162, at 158.)



### C.    Overview of Infringing Use Cases

70.    I understand that the Accused Systems support the provision of the Infringing Use Cases, which include Viasat's in-flight entertainment services provided to customers in the mobility (e.g., airline) and residential segments, including W-IFE, IPTV, VOD (including Viasat Stream),[239] and integration of these services with seatback displays.[240]  As discussed below in **Section VIII**,

---

[238] ViaSat Wireless IFE Content Security Whitepaper.  (VIASAT_00000618 – 629, at 623.)

[239] I understand that the VOD content implicated in this matter is the provision of Disney+ to aircraft or content delivered using the Viasat Stream device available to residential customers. Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).  Easttom Report, §§ V.B, VI.C, VI.D.

[240] *See* **Section VII.B.1**.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

each of the Infringing Use Cases are offered as add-ons to Viasat's other services: W-IFE and IPTV are offered to commercial airlines as add-ons to Viasat's IFC service,[241] and access to Disney+ VOD is offered to residential customers as an add-on to Viasat's satellite internet.[242] I understand that the Infringing Use Cases include at least the following offerings of Viasat.

> a. <u>W-IFE</u>. As discussed in **Section VI.B.2** and shown in **Figure 5**, Viasat provides W-IFE content to passenger-owned and airline-issued mobile devices, which include end-user devices (laptops, tablets, smartphones, etc.), semi-embedded devices, and seatback devices.[243] The content offered by Viasat encompasses a broad range of offerings including movies, TV series, and music, digital newspapers and magazines, destination content, moving maps, retail products and e-commerce, advertising, and airline-specific content (e.g., menus, loyalty program).[244] Viasat states in its marketing materials that its W-IFE product "offer[s] a wide range of movie, TV series, audio, and interactive content from major studios and producers, to create the entertainment experience that is right for your passengers."[245] (*See* **Figure 13**.)

---

[241] *See, e.g.,* American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 736 and 794.) *See also*, Edillon Deposition, p. 124.

[242] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.) *See also*, Newman Deposition, pp. 26 – 27.

[243] Presentation for Alaska Airlines, January 31, 2017. (VIASAT_00006471 – 537, at 490.) *See also,* Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 501.)

[244] Presentation for Alaska Airlines, January 31, 2017. (VIASAT_00006471 – 537, at 500.) *See also,* Wireless Entertainment Presentation, 2022. (VIASAT_00003288 – 349, at 324.)

[245] Wireless Entertainment Presentation, 2022. (VIASAT_00003288 – 349, at 320.) (Bracketed text added for clarification.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 13**
**Viasat's W-IFE Offering[246]**



b. <u>IPTV</u>.[247]  Viasat also provides IPTV, which is a live TV feed (e.g., 12 – 18 channel bundles) delivered to airline passengers' PEDs and seatback devices.[248]  Viasat's IPTV offering "serves in-flight television simultaneously with its broadcast on the ground" and therefore is distinguished from the already-aired television series or episodes offered in Viasat's W-IFE product.[249]  In its "standard" marketing template, Viasat highlighted its IPTV offering's ability to provide to passengers "Real-time content, so that taking off never means missing out."[250]  (*See* **Figure 14**.)

---

[246] Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 498.)

[247] I understand that "IPTV" is used interchangeably with "Live TV" and "In-flight TV" in Viasat's documents.  *See, e.g.,* Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 511.)  *See also*, Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 314.)

[248] Presentation for Alaska Airlines, January 31, 2017.  (VIASAT_00006471 – 537, at 511.)

[249] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 314.)

[250] Solution proposal for [AIRLINE], undated.  (VIASAT_00132453 – 578, at 482.)  *See also*, Viasat's Response to Plaintiffs Discovery Letter, February 12, 2025, p. 3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 14**
**Viasat's IPTV Offering[251]**



c. <u>VOD</u>. VOD refers to Viasat's provision of content from over-the-top ("OTT") content providers like Netflix, Hulu, and Disney+, who provide television and film content over the internet at the request of individual users.[252] I understand that the VOD content implicated in this matter is the provision of Disney+ to aircraft or Disney+ content delivered using the Viasat Stream device available to residential customers, which is described below.[253] Viasat enabled VOD Disney+ content for the JetBlue Airways fleet in October 2024 and, as of February 2025, enabled VOD Disney+ content for five Delta Airlines planes as part of a test period.[254] Viasat began offering Stream to its

---

[251] Solution proposal for [AIRLINE], undated. (VIASAT_00132453 – 578, at 482.)

[252] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 349 and 392.) *See also,* What is OTT? (https://www.telestream.net/video/solutions/what-is-ott.htm, viewed on March 14, 2025.)

[253] Easttom Report, §§ VI.C and VI.D. Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). *See also,* VCDS Home. (VIASAT_00008738 – 9831, at 8834.) *See also,* Newman Deposition, pp. 26 – 27.

[254] Neri Deposition, pp. 51 – 52 and 66 – 67. In addition, as of its final weekly status update in February 2023, Viasat's Disney+ offering to American Airlines was marked as "In Development." (VCDS Home. (VIASAT_00008738 – 9831, at 9806 and 9809 – 9810.))

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

residential customers in "private beta" around September 2021 and expanded to "public beta" in April 2023.[255]

Viasat Stream[256] is a product offered to residential broadband subscribers that allows participating customers to watch shows and movies from participating content providers without affecting their plan data usage.[257] Currently, I understand the only content provider participating in Viasat Stream is Disney+.[258] Customers in select areas in the United States can opt into the service and receive a small device (known as a "Viasat Stream hub") that connects to their Viasat modem.[259] (*See* **Figure 15**.) Once connected, customers participating in Viasat Stream can use their existing Disney+ subscription to watch Disney+ content without drawing from their plan's data caps.[260] I understand from publicly available information that Viasat Stream is offered free to residential customers in eligible regions and is currently in beta mode.[261] Additionally, as of September 29, 2020, Viasat and Disney had agreed to a one-year free trial agreement with an auto-renewal.[262] I am not aware of any other agreements produced by Viasat in this case that relate to Viasat and Disney's partnership. Viasat and Disney personnel noted in a joint presentation to the Streaming Video Technology Alliance ("SVTA") that delivering content under the partnership resulted in "significantly better QoE," and that this "QoE improvement brings out natural demand."[263]

---

[255] Newman Deposition, p. 118. Viasat's weekly updates also support that Disney+ VOD Streaming was "In Production" beginning the week of September 24, 2021 and "In Test" in the week prior. (VCDS Home. (VIASAT_00008738 – 9831, at 9352, 9354 – 9356, and 9358 – 9359.))

[256] I understand that Viasat Stream was previously and/or elsewhere referred to as "StreamOn" and/or "Content Add-On." *See, e.g.,* Content Add-On, September 29, 2020. (VIASAT_00007581 – 591.) *See also,* Product and Technology Operations, July 2022. (VIASAT_00008313 – 340, at 315.)

[257] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[258] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[259] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[260] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

[261] Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.) As of July 2022, Viasat planned to charge $4.99 per month for StreamOn. (Product and Technology Operations, July 2022. (VIASAT_00008313 – 340, at 315.))

[262] Content Add-On, September 29, 2020. (VIASAT_00007581 – 591, at 587.)

[263] Home Storage. (VIASAT_00008428 – 447, at 439 and 442.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 15**
**Viasat Stream Hardware[264]**



## VIII.  VIASAT'S REVENUES AND COSTS ASSOCIATED WITH SATELLITE SERVICES

71.    As I discuss below in Sections VIII.A and VIII.B, each of the Infringing Use Cases are offered as add-ons to Viasat's other services: W-IFE and IPTV are offered to commercial airlines as add-ons to Viasat's IFC service,[265] and access to Disney+ VOD is offered to residential customers as an add-on to Viasat's satellite internet service.[266]   Accordingly, below, I discuss Viasat's revenues and costs associated with the Infringing Use Cases, as well as the revenues and costs associated with the services that are prerequisite to offering the Infringing Use Cases.

### A.    Residential Services Revenues

72.    As discussed in **Section VI.A**, Viasat offers residential satellite internet service that "bring[] reliable, high-speed connectivity to the hardest to reach people, places, and things –

---

[264] Home Storage.  (VIASAT_00008428 – 447, at 444.)

[265] *See, e.g.,* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 736 and 794.) *See also*, Edillon Deposition, p. 124.

[266] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  *See also*, Newman Deposition, pp. 26 – 27.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

including families in rural or remote areas where cable companies don't go."[267]  Viasat's satellite internet service includes both home internet and small business internet, catering to customers' different needs.[268]  Customers have the option to choose from multiple internet plans with varying data limits and download/upload speeds, as well as add-ons for voice and extra servicing.[269]

73.     As of January 2025, Viasat offers Viasat Unleashed, an unlimited home internet plan that provides high-speed internet without data caps to residential customers (s*ee* **Figure 16**), which retails at $119.99 per month,[270] as well as data plans for small businesses, which retail between $49.99 to $159.99.[271]  Viasat's plan offerings to residential customers and small businesses have changed over time, in addition to the price of the plans.[272]

---

[267] Viasat Home Internet.  (https://www.viasat.com/satellite-internet/, viewed on March 6, 2025.)  (Bracketed text added for clarification.)

[268] Viasat Home Internet.   (https://www.viasat.com/satellite-internet/, viewed on March 6, 2025.)  *See also*, Viasat Small Business Internet.    (https://www.viasat.com/satellite-internet/small-business-internet/, viewed on March 6, 2025.)

[269] Viasat Small Business Internet.   (https://www.viasat.com/satellite-internet/small-business-internet/, viewed on March 6, 2025.)

[270] Best Viasat Internet Deals, Discounts, Specials, and More, January 15, 2025.  (https://www.satelliteinternet.com/ resources/viasat-internet-deals/, viewed on March 12, 2025.)

[271] Viasat Business Satellite Internet Review, April 16, 2024.   (https://www.satelliteinternet.com/providers/viasat/ business/, viewed on March 12, 2025.)

[272] For example, in 2024, Viasat restructured its pricing and simplified its home internet offering to the single Unleashed package.  (Best Viasat Internet Deals, Discounts, Specials, and More, January 15, 2025.  (https://www.satelliteinternet. com/resources/viasat-internet-deals/, viewed on March 12, 2025.))

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 16**
**Viasat Home Internet Plan as of March 2025[273]**



74.     As discussed in **Section VII.B**, through Viasat Stream, residential customers can access Disney+ without using data from their monthly plan.[274]  Viasat internet subscribers can add the complementary Stream service, enabling them to watch Disney+ content on Stream (provided the customer has an active Disney+ subscription).[275]  Viasat also earns a "small commission" when Stream subscribers purchase a Disney+ subscription through Viasat's website.[276]

75.     According to the residential satellite internet usage data produced by Viasat, residential subscribers ███████████████████████████████████████████

████████████████████████████████████████. (*See* **Table 4**.)  In 2022, the first year of available data produced by Viasat, there was ██████████████████

███████ who added Stream service, received the Stream hardware (i.e., the hub), plugged it in, and

---

[273] Viasat Home Internet Plans.  (https://www.viasat.com/satellite-internet/plans/, viewed on March 13, 2025.)

[274] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  *See also*, Newman Deposition, p. 27.

[275] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)  *See also*, Newman Deposition, pp. 26 – 27.

[276] Viasat Stream FAQS.  (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

kept it plugged in.[277]  In 2024, that ███████████████████████████████████.  (*See*

**Exhibit 3** for a summary of monthly subscriber counts for Viasat's residential internet services and

Stream.)  It is my understanding that Viasat has not produced revenue or cost data associated with

its residential internet services.[278]



### B.    In-Flight Services Revenues

76.    Viasat generates revenue from its in-flight internet and entertainment services

through service fees charged to airlines, aircraft equipment sales, and revenues generated from

advertisements.[280]  As introduced in **Section VI.B**, Viasat's pricing model varies depending on the

service provided and the airline.  Viasat produced service agreements with eight airlines, including

---

[277] VIASAT_00132725.xlsx, tab "Sheet1."  *See also*, Newman Deposition, pp. 119 – 120.

[278] Viasat identified the following documents as containing financials related to the Infringing Use Cases: VIASAT_00042463;   VIASAT_00005781;   VIASAT_00052299;   VIASAT_00132724;   VIASAT_00132726; VIASAT_00132725;   VIASAT_00123818;   VIASAT_00123820;   VIASAT_00123817;   VIASAT_00123819; VIASAT_00123821; VIASAT_00123822.  (*See* Viasat's Response to Plaintiffs Discovery Letter, February 12, 2025, pp. 3 – 4.)  It appears that none of these files contain revenue data for residential services.  To the extent more data are produced, I reserve the ability to update my analyses and opinions.

[279] VIASAT_00132725.xlsx, tab "Sheet1."  I calculate the annual numbers of subscribers from 2022 to 2024 by averaging the monthly numbers of subscribers.  Stream subscribers are Viasat internet customers who "[have] signed up for Viasat Stream, has received their hub and plugged it in and kept it plugged in" on average per month.  Non-Stream Subscribers are "residential customer[s] that do[] not have the Stream product" on average per month.  (*See* Newman Deposition, pp. 13 and 119 – 120.  (Bracketed text added for clarification.))

[280] *See*, *e.g.*, American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831.)  *See also*, Deposition of Gregory Houda taken February 4, 2025 ("Houda Deposition"), pp. 96 – 97.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

American Airlines, United Airlines, and Southwest Airlines.[281]  These agreements are summarized in **Exhibit 4**.  Viasat has not produced service agreements for all airline customers of Viasat's in-flight internet and entertainment services, including Delta Airlines and JetBlue Airways, among others.[282]

77.     Generally, Viasat's in-flight internet and entertainment services are categorized and priced in its service agreements by IFC, W-IFE, and IPTV, among other services (e.g., operational data).[283]  As an example, I summarize the fees Viasat charges American Airlines, one of Viasat's largest commercial aircraft clients based on revenue, below.  Based on my review of Viasat's agreements, the terms of the American Airlines agreement appear to be a representative of the definitions, fees, and overall pricing model in Viasat's other agreements, with the exception of Southwest which bundles services that are typically optional for other airlines (e.g., IPTV) within the IFC service and fees.[284]

    a.



---

[281]  The airlines for which Viasat has produced service agreements include American Airlines, Breeze Aviation, Malaysia Airlines, Porter Airlines, Qantas Airways, Southwest Airlines, Tiger Airways, and United Airlines.  (*See* **Exhibit 4**.)

[282]  The airlines for which Viasat provides W-IFE and IPTV services (based on its invoice data) but has not produced the associated service agreements include China Airlines, Delta Airlines, El Al Israel Airlines, Etihad Airways, JetBlue Airways, Royal Jordanian, and Virgin Atlantic.  (*See* **Exhibit 4** and **Exhibit 5.3**.  *See also*, Viasat Invoice History. (VIASAT_00132724.xlsx, at tab "Invoice History.")  *See also*, Commercial aviation: commercial deals and details, March 2024.  (VIASAT_00115618 – 629, at 619 – 620.))

[283]  *See* **Exhibit 4**.

[284]

                    (*See* Master Services Agreement by and between Southwest Airlines Co. and Viasat, Inc., May 2, 2022.  (VIASAT_00015862 – 6050, at 5941 – 5942 and 5944.))

[285]  American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 676.)



[286] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 676.)

[287] Viasat in-flight connectivity solutions, Copyright 2018.  (https://www.viasat.com/content/dam/us-site/aviation/documents/565522_In-flight_Connectivity_011_aag.pdf, viewed on January 27, 2025.)

[288] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 685 – 685.)

[289] Take rate is defined as a percentage calculated as the number of sessions on the applicable flight segment, multiplied by one hundred, and then divided by the number of passengers boarded on the applicable flight segment.  (*See* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 641.))  A session is defined as a "temporary and interactive information interchange between two or more communicating devices, or between a computer and User.  A Session is established at a certain point in time, and brought to an end at some later point."  (*See* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 641.))

[290] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 685 – 688.)

[291] A session is defined as a "temporary and interactive information interchange between two or more communicating devices, or between a computer and User.  A Session is established at a certain point in time, and brought to an end at some later point."  (*See* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 641.))

[292] I understand that the pricing per session is linearly interpolated between the high and low take rates specified in the "Take Rate" column based on the actual take rate for the applicable flight in accordance with a formula explained in the agreement.  (*See* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 685 – 686.))

[293] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 685 – 687.)

[294] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 686.)

[295] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 688.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



b. 

[296] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 686.)

[297] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 688.)

[298] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 736.)

[299] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 685 – 688.) Take rate is defined as a percentage calculated as the number of sessions on the applicable flight segment, multiplied by one hundred, and then divided by the number of passengers boarded on the applicable flight segment. (*See* American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 641.))

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
65



302.

c.

[300] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 691.)

(*See* American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 737 – 738.))

[301] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 725.)

[302] *See, e.g.,* VCDS Home. (VIASAT_00008738 – 9831, at 9111 – 9120.)

[303] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 691.)

[304] I understand that American Airlines may also require the IPTV service to be provided to seatback devices. (*See* American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 794.))

[305] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 794.)

[306] American Airlines Service Agreement, October 1, 2020. (VIASAT_00014633 – 831, at 794 – 795.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IPTV User Interface ("UI").[307]  As shown in **Figure 20** below, ████████████



78.  ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████ ██ ████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████.[311]  For example, ████████████████████████████████

---

[307] ████████████████████████████████████████
████████████████████████████████████████
████████████████████████. (VIASAT_00014633 – 831, at 794.))

[308] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 689.)

[309] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 689.)

[310] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 697.)

[311] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 719 – 724.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

███████████████████████████████████

███████████████ .[312] (*See* **Figure 21**.)  In addition, ███████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████ .[313]  (*See* **Figure 22**.)



[312] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 725.)

[313] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 720 – 722.)

[314] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 725.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



79.     In addition, I understand that Viasat sells aircraft equipment, including ███████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████[316]  Per the American

Airlines service agreement, ███████████████████████████████████████████

██████████████████████████████"[317]  Viasat has not produced this agreement

regarding American Airlines' hardware purchases.  However, other airline agreements include

Viasat's pricing for aircraft equipment.  For example, under Southwest's agreement, Viasat agreed

---

[315] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 722.)

[316] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 676.)  (Bracketed text added for clarification.)

[317] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 637 and 676.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



As another example, under United Airlines'
agreement,

.[319]

80.     As summarized below, Viasat has produced invoice data related to some of the in-
flight internet and entertainment services described above, including W-IFE and IPTV.[320]  Other
than Southwest invoice data, which includes all services under IFC, I am not aware of any other
data produced by Viasat in this case that includes revenues associated with IFC services.  However,
as discussed below, Viasat documentary evidence provides estimates of expected revenues from
IFC services.

   a.  IFC Revenues.  Viasat produced numerous internal presentations and commercial
       proposals to airlines that provide evidence of Viasat's expected IFC revenues for
       certain aircraft and fleets.  For example,

.[321]  Viasat also has produced numerous internal
       presentations that summarize projected financials for commercial proposals to airlines.
       The average IFC revenue per aircraft varies depending on the airline, pricing model,
       and assumed passenger take rates, among other factors.  In general, I observe average

---

[318] Master Services Agreement by and between Southwest Airlines Co. and Viasat, Inc., May 2, 2022.
(VIASAT_00015862 – 6050, at 5938 and 5941.)

[319] Airline Connectivity Supply and Services Agreement between United Airlines, Inc. and Viasat Inc, February 7,
2018.  (VIASAT_00014922 – 5031, at 4993 – 4994.)

[320] Viasat Invoice History.  (VIASAT_00132724.xlsx.)  I understand Viasat produced multiple documents containing
data of W-IFE and IPTV revenues.  I further understand that VIASAT_00132724 contains the most comprehensive set
of data.  (*See* Houda Deposition, pp. 149 – 150.)

[321]  (American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 671.))
(Bracketed text added for clarification.)

IFC revenue per aircraft that is consistent with the ███████████████
███████████████ [322]

b. <u>W-IFE Revenues</u>.  **Table 5** below summarizes Viasat's W-IFE global revenues from
2017 to 2024, including ████████████████████
███████████████.[323]  Viasat's W-IFE customers in this period included
airlines such as American Airlines, Breeze Aviation Group, Southwest Airlines, United
Airlines, and other international airlines.[324] Despite fluctuations, W-IFE revenues█
████████████████████ from 2018 to 2024.[325]

c. <u>IPTV Revenues</u>.  **Table 5** below also summarizes Viasat's IPTV global revenues from
2019 to 2024, including ████████████████████████
███████████.[326]   Viasat's IPTV customers in this period included airlines such as
American Airlines, Delta Airlines, JetBlue Airways, Southwest Airlines, and other
international airlines.[327]  IPTV revenues ████████████████ from
2019 to 2024.[328]

---

[322] *See, e.g.*, Viasat Financials.  (VIASAT_00082088 – 094, at 089.)  *See also*, Viasat Financials, March 3, 2023.
(VIASAT_00078021 – 027, at 022 and 025.)  *See also*, Viasat Financials.  (VIASAT_00094739 – 742, at 740.)  *See
also*, Viasat Financials.  (VIASAT_00084505 – 511, at 506 and 509.)  *See also*, Viasat Financials.  (VIASAT_00081128
– 134, at 129 and 132.)

[323] Houda Deposition, pp. 29 – 30.   *See also*, American Airlines Service Agreement, October 1, 2020.
(VIASAT_00014633 – 831, at 723 – 725.)  *See also*, Viasat Invoice History.  (VIASAT_00132724.xlsx.)  When
summarizing Viasat's recurring W-IFE revenues, I exclude invoices that include the word "International" in the "Event
Description" column in Viasat Invoice History.  (VIASAT_00132724.xlsx.)  I understand those revenues are related to
the international portion of revenue generated from JetBlue Airways.

[324] Viasat Invoice History.  (VIASAT_00132724.xlsx.)

[325] **Exhibit 5.3.**  ████████████████████ ██████████  The CAGR calculation starts with W-IFE revenues in 2018
rather than 2017, to be conservative.

[326] Houda Deposition, pp. 57 – 58.   *See also*, American Airlines Service Agreement, October 1, 2020.
(VIASAT_00014633 – 831, at 719 – 723.)  *See also*, Viasat Invoice History.  (VIASAT_00132724.xlsx.)  When
summarizing Viasat's recurring IPTV revenues, I exclude invoices that include the word "International" in the "Event
Description" column in Viasat Invoice History.  (VIASAT_00132724.xlsx.)  I understand those revenues are related to
the international portion of revenue generated from JetBlue Airways.

[327] Viasat Invoice History.  (VIASAT_00132724.xlsx.)

[328] **Exhibit 5.3.** ████████████████████ ██████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



81.    In addition, Viasat generates revenues from advertising associated with in-flight internet and entertainment services through separate advertisement agreements.[333]  Viasat's advertising agreements are executed with airlines, advertisers, or advertising resellers.[334]  For example, Viasat's advertising agreement with JetBlue states that ████████████████ ████████████████████████████████████████████████████████████████████ ██████████  ███ ████████████████████████████████████████████████

---

[329] Viasat's invoice data includes U.S.-based and non-U.S.-based airline customers.  These airline customers are summarized in **Appendix C**.  As discussed in **Appendix C**, non-U.S.-based airline customers also have flight segments in the United States.

[330] I understand that Viasat also ████████████████████████████████████████, from November 2017 to December 2024.  Mr. Houda testified that ████████████████ (Houda Deposition, pp. 31 – 32 and 115.)  Based on my review of the "Event Description" column in Viasat Invoice History (VIASAT_00132724.xlsx), it appears that many of these ████████████████████████████████ ██████████████████████

[331] *See* **Exhibit 5.3**.  I understand Viasat also produced revenues from ████████ ███ " separately in VIASAT_00052299.xlsx.  Mr. Houda testified that ████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████ *See* Houda Deposition, p. 115.  *See also*, Viasat MAPS Revenues.  (VIASAT_00052299.xlsx.))

[332] *See* **Exhibit 5.3**.  Figures may not tie due to rounding.

[333] Houda Deposition, pp. 91 – 92 and 98.  *See also*, Tuli Deposition, pp. 204 – 206.

[334] *See, e.g.,* Amended and Restated Viasat Advertising Agreement, January 1, 2023.  (VIASAT_00068023 – 040.)  *See also*, Letter Agreement, April 12, 2024.  (VIASAT_00067897 – 901, at 900.)

[335] Amended and Restated Viasat Advertising Agreement, January 1, 2023.  (VIASAT_00068023 – 040, at 023.) (Bracketed text added for clarification.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

██████████████████████████████ ██ ███████████████████████████████

███████████████████████████████████ ██ ████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████

82.     Viasat also partners with agencies to run promotional campaigns.  For example,
Viasat's agreement with Spafax Networks, LLC, █████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████ ██ ██████████████████████████████████

████████████████████████████████████████████████████████. [340]

83.     **Table 6** below summarizes Viasat's advertising revenues for the time period of
FY2022 – FY2024.



---

[336] Amended and Restated Viasat Advertising Agreement, January 1, 2023.  (VIASAT_00068023 – 040, at 023.)

[337] Amended and Restated Viasat Advertising Agreement, January 1, 2023.  (VIASAT_00068023 – 040, at 023.)

[338] Amended and Restated Viasat Advertising Agreement, January 1, 2023.  (VIASAT_00068023 – 040, at 026 – 027.)
*See also*, Houda Deposition, p. 96.

[339] Letter Agreement, April 12, 2024.  (VIASAT_00067897 – 901, at 897.)

[340] Specifically, ███████████████████████████████████████████████████████████
██████   (*See* Letter Agreement, April 12, 2024.  (VIASAT_00067897 – 901, at 900.))

[341] Note that FY2022 is the first year of available advertising revenues data produced by Viasat.  Advertising revenues
are generated from three types of services: (1) promoted services of Apple Music; (2) digital advertising; and (3)
sponsored internet.  (*See* Houda Deposition, p. 162.  ("Q. And in Column B [of VIASAT_00132726.xlsx], what is

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

110.    As such, Western Digital (and later SanDisk) is not a competitor of Viasat. Consequently, at the time of the hypothetical negotiation, Western Digital would have acknowledged that its relationship with Viasat was analogous to one of inventor and implementer/promoter (i.e., Viasat would implement the patented inventions without any assistance from Western Digital or later Sandisk).

111.    Given the above, and relative to the indicators of value discussed throughout my report, this *Georgia-Pacific* factor would be <u>neutral</u> with respect to the to-be agreed upon royalty payments for licenses to the '667 and '400 Patents.

**Factor 6: The extent of derivative or convoyed (i.e., ancillary) sales.**

112.    *Georgia-Pacific* Factor 6 relates to the extent of derivative or convoyed sales associated with the sale or distribution of accused products or services.  From an economic perspective, the existence of convoyed sales associated with sales of the Infringing Use Cases can place upward pressure on the to-be-negotiated royalty payment and, as such, convoyed sales can represent additional financial gains by the infringer resulting from the infringement.  As discussed below, Viasat generates additional revenue from the Infringing Use Cases through at least the placement of advertisements, sales of Viasat's Media Hub product, and additional sales from expanding its customer base.[397]

*a.    Advertising Revenue*

113.    In the commercial aviation business segment, Viasat generates advertising revenues from its W-IFE services by displaying and playing in-flight TV ads and in-flight entertainment

---

[397] In the residential internet services market, Viasat also earns a small commission when its residential customers subscribe to Disney+ through a link provided on Viasat's website.  (Viasat Stream FAQS. (https://help.viasat.com/s/article/Viasat-Stream-FAQs, viewed on March 3, 2025.))

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ads.[398]  With respect to IPTV, Viasat integrates video ads throughout the in-flight TV viewing experience.[399]  With respect to W-IFE, Viasat generates advertising revenue by including dynamic pre-roll advertisements ahead of selected content.[400]  Indeed, Viasat identifies W-IFE as a "revenue center," generating revenue from "ads, destination content and services, sponsors, and lead capture."[401]  Viasat described its W-IFE platform as "an unrivalled platform with the power to drive engagement and ancillary revenues before, during and after flight"[402] and touts that Viasat "integrates its advertising platform and maintains full control of the monetization of onboard internet and e-commerce offerings."[403]  Viasat acknowledged that W-IFE increases "ancillary revenues through ad and commerce platform[s]" with projections showing an ancillary revenue opportunity of ██████████ in the total available market [TAM], from e-commerce and advertising, by 2024.[404]  A July 2024 presentation shows that in advertising partnerships with airlines, Viasat typically keeps the majority of the monthly advertising and sponsorship net revenue generated per aircraft (with the remainder being shared with the airline).[405]

---

[398] In-flight TV ads are video ads integrated throughout the in-flight TV viewing experience whereas in-flight entertainment ads often take the form of pre-roll video ads placed ahead of a passenger's chosen in-flight entertainment content.  (Viasat Ads.  (https://www.viasatcom.com/, viewed on March 18, 2025.))

[399] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 325.)  *See also*, Viasat Ads. (https://www.viasatads.com/, viewed on March 18, 2025.)

[400] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 325.)  *See also*, Viasat Ads. (https://www.viasatads.com/, viewed on March 18, 2025.)

[401] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 326.)

[402] ViaSat Wireless IFE.  (https://www.aircraftit.com/vendors/viasat-ireland/viasat-wireless-ife/, viewed on March 18, 2025.)

[403] Condor – Commercial Proposal [Update] 3x A339 linefit and 18x A339 retrofit, July 15, 2024.  (VIASAT_00105127 – 148, at 140.)

[404] Ancillary revenue includes fee-based W-IFE, advertising, onboard goods, duty free goods, destination services, arrival services.  (ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017. (VIASAT_00014416 – 520, at 424, 488 – 493, and 512.))  (Bracketed text added for clarification.)  Ms. Munoz-Talcott testified that "ancillary revenue" means "additional revenues that the airlines could potentially make."  (Munoz-Talcott Deposition, p. 142.)

[405] Condor – Commercial Proposal [Update] 3x A339 linefit and 18x A339 retrofit, July 15, 2024.  (VIASAT_00105127 – 148, at 138.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

114.    As discussed in **Section VIII**, Viasat generates advertising revenues through its provision of in-flight satellite services, generating over ▮▮▮▮▮▮ from fiscal year 2022 to fiscal year 2024.[406]  (*See* **Table 9**.)  Mr. Ajai Tuli, Viasat's Vice President of Commercial Strategy for Aviation,[407] testified that Viasat earns advertising revenue in connection with Viasat's W-IFE services and that, in general, Viasat is paid by advertisers for displaying their ads.[408]



### b.    *Viasat's Media Hub*

115.    Demand for the Infringing Use Cases also contributes to Viasat's sales of Media Hub.  Ms. Munoz-Talcott describes Media Hub as a "user interface that will get you access to the wireless IFE system or…in-flight TV."[411]    According to Viasat, Media Hub includes the components of Live TV, Wireless IFE, Live Events, among others, and "allows the seamless presentation of all media types in a common view to drive maximum engagement."[412]  In fact, after

---

[406] VIASAT_00132726.xlsx.

[407] Tuli Deposition, p. 22.

[408] Tuli Deposition, pp. 204 and 209.

[409] VIASAT_00132726.xlsx.  Note that FY2022 is the first year of available advertising revenues data produced by Viasat.  Advertising revenues are generated from three types of services: (1) promoted services of Apple Music; (2) digital advertising; and (3) sponsored internet.  (Houda Deposition, p. 162.)

[410] I calculate the IPTV and W-IFE revenues for the fiscal year from 2022 to 2024 by summing up the monthly revenues summarized in **Exhibit 5.1** for each fiscal year (i.e., April 1 of the previous year to March 31 of the current year).  *See, e.g.*, Viasat, Inc. SEC Form 10-K for the fiscal year ended March 31, 2024.  *See also*, **Exhibit 5.1**.

[411] Munoz-Talcott Deposition, p. 96.

[412] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 340 – 341.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

launching Media Hub on American Airlines in 2021, Viasat performed a series of engagement

exercises and proved the offering's ability to "dramatically increase engagement."[413]  Ms. Munoz-

Talcott testified that passenger use of the Media Hub product is driven by a desire to utilize the

Infringing Use Cases of IPTV and W-IFE.[414]  According to a May 2022 presentation, the Media

Hub features promotions among "cached [entertainment] content."[415]  The same presentation

estimated that Media Hub would account for between ███████████████████ for fiscal

years 2024 to 2027 with Viasat highlighting the "strong revenue growth" and "high margin" of its

Media Hub product in the presentation.[416]

---

[413] Media Summit – Working Draft, May 20, 2022.  (VIASAT_00008258 – 301, at 270.)

[414] Munoz-Talcott Deposition, p. 96.

[415] Media Summit – Working Draft, May 20, 2022.  (VIASAT_00008258 – 301, at 262.)  (Bracketed text added for clarification.)

[416] Media Summit – Working Draft, May 20, 2022.  (VIASAT_00008258 – 301, at 264 and 276.)  Mr. Houda testified that ████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████. (*See* Houda Deposition, p. 115. *See also*, Viasat MAPS Revenues.  (VIASAT_00052299.xlsx.))

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 24**
**Media Hub**[417]



c.    *Expanded Potential Customer Base*

116.    In addition to advertising revenues (and other ancillary revenues), evidence indicates

that Viasat recognized the contributions of W-IFE services in generating additional sales for both

mobility and residential customers.    In an August 2017 internal presentation, Viasat highlighted

"W-IFE Business Benefits" including that it "enables ViaSat to sell product to disconnected

airlines"[418] and "provides [a] path to IFC for disconnected airlines," thereby "grow[ing] ViaSat

revenue."[419]    An internal Viasat document describes W-IFE as a "table stakes product for most

airlines" and the "entry point into the airline for a Viasat managed passenger experience."[420]    Josh

---

[417] Wireless Entertainment Presentation, 2022.  (VIASAT_00003288 – 349, at 339.)

[418] Ms. Munoz-Talcott testified that a "disconnected airline" is one that does not "have W-IFE connectivity or IFE/IFC on the aircraft."  (Munoz-Talcott Deposition, p. 134.)

[419] ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017.  (VIASAT_00014416 – 520, at 423.)  (Bracketed text added for clarification.)

[420] Media Summit – Working Draft, May 20, 2022.  (VIASAT_00008258 – 301, at 270.)  I understand that "Stored Content to PED" relates to the W-IFE service offering.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Slater, Director of Systems and Architecture, Global Mobility at Viasat who was involved in the Arconics acquisition, testified that Viasat wanted to develop in-flight entertainment offerings in response to "customer [airline] requests," and that there were discussions at Viasat about the potential for increased demand for Viasat's IFC services through offering in-flight entertainment services.[421]  Further, in a document entitled "Entertainment Product Management," the "Goals and Objectives" section of Viasat's "Entertainment Product Strategy" notes that one product goal of Viasat W-IFE is to "round out IFC product offering with W-IFE" and to "build IFC path for low cost carriers."[422, 423]

117.    Similarly for the residential business, in a July 2022 presentation, Viasat highlights the potential for its entertainment offerings (in partnership with content providers) in unlocking a previously unavailable market of residential "unconnected consumers" that otherwise have "no household internet connection."[424]

118.    At the hypothetical negotiations, the parties would consider that licenses to the Patents-in-Suit would enable Viasat to offer the Infringing Use Cases, which would lead to additional revenue opportunities from advertising and sales of ancillary products (like Media Hub). The parties would also recognize that the accused W-IFE service would serve as an entry point for Viasat's broader suite of product offerings to airline customers.  Relative to the indicators of value

---

[421] Slater Deposition, pp. 38, 48, and 89 – 90.  (Bracketed text added for clarification.)

[422] ViaSat W-IFE Product Strategy and Product and Market Analysis, August 2017.  (VIASAT_00014416 – 520, at 423.)  *See also,* Entertainment Product Management, Commercial Aviation, Exported, January 17, 2023. (VIASAT_00015430 – 676, at 437.)

[423] In contrast to the evidence discussed here, I understand that Edwin Edillon, Director of Partnerships and Strategic Entertainment Initiatives at Viasat, testified that Viasat does not view its IFE offerings, including W-IFE and IPTV, as a means to expand its IFC customer base.  Specifically, Mr. Edillon testified that "Wireless IFE has not been the center or even the corner of IFC conversations.  Very seldom is it brought up with airlines.  Perhaps in more low-cost carrier scenarios, it might be.  Wireless IFE is typically offered as an add-on, as I had mentioned, but it is absolutely not the – I wouldn't say it's part of the decision to purchase IFC."  (Edillon Deposition, pp. 13 and 126.)  Similarly, Mr. Edillon testified that Viasat does not look at live TV as a "way to expand IFC."  (Edillon Deposition, p. 127.)

[424] Product and Technology Operations, July 2022.  (VIASAT_00008313 – 340, at 318.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

discussed in this report, this factor would place <u>upward</u> pressure on the royalty payments that would have been agreed upon between the parties at the hypothetical negotiations.

### Factor 7: The duration of the patent and the term of the license.

119.    *Georgia-Pacific* Factor 7 relates to the duration of the patents and the term of the licenses that would be agreed to at the hypothetical negotiation.

   a.   <u>The '667 Patent</u>.  As discussed in **Section IX.D**, Viasat and Western Digital would have held a hypothetical negotiation for a license to the '667 Patent in or around October 2019.  I understand that the '667 Patent will expire on February 5, 2035.[425] Hence, the term of the hypothetical license for the '667 Patent would be 15.3 years.[426]

   b.   <u>The '400 Patent</u>.  As discussed in **Section IX.D**, Viasat and Western Digital would have held a hypothetical negotiation for a license to the '400 Patent in or around early 2017.  I understand that the '400 Patent will expire on April 30, 2032.[427]  Hence, the term of the hypothetical license for the '400 Patent would be approximately 15.2 years.[428]

120.    *Georgia-Pacific* Factor 7 generally is viewed as being neutral with respect to the royalty payment when the royalty payment in question takes the form of a running royalty rate (which would be paid for infringement through the expiration of the patent).  Relative to the indicators of value discussed throughout my report, this factor would be <u>neutral</u> with respect to the to-be-negotiated reasonable royalty payments for licenses to the '667 and '400 Patents.

### Factor 8: The established profitability of the patented product and its commercial success.

121.    *Georgia-Pacific* Factor 8 relates to the established profitability of the patented products and their commercial success.  Viasat's established sales, profitability, and commercial

---

[425] U.S. Patent No. 10,447,667, Google Patents.  (https://patents.google.com/patent/US10447667B2/en?oq=10447667, viewed on November 20, 2024.)

[426] Calculation: 15.3 years = 5,592 days (between October 15, 2019 and February 5, 2035) / 365.25 days per year.

[427] U.S. Patent No. 9,424,400, Google Patents.  (https://patents.google.com/patent/US9424400B1/en?oq=9424400, viewed on November 20, 2024.)

[428] Calculation: 15.2 years = 5,539 days (assuming March 1, 2017 and April 30, 2032) / 365.25 days per year.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



180.    This  provides a relevant proxy for the value assigned to ensuring reliable content delivery for American Airlines passengers.  Whereas the total IPTV Fee may reflect the value of various components required for providing the service, such as Viasat's satellite and ground station infrastructure, content access, and efficient stream delivery, the fact that ███ ████████████████████████████████████████████████████████ ████████████████████████ provides an indication of the relative contribution of efficient delivery to Viasat's total IPTV revenue.  This figure represents a lower bound for the value attributable to efficient content delivery, at least because (a) it is unlikely that customers would contract with Viasat for IPTV services if the service was unreliable and (b) ████████████████

---

[717] American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 722.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY