# EXHIBIT H

## VIASAT_00007973

## Metadata

| All Custodians | Unspecified Custodian | SEMANTIC |
|---|---|---|
| Confidentiality | HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY | SEMANTIC |
| Date Created | 07/28/2017 12:18 pm | SEMANTIC |
| Date Modified | 02/03/2022 10:02 am | SEMANTIC |
| Family Date | 02/03/2022 10:02 am | VIRTUAL |
| File Names | ██████ RFP Reference Presentation.pptx | SEMANTIC |
| Primary Date | 02/03/2022 10:02 am | DOC_TYPE_ALIAS |



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00007973



8

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00007984



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00008016



39

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

Slide 39

GK29       Update visual to reflect international package.
           Goodman, Kelsey, 2/1/2022

GK30       Merge content on 40/41
           Goodman, Kelsey, 2/1/2022

**HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00008019

Slide 40

GK12      Add BBC Arabia / Skynews Arabia
          Goodman, Kelsey, 1/25/2022

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00008020