# EXHIBIT I

VIASAT_00014633

## Metadata

| All Custodians | Viasat | SEMANTIC |
|---|---|---|
| Confidentiality | Highly Confidential - Attorney Eyes Only | SEMANTIC |
| Date Created | 04/09/2021 6:15 pm | SEMANTIC |
| Date Modified | 04/13/2021 5:01 pm | SEMANTIC |
| Family Date | 04/13/2021 5:01 pm | VIRTUAL |
| File Names | ▇▇ ViaSat_Connecti▇▇▇▇▇▇▇▇▇▇▇▇ Execution_Version - fully executed (1).pdf;▇▇▇▇▇▇<br>ViaSat_Connectivity_S▇▇▇▇▇▇▇▇▇▇ Execution_Version - fully executed.pdf | SEMANTIC |
| Primary Date | 04/13/2021 5:01 pm | DOC_TYPE_ALIAS |



# THIRD AMENDED AND RESTATED CONNECTIVITY SERVICES AGREEMENT

BETWEEN

[REDACTED]

AND

VIASAT, INC.

 and Viasat Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00014633

Third Amended and Restated Connectivity Services Agreement Between ▮▮▮ and Viasat, Inc.

## TABLE OF CONTENTS



2
▮▮▮ and Viasat Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00014634

Third Amended and Restated Connectivity Services Agreement Between ▮▮▮▮▮▮▮, Inc. and Viasat, Inc.



3
▮▮▮▮▮▮▮ and Viasat Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00014635

Third Amended and Restated Connectivity Services Agreement Between ▉ and Viasat, Inc.

## Exhibit B COMMERCIAL TERMS

**B.1  General Terms**

The following sets forth the Charges as explained in **Section 5** of the Agreement. All prices are exclusive of tax.

**B.2**

**B.2.1**

53
**Exhibit B**
▉ and Viasat Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00014685

Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.



**B.2.2** 

**Exhibit B**
▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014686

Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.



**B.3**

**B.3.1**

55

**Exhibit B**

▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014687

Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.



B.3.2

B.3.3

B.4

B.4.1

B.4.2

Third Amended and Restated Connectivity Services Agreement Between ▮▮▮ and Viasat, Inc.

B.4.3

B.4.4

B.4.5



57

**Exhibit B**
▮▮▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014689

Third Amended and Restated Connectivity Services Agreement Between ▮▮▮ and Viasat, Inc.



58

Exhibit B

▮▮▮ and Viasat Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.

**B.5**

**B.5.1**



**B.6**

**B.6.1**

**Exhibit B**

▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014691

Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.



**B.6.2**

**B.7**

**B.7.1**

**B.7.2**

**B.7.3**

60

**Exhibit B**

▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014692



Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.

**B.7.4**



**B.8** [reserved]

**Exhibit B**

▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014693

Third Amended and Restated Connectivity Services Agreement Between ▮▮▮ and Viasat, Inc.

**B.9**

**B.9.1**



62

Exhibit B

▮▮▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014694

Third Amended and Restated Connectivity Services Agreement Between ▮ and Viasat, Inc.



63

**Exhibit B**

▮ and Viasat Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00014695

Third Amended and Restated Connectivity Services Agreement Between ▮▮▮▮ and Viasat, Inc.

B.10



B.11

B.12

B.13
B.13.1

B.14
B.14.1

B.14.2

B.14.3

B.14.4

64
**Exhibit B**
▮▮▮▮ and Viasat Proprietary and Confidential

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00014696