# EXHIBIT 1
# Filed Under Seal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 4:22-cv-04376-HSG |

# EXPERT REPORT OF LAUREN R. KINDLER

# MARCH 24, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

6.     AG is being compensated based on hours incurred and the hourly rates of the personnel involved. Payment to AG is not contingent on my findings or the outcome of this matter. AG is being compensated at a rate of $1,195 per hour for my time. Hourly rates for other AG personnel working on this matter range from $480 to $865 per hour, depending on their level and experience.

### III.    INFORMATION REVIEWED AND CONSIDERED

7.     The information and data available to me in forming my opinions are contained in **Appendix B**.[5] This information includes legal documents, the Patents-in-Suit, deposition testimony (and associated exhibits), expert reports, independently obtained materials, and documents produced by the parties. In addition, the bases for my opinions include discussions with (a) Dr. Chuck Easttom, Sandisk's technical expert, (b) David Blankenbeckler, a named inventor of the '400 Patent and former Director of R&D Engineering at Western Digital, and (c) Soji John, Assistant General Counsel for Sandisk Technologies.

8.     My analyses and opinions are based on the information available to date and are contained throughout the narrative to this report and the associated exhibits. I reserve the ability to update my analyses and opinions in the event additional information is provided to me. I also reserve the ability to use demonstrative exhibits and/or other information at trial to illustrate my opinions.

### IV.    SUMMARY OF OPINIONS

9.     I have evaluated the reasonable royalty damages suffered by Plaintiffs as a result of Viasat's infringement of the Patents-in-Suit. Based on the assumption that the Patents-in-Suit are

---

[5] I understand from counsel that Viasat produced hundreds of "billing detail" documents on March 24, 2025 (the date of my report) at 3:13 pm Pacific Time. I have not reviewed nor considered these files in forming my opinions presented in this report. As such, these files are not listed in **Appendix B**. I reserve the ability to review these files and update my analyses and opinions as needed.



62.     The following example (presented in Viasat's internal documents) illustrates the bandwidth savings to Viasat that are enabled by VCDS's multicasting and caching functionalities.[205] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ In this example, 100 passengers that are spread across 20 planes and two beams request the same live video program.[206] In the absence of VCDS, Viasat would have to send one copy of the program to every passenger, meaning they would have to send

---

[204] Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 502.)

[205] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 354 – 355.)

[206] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 354.) While the size of spot beams vary between satellite systems, beams generally "cover several hundred kilometers." (See Ka-Band Capacity Planning. (http://www.satmagazine.com/story.php?number=192941478, viewed on March 11, 2025.)) Viasat's internal documents indicate that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (See Connected Seatback Experience, May 2024. (VIASAT_00100236 – 265, at 261.))

100 copies of the same program over-the-air ("OTA") over the satellite communications link to satisfy passengers' content demand. For illustrative purposes only, assuming that the live video is a total size of 400 megabytes, Viasat would have to transmit 40,000 megabytes of data to fulfill the 100 passengers' requests (i.e., 400 megabytes × 100 passengers).[207]



63.     However, when using VCDS to deliver the content, ▮▮▮▮▮▮▮▮▮▮ the same scenario of 100 passengers requesting the same live video would require less bandwidth. The

---

[207] For reference, streaming one hour of video at 360p would consume approximately 0.4 gigabyte of data (or 400 megabytes), and streaming the same content at 4K quality would consume approximately nine gigabytes of data (or 9,000 megabytes).  (*See* The ultimate guide to streaming with satellite internet, September 14, 2022. (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.))

[208] VCDS Overview: Viasat Content Delivery Service, May 2020.  (VIASAT_00007343 – 394, at 354.)

bandwidth savings occur across two steps: the multicasting step, which efficiently delivers the content to planes through the satellite, and the caching and transmission step, which efficiently delivers the content to passengers within a plane. First, multicasting allows Viasat to send only one copy of the content through the satellite for each beam requesting the content.[209] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ That is, rather than sending one copy of content for each plane (i.e., 20 copies for 20 planes), multicast enables Viasat to send only one copy per beam (i.e., two copies) with the content being delivered to each plane within the beam. I understand that multicasting is a functionality of VCDS that is not accused of infringing the '667 Patent.[210]

64.  After the content has been served to a plane, caching stores the content onto the plane's local server and allows Viasat to deliver the content to all passengers on the plane who subsequently request the content. Because the content is cached, Viasat is able to fulfill all requests for the same content without transmitting the content OTA again.[211] In this illustration, the content would be cached locally on the 20 planes' modems and distributed to the 100 passengers who request the content without having to additionally transmit the content OTA. I understand that the caching functionality of VCDS, as implemented by Viasat, is accused of infringing the '667

---

[209] I understand that elsewhere, the "beam" concept is elsewhere referred to as a "multicast group" or "MAC domain." (VCDS Home. (VIASAT_00008738 – 9831, at 8760.)) See also, Connected Seatback Experience: Raising the Bar for In-Flight Entertainment, Together, May 2024. (VIASAT_00100497 – 526, at 522.))

[210] Easttom Report, § VI.B.  Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[211] When the content being requested has not yet been loaded onboard, I understand Viasat refers to this as a ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (VCDS Home. (VIASAT_00008738 – 9831, at 8760.))  When the content being requested has already been loaded onboard, I understand Viasat refers to this as a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (VCDS Home. (VIASAT_00008738 – 9831, at 8760.))  Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). Easttom Report, § VI.B.

Patent.[212] In total, through multicast and caching, assuming that the 100 passengers request the same content, Viasat can meet the content demand by sending only two copies of the content OTA. For illustrative purposes, if the live video is the same 400 megabytes, this implies 39,200 megabytes of bandwidth savings to Viasat relative to the scenario without VCDS.[213]



65.     The bandwidth savings illustrated above can also be expressed in terms of the satellite capacity. For illustrative purposes, if the video is streaming at a bit rate of 1.2 Mbps,[215]

---

[212] Easttom Report, § VI.B. Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[213] Calculation: 39,200 MB savings = 40,000 MB served OTA without VCDS - 800 MB served OTA with VCDS (i.e., 400 MB sent to 2 "beams").

[214] VCDS Overview: Viasat Content Delivery Service, May 2020. (VIASAT_00007343 – 394, at 355.)

[215] The recommended minimum bit rate for streaming video at 480p is 1,200 Kbps (or 1.2 Mbps). (*See* What Bitrate Should I Stream At For Best Results?   (https://www.streamingvideoprovider.com/live-streaming-platform/what-bitrate-should-i-stream-at/, viewed on March 12, 2025.))

delivering the content *with VCDS* would require 2.4 Mbps of capacity to stream it simultaneously to 100 passengers.[216] However, if the same video is delivered *without VCDS*, requiring a separate copy for each of the 100 passengers, the total capacity needed to stream it simultaneously would be 120 Mbps.[217] This means that, in this example, streaming without VCDS's multicasting and caching functionalities results in 50 times more capacity usage.[218]

66.     The example above ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ demonstrates that VCDS's multicasting and caching functionalities significantly reduce the amount of bandwidth consumed by reducing the number of content copies sent OTA. Based on discussions with Chuck Easttom, Sandisk's technical expert, I understand that the bandwidth savings facilitated by VCDS take place even when the passengers in a beam do not request the same title or program at the same time.[219] As described previously, when a specific program is delivered to one passenger in a beam, the content is cached on all aircraft served by that beam, allowing the fulfillment of subsequent requests without consuming additional bandwidth.[220] This example demonstrates that the bandwidth savings increase with the number of passengers in a given beam who request the same content.

67.     In addition to delivery of live TV, VCDS's multicasting and caching functionalities are also used to efficiently deliver to end-users VOD as well as W-IFE content (sometimes referred

---

[216] Calculation: 2.4 Mbps = 1.2 Mbps × 2 copies.

[217] Calculation: 120 Mbps = 1.2 Mbps × 100 copies.

[218] Calculation: 50 times = 120 Mbps ÷ 2.4 Mbps.

[219] Easttom Report, § V.C.

[220] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). *See also* Easttom Report, §§ V.C and VI.B. *See also*, VCDS Home. (VIASAT_00008738 – 9831, at 8760.)

that the amount of data sent OTA can be less than the total amount of data served to planes.[693] Further, I understand that the teachings of the '667 Patent allow for the caching of data served to an aircraft, such that data distributed to passengers on the aircraft can be greater than the amount of data served to the aircraft.[694] Thus, I understand that:[695]

    a. the difference between (i) data sent OTA and (ii) data served to aircraft represents bandwidth savings attributable to <u>multicasting</u>;

    b. the difference between (ii) data served to aircraft and (iii) data distributed to passengers represent bandwidth savings attributable to <u>the teachings of the '667 Patent</u>; and

    c. the difference between (i) data sent OTA and (iii) data distributed to passengers represent the combined bandwidth savings attributable to <u>multicasting and the teachings of the '667 Patent</u>.

174. While I understand multicasting itself is not an Accused Functionality, based on discussions with Dr. Chuck Easttom, Sandisk's technical expert, it is my understanding that without the patented technology, the benefits of multicasting to Viasat would be minimal.[696] In other words, I understand that the bandwidth savings of multicasting are amplified by Viasat's alleged use of the teachings of the '667 Patent.

175. The bandwidth savings associated with Viasat's use of the '667 Patent for its IPTV service offering can be quantified based on the following inputs and assumptions.

    a. <u>Actual Total Bytes Sent OTA and Bytes Served to Aircraft</u>. As summarized in **Exhibit 8.6**, Viasat produced weekly updates reporting bytes sent OTA and bytes served to aircraft for the period February 2019 through February 2023. As the '667 Patent did not issue until October 15, 2019, I begin my calculations then. Further, I forecast bytes sent OTA and bytes served to aircraft for the period from the end of the available data through the expected date of trial (i.e., from March 2023 through November 30, 2025).

---

[693] VCDS Home. (VIASAT_00008738 – 9831, at 8743.) For example, in Viasat's weekly update as of February 22, 2019, Viasat reported that it sent ▇▇▇▇▇▇▇▇▇ over the air, which resulted in ▇▇▇▇▇▇▇▇▇ served to aircraft. Viasat reported ▇▇▇ of multicast savings as a result. (*See* VCDS Home. (VIASAT_00008738 – 9831, at 9058.))

[694] Easttom Report, § VI.B. Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[695] Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[696] Easttom Report, § VI.B. Based on a discussion with Chuck Easttom, Sandisk's technical expert.

In order to estimate the bytes sent and bytes served during those months, and to capture any potential effects of seasonality on IPTV streaming, it is assumed that bytes sent and bytes served in each month are equal to the bytes sent and bytes served, respectively, in the same month from the prior year (e.g., bytes sent in March 2023 are assumed to be the same as bytes sent in March 2022).

Based on the data produced and the estimates described above, I calculate that over the October 15, 2019 to November 30, 2025 period, Viasat (i) sent ▬▬▬▬ OTA and (ii) served ▬▬▬▬ to aircraft.  (**Exhibit 10.5**.)

b. <u>Estimated Total Bytes Distributed to Passengers</u>.  As explained above, I understand that whereas the bytes associated with a particular IPTV stream to a particular flight can be served to that aircraft once and cached (and thus would be counted *once* in the total bytes served to aircraft), the total bytes distributed to passengers will be greater if the cached stream is transmitted to multiple passengers.[697]  In determining the total bytes distributed to passengers, each IPTV stream sent to each passenger on a flight is counted separately.  The total bytes distributed to passengers can be estimated using as a starting point the total bytes served to aircraft (as described above) and further taking into account (i) the estimated number of concurrent IPTV streams per flight (i.e., different channels being watched by different passengers on the same flight at the same time) reflected in the bytes served to aircraft, (ii) the average number of passengers per flight, and (iii) the take rate for IPTV among those passengers.

    i. <u>Number of Concurrent IPTV Streams per Flight</u>.  I understand that the difference between the total bytes served to aircraft and the total bytes distributed to passengers depends in part on how many streams are being watched (and cached locally) on the airplane.  In particular, the total bytes served to an aircraft may include multiple concurrent IPTV streams of different channels, in which case it would not be accurate to estimate total bytes distributed to passengers by assuming that each individual passenger watching IPTV on the airplane consumes the full amount of data being served to that airplane (i.e., the same passenger does not watch multiple IPTV streams simultaneously).  Thus, I estimate the number of concurrent IPTV streams per flight and make an adjustment for this factor below.

    ii. <u>Data Required to Provide Each IPTV Stream</u>.  I understand the data required to stream a video can depend on the quality of the video being streamed.[698]  Viasat guaranteed to provide IPTV with at least 480p resolution to airline customers,[699] which, according to Viasat in 2022, would consume approximately 700 MB (0.7

---

[697] Easttom Report, § VI.B.  Based on a discussion with Chuck Easttom, Sandisk's technical expert.

[698] The ultimate guide to streaming with satellite internet, September 14, 2022.  (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[699] *See, e.g.,* American Airlines Service Agreement, October 1, 2020.  (VIASAT_00014633 – 831, at 679 and 794.) *See also*, Master Services Agreement by and between Southwest Airlines Co. and Viasat, Inc., May 2, 2022.  (VIASAT_00015862 – 6050, at 5922.)

GB) per hour.[700] Assuming all IPTV is streamed at the minimum 480p, the minimum bit rate required (i.e., the satellite bandwidth to deliver a 480p resolution live TV stream at any given second) is 1.55 Mbps, calculated as follows:[701]

$$\frac{700 \; MB}{3{,}600 \; Seconds \; / \; Hour} = 0.194 \; MBps \; \times 8 \; Mbps/MBps = \mathbf{1.55 \; Mbps}$$

iii. <u>Bandwidth Used for IPTV and Number of Flights</u>. An internal analysis conducted in 2020, when Viasat was expecting to "begin servicing new providers for mobility live streaming content," indicates that Viasat estimated these services "would be used on 100 MACDs [Media Access Controller Domains] concurrently" at peak.[702] I understand that in this context, MACDs refer to the modems on aircraft, meaning that Viasat estimated its peak data usage assuming that IPTV was streamed on 100 flights concurrently.[703] In the same analysis, Viasat described its peak bandwidth usage for IPTV as 250 Mbps.[704]

iv. <u>Estimated Concurrent IPTV Streams per Flight</u>. Based on a minimum bitrate required of 1.55 Mbps per concurrent IPTV stream, an estimated 100 concurrent flights, and a peak bandwidth of 250 Mbps for IPTV, the average number of concurrent IPTV streams per flight *at peak* is 1.613.[705] In other words, on average across flights at peak, Viasat would have reasonably anticipated that approximately 1.613 different IPTV channels would be streamed per flight.[706]

---

[700] The ultimate guide to streaming with satellite internet, September 14, 2022. (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[701] 1 megabyte per second (MBps) = 8 megabits per second (Mbps).

[702] VCDS Home. (VIASAT_00008738 – 9831, at 8816.) (Bracketed text added for clarification.) The analysis is titled "VCDS CONUS Requirements for 2020" and is part of a document collection that was "used for communication within the [Viasat] team or to external customers of VCS services." (Neri Deposition, pp. 93 – 94.) (Bracketed text added for clarification.)

[703] Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[704] VCDS Home. (VIASAT_00008738 – 9831, at 8816.) Based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert). This description is generally consistent with a separate analysis performed by Viasat in which it reports the average bits sent per second (shorter blue bars in the cited figure) and the average bits served per second (taller green bars in the cited figure) for the week of May 17, 2019 to May 24, 2019. The cited figure shows that, at peak, data served was around 250 Mbps. (VCDS Home. (VIASAT_00008738 – 9831, at 9107.)) Also, based on a discussion with Dr. Chuck Easttom (Sandisk's technical expert).

[705] Calculation: 1.613 streams per flight = (250 Mbps / 100 concurrent flights) / 1.55 Mbps bit rate per stream.

[706] Using the bandwidth for IPTV data served at peak (i.e., 250 Mbps) in this calculation is conservative as it results in the highest estimate of the number of channels being viewed concurrently (relative to lower usage of bandwidth for IPTV observed off peak). All else equal, a higher number of different channels being viewed concurrently results in lower estimated bandwidth savings in the framework outlined here.

v. <u>Adjusted Total Bytes Served to Aircraft for No More than One Concurrent IPTV Stream per Flight</u>. The actual total bytes served to aircraft (which, as described above, may include multiple concurrent IPTV streams of different channels to the same airplane) can be divided by the estimated number of concurrent IPTV streams per flight to yield adjusted total bytes served to aircraft for no more than one concurrent IPTV stream per flight. This adjustment yields a total of ▮ ▮ being served to aircraft for no more than one concurrent IPTV stream per flight.[707]

vi. <u>Estimated Passengers per Flight</u>. Viasat's monthly invoice data to American Airlines (Viasat's largest IPTV customer) demonstrates that on average each flight has approximately 150 passengers.[708]

vii. <u>Estimated IPTV Take Rate.</u> Not all passengers use Viasat's IPTV services. While Viasat has not produced data on actual passenger IPTV take rates, documentary evidence suggests that Viasat anticipated take rates ranging from ▮.[709] Specifically, Mr. Tuli, Vice President of Commercial Strategy for Aviation at Viasat, testified that the number of passengers connected, on average, is ▮ for paid sessions and "▮" for "free-to-all passengers" sessions.[710] I understand that IPTV is generally a free service to passengers.[711] In my calculations, I use take rates of ▮ (i.e., the midpoint between the ▮ figure for paid sessions and the ▮ figure for free sessions) and ▮ (i.e., the lower bound for free sessions based on Mr. Tuli's testimony). (*See* **Exhibit 10.1**.)

Using these inputs, the total amount of data distributed to passengers can be estimated by multiplying the adjusted total bytes served to aircraft for no more than one concurrent IPTV stream per flight by (i) the estimated number of passengers per flight and (ii) the IPTV take rate. This calculation yields an estimated total of ▮ distributed to passengers assuming a ▮ take rate and ▮ distributed to passengers assuming a ▮ take rate. (*See* **Exhibit 10.1**.)

---

[707] Calculation: ▮ TB = ▮ TB / 1.61.

[708] According to Viasat's monthly American Airline Invoice data, during the time period from September 2020 through June 2024, there were ▮, averaging around 150 passengers per flight. Calculation: ▮. *See* American Airlines Invoice Data. (VIASAT_00124996.xlsx, at tab "Load Factor.")

[709] I understand that Viasat has provided assumptions on take rates in multiple internal documents. Specifically, Viasat's estimated take rate for paid sessions can range from ▮% and estimated take rate for free sessions can be as high as ▮. (*See* Viasat Projections. (VIASAT_00104683.xlsx, at tab "Assumptions.") *See also*, Commercial Proposal - Internal Review, May 3, 2024. (VIASAT_00124418, at 423.) *See also*, Tuli Deposition, p. 136.)

[710] Tuli Deposition, p. 136.

[711] Edillon Deposition, p. 81.

222. My royalty damages opinions do not depend upon one specific analysis but are the result of the totality of the evidence that I have considered in this case, my analysis of the *Georgia-Pacific* factors, and my analysis of important economic and business considerations presented throughout my report and associated exhibits. The royalty damages presented above would compensate Sandisk for Viasat's alleged use of the Patents-in-Suit and would be appropriate and reasonable given the economic considerations discussed throughout my report.

\* \* \* \* \* \*

223. My analyses and opinions contained in this report are based on information available as of the date of my report. I reserve the ability to review documents, deposition transcripts, or other information still to be produced by the parties to this dispute and to supplement my opinions based on that review, if necessary.

_/s/ L. Kindler_

Lauren R. Kindler
March 24, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY