# EXHIBIT 2
## Filed Under Seal

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SANDISK TECHNOLOGIES, INC., et al.,

               Plaintiffs,

v.

VIASAT, INC.,

           Defendant.

Case No. 4:22-cv-04376-HSG

## SUPPLEMENTAL EXPERT REPORT OF LAUREN R. KINDLER

## MAY 5, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**TABLE OF CONTENTS**

I.    INTRODUCTION AND ASSIGNMENT ..........................................................................1

II.   REASONABLE ROYALTY DAMAGES OPINIONS BASED ON NEW
      INFORMATION IN VIASAT'S MARCH 24, 2025 PRODUCTION .................................3

      A.    Viasat's "Invoice Support" Files Confirm the Reasonableness of
            Numerous Inputs to the Reasonable Royalty Damages Analyses
            Presented in the Kindler Report ...................................................................3

      B.    Viasat's Newly-Produced Data Showing Actual and Forecasted
            Revenues and Costs Confirms the Profitability of the Infringing Use
            Cases ............................................................................................................3

      C.    Viasat's Newly-Produced Data Showing Actual and Forecasted Aircraft
            Counts Demonstrates Growth in Infringing Use Cases .................................5
            1.    Updated Estimates of W-IFE and IPTV Sessions through
                  November 2025 ...................................................................... 5
            2.    Updated Estimates of IPTV Bytes Sent OTA, Served to
                  Aircraft, and Distributed to Passengers through November
                  2025 ....................................................................................... 7

      D.    Updated Estimates of Viasat's Bandwidth Cost Savings Attributable to
            the '667 Patent ............................................................................................9

      E.    Updated Estimates of Viasat's Opportunity Costs Associated with the
            Bandwidth Savings Attributable to the '667 Patent .....................................11

      F.    Updated Outcome of the Hypothetical Negotiations ....................................11
            1.    Updated '667 Patent Value Indicators .................................... 12
            2.    Updated '400 Patent Value Indicator ..................................... 13
            3.    Updated Outcome of the Hypothetical Negotiations ............... 14

III.  ILLUSTRATIVE CALCULATION OF '667 PATENT VALUE
      INDICATORS USING DR. MACARTNEY'S CLAIMED BITRATE ............................18

IV.   ILLUSTRATIVE CALCULATION OF '667 PATENT VALUE
      INDICATORS USING UPDATED ESTIMATES BASED ON VIASAT'S
      MARCH 24, 2025 PRODUCTION AND DR. MACARNTEY's CLAIMED
      BITRATE....................................................................................................21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## I.    INTRODUCTION AND ASSIGNMENT

1.    I have been retained as an economics and damages expert for Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (collectively, "Sandisk," "SanDisk," or "Plaintiffs") in the matter of *Sandisk Technologies, Inc., et al. v. Viasat, Inc.*[1] I understand that Sandisk alleges that Viasat, Inc. ("Viasat" or "Defendant") infringes certain claims of the patents listed in **Supplemental Table 1** (the "Patents-in-Suit") by developing and/or selling media streaming software, systems, and services.[2] I issued my opening expert report in this matter on March 24, 2025 (the "Kindler Report").[3]

**Supplemental Table 1**
**Patents-in-Suit[4]**

| U.S. Patent No. | Title | Asserted Claims[5] | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 9,424,400 ("'400 Patent") | Digital rights management system transfer of content and distribution | 1, 2, 6, 8 – 10, 13, and 17 | 8/23/2016 | 4/30/2032 |
| 10,447,667 ("'667 Patent") | Secure stream buffer on network attached storage | 1 – 7 and 11 – 16 | 10/15/2019 | 2/05/2035 |

2.    I understand from counsel that Viasat produced hundreds of "billing detail" documents on the day the Kindler Report issued ("Viasat's March 24, 2025 Production").[6] At the time of issuing my report, I had not reviewed nor considered these files. I have been asked to

---

[1] Complaint for Patent Infringement filed on July 28, 2022, p. 1. *See also*, Amended Complaint for Patent Infringement filed on November 8, 2023 ("Amended Complaint"), p. 1.

[2] Amended Complaint, pp. 1, 4, and 10.

[3] My current resume and testimony experience are contained in **Supplemental Appendix A** to this report.

[4] U.S. Patent No. 9,424,400. *See also*, U.S. Patent No. 10,447,667. *See also*, U.S. Patent No. 9,424,400, Google Patents. (https://patents.google.com/patent/US9424400B1/en?oq=9424400, viewed on November 20, 2024.) *See also*, U.S. Patent No. 10,447,667, Google Patents. (https://patents.google.com/patent/US10447667B2/en?oq=10447667, viewed on November 20, 2024.) *See also*, Amended Complaint, pp. 3 – 5 and 10 – 11. The Amended Complaint includes a third patent (U.S. Patent No. 8,504,834) that is no longer being asserted in the case. (*See* Amended Complaint, p. 1.)

[5] Plaintiffs' Amended Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions, March 22, 2024 ("Amended Infringement Contentions, March 22, 2024"), March 22, 2024, p. 2.

[6] Expert Report of Lauren R. Kindler dated March 24, 2025 ("Kindler Report"), p. 3 (footnote 5).

supplement my damages opinions to take into consideration these files.[7]  In addition, subsequent to the issuance of my opening expert report, Viasat submitted the Expert Rebuttal Report of Gareth Macartney, Ph.D. on April 14, 2025 ("Macartney Report").[8]  In his report, Dr. Macartney criticized my use of a minimum bit rate of ███████ in my calculation of Viasat's bandwidth cost savings for IPTV services attributable to its use of the '667 Patent.[9]  While I understand Dr. Chuck Easttom (Sandisk's technical expert) disagrees with Dr. Macartney,[10] for illustrative purposes only, I provide alternative calculations of '667 Patent value indicators using the IPTV bitrate claimed by Dr. Macartney (i.e., ████████).[11]

3.      In performing my analysis, I have been asked to assume that the Patents-in-Suit are valid, enforceable, and infringed by Viasat.  That I do not address the opinions presented in Dr. Macartney's report should not be interpreted as agreement with Dr. Macartney's conclusions.

---

[7] **Supplemental Exhibit 1** presents a mapping between the supplemental exhibits and their counterparts in the Kindler Report, where applicable.

[8] Viasat also submitted the Rebuttal Expert Report of Kevin C. Almeroth, Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 9,424,400 & 10,447,667 on April 14, 2025 ("Almeroth Non-Infringement Report").  In addition, I received subsequent to the issuance of the Kindler Report various publicly available documents produced and bates-stamped by Viasat, a small number of produced documents cited in the Macartney Report that I had not previously received, and the Deposition of Soji John taken March 28, 2025.  **Supplemental Appendix B** to this report contains an updated list of materials I have considered.

[9] Macartney Report, pp. 48 – 49.

[10] Based on a discussion with Dr. Easttom (Sandisk's technical expert).

[11] Macartney Report, pp. 48 – 49.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## II.    REASONABLE ROYALTY DAMAGES OPINIONS BASED ON NEW INFORMATION IN VIASAT'S MARCH 24, 2025 PRODUCTION

### A.    Viasat's "Invoice Support" Files Confirm the Reasonableness of Numerous Inputs to the Reasonable Royalty Damages Analyses Presented in the Kindler Report

4.    As introduced above, Viasat produced hundreds of new files on March 24, 2025 primarily consisting of "Invoice Support" files.[12]  Viasat's Invoice Support files generally provide monthly details for Viasat's invoices to certain customers.  Specifically, these files often include aircraft and passenger data for W-IFE and IPTV services provided to American Airlines, United Airlines, Delta Airlines, JetBlue Airways, and others over the January 2021 through January 2025 time period (albeit not all months are available for all customers).  These data are summarized in **Supplemental Exhibits 2.1** and **2.2**.

5.    Based on months for which these Invoice Support files are available, the number of passengers and active IPTV / W-IFE aircraft reported in Viasat's Invoice Support files show that my estimates of IPTV / W-IFE aircraft and sessions (based on estimates of the number of passengers traveling on IPTV / W-IFE aircraft) █████████████████████████████████████
████████████████████████████████████████████████.[13]

### B.    Viasat's Newly-Produced Data Showing Actual and Forecasted Revenues and Costs Confirms the Profitability of the Infringing Use Cases

6.    Viasat's March 24, 2025 Production also included a file providing new information on Viasat's revenues and cost of goods sold ("COGS") related to IFC, W-IFE, and IPTV.

---

[12] These files were produced under bates numbers ranging from VIASAT_00139390 to VIASAT_00139773. I collectively refer these files as "Viasat's March 24, 2025 Production."

[13] **Supplemental Exhibits 2.1** and **2.2**.  The number of passengers and active IPTV / W-IFE aircraft are based on flights marked as "billable" in Viasat's Invoice Support files.  As an example, as shown in **Supplemental Exhibit 2.1.1**, in August 2021, the Kindler Report █████████████████████████████████████████████████
█████████.  The number of W-IFE-enabled aircraft ██████████████████████
████████.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Specifically, this file provides actual data for these metrics (among others) from April 2021 through December 2024 and forecasts of these metrics (among others) from January 2025 through March 2030.[14] At the time of issuing my opening report, as discussed under *Georga-Pacific* Factor 8 in the Kindler Report, there was limited available data showing Viasat's profit margins associated with W-IFE services (indicating ███████████████████████████████████████) and no available data showing Viasat's profit margins associated with IPTV services (although, Mr. Edillon testified that ███████████████████████████).[15] As shown below in **Supplemental Table 2**, Viasat's gross margin percentages reported in the newly-produced data demonstrate the actual and forecasted profitability of Viasat's W-IFE and IPTV services. Notably, the average actual IPTV gross margin percentage of ███████ is approximately ███████████████████████████████████ I used in my opening report to estimate Viasat's IPTV opportunity cost savings attributable to the '667 Patent, as discussed under *Georgia-Pacific* Factor 13 in the Kindler Report.[16]

**Supplemental Table 2**
**Viasat's Actual and Forecasted Gross Margin Percentages[17]**

| Infringing Use Case | Actual Gross Margin (%) April 2021 – December 2024 | Forecasted Gross Margin (%) January 2025 – March 2030 |
|---|---|---|
| W-IFE | ████ | ████ |
| IPTV | ████ | ████ |

---

[14] Viasat P&L Data. (VIASAT_00139753.xlsx, at tab "ActualTrend.")

[15] Kindler Report, pp. 79 (Table 8) and 98 – 99.

[16] Kindler Report, p. 164 and Exhibit 10.4. While Viasat's actual margins are ██████████████████ ████████████ are not used directly in any of my calculations.

[17] Viasat P&L Data. (VIASAT_00139753.xlsx, at tab "ActualTrend.")

C.    **Viasat's Newly-Produced Data Showing Actual and Forecasted Aircraft Counts Demonstrates Growth in Infringing Use Cases**

7.    Viasat's newly-produced data also provides the count of Viasat-enabled aircraft (i.e., aircraft with Viasat IFC, W-IFE, and/or IPTV) over April 2021 through December 2024 (actuals) and January 2025 through March 2030 (forecasted), which I will refer to as "Viasat Aircraft Data."[18] Using this new information, I update my analyses presented in the Kindler Report to account for the actual and expected growth in the Infringing Use Cases (i.e., Viasat's extent of use of the Patents-in-Suit) through November 30, 2025 (i.e., up to the anticipated start of trial), as discussed below.

    1.    *Updated Estimates of W-IFE and IPTV Sessions through November 2025*

8.    Using the same approach to estimate W-IFE and IPTV sessions as discussed under *Georgia-Pacific* Factor 11 in the Kindler Report, I update my estimation based on the new information in Viasat's March 24, 2025 Production.

    a.    <u>Number of Active Aircraft with Viasat W-IFE / IPTV</u>.  As discussed in the Kindler Report, Viasat's weekly status updates provide the count of active W-IFE and IPTV aircraft through only February 2023.[19]  As a result, for the purposes of the analyses presented in the Kindler Report, I assumed that the number of active aircraft with Viasat IPTV and the number of active aircraft with Viasat W-IFE to remain constant at the February 2023 levels through November 2025.[20]  This approach yielded ███████████ ███████████████████████████████████████████████████, *which is confirmed by the new data in Viasat's March 24, 2025 Production*.[21]

    While Viasat's newly-produced data does not include aircraft counts specific to W-IFE and IPTV services, the total Viasat-enabled aircraft count provides a means to estimate Viasat's active W-IFE and IPTV aircraft from March 2023 through November 2025.  I first calculate the ratio of the number of active W-IFE and IPTV aircraft to the total number of Viasat-enabled aircraft over the last twelve months for which I have actual

---

[18] Viasat Aircraft Data.  (VIASAT_00139753.xlsx, at tabs "Units" and "Metrics ACT.")

[19] Kindler Report, pp. 118 – 119 and 123 – 124.

[20] Kindler Report, pp. 118 – 119 and 123 – 124.

[21] Kindler Report, pp. 118 – 119 and 123 – 124.  *See also*, VIASAT_00139573.xlsx, at tab "ActualTrend."  *See also*, **Supplemental Exhibits 2.1** and **2.2**.

data on W-IFE and IPTV aircraft counts (i.e., March 2022 to February 2023). Second, I estimate the number of active W-IFE and IPTV aircraft starting in March 2023 by applying these ratios (i.e., a separate ratio for W-IFE and IPTV) to the total count of Viasat-enabled aircraft.[22] These updated estimates of W-IFE and IPTV aircraft are presented in **Supplemental Exhibits 3.1**, **3.2**, and **4.1 – 4.4**.

    b. <u>Estimate of Passengers Traveling on Aircraft with Viasat W-IFE / IPTV</u>. I estimate the number of passengers flying on W-IFE or IPTV aircraft on a monthly basis, separately for each of Viasat's customers using the same formulas discussed in the Kindler Report.[23] Instead of holding W-IFE and IPTV aircraft constant at February 2023 levels, the updated estimates of W-IFE and IPTV aircraft are used over the months from March 2023 to November 2025. (*See* **Supplemental Exhibits 3.1**, **3.2**, and **4.1 – 4.4**.)

    c. <u>W-IFE / IPTV Take Rates</u>. As discussed in the Kindler Report, I apply a ███████ ███████████ to the estimated number of passengers traveling on W-IFE/IPTV-enabled aircraft to estimate the number of W-IFE/IPTV sessions.[24]

    9.    **Supplemental Table 3** presents the updated estimates of domestic W-IFE and IPTV

sessions through November 2025 based on the above calculations.[25] (*See* **Supplemental**

**Exhibit 6.1**.)

---

[22] Data on Viasat-enabled aircraft for ██████████████ is not available until March 2023. As such, I employ a modified approach to estimate ██████████████ active IPTV Aircraft beginning in March 2023. Active IPTV Aircraft in March and April 2023 are assumed to be the same as in February 2023. Active IPTV Aircraft after April 2023 are estimated each month by applying the ratio of active IPTV aircraft to Viasat-enabled aircraft in April 2023 (i.e., 4/11) to the number of Viasat-enabled aircraft in the given month.

[23] Kindler Report, pp. 120 – 121 and 124 – 125.

[24] Kindler Report, pp. 121 and 125.

[25] As shown in **Supplemental Exhibits 7.1** and **7.2**, similar to the estimates presented in the Kindler Report (as discussed above in **Section II.A**), the updated estimates of IPTV / W-IFE aircraft and sessions are reasonable and, in most instances, ██████████████████████████████████. The number of passengers and active IPTV / W-IFE aircraft are based on flights marked as "billable" in Viasat's Invoice Support files.

**Supplemental Table 3**
**Summary of Estimated Domestic W-IFE and IPTV Sessions**
**Through November 2025**

| Infringing Use Case | Original Estimate Presented in the Kindler Report[26] | Updated Estimate Utilizing Viasat's New Production[27] |
|---|---|---|
| W-IFE | ████████ | ████████ |
| IPTV | ████████ | ████████ |

> 2. *Updated Estimates of IPTV Bytes Sent OTA, Served to Aircraft, and Distributed to Passengers through November 2025*

10.     As discussed under *Georgia-Pacific* Factor 13 in the Kindler Report, I calculated actual total bytes sent over the air ("OTA") and bytes served to aircraft for Viasat's domestic IPTV services based on data provided in Viasat's weekly status updates covering the February 2019 through February 2023 time period.[28] In the Kindler Report, I estimated the bytes sent and bytes served over the months from March 2023 to November 2025 by assuming that bytes sent and bytes served in each month are equal to the bytes sent and bytes served, respectively, in the same month from the prior year (e.g., bytes sent in March 2023 are assumed to be the same as bytes sent in March 2022) in order to capture any effects of seasonality on IPTV streaming.[29]

11.     Using Viasat's newly-produced data, I update my estimate of bytes sent and bytes served for the months from March 2023 to November 2025. I first calculate the average number of bytes sent and bytes served per active IPTV aircraft for each month over the last twelve months of available data (i.e., March 2022 through February 2023). Second, I estimate the bytes sent and bytes served over the months from March 2023 to November 2025 by applying the average number of bytes sent and bytes served in each month (based on the available data from March 2022 to

---

[26] Kindler Report, pp. 6 and 180 and Exhibits 7.1, 7.2, 8.1, 8.2, 8.3, and 8.4.

[27] **Supplemental Exhibit 6.1**.

[28] Kindler Report, p. 149.

[29] Kindler Report, pp. 149 – 150 and Exhibit 10.5.

February 2023) to the updated estimate of active IPTV aircraft informed by Viasat's newly-produced data (as discussed above) for the corresponding months over the March 2023 through November 2025 time period. As with my original methodology, this updated analysis, based on month-specific estimates, will capture any effects of seasonality on IPTV streaming. **Supplemental Table 4** presents these updated estimates of IPTV bytes sent and bytes served from October 15, 2019 (i.e., the issuance date of the '667 Patent) to November 30, 2025 (i.e., up to the expected start of trial).

**Supplemental Table 4**
**Summary of Estimated Domestic IPTV Bytes Sent OTA and Served to Aircraft**
**October 15, 2019 – November 30, 2025**

|  | Original Estimate Presented in the Kindler Report[30] | Updated Estimate Utilizing Viasat's New Production[31] |
|---|---|---|
| Bytes Sent OTA | ███████ | ███████ |
| Bytes Served to Aircraft | ███████ | ███████ |

12.     As discussed in the Kindler Report, the total bytes distributed to passengers can be estimated using as a starting point the total bytes served to aircraft (as described above) and further taking into account (a) the estimated number of concurrent IPTV streams per flight (which were estimated to be approximately ███████ ), (b) the average number of passengers per flight (which was around ███████████████████████ ), and (c) the take rate for IPTV among those passengers (for which the evidence in the case supports a range of ███████ ).[32] Using these inputs in combination with the updated estimate of IPTV bytes served to aircraft yields an estimated total of ███████ distributed to passengers assuming a ███████ (compared to the original estimate of

---

[30] Kindler Report, p. 150 and Exhibit 10.5.

[31] **Supplemental Exhibit 5.5.**

[32] Kindler Report, pp. 150 – 152.

█████) and █████ distributed to passengers assuming a █████ (compared to the original estimate of █████) over the October 15, 2019 to November 30, 2025 time period.[33]

### D. Updated Estimates of Viasat's Bandwidth Cost Savings Attributable to the '667 Patent

13. With the updated estimates described above, Viasat's bandwidth savings from use of the '667 Patent can be estimated as shown in **Supplemental Exhibit 5.1** and **Supplemental Table 5**.

**Supplemental Table 5**
**Savings Due to '667 Patent**
**Based on Updated Estimates of IPTV Bytes Sent and Served**
**October 15, 2019 – November 30, 2025[34]**

| | | | |
|---|---|---|---|
| Total Bytes Sent OTA (TBs) | [A] | ██ | ██ |
| Total Bytes Served to Aircraft (TBs) | [B] | ██ | ██ |
| Total Bytes Distributed to Passengers (TBs) | [C] | ██ | ██ |
| | | | |
| Savings Due to Multicast (TBs) | [D] = [B] − [A] | ██ | ██ |
| Savings Due to '667 Patent (TBs) | [E] = [C] − [B] | ██ | ██ |
| | | | |
| Savings Due to Multicast (%) | [F] = [D] / [C] | ██ | ██ |
| Savings Due to '667 Patent (%) | [G] = [E] / [C] | ██ | ██ |

14. As discussed in the Kindler Report, a reasonable quantification of the cost to send an additional gigabyte over the air is between █████ when sent over Viasat's own network and between █████ per gigabyte based on the acquisition of third-party capacity.[35]    As

---

[33] **Supplemental Exhibit 5.1**. *See also*, Kindler Report, Exhibit 10.1.

[34] **Supplemental Exhibit 5.1**. Figures may not tie due to rounding.

[35] Kindler Report, pp. 158 – 161.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

shown in **Supplemental Exhibit 5.3** and **Supplemental Table 6**, applying these measures of cost per gigabyte to the updated estimate of bandwidth savings due to the '667 Patent indicates cost savings achieved by Viasat by using the '667 Patent ranged between ███████ (assuming a ██████████ and ████ internal cost per gigabyte) and ██████ (assuming a ██████ rate and ████ cost per gigabyte to purchase capacity from a competitor).

**Supplemental Table 6**
**Viasat's Potential Cost Savings Attributable to the '667 Patent**
**Based on Updated Estimates of IPTV Bytes Sent and Served**
**October 15, 2019 – November 30, 2025[36]**

| Cost Savings per GB | | |
|---|---|---|
| *Bandwidth Savings (GB)* | ██████ | ██████ |
| **Using Viasat Internal Bandwidth:** | | |
| ███ | ██████ | ██████ |
| ███ | ██████ | ██████ |
| **Purchasing Third-Party Bandwidth:** | | |
| ███ | ██████ | ██████ |
| ███ | ██████ | ██████ |

15.     As described in the Kindler Report, the above costs as measured by *Viasat's internal cost per gigabyte* ██████ per gigabyte) represent a reasonable estimation of the actual costs Viasat would have incurred to offer the accused IPTV service in the absence of using the '667 Patent and represent a fully-apportioned cost savings attributable to the '667 Patent.[37] The parties would then seek to share these cost savings in a license negotiation for the '667 Patent, as described in the Kindler Report.[38]

---

[36] **Supplemental Exhibit 5.3.**

[37] Kindler Report, pp. 162 and 173 – 174. The above costs as measured by *Viasat's cost per gigabyte for third-party bandwidth* ██████████ represent the potential costs Viasat may have incurred if Viasat would have to pay to use a third-party network to offer the accused IPTV service in the absence of using the '667 Patent.

[38] Kindler Report, p. 162.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### E. Updated Estimates of Viasat's Opportunity Costs Associated with the Bandwidth Savings Attributable to the '667 Patent

16.     As discussed under *Georgia-Pacific* Factor 13 in the Kindler Report, the value of bandwidth capacity to Viasat can be understood in terms of the potential profits it could generate by reallocating that capacity to other services or customers.[39]  As such, the value of the bandwidth savings attributable to the '667 Patent can be measured by the opportunity costs associated with that bandwidth capacity.  Based on the range of fees Viasat charges its mobility and residential customers[40] and a conservatively ████████████████████,[41] the potential opportunity cost savings of the updated estimate of bandwidth savings (discussed above) range from ████████ (assuming an IPTV take rate of ████ and ████ in revenue to Viasat per GB) to as high as ████ ████ (assuming an IPTV take rate of ████ and ████ in revenue to Viasat per GB).  (*See* **Supplemental Exhibit 5.4**.)

### F. Updated Outcome of the Hypothetical Negotiations

17.     The qualitative and quantitative considerations and my assessment of the *Georgia-Pacific* factors (as presented throughout the Kindler Report), are reinforced by Viasat's March 24, 2025 Production and associated observations and updated estimates described above.  As a result, the important factors determining the outcome of the hypothetical negotiations summarized in the Kindler Report are unaltered and incorporated here for reference.[42]

18.     At the hypothetical negotiations, in addition to the considerations discussed in the Kindler Report, the parties would have discussed the following indicators of value relating to Viasat's use of the Patents-in-Suit.

---

[39] Kindler Report, p. 163.

[40] Kindler Report, pp. 163 – 164 and Exhibit 10.7.  *See also*, **Supplemental Exhibit 5.7**.

[41] Kindler Report, p. 164.

[42] Kindler Report, pp. 170 – 172.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 1.    Updated '667 Patent Value Indicators

19.    At the October 2019 hypothetical negotiation for the '667 Patent, the parties would recognize that Viasat's use of the '667 Patent provided significant benefits, as quantified below for the different Infringing Use Cases.

a.  IPTV.  As discussed under *Georgia-Pacific* Factors 9 and 10 in the Kindler Report, one benefit from Viasat's use of the '667 Patent is significant satellite bandwidth savings related to customer use of the accused IPTV use case.  As discussed under *Georgia-Pacific* Factor 13 in the Kindler Report (and supplemented in this report), over the October 2019 through November 2025 time period, of the total bytes distributed to passengers, more than ███ represent bandwidth savings due to Viasat's use of the '667 Patent.[43]

   i.  Revenue Apportionment.  Viasat's March 24, 2025 Production does not alter my conclusions with respect to the revenue apportionment approach presented in the Kindler Report.  For reference, as discussed in the Kindler Report, ████ of IPTV revenue represents a conservatively low estimate of the percentage of IPTV revenue attributable to the '667 Patent.[44]  Applying █████ to ████████ in IPTV revenue over the October 15, 2019 through November 30, 2025 period yields █████████ in revenue attributable to the '667 Patent.[45]

   ii.  Bandwidth Cost Savings.  As shown in **Supplemental Exhibit 5.3** and **Supplemental Table 7**, using the inputs and updated estimates described above in **Section II.D**, and conservatively assuming Viasat would not have needed to use a third party network, indicates cost savings achieved by Viasat by using the '667 Patent are in the range of █████████ (assuming a ███████ and ███cost per GB) to █████████ (assuming a ████████ and █████ cost per GB).  These estimated cost savings do not take into account the significantly larger potential opportunity costs Viasat would face as a result of capacity constraints.

---

[43] **Supplemental Exhibit 5.1**.

[44] Kindler Report, pp. 156 and 173.

[45] Kindler Report, p. 173.  As discussed in the Kindler Report, because this revenue apportionment uses as a starting point the value of ██████████ that Viasat would have otherwise been required to pay in the absence of its use of the '667 Patent, ██████████████████. (Kindler Report, p. 157.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Supplemental Table 7**
**Viasat's Estimated Cost Savings Attributable to the '667 Patent**
**Based on Viasat's Internal Bandwidth Costs**
**October 15, 2019 – November 30, 2025[46]**

| Cost Savings per GB | | |
|---|---|---|
| *Bandwidth Savings* | ███████ | |
| ███ | ███████ | ███████ |
| ███ | ███████ | ███████ |

iii. <u>Potential Opportunity Cost</u>. Viasat's satellite capacity is inherently finite, a fact the company has publicly acknowledged multiple times, emphasizing that it often operates at or near capacity. This fundamental limitation underscores the importance of efficient bandwidth utilization, particularly when managing high-demand services such as IFE and broadband access for commercial customers. As discussed under *Georgia-Pacific* Factor 13 in the Kindler Report and supplemented in **Section II.E** above, the magnitude of the potential opportunity costs underscores the critical role of bandwidth efficiency in Viasat's business strategy and highlights the significant economic benefits derived from Viasat's use of the patented technology in optimizing satellite capacity utilization.

b. <u>W-IFE</u>. Viasat's March 24, 2025 Production does not alter my conclusions with respect to the '667 Patent value indicator for W-IFE (based on the revenue apportionment approach) presented in the Kindler Report. As discussed in the Kindler Report, 17% of total W-IFE revenues represents a reasonable, fully-apportioned estimate of the value attributable to the '667 Patent. Applying 17% to ███████ in W-IFE revenue over the October 15, 2019 through November 30, 2025 period yields ███████ in revenue attributable to the '667 Patent.[47]

2. *Updated '400 Patent Value Indicator*

20. As discussed in the Kindler Report, from an economic perspective, the SCSA agreements and associated licensing fees would be relevant to the parties' assessment of the incremental value attributable to the '400 Patent. At the hypothetical negotiation for the '400 Patent, the parties would consider these fees as representing market rates for similar technology

---

[46] **Supplemental Exhibit 5.3.**

[47] Kindler Report, p. 175. As discussed in the Kindler Report, because this revenue apportionment uses as a starting point the value of avoided ███████ that Viasat would have otherwise been required to pay in the absence of its use of the '667 Patent, ███████. (Kindler Report, p. 169.) *See also*, **Supplemental Exhibit 5.8.**

that would be relevant to the determination of the value associated with a non-exclusive license to the '400 Patent, once any economic or technological differences are accounted for. The considerations detailed under *Georgia-Pacific* Factor 12 in the Kindler Report demonstrate that the parties would view the rate of ██████ for each time content is moved or copied to a different storage device, which provides similar (yet narrower) benefits as the claimed teachings of the '400 Patent, as providing a conservative market-based indicator of the value attributable to the '400 Patent.

21.     Applying the ██████ rate to the *updated* number of Viasat's W-IFE and IPTV sessions from January 2018 through November 30, 2025 (as discussed above in **Section II.C**) yields claimed damages of ███████████.[48]

### 3.     Updated Outcome of the Hypothetical Negotiations

22.     As discussed in the Kindler Report, Western Digital held a relatively stronger bargaining position compared to Viasat and reasonably would have been able to negotiate a profit-sharing arrangement of at least 50% of the incremental gains to be obtained by granting Viasat licenses to the Patents-in-Suit.[49] I conservatively conclude the parties would agree to a 50-50 sharing of the benefits for both the '667 Patent and '400 Patent.[50]

23.     Applying a 50-50 sharing of the benefits results in the following updated indicators of value for the '667 Patent presented in **Supplemental Table 8**.

---

[48] **Supplemental Exhibit 6.1**.

[49] Kindler Report, pp. 176 – 177.

[50] Kindler Report, p. 177.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Supplemental Table 8**
**Updated Sharing of Benefits Attributable to the '667 Patent (All Customers)**
**October 15, 2019 – November 30, 2019[51]**

| | | Low End | High End |
|---|---|---|---|
| **IPTV** | | | |
| **Revenue Apportionment** | | | |
| Percentage of Revenue Attributable to '667 Patent | [A] | | ██ |
| Implied Royalty Rate (50-50 Sharing) | [B]= [A] x 50% | | ██ |
| IPTV Revenue for All Customers | [C] | ████ | ████ |
| **Revenue Benefit Shared with Sandisk** | **[D]= [B] x [C]** | | ████ |
| | | | |
| **Cost Savings** | | | |
| Bandwidth Savings Attributable to '667 Patent (in GB) | [E] | ████ | ████ |
| Cost Savings at ██ per GB cost | [F]= [E] x ██ | ████ | ████ |
| **Total Cost Savings Shared with Sandisk** | **[G]= [F] x 50%** | ██ | ████ |
| | | | |
| Cost Savings at ██ per GB cost | [H]= [E] x ██ | ████ | ████ |
| **Total Cost Savings Shared with Sandisk** | **[I]= [F] x 50%** | ████ | ████ |
| | | | |
| **W-IFE** | | | |
| Percentage of Revenue Attributable to '667 Patent | [J] | 17% | |
| Implied Royalty Rate (50-50 Sharing) | [K]= [J] x 50% | 8.5% | |
| W-IFE Revenue for All Customers | [L] | ████ | |
| **Revenue Benefit Shared with Sandisk** | **[M]= [K] x [L]** | ████ | |

24.     As discussed in the Kindler Report, under the cost savings approach, it would be reasonable for the parties to agree to a royalty based on the number of IPTV sessions, which is a metric I understand Viasat tracks in the normal course of business.[52]  Based on the estimated number of IPTV sessions during the October 15, 2019 through November 30, 2025 period of ████ [53]

---

[51] **Supplemental Exhibit 5**.  Similar to the Kindler Report, throughout **Supplemental Exhibit 5**, at the request of counsel, I consider various combinations of scenarios in which I (a) limit the damages recovery period to begin in August 2022 (i.e., following the date the initial complaint was filed) and (b) limit the damages to only U.S. customers.

[52] Kindler Report, p. 178.

[53] Calculation: ████████████████████████████████████████████
████████████████████ (**Supplemental Exhibits 4.1, 4.2, 4.3, and 4.4.**)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



the implied per session royalty ranges from ██████████ (based on a ██████ cost per GB) and ██████████ (based on a ██████ cost per GB).[54]

25.     Given the qualitative and quantitative considerations discussed above and in the Kindler Report, my assessment of the *Georgia-Pacific* factors presented in the Kindler Report and supplemented in this report, and business and economic considerations discussed throughout the Kindler Report and this supplemental report, Western Digital and Viasat would have agreed to a running royalty with reasonable royalty rates, as follows.

a.   <u>'667 Patent – IPTV</u>.  The parties would agree to a royalty rate no less than ██████ of total IPTV revenue.[55]  In the alternative, based on Viasat's cost savings from using the '667 Patent, the parties would agree to royalty rates in the range of ██████████ per IPTV session.

b.   <u>'667 Patent – W-IFE</u>.  The parties would agree to a royalty rate of **8.5%** of total W-IFE revenues.

c.   <u>'400 Patent – IPTV and W-IFE</u>.  The parties would agree to a royalty rate of ██████ per session.

26.     Applying the aforementioned reasonable royalty rates to the relevant royalty bases yields reasonable royalty damages as follows.[56]  (*See* **Supplemental Table 9**.)

a.   <u>'667 Patent – IPTV</u>.  Based on apportioned revenue, royalty damages associated with Viasat's use of the '667 Patent in the provisioning of IPTV total approximately ████ ██████ based on ██████████ in IPTV revenue over the October 15, 2019 to November 30, 2025 period.  Alternatively, based on cost savings, royalty damages associated with Viasat's use of the '667 Patent in the provisioning of IPTV range from ████████████████ based on ██████████ IPTV sessions over the October 15, 2019 to November 30, 2025 period.[57]

---

[54] Calculations: ████████████████████████████████████████████████████████
████████████████████████

[55] This conclusion is unchanged from the Kindler Report.  *See* Kindler Report, pp. 178 – 179.

[56] These reasonable royalty damages (based on a running royalty) would compensate Plaintiffs for Viasat's infringement through the start of trial and do not include any future damages beyond November 2025.

[57] In the event the damages are limited to begin only after the complaint filing, there would be ██████████ IPTV sessions.  (**Supplemental Exhibit 6.1**.)  Applying a royalty rate of ██████████ to these sessions results in damages as high as ██████████ through November 2025.  The royalty rate calculation is described above beneath **Supplemental Table 8**.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

  b. <u>'667 Patent – W-IFE</u>.  Royalty damages associated with Viasat's use of the '667 Patent in the provisioning of W-IFE total approximately █████████ based on ████ in W-IFE revenue over the October 15, 2019 to November 30, 2025 period.[58]

  c. <u>'400 Patent – IPTV</u>.  Royalty damages associated with Viasat's use of the '400 Patent in the provisioning of IPTV total approximately █████████ based on ████ IPTV sessions over the January 2018 to November 30, 2025 period.[59]

  d. <u>'400 Patent – W-IFE</u>.  Royalty damages associated with Viasat's use of the '400 Patent in the provisioning of W-IFE total approximately █████████ based on ████ W-IFE sessions over the January 2018 to November 30, 2025 period.[60]

---

[58] **Supplemental Exhibit 5.8**.

[59] **Supplemental Exhibit 6.1**.  In the event damages are limited to begin only after the complaint filing, there would be ██████ IPTV sessions.  Applying a royalty rate of ████ to these sessions result in damages of approximately ████████ through November 2025.  (*See* **Supplemental Exhibit 6.1**.)  In the event damages are limited to W-IFE and IPTV sessions via PEDs, the total IPTV sessions excluding seatback display sessions are estimated to be ████████.  Applying a royalty rate of ████ to these sessions results in total damages of approximately ████████ over the January 2018 through November 2025 time period.  In the event damages are limited IPTV sessions via PEDs *and* begin only after the complaint filing, damages would be approximately ████████ through November 2025.  (*See* **Supplemental Exhibit 6.2**.)

[60] **Supplemental Exhibit 6.1**.  In the event damages are limited to begin only after the complaint filing, there would be ██████ W-IFE sessions.  Applying a royalty rate of ████ to these sessions result in damages of approximately ████████ through November 2025.  (*See* **Supplemental Exhibit 6.1**.)  In the event damages are limited to W-IFE sessions via PEDs, the total W-IFE sessions excluding seatback display sessions are estimated to be ████.  Applying a royalty rate of ████ to these sessions results in total damages of approximately ████████ over the January 2018 through November 2025 time period.  In the event damages are limited to W-IFE sessions via PEDs *and* begin only after the complaint filing, damages would be approximately ████████ through November 2025.  (*See* **Supplemental Exhibit 6.2**.)

**Supplemental Table 9**
**Summary of Updated Damages[61]**

| | Infringing Use Case[62] | | Total[63] |
| --- | --- | --- | --- |
| | **IPTV** | **W-IFE** | |
| '667 Patent<br>(Oct 2019 – Nov 2025) | (Revenue Apportionment)<br>***OR***<br>███████<br>(Cost Savings) | ███████<br>(Revenue Apportionment) | (Revenue Apportionment)<br>***OR***<br>███████<br>(Cost Savings) |
| '400 Patent<br>(Jan 2018 – Nov 2025) | ███████<br>(Revenue Apportionment) | ███████<br>(Revenue Apportionment) | ███████<br>(Revenue Apportionment) |

27.     My royalty damages opinions do not depend upon one specific analysis but are the result of the totality of the evidence that I have considered in this case, my analysis of the *Georgia-Pacific* factors, and my analysis of important economic and business considerations presented throughout my report and associated exhibits.   The royalty damages presented above would compensate Sandisk for Viasat's alleged use of the Patents-in-Suit and would be appropriate and reasonable given the economic considerations discussed throughout my report.

## III.   ILLUSTRATIVE CALCULATION OF '667 PATENT VALUE INDICATORS USING DR. MACARTNEY'S CLAIMED BITRATE

28.     As discussed in the Kindler Report, based on the airline agreements produced in the case, Viasat guaranteed to provide IPTV with at least 480p resolution to its airline customers.[64]

---

[61] **Supplemental Exhibits 5.2, 5.3, 5.8,** and **6.1.**

[62] As discussed under *Georgia-Pacific* Factor 12 in the Kindler Report, it is reasonable to conclude that Sandisk and Viasat would have considered the ███████ specified in the SCSA for moving a piece of content to up to seven devices as relevant to a per subscriber fee for Stream user (assuming seven devices with screens per household).  Applying a ███ royalty to the number of new Stream subscribers at each year end in 2022 and 2023 (███ in December 2022 and ███ in December 2023) yields claimed damages of just over ███████ (Calculation: ███████ (*See* Kindler Report, pp. 146 – 147 and 180.)

[63] Damages for the '667 Patent and '400 Patent are not duplicative in whole or in part. Therefore, the total damages owed to Sandisk would be the sum of the damages associated with Viasat's infringement of the '667 Patent and the damages associated with Viasat's infringement of the '400 Patent.

[64] Kindler Report, p. 150. *See, e.g.*, Third Amended and Restated Connectivity Services Agreement between ███████ and Viasat, Inc., October 1, 2020. (VIASAT_00014633 – 831, at 679 and 794.) *See also*, Master Service

According to Viasat, one hour of streaming 480p video consumes approximately ███████ ███[65] I understand that the bitrate required to stream ██████ in one hour is approximately ███.[66] This ████████ is used as an input into my calculation of bytes distributed to passengers— information that was not available in Viasat's produced documents.[67]

29.    In his report, Dr. Macartney criticized my use of a minimum bitrate of ████████ in my calculation of Viasat's bandwidth cost savings for IPTV services attributable to its use of the '667 Patent.[68]   While I understand Dr. Easttom disagrees with Dr. Macartney,[69] for illustrative purposes only, I provide alternative calculations of '667 Patent value indicators using the IPTV bitrate claimed by Dr. Macartney (i.e., ████████).[70]

30.    These illustrative calculations are presented in **Supplemental Exhibits 8.1 – 8.5**. The alternative '667 Patent value indicators are summarized below in **Supplemental Table 10**.

---

Agreement by and between ████████████ and Viasat, Inc., May 2, 2022.  (VIASAT_00015862 – 6050, at 5922.)  Notably, I understand that Viasat has not produced its agreements with ████████ (████████████████ or ████████████ (another U.S.-based customer of Viasat's IPTV services).  Total domestic IPTV bytes served: ████████████████████████████████████████ (See **Supplemental Exhibit 4.6**.)

[65] Kindler Report, pp. 150 – 151.  See also, The ultimate guide to streaming with satellite internet, September 14, 2022. (https://www.viasat.com/perspectives/satellite-internet/2022/the-ultimate-guide-to-streaming-with-satellite-internet/, viewed on March 11, 2025.)

[66] Kindler Report, p. 151.  Specifically, I understand from Dr. Easttom that it is his opinion that the bitrate relied upon in the Kindler Report, as reported on Viasat's website, is a reliable and reasonable estimate for the average bandwidth that would be required to stream IPTV in 480p quality.  I understand from Dr. Easttom that such estimates would include the effect of any compression techniques used by Viasat.  Further, the ████████████████████████ ████████████.  I understand from Dr. Easttom that because transmission rates vary significantly throughout a session, Viasat, as a prudent business, likely would provide an average bitrate that is *greater than* ████████████████████████████████s.  Hence, it would be inappropriate to use the ████████████████████████████████ as a basis for the average bitrate Viasat actually experiences when streaming IPTV.  (Based on a discussion with Dr. Easttom (Sandisk's technical expert).)

[67] Kindler Report, pp. 150 – 152 and Exhibit 10.1.  See also, **Supplemental Exhibit 5.1**.  A bitrate of ████████ is also consistent with Viasat's estimated bitrate of ██████ required for ████████████████ (other services discussed alongside Viasat's IPTV offering).  (See VCDS Home.  (VIASAT_00008738 – 9831, at 8816.))

[68] Macartney Report, pp. 48 – 49.

[69] Based on a discussion with Dr. Easttom (Sandisk's technical expert).

[70] Macartney Report, pp. 48 – 49.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Supplemental Table 10**
**Alternative Sharing of Benefits Attributable to the '667 Patent (All Customers)**
**Using Dr. Macartney's Claimed Bitrate**
**October 15, 2019 – November 30, 2019[71]**

| | | Low End | High End |
|---|---|---|---|
| **IPTV** | | | |
| **Revenue Apportionment** | | | |
| Percentage of Revenue Attributable to '667 Patent | [A] | | ███ |
| Implied Royalty Rate (50-50 Sharing) | [B]= [A] x 50% | | ███ |
| IPTV Revenue for All Customers | [C] | ███ | |
| **Revenue Benefit Shared with Sandisk** | **[D]= [B] x [C]** | ███ | |
| **Cost Savings** | | | |
| Bandwidth Savings Attributable to '667 Patent (in GB) | [E] | ███ | ███ |
| Cost Savings at ███ per GB cost | [F]= [E] x ██ | ███ | ███ |
| **Total Cost Savings Shared with Sandisk** | **[G]= [F] x 50%** | ███ | ███ |
| Cost Savings at ███ per GB cost | [H]= [E] x ██ | ███ | ███ |
| **Total Cost Savings Shared with Sandisk** | **[I]= [F] x 50%** | ███ | ███ |
| **W-IFE** | | | |
| Percentage of Revenue Attributable to '667 Patent | [J] | 17% | |
| Implied Royalty Rate (50-50 Sharing) | [K]= [J] x 50% | 8.5% | |
| W-IFE Revenue for All Customers | [L] | ███ | |
| **Revenue Benefit Shared with Sandisk** | **[M]= [K] x [L]** | ███ | |

31.    Based on the alternative value indicators summarized above and the estimated number of IPTV sessions over the October 15, 2019 through November 30, 2025 period of ███████[72] the implied per session royalty ranges from ████████ (based on a ███ cost per GB) and ████████ (based on a ███ cost per GB).[73]

---

[71] **Supplemental Exhibit 8.** Similar to the Kindler Report, throughout **Supplemental Exhibit 8**, at the request of counsel, I consider various combination of scenarios in which I (a) limit the damages recovery period to begin in August 2022 (i.e., following the date the initial complaint was filed) and (b) limit the damages to only U.S. customers.

[72] Calculation: ████████ ████████ (*See* Kindler Report, Exhibits 8.1, 8.2, 8.3, and 8.4.) Numbers may not tie due to rounding.

[73] Calculations: ████████ ████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**IV. ILLUSTRATIVE CALCULATION OF '667 PATENT VALUE INDICATORS USING UPDATED ESTIMATES BASED ON VIASAT'S MARCH 24, 2025 PRODUCTION AND DR. MACARNTEY'S CLAIMED BITRATE**

32.    For illustrative purposes only, I calculate alternative '667 Patent value indicators based on the updated estimates using the newly-produced Viasat Aircraft Data (as discussed in **Section II**) *and* Dr. Macartney's claimed IPTV bitrate of ▮ Mbps (as discussed in **Section III**). These illustrative calculations are presented in **Supplemental Exhibits 9.1 – 9.5**. The alternative '667 Patent value indicators are summarized below in **Supplemental Table 11**.

**Supplemental Table 11**
**Alternative Sharing of Benefits Attributable to the '667 Patent (All Customers)**
**Using Dr. Macartney's Claimed Bitrate and Newly-Produced Aircraft Data**
**October 15, 2019 – November 30, 2019[74]**

| | | Low End | High End |
|---|---|---|---|
| **IPTV** | | | |
| **Revenue Apportionment** | | | |
| Percentage of Revenue Attributable to '667 Patent | [A] | | ▮ |
| Implied Royalty Rate (50-50 Sharing) | [B]= [A] x 50% | | ▮ |
| IPTV Revenue for All Customers | [C] | ▮ | |
| **Revenue Benefit Shared with Sandisk** | **[D]= [B] x [C]** | ▮ | |
| | | | |
| **Cost Savings** | | | |
| Bandwidth Savings Attributable to '667 Patent (in GB) | [E] | ▮ | ▮ |
| Cost Savings at ▮ per GB cost | [F]= [E] x ▮ | ▮ | ▮ |
| **Total Cost Savings Shared with Sandisk** | **[G]= [F] x 50%** | ▮ | ▮ |
| | | | |
| Cost Savings at ▮ per GB cost | [H]= [E] x ▮ | ▮ | ▮ |
| **Total Cost Savings Shared with Sandisk** | **[I]= [F] x 50%** | ▮ | ▮ |
| | | | |
| **W-IFE** | | | |
| Percentage of Revenue Attributable to '667 Patent | [J] | 17% | |
| Implied Royalty Rate (50-50 Sharing) | [K]= [J] x 50% | 8.5% | |
| W-IFE Revenue for All Customers | [L] | ▮ | |
| **Revenue Benefit Shared with Sandisk** | **[M]= [K] x [L]** | ▮ | |

---

[74] **Supplemental Exhibit 9.** Similar to the Kindler Report, throughout **Supplemental Exhibit 9**, at the request of counsel, I consider various combination of scenarios in which I (a) limit the damages recovery period to begin in August 2022 (i.e., following the date the initial complaint was filed) and (b) limit the damages to only U.S. customers.

33.     Based on the alternative value indicators summarized above and the estimated number of IPTV sessions over the October 15, 2019 through November 30, 2025 period of ██████████[75] the implied per session royalty ranges from ████████████(based on a ██████ cost per GB) and ████████████ (based on a ██████ cost per GB).[76]

\* \* \* \* \* \*

34.     My analyses and opinions contained in this report are based on information available as of the date of my report.  I reserve the ability to review documents, deposition transcripts, or other information still to be produced by the parties to this dispute and to supplement my opinions based on that review, if necessary.

Lauren R. Kindler
May 5, 2025

---

[75] Calculation: ███████████████████████████████████████████████████
███████████████████████ (**Supplemental Exhibits 4.1**, **4.2**, **4.3**, and **4.4.**)

[76] Calculations: ██████████████████████████████████████████████████
████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY