# EXHIBIT C

## Filed Under Seal

## Highly Confidential - Attorneys' Eyes Only

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC, <br><br> Defendant | Case No. 4:22-CV-4376-HSG |

**ERRATA TO EXPERT REPORT OF DR. WILLIAM C. EASTTOM II (CHUCK EASTTOM), Ph.D., D.Sc.**

I have corrected my Expert Report dated March 24, 2025 ("Easttom Report"). I have determined that the text of paragraphs 252 and 438 contains unintended ambiguity. To avoid misinterpretation of my opinions, I have provided a corrected paragraphs 252 and 438, which replaces the original text with that set forth below:

252 (corrected).   In response to an ███████████████████████████████████████████████████████████████████████, (Mr. Hughes Deposition 53:11-56:2). Moreover, when the DRM license server is Microsoft's PlayReady, the license server is a remote trusted server on the ground. When certain requirements are met, the Token API issues a token that is unique to the portable storage device. *See* VIASAT-SC_00014554 at 562. The PED then transmits that token with a request for the content. (Mr. O'Sullivan Deposition, 111:4-9). That token (unique identifier) is then used to authenticate the request by that PED. In some instances, the kiosk authenticates the portable data storage device by communicating with the PlayReady Token API on the ground (a remote trusted server) ███████████████████████████ which is at least based on the unique identifier of the portable data storage device, over the second data interface (satellite network). In the case of Fairplay (Apple) and WideVine (Google) DRM license servers, the license servers are necessarily updated whenever new media is loaded onboard. Indeed, in the Viasat Wireless IFE Content Security Whitepaper Rev: C and Rev. D, Viasat indicates that updates to the DRM servers take place. Viasat_00000618 at 629 (Section 7.6) and Viasat Updates to the DRM license policy may be done ███████████████████████████████████████████. As such, the kiosk authenticates the portable data storage device by communicating the token to the DRM license server, and having the onboard DRM license server communicating with a remote

trusted server (DRM license server) to update the DRM license OTA which is over the second data interface (satellite network interface).

438 (corrected).    In response to an ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (Mr. Hughes Deposition 53:11-56:2).  Moreover, when the DRM license server is Microsoft's PlayReady, the license server is a remote trusted server on the ground.  When certain requirements are met, the Token API issues a token that is unique to the portable storage device.  *See* VIASAT-SC_00014554 at 562.  The PED then transmits that token with a request for the content. (Mr. O'Sullivan Deposition, 111:4-9).  That token (unique identifier) is then used to authenticate the request by that PED.  In some instances, the kiosk authenticates the portable data storage device by communicating with the PlayReady Token API on the ground (a remote trusted server) ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, which is at least based on the unique identifier of the portable data storage device, over the second data interface (satellite network).  In the case of Fairplay (Apple) and WideVine (Google) DRM license servers, the license servers are necessarily updated whenever new media is loaded onboard.  Indeed, in the Viasat Wireless IFE Content Security Whitepaper Rev: C and Rev. D, Viasat indicates that updates to the DRM servers take place. Viasat_00000618 at 629 (Section 7.6) and Viasat Updates to the DRM license policy may be done ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ As such, the kiosk authenticates the portable data storage device by communicating the token to the DRM license server, and having the onboard DRM license server communicating with a remote trusted server (DRM license server) to update the DRM license OTA which is over the second data interface (satellite network interface).

To further clarify what changes are being made, I have provided the corrected paragraphs 252 and 438 with marked-up changes compared to the original paragraphs.

252 (marked-up).   In response to an ██████████████████████████████████████████████████████████, (Mr. Hughes Deposition 53:11-56:2).  Moreover, when the DRM license server is Microsoft's PlayReady, the license server is a remote trusted server on the ground.  When certain requirements are met, the Token API issues a token that is unique to the portable storage device.  *See* VIASAT-SC_00014554 at 562.  The PED then transmits that token with a request for the content. (Mr. O'Sullivan Deposition, 111:4-9).  That token (unique identifier) is then used to authenticate the request by that PED.  In some instances, the kiosk authenticates the portable data storage device by communicating with the PlayReady Token API on the ground (a remote trusted server) ██████████████████████████, which is at least based on the unique identifier of the portable data storage device, over the second data interface (satellite network).  In the case of Fairplay (Apple) and ~~WideView~~ WideVine (Google) DRM license servers, the license servers are necessarily updated whenever new media is loaded onboard.  Indeed, in the Viasat Wireless IFE Content Security Whitepaper Rev: C and Rev. D, Viasat indicates that updates to the DRM servers take place.  Viasat_00000618 at 629 (Section 7.6) and Viasat Updates to the DRM license policy may be done ██████████████████████████████████████████

███  As such, the kiosk authenticates the portable data storage device by communicating the <u>token</u> ~~HLS or DASH string, which contains information generated from the obtained unique identifier of the device,~~ to the DRM license server, and having the onboard DRM license server communicating with a remote trusted server (DRM license server) to update the DRM license OTA which is over the second data interface (satellite network interface).

438 (marked-up). In response to an ███████████████████████████████████ (Mr. Hughes Deposition 53:11-56:2). Moreover, when the DRM license server is Microsoft's PlayReady, the license server is a remote trusted server on the ground. When certain requirements are met, the Token API issues a token that is unique to the portable storage device. *See* VIASAT-SC_00014554 at 562. The PED then transmits that token with a request for the content. (Mr. O'Sullivan Deposition, 111:4-9). That token (unique identifier) is then used to authenticate the request by that PED. In some instances, the kiosk authenticates the portable data storage device by communicating with the PlayReady Token API on the ground (a remote trusted server) ███ ███████████████████████ which is at least based on the unique identifier of the portable data storage device, over the second data interface (satellite network). In the case of Fairplay (Apple) and ~~WideView~~ WideVine (Google) DRM license servers, the license servers are necessarily updated whenever new media is loaded onboard. Indeed, in the Viasat Wireless IFE Content Security Whitepaper Rev: C and Rev. D, Viasat indicates that updates to the DRM servers take place. Viasat_00000618 at 629 (Section 7.6) and Viasat Updates to the DRM license policy may be done ██████████████████████████████████ ███ As such, the kiosk authenticates the portable data storage device by communicating the <u>token</u> ~~HLS or DASH string, which contains information generated from the obtained unique identifier of the device,~~ to the DRM license server, and having the onboard DRM license server communicating with a remote trusted server (DRM license server) to update the DRM license OTA which is over the second data interface (satellite network interface).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dr. William C. Easttom II

June 23, 2025