# Exhibit 3

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5     SANDISK TECHNOLOGIES, INC.,   )
       et al.,                       )
 6                                   )
               Plaintiff,            )
 7                                   )
          v.                         ) Civil Action No.
 8                                   ) 4:22-cv-04376-HSG
       VIASAT, INC.,                 )
 9                                   )
               Defendant.            )
10                                   )
11
12
13
14                *** HIGHLY CONFIDENTIAL ***
15                *** ATTORNEYS' EYES ONLY ***
16
17
18
19              REMOTE VIDEO DEPOSITION OF
20                   LAUREN R. KINDLER
21
22
23
24     DATE TAKEN:  MAY 9, 2025
       REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25     JOB NO. 7342270
       PAGES:  1 - 226


                                                       Page 1
```

| | | |
|---|---|---|
| 1 | I'm sorry, without using the '667 patent, it | |
| 2 | wouldn't be able to meet those thresholds. | |
| 3 |     But more importantly, I'm basing my | |
| 4 | opinion on the fact that we can observe how Viasat | |
| 5 | valued, and its customers valued, the ability to | 02:04:55 |
| 6 | meet those thresholds. | |
| 7 |     So it's twofold. | |
| 8 |   Q.  Now, you'd agree, you didn't | |
| 9 | independently analyze whether Viasat would or | |
| 10 | would not meet [REDACTED] thresholds | 02:05:08 |
| 11 | and offer an opinion on that; right?  You relied | |
| 12 | on Dr. Easttom? | |
| 13 |   A.  In part.  I mean, I'm not qualified to | |
| 14 | make that determination.  I'm relying on him, but | |
| 15 | I'm also relying on the terms of the agreement and | 02:05:24 |
| 16 | my -- and my understanding of how important the | |
| 17 | '667 patent is to Viasat's ability to deliver | |
| 18 | content efficiently and reliably -- sorry. | |
| 19 |   Q.  Sorry. | |
| 20 |     And your understanding of how important | 02:05:47 |
| 21 | you believe the '667 patent is to Viasat's ability | |
| 22 | to deliver content efficiently and reliably, that | |
| 23 | understanding comes from Dr. Easttom; right?  You | |
| 24 | didn't -- | |
| 25 |   A.  Yes. | 02:06:10 |

| | | |
|---|---|---|
| 1 | Q.  I'm sorry. | |
| 2 | A.  Sorry.  I was just thinking through the | |
| 3 | question.  But, yes. | |
| 4 | Q.  And so if Dr. Easttom were told that he | |
| 5 | couldn't testify on that issue, you're not going | 02:06:22 |
| 6 | to be separately saying, well, I've also done an | |
| 7 | analysis of how important the '667 patent | |
| 8 | technology is for delivering content efficiently | |
| 9 | and reliably, and here is my opinion, as a | |
| 10 | technical matter, about whether or not Viasat will | 02:06:36 |
| 11 | meet service level agreement thresholds; right? | |
| 12 | A.  That was very compound -- | |
| 13 | Q.  Let me strike that and ask a better | |
| 14 | question. | |
| 15 | A.  I had you until the end. | 02:06:49 |
| 16 | Q.  You're exactly right. | |
| 17 | You haven't disclosed in your report a | |
| 18 | separate, independent analysis that does a check | |
| 19 | on Dr. Easttom to determine whether or not Viasat | |
| 20 | could meet ▬▬▬▬▬▬▬▬▬▬ thresholds | 02:07:14 |
| 21 | without the '667 patent; fair? | |
| 22 | A.  I have not independently done that | |
| 23 | analysis. | |
| 24 | But again, just to be clear, my analysis | |
| 25 | with respect to the revenue apportionment for the | 02:07:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    '667 patent is not dependent on Dr. Easttom's
 2    opinion that Viasat would not meet those
 3    thresholds if it were unable to use the '667
 4    patent, which is slightly different than the '667
 5    patent is important to Viasat's ability to meet        02:07:59
 6    those thresholds.
 7         Q.  You relied on Dr. Easttom for your
 8    understanding that there are no non-infringing
 9    alternatives to the inventions of the
10    patents-in-suit; correct?                              02:08:18
11         A.  Yes --
12         Q.  Let me strike that and ask a better
13    question.
14             MR. VINCENT:  Patrick, can I jump in and
15         say, if you're going to switch topics, can we     02:08:27
16         take a quick break?  It's been about an hour.
17             MR. CURRAN:  I have actually have a few
18         more questions on this line --
19             MR. VINCENT:  No problem.
20    BY MR. CURRAN:                                         02:08:37
21         Q.  And I apologize, Ms. Kindler.  I misspoke
22    there, so let me ask this.
23             You rely on Dr. Easttom for your opinion
24    that there are no commercially available
25    alternatives to the inventions of the                  02:08:44
```