L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> Date:  August 21, 2025 <br> Time:  2:00 p.m. <br> Dept.: Courtroom 2, 4th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. |

I, Shuo Josh Zhang, declare as follows:

1. I am an attorney duly licensed to practice law in the District of Columbia and the State of California, and have been admitted *pro hac vice* to appear in this action.

2. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP and I am one of the attorneys representing Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together "Sandisk") in this action. I make this declaration in support of SanDisk's Opposition to Viasat's Motion for Summary Judgement of Non-Infringement. I have personal knowledge of the matters stated herein and, if asked, could competently testify thereto.

3. Sandisk first served infringement contentions in this litigation on February 23, 2023. As of February 2023, Viasat had not produced any documents in this litigation, and the February 2023 contentions were served based entirely on public record materials. Viasat then made an initial document production on April 10, 2023, which consisted of 244 documents (6,152 pages), of which only 11 documents (578 pages) were non-public. Viasat's production largely contained documents related to its invalidity defenses.

4. On April 18, 2023, the Court ordered a stay of discovery in this litigation, which the Court lifted on November 8, 2023. Dkts. 36, 72.

5. On December 22, 2023, Sandisk sent to Viasat a letter outlining deficiencies in Viasat's document productions. Viasat then made a second document production on February 7, 2024, which consisted of 168 documents (7,060 pages). Sandisk served amended infringement contentions on March 22, 2024 by agreement of the parties.

6. In January and February 2025, Viasat produced over 9,000 documents (over 121,000 pages) just before the close of fact discovery.

7. Attached as **Exhibit 1** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000001. This file will be filed with the Court manually.

1

SHUO ZHANG DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
CASE NO. 4:22-CV-4376-HSG

8. Attached as **Exhibit 2** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000076. This file will be filed with the Court manually.

9. Attached as **Exhibit 3** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000107. This file will be filed with the Court manually.

10. Attached as **Exhibit 4** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000115. This file will be filed with the Court manually.

11. **Exhibit 5** is intentionally omitted.

12. Attached as **Exhibit 6** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000189. This file will be filed with the Court manually.

13. Attached as **Exhibit 7** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000212. This file will be filed with the Court manually.

14. Attached as **Exhibit 8** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000249. This file will be filed with the Court manually.

15. Attached as **Exhibit 9** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000278. This file will be filed with the Court manually.

16. Attached as **Exhibit 10** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000374. This file will be filed with the Court manually.

17. Attached as **Exhibit 11** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000451. This file will be filed with the Court manually.

18. Attached as **Exhibit 12** is a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000487. This file will be filed with the Court manually.

19. Attached as **Exhibit 13** is a true and correct copy of Dr. Easttom's Opening Report concerning infringement by Viasat, dated March 24, 2025.

20. Attached as **Exhibit 14** is a true and correct copy of the Transcript of Deposition of Mr. Hughes on February 28, 2025 and Errata Sheet signed by Mr. Hughes.

21. Attached as **Exhibit 15** is a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri.

22. Attached as **Exhibit 16** is a true and correct copy of the Transcript of Deposition of Mr. Daniel Newman on February 7, 2025 and Errata Sheet signed by Mr. Newman.

23. Attached as **Exhibit 17** is a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan.

24. Attached as **Exhibit 18** is a true and correct copy of the Transcript of Deposition of Mr. Joshua Slater on February 6, 2025 and Errata Sheet signed by Mr. Slater.

25. Attached as **Exhibit 19** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00000618.

26. Attached as **Exhibit 20** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00005782.

27. Attached as **Exhibit 21** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006153.

28. Attached as **Exhibit 22** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006354.

29. Attached as **Exhibit 23** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006471.

30. Attached as **Exhibit 24** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006779.

31. Attached as **Exhibit 25** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00007395.

32. Attached as **Exhibit 26** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00008420.

33. Attached as **Exhibit 27** is a true and correct copy of an excerpt of a document produced by Viasat with the Bates No. VIASAT_00008738.

34. Attached as **Exhibit 28** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00014554.

35. Attached as **Exhibit 29** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00016425.

36. Attached as **Exhibit 30** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00017825.

37. Attached as **Exhibit 31** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00055833.

38. Attached as **Exhibit 32** is a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00060099.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of July 2025 in Washington, DC.

By: /s/ S. Josh Zhang
Shuo Josh Zhang

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

/s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer