L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

SANDISK TECHNOLOGIES, INC., et al.,

Plaintiffs,

v.

VIASAT, INC.,

Defendant.

Case No.: 4:22-cv-4376-HSG

**MANUAL FILING NOTIFICATION RE: EXHIBIT 4 TO DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

Date: August 21, 2025
Time: 2:00 p.m.
Dept.: Courtroom 2, 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit 4 (Viasat Source Code File) to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement.

This filing is in physical form of a paper document and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[ ] Voluminous Document (PDF file size larger than efiling system allowances)

[ ] Unable to Scan Documents

[ ] Physical Object (description): ______________________

[ ] Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:

[X] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): The exhibit contain Defendant's source code, which Plaintiffs are not permitted to duplicate electronically, pursuant to Section 9(e) of the Protective Order in this action. Dkt. 90.

Dated: July 3, 2025

*/s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

# Exhibit 4

HIGHLY CONFIDENTIAL – SOURCE CODE

FILED UNDER SEAL