# Exhibit 13

HIGHLY CONFIDENTIAL

FILED UNDER SEAL