# Exhibit 14

HIGHLY CONFIDENTIAL

FILED UNDER SEAL