# Exhibit 15

HIGHLY CONFIDENTIAL

FILED UNDER SEAL