# Exhibit 16

HIGHLY CONFIDENTIAL

FILED UNDER SEAL