# Exhibit 17

HIGHLY CONFIDENTIAL

FILED UNDER SEAL