# Exhibit 18

HIGHLY CONFIDENTIAL

FILED UNDER SEAL