# Exhibit 19

HIGHLY CONFIDENTIAL

FILED UNDER SEAL