# Exhibit 20

HIGHLY CONFIDENTIAL

FILED UNDER SEAL