# Exhibit 21

HIGHLY CONFIDENTIAL

FILED UNDER SEAL