# Exhibit 22

HIGHLY CONFIDENTIAL

FILED UNDER SEAL