# Exhibit 23

HIGHLY CONFIDENTIAL

FILED UNDER SEAL