# Exhibit 24

HIGHLY CONFIDENTIAL

FILED UNDER SEAL