# Exhibit 25

HIGHLY CONFIDENTIAL

FILED UNDER SEAL