# Exhibit 26

HIGHLY CONFIDENTIAL

FILED UNDER SEAL