# Exhibit 27

HIGHLY CONFIDENTIAL

FILED UNDER SEAL