# Exhibit 28

HIGHLY CONFIDENTIAL

FILED UNDER SEAL