# Exhibit 29

HIGHLY CONFIDENTIAL

FILED UNDER SEAL