# Exhibit 30

HIGHLY CONFIDENTIAL

FILED UNDER SEAL