# Exhibit 31

HIGHLY CONFIDENTIAL

FILED UNDER SEAL