# Exhibit 32

HIGHLY CONFIDENTIAL

FILED UNDER SEAL