1 | L. Kieran Kieckhefer (SBN 251978) | Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP
2 | One Embarcadero Center, Suite 2600 | 200 Park Avenue
San Francisco, CA 94105-0921 | New York, NY 10166-0193
3 | Telephone: 415.393.8337 | Telephone: 212.351.2345
Email: KKieckhefer@gibsondunn.com | AElDessouki@gibsondunn.com
4 |
Robert A. Vincent (*pro hac vice*) | Brian M. Buroker (*pro hac vice*)
5 | GIBSON, DUNN & CRUTCHER LLP | Shuo Zhang (*pro hac vice*)
2001 Ross Avenue Suite 2100 | GIBSON, DUNN & CRUTCHER LLP
6 | Dallas, TX 75201-2923 | 1700 M St, N.W.
Telephone: 214.698.3281 | Washington DC 20036-4504
7 | RVincent@gibsondunn.com | BBuroker@gibsondunn.com
SZhang@gibsondunn.com
8 | Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
9 | 310 University Avenue
Palo Alto, CA 94301-1744
10 | Telephone: 650.849.5307
LMao@gibsondunn.com
11
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG-PHK |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

1      Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP
2   Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd., (together
3   "Plaintiffs" or "Sandisk") respectfully submit this Administrative Motion to Consider Whether Another
4   Party's Material Should Be Sealed.

5      The materials sought to be sealed are being submitted in support of Sandisk's Opposition to
6   Viasat's Motion for Summary Judgment of Noninfringement. The materials to be sealed include the
7   highlighted portions of Sandisk's Opposition to Viasat's Motion for Summary Judgment of
8   Noninfringement. Sandisk also requests the following Exhibits to the concurrently filed Zhang
9   Declaration to be sealed:

- Exhibit 1, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000001.
- Exhibit 2, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000076.
- Exhibit 3, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000107.
- Exhibit 4, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000115.
- Exhibit 6, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000189.
- Exhibit 7, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000212.
- Exhibit 8, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000249.
- Exhibit 9, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000278.
- Exhibit 10, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000374.
- Exhibit 11, a true and correct copy of a source code file produced by Viasat with the

1  Bates No. VIASAT_SC_0000451.

- Exhibit 12, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000487.
- Exhibit 13, a true and correct copy of Dr. Easttom's Opening Report concerning infringement by Viasat, dated March 24, 2025.
- Exhibit 14, a true and correct copy of the Transcript of Deposition of Mr. Hughes on February 28, 2025 and Errata Sheet signed by Mr. Hughes.
- Exhibit 15, a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri.
- Exhibit 16, a true and correct copy of the Transcript of Deposition of Mr. Daniel Newman on February 7, 2025 and Errata Sheet signed by Mr. Newman.
- Exhibit 17, a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan.
- Exhibit 18, a true and correct copy of the Transcript of Deposition of Mr. Joshua Slater on February 6, 2025 and Errata Sheet signed by Mr. Slater.
- Exhibit 19, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00000618.
- Exhibit 20, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00005782.
- Exhibit 21, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006153.
- Exhibit 22, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006354.
- Exhibit 23, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006471.
- Exhibit 24, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006779.
- Exhibit 25, a true and correct copy of a document produced by Viasat with the Bates

No. VIASAT_00007395.

- Exhibit 26, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00008420.

- Exhibit 27, a true and correct copy of an excerpt of a document produced by Viasat with the Bates No. VIASAT_00008738.

- Exhibit 28, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00014554.

- Exhibit 29, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00016425.

- Exhibit 30, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00017825.

- Exhibit 31, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00055833.

- Exhibit 32, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00060099.

All materials identified above include information that has been designated by Defendant Viasat Inc. ("Viasat") as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 90) or contain multiple references to information that Viasat has so designated. Plaintiffs take no position on whether the material should be sealed. Sandisk expects Viasat to provide the evidence in support of sealing.

For the reasons above, Sandisk respectfully requests that the materials identified above be filed under seal or redacted.

1 | DATED: July 3, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki
Shuo Zhang

*Attorneys for Plaintiffs*