IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-4376-HSG |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, finds that there are compelling reasons to seal the portions identified in Plaintiffs' Motion. Specifically, the Court orders the following remain under seal:

- The highlighted portions of Sandisk's Opposition to Viasat's Motion for Summary Judgment of Noninfringement.
- Exhibit 1, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000001.
- Exhibit 2, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000076.
- Exhibit 3, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000107.
- Exhibit 4, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000115.
- Exhibit 6, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000189.
- Exhibit 7, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000212.
- Exhibit 8, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000249.
- Exhibit 9, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000278.
- Exhibit 10, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000374.
- Exhibit 11, a true and correct copy of a source code file produced by Viasat with the Bates No. VIASAT_SC_0000451.
- Exhibit 12, a true and correct copy of a source code file produced by Viasat with the

1

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

Bates No. VIASAT_SC_0000487.

- Exhibit 13, a true and correct copy of Dr. Easttom's Opening Report concerning infringement by Viasat, dated March 24, 2025.

- Exhibit 14, a true and correct copy of the Transcript of Deposition of Mr. Hughes on February 28, 2025 and Errata Sheet signed by Mr. Hughes.

- Exhibit 15, a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri.

- Exhibit 16, a true and correct copy of the Transcript of Deposition of Mr. Daniel Newman on February 7, 2025 and Errata Sheet signed by Mr. Newman.

- Exhibit 17, a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan.

- Exhibit 18, a true and correct copy of the Transcript of Deposition of Mr. Joshua Slater on February 6, 2025 and Errata Sheet signed by Mr. Slater.

- Exhibit 19, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00000618.

- Exhibit 20, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00005782.

- Exhibit 21, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006153.

- Exhibit 22, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006354.

- Exhibit 23, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006471.

- Exhibit 24, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006779.

- Exhibit 25, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00007395.

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

- Exhibit 26, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00008420.
- Exhibit 27, a true and correct copy of an excerpt of a document produced by Viasat with the Bates No. VIASAT_00008738.
- Exhibit 28, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00014554.
- Exhibit 29, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00016425.
- Exhibit 30, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00017825.
- Exhibit 31, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00055833.
- Exhibit 32, a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00060099.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

3

ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG