| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>Email: KKieckhefer@gibsondunn.com | Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com |
| Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>RVincent@gibsondunn.com | Brian M. Buroker (*pro hac vice*)<br>Shuo J. Zhang (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M St, N.W.<br>Washington DC 20036-4504<br>BBuroker@gibsondunn.com<br>SZhang@gibsondunn.com |
| Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>VIASAT, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**MANUAL FILING NOTIFICATION RE: EXHIBIT 3 TO DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:　August 21, 2025<br>Time:　2:00 p.m.<br>Dept.:　Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit 3 (Viasat Source Code File) to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement.

This filing is in physical form of a paper document and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[ ]   Voluminous Document (PDF file size larger than efiling system allowances)

[ ]   Unable to Scan Documents

[ ]   Physical Object (description): _____

[ ]   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:

[X]   Item Under Seal

[ ]   Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X]   Other (description):  <u>The exhibit contain Defendant's source code, which Plaintiffs are not permitted to duplicate electronically, pursuant to Section 9(e) of the Protective Order in this action.  Dkt. 90.</u>

Dated: July 3, 2025

                                                */s/ L. Kieran Kieckhefer*
                                                L. Kieran Kieckhefer

1

MFN RE EX. TO SHUO ZHANG DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
CASE NO. 4:22-CV-4376-HSG

# Exhibit 3

HIGHLY CONFIDENTIAL – SOURCE CODE

FILED UNDER SEAL