L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **MANUAL FILING NOTIFICATION RE: EXHIBIT 9 TO DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> Date:  August 21, 2025 <br> Time:  2:00 p.m. <br> Dept.:  Courtroom 2, 4th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit 9 (Viasat Source Code File) to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement.

This filing is in physical form of a paper document and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[ ]   Voluminous Document (PDF file size larger than efiling system allowances)

[ ]   Unable to Scan Documents

[ ]   Physical Object (description): _____

[ ]   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:

[X]   Item Under Seal

[ ]   Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X]   Other (description):  <u>The exhibit contain Defendant's source code, which Plaintiffs are not permitted to duplicate electronically, pursuant to Section 9(e) of the Protective Order in this action.  Dkt. 90.</u>

Dated: July 3, 2025

                                            */s/ L. Kieran Kieckhefer*
                                            L. Kieran Kieckhefer

1

MFN RE EX. TO SHUO ZHANG DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
CASE NO. 4:22-CV-4376-HSG

# Exhibit 9

# HIGHLY CONFIDENTIAL – SOURCE CODE

# FILED UNDER SEAL