| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>Email: KKieckhefer@gibsondunn.com | Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com |
| Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>RVincent@gibsondunn.com | Brian M. Buroker (*pro hac vice*)<br>Shuo J. Zhang (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M St, N.W.<br>Washington DC 20036-4504<br>BBuroker@gibsondunn.com<br>SZhang@gibsondunn.com |
| Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>VIASAT, INC.,<br><br>                Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**MANUAL FILING NOTIFICATION RE: EXHIBIT 10 TO DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:   August 21, 2025<br>Time:   2:00 p.m.<br>Dept.:  Courtroom 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

## MANUAL FILING NOTIFICATION

Regarding: Exhibit 10 (Viasat Source Code File) to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement.

This filing is in physical form of a paper document and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[ ]   Voluminous Document (PDF file size larger than efiling system allowances)

[ ]   Unable to Scan Documents

[ ]   Physical Object (description): _____

[ ]   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:

[X]   Item Under Seal

[ ]   Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X]   Other (description):  <u>The exhibit contain Defendant's source code, which Plaintiffs are not permitted to duplicate electronically, pursuant to Section 9(e) of the Protective Order in this action.  Dkt. 90.</u>

Dated: July 3, 2025

                              */s/ L. Kieran Kieckhefer*
                              L. Kieran Kieckhefer

---

1

MFN RE EX. TO SHUO ZHANG DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
CASE NO. 4:22-CV-4376-HSG

# Exhibit 10

HIGHLY CONFIDENTIAL – SOURCE CODE

FILED UNDER SEAL