# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, finds good cause that the motion be GRANTED. Specifically, the Court orders that the highlighted portions of Sandisk's Reply in Support of Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D. remain under seal.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge