QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>VIASAT, INC.,<br><br>        Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S REPLY ISO MOTION TO STRIKE PLAINTIFFS' UNTIMELY '400 PATENT "AUTHENTICATING" THEORIES** |

### DECLARATION OF PATRICK D. CURRAN

I, Patrick D. Curran, declare as follows:

  1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter.  I submit this Declaration in connection with Viasat's Reply In Support Of Motion to Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories ("Reply

ISO Motion to Strike"). This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as Exhibit A is a true copy of an excerpt from the deposition transcript of Chuck Easttom held on May 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
Patrick D. Curran

## CERTIFICATE OF SERVICE

I hereby certify that, on July 3, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: July 3, 2025                          By  /s/ *Patrick D. Curran*
                                                 Patrick D. Curran