# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   _____
                                  )
 6   SANDISK TECHNOLOGIES, INC.,  )
     et al.,                      )
 7                                )
             Plaintiffs,          )
 8                                ) Case No. 4:22-cv-4376-HSG
         vs.                      )
 9                                )
     VIASAT, INC.,                )
10                                )
             Defendant.           )
11   _____)
12
13
14
15                 ** CONFIDENTIAL **
16          REMOTE VIDEOTAPED DEPOSITION OF
17        WILLIAM "CHUCK" EASTTOM II, Ph.D.
18              Friday, May 2, 2025
19                   Volume I
20
21
22   Reported by:
     NADIA NEWHART
23   CSR No. 8714
24   Job No. 7342103
25   PAGES 1 - 209
```

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                         OAKLAND DIVISION
 4
 5     _____
                                      )
 6     SANDISK TECHNOLOGIES, INC.,    )
       et al.,                        )
 7                                    )
                 Plaintiffs,          )
 8                                    )  Case No. 4:22-cv-4376-HSG
            vs.                       )
 9                                    )
       VIASAT, INC.,                  )
10                                    )
                 Defendant.           )
11     _____)
12
13
14
15          Remote videotaped deposition of
16     WILLIAM "CHUCK" EASTTOM II, Ph.D., Volume I, taken
17     on behalf of Defendant, with all participants
18     appearing remotely via videoconference and the
19     witness testifying from Dallas, Texas, beginning at
20     9:06 a.m. and ending at 3:43 p.m. on Friday,
21     May 2, 2025, before NADIA NEWHART, Certified
22     Shorthand Reporter No. 8714.
23
24
25
                                                          Page 2
```

```
 1    REMOTE APPEARANCES:
 2    For Plaintiffs:
 3         GIBSON, DUNN & CRUTCHER, LLP
 4         BY:  BRIAN M. BUROKER, ESQ.
 5         BY:  SHUO JOSH ZHANG, ESQ.
 6         1700 M Street, N.W.
 7         Washington, D.C. 20036-4504
 8         202-955-8500
 9         bburoker@gibsondunn.com
10         szhang@gibsondunn.com
11            - and -
12         GIBSON, DUNN & CRUTCHER, LLP
13         BY:  HYUNJONG RYAN JIN, ESQ.
14         200 Park Avenue
15         New York, New York 10166-0193
16         212-351-4000
17         rjin@gibsondunn.com
18
19    For Defendant:
20         QUINN EMANUEL URQUHART & SULLIVAN, LLP
21         BY:  PATRICK D. CURRAN, ESQ.
22         111 Huntington Avenue, Suite 520
23         Boston, Massachusetts 02199
24         617-712-7100
25         patrickcurran@quinnemanuel.com
```

CONFIDENTIAL

```
1     REMOTE APPEARANCES (Continued):

2

3     For Defendant:

4          QUINN EMANUEL URQUHART & SULLIVAN, LLP

5          BY:  STEVEN CHERNY, ESQ.

6          BY:  VANESSA BLECHER, ESQ.

7          295 5th Avenue, 9th Floor

8          New York, New York 10016

9          212-849-7000

10         stevencherny@quinnemanuel.com

11         vanessablecher@quinnemanuel.com

12

13    Also Present:

14         HUGO ORTEGA, Gibson Dunn tech support (9:57-10:17)

15         SOSEH KEVORKIAN, Videographer

16

17

18

19

20

21

22

23

24

25
```

Page 4

CONFIDENTIAL

```
 1                        INDEX
 2   WITNESS                                    EXAMINATION
 3   WILLIAM "CHUCK" EASTTOM II, Ph.D.
 4   Volume I
 5                   BY MR. CURRAN                     8
 6
 7
 8                       EXHIBITS
 9   NUMBER              DESCRIPTION                PAGE
10   Exhibit 1    Expert Infringement Report of      37
11                Dr. William C. Easttom II
12                (Chuck Easttom) Ph.D., D.Sc.
13                dated 3/24/25; 319 pages
14
15   Exhibit 2    Expert Infringement Report of      37
16                Dr. William C. Easttom II
17                (Chuck Easttom) Ph.D., D.Sc.
18                dated 4/14/25; 253 pages
19
20   Exhibit 3    Curriculum Vitae for William C.    37
21                Easttom II (Chuck Easttom);
22                50 pages
23
24
25
```

Page 5

```
 1    INDEX (Continued):
 2                          EXHIBITS
 3    NUMBER              DESCRIPTION                    PAGE
 4    Exhibit 4    Emirates A350 Infight                  143
 5                 Connectivity RFP;
 6                 VIASAT_00007973-8068
 7
 8
 9                 INSTRUCTION NOT TO ANSWER
10                    Page      Line
11                     180       21
```

Page 6

```
1    Exhibit 3.  Is that okay?
2       A   Yes.  I don't have that yet.  I think
3    Mr. Buroker is looking for where that is.
4       Q   Under- -- I -- I don't think we'll get to
5    that, if at all, anytime soon, but that will be the      09:56:23
6    numbering in case we need it.
7           MR. BUROKER:  So the printout of his report
8    doesn't include the CV.  I'll see -- do you know if
9    there's a copy of the CV in the box or was it just
10   electronic?                                              09:56:34
11          MR. CURRAN:  I -- I think it should be in the
12   box, but I will tell you, I -- I don't know if we'll
13   have any questions on it.  So we will put Exhibit 3
14   in the Exhibit Share.
15          It's a PDF of your CV, Dr. Easttom.  But if       09:56:44
16   we have to get to that document, since there's not a
17   paper copy, we'll pause and figure out a convenient
18   way for you to access that.
19          THE WITNESS:  Okay.
20   BY MR. CURRAN:                                           09:56:57
21      Q   All right.  So take a look at Exhibit 1, your
22   opening expert report.
23          First, I should say, sitting here today, do
24   you stand by all the opinions that you offer in your
25   opening report in this case?                             09:57:10
```

```
 1       A    I do.
 2       Q    And sitting here today, other than any typos,
 3   are you aware of any errors that you think you made
 4   in your opening expert report?
 5       A    No, but I will be surprised if we don't find      09:57:23
 6   a typo as we plow through it.
 7       Q    That would be true for my own writing, as
 8   well.
 9            How about for Exhibit 2, your rebuttal expert
10   report?  Do you stand by all the opinions you               09:57:36
11   offered in your rebuttal report in this case?
12       A    I do.
13            (Mr. Ortega joined the proceedings.)
14   BY MR. CURRAN:
15       Q    And other than typos, sitting here today, are     09:57:41
16   you aware of any errors in your rebuttal expert
17   report?
18       A    I am not.
19       Q    If we could turn to paragraph 129, please, in
20   your opening expert report.                                 09:57:59
21            THE REPORTER:  Hugo Ortega joined the
22   proceedings.
23            MR. CURRAN:  I'm sorry?
24            THE REPORTER:  Mr. Hugo Ortega from Gibson
25   Dunn joined the proceedings.                                09:58:20
```

Page 39

```
 1
 2
 3
 4            I, WILLIAM "CHUCK" EASTTOM II, Ph.D., do
 5    hereby declare under penalty of perjury that I have
 6    read the foregoing transcript; that I have made any
 7    corrections as appear noted, in ink, initialed by
 8    me, or attached hereto; that my testimony as
 9    contained herein, as corrected, is true and correct.
10            EXECUTED this _____ day of _____,
11    20____, at _____, _____.
                        (City)                (State)
12
13
14
                          _____
15                        WILLIAM "CHUCK" EASTTOM II, Ph.D.
                                   VOLUME I
16
17
18
19
20
21
22
23
24
25
```

Page 205

1   I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12  Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16  I further certify that I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19  IN WITNESS WHEREOF, I have this date subscribed
20  my name.
21
22  Dated: 5/7/25
23
24  *Nadia Newhart*
    NADIA NEWHART
25  CSR No. 8714

Page 206

```
1    BRIAN M. BUROKER, ESQ.
2    bburoker@gibsondunn.com
3                                         May 7, 2025
4    RE: Sandisk Technologies, Inc. Et Al. v. Viasat, Inc.
5    5/2/2025, William "Chuck" Easttom II, Ph.D., Volume I,
     (#7342103).
6    The above-referenced transcript has been
7    completed by Veritext Legal Solutions and
8    review of the transcript is being handled as follows:
9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext
10      to schedule a time to review the original transcript at
11      a Veritext office.
12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF
13      Transcript - The witness should review the transcript and
14      make any necessary corrections on the errata pages included
15      below, notating the page and line number of the corrections.
16      The witness should then sign and date the errata and penalty
17      of perjury pages and return the completed pages to all
18      appearing counsel within the period of time determined at
19      the deposition or provided by the Code of Civil Procedure.
20      Contact Veritext when the sealed original is required.
21   __ Waiving the CA Code of Civil Procedure per Stipulation of
22      Counsel - Original transcript to be released for signature
23      as determined at the deposition.
24   __ Signature Waived - Reading & Signature was waived at the
25      time of the deposition.
```

Page 207

```
 1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9    __ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 208