QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG <br><br> **DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE LAUREN KINDLER'S MAY 5, 2025 SUPPLEMENTAL EXPERT REPORT** |

### DECLARATION OF PATRICK D. CURRAN

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat, Inc.'s Reply

Case No. 4:22-CV-4376-HSG

In Support Of Its Motion To Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as Exhibit I is a true copy of an excerpt from the supplemental appendices to Ms. Lauren Kindler's May 5, 2025 Supplemental Expert Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
Patrick D. Curran

# CERTIFICATE OF SERVICE

I hereby certify that, on July 3, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: July 3, 2025          By /s/ *Patrick D. Curran*
                                Patrick D. Curran