# EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No. 4:22-cv-04376-HSG |

# SUPPLEMENTAL EXPERT REPORT OF LAUREN R. KINDLER

## MAY 5, 2025

## Supplemental Exhibit 1
## Cross-Reference of Kindler Report Exhibits and Supplemental Exhibits

| Kindler Report Exhibit Number | Kindler Report Exhibit Title | Supplemetal Exhibit Number[a] | | |
|---|---|---|---|---|
| | | Using New Data[b] | Using Macartney's Claimed Bitrate[c] | Using New Data and Alternative Bitrate[d] |
| 7.1 | Summary of Estimated Viasat W-IFE Sessions for American Airlines | 3.1 | - | - |
| 7.1.1 | Viasat's Weekly Updates on W-IFE Services for American Airlines | 3.1.1 | - | - |
| 7.2 | Summary of Estimated Viasat W-IFE Sessions for United Airlines | 3.2 | - | - |
| 7.2.1 | Viasat's Weekly Updates on W-IFE Services for United Airlines | 3.2.1 | - | - |
| 7.3 | American Airlines W-IFE Take Rate Estimation | 3.3 | - | - |
| 8.1 | Summary of Estimated Viasat's IPTV Sessions for American Airlines | 4.1 | - | - |
| 8.2 | Summary of Estimated Viasat's IPTV Sessions for Delta Airlines | 4.2 | - | - |
| 8.3 | Summary of Estimated Viasat's IPTV Sessions for JetBlue Airways | 4.3 | - | - |
| 8.4 | Summary of Estimated Viasat's IPTV Sessions for Southwest Airlines | 4.4 | - | - |
| 8.5 | Summary of Monthly Viasat IPTV Clients | 4.5 | - | - |
| 8.6 | Viasat's Weekly Updates on IPTV Services | 4.6 | - | - |
| 10.1 | Viasat's IPTV Bandwidth Savings Attributable to the '667 Patent | 5.1 | 8.1 | 9.1 |
| 10.2 | Summary of IPTV Reasonable Royalty Damages Attributable to the '667 Patent | 5.2 | 8.2 | 9.2 |
| 10.3 | Viasat's IPTV Cost Savings Attributable to the '667 Patent | 5.3 | 8.3 | 9.3 |
| 10.4 | Viasat's IPTV Opportunity Cost Savings Attributable to the '667 Patent | 5.4 | 8.4 | 9.4 |
| 10.5 | Summary of Viasat's Estimated Monthly Bytes Sent OTA and Bytes Served for IPTV | 5.5 | 8.5 | 9.5 |
| 10.6 | Summary of Viasat's Monthly IPTV Revenues | 5.6 | - | - |
| 10.7 | Selected Viasat Residential Internet Plans and Pricing | 5.7 | - | - |
| 10.8 | Summary of W-IFE Revenues Attributable to the '667 Patent | 5.8 | - | - |
| 11.1 | Summary of Reasonable Royalty Damages for the '400 Patent | 6.1 | - | - |
| 11.2 | Summary of Reasonable Royalty Damages for the '400 Patent – Excluding Seatback Sessions | 6.2 | - | - |

Notes:
(a) **Supplemental Exhibits 3.1.1, 3.2.1, 3.3, 4.5 - 4.6, 5.2, 5.6 - 5.8,** and **8.5** are unchanged from the Kindler Report.
(b) In **Supplemental Exhibits 3.1 - 6.2**, estimates of W-IFE / IPTV sessions and bandwidth savings are updated to reflect new information provided in Viasat's March 24, 2025 Production.
(c) In **Supplemental Exhibits 8.1 - 8.5**, estimates of bandwidth savings are updated, for illustrative purposes only, to reflect the alternative IPTV bitrate claimed by Dr. Macartney.
(d) In **Supplemental Exhibits 9.1 - 9.5**, estimates of sessions and bandwidth savings are updated, for illustrative purposes only, to reflect both the new information provided in Viasat's March 24, 2025 Production and the alternative bitrate claimed by Dr. Macartney.