QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S RESPONSE IN OPPOSITION TO SANDISK'S MOTION FOR PATRIAL SUMMARY JUDGMENT** |

### DECLARATION OF PATRICK D. CURRAN

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Response in Opposition to Sandisk's Motion for Partial Summary Judgment ("Summary Judgment

Opposition"). This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Viasat served invalidity contentions on April 10, 2023, setting forth grounds under which the '400 and '667 patents are invalid. Viasat supplemented its invalidity contentions with additional evidence and grounds on April 19, 2024, after Plaintiffs served their March 24, 2024 supplemental infringement contentions. On March 24, 2025, Viasat served the opening expert report of Dr. Kevin Almeroth, which alleged invalidity on some of the grounds disclosed by Viasat in its invalidity contentions.

3. Attached as Exhibit A is a true copy of Viasat's Supplemental Invalidity Contentions, served April 19, 2024.

4. Attached as Exhibit B is a true copy of an excerpt from Plaintiffs' Responses and Objections to Viasat's First Set of Interrogatories, served January 17, 2024.

5. Attached as Exhibit C is a true copy of an excerpt from the deposition transcript of David L. Blankenbeckler, taken on January 22, 2025.

6. Attached as Exhibit D is a true copy of Exhibit 667-13 to Viasat's Supplemental Invalidity Contentions, served April 19, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 3, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: July 3, 2025                    By  /s/ *Patrick D. Curran*
                                            Patrick D. Curran