# EXHIBIT D

**Exhibit 667-13: SCSA Project Phoenix / VIDITY**

Secure Content Storage Association's Project Phoenix / VIDITY ("SCSA") was in public use and on sale before the effective filing date of U.S. Patent No. 10,447,667 (the "'667 patent") under 35 U.S.C. § 102(a).[1] For example, the Project Phoenix was launched no later than by March 1, 2012, as demonstrated by at least the following publicly available documents:

- DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012), *available at* https://www.etcentric.org/drm-secure-content-storage-association-launches-project-phenix/

- The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015), *available at* https://www.businesswire.com/news/home/20150826005342/en/The-Secure-Content-Storage-Association-SCSA-Releases-VIDITY-Licensing-Specifications

- Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012), *archived at* https://web.archive.org/web/20150919095416/http://www.vidity.com/index.php?aam_media=2014/12/SCSA_CRI-release-FINAL.pdf

- Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013), *archived at* https://web.archive.org/web/20150919160346/http://www.vidity.com/index.php?aam_media=2014/12/SCSA_Contributor-Release_12-12-13-final.pdf

Viasat provides herein a chart identifying exemplary disclosures demonstrating specifically where in SCSA each limitation of each asserted claim is found.

The citations to portions of any reference in this chart are exemplary only. The citations to the written description should be interpreted to include the figures associated with or relevant to the cited passages. Viasat reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims is anticipated and/or is obvious. Citations presented for one claim limitation are expressly incorporated by reference into all other limitations for that claim.

Plaintiffs appear in many instances to be pursuing overly broad constructions of limitations of the asserted claims in an effort to piece together an infringement claim where none exists. This claim chart takes into account Plaintiffs' overly broad construction of the claim limitations. Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Plaintiffs' apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper. To the extent that any of the prior art discloses the same or similar feature or functionality as the accused products, Defendant reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claim, and, in the alternative, to argue that, if said feature or functionality is found to practice any limitation

---

[1]  Because the earliest effective filing date '667 patent is February 5, 2015, which is after March 16, 2013, the '667 patent is governed by AIA 35 U.S.C. §§ 102 and 103.

of any of the asserted claims, then the prior art reference teaches the limitation and that the claim is not patentable.

To the extent any limitation is found not to be expressly or inherently disclosed in SCSA, such a limitation would be obvious alone based on the state of the art or in combination with one or more of the other references charted for the '667 patent. SCSA may be combined with other references identified in Exhibits 667-1 through 667-20. A POSITA would have found such a combination/modification obvious for the reasons discussed herein and in Viasat's cover pleading.

Defendant is continuing to investigate prior art and has not yet completed discovery from third parties who may have relevant information concerning the prior art. Therefore, Defendant reserves the right to supplement this chart after additional discovery is received.

| Exemplary Disclosures |
|---|
| **1[pre]. A media streaming system comprising:** |

To the extent the preamble is limiting, SCSA discloses the preamble.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012
- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY[TM], to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

| 1[a] a network interface adapter configured to transmit digital content, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN); and |
| --- |
| SCSA discloses this limitation. *See, e.g.:* |

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY™, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

---

**1[b] one or more hardware processors configured to:**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012
- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY™, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**1[c] receive an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system;**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY[TM], to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**1[d] transmit the digital content to the secure region within the NAS device for playback by the separate display device from the buffer; and**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

SCSA - 14

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY™, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

*See also* disclosures cited for claim limitation 1[c], *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

---

**1[e] transmit instructions to the NAS device to control streaming access to the digital content stored on the buffer.**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012
- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY™, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

*See also* disclosures cited for claim limitation 1[c], *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

| |
|---|
| **2. The media streaming system of claim 1, wherein the separate display device comprises a smart television.** |

SCSA discloses this limitation.

*See, e.g.:*

      The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"As LG continues to advance consumers' premium entertainment experience, we see the SCSA platform as a major step toward establishing a robust, secure ecosystem for the delivery of Ultra HD content and other high-value programming to smart TVs, PCs, tablets and smartphones," said Dr. T.I. Cho, vice president, LG Electronics Inc. "Our contribution to the development of this platform reflects our ongoing efforts to meet consumer demand for the best possible user experiences and innovative new products."

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

| |
|---|
| **3. The media streaming system of claim 1, wherein transmitting the digital content comprises time-shifting to a time with more available bandwidth on a connection to the NAS device.** |

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY™, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

---

**4. The media streaming system of claim 1, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system.**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012
- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(<u>BUSINESS WIRE</u>)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY<sup>TM</sup>, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**5. The media streaming system of claim 1, wherein the one or more processors are further configured to: cause the NAS device to use encryption that secures the digital content to the secure region.**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012
- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY[TM], to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**6. The media streaming system of claim 1, wherein the one or more processors are further configured to: provide instructions to the NAS device for controlling an amount of data stored in the secure region.**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY™, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

---

**7. The media streaming system of claim 1, wherein the one or more processors are further configured to: provide instructions to the NAS device for controlling an encryption type used in the secure region.**

SCSA discloses this limitation.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget*.
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY[TM], to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**11[pre]. A method of transmitting media content from a media streaming system, the method comprising:**

To the extent the preamble is limiting, SCSA discloses the preamble.

*See, e.g.:*

By Karla Robinson (https://www.etcentric.org/author/karla/)
March 1, 2012

- The new Secure Content Storage Association (SCSA) already has its first project underway.
- Fox, Warner Bros., SanDisk and Western Digital are coming together for "Project Phenix," that "will enable consumers to buy, store and playback HD Versions of movies and TV shows at home or on-the-go, easily and seamlessly," the press release states.
- The project is compatible with UltraViolet and the alliance will approve various TVs, tablets and display devices, "so that users will be able to download cloud-based media to compliant WD and SanDisk storage," reports *Engadget.*
- The project aligns with the SCSA's goal to secure high-definition content, which comes into competition with popular Internet options like Netflix.
- "We'll see the technology available to license later in the year, which promises to render content ten times faster than streaming media on "over the top Internet" (translation: streaming services)," the article states.

DRM: Secure Content Storage Association Launches Project Phenix (Mar 1, 2012).

The SCSA is focused on developing solutions to make it easy and secure for consumers to purchase, transfer and view the highest value digital content across multiple electronic devices while seamlessly complementing and integrating with online content locker services, such as the industry backed UltraViolet™ ecosystem. Through the Project Phenix effort, the consortium will give users the ability to securely store a copy of these premium digital movies on local hard drives and flash memory based solutions which then can be accessed for local playback across all SCSA App-enabled devices including smartphones, tablets, TV's, set-top boxes, computers, game consoles, USB flash drives, and uSD cards.

Secure Content Storage Association (SCSA) Selects Cryptography Research to Provide Security Expertise (Sep 6, 2012).

These companies, along with founders Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK), Western Digital (NYSE: WDC) and security partner Cryptography Research, a division of Rambus (NASDAQ: RMBS), will help advance the SCSA's pioneering goal of creating storage and transfer solutions for high definition and premium copyright-protected content on hard drives, flash memory products and solid state disk drives.

The new Contributing Members further enhance the SCSA's mission to increase market opportunities for content owners, content distributors and high-end device manufacturers by delivering a secure solution that allows consumers to enjoy the highest-quality entertainment content across multiple devices. The SCSA's robust solution enables premium digital entertainment content, including high bitrate 1080p Full HD and Ultra HD content, to be securely transferred and viewed across various devices, including smart TVs, PCs and mobile devices.

"The participation of these market-leading and innovative companies has brought us significantly closer to bringing the SCSA's vision to life," said David Huerta, general manager, SCSA. "Involvement from all aspects of the ecosystem illustrates the demand for a local storage solution to manage and collect highest-quality secure digital movies and television shows, while complementing and taking advantage of the benefits from cloud-based services, including those supporting UltraViolet."

**About the Secure Content Storage Association**
The Secure Content Storage Association (SCSA) is a consortium of companies in the entertainment and storage space founded in January 2012 by Twentieth Century Fox Home Entertainment, Warner Bros. Home Entertainment, SanDisk, and Western Digital. Established as an LLC, the SCSA is focused on developing technologies to make it easy and secure for consumers to purchase, transfer and view content across multiple electronic devices. Companies interested in learning more about the SCSA can contact INQUIRIES@SCSALLC.COM

Leading Companies Join SCSA to Offer Secure Solution for Delivery of Highest-Quality Premium Digital Content (Dec 12, 2013).

LOS ANGELES--(BUSINESS WIRE)--The Secure Content Storage Association (SCSA) today released licensing specifications for the branded technology, VIDITY$^{TM}$, to enable the secure delivery of premium digital entertainment experiences, including unparalleled and locally stored playback of 4K Ultra HD and HD movies across multiple devices.

VIDITY has no requirement to log into accounts or connect to the Internet for playback. Compliant products will offer consumers the freedom and flexibility to store, copy, play and share downloaded digital files on a wide range of devices, such as laptop computers, mobile phones and tablets. The branded technology delivers the highest quality digital entertainment experience in the marketplace today through its 4K Ultra HD and high dynamic range (HDR) support. In addition, VIDITY is complementary to streaming entertainment platforms such as UltraViolet and others.

VIDITY will give users complete control of collecting, viewing and managing their high-quality digital film and TV libraries like no other system today. Sharing digital content in a household will also be easier with VIDITY, which allows the playback of digital content that resides on one VIDITY-enabled device on the screen of another enabled device. Users also can easily move and copy content between devices.

Created to advance next generation digital playback technology for locally stored premium content, the VIDITY specifications will benefit the full range of studio, technology and security companies in the home entertainment ecosystem. The sophisticated and robust specifications will ensure consistent adoption of the highest quality content standards and security measures, while supporting the cohesive development of VIDITY compliant products. Companies that would require VIDITY specifications to enable compliant products and services include, but are not limited to:

- Content Publishers
- Storage Manufacturers
- Retailers
- Service Providers
- Device Manufacturers

"The VIDITY solution represents the collaboration of over 50 key industry leaders across the content, technology, device and security industries," says David Huerta, General Manager and Executive Director of SCSA. "Our Founders and Contributors are aligned in the goal of bringing the consumer the highest quality digital entertainment experience possible through the implementation of the VIDITY specifications. We all look forward to VIDITY compliant products establishing a durable and future-proof marketplace for consumers later this year."

Current SCSA members Samsung, Fox, Seagate, Western Digital and MGO already have VIDITY compatible products available in the market which support the highest quality viewing experience of 4K UHD and HDR. With licensing of complete specifications available for the first time, fully compliant functionality that supports VIDITY features, such as copying and moving content between devices as well as other cross platform playback capabilities, can now be made available to consumers.

Founded by 20th Century Fox, Warner Bros. Home Entertainment, SanDisk Corporation (NASDAQ: SNDK) and Western Digital (NYSE: WDC), the SCSA is dedicated to developing technologies that enable the secure purchase, management and enjoyment of premium content across multiple devices. In addition to key support from security partner Cryptography Research as an SCSA Advisor, over 50 contributor companies have joined the SCSA since 2012, including sector leaders in consumer electronics, entertainment, semiconductor, storage and telecommunications.

The Secure Content Storage Association (SCSA) Releases VIDITY Licensing Specifications (Aug 26, 2015).

---

**11[a] establishing a connection, via a wide area network (WAN), to a network attached storage (NAS) device operating on a local area network (LAN);**

SCSA discloses this limitation.

*See* discussion of claim limitation 1[a], *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

---

**11[b] receiving an indication of the NAS device having a secure region comprising a buffer for streaming media on a separate display device on the local area network, wherein access to the secure region is controlled by the media streaming system;**

SCSA discloses this limitation.

*See* discussion of claim limitation 1[c], *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**11[c] transmitting media content to the secure region within the NAS device for playback by the display device from the buffer; and**

SCSA discloses this limitation.

*See* discussion of claim limitation 1[d], *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**11[d] transmitting instructions to the NAS device to control streaming access to the media content stored on the buffer.**

SCSA discloses this limitation.

*See* discussion of claim limitation 1[e], *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**12. The method of claim 11, wherein transmitting the media content to the secure region comprises: time-shifting the transmitting of the media content to a time with more available bandwidth on a connection to the NAS device.**

SCSA discloses this limitation.

*See* discussion of claim 3, *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

**13. The method of claim 11, wherein the secure region is inaccessible by a user of the NAS device without permission from the media streaming system.**

SCSA discloses this limitation.

*See* discussion of claim 4, *supra*.

To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading.

| **14. The method of claim 11 further comprising: causing the NAS device to use encryption that secures the media content to the secure region.** |
| --- |
| SCSA discloses this limitation.<br><br>*See* discussion of claim 5, *supra.*<br><br>To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading. |

| **15. The method of claim 11 further comprising: providing instructions to the NAS device for controlling an amount of data stored in the secure region.** |
| --- |
| SCSA discloses this limitation.<br><br>*See* discussion of claim 6, *supra.*<br><br>To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading. |

| **16. The method of claim 11 further comprising: providing instructions to the NAS device for controlling an encryption type used in the secure region.** |
| --- |
| SCSA discloses this limitation.<br><br>*See* discussion of claim 7, *supra.*<br><br>To the extent that SCSA is found not to disclose this limitation, it would have been obvious to combine SCSA with one or more of the other references identified by Defendant as disclosing this limitation for the reasons discussed herein and in Defendant's cover pleading. |