UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **[PROPOSED] ORDER GRANTING VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 249]** |

The Court, having considered Viasat's Administrative Motion to File Under Seal [Dkt. 249] and the Ward Declaration in Support [Dkt. 249-1], the Court finds good cause to seal the unredacted versions of: Viasat's Reply In Support Of Its Motion To Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories [Dkt. 249-2]; Viasat's Reply in Support of Its Motion To Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report [Dkt. 249-3]; Viasat's Reply In Support Of Its Motion To Exclude Certain Opinions Of Chuck Easttom And Lauren Kindler [Dkt. 249-4]; and Viasat's Reply In Support Of Motion To Strike Portions Of Sandisk's Expert Reports [Dkt. 249-5] from public access, and thus the Court hereby GRANTS Plaintiffs' Motions and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Public / Sealed) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| 244/249-2 | Viasat's Reply In Support Of Its Motion To Strike Plaintiffs' Untimely '400 Patent "Authenticating" Theories | Viasat confidential technical and source code-related information (on portions of pages i, 4, 5) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 245/249-3 | Viasat's Reply in Support of Its Motion To Strike Lauren Kindler's May 5, 2025 Supplemental Expert Report | Analysis of Viasat confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 4, 5, and 7) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 5 | |
| 246/249-4 | Viasat's Reply In Support Of Its Motion To Exclude Certain Opinions Of Chuck Easttom And Lauren Kindler | Analysis of Viasat confidential financial information and confidential product and contract information, including the specific terms of Viasat's contracts with third parties (on portions of pages 1-7) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3, 5 | |
| 247/249-5 | Viasat's Reply In Support Of Motion To Strike Portions Of Sandisk's Expert Reports | Analysis of Viasat confidential technical and source code-related information (on portions of pages 2, 3, 4, 5) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.