1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Steven Cherny (*pro hac vice*)
2    stevencherny@quinnemanuel.com
     Patrick D. Curran (Bar No. 241630)
3    patrickcurran@quinnemanuel.com
     Tzivya H. Beck (*pro hac vice*)
4    tzivyabeck@quinnemanuel.com
     Hannah Dawson (*pro hac vice*)
5    hannahdawson@quinnemanuel.com
   111 Huntington Ave, Suite 520
6  Boston, MA 02199
   Telephone:   (617) 712-7100
7  Facsimile:   (617) 712-7200

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Anastasia M. Fernands (*pro hac vice*)
9    anastasiafernands@quinnemanuel.com
     Nicola R. Felice (*pro hac vice*)
10   nicolafelice@quinnemanuel.com
     Vanessa Blecher (*pro hac vice*)
11   vanessablecher@quinnemanuel.com
     Alicia Lai (*pro hac vice*)
12   alicialai@quinnemanuel.com
   295 5th Avenue
13 New York, NY 10016
   Telephone:   (212) 849-7000
14 Facsimile:   (212) 849-7100

15 *Attorneys for Defendant Viasat, Inc.*

16 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
17 **OAKLAND DIVISION**

18
   SANDISK TECHNOLOGIES, INC., et al.,                  Case No.: 4:22-cv-4376-HSG
19
                      Plaintiffs,                       **DEFENDANT VIASAT, INC.'S**
20          v.                                          **ADMINISTRATIVE MOTION TO**
                                                        **CONSIDER WHETHER ANOTHER**
21 VIASAT, INC.,                                        **PARTY'S MATERIALS SHOULD BE**
                                                        **SEALED**
22                   Defendant.

23

24

25

26

27

28

Pursuant to Local Rules 7-11 and 79-5(c) and the Protective Order (Dkt. 90), Defendant Viasat, Inc. ("Viasat") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are being submitted in support of and as part of Viasat's Response in Opposition to Sandisk's Motion for Partial Summary Judgment and are identified in the chart below. These materials have been designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 90), or contain multiple references to information that Plaintiffs have so designated. Viasat takes no position on whether the materials should be sealed.

| Dkt. No. | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing |
|---|---|---|---|
| Dkt. 248 | Viasat's Response in Opposition to Sandisk's Motion for Partial Summary Judgment | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |
| Dkt. 248-4 / Ex. C | Exhibit C to Viasat's Response in Opposition to Sandisk's Motion for Partial Summary Judgment – Deposition Transcript of David L. Blankenbeckler | [to be identified by Plaintiffs] | [to be supplied by Plaintiffs] |

For the reasons above, Viasat respectfully requests that the materials identified above be filed under seal or redacted.

DATED: July 3, 2025                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ *Patrick D. Curran*
   Patrick D. Curran

*Attorney for Defendant Viasat Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, a copy of the foregoing response, was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: July 3, 2025                By  /s/ *Patrick D. Curran*
                                       Patrick D. Curran