L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF LILLIAN J. MAO IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION FOR LEAVE TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 21, 2025<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Lillian J. Mao, declare as follows:

1. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP. I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat"). I have personal knowledge of the matters discussed herein.

2. I make this declaration in support of Sandisk's Opposition To Viasat's Motion For Leave To File A Second Motion For Summary Judgment.

3. On February 23, 2023, Plaintiffs served on Viasat their infringement contentions and accompanying document production pursuant to Patent L.R. 3-1 and 3-2. As part of that document production, Plaintiffs produced the agreements showing how the then-named plaintiffs owned the rights in the asserted patents, as required by Patent L.R. 3-2(d) ("All documents evidencing ownership of the patent rights by the party asserting patent infringement").

4. Attached hereto as **Exhibit A** is a true and correct excerpt of Plaintiffs' Responses and Objections to Viasat's First Set of Interrogatories (Nos. 1-13), served on January 17, 2024.

5. Attached hereto as **Exhibit B** is a true and correct excerpt of a letter from Viasat's counsel, dated February 4, 2025.

6. The parties had been engaged in discussions about the possibility of dropping SDT LLC from this case when Viasat unexpectedly and belatedly filed its motion for leave to file a second summary judgment on standing.

/ / /

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of July 2025 in Palo Alto, California.

                                                /s/ Lillian J. Mao
                                                Lillian J. Mao

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

                                        By: /s/ L. Kieran Kieckhefer