L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>VIASAT, INC.,<br><br>                    Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF LILLIAN J. MAO IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT ON STANDING**<br><br>Date:   August 21, 2025<br>Time:   2:00 p.m.<br>Dept.:  Courtroom 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

I, Lillian J. Mao, declare as follows:

1. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP. I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat"). I have personal knowledge of the matters discussed herein.

2. I make this declaration in support of Sandisk's Opposition To Viasat's Motion For Summary Judgment On Standing.

3. Attached hereto as **Exhibit 1** is a true and correct excerpt of a document titled "Research & Development Services Agreement Between WDT and WDI," dated June 30, 2007, and produced in this case with starting Bates number WD-Viasat-NDCA00002673.

4. Attached hereto as **Exhibit 2** is a true and correct excerpt of a document titled "Assignment Agreement," dated June 22, 2018, and produced in this case with starting Bates number WD-Viasat-NDCA00002668.

5. Attached hereto as **Exhibit 3** is a true and correct excerpt of a document titled "Intellectual Property Legal Title Transfer Agreement," dated December 27, 2024, which was publicly filed with the U.S. Patent & Trademark Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of July 2025 in Palo Alto, California.

/s/ Lillian J. Mao
Lillian J. Mao

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

By: /s/ L. Kieran Kieckhefer