L. Kieran Kieckhefer (SBN 251978)
Brian M. Buroker (*pro hac vice*)
Robert A. Vincent (*pro hac vice*)
Lillian J. Mao (SBN 267410)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF JENNIFER BECKER BEARD IN SUPPORT OF SANDISK'S MOTION TO SEAL**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

I, Jennifer Becker Beard, hereby declare that:

1. I am Associate General Counsel and Head of Litigation for Sandisk. My responsibilities include, among other things, management of all commercial litigation for Sandisk. I was admitted to the State Bar of California in 2012 and remain an active member for the bar. I was previously an Associate General Counsel at Sandisk's predecessor, Western Digital. I joined Western Digital in August 2023. In February 2025, Western Digital spun out its flash memory business into a separate company, Sandisk. I joined Sandisk as a result of the spin out. I am over 18 years old, and I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness.

2. I make this declaration in support of Plaintiffs' Opposition to Viasat's Motion for Summary Judgement on Standing (Dkt. 222) to establish that unredacted versions of certain exhibits to Plaintiffs' Opposition contain confidential information and are subject to sealing by this Court.

3. The first exhibit is a Research & Development Services Agreement between Western Digital Ireland Ltd. ("WDI") and Western Digital Technologies, Inc. ("WDT"). The second exhibit is an Assignment Agreement between WDI and SanDisk 3D IP Holdings Ltd. These agreements, and excerpts of those agreements, are confidential to both Sandisk and its predecessor Western Digital as they reveal confidential allocations of R&D services to be performed by the various corporate entities in the Western Digital family, which is not public information. If this confidential information were disclosed, competitive harm could result for Sandisk. For example, access to this information would enable Sandisk's and Western Digital's competitors to gain insights into their business model and strategy for allocating services between various corporate entities in the corporate family.

4. The confidential information in the exhibits that SanDisk seeks to seal comprise excerpts, and discussions of counsel, of highly confidential agreements relating to the Plaintiffs'

patents. In particular, the excerpted language reveals contractual terms relating to the R&D services discussed therein, which is not public information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of July 2025 in Denver, Colorado.

By: */s/ Jennifer Becker Beard*
Jennifer Becker Beard

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

By: */s/ L. Kieran Kieckhefer*