UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING SANDISK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 253]** |

The Court, having considered Sandisk's Administrative Motion to File Under Seal [Dkt. 253], the Beard Declaration in Support [Dkt. 253-1], and the previously filed Stockton Declaration [Dkt. 37-1], the Court finds good cause to seal the unredacted versions of: Sandisk's Opposition to Viasat's Motion for Summary Judgement of No Standing (Dkt. 252) and Exhibits 1 and 2 thereto from public access, and thus the Court hereby GRANTS Plaintiffs' Motions and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. Sealed (Public) | Document | Portions Sought to Be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 253-3 (Dkt. 252) | Sandisk's Opposition to Viasat's Motion for Summary Judgement on Standing | Page 8, lines 11-14 | Beard Decl., ¶¶ 3-4; Stockton Decl., ¶¶ 3-7. | |
| Dkt. 253-4 | Ex. 1 to Mao Declaration – Excerpt of Research & Development Services Agreement between Western Digital Ireland Ltd. ("WDI") and Western Digital | Entire exhibit | Beard Decl., ¶¶ 3-4; Stockton Decl., ¶¶ 3-7. | |

| | | | | |
|---|---|---|---|---|
| | Technologies, Inc. ("WDT") | | | |
| Dkt. 253-5 | Ex. 2 to Mao Declaration – Excerpt of Assignment Agreement between WDI and SanDisk 3D IP Holdings Ltd. | Entire exhibit | Beard Decl., ¶¶ 3-4; Stockton Decl., ¶¶ 3-7. | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.