L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC,<br><br>　　　　Defendants | Case No. 4:22-CV-4376-HSG-PHK<br><br>**SANDISK'S NOTICE OF ERRATA RE: DKTS. 252 AND 253-2**<br><br>Date:　　August 21, 2025<br>Time:　　2:00 p.m.<br>Dept.:　　Courtroom 2, 4th Floor<br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

Plaintiffs respectfully submit this Notice of Errata regarding Sandisk's Opposition to Viasat's Motion for Summary Judgment on Standing ("Opposition") (Dkts. 252, 253-2).

The two references to "SD3D" in the right-hand column of the table on page 3, lines 16-25, should be replaced with "SDSM."

The reference to "SDSM" on page 9, line 5, should be replaced with "SD3D."

Plaintiffs are filing herewith a corrected version of the Opposition that corrects these typographical errors. Plaintiffs are also withdrawing their request to seal portions of the Opposition (Dkt. 253), so the corrected Opposition is being filed without redactions.

Dated: July 10, 2025                                  GIBSON, DUNN & CRUTCHER LLP

                                                      */s/ L. Kieran Kieckhefer*
                                                      L. Kieran Kieckhefer

                                                      *Counsel for Plaintiffs*