1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VIASAT, INC.,<br><br>　　　　Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING SANDISK'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 256]** |

The Court, having considered Sandisk's Amended Administrative Motion to File Under Seal [Dkt. 256], the Beard Declaration in Support [Dkt. 253-1], and the previously filed Stockton Declaration [Dkt. 37-1], the Court finds good cause to seal the unredacted versions of: Exhibits 1 and 2 to the Mao Declaration filed in support of Sandisk's Opposition to Viasat's Motion for Summary Judgment on Standing from public access, and thus the Court hereby GRANTS Plaintiffs' Motions and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. Sealed (Public) | Document | Portions Sought to Be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 253-4, 256-2 (Dkt. 256-3) | Ex. 1 to Mao Declaration – Excerpt of Research & Development Services Agreement between Western Digital Ireland Ltd. ("WDI") and Western Digital Technologies, Inc. ("WDT") | Portions marked by red boxes on pages 1, 2, and 4-6 | Beard Decl., ¶¶ 3-4; Stockton Decl., ¶¶ 3-7. | |
| Dkt. 253-5, 256-4 (Dkt. 256-5) | Ex. 2 to Mao Declaration – Excerpt of Assignment | Portions marked by red boxes in Schedule 1 | Beard Decl., ¶¶ 3-4; Stockton Decl., ¶¶ 3-7. | |

| | Agreement between WDI and SanDisk 3D IP Holdings Ltd. | | | |
|---|---|---|---|---|

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.