# EXHIBIT 2

# REDACTED VERSION

DocuSign Envelope ID: 1DE3C5FF-FCEA-4CD6-A63E-C548F5D47246

## ASSIGNMENT AGREEMENT

THIS ASSIGNMENT AGREEMENT ("Assignment") is made and entered into effective as of 9:15 a.m. PDT June 22, 2018 (the "Effective Time"), by and between:

**Western Digital Ireland, Ltd.**, an exempted company incorporated with limited liability and existing under the laws of the Cayman Islands ("Assignor"), and

**SanDisk 3D IP Holdings Ltd.**, an exempted company incorporated with limited liability and existing under the laws of the Cayman Islands ("Assignee").

(Assignor and Assignee are collectively referred to as the "Parties" and individually referred to as a "Party").

## RECITALS

A.      The Parties are members of a network of affiliated companies (the "Western Digital Group") whose ultimate parent company is Western Digital Corporation ("WDC"), a Delaware corporation, and which are engaged in the business of designing, developing, manufacturing, distributing, and selling data storage devices and solutions.

B.      WDC has determined that it is advisable and in the best interests of the Western Digital Group to effect an internal, legal restructuring involving certain of its affiliates, including, without limitation, Assignor and Assignee (the "Restructuring").

C.      Assignor has entered into certain research and development service agreements and technology license agreements with certain other members of the Western Digital Group (collectively, "Counterparties") listed in Schedule 1 attached hereto, including any and all amendments ("Agreements").

D.      In furtherance of the Restructuring, Assignor desires to assign and transfer its rights, and delegate the performance of its obligations, under the Agreements to Assignee, and Assignee desires to accept such assignment of rights and delegation of obligations, under the terms and pursuant to the conditions set forth in this Assignment.

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and agreements set forth below, and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Parties hereby agree as follows:

## SECTION 1
## ASSIGNMENT, DELEGATION AND ASSUMPTION

1.1     Assignment, Delegation and Assumption.    Assignor hereby assigns, transfers and conveys to Assignee, and Assignee hereby receives and accepts from Assignor, all of Assignor's rights, benefit and interest in, to and under the Agreements.  Assignor hereby delegates the performance of all of its duties under the Agreements to Assignee, and Assignee hereby accepts such delegation.  Without limiting the generality of the foregoing, Assignee hereby agrees to assume, to the extent permitted by applicable law, all liabilities in relation to the Agreements and to perform, satisfy and discharge any such liabilities in accordance with their respective terms.

IN WITNESS WHEREOF, the Parties have caused this Assignment to be executed by their duly authorized representatives effective as of the Effective Time.

**WESTERN DIGITAL IRELAND, LTD.**

By: _____

Name:    Michael C. Ray

Title:    Director

Date:    June 22, 2018

**SANDISK 3D IP HOLDINGS LTD.**

By: _____

Name:    Hector Fernandez

Title:    Director

Date:    June 22, 2018

*(Signature page to WDI Assignment Agreement)*

783638

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Schedule 1

## Agreements

Agreements between Western Digital Ireland, Ltd. and Counterparties

| Agreement Name | Effective Date | Counterparty Name |
|---|---|---|
|  |  |  |
| Research and Development Services Agreement | effective as of June 30, 2007 | Western Digital Technologies, Inc. |
|  |  |  |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY