# Exhibit 19

HIGHLY CONFIDENTIAL

FILED UNDER SEAL





# ViaSat Wireless IFE Content Security Whitepaper

Doc: 020_030_113_003
Rev: C

Distribution:
**STRICTLY CONFIDENTIAL**

This document is uncontrolled if printed

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000618

## DOCUMENT CONTROL

| REV | NOTES | AUTHOR | REVIEWER | APPROVER | DATE |
|---|---|---|---|---|---|
| A | INITIAL RELEASE | F. MURRAY | N/A | F. MURRAY | 11 DEC 2013 |
| B | UPDATED VERSION | D. CONNOLLY | M. REILLY | D. CONNOLLY | 13 DEC 2015 |
| C | [REDACTED] | M. REILLY<br>F. HUGHES | F. HUGHES<br>J. SLATER<br>J. ANDERSON<br>C. DEMANGE<br>D. NEWMAN | M. REILLY | 27 MAR 2017 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## CONTACT

CORPORATE HQ | 6155 EL CAMINO REAL, CARLSBAD CA 92009, USA | +1 760 476 2200

W-IFE | LOFT 44, SOUTH CUMBERLAND STREET, DUBLIN 2, IRELAND | +353 1611 4625

WWW.VIASAT.COM/AIRLINES         |         INSIDESALES@VIASAT.COM

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000619

## TABLE OF CONTENTS

1  INTRODUCTION .................................................................................................................... 3
   1.1  ABOUT ARCONICS, A VIASAT COMPANY ................................................................................... 3
   1.2  PURPOSE .................................................................................................................................. 3
   1.3  FUNCTIONAL SUMMARY ............................................................................................................ 3

2  OVERALL SECURITY FRAMEWORK ........................................................................................ 4
   2.1  MANAGEMENT SYSTEM ............................................................................................................ 4
   2.2  PHYSICAL SECURITY .................................................................................................................. 4
   2.3  DIGITAL SECURITY .................................................................................................................... 5

3  CONTENT LIFECYCLE ............................................................................................................. 5

4  SECURITY CONSIDERATIONS FOR VIASAT WIRELESS IFE .................................................... 6

5  SECURITY POLICY ON INTERNAL COMPANY NETWORKS .................................................... 8

6  NON-DRM ENCRYPTION ....................................................................................................... 9

7  VUALTO DRM SYSTEM ........................................................................................................ 10

8  DISTRIBUTION ..................................................................................................................... 11
   8.1  ONBOARD NETWORK .............................................................................................................. 11
   8.2  SUPPORTED DEVICES .............................................................................................................. 11
   8.3  SUPPORTED FORMATS ............................................................................................................ 11

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000620

# 1 INTRODUCTION

## 1.1 ABOUT ARCONICS, A VIASAT COMPANY

Arconics, a ViaSat Company ('The Company') makes software for airlines. The company's software is deployed globally, providing Wireless Inflight Entertainment ('W-IFE') to passengers and critical operational information to ground and flight operations on desktop, mobile and Electronic Flight Bags ('EFB'). Customers include ▉▉▉▉▉▉▉▉▉▉▉▉. The company was founded privately in 2001 and was acquired by ViaSat, Inc. in 2016. ViaSat Inc. ('ViaSat')'s airline customers include ▉▉▉▉▉▉▉▉▉▉▉▉.

## 1.2 PURPOSE

ViaSat Wireless IFE, or ViaSat W-IFE (formerly known as CloudStore), is a streaming Inflight Entertainment system designed to work with passenger owned and airline-issued mobile devices. This document provides an overview of the architecture and security properties and how the system distributes and protects content.

## 1.3 FUNCTIONAL SUMMARY



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY    VIASAT_00000621

## 2 OVERALL SECURITY FRAMEWORK



### 2.1 MANAGEMENT SYSTEM

The Company has a 16-year track record managing critical data for airlines and helping them meet their regulatory obligations. The company has appropriate executive oversight and has in place the frameworks, policies, procedures and operational processes to conform to MPAA best practices. The company has the required agreements and policies in place with all staff and we adhere to best practices in vendor management. We chose our partners for the W-IFE product in large because of the degree to which they met MPAA best practices.

### 2.2 PHYSICAL SECURITY



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000622



## 2.3 DIGITAL SECURITY

The company's approach to digital security, including infrastructure, content management, content transfer, and DRM is detailed in this white paper.

## 3 CONTENT LIFECYCLE

The following diagram illustrates flow of content in ViaSat Wireless IFE:



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000623



## 4 SECURITY CONSIDERATIONS FOR VIASAT WIRELESS IFE



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000624



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY        VIASAT_00000625



8 | Page   020_030_113_003 rev C   © Arconics, a ViaSat Company 2017

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000626



9 | Page   020_030_113_003 rev C   © Arconics, a ViaSat Company 2017

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

VIASAT_00000627



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY    VIASAT_00000628



- [END DOCUMENT]

11 | P a g e        020_030_113_003 rev C        © Arconics, a ViaSat Company 2017

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

VIASAT_00000629