**Exhibit 21**

HIGHLY CONFIDENTIAL

FILED UNDER SEAL

# AeroDocs Security White Paper

Protecting Customer Data on AeroDocs

CONFIDENTIAL

**February 2015**

arconics

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

## TABLE OF CONTENTS

1   INTRODUCTION..............................................................................................................................2

2   DATA ASSET MANAGEMENT ........................................................................................................2

2.1     INFORMATION ACCESS CONTROLS..........................................................................................2
2.2     AUTHENTICATION CONTROLS .................................................................................................3
2.3     USER RIGHTS ........................................................................................................................3
   2.3.1     Summary of Arconics Internal Access Control Policies.................................................4
2.4     AUDIT ..................................................................................................................................4
2.5     PERSONNEL SECURITY............................................................................................................4

3   DATA SECURITY..............................................................................................................................5

3.1     PRIVACY................................................................................................................................5
3.2     AIRLINE CONTENT ..................................................................................................................5
3.3     DRM-PROTECTED CONTENT ...................................................................................................5

4   IPAD SECURITY................................................................................................................................5

4.1     SECURITY OVERVIEW ..............................................................................................................5
   ███     ████████ .................................................................... ██
   ███     ████████ .  ............................................................................. ██
   ███     ████████ ........................................................................... ██
   ███     ████████████ .................................................... ██
   ███     ████████████ . ....................................................... ██
   ██████████████ .  .................................................................. ██
4.2     CONTENT PROTECTION ...........................................................................................................7
   4.2.1     ████████████ ........................................................ ██
   4.2.2     Content Expiry.................................................................................................8
   4.2.1     Breach Response.............................................................................................8
4.3     ATTACKS AGAINST IOS MOBILE APPS .......................................................................................8
   4.3.1     Bluetooth ......................................................................................................8
   4.3.2     Wi-Fi............................................................................................................8
   4.3.3     USB Sync Cable .............................................................................................8
4.4     MOBILE DEVICE DISTRIBUTION, TRACKING AND CONTROL ..........................................................9

5   INFRASTRUCTURE SECURITY ......................................................................................................9

5.1     PHYSICAL SECURITY ...............................................................................................................9
   5.1.1     Hosting..........................................................................................................9
   5.1.2     Physical Access...............................................................................................9
5.2     RELIABILITY AND BACKUPS....................................................................................................10
5.3     MALWARE PREVENTION.........................................................................................................10
5.4     MONITORING .......................................................................................................................10
5.5     INCIDENT MANAGEMENT.......................................................................................................10
5.6     NETWORK SECURITY..............................................................................................................10
5.7     TRANSPORT LAYER SECURITY .................................................................................................11
5.8     OPERATING SYSTEM SECURITY ...............................................................................................11
5.9     SYSTEMS DEVELOPMENT, TESTING AND MAINTENANCE .............................................................12

6   SUMMARY ......................................................................................................................................12

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006154

## 1    INTRODUCTION

Arconics has a track record managing critical information for airlines, and helping them meet their regulatory obligation since 2001. The company has appropriate executive oversight, and has in place the frameworks, policies, procedures, and operational processes to conform to best practices.

Arconics have the required agreements and policies in place with our staff, and we adhere to the best practices in vendor management. These policies cover a wide array of security related topics ranging from general policies that every employee must comply with such as account, data, and physical security, along with more specialized policies covering internal applications and systems that employees are required to follow.

These security policies are periodically reviewed and updated. Employees are also required to receive regular security training on security topics such as the safe use of the Internet, working from remote locations safely, and how to label and handle sensitive data.

## 2    DATA ASSET MANAGEMENT

Arconics' data assets - comprising customer assets as well as corporate data assets - are managed under security policies and procedures. In addition to specific controls on how data is handled, all Arconics personnel handling data assets are also required to comply with the procedures and guidelines defined by the security policies.



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                    VIASAT_00006155



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006156



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006157



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006158



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                    VIASAT_00006159



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006160



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006161



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006162



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006163



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_J0__164



## 6    SUMMARY

As described above, Arconics employs a multi-layered security strategy consisting of the technology and policies and procedures illustrated in this paper to support a platform that is used by airlines worldwide to safely create, process, distribute, and track their most critical operational information and meet their regulatory compliance goals.

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00006165