# Exhibit 26



# StreamOn
## Technical Overview
February 23rd, 2022



VIASAT PROPRIETARY

VIASAT_00008420

# StreamOn dramatically improves video consumption

## Faster startup times and fewer rebuffers with fewer bits



VIASAT_00008421

# SVTA enables standardized cooperative approach

- Streaming Video Technical Alliance (SVTA) dedicated to solving the critical challenges facing online video

- Open caching is the most active working group

- Specifications for how Content Providers can delegate delivery
  - to trusted components within the ISP network

- Over 100 brands including major studios, CDNs, and OTTs



VIASAT_00008422

# StreamOn leverages interoperability to optimize delivery
## Multiplies Viasat's best-in-class performance



VIASAT_00008423

# Logical diagram



VIASAT_00008424