**Exhibit 24**

HIGHLY CONFIDENTIAL

FILED UNDER SEAL





# Viasat Wireless IFE
# Content Security Whitepaper
**Doc: 020_030_113_003**
**Rev: D**

Distribution:
STRICTLY CONFIDENTIAL

This document is uncontrolled if printed

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

**DOCUMENT CONTROL**

| REV | NOTES | AUTHOR | REVIEWER | APPROVER | DATE |
|---|---|---|---|---|---|
| A | INITIAL RELEASE | F. MURRAY | N/A | F. MURRAY | 11 DEC 2013 |
| B | UPDATED VERSION | D. CONNOLLY | M. REILLY | D. CONNOLLY | 13 DEC 2015 |
| C | ███████████ ███████████ ███████████ ██████ | M. REILLY F. HUGHES | F. HUGHES J. SLATER J. ANDERSON C. DEMANGE D. NEWMAN | M. REILLY | 27 MAR 2017 |
| D | UPDATED VERSION | | F. HUGHES J. SLATER J. ANDERSON C. DEMANGE T. LEWIS N. ALIBEGOVIC J. HUSTON J. DATO J. SOPHINOS J. GERK L. STROPE A. THUSU M. REILLY | T. LEWIS | 15 MAR 2018 |

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY          VIASAT_00014555

## CONTACT

CORPORATE HQ | 6155 EL CAMINO REAL, CARLSBAD CA 92009, USA | +1 760 476 2200

WWW.VIASAT.COM/AIRLINES                |              INSIDESALES@VIASAT.COM

## TABLE OF CONTENTS

CONTACT ....................................................................................................................................... 2

CORPORATE HQ | 6155 EL CAMINO REAL, CARLSBAD CA 92009, USA | +1 760 476 2200........................................... 2
WWW.VIASAT.COM/AIRLINES    |    INSIDESALES@VIASAT.COM............................................................................. 2

1    INTRODUCTION ..................................................................................................................... 3

1.1    ABOUT VIASAT COMPANY .............................................................................................................. 3
1.2    PURPOSE ..................................................................................................................................... 3
1.3    FUNCTIONAL SUMMARY ................................................................................................................. 3

2    OVERALL SECURITY FRAMEWORK ........................................................................................ 4

2.1    SECURITY .................................................................................................................................... 5

THE COMPANY'S APPROACH TO DIGITAL SECURITY, INCLUDING INFRASTRUCTURE, CONTENT
MANAGEMENT, CONTENT TRANSFER, AND DRM IS DETAILED IN THIS WHITE PAPER.ERROR! BOOKMARK NOT
DEFINED.

3    CONTENT LIFECYCLE ............................................................................................................. 5

4    SECURITY CONSIDERATIONS FOR VIASAT WIRELESS IFE ........................................................ 7



5    CONTENT SECURITY................................................................................................................ 8

5.1    CONTROLLING ACCESS TO THE CONTENT NETWORK........................................................................... 9
5.2    SERVER MANAGEMENT ................................................................................................................. 9
5.3    ACCESS CONTROL......................................................................................................................... 9

6    NON-DRM ENCRYPTION ...................................................................................................... 10

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                                              VIASAT_00014556

7    **VUALTO DRM SYSTEM** ................................................................................................................. 10

8    **DISTRIBUTION** ............................................................................................................................. 12

8.1    ONBOARD NETWORK .................................................................................................................. 12
8.2    SUPPORTED DEVICES ................................................................................................................... 12
8.3    SUPPORTED FORMATS ................................................................................................................. 12

9    **STUDIO APPROVAL CHECKLIST** ................................................................................................. 13

## 1    INTRODUCTION

### 1.1    ABOUT VIASAT COMPANY

Viasat ('The Company') is a satellite service provider that provides in-flight connectivity services and makes aviation software for airlines. The company's software is deployed globally, providing Wireless Inflight Entertainment ('W-IFE') to passengers and critical operational information to ground and flight operations on desktop, mobile and Electronic Flight Bags ('EFB'). Viasat's connectivity customers include

Airline customers who purchase Viasat's software products while taking advantage of the connectivity service include

Viasat was founded in 1986 and is a publicly traded company. In 2016 Viasat acquired Arconics, a Dublin, Ireland based company, whose Cloudstore Wireless IFE software is the core of Viasat's Wireless IFE solution.

### 1.2    PURPOSE

Viasat Wireless IFE, or Viasat W-IFE, is a streaming Inflight Entertainment system designed to work with passenger-owned and airline-issued mobile devices. This document provides an overview of the architecture and security properties and how the system distributes and protects content.



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY              VIASAT_00014557



## 2    OVERALL SECURITY FRAMEWORK

The Motion Picture Association of America (MPAA) has established a set of best practices for securely storing, processing and delivering protected media and content (at https://www.mpaa.org/what-we-do/advancing-creativity/additional-resources/).

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                                VIASAT_00014558



## 2.1    SECURITY



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY

VIASAT_00014559

The company's approach to digital security, including infrastructure, content management, content transfer, and DRM is detailed in this white paper.

| 3 | **CONTENT LIFECYCLE** |

The following diagram illustrates flow of content within the Viasat Wireless IFE product:



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**                                                    **VIASAT_00014560**



## 4    SECURITY CONSIDERATIONS FOR ViASAT WIRELESS IFE

This section describes security controls that are built into our system to ensure content protection against loss or unauthorized use.



**HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY**                                                                            **VIASAT_00014561**



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                          VIASAT_00014562



020_030_113_003_Rev D                    Viasat

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                              VIASAT_00014563



020_030_113_003_Rev D                                    Viasat

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                                    VIASAT_00014564



HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                            VIASAT_00014565



020_030_113_003_Rev D                                    Viasat

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                                                VIASAT_00014566

## 9    STUDIO APPROVAL CHECKLIST

(TO BE COMPLETED AND VERIFIED UPON STUDIO APPROVAL)

**Studio Name:** _____

| Security / Functional Area | Studio Approval | |
|---|---|---|
| | **Approved** | **Not Approved** |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████████ | | |
| ███████████████ | | |
| ███████████ | | |
| ██████ | | |
| ███████████████ | | |
| ███████ | | |
| ████████████████ | | |
| ████████████ | | |
| ██████████ | | |
| ██████████ | | |
| ████████████ | | |

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                                              VIASAT_00014567

| | | |
|---|---|---|
| ████████ | | |
| ██████████ | | |
| █████████ | | |

HIGHLY CONFIDENTIAL - ATTORNEY
EYES ONLY                                    VIASAT_00014568