# Exhibit 29

HIGHLY CONFIDENTIAL

FILED UNDER SEAL

Pages / ... / Disney Organization

# Disney Request ███████ (ESPN Method)

Created by Stock, Matt, last modified on Nov 13, 2023

## Overview

Disney would like to implement ███████████████████. Disney has several legacy variations of ████████ they are deploying, and it appears that the new URLs may include ████ for potentially two methods at a time. We only need to "support" one.

As discussing in the previous iteration of the Disney plan, we will phase the implementation of ██████ starting with ████████ ███████████, and potentially extending to ████████████ at some future time. See Disney Request ████████ (CAT Method) for additional context.

## ████ Handling

The logic around ████████████ is all around the first path element. The ████████████ (if present) should be omitted from all ████████████████████████████████████████ operations, but be preserved as part of ████████████████.

## Deployment

### Initial Phase - Ignore ██████ Allow all Requests

When ██████ are not being enforced, we need to allow both ████████████████████████████████████████:

| Prefix | Action |
|---|---|
| ██ | Passthrough - no change |
| ██ | Passthrough - no change |
| * | Ignore ████████████ |

### Phase 6 - Require and validate ██████

| Prefix | Action |
|---|---|
| ██ | Passthrough - no change |
| ████████████ | Ignore ████████████, omit string (similar to bypass) |
| * | Interpret as ██████ validation described below |

Given our somewhat complex manifest workflow, there are several cases to consider about where and when to do the ████ operations.

| Service | Validate? | Comments |
|---|---|---|
| ████████ | yes | The ████████ should be preserved for all ████████████████████████████████████████ ██████████████████████████ |

|  |  |  |
|---|---|---|
| ▮▮ | no | Ignore ▮▮▮▮ t, same as phase 1. |
| ▮▮ | yes | The simplest of the bunch. Validate the ▮▮▮▮ s. |
| ▮▮ | NA |  |
| ▮▮ | NA |  |
| ▮▮ | NA | Logs should include the ▮▮▮▮ |

# Claims

The "claims" that are expected to be tested within the ▮▮ are:

| Field | Description | Required | Comment |
|---|---|---|---|
| ▮ | ▮▮▮▮ | ▮ |  |
| ▮ | ▮▮▮▮ | yes | We need to take ▮▮▮▮ into account when computing the ▮▮▮▮ |
| ▮ | ▮▮▮▮ | no | From ▮▮▮▮ |
| ▮ | ▮▮▮▮ | no | From ▮▮▮▮ |
| ▮ | ▮▮▮▮ | no | From ▮▮▮▮ |
| ▮ | ▮▮▮▮ | yes | Allows for ▮▮▮▮ s. Backend should support at least ▮▮▮▮ for that purpose |
| ▮ | ▮▮▮▮ | yes | Composition of value is based on ▮▮▮▮ below |

# Unit Tests

Disney is using a set of unit tests to help valid proper ▮▮ enforcement. They will all contain the ▮▮▮▮ t: ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮

The tests are described in:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## References

The following documents were provided on 7/31/23 from Disney.

No labels

IT Service Desk: 760.476.2345