# Exhibit 30

HIGHLY CONFIDENTIAL

FILED UNDER SEAL

Disney Entertainment & ESPN | TECHNOLOGY

Draft | In-Review | Approved

# Introducing ███████ in Disney+ VOD - CDN Guidance for Rollout

Page 1 of 6

Confidential - The information in this document is provided as best-effort and may be revised.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIASAT_00017825

## Version History

| Version | Date | Change |
|---|---|---|
| 0.1 | May 10th, 2023 | 1. First version of document. Define the 5 phases of rollout. |
| 0.2 | July 27th, 2023 | 1. Removed references to CAT<br>2. Removed D+ live from scope<br>3. Included rollout phase for ▮▮▮▮▮<br>4. Added timelines for the rollout phases |

*Confidential – The information in this document is provided as best-effort and may be revised.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIASAT_00017826

Disney Entertainment & ESPN | TECHNOLOGY

Draft | In-Review | **Approved**

## Introduction

D+ VOD will be introducing a concept of ███████████████████████████████ ████████████. This is a very disruptive change to not just CDNs but the different systems within Disney that create and consume the ███.

This is a guidance document to define the rollout and rollback of ████████████████.

## Goal

1. Communicate early the plans to introduce D+  and solicit feedback from CDN partners.
2. Iteratively deliver the planned phases.

## Functionality Scope

- ████████
- ████████████████████████

## Rollout Phases

Proposed below are the phases to introduce ████████████ in D+ VOD.

### Phase Rollout Timeline

| Phase number | Expected Timeline |
|---|---|
| Phase 1 | ████████████ |
| Phase 2 | ████████████ |
| Phase 3 | ████████████ |
| Phase 4 | ██ |
| Phase 5 | ████████████ |
| Phase 6 | ████████████ |

* timelines may be impacted due to Disney earnings call moratorium

Confidential – The information in this document is provided as best-effort and may be revised.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIASAT_00017827

Draft | In-Review | Approved

## Phase 1 - Update CDNs to expect ▇▇▇▇

Objective: Get CDNs to accept the ▇▇▇▇

1. CDN delivery config will be updated to start looking for a ▇▇ in all client requests.
   a. Presence of ▇▇ in the request is OPTIONAL.
2. When a ▇▇▇▇▇▇ it must be discarded.
   a. ▇▇▇▇ be verified at the CDN.
   b. Response to player must _NOT_ be dependent upon presence/absence of ▇▇.
3. When a ▇▇▇▇▇▇ continue as today.
4. Start including the ▇▇ in the log lines
5. Everything else within the CDN must function the same way, notably, ▇▇▇▇▇▇▇▇▇▇

### Phase exit checks

1. CDN behavior must not change, other than ▇▇▇▇▇▇
2. Easy way to toggle ▇▇▇▇▇▇.

### Actionable Components

- ▇▇

## Phase 2 - Create ▇▇▇▇

Objective: Introduce ▇▇ and assess how its presence impacts downstream systems.

Disney Streaming will modify the ▇▇▇▇▇▇▇▇. It is not intended to be verified by the CDNs at this stage.

### Phase exit checks

1. CDN behavior must not change, other than ▇▇▇▇▇▇
2. Systems consuming CDN logs are able to function as before.

### Actionable Components

- ▇▇▇▇▇▇

Confidential - The information in this document is provided as best-effort and may be revised.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIASAT_00017828

Draft | In-Review | **Approved**

## Phase 3 - Bypass ▮▮▮▮ at CDN

Objective: ensure that all bypass scenarios are exercised at the CDN layer

▮▮▮▮▮▮▮▮ requests are the 3 bypass scenarios and the CDN should support these in this phase.

### Phase exit checks
1. Appropriate log entry showing the reason for ▮▮▮ bypass
2. Accept ▮▮▮▮▮▮▮▮▮▮▮▮▮

### Actionable Component
- ▮▮▮

## Phase 4 - ▮▮▮▮▮▮▮▮▮▮

Objective: Pass ▮▮▮▮▮▮ to ensure that CDN will ignore ▮▮▮▮

### Phase exit checks
1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2. Appropriate log entry for ▮▮▮ bypass due to authenticated ▮▮▮ request

### Actionable Component
1. ▮▮▮

## Phase 5 - Verify ▮▮▮ at CDNs

Objective: Allow for a full integration across ▮▮▮▮▮▮ and verification.

1. CDN will start to verify the ▮▮▮ for correctness.
2. Result of verification must _NOT_ change the responses to the player. I.e. do _NOT_ issue a HTTP 403 if ▮▮▮ verification failed.
3. Log result of ▮▮▮ verification to log lines.

### Phase exit checks
1. 100% of ▮▮▮▮▮▮▮▮▮▮▮▮▮
2. Verify the ▮▮▮▮▮▮▮▮▮▮.
3. Add and verify CDN specific ▮▮▮▮▮ to bypass the ▮▮▮
4. % of ▮▮▮ verification failures at the CDN must be within a TBD threshold.
5. Systems consuming CDN logs are able to consume ▮▮▮▮▮▮▮
6. Analyze metrics on CDN processing of ▮▮▮
    a. Response times (TTFB, TTLB)

*Confidential – The information in this document is provided as best-effort and may be revised.*

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

VIASAT_00017829

Draft | In-Review | Approved

      b. Etc.
7. Easy way to toggle ON/OFF at CDN:
      a. Logging of ▮
      b. Verify ▮

## Actionable Components

- ▮

## Phase 6 - Enforce ▮ based access at CDNs

Objective: ▮ are enforced where appropriate, including ▮

▮ will be verified and for invalid ▮ CDNs will issue a HTTP 403.

### Phase exit checks

1. Ratio of invalid ▮ to HTTP 403 issued is 1:1.
2. Easy way to toggle ON/OFF at CDN:
      a. Enforcing ▮ verification in responses to the client.

Confidential – The information in this document is provided as best-effort and may be revised.

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

VIASAT_00017830