# Exhibit 31



# Live TV Overview



VIASAT_00055833

# The Gigcasters Team

**George Averill**
Software Engineering Lead

**Andrew Koestel**
Software Engineer & Operations

**Tyler Hester**
Software Engineer

**Armando Benavides**
Software Engineer

**Isaac Hartung**
Software Engineer

**Daniel Brezavar**
Software Engineer & InfoSec

**Luna Flores**
System Operations & InfoSec

**Casey Charvet**
Team Lead

**Sita (Sangeetha) Sasi**
Technical Product Owner

**Elaine Munnelly**
Media Product Owner

Viasat

Classification goes here    2

VIASAT_00055834



VIASAT_00055835

# Ground Segment




VIASAT_00055836

## Satellite Segment



VIASAT_00055837



VIASAT_00055838