1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9

10

SANDISK TECHNOLOGIES, INC., et al.,

CASE NO. 4:22-cv-04376-HSG

11

Plaintiffs,

12

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' ADMINISTRATIVE**
**MOTIONS TO CONSIDER WHETHER**
**ANOTHER PARTY'S MATERIAL**
**SHOULD BE SEALED [DKTS. 241, 243]**

v.

13

VIASAT, INC.,

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having considered Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed [Dkts. 241, 243], Viasat's Statement in Support of Plaintiffs' Motions to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 257], and the Ward Declaration in Support [Dkt. 257-1], the Court finds good cause to seal the unredacted versions of Sandisk's Opposition to Viasat's Motion for Summary Judgment of Noninfringement [Dkt. 241-2], and the Exhibits thereto [Dkts. 241-3 to 241-33], and Sandisk's Reply in Support of Daubert Motion to Exclude Certain Opinions of Gareth Macartney, Ph.D. [Dkt. 243-2] from public access, and thus the Court hereby GRANTS Plaintiffs' Motions and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Original Filing/Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| 241-2 / 257-2 | SD's Opp. to Viasat's Mot. for SJ of Noninfringement | Analysis of Viasat confidential technical information (on portions of PDF pages 7, 9-16, 19-21, 23-26, 28-29) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 241-3 / N/A | Ex. 1 - VIASAT_SC_0000001 | Dkt. 241-3 is a Manual Filing Notification explaining that Exhibit 1 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 1 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 1 be kept under seal. | Ward. Decl. ¶¶ 3-4 | |
| 241-4 / N/A | Ex. 2 - VIASAT_SC_0000076 | Dkt. 241-4 is a Manual Filing Notification explaining that Exhibit 2 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 2 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 2 be kept under seal. | Ward. Decl. ¶¶ 3-4 | |
| 241-5 / N/A | Ex. 3 - VIASAT_SC_0000107 | Dkt. 241-5 is a Manual Filing Notification explaining that Exhibit 3 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary | Ward. Decl. ¶¶ 3-4 | |

| | | | | |
|---|---|---|---|---|
| | | Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 3 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 3 be kept under seal. | | |
| 241-6 / N/A | Ex. 4 - VIASAT_SC_0000115 | Dkt. 241-6 is a Manual Filing Notification explaining that Exhibit 4 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 4 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 4 be kept under seal. | Ward. Decl. ¶¶ 3-4 | |
| 241-7 / N/A | Ex. 6 - VIASAT_SC_0000189 | Dkt. 241-7 is a Manual Filing Notification explaining that Exhibit 6 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 6 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 6 be kept under seal. | Ward. Decl. ¶¶ 3-4 | |
| 241-8 / N/A | Ex. 7 - VIASAT_SC_0000212 | Dkt. 241-8 is a Manual Filing Notification explaining that Exhibit 7 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 7 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 7 be kept under seal. | Ward. Decl. ¶¶ 3-4 | |
| 241-9 / N/A | Ex. 8 - VIASAT_SC_0000249 | Dkt. 241-9 is a Manual Filing Notification explaining that Exhibit 8 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 8 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 8 be kept under seal. | Ward. Decl. ¶¶ 3-4 | |
| 241-10 / N/A | Ex. 9 - VIASAT_SC_0000278 | Dkt. 241-10 is a Manual Filing Notification explaining that Exhibit 9 to Declaration Of | Ward. Decl. ¶¶ 3-4 | |

| | | | |
|---|---|---|---|
| | | Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 9 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 9 be kept under seal. | |
| 241-11 / N/A | Ex. 10 - VIASAT_SC_0000374 | Dkt. 241-11 is a Manual Filing Notification explaining that Exhibit 10 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 10 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 10 be kept under seal. | Ward. Decl. ¶¶ 3-4 |
| 241-12 / N/A | Ex. 11 - VIASAT_SC_0000451 | Dkt. 241-12 is a Manual Filing Notification explaining that Exhibit 11 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 11 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 11 be kept under seal. | Ward. Decl. ¶¶ 3-4 |
| 241-13 / N/A | Ex. 12 - VIASAT_SC_0000487 | Dkt. 241-13 is a Manual Filing Notification explaining that Exhibit 12 to Declaration Of Shuo Zhang In Support Of Plaintiffs' Opposition To Viasat's Motion For Summary Judgment Of Noninfringement is a source code file that was filed pursuant to Section 9(e) of the Protective Order. Dkt. 90. As Exhibit 12 has been designated as "HIGHLY CONFIDENTIAL - SOURCE CODE" by Viasat, and was not filed electronically, Viasat requests that the entirety of Exhibit 12 be kept under seal. | Ward. Decl. ¶¶ 3-4 |
| 241-14 / 257-3 | Ex. 13 - Easttom Op. Rep. | Analysis of Viasat confidential technical and source code-related information (on portions of PDF pages 2-69) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| 241-15 / N/A | Ex. 14 - Hughes Depo. Tr. | Plaintiffs filed as an exhibit an *entire technical transcript (195 pages)*.  Plaintiffs did this despite *only citing to 5 pages (21, 56, 103, 105, and 125)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – | Ward. Decl. ¶¶ 3-4 |

| | | | | | |
|---|---|---|---|---|---|
| | | ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 195-page exhibit despite only citing to 5 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | | | |
| 241-16 / N/A | Ex. 15 - Neri Depo. Tr. | Plaintiffs filed as an exhibit an *entire technical transcript (190 pages)*. Plaintiffs did this despite *only citing to 30 pages (36-37, 47-48, 53-55, 57-59, 64, 70, 72-74, 101, 117-118, 129-132, 156-157, 167-168, 176-178, 181)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 190-page exhibit despite only citing to 30 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 | | |
| 241-17 / N/A | Ex. 16 - Newman Depo. Tr. | Plaintiffs filed as an exhibit an *entire technical transcript (163 pages)*. Plaintiffs did this despite *only citing to 3 pages (81-83)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 163-page exhibit despite only citing to 3 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 | | |
| 241-18 / N/A | Ex. 17 - O'Sullivan Depo. Tr. | Plaintiffs filed as an exhibit an *entire technical transcript (170 pages)*. Plaintiffs did this despite *only citing to 7 pages (47, 61, 109, 110-111, 127, 148)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 170-page exhibit despite only citing to 7 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 | | |
| 241-19 / N/A | Ex. 18 - Slater Depo. Tr. | Plaintiffs filed as an exhibit an *entire technical transcript (178 pages)*. Plaintiffs did this despite *only citing to 5 pages (101-105)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 178-page exhibit despite only citing to 5 pages, Viasat | Ward. Decl. ¶¶ 3-4 | | |

| | | | | |
|---|---|---|---|---|
| | | requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | | |
| 241-20 / 257-4 | Ex. 19 - VIASAT_00000618 | Analysis of Viasat confidential technical information (on portions of PDF pages 3-13) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 241-21 / N/A | Ex. 20 - VIASAT_00005782 | Plaintiffs filed as an exhibit a 360-page internal *technical document*.  Plaintiffs did this despite *only citing to 6 pages (798-801, 819, 821)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90).  Because Plaintiffs have filed a 360-page exhibit despite only citing to 6 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 | |
| 241-22 / 257-5 | Ex. 21 - VIASAT_00006153 | Analysis of Viasat confidential technical information (on portions of PDF pages 3-14) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 241-23 / N/A | Ex. 22 - VIASAT_00006354 | Plaintiffs filed as an exhibit a 23-page internal *technical document*.  Plaintiffs did this despite *only citing to 2 pages (365, 367)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90).  Because Plaintiffs have filed a 23-page exhibit despite only citing to 2 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 | |
| 241-24 / N/A | Ex. 23 - VIASAT_00006471 | Plaintiffs filed as an exhibit a 68-page internal *technical document*.  Plaintiffs did this despite *only citing to 3 pages (499, 513, 526)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90).  Because Plaintiffs have filed a 68-page exhibit despite only citing to 3 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 | |

| | | | |
|---|---|---|---|
| 241-25 / N/A | Ex. 24 - VIASAT_00006779 | Plaintiffs filed as an exhibit a 27-page internal *technical document*. Plaintiffs did this despite *only citing to 3 pages (787, 790-791)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 27-page exhibit despite only citing to 3 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 |
| 241-26 / N/A | Ex. 25 - VIASAT_00007395 | Plaintiffs filed as an exhibit a 35-page internal *technical document*. Plaintiffs did this despite *only citing to 1 page (418)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 35-page exhibit despite only citing to 1 page, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 |
| 241-27 / 257-6 | Ex. 26 - VIASAT_00008420 | Analysis of Viasat confidential technical information (on portions of PDF pages 1-6) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| 241-28 / N/A | Ex. 27 - VIASAT_00008738 | Plaintiffs filed as an exhibit a 173-page internal *technical document*. Plaintiffs did this despite *only citing to 8 pages (745-746, 766-767, 772, 775, 803, 846)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 173-page exhibit despite only citing to 8 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 |
| 241-29 / 257-7 | Ex. 28 - VIASAT_00014554 | Analysis of Viasat confidential technical information (on portions of PDF pages 3-16) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| 241-30 / 257-8 | Ex. 29 - VIASAT_00016425 | Analysis of Viasat confidential technical information (on portions of PDF pages 2-4) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES | Ward. Decl. ¶¶ 3-4 |

| | | | |
|---|---|---|---|
| | | ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | |
| 241-31 / 257-9 | Ex. 30 - VIASAT_00017825 | Analysis of Viasat confidential technical information (on portions of PDF pages 2-7) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| 241-32 / 257-10 | Ex. 31 - VIASAT_00055833 | Analysis of Viasat confidential technical information (on portions of PDF pages 1-7) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |
| 241-33 / N/A | Ex. 32 - VIASAT_00060099 | Plaintiffs filed as an exhibit a 93-page internal *technical document*. Plaintiffs did this despite *only citing to 16 pages (132-136, 153-156, 183-189)*. The exhibit was marked by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Because Plaintiffs have filed a 93-page exhibit despite only citing to 16 pages, Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit and the fact that Plaintiffs are relying on nearly none of it in support of their motion. | Ward. Decl. ¶¶ 3-4 |
| 243-2 / 257-11 | SD's Reply in Supp. Of Daubert Mot. to Exclude Certain Opinions of G. Macartney | Analysis of Viasat confidential technical and financial information (on portions of PDF pages 2-5 and 7-8) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-5 |

**IT IS SO ORDERED.**

DATED: _____

_____

HAYWOOD S. GILLIAM, JR.