QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VIASAT, INC.,<br><br>　　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF VIASAT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON STANDING** |

## DECLARATION OF PATRICK D. CURRAN

I, Patrick D. Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion for Summary Judgment on Standing. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as Exhibit 1 is a copy of email correspondence between Plaintiffs and Viasat, with the subject line: "Sandisk v. Viasat - dismissal of SDT LLC."

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2025 in Boston, Massachusetts.

By */s/ Patrick D. Curran*
Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 14, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: July 14, 2025

By /s/ *Patrick D. Curran*
Patrick D. Curran