QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:     (617) 712-7100
Facsimile:     (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF NICOLA R. FELICE IN SUPPORT OF VIASAT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** |

# DECLARATION OF NICOLA FELICE

I, Nicola R. Felice, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Viasat, Inc. in the above-captioned matter. I submit this Declaration in connection with Viasat's Reply in Support of Motion for Summary Judgment of Noninfringement. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. At the status conference held on October 15, 2024, the Court warned Plaintiffs not to proceed with this case if they did not have an infringement theory that matched the Court's recent claim construction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2025 in New York City, New York.

By /s/ Nicola R. Felice
Nicola R. Felice

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2025, a copy of the foregoing document was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: July 18, 2025

By /s/ Nicola R. Felice
Nicola R. Felice