1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 261]** |

The Court, having considered Viasat's Administrative Motion to File Under Seal [Dkt. 261] and the Ward Declaration in Support [Dkt. 261-1], the Court finds good cause to seal the unredacted versions of: Viasat's Reply in Support of Motion for Summary Judgment of Noninfringement [Dkt. 261-2] from public access, and thus the Court hereby GRANTS Viasat's Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Public/Sealed) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing |
|---|---|---|---|
| Dkt. 260 / 261-2 | Viasat's Reply in Support of Motion for Summary Judgment of Noninfringement | Analysis of Viasat confidential technical and source code-related information, including the names and descriptions of variables, (on portions of pages i, 2-14) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.