L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
KKieckhefer@gibsondunn.com

Brian M. Buroker (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8541
BBuroker@gibsondunn.com

Robert A. Vincent (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
rvincent@gibsondunn.com

Ahmed ElDessouki (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　Defendant. | Case No. 4:22-cv-4376-HSG<br><br>**NOTICE OF WITHDRAWAL** |

| | |
|---|---|
| 1 | **NOTICE OF CHANGE IN COUNSEL FOR PLAINTIFFS** |

In accordance with Civil L.R. 5-1(c)(2)(C), Plaintiffs Sandisk Technologies, Inc.; Sandisk Technologies LLC; Sandisk Storage Malaysia Sdn. Bhd.; and Sandisk 3D IP Holdings Limited hereby provide notice that attorney Spencer Ririe is no longer counsel for Plaintiffs. Plaintiffs continue to be represented by counsel of record at the law firm Gibson, Dunn & Crutcher LLP.

Dated: July 23, 2025                    Respectfully submitted,

By: */s/ Ahmed ElDessouki*

GIBSON, DUNN & CRUTCHER LLP

L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki

*Attorneys for Plaintiffs*