# EXHIBIT 2

L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>              Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF LILLIAN J. MAO IN SUPPORT OF SANDISK'S SUR-REPLY IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT ON STANDING**<br><br>Date:   August 21, 2025<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Lillian J. Mao, declare as follows:

1.    I am an attorney with the law firm Gibson, Dunn & Crutcher LLP.  I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat").  I have personal knowledge of the matters discussed herein.

2.    I make this declaration in support of Sandisk's Sur-Reply In Support Of Opposition To Viasat's Motion For Summary Judgment On Standing.

3.    Attached hereto as **Exhibit A** is a true and correct copy of an Assignment filed with the U.S. Patent & Trademark Office ("USPTO") and produced in this action with Bates numbers WD-Viasat-NDCA-00001844 through 1846.

4.    Attached hereto as **Exhibit B** is a true and correct copy of a Certificate of Conversion filed with the USPTO and produced in this action with Bates numbers WD-Viasat-NDCA-00001847 through 1863.

5.    Attached hereto as **Exhibit C** is a true and correct copy of a page from the USPTO's website showing search results for assignment records relating to U.S. Patent No. 8,504,834 as of February 22, 2023, which was produced in this action with Bates numbers WD-Viasat-NDCA-00001864 through 1865.

6.    Exhibits A through C were each obtained from the USPTO website and were produced to Viasat in this action on February 23, 2023 pursuant to Patent L.R. 3-2(d) ("All documents evidencing ownership of the patent rights by the party asserting patent infringement").

7.    Attached hereto as **Exhibit D** is a true and correct copy of a page from the USPTO's website showing the current search results for assignment records relating to U.S. Patent No. 8,504,834.

/ / /

1

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3    Executed this 22nd day of July 2025 in Menlo Park, California.

4
5    */s/ Lillian J. Mao*
     Lillian J. Mao

6
7    **Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other
8    signatories have concurred in the filing of this document.

9    By: */s/ L. Kieran Kieckhefer*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

**to Mao Decl.**

**501804333    01/31/2012**

| PATENT ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Fabrice E. Jogand-Coulomb | 01/05/2012 |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SanDisk Technologies Inc. |
| Street Address: | Two Legacy Town Center |
| Internal Address: | 6900 North Dallas Parkway |
| City: | Plano |
| State/Country: | TEXAS |
| Postal Code: | 75024 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 13341590 |

CORRESPONDENCE DATA

Fax Number: (312)321-4299
Phone: 3123214200
Email: usassignments@brinkshofer.com, jsoukup@brinkshofer.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*
Correspondent Name: Joseph F. Hetz
Address Line 1: Brinks Hofer Gilson & Lione
Address Line 2: PO Box 10395
Address Line 4: Chicago, ILLINOIS 60610

| ATTORNEY DOCKET NUMBER: | 10519-1909 (SDA-1660-US) |
|---|---|
| NAME OF SUBMITTER: | Joseph F. Hetz |

Total Attachments: 2
source=10519-1909Assignment#page1.tif
source=10519-1909Assignment#page2.tif

*Vertical text (right margin):* 13341590    CH $40.00

**501804333**

**PATENT
REEL: 027626 FRAME: 0119**

WD-Viasat-NDCA00001844

Case No. 10519/1909
Client Reference No. SDA-1660-US

## ASSIGNMENT

WHEREAS, Fabrice E. Jogand-Coulomb, hereinafter called the "Assignor", has made the invention described in the United States patent application entitled "Method and System for Activation of Local Content with Legacy Streaming Systems", for a full description of which reference is here made to an application for Letters Patent of the United States filed on December 30, 2011, and assigned Application No. 13/341,590;

WHEREAS, SanDisk Technologies Inc., a corporation organized and existing under the laws of the State of Texas, having a place of business at Two Legacy Town Center, 6900 North Dallas Parkway, Plano, Texas 75024, hereinafter called the "Assignee", desires to acquire the entire right, title and interest in and to the invention and the patent application identified above, and all patents which may be obtained for said invention, as set forth below;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00), and other valuable and legally sufficient consideration, the receipt of which by the Assignor from the Assignee is hereby acknowledged, the Assignor has sold, assigned and transferred, and by these presents does sell, assign and transfer to the Assignee, the entire right, title and interest for the United States in and to the invention and the patent application identified above, and any patents that may issue for said invention in the United States; together with the entire right, title and interest in and to said invention and all patent applications and patents therefor in all countries foreign to the United States, including the full right to claim for any such application all benefits and priority rights under any applicable convention; together with the entire right, title and interest in and to all continuations, divisions, renewals and extensions of any of the patent applications and patents defined above; together with the right to recover all damages, including, but not limited to, a reasonable royalty, by reason of past, present, or future infringement or any other violation of patent or patent application rights; to have and to hold for the sole and exclusive use and benefit of the Assignee, its successors and assigns, to the full end of the term or terms for all such patents.

The Assignor hereby covenants and agrees, for both the Assignor and the Assignor's legal representatives, that the Assignor will assist the Assignee in the prosecution of the patent application identified above; in the making and prosecution of any other patent

PATENT
REEL: 027626 FRAME: 0120
WD-Viasat-NDCA00001845

applications that the Assignee may elect to make covering the invention identified above; in vesting in the Assignee like exclusive title in and to all such other patent applications and patents; and in the prosecution of any interference which may arise involving said invention, or any such patent application or patent; and that the Assignor will execute and deliver to the Assignee any and all additional papers which may be requested by the Assignee to carry out the terms of this Assignment.

The Commissioner of Patents and Trademarks is hereby authorized and requested to issue patents to the Assignee in accordance with the terms of this Assignment.

IN TESTIMONY WHEREOF, the Assignor has executed this agreement.

DATED: _January 5th 2012_            _____
                                     Fabrice E. Jogand-Coulomb

- 2 -

**Exhibit B**

**to Mao Decl.**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT3888619

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| SANDISK TECHNOLOGIES INC | 05/16/2016 |

**RECEIVING PARTY DATA**

| Name: | SANDISK TECHNOLOGIES LLC |
|---|---|
| Street Address: | 6900 DALLAS PARKWAY |
| Internal Address: | SUITE 325 |
| City: | PLANO |
| State/Country: | TEXAS |
| Postal Code: | 75024 |

**PROPERTY NUMBERS Total: 552**

| Property Type | Number |
|---|---|
| Application Number: | 13248006 |
| Application Number: | 13248016 |
| Application Number: | 13248314 |
| Application Number: | 13250943 |
| Application Number: | 13253344 |
| Application Number: | 13253784 |
| Application Number: | 13267689 |
| Application Number: | 13267811 |
| Application Number: | 13268287 |
| Application Number: | 13272648 |
| Application Number: | 13272964 |
| Application Number: | 13277915 |
| Application Number: | 13277966 |
| Application Number: | 13280124 |
| Application Number: | 13280136 |
| Application Number: | 13282309 |
| Application Number: | 13285698 |
| Application Number: | 13285873 |
| Application Number: | 13285892 |

| Property Type | Number |
|---|---|
| Application Number: | 13287299 |
| Application Number: | 13287343 |
| Application Number: | 13287998 |
| Application Number: | 13288005 |
| Application Number: | 13289108 |
| Application Number: | 13292556 |
| Application Number: | 13292569 |
| Application Number: | 13293494 |
| Application Number: | 13293988 |
| Application Number: | 13294224 |
| Application Number: | 13294880 |
| Application Number: | 13296898 |
| Application Number: | 13297076 |
| Application Number: | 13300306 |
| Application Number: | 13300808 |
| Application Number: | 13301560 |
| Application Number: | 13301573 |
| Application Number: | 13301583 |
| Application Number: | 13301597 |
| Application Number: | 13302870 |
| Application Number: | 13304272 |
| Application Number: | 13305199 |
| Application Number: | 13306062 |
| Application Number: | 13307610 |
| Application Number: | 13307779 |
| Application Number: | 13308117 |
| Application Number: | 13308794 |
| Application Number: | 13309857 |
| Application Number: | 13316153 |
| Application Number: | 13323573 |
| Application Number: | 13323583 |
| Application Number: | 13323680 |
| Application Number: | 13323687 |
| Application Number: | 13323695 |
| Application Number: | 13323703 |
| Application Number: | 13323710 |
| Application Number: | 13323717 |
| Application Number: | 13323766 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13323780 |
| **Application Number:** | 13324942 |
| **Application Number:** | 13327447 |
| **Application Number:** | 13327463 |
| **Application Number:** | 13328823 |
| **Application Number:** | 13329103 |
| **Application Number:** | 13329684 |
| **Application Number:** | 13329732 |
| **Application Number:** | 13329757 |
| **Application Number:** | 13329788 |
| **Application Number:** | 13330217 |
| **Application Number:** | 13330975 |
| **Application Number:** | 13331266 |
| **Application Number:** | 13331267 |
| **Application Number:** | 13331491 |
| **Application Number:** | 13331705 |
| **Application Number:** | 13331773 |
| **Application Number:** | 13331853 |
| **Application Number:** | 13332074 |
| **Application Number:** | 13332780 |
| **Application Number:** | 13332844 |
| **Application Number:** | 13332868 |
| **Application Number:** | 13333494 |
| **Application Number:** | 13333559 |
| **Application Number:** | 13333799 |
| **Application Number:** | 13335180 |
| **Application Number:** | 13335288 |
| **Application Number:** | 13335332 |
| **Application Number:** | 13335393 |
| **Application Number:** | 13335524 |
| **Application Number:** | 13335534 |
| **Application Number:** | 13335571 |
| **Application Number:** | 13335922 |
| **Application Number:** | 13339017 |
| **Application Number:** | 13340437 |
| **Application Number:** | 13340446 |
| **Application Number:** | 13340478 |
| **Application Number:** | 13341443 |

| Property Type | Number |
|---|---|
| Application Number: | 13341543 |
| Application Number: | 13341579 |
| Application Number: | 13341590 |
| Application Number: | 13341704 |
| Application Number: | 13341785 |
| Application Number: | 13347395 |
| Application Number: | 13348336 |
| Application Number: | 13348619 |
| Application Number: | 13349417 |
| Application Number: | 13351456 |
| Application Number: | 13351468 |
| Application Number: | 13354215 |
| Application Number: | 13354796 |
| Application Number: | 13356047 |
| Application Number: | 13356325 |
| Application Number: | 13356404 |
| Application Number: | 13357534 |
| Application Number: | 13360103 |
| Application Number: | 13362311 |
| Application Number: | 13362320 |
| Application Number: | 13362959 |
| Application Number: | 13362973 |
| Application Number: | 13363252 |
| Application Number: | 13364518 |
| Application Number: | 13365991 |
| Application Number: | 13366916 |
| Application Number: | 13367154 |
| Application Number: | 13367160 |
| Application Number: | 13367171 |
| Application Number: | 13369195 |
| Application Number: | 13370410 |
| Application Number: | 13371936 |
| Application Number: | 13372430 |
| Application Number: | 13372474 |
| Application Number: | 13390855 |
| Application Number: | 13396489 |
| Application Number: | 13396501 |
| Application Number: | 13397428 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13397448 |
| **Application Number:** | 13398647 |
| **Application Number:** | 13399982 |
| **Application Number:** | 13400427 |
| **Application Number:** | 13401038 |
| **Application Number:** | 13401250 |
| **Application Number:** | 13403454 |
| **Application Number:** | 13403934 |
| **Application Number:** | 13406287 |
| **Application Number:** | 13408021 |
| **Application Number:** | 13408394 |
| **Application Number:** | 13409828 |
| **Application Number:** | 13410848 |
| **Application Number:** | 13411115 |
| **Application Number:** | 13411261 |
| **Application Number:** | 13411308 |
| **Application Number:** | 13413814 |
| **Application Number:** | 13416135 |
| **Application Number:** | 13420961 |
| **Application Number:** | 13423900 |
| **Application Number:** | 13424131 |
| **Application Number:** | 13424333 |
| **Application Number:** | 13425016 |
| **Application Number:** | 13426980 |
| **Application Number:** | 13428305 |
| **Application Number:** | 13429851 |
| **Application Number:** | 13430155 |
| **Application Number:** | 13430480 |
| **Application Number:** | 13430494 |
| **Application Number:** | 13430502 |
| **Application Number:** | 13430548 |
| **Application Number:** | 13431670 |
| **Application Number:** | 13433090 |
| **Application Number:** | 13434455 |
| **Application Number:** | 13435338 |
| **Application Number:** | 13435348 |
| **Application Number:** | 13435476 |
| **Application Number:** | 13435878 |

| Property Type | Number |
|---|---|
| Application Number: | 13436313 |
| Application Number: | 13436805 |
| Application Number: | 13438745 |
| Application Number: | 13439260 |
| Application Number: | 13441805 |
| Application Number: | 13443287 |
| Application Number: | 13443404 |
| Application Number: | 13445671 |
| Application Number: | 13446206 |
| Application Number: | 13449650 |
| Application Number: | 13450294 |
| Application Number: | 13450313 |
| Application Number: | 13450963 |
| Application Number: | 13451009 |
| Application Number: | 13451182 |
| Application Number: | 13453725 |
| Application Number: | 13453898 |
| Application Number: | 13453921 |
| Application Number: | 13455866 |
| Application Number: | 13456005 |
| Application Number: | 13456119 |
| Application Number: | 13457247 |
| Application Number: | 13462400 |
| Application Number: | 13463056 |
| Application Number: | 13463260 |
| Application Number: | 13463422 |
| Application Number: | 13464115 |
| Application Number: | 13464426 |
| Application Number: | 13465308 |
| Application Number: | 13465351 |
| Application Number: | 13466845 |
| Application Number: | 13467245 |
| Application Number: | 13467289 |
| Application Number: | 13468731 |
| Application Number: | 13468737 |
| Application Number: | 13468957 |
| Application Number: | 13471198 |
| Application Number: | 13474055 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13477277 |
| **Application Number:** | 13478483 |
| **Application Number:** | 13479093 |
| **Application Number:** | 13479145 |
| **Application Number:** | 13480154 |
| **Application Number:** | 13482892 |
| **Application Number:** | 13484088 |
| **Application Number:** | 13486305 |
| **Application Number:** | 13486772 |
| **Application Number:** | 13488021 |
| **Application Number:** | 13488301 |
| **Application Number:** | 13488600 |
| **Application Number:** | 13488609 |
| **Application Number:** | 13488625 |
| **Application Number:** | 13491879 |
| **Application Number:** | 13493912 |
| **Application Number:** | 13493949 |
| **Application Number:** | 13502189 |
| **Application Number:** | 13523366 |
| **Application Number:** | 13523680 |
| **Application Number:** | 13524913 |
| **Application Number:** | 13526671 |
| **Application Number:** | 13527199 |
| **Application Number:** | 13527418 |
| **Application Number:** | 13528064 |
| **Application Number:** | 13529522 |
| **Application Number:** | 13531240 |
| **Application Number:** | 13533535 |
| **Application Number:** | 13535237 |
| **Application Number:** | 13535243 |
| **Application Number:** | 13535250 |
| **Application Number:** | 13537029 |
| **Application Number:** | 13537551 |
| **Application Number:** | 13538927 |
| **Application Number:** | 13539969 |
| **Application Number:** | 13540279 |
| **Application Number:** | 13540351 |
| **Application Number:** | 13542958 |

| Property Type | Number |
| --- | --- |
| **Application Number:** | 13544328 |
| **Application Number:** | 13544809 |
| **Application Number:** | 13546528 |
| **Application Number:** | 13548630 |
| **Application Number:** | 13550157 |
| **Application Number:** | 13551835 |
| **Application Number:** | 13551844 |
| **Application Number:** | 13552355 |
| **Application Number:** | 13553411 |
| **Application Number:** | 13553963 |
| **Application Number:** | 13556035 |
| **Application Number:** | 13556312 |
| **Application Number:** | 13558846 |
| **Application Number:** | 13559377 |
| **Application Number:** | 13560896 |
| **Application Number:** | 13565190 |
| **Application Number:** | 13568834 |
| **Application Number:** | 13569008 |
| **Application Number:** | 13569024 |
| **Application Number:** | 13570746 |
| **Application Number:** | 13570779 |
| **Application Number:** | 13570826 |
| **Application Number:** | 13571100 |
| **Application Number:** | 13571937 |
| **Application Number:** | 13572486 |
| **Application Number:** | 13584755 |
| **Application Number:** | 13586413 |
| **Application Number:** | 13588196 |
| **Application Number:** | 13588202 |
| **Application Number:** | 13590107 |
| **Application Number:** | 13590155 |
| **Application Number:** | 13590826 |
| **Application Number:** | 13591097 |
| **Application Number:** | 13592780 |
| **Application Number:** | 13593107 |
| **Application Number:** | 13594270 |
| **Application Number:** | 13598264 |
| **Application Number:** | 13598440 |

**PATENT**
**REEL: 038807 FRAME: 0905**
WD-Viasat-NDCA00001854

| Property Type | Number |
|---|---|
| **Application Number:** | 13599241 |
| **Application Number:** | 13599776 |
| **Application Number:** | 13599784 |
| **Application Number:** | 13599854 |
| **Application Number:** | 13600029 |
| **Application Number:** | 13601243 |
| **Application Number:** | 13601607 |
| **Application Number:** | 13601869 |
| **Application Number:** | 13602031 |
| **Application Number:** | 13602039 |
| **Application Number:** | 13602047 |
| **Application Number:** | 13605583 |
| **Application Number:** | 13605714 |
| **Application Number:** | 13607375 |
| **Application Number:** | 13608098 |
| **Application Number:** | 13609527 |
| **Application Number:** | 13613946 |
| **Application Number:** | 13613956 |
| **Application Number:** | 13614211 |
| **Application Number:** | 13614801 |
| **Application Number:** | 13616986 |
| **Application Number:** | 13618313 |
| **Application Number:** | 13618482 |
| **Application Number:** | 13619553 |
| **Application Number:** | 13622230 |
| **Application Number:** | 13622765 |
| **Application Number:** | 13625128 |
| **Application Number:** | 13625765 |
| **Application Number:** | 13627154 |
| **Application Number:** | 13629236 |
| **Application Number:** | 13630163 |
| **Application Number:** | 13630278 |
| **Application Number:** | 13630686 |
| **Application Number:** | 13632466 |
| **Application Number:** | 13633833 |
| **Application Number:** | 13644119 |
| **Application Number:** | 13645115 |
| **Application Number:** | 13645353 |

| Property Type | Number |
|---|---|
| Application Number: | 13647971 |
| Application Number: | 13648209 |
| Application Number: | 13648742 |
| Application Number: | 13648838 |
| Application Number: | 13648869 |
| Application Number: | 13652427 |
| Application Number: | 13652914 |
| Application Number: | 13654302 |
| Application Number: | 13658292 |
| Application Number: | 13659253 |
| Application Number: | 13659418 |
| Application Number: | 13659713 |
| Application Number: | 13660203 |
| Application Number: | 13668160 |
| Application Number: | 13668702 |
| Application Number: | 13669021 |
| Application Number: | 13669298 |
| Application Number: | 13670233 |
| Application Number: | 13672184 |
| Application Number: | 13673201 |
| Application Number: | 13673543 |
| Application Number: | 13674470 |
| Application Number: | 13674513 |
| Application Number: | 13675239 |
| Application Number: | 13675781 |
| Application Number: | 13679610 |
| Application Number: | 13679963 |
| Application Number: | 13679969 |
| Application Number: | 13679970 |
| Application Number: | 13685288 |
| Application Number: | 13690054 |
| Application Number: | 13690275 |
| Application Number: | 13693337 |
| Application Number: | 13694000 |
| Application Number: | 13705227 |
| Application Number: | 13706264 |
| Application Number: | 13708587 |
| Application Number: | 13708677 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13709349 |
| **Application Number:** | 13712467 |
| **Application Number:** | 13712788 |
| **Application Number:** | 13715682 |
| **Application Number:** | 13719045 |
| **Application Number:** | 13724761 |
| **Application Number:** | 13724812 |
| **Application Number:** | 13725728 |
| **Application Number:** | 13730466 |
| **Application Number:** | 13730595 |
| **Application Number:** | 13733011 |
| **Application Number:** | 13733030 |
| **Application Number:** | 13733039 |
| **Application Number:** | 13733046 |
| **Application Number:** | 13734517 |
| **Application Number:** | 13734536 |
| **Application Number:** | 13735878 |
| **Application Number:** | 13735983 |
| **Application Number:** | 13736802 |
| **Application Number:** | 13739673 |
| **Application Number:** | 13741221 |
| **Application Number:** | 13741252 |
| **Application Number:** | 13742239 |
| **Application Number:** | 13743072 |
| **Application Number:** | 13743563 |
| **Application Number:** | 13744219 |
| **Application Number:** | 13744971 |
| **Application Number:** | 13746005 |
| **Application Number:** | 13746542 |
| **Application Number:** | 13749361 |
| **Application Number:** | 13749377 |
| **Application Number:** | 13749407 |
| **Application Number:** | 13749432 |
| **Application Number:** | 13749956 |
| **Application Number:** | 13749968 |
| **Application Number:** | 13750794 |
| **Application Number:** | 13750904 |
| **Application Number:** | 13750917 |

| Property Type | Number |
| --- | --- |
| **Application Number:** | 13751692 |
| **Application Number:** | 13753144 |
| **Application Number:** | 13754137 |
| **Application Number:** | 13754293 |
| **Application Number:** | 13754627 |
| **Application Number:** | 13754644 |
| **Application Number:** | 13754801 |
| **Application Number:** | 13754852 |
| **Application Number:** | 13755577 |
| **Application Number:** | 13755894 |
| **Application Number:** | 13755905 |
| **Application Number:** | 13755911 |
| **Application Number:** | 13756076 |
| **Application Number:** | 13756131 |
| **Application Number:** | 13756387 |
| **Application Number:** | 13756946 |
| **Application Number:** | 13757771 |
| **Application Number:** | 13757774 |
| **Application Number:** | 13758824 |
| **Application Number:** | 13759303 |
| **Application Number:** | 13759700 |
| **Application Number:** | 13760877 |
| **Application Number:** | 13761956 |
| **Application Number:** | 13762627 |
| **Application Number:** | 13763894 |
| **Application Number:** | 13764065 |
| **Application Number:** | 13765349 |
| **Application Number:** | 13765394 |
| **Application Number:** | 13766583 |
| **Application Number:** | 13767404 |
| **Application Number:** | 13767568 |
| **Application Number:** | 13767663 |
| **Application Number:** | 13767708 |
| **Application Number:** | 13768934 |
| **Application Number:** | 13769683 |
| **Application Number:** | 13772729 |
| **Application Number:** | 13772865 |
| **Application Number:** | 13772916 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13773078 |
| **Application Number:** | 13773570 |
| **Application Number:** | 13773946 |
| **Application Number:** | 13773963 |
| **Application Number:** | 13774874 |
| **Application Number:** | 13774917 |
| **Application Number:** | 13775023 |
| **Application Number:** | 13776193 |
| **Application Number:** | 13776406 |
| **Application Number:** | 13778894 |
| **Application Number:** | 13779352 |
| **Application Number:** | 13780619 |
| **Application Number:** | 13780676 |
| **Application Number:** | 13780834 |
| **Application Number:** | 13781066 |
| **Application Number:** | 13781204 |
| **Application Number:** | 13781321 |
| **Application Number:** | 13781503 |
| **Application Number:** | 13781983 |
| **Application Number:** | 13783068 |
| **Application Number:** | 13783585 |
| **Application Number:** | 13783781 |
| **Application Number:** | 13783928 |
| **Application Number:** | 13784693 |
| **Application Number:** | 13785720 |
| **Application Number:** | 13786190 |
| **Application Number:** | 13787419 |
| **Application Number:** | 13788183 |
| **Application Number:** | 13788990 |
| **Application Number:** | 13789033 |
| **Application Number:** | 13789375 |
| **Application Number:** | 13789536 |
| **Application Number:** | 13790469 |
| **Application Number:** | 13791200 |
| **Application Number:** | 13792662 |
| **Application Number:** | 13793209 |
| **Application Number:** | 13793282 |
| **Application Number:** | 13793581 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13793925 |
| **Application Number:** | 13794344 |
| **Application Number:** | 13794398 |
| **Application Number:** | 13794428 |
| **Application Number:** | 13795460 |
| **Application Number:** | 13796841 |
| **Application Number:** | 13797298 |
| **Application Number:** | 13800224 |
| **Application Number:** | 13800430 |
| **Application Number:** | 13800628 |
| **Application Number:** | 13800637 |
| **Application Number:** | 13801142 |
| **Application Number:** | 13801655 |
| **Application Number:** | 13801741 |
| **Application Number:** | 13801800 |
| **Application Number:** | 13801956 |
| **Application Number:** | 13803721 |
| **Application Number:** | 13803835 |
| **Application Number:** | 13803882 |
| **Application Number:** | 13826738 |
| **Application Number:** | 13826944 |
| **Application Number:** | 13827204 |
| **Application Number:** | 13827407 |
| **Application Number:** | 13827499 |
| **Application Number:** | 13827601 |
| **Application Number:** | 13827609 |
| **Application Number:** | 13828361 |
| **Application Number:** | 13829426 |
| **Application Number:** | 13829739 |
| **Application Number:** | 13830989 |
| **Application Number:** | 13831420 |
| **Application Number:** | 13831448 |
| **Application Number:** | 13831475 |
| **Application Number:** | 13831686 |
| **Application Number:** | 13831707 |
| **Application Number:** | 13831713 |
| **Application Number:** | 13832843 |
| **Application Number:** | 13834955 |

| Property Type | Number |
|---|---|
| Application Number: | 13835032 |
| Application Number: | 13836620 |
| Application Number: | 13836826 |
| Application Number: | 13837818 |
| Application Number: | 13837917 |
| Application Number: | 13838070 |
| Application Number: | 13838662 |
| Application Number: | 13839300 |
| Application Number: | 13839366 |
| Application Number: | 13839430 |
| Application Number: | 13840201 |
| Application Number: | 13840759 |
| Application Number: | 13841180 |
| Application Number: | 13841934 |
| Application Number: | 13844338 |
| Application Number: | 13848603 |
| Application Number: | 13851928 |
| Application Number: | 13855567 |
| Application Number: | 13855579 |
| Application Number: | 13860141 |
| Application Number: | 13860777 |
| Application Number: | 13861613 |
| Application Number: | 13862222 |
| Application Number: | 13863027 |
| Application Number: | 13865865 |
| Application Number: | 13867259 |
| Application Number: | 13868667 |
| Application Number: | 13871528 |
| Application Number: | 13875854 |
| Application Number: | 13886066 |
| Application Number: | 13886852 |
| Application Number: | 13886874 |
| Application Number: | 13887018 |
| Application Number: | 13888145 |
| Application Number: | 13890321 |
| Application Number: | 13890622 |
| Application Number: | 13892214 |
| Application Number: | 13894206 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13894326 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 4088012863 |
| **Email:** | simona.benjamin@sandisk.com |
| **Correspondent Name:** | SANDISK |
| **Address Line 1:** | 951 SANDISK DRIVE |
| **Address Line 2:** | PATENT DEPARTMENT/SIMONA BENJAMIN |
| **Address Line 4:** | MILPITAS, CALIFORNIA 95035 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | NAME CHANGE PART 2E |
| **NAME OF SUBMITTER:** | SIMONA BENJAMIN |
| **SIGNATURE:** | /SB/ |
| **DATE SIGNED:** | 05/25/2016 |

**Total Attachments: 1**
source=Sandisk Technologies, Inc.-TX-Conversion Certificate#page1.tif

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF CONVERSION

The undersigned, as Secretary of State of Texas, hereby certifies that a filing instrument for

SanDisk Technologies, Inc.
File Number: 801332601

Converting it to

SanDisk Technologies LLC
File Number: 802459283

has been received in this office and has been found to conform to law.  ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing the acceptance and filing of the conversion on the date shown below.

Dated: 05/16/2016

Effective: 05/16/2016



*Carlos H. Cascos*
Secretary of State

**RECORDED: 05/25/2016**          **REEL: 038807 FRAME: 0914**

WD-Viasat-NDCA00001863

**Exhibit C**

**to Mao Decl.**

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

# 13/341,590 | 10519/1909 (SDA-1660-US):

## METHOD AND SYSTEM FOR ACTIVATION OF LOCAL CONTENT WITH LEGACY STREAMING SYSTEMS

| Application # | Attorney Docket # | Patent # | Status | Filing or 371 (c) date |
|---|---|---|---|---|
| 13/341,590 | 10519/1909 (SDA-1660-US) | 8,504,834 Issued - 08/06/2013 | Patented Case - 07/17/2013 | 12/30/2011 |

## 2 Assignments found

### Assignment 1

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 027626/0119 | 01/31/2012 | 3 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| JOGAND-COULOMB, FABRICE E. | 01/05/2012 | JOSEPH F. HETZ<br>BRINKS HOFER GILSON & LIONE<br>PO BOX 10395<br>CHICAGO, IL 60610 |

Assignee

SANDISK TECHNOLOGIES INC.
TWO LEGACY TOWN CENTER
6900 NORTH DALLAS PARKWAY
PLANO, TEXAS 75024

### Assignment 2

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 038807/0898 | 05/25/2016 | 17 |

Conveyance

CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). *PDF*

WD-Viasat-NDCA00001864

| Assignors | Execution date | Correspondent |
|---|---|---|
| SANDISK TECHNOLOGIES INC | 05/16/2016 | SANDISK<br>951 SANDISK DRIVE<br>PATENT DEPARTMENT/SIMONA BENJAMIN<br>MILPITAS, CA 95035 |

Assignee

SANDISK TECHNOLOGIES LLC
6900 DALLAS PARKWAY
SUITE 325
PLANO, TEXAS 75024

10 per page ▾     Page 1 of 1 ▾

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.

WD-Viasat-NDCA00001865

# Exhibit D

# to Mao Decl.



# Assignment abstract of title for Application 13341590

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD AND SYSTEM FOR ACTIVATION OF LOCAL CONTENT WITH LEGACY STREAMING SYSTEMS Fabrice E. Jogand-Coulomb | 8504834 Aug 6, 2013 | 20130173919 Jul 4, 2013 | 13341590 Dec 30, 2011 | | |

# Assignments (5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 071382/0001 | Apr 24, 2025 | Apr 25, 2025 | 6616 | 489 |

Conveyance
PARTIAL RELEASE OF SECURITY INTERESTS

| Assignors | Correspondent |
|---|---|
| JPMORGAN CHASE BANK, N.A., AS AGENT | MICHAEL VIOLET 4400 EASTON COMMONS WAY SUITE 125 COLUMBUS, OH 43219 |

Assignee
SANDISK TECHNOLOGIES, INC.
951 SANDISK DRIVE
MILPITAS, CALIFORNIA 95035

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 071050/0001 | Apr 24, 2025 | Apr 25, 2025 | 6547 | 483 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| SANDISK TECHNOLOGIES, INC. | MICHAEL VIOLET 4400 EASTON COMMONS WAY SUITE 125 COLUMBUS, OH 43219 |

Assignee
JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT
131 SOUTH DEARBORN ST.
FLOOR 04
CHICAGO, ILLINOIS 60603

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069796/0423 | Dec 27, 2024 | Dec 31, 2024 | 4311 | 266 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| SANDISK TECHNOLOGIES LLC | SANDISK TECHNOLOGIES INC |
| | 951 SANDISK DRIVE |
| | LEGAL DEP. |
| | MILPITAS, CA 95035 |

Assignee
SANDISK TECHNOLOGIES, INC.
951 SANDISK DRIVE
LEGAL DEP.
MILPITAS, CALIFORNIA 95035

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 038807/0898 | May 16, 2016 | May 25, 2016 | 552 | 17 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| SANDISK TECHNOLOGIES INC | SANDISK |
| | 951 SANDISK DRIVE |
| | PATENT DEPARTMENT/SIMONA BENJAMIN |
| | MILPITAS, CA 95035 |

Assignee
SANDISK TECHNOLOGIES LLC
6900 DALLAS PARKWAY
SUITE 325
PLANO, TEXAS 75024

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027626/0119 | Jan 5, 2012 | Jan 31, 2012 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| JOGAND-COULOMB, FABRICE E. | JOSEPH F. HETZ |
| | BRINKS HOFER GILSON & LIONE |
| | PO BOX 10395 |
| | CHICAGO, IL 60610 |

Assignee

SANDISK TECHNOLOGIES INC.
TWO LEGACY TOWN CENTER
6900 NORTH DALLAS PARKWAY
PLANO, TEXAS 75024