IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: SANDISK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT ON STANDING** |

The Court, having considered Sandisk's Administrative Motion for Leave to File Sur-Reply in Support of Opposition to Viasat's Motion for Summary Judgment on Standing (the "Motion"), hereby GRANTS the Motion.

Sandisk's sur-reply, attached to the Motion as Exhibit 1, and the supporting declaration, attached to the Motion as Exhibit 2, shall be deemed filed as of the date of this Order, and shall be considered in deciding Viasat's Motion for Summary Judgment on Standing.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge