| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978) | Ahmed ElDessouki (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| One Embarcadero Center, Suite 2600 | 200 Park Avenue |
| San Francisco, CA 94105-0921 | New York, NY 10166-0193 |
| Telephone: 415.393.8337 | Telephone: 212.351.2345 |
| Email: KKieckhefer@gibsondunn.com | AElDessouki@gibsondunn.com |
| | |
| Robert A. Vincent (*pro hac vice*) | Brian M. Buroker (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | Shuo J. Zhang (*pro hac vice*) |
| 2001 Ross Avenue Suite 2100 | GIBSON, DUNN & CRUTCHER LLP |
| Dallas, TX 75201-2923 | 1700 M St, N.W. |
| Telephone: 214.698.3281 | Washington DC 20036-4504 |
| RVincent@gibsondunn.com | BBuroker@gibsondunn.com |
| | SZhang@gibsondunn.com |
| Lillian J. Mao (SBN 267410) | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 310 University Avenue | |
| Palo Alto, CA 94301-1744 | |
| Telephone: 650.849.5307 | |
| LMao@gibsondunn.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | Case No.: 4:22-cv-4376-HSG |
| Plaintiffs, | **DECLARATION OF LILLIAN J. MAO IN SUPPORT OF SANDISK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO VIASAT'S MOTION FOR SUMMARY JUDGMENT ON STANDING** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |
| | Date: August 21, 2025 |
| | Time: 2:00 p.m. |
| | Dept.: Courtroom 2, 4th Floor |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

I, Lillian J. Mao, declare as follows:

1. I am an attorney with the law firm Gibson, Dunn & Crutcher LLP. I represent Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs" or "Sandisk") in the above-captioned action, brought against Viasat, Inc. ("Viasat"). I have personal knowledge of the matters discussed herein.

2. I make this declaration in support of Sandisk's Administrative Motion For Leave To File Sur-Reply In Support Of Opposition To Viasat's Motion For Summary Judgment On Standing in accordance with Civil L.R. 7-11(a).

3. On July 21, 2025, I wrote to counsel for Viasat informing them that Sandisk intended to file an administrative motion for leave to file a sur-reply on standing and asking if Viasat would stipulate pursuant to Civil L.R. 7-11(a). On July 22, 2025, Viasat's counsel responded to request additional information about Sandisk's proposed sur-reply, which I provided. Later that day, Viasat's counsel informed me that Viasat would oppose Sandisk's request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of July 2025 in Palo Alto, California.

/s/ Lillian J. Mao
Lillian J. Mao

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

By: /s/ L. Kieran Kieckhefer