1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 263]** |

The Court having considered Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed [Dkts. 263], Viasat's Statement in Support of Plaintiffs' Motions to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 266], and the Ward Declaration in Support [Dkt. 266-1], the Court finds good cause to seal the unredacted version of Sandisk's Reply in Support of Its Motion for Partial Summary Judgment of Validity from public access, and thus the Court hereby GRANTS Plaintiffs' Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Original Filing/Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing |
|---|---|---|---|
| 262 / 262-2 | Sandisk's Reply in Support of Its Motion for Partial Summary Judgment of Validity | Analysis of Viasat confidential technical and source code-related information, including the names and description of variables (on portions of PDF pages 11, 13, and 14) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.