UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO MOTION FOR SUMMARY JUDGMENT ON STANDING** |

The Court having considered Plaintiffs' Motion for Leave to File Sur-Reply to Motion for Summary Judgment on Standing ("the Motion"), and Viasat's Opposition to Plaintiffs' Motion for Leave to File Sur-Reply to Motion for Summary Judgment on Standing and the Curran Declaration in Support, the Court DENIES Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.