L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>VIASAT, INC.,<br><br>　　　　　　　Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF SOJI JOHN IN SUPPORT OF SANDISK'S MOTION TO SUBSTITUTE PARTIES** |

I, Soji John, declare as follows:

1. I am an Assistant General Counsel working for Sandisk Technologies. I first joined Sandisk in 2013. I remained with the company when it merged with Western Digital in 2016, and I transferred from Western Digital to Sandisk when Western Digital spun off its flash business to Sandisk in February 2025. My primary responsibility at Sandisk and Western Digital has been intellectual property licensing. I am familiar with the contents of this declaration and could and would testify under oath to the facts set forth herein if called to testify.

2. On January 23, 2025, SanDisk 3D IP Holdings Ltd. ("SD3D") and SanDisk Storage Malaysia Sdn. Bhd. ("SDSM") entered an Intellectual Property Assignment Agreement whereby SD3D assigned its rights in certain intellectual property to SDSM. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts of the Intellectual Property Assignment Agreement.

3. Attached hereto as **Exhibit 2** is a true and correct excerpt of the schedule of patents covered by the assignment from SD3D to SDSM, showing that U.S. Patent Nos. 9,424,400 and 10,447,667, as well as their domestic family members and foreign counterparts, were included in the assignment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of August 2025 in Sunnyvale, Texas.

_____
Soji John

1
JOHN DECL. ISO SANDISK'S MOTION TO SUBSTITUTE PARTIES
CASE NO. 4:22-CV-4376-HSG