# EXHIBIT 1

CONFIDENTIAL

# INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT (this "*Agreement*"), effective as of January 23, 2025 (the "*Effective Date*"), is made and entered into by and between SanDisk 3D IP Holdings Ltd, a Cayman Islands exempted company ("*SD3D*"), and SanDisk Storage Malaysia Sdn. Bhd ("*SDSM*", and together with SD3D, the "*Parties*", and each individually, a "*Party*"). Capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the SDA (as defined below).

## RECITALS

**WHEREAS**, Western Digital Corporation, a Delaware corporation and the ultimate parent company of each of the Parties ("*WDC*") and Sandisk Corporation ("*Spinco*") intend to enter into a Separation and Distribution Agreement, dated as of February 21, 2025, substantially consistent with the form thereof available at www.sec.gov/Archives/edgar/data/2023554/000119312524264578/d835366dex21.htm (as executed by the parties thereto and as amended, modified or supplemented from time-to-time in accordance with its terms, the "*SDA*"), pursuant to which (i) WDC has agreed to transfer to Spinco, and Spinco has agreed to receive and assume, certain assets and liabilities of the Flash Business and (ii) following such transfer and the other transactions specified in the SDA, WDC has agreed to effect the Distribution, all as more specifically described in, and subject to the terms of, the SDA;

**WHEREAS**, WDC intends to realign certain ownership rights of certain SDSM Remainco IP (as defined below) and SD3D Spinco IP in anticipation of the transactions contemplated by the SDA;

**WHEREAS**, SD3D holds certain economic rights to certain Intellectual Property Rights included in the Spinco IP ("*SD3D Spinco IP*") and SDSM holds certain economic rights to Intellectual Property Rights owned or purported to be owned by WDC or its Subsidiaries not included in the Spinco IP ("*SDSM Remainco IP*", and together with the SD3D IP, the "*Assigned IP*"); and

**WHEREAS**, in anticipation of the transactions contemplated by the SDA, (i) SD3D, as an assignor, desires to contribute to SDSM, as an assignee, all of its right, title and interest in and to the SD3D Spinco IP to SDSM, and desires for SDSM to acquire and accept all of SD3D's rights, title and interest in and to the SD3D Spinco IP and (ii) SDSM, as an assignor, desires to contribute to SD3D, as an assignee, all of its right, title and interest in and to the SDSM Remainco IP to SD3D, and desires for SD3D to acquire and accept all of SDSM's rights, title and interest in and to the SDSM Remainco IP, in each case of (i) and (ii), effective as of the Effective Date, pursuant to the transactions set forth in Article II herein and upon the terms and subject to the conditions set forth in this Agreement (collectively, the "*Assignment*").

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements hereinafter set forth, the Parties hereby agree as follows:

Highly Confidential - Attorneys' Eyes Only                    WD-Viasat-NDCA00017366

# ARTICLE I

## DEFINED TERMS

Section 1.01   <u>Certain Defined Terms</u>.   For purposes of this Agreement, the following capitalized terms shall have the following meanings:

"*Intellectual Property Rights*" means and includes all inventions, patents and patent applications, copyrights, designs, works of authorship, know-how, formulae, adaptations, process technologies, trade secrets, and other such intellectual property and proprietary rights, and any and all registrations and applications therefor. For the avoidance of doubt, "Intellectual Property Rights" shall not include registered or unregistered trademarks, service marks, trade names, domain names, or other marketing intangible property or devices that serve as an indicium of source.

# ARTICLE II

## ASSIGNMENT AND ASSUMPTION

Section 2.01   <u>Assignment and Assumption of SD3D Spinco IP.</u>   Subject to the terms and conditions contained in this Agreement, SD3D hereby unconditionally and irrevocably contributes, assigns, transfers, and conveys to the SDSM, and SDSM hereby accepts and assumes, all of SD3D's rights, title, and interest in and to the SD3D Spinco IP, effective as of the Effective Date. For the avoidance of doubt, the SD3D Spinco IP hereby contributed, assigned and conveyed hereunder effective as of the Effective Date includes any and all right, title and interest in SpinCo IP SD3D may acquire following the Effective Date until the consummation of the transactions contemplated by the SDA. [REDACTED]

[REDACTED]

Highly Confidential - Attorneys' Eyes Only



Section 2.05 Claims and Liabilities. For the avoidance of doubt, in connection with the assignments in Section 2.01 and Section 2.02, the applicable assignee assumes all rights and obligations with respect to past, present and future claims and liabilities arising out of the applicable Assigned IP, including, without limitation, the right to prosecute or take other action regarding any acts of infringement, misappropriation or other violation by any person other than a Party of the Assigned IP assigned hereunder to such assignee.



Highly Confidential - Attorneys' Eyes Only                                                                             WD-Viasat-NDCA00017368



*[Signature page follows]*

\* \* \*

Highly Confidential - Attorneys' Eyes Only

WD-Viasat-NDCA00017369

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the 7th day of February, 2025.

**SANDISK 3D IP HOLDINGS LTD**

By: *Brandi Steege*
Name: Brandi Steege
Title: Director

**SANDISK STORAGE MALAYSIA SDN. BHD**

By: *Soji John*
Name: Soji John
Title: Director

*[Signature Page to Intellectual Property Assignment Agreement]*

Highly Confidential - Attorneys' Eyes Only

WD-Viasat-NDCA00017370