# EXHIBIT 2

Seedling - SDA Schedule 10.1(c) – Spinco Patents.xlsx

Patents

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | COUNTRY | APPLICATION NUMBER | PUBLICATION NUMBER | PATENT NUMBER |
| 250 | CN | 201310123521.1 | CN103366102A | ZL201310123521.1 |
| 391 | CN | 2016800045601 | CN107113317 | ZL2016800045601 |
| 1936 | DE | 112016000163.0 | 112016000163 | 112016000163 |
| 4783 | US | 13/460,805 | 2013-0268759 | 8,914,634 |
| 5693 | US | 14/571,178 | | 9,424,400 |
| 5754 | US | 14/615,367 | 2016-0234178 | 9,948,618 |
| 7001 | US | 15/954,359 | | 10,447,667 |
| 7665 | US | 16/575,358 | 2020-0014667 | 11,196,725 |
| 9013 | US | 17/534,400 | | 11,757,854 |
| 9803 | US | 18/230,610 | | |

prepared Feb 6 2025