1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                   OAKLAND DIVISION
11   SANDISK TECHNOLOGIES, INC., et al.,    CASE NO. 4:22-cv-4376-HSG
12              Plaintiffs,                 **[PROPOSED] ORDER RE: PLAINTIFFS'
                                            MOTION TO SUBSTITUTE PARTIES**
13        v.
14   VIASAT, INC.,
15              Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Plaintiffs' Motion to Substitute Parties, hereby GRANTS the Motion as follows:

With respect to U.S. Patent No. 8,504,834, Plaintiff Sandisk Technologies, Inc. ("SDT Inc.") shall be substituted in place of SanDisk Technologies LLC ("SDT LLC").

With respect to U.S. Patent Nos. 9,424,400 and 10,447,667, Plaintiff SanDisk Storage Malaysia Sdn. Bhd. ("SDSM") shall be substituted in place of SanDisk 3D IP Holdings Ltd. ("SD3D").

The Clerk shall terminate SanDisk 3D IP Holdings Ltd. as a party.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge