UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**ORDER GRANTING VIASAT'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AN EXHIBIT TO VIASAT'S OPPOSITION TO MOTION TO EXTEND [DKT. 164]** |

The Court having considered Viasat's Administrative Motion to Seal Portions of An Exhibit to Viasat's Opposition to Motion to Extend [Dkt. 164] ("Motion"), the Court finds good cause to seal the Exhibit filed as Dkt. 164-2 from public access, and thus the Court hereby GRANTS Viasat's Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Sealed/Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 164-2 / 165-12 | Exhibit J to Viasat's Opposition to Motion to Extend [Dkt. 164] – February 4, 2025 Email from B. Buroker to A. Fernands | Redacted portions of pages 2 and 3 | Ward. Decl. ¶¶ 3-4 | Granted. |

**IT IS SO ORDERED.**

DATED: 9/24/2025

HAYWOOD S. GILLIAM, JR.