**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VIASAT, INC.,<br><br>　　　　　　Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [DKT. 189]** |

The Court having considered Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed [Dkt. 189], and Viasat's Response in Support [Dkt. 193], the Court finds good cause to seal the unredacted versions of the Exhibits filed as Dkt. 188-2 and 188-3, from public access, and thus the Court hereby GRANTS Plaintiffs' Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Sealed/ Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. 188-2 / 193-3 | Exhibit A to Plaintiffs' March 22, 2024 Infringement Contentions | Excerpts from and citation to Viasat confidential technical information and source code-related information that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. (Dkt. 147-1) ¶¶ 3-4 | Granted. |
| Dkt. 188-3 / 193-4 | Exhibit B to Plaintiffs' March 22, 2024 Infringement Contentions | Excerpts from and citation to Viasat confidential technical information and source code-related information that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. (Dkt. 147-1) ¶¶ 3-4 | Granted. |

**IT IS SO ORDERED.**

DATED:  9/24/2025

HAYWOOD S. GILLIAM, JR.