UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK STORAGE MALAYSIA SDN. BHD., et al., <br><br>             Plaintiffs, <br><br>        v. <br><br>VIASAT, INC., <br><br>             Defendant. | Case No.  22-cv-04376-HSG <br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Re Defendant's Motion to Strike; Plaintiffs and Defendant's Daubert Motions, Motion for Summary Judgment, and Motions to Seal; Plaintiff's Motion for Leave to File Surreply; and Plaintiffs' Motion to Substitute,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 21st day of October, 2025.


Mark B. Busby
Clerk of Court


By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.