| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>Email: KKieckhefer@gibsondunn.com | Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com |
| Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>RVincent@gibsondunn.com | Brian M. Buroker (*pro hac vice*)<br>Shuo Zhang (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M St, N.W.<br>Washington DC 20036-4504<br>BBuroker@gibsondunn.com<br>SZhang@gibsondunn.com |
| Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>VIASAT, INC.,<br><br>             Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 79-5(f) and the Court's October 21, 2025, Order, Plaintiffs Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd., (together "Plaintiffs" or "Sandisk") respectfully submit this Amended Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are being submitted in support of Sandisk's Opposition to Viasat's Motion for Summary Judgment of Noninfringement. Sandisk request the following Exhibits to the concurrently filed Zhang Declaration to be sealed:

- Amended Exhibit 14, a 24-page excerpt of a true and correct copy of the Transcript of Deposition of Mr. Hughes on February 28, 2025 and Errata Sheet signed by Mr. Hughes. The original document before redactions was 55 pages.
- Amended Exhibit 15, a 49-page excerpt of a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri. The original document before redactions was 61 pages.
- Amended Exhibit 16, a 9-page excerpt of a true and correct copy of the Transcript of Deposition of Mr. Daniel Newman on February 7, 2025 and Errata Sheet signed by Mr. Newman. The original document before redactions was 43 pages.
- Amended Exhibit 17, a 26-page excerpt of a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan. The original document before redactions was 46 pages.
- Amended Exhibit 18, a 10-page excerpt of a true and correct copy of the Transcript of Deposition of Mr. Joshua Slater on February 6, 2025 and Errata Sheet signed by Mr. Slater. The original document before redactions was 48 pages.
- Amended Exhibit 20, a 20-page excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00005782. The original document before redactions was 359 pages.
- Amended Exhibit 22, an 8-page excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006354. The original document before redactions was 22 pages.

- Amended Exhibit 23, an 18-page excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006471. The original document before redactions was pages.

- Amended Exhibit 24, an 8-page excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006779. The original document before redactions was 26 pages.

- Amended Exhibit 25, a 17-page excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00007395. The original document before redactions was 34 pages.

- Amended Exhibit 27, a 16-page excerpt of a true and correct copy of an excerpt of a document produced by Viasat with the Bates No. VIASAT_00008738. The original document before redactions was 172 pages.

- Amended Exhibit 32, a 22-page excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00060099. The original document before redactions was 92 pages.

All materials identified above include information that has been designated by Defendant Viasat Inc. ("Viasat") as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 90) or contain multiple references to information that Viasat has so designated. Plaintiffs take no position on whether the material should be sealed. Sandisk expects Viasat to provide the evidence in support of sealing.

For the reasons above, Sandisk respectfully requests that the materials identified above be filed under seal or redacted.

DATED: October 28, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer
Brian M. Buroker
Robert A. Vincent
Lillian J. Mao
Ahmed ElDessouki
Shuo Zhang

*Attorneys for Plaintiffs*