L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>                              Plaintiffs,<br><br>          v.<br><br>VIASAT, INC.,<br><br>                              Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF SHUO ZHANG IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Shuo Josh Zhang, declare as follows:

1.    I am an attorney duly licensed to practice law in the District of Columbia and the State of California, and have been admitted *pro hac vice* to appear in this action.

2.    I am an attorney with the law firm Gibson, Dunn & Crutcher LLP and I am one of the attorneys representing Plaintiffs Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd., (together "Plaintiffs" or "Sandisk") in this action.  I make this declaration in support of SanDisk's Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. I have personal knowledge of the matters stated herein and, if asked, could competently testify thereto.

3.    Sandisk filed an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed on July 3, 2025.  Dkt. 241.

4.    On October 21, 2025, the Court ordered Plaintiffs to submit an amended motion to seal appropriately excerpted Exhibits 14–18, 20, 22, 23–25, 27, and 32 .  Dkt. 275 at 9.

5.    Attached as **Amended Exhibit 14** is an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Hughes on February 28, 2025 and Errata Sheet signed by Mr. Hughes.

6.    Attached as **Amended Exhibit 15** is an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri.

7.    Attached as **Amended Exhibit 16** is an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Daniel Newman on February 7, 2025 and Errata Sheet signed by Mr. Newman.

8.    Attached as **Amended Exhibit 17** is an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan.

1

9.      Attached as **Amended Exhibit 18** is an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Joshua Slater on February 6, 2025 and Errata Sheet signed by Mr. Slater.

10.      Attached as **Amended Exhibit 20** is an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00005782.

11.      Attached as **Amended Exhibit 22** is an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006354.

12.      Attached as **Amended Exhibit 23** is an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006471.

13.      Attached as **Amended Exhibit 24** is an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006779.

14.      Attached as **Amended Exhibit 25** is an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00007395.

15.      Attached as **Amended Exhibit 27** is an excerpt of a true and correct copy of an excerpt of a document produced by Viasat with the Bates No. VIASAT_00008738.

16.      Attached as **Amended Exhibit 32** is an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00060099.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of October 2025 in Washington, DC.

By:  */s/ S. Josh Zhang*
Shuo Josh Zhang

2

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

*/s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

3

SHUO ZHANG DECLARATION IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG