IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>         Defendant. | CASE NO. 4:22-cv-4376-HSG<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

ORDER RE: PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

The Court, having considered Plaintiffs' Amended Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with the supporting Declarations, finds that there are compelling reasons to seal the portions identified in Plaintiffs' Motion. Specifically, the Court orders the following remain under seal:

- Exhibit 14, an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Hughes on February 28, 2025 and Errata Sheet signed by Mr. Hughes.
- Exhibit 15, an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Jason Neri on February 5, 2025 and Errata Sheet signed by Mr. Neri.
- Exhibit 16, an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Daniel Newman on February 7, 2025 and Errata Sheet signed by Mr. Newman.
- Exhibit 17, an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Des O'Sullivan on February 26, 2025 and Errata Sheet signed by Mr. O'Sullivan.
- Exhibit 18, an excerpt of a true and correct copy of the Transcript of Deposition of Mr. Joshua Slater on February 6, 2025 and Errata Sheet signed by Mr. Slater.
- Exhibit 20, an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00005782.
- Exhibit 22, an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006354.
- Exhibit 23, an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006471.
- Exhibit 24, an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00006779.
- Exhibit 25, an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00007395.
- Exhibit 27, an excerpt of a true and correct copy of an excerpt of a document produced by Viasat with the Bates No. VIASAT_00008738.

Gibson, Dunn & Crutcher LLP

1

ORDER RE: PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

- Exhibit 32, an excerpt of a true and correct copy of a document produced by Viasat with the Bates No. VIASAT_00060099.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2

ORDER RE: PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 4:22-CV-4376-HSG

Gibson, Dunn & Crutcher LLP