| | |
|---|---|
| L. Kieran Kieckhefer (SBN 251978)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8337<br>Email: KKieckhefer@gibsondunn.com | Ahmed ElDessouki (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2345<br>AElDessouki@gibsondunn.com |
| Robert A. Vincent (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923<br>Telephone: 214.698.3281<br>RVincent@gibsondunn.com | Brian M. Buroker (*pro hac vice*)<br>Shuo Zhang (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M St, N.W.<br>Washington DC 20036-4504<br>BBuroker@gibsondunn.com<br>SZhang@gibsondunn.com |
| Lillian J. Mao (SBN 267410)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5307<br>LMao@gibsondunn.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I caused a copy of the following documents, filed under seal, to be served on counsel for defendant Viasat, Inc. via email to qe-viasat-wd@quinnemanuel.com:

- Sandisk's Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed
- Amended Exhibit 14 to Zhang Declaration
- Amended Exhibit 15 to Zhang Declaration
- Amended Exhibit 16 to Zhang Declaration
- Amended Exhibit 17 to Zhang Declaration
- Amended Exhibit 18 to Zhang Declaration
- Amended Exhibit 20 to Zhang Declaration
- Amended Exhibit 22 to Zhang Declaration
- Amended Exhibit 24 to Zhang Declaration
- Amended Exhibit 25 to Zhang Declaration
- Amended Exhibit 27 to Zhang Declaration
- Amended Exhibit 32 to Zhang Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October 2025 in Washington, DC

/s/ S. Josh Zhang
S. Josh Zhang