# Exhibit 15



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

- - - - - - - - - - - - - -x

SANDISK TECHNOLOGIES,          :

INC., et al.,                  :

        Plaintiffs,     :   Civil Action No.

  v.                           :   4:22-CV-04376-HSG

VIASAT, INC.,                  :

        Defendant.

- - - - - - - - - - - - - -x


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


Videotaped Deposition of Jason Neri, as corporate

representative of Viasat, Inc., and in his personal

capacity

Boston, Massachusetts

February 5, 2025

9:20 a.m.


Job No.: 010215

Pages: 1 - 192

Reported By: Alan H. Brock, RDR, CRR

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 2

1     A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFFS AND THE WITNESS:
3     BRIAN M. BUROKER, ESQ.
4     SHUO JOSHUA ZHANG, ESQ.
5     GIBSON, DUNN & CRUTCHER LLP
6     1700 M Street, N.W.
7     Washington, D.C. 20036
8     202.955.8500
9     bburoker@gibsondunn.com
10    szhang@gibsondunn.com
11
12  ON BEHALF OF DEFENDANT:
13    PATRICK D. CURRAN, ESQ.
14    QUINN EMANUEL URQUHART & SULLIVAN, LLP
15    111 Huntington Avenue, Suite 520
16    Boston, Massachusetts 02199
17    617.712.7100
18    patrickcurran@quinnemanuel.com
19
20
21  ALSO PRESENT:
22    Colin Ward, Viasat
23    Deane Carstensen, Videographer
24
25

Page 3

1     C O N T E N T S
2  EXAMINATION OF JASON NERI         PAGE
3     By Mr. BUROKER              6
4     By MR. CURRAN              184
5     By Mr. BUROKER             188
6
7     E X H I B I T S
8     (Attached to transcript.)
9  NERI DEPOSITION EXHIBITS         PAGE
10 Exhibit 1  Defendant Viasat, Inc.'s   8
11    Responses & Objections to
12    Plaintiffs' Notice of Rule
13    30(b)(6) Deposition of Defendant
14    Viasat, Inc.
15 Exhibit 2  Email chain          8
16 Exhibit 3 ████████ VIASAT_00005782 -
18    00005926
19 Exhibit 4  Blown-up diagram from   30
20    VIASAT_00005798
21 Exhibit 5  Blown-up diagram    80
22 Exhibit 6  Blown-up diagram from   80
23    VIASAT_00005799
24 Exhibit 7  ██████████,        92
25    VIASAT_00006779 - 0000604

Page 4

1  Exhibit 8  Portion of document,    93
2     VIASAT_00008738 - 00008848
3  Exhibit 9 ████████████████
5     VIASAT_00007343 - 00007394
6  Exhibit 10 ████████████,
8     VIASAT_00008420 - 0000424
9  Exhibit 11 ██████████,      133
10    VIASAT_00006471 - 00006537
11 Exhibit 12  Viasat, Inc.'s First Supplemental  139
12    Objections and Responses to
13    Plaintiffs' Second Set of
14    Interrogatories Nos. 9 to 15
15 Exhibit 13 ████████ VIASAT_00016425 -
17    00016427
18 Exhibit 14 ████████████
21    ██████, VIASAT_00017825 -
22    00017830
23 Exhibit 15  "Viasat Using Open Caching to   182
24    Bring Free fuboTV to Connected
25    Flights"

Page 5

1     February 5, 2025    9:20 a.m.
2     P R O C E E D I N G S
3        THE VIDEOGRAPHER:  Good morning.  We are
4  now on the record.  Today's date is February 5th,
5  2025.  The time right now is 9:20 a.m. Eastern
6  Standard Time.
7        This is the video deposition of Jason Neri
8  in the matter of SanDisk Technologies, Inc., versus
9  Viasat, Inc., filed in the United States District
10 Court, Northern District of California, Oakland
11 Division, Case No. 4:22-cv-4376-HSG.
12       This deposition is taking place at 111
13 Huntington Ave., Boston, Massachusetts.
14       My name is Deane Carstensen.  I'm the
15 videographer, representing TransPerfect Legal
16 Solutions.
17       Would counsel on the conference please
18 identify themselves and state whom you represent,
19 beginning with the questioning attorney.
20       MR. BUROKER:  This is Brian Buroker, from
21 Gibson Dunn, on behalf of SanDisk.  We also have Josh
22 Zhang, from Gibson Dunn, on behalf of SanDisk.
23       MR. CURRAN: Patrick Curran, Quinn Emanuel,
24 on behalf of defendant Viasat and the witness.
25       MR. BUROKER:  Thank you.  Our court

2 (Pages 2 to 5)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



**Page 6**

1  reporter today is Alan Brock, also representing
2  TransPerfect.  Our court reporter will swear in the
3  witness, and then we may proceed.
4           JASON NERI,
5  being first duly sworn or affirmed to testify to the
6  truth, the whole truth, and nothing but the truth, was
7  examined and testified as follows:
8           EXAMINATION
9  BY MR. BUROKER:
10     Q.  Good morning.  Could you please state your
11  full name for the record.
12     A.  Jason Neri.
13     Q.  And where do you currently reside, Mr. Neri?
16     Q.  And do you have a work address?
17     A.  I work at home.
18     Q.  Are you assigned to a work location within
19  Viasat?
20        MR. CURRAN:  Objection, form.
21     A.  My technical location is remote.

**Page 7**

**Page 8**

11        MR. BUROKER:  For the record, I'll go
12  ahead and mark an exhibit.
13        (Exhibit 1 marked for identification.)
14        (Exhibit 2 marked for identification.)
15     Q.  So Exhibit 1 is defendant Viasat, Inc.'s
16  responses and objections to plaintiffs' notice of Rule
17  30(b)(6) deposition of defendant Viasat, Inc.
18        Have you ever seen this document before?
19     A.  Yes.
20     Q.  And Exhibit 2 is an email exchange dated
21  January 31st, 2025 -- or at least the top email, from
22  Hannah Dawson to Ahmed ElDessouki and others, that
23  lists a number of topics under your name.  Have you
24  seen that document before?
25     A.  I've seen the first page of the document.

**Page 9**

1     Q.  The first and second page, where it lists
2  topics under your name?
3     A.  Yes.
4     Q.  And if you'll notice on that first page,
5  there are also topics listed under a Mr. Dan Newman.
6  Do you see that?
7     A.  Yes, I see that.
8     Q.  Do you know Mr. Newman?
9     A.  I do.
10     Q.  And how do you know Mr. Newman?
11     A.  He and I work at Viasat.
12     Q.  Is he your supervisor?
13     A.  No.
14     Q.  Do you report to him in any way?
15        MR. CURRAN:  Objection, form.
16     A.  No.
17     Q.  Do you work with Mr. Newman on any projects?
18     A.  Yes.
19     Q.  Which projects do you work with him on?
20     A.  VCDS.
21     Q.  So, for example, with Topic 1, he's
22  designated related to VCDS and so are you.  Do you see
23  that?
24        MR. CURRAN:  Objection, form.
25     A.  Yes.

3 (Pages 6 to 9)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 26

1   documents does Viasat have that describes how VCDS
2   operates?
3        MR. CURRAN:  Objection, form and scope.
4   A.  Are we talking about this document?
5   Q.  No, generally I'm asking what kinds of
6   documents does Viasat maintain to describe how the
7   VCDS system operates?
8        MR. CURRAN:  Objection, form and scope.
9   A.  Design documents.
10  Q.  Any others?
11       MR. CURRAN: Same objections.
12  A.  Source code.



TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 30

2      Q.   I'll represent that's just the same diagram
3  blown up to make it easier to see.
4           MR. CURRAN: And for the record, this is
5  the diagram on VIASAT_00005798?
6           MR. BUROKER:  Correct.
7           (Exhibit 4 marked for identification.)

11          Have you ever seen that diagram before?
12          MR. CURRAN:  Objection, form and scope.
13     A.   The diagram looks familiar.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 34

Page 35

Page 36

Page 37

5    Q.  I'll try.  Under what circumstances or when
6    does the VCDS client cache content onto the S4 server?
7          MR. CURRAN:  Objection, form and scope.
8    A.  One case is when it finds files in the folder
9    named ███
10   Q.  So does the VCDS client have access to the
11   folder that is named ███?
12   A.  Yes.

15   Q.  And do you know the communication technology
16   that's used to communicate between that modem and the
17   S4 server?
18         MR. CURRAN:  Objection, form and scope.
19   A.  Can you ask a more specific question?
20   Q.  Yes.  Is it Ethernet?  What form of
21   communication is used between the Viasat M3 modem and
22   the Viasat S4 server?
23         MR. CURRAN: Same objections.
24   A.  Yes, Ethernet.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 38

Page 39

Page 40

Page 41

14      THE VIDEOGRAPHER:  We are now back on the
15  record.  The time is 10:40.
16      Q.  To your knowledge, does the Viasat inflight
17  entertainment system enable consumers to request video
18  on demand?
19      MR. CURRAN:  Object to scope and form.
20      A.  The Viasat inflight entertainment system has
21  movies that passengers can watch on the plane.

11 (Pages 38 to 41)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 42



3      Q.   Is another method by which those movies can
4   be loaded onto the Viasat server is over the Viasat
5   content delivery system?
6          MR. CURRAN:  Objection, form.
7      A.   Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 46

9    Q.  What about the Disney+ integration?

Page 47

4    Q.  Any portion of the storage that's separated
5    in any way from other portions of the storage.
6         MR. CURRAN:  Object to the form and scope.
7    A.  The VCS client stores -- or caches Disney
8    content
9    Q.  Is the source code that determines where
10   content is stored in the cache within the
11   ?
12        MR. CURRAN:  Object to form.
13   A.  Can you ask that question again?
14   Q.  Yeah.  Is the source code that when executed
15   determines where to store different content within the
16   cache, is that within                   , or is that a
17   different section of code?
18        MR. CURRAN:  Objection, form.
21   Q.  Do you know what portion of
22   ?
23        MR. CURRAN:  Object to form and scope.

Page 48

1    the content.

Page 49

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 50

Page 51

Page 52

Page 53

```
12        Q.  What is the function of the route that was
13   added to the S4 server for the JetBlue implementation
14   of over-the-top VOD?
15        MR. CURRAN:  Objection, form and scope.
16        A.  It enables a request for a file from a PED to
17   reach the VCDS client.
18        Q.  Do you know what the contents of that request
19   include?
20        MR. CURRAN:  Object to form and scope.
21        A.  The request is an HTTP request.
22        Q.  Do you know where within the source code the
23   implementation of creating that request is located?
24        MR. CURRAN:  Object to the form and scope.
25        A.  The request is created by the PED, and I'm
```

14  (Pages 50 to 53)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



**Page 54**

1  not aware of the source code for the PED.
2      Q.  In addition to the URL, is there any other
3  content -- I'm sorry, strike that.
4      You said -- in addition to the HTTP
5  request, do you know what other content there is in
6  the HTTP request?
7      MR. CURRAN:  Object to the form.
8      Q.  Let me start over.  An HTTP request often has
9  contents to it.  Do you agree?
10     MR. CURRAN:  Object to form and scope.
11     A.  An HTTP request has a structure to it.

**Page 55**

16     Q.  Other than the URL to which that HTTP request
17  is directed, what other content is in that request
18  from the PED?
19     MR. CURRAN:  Object to form and scope.
20     A.  HTTP headers.
21     Q.  Anything else?
22     MR. CURRAN:  Same objections.
23     A.  HTTP payload.

**Page 56**

24     Q.  And just to be clear:  The path that PED
25  requests that you mentioned, that goes to the S4

**Page 57**

1  server, which then sends it to the modem; is that
2  correct?
3      MR. CURRAN:  Objection, form and scope.
4      A.  The S4 server routes the request to the VCDS
5  client that runs on the M3 modem.
6      Q.  And then the VCDS client, does it
7  subsequently route the request through the modem over
8  the satellite dish to the Viasat content delivery
9  service?
10     MR. CURRAN:  Objection, form and scope.
11     A.  The VCS client terminates the connection for
12  the HTTP request from the PED.
13     Q.  How does the HTTP request then get delivered
14  to the Viasat content delivery service?
15     MR. CURRAN:  Objection, form and scope.
16     A.  The HTTP request from the PED is routed
17  through the S4 to the VCS client.
18     Q.  So is it the VCDS client that is the one that
19  looks for the file to return?
20     MR. CURRAN:  Objection, form and scope.
21     A.  Yes.
22     Q.  It doesn't go all the way down to the Viasat
23  content delivery service on the ground?
24     MR. CURRAN:  Same objections.
25     A.  If the VCDS client finds the file in the

15 (Pages 54 to 57)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 58

1  cache on the S4 storage device, it responds with that
2  file to the PED request.
3      Q.  And if it doesn't find the file on the cache,
4  what does the VCDS client do in response to the
5  request?
6          MR. CURRAN:  Objection, form and scope.
7      A.  The VCDS client will create a VCDS request
8  for the file.
9      Q.  Is there a specific function within the ▮▮▮
▮▮ ▮▮▮▮ source code where that takes place?
11         MR. CURRAN:  Objection, form and scope.
12     A.  Yes.
13     Q.  Do you know the name of that function?
14         MR. CURRAN:  Same objections.
15     A.  I do not recall the name of the function.
16     Q.  And then what does the Viasat content
17 delivery service do in response to the VCDS request
18 for the file?
19         MR. CURRAN:  Objection, form, scope, and
20 incomplete hypothetical.
21     A.  One thing it does is, it creates an HTTP
22 request to the origin for that file.
23     Q.  When you say "origin," that would be one of
24 the Disney providers; is that correct?
25         MR. CURRAN:  Objection, form.

Page 59

1      A.  In the context of Disney, it would be a
2  Disney server.
3      Q.  In order to use the over-the-top
4  video-on-demand service for Disney+ content, does the
5  user have to log in with Disney+?
6          MR. CURRAN:  Objection, form and scope.
7      A.  Yes.
8      Q.  Does that occur before the user can request a
9  specific file?
10         MR. CURRAN: Same objections.
11     A.  Yes.

Page 60

Page 61

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 62

Page 63

Page 64

14    Q.  Does it include any data regarding the
15  device?
16         MR. CURRAN:  Objection, form and scope.
17    A.  There is a user agent string, which indicates
18  the type of application that's being used by the user.
19    Q.  Anything else, other than the user agent
20  string, that you recall being in that header?
21         MR. CURRAN:  Objection, form and scope.
22    A.  There are a lot of headers.  Can you be more

Page 65

17 (Pages 62 to 65)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 66

Page 67

Page 68

Page 69

24    Q.   And what then happens upon that selection of
25    a channel he or she wants to watch?

18  (Pages 66 to 69)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| Page 70 | Page 71 |
|---|---|

### Page 70

1  MR. CURRAN:  Object to form.
2  A.  One step is that the video player in the PED
3  makes a request to -- for a file to the live-TV
4  destination.
5  Q.  And is that request sent to the S4 server?
6  MR. CURRAN:  Objection, form.
7  A.  Yes.
8  Q.  So do the airplanes that have live TV enabled
9  have a routing file added to the S4 server in order to
10  enable the routing of those live-TV requests to the
11  VCDS client?
12  MR. CURRAN:  Objection, form.
13  A.  There is a route on the S4 allowing the PED
14  HTTP requests to reach the VCS client, yes.
15  Q.  So do you know what the contents of the HTTP
16  request of the live-TV instances contains?
17  MR. CURRAN:  Object to form.
18  A.  The HTTP requests for live TV would have the
19  same HTTP structured elements as any other HTTP
20  request.

### Page 72

2  Q.  Do you know -- looking again here at the VCDS
3  client box and then the arrow that goes out to the
4  right that is within the S4 server, do you know
5  whether there's any communication back and forth
6  between the S4 server prior to delivery from the VCDS
7  client of new files?
8  MR. CURRAN:  Object to the form and the
9  scope.
10  A.  Can you be more specific about that line
11  you're asking about?
12  Q.  Yeah.
13  MR. CURRAN: Just for the record, we're
14  talking about Exhibit 4; is that correct.
15  MR. BUROKER:  Still looking at Exhibit 4,
16  yeah.
17  Q.  So there's the VCDS client green box that's
18  below the M3 modem; that box.  And there's an arrow to
19  the right where there's a folder.
20  A.  Uh-huh.
21  Q.  Is there communication from the S4 server to
22  the VCDS client as well?
23  MR. CURRAN:  Objection, form.
24  A.  For which use case?
25  Q.  For any use case.

### Page 73

24  Q.  So this is an app that works on -- strike
25  that.

19  (Pages 70 to 73)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 74

21    Q.  Does the IPTV application interact with the
22  cache, the cache that's on the S4 server?
23        MR. CURRAN:  Object to the form and scope.
24    A.  The IPTV app sends HTTP requests to the VCS
25  client, which has access to the cache.

Page 75

Page 76

Page 77

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 98

Page 99

Page 100

Page 101

4      Q.   Is the VCDS system for residential use, is
5    that the same client as the VCDS client that operates
6    on the airplane, or an airplane?
7         MR. CURRAN:  Object to form.
8      A.   Yes.

26 (Pages 98 to 101)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 106

Page 107

Page 108

Page 109

```
1    document?
2    A.  Yes.
3    Q.  Did you help prepare any of the contents of
4  this document?
5        MR. CURRAN:  Object to form.
6    A.  Yes.
```

```
21       (Exhibit 9 marked for identification.)
22    Q.  So what's been marked as Exhibit 9 is a
23  document Bates number VIASAT  00007343 to 7394.  The
24  front cover says VCDS Overview:  Viasat Content
25  Delivery Service, May 2020.  Do you recognize this
```

28  (Pages 106 to 109)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 110

Page 111

Page 112

Page 113

22      THE VIDEOGRAPHER:  We are now on the
23   record.  The time is 2:56.
24      Q.  Welcome back.  Same document, if you could go
25   to the page that ends in 7349.  Along the left there's

29 (Pages 110 to 113)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 114

Page 115

Page 116

Page 117

```
20          Q.  And the terminal in the VCDS environment,
21     that terminal is -- is that the S4 server system?
22          A.  No.
23          Q.  What is it?  What is the terminal?
24          A.  It's referring to the satellite modem.
25          Q.  With the VCS -- VCDS client running on it;
```

30 (Pages 114 to 117)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 118

Page 119

Page 120

Page 121

31 (Pages 118 to 121)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 126

Page 127

16      (Exhibit 10 marked for identification.)
17    Q.  So what's been marked as Exhibit 10 is Bates
18  No. VIASAT_00008420 to 8422.  The front cover says
19  "████████████████████████████."
20  Do you recognize this document?
21      MR. CURRAN: Just for the record, I believe
22  the document goes to 8424.
23      MR. BUROKER:  Yeah, 8424.  I agree.

Page 128

Page 129

7    Q.  The right side of this diagram from the
8  satellite over, is this accurate in terms of the
9  components of the VCDS system that's used in
10  conjunction with VCDS access from the airplane as
11  well?
12      MR. CURRAN:  Objection, form and scope.
13    A.  The components on the right side of the
14  satellite with VCDS names are part of the VCDS back
15  end.
16    Q.  So within the core node -- I think I've
17  already talked about this.  Within the ████████ box
18  there's something that says "████████████."  Do you see
19  that?
20      MR. CURRAN:  Objection, form and scope.
21    A.  Yes.
22    Q.  What does the ████████ do in the VCDS back
23  end?
24      MR. CURRAN:  Objection, form and scope.
25    A.  One thing it does is, it creates HTTP

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 130

1    requests for content provider files and sends those
2    requests to the ███████████.
3        Q.   And does it create those HTTP requests based
4    upon information or data it received from a VCDS
5    client?
6        MR. CURRAN:  Objection, form and scope.
7        A.   In some use cases, yes.
8        Q.   In which use cases?
9        MR. CURRAN: Same objections.
10       A.   In the live-TV and video-on-demand use cases.
11       Q.   Do you know what the content of that HTTP
12   request includes?
13       MR. CURRAN:  Objection, form and scope.
14       A.   It would include the same HTTP structure as
15   any HTTP request -- URL headers, payload.
16       Q.   Do you know what information is included in
17   the header file that it creates?  Strike that.
18       Do you know what contents of the header
19   the HTTP request has when the ███████████ creates that
20   request to the ███████?
21       MR. CURRAN:  Objection, form and scope.
22       A.   The contents of the headers would vary based
23   on each request.
24       Q.   Is the code that formulates that HTTP request
25   in the ███████████ source code repository?

Page 131

1        MR. CURRAN:  Objection, form and scope.
2        A.   The code is in the same source control
3    repository.
4        Q.   Same as what?
5        MR. CURRAN:  Objection, form and scope.
6        A.   All of the VCDS code is in the same source
7    control repository.
8        Q.   Right.  There's a folder within that
9    repository for the ███████ source code; is that
10   correct?
11       MR. CURRAN:  Objection, form and scope.
12       A.   Yes.
13       Q.   Is there a separate folder for ███████
14   code, or is it in a larger folder for all ████████
15   ███████████?
16       MR. CURRAN:  Objection, form and scope.
17       A.   It's in its own folder.
18       Q.   Is there a separate folder, then, for the
19   ███████ as well?
20       MR. CURRAN: Same objections.
21       A.   The ███████████ code is in the same
22   folder as the ███████ code, named ███████
23       Q.   And is there a separate folder for the ███████
24   ███████ s code?
25       MR. CURRAN:  Objection, form and scope and

Page 132

1    mischaracterizes.
2        A.   Yes.
3        Q.   What are the dotted boxes at the bottom of
4    the ███████████?  What do they do?
5        MR. CURRAN:  Objection, form and scope.
6        A.   Those boxes are part of the access network.
7        Q.   What do you mean by "access network"?
8        MR. CURRAN: Same objections.
9        A.   On the Internet access network.

Page 133

34  (Pages 130 to 133)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 134

1          MR. CURRAN:  Objection, form and scope.
2      A.  I'm familiar with some of these concepts.
3      Q.  Do you know if this is an accurate depiction
4  of the Viasat IPTV solution?
5          MR. CURRAN:  Objection, scope and form.
6      A.  No, I do not.
7      Q.  In the aircraft box at the bottom, going left
8  to right, it shows seatbacks or PEDs/Portables.  Do
9  you see that?
10     A.  Yes.
11     Q.  And then moving to the right there's Seatback
12  System and WAPs.  Do you see that?
13     A.  Yes.
14     Q.  And then it goes to a server where there's an
15  HLS Client.  Do you see that?
16     A.  Yes.
17     Q.  At a high level, does this accurately
18  describe the flow of data in the current IPTV
19  implementation?
20         MR. CURRAN:  Objection, scope and form.
21     A.  I can't speak to the IPTV accuracy on this
22  diagram.
23     Q.  What about MT?  Do you know what that stands
24  for?
25         MR. CURRAN:  Objection, scope and form.

Page 135

1      A.  Mobile terminal.
2      Q.  And then in the box at the top it says
3  "Viasat Data Center."  Do you see that?
4      A.  Yes.
5      Q.  And inside that there's an IPTV Ground
6  Segment box.  Do you know what that's intending to
7  show?
8          MR. CURRAN:  Objection, scope and form.
9      A.  The IPTV ground segment.
10     Q.  Are you familiar with software that runs in
11  Viasat's data center that is an IPTV ground segment?
12         MR. CURRAN:  Objection, scope and form.
13     A.  No.
14     Q.  Have you ever -- do you know whether there's
15  an IPTV team responsible for content in the back end
16  of Viasat's VCDS system?
17         MR. CURRAN:  Objection, scope and form.
18     A.  There is a team within Viasat responsible for
19  the IPTV ground segment.
20     Q.  Do you know who -- do you know any members of
21  that team?
22         MR. CURRAN:  Objection, scope and form.
23     A.  It's the IPTV team members I've previously
24  named.
25     Q.  Same folks?  Okay.  Do you know what -- in

Page 136

1  the IPTV Ground Segment box, there are several smaller
2  boxes, one of which is CAS.  Do you know what that
3  stands for?
4          MR. CURRAN:  Objection, scope and form.
5      A.  No.
6      Q.  There's a box above it that says
7  Authentication/Authorization.  Do you know what that
8  is for?
9          MR. CURRAN:  Objection, scope and form.
10     A.  No.
11     Q.  Do you know whether in delivering IPTV
12  content Viasat is involved in any authorization or
13  authentication of users at the back end?
14         MR. CURRAN:  Objection, scope and form.
15     A.  I am not aware, no.
16     Q.  Do you know whether Viasat is involved in any
17  authentication or authorization of user devices in
18  delivering IPTV over the VCDS system?
19         MR. CURRAN:  Objection, scope and form.
20     A.  Sorry, you mentioned VCDS, but it's not
21  mentioned here.  Can you rephrase your question?
22     Q.  Right.  In today's implementation, is Viasat
23  involved in any authorization or authentication in its
24  back-end systems of user devices that are requesting
25  IPTV content over your VCDS system?

Page 137

1          MR. CURRAN:  Objection, scope and form.
2      A.  I don't know.
3      Q.  Would any questions about whether there's
4  authorization or authentication -- strike that.
5          If you wanted to find that out, would you
6  go to the IPTV team to ask that question?
7          MR. CURRAN:  Objection, scope, form, and
8  incomplete hypothetical.
9      A.  If I had IPTV-related questions, I would ask
10  the IPTV team.
11     Q.  To your knowledge, is there IPTV-related
12  source code that's, when compiled, executing on the
13  Viasat back-end systems?
14         MR. CURRAN:  Objection, scope and form.
15     A.  Can you repeat the question?
16     Q.  Yeah.  Earlier I think we talked about an
17  IPTV app on the S4 server.  My question now is:  Is
18  there any IPTV-related applications or software
19  running on the Viasat back-end systems?
20         MR. CURRAN:  Objection, scope and form.
21     A.  Can you rephrase your question specific to
22  this diagram or ask a different question?
23     Q.  I'm not asking necessarily about this
24  document.  I'm asking you generally:  The
25  implementation you have today, is there any

35 (Pages 134 to 137)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 150

Page 151

Page 152

Page 153

1    exhibit -- but it's Bates number VIASAT_SC0000374.
2    The file name is ▓▓▓▓▓▓. Here's a
3    copy. This is the way it's printed out. I'm sure
4    you're not used to seeing it in that form. It does
5    not print with line numbers, but I will hopefully be
6    able to show you where we're looking at.
7        So are you familiar with this file?
8    A. Yes.

24       Q. The first file I want to ask you about is
25    in -- on the Bates number -- we are now making this an

39 (Pages 150 to 153)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 154

Page 155

Page 156

Page 157

the VCS client.
1    the VCS client.
2    Q.   And is that VCDS client software?  I
3    shouldn't ask it that way.
4         Is the VCDS client -- that's a piece of
5    software; right?
6         MR. CURRAN:  Objection, form.
7    A.   The VCS client is software that runs as an
8    application on a host platform.
9    Q.   And in the current implementation that's an
10   M3 modem; is that correct?
11        MR. CURRAN:  Objection, form.
12   A.   In the commercial aviation use case, the host
13   platform for the Viasat content delivery service
14   client is the M3.
15   Q.   So the ████████████ function on the
16   commercial aviation example would generate a user
17   token that's based on the mac address of the modem; is
18   that correct?
19        MR. CURRAN:  Objection, form.
20   A.   The function is using a function -- other
21   function to get the mac address of the host platform.

16   Q.   So does this -- well, what is the function of
17   ████████████ in this context?
18        MR. CURRAN:  Objection, form.
19   A.   The function gets the user token to use and
20   communications with ████████
21   Q.   And the user token in this context you said
22   is based upon the mac address of the VCDS client; is
23   that correct?
24        MR. CURRAN:  Objection, form and scope.
25   A.   The user token is the unique identifier for

40  (Pages 154 to 157)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 162

Page 163

12    Q.  If you look at -- let me give you a different
13    folder, the binder that has 191 in it.  It's the
14    second -- you have three binders.  I'm looking for the
15    page that's 189.  It's probably the middle one there.
16          189 has a file name
         .  Are you familiar with that file?
18          MR. CURRAN:  Object to form.
19    A.  Yes.

Page 164

Page 165

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 166

Page 167

1
2    Q.  So when it starts up on that host platform,
3    this ███████ or flag is set to yes or no based on
4    the mount?  So what is the mount you're referring to?
5        MR. CURRAN:  Objection, form.
6    A.  The VCS client checks the mount table of the
7    host platform for storage devices that it could use as
8    a cache.
9    Q.  And how does the value for ███████ or not
10   ███████ get created in this mount platform?  Mount
11   table; sorry.
12       MR. CURRAN:  Objection, form.
13   A.  Sorry, can you ask that question again?
14   Q.  So if the VCDS client checks the mount table
15   for the storage devices that it could use as a cache,
16   is one of the values in that table an indication of
17   whether that storage device is ███████ or not?
18       MR. CURRAN:  Objection, form.
19   A.  If the VCS client sees a mount path in that
20   table that matches a certain string value, then it
21   either sets the ███████ flag to true or false.
22   Q.  And what string value would indicate whether
23   it's ███████ or not?
24       MR. CURRAN:  Objection, form.
25   A.  It's a string value or constant defined in

Page 168

1    the ███████ source code.
2    Q.  Where in that source code is that string
3    value defined?
4    A.  I believe it's

Page 169

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 170

Page 171

that the file
?

Page 172

Page 173

1    A. Yes.
2    Q. And it's labeled ████████████;
3    correct?
4    A. Yes.
5    Q. What is the general purpose of the ████
6    █
7        MR. CURRAN: I'm going to object to form
8    and also just note for the record that this is an
9    excerpt going from page 178 to 183.

23    Q. So then I wanted to ask you about the file
24    that's at 178, which is behind Tab 16 of that binder.
25    It's Bates source code 718, the first page.

44 (Pages 170 to 173)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 174

Page 175

Page 176

12    Q.  I've done with the source code.  If you want
13  to move that out of the way or put that away, that's
14  fine.
15        Are you familiar at all with the Disney
16  tokenization methods with respect to the Disney+
17  video-on-demand system VCDS?
18        MR. CURRAN:  Objection, form and scope.
19    A.  I'm aware that the content provider, Disney,
20  has certain requirements for content delivery
21  networks.
22    Q.  And what requirements for content delivery
23  networks are you aware of that Disney has?
24        MR. CURRAN:  Objection, scope and form.
25    A.  There are many of them.  Can you ask a more

Page 177

1   specific question?
2     Q.  Yeah.  Is there any tokenization requirements
3   that involve delivery of a token generated at the user
4   device to be able to access Disney+ content?
5         MR. CURRAN:  Objection, form and scope.
6     A.  There are Disney requirements describing how
7   content delivery networks can validate a token in a
8   Disney URL.
9     Q.  Does Viasat validate tokens in a Disney URL?
10        MR. CURRAN:  Objection, form and scope.
11    A.  Some parts of the VCS system validate tokens,
12  Disney+ tokens in a Disney URL.
13    Q.  And what parts are those?
14        MR. CURRAN:  Objection, form and scope.
15    A.  Parts in the VCS back end.
16    Q.  Do you know which parts of the back end?
17        MR. CURRAN: Same objections.
18    A.  Yes.
19    Q.  Which parts of the back end validate tokens
20  in Disney URLs?
21        MR. CURRAN:  Objection, form and scope.
22    A.  The ███████████.
23    Q.  The token that the ███████████ validates,
24  is that included in the URL that the user device
25  transmits?

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



Page 178

1  MR. CURRAN:  Objection, form, scope, and
2  incomplete hypothetical.
3  A.  The Disney+ application on the user's device
4  generates the token, which is in the URL of the
5  request.

Page 179

9  (Exhibit 13 marked for identification.)
10  Q.  So what's been marked as Exhibit 13 is
11  VIASAT_00016425 to 427.  The top title says
    ).  Are you familiar
13  with this document?
14  A.  Yes.

Page 180

Page 181

11  Q.  And you said the fields that you are
12  validating are the ones listed under the Claims
13  section on Page 16426?
14  MR. CURRAN:  Objection, form, and
15  mischaracterizes.
16  A.  Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 182



TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 190

1      MR. CURRAN:  Objection, scope.
2      A.  I'm not aware of any encryption used during
3   storage of content in the aviation use case.
4      Q.   Who would be most knowledgeable about whether
5   there's encryption or not on the S4 server?  Cache,
6   sorry.
7           In the storage device for the S4 server.
8           MR. CURRAN:  Objection, form and scope.
9      A.  I don't know.
10          MR. BUROKER:  I have no further questions,
11   subject to the same objection before.
12          MR. CURRAN: No further questions.
13          THE VIDEOGRAPHER:  This concludes today's
14   portion.  We are going off the record at 6:29 Eastern
15   Standard Time.  Total run time of media use was seven
16   hours.
17          (The deposition concluded at 6:29 p.m.)
18
19
20
21
22
23
24
25

Page 191

1           ACKNOWLEDGMENT OF DEPONENT
2
3      I, Jason Neri, do hereby acknowledge that I
4   have read and examined the foregoing testimony, and
5   the same is a true, correct and complete
6   transcription of the testimony given by me, and any
7   corrections appear on the attached Errata sheet
8   signed by me.
9
10
11
12      (Date)                (Signature)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 192

1           CERTIFICATE OF COURT REPORTER
2
3      I, Alan H. Brock, Registered Diplomate
4   Reporter and Notary Public, the officer before whom
5   the foregoing deposition was taken, do hereby
6   certify that the foregoing transcript is a true and
7   correct record of the testimony given; that said
8   testimony was taken by me stenographically and
9   thereafter reduced to typewriting under my
10   supervision; that reading and signing was not
11   requested; and that I am neither counsel for nor
12   related to nor employed by any of the parties to
13   this case and have no interest, financial or
14   otherwise, in its outcome.
15          IN WITNESS WHEREOF, I have hereunto set
16   my hand and affixed my notarial seal this 8th day of
17   February, 2025.
18          My commission expires March 25, 2027.
19
20
21
22   _____
23   Alan H. Brock, RDR, CRR
24
25

Page 193

1           *** ERRATA SHEET ***
            TRANSPERFECT DEPOSITION SERVICES
2           216 E. 45th Street, Suite #903
            NEW YORK, NEW YORK 10017
3           (212) 400-8845
4   CASE: SANDISK TECHNOLOGIES vs. VIASAT, INC.
    DATE: FEBRUARY 5, 2025
5   WITNESS: Jason Neri    REF: 10215
6   PAGE LINE FROM              TO
7        |     |                 |
8        |     |                 |
9        |     |                 |
10       |     |                 |
11       |     |                 |
12       |     |                 |
13       |     |                 |
14       |     |                 |
15       |     |                 |
16       |     |                 |
17       |     |                 |
18       |     |                 |
19       |     |                 |
20
21
22           Jason Neri
23   Subscribed and sworn to before me
24   this        day of           , 20  .
25           Notary Public

49 (Pages 190 to 193)

SANDISK TECHNOLOGIES,INC., et al. v. VIASAT, INC.
4:22-CV-04376-HSG

**FEBRUARY 5, 2025 DEPOSITION OF JASON NERI**

I, Jason Neri, do hereby certify that I have read and understand the foregoing transcript and believe it to be true, accurate, and complete transcript of my testimony, subject to the list of changes below, if any.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 11 | 1 | VCS | VCDS | Transcription error |
| 18 | 9 | Exceed | Excede | Transcription error |
| 18 | 17 | Exceed | Excede | Transcription error |
| 23 | 19 | VCS | VCDS | Transcription error |
| 23 | 20 | VCS | VCDS | Transcription error |
| 24 | 3 | VCS | VCDS | Transcription error |
| 24 | 13 | VCS | VCDS | Transcription error |
| 24 | 14 | VCS | VCDS | Transcription error |
| 25 | 1 | VCS | VCDS | Transcription error |
| 28 | 21 | VCS | VCDS | Transcription error |
| 33 | 25 | VCS | VCDS | Transcription error |
| 34 | 19 | VCS | VCDS | Transcription |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
|      |      |           |             | error |
| 38 | 8 | VCS | VCDS | Transcription error |
| 39 | 10 | VCS | VCDS | Transcription error |
| 42 | 20 | VCS | VCDS | Transcription error |
| 47 | 7 | VCS | VCDS | Transcription error |
| 47 | 19 | VCS | VCDS | Transcription error |
| 47 | 24 | VCS | VCDS | Transcription error |
| 51 | 19 | VCS | VCDS | Transcription error |
| 52 | 22 | VCS | VCDS | Transcription error |
| 56 | 17 | VCS | VCDS | Transcription error |
| 56 | 22 | VCS | VCDS | Transcription error |
| 57 | 11 | VCS | VCDS | Transcription error |
| 57 | 17 | VCS | VCDS | Transcription error |
| 61 | 18 | VCS | VCDS | Transcription error |
| 65 | 13 | Refer | Referer | Transcription error |
| 70 | 14 | VCS | VCDS | Transcription |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
|  |  |  |  | error |
| 70 | 25 | TVs | TV | Transcription error |
| 74 | 13 | VCS | VCDS | Transcription error |
| 74 | 24 | VCS | VCDS | Transcription error |
| 77 | 20 | VCS | VCDS | Transcription error |
| 77 | 25 | VCS | VCDS | Transcription error |
| 78 | 6 | VCS | VCDS | Transcription error |
| 78 | 13 | VCS | VCDS | Transcription error |
| 83 | 9 | VCS | VCDS | Transcription error |
| 87 | 17 | VCS | VCDS | Transcription error |
| 87 | 23 | VCS | VCDS | Transcription error |
| 89 | 16 | VCS | VCDS | Transcription error |
| 89 | 17 | VCS | VCDS | Transcription error |
| 90 | 4 | VCS | VCDS | Transcription error |
| 94 | 2 | VCS | VCDS | Transcription error |
| 96 | 5 | VCS | VCDS | Transcription |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
|      |      |           |             | error |
| 96 | 5-6 | A.  For the services that VCS supports, content is served from cache and then cases, which is less content served over the air. | For the services that VCDS supports, content is served from cache in some cases, which is less content served over the air. | Transcription error |
| 96 | 19 | VCS | VCDS | Transcription error |
| 102 | 12 | VCS | VCDS | Transcription error |
| 104 | 15 | VCS | VCDS | Transcription error |
| 104 | 16 | VCS | VCDS | Transcription error |
| 104 | 18 | VCS | VCDS | Transcription error |
| 104 | 25 | VCS | VCDS | Transcription error |
| 105 | 8 | VCS | VCDS | Transcription error |
| 113 | 8 | VCS | VCDS | Transcription error |
| 114 | 12 | VCS | VCDS | Transcription error |
| 114 | 16 | VCS | VCDS | Transcription error |
| 118 | 6 | VCS | VCDS | Transcription error |
| 118 | 11 | VCS | VCDS | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 122 | 9 | VCS | VCDS | Transcription error |
| 122 | 13 | VCS | VCDS | Transcription error |
| 124 | 2 | VCS | VCDS | Transcription error |
| 125 | 20 | F4 | S4 | Transcription error |
| 130 | 2 | VCS | VCDS | Transcription error |
| 131 | 21 | VCS | VCDS | Transcription error |
| 131 | 22 | VCS | VCDS | Transcription error |
| 138 | 10-13 | It sounds like you were putting IPTV and VCS sort of in the same bucket, I guess. I'm trying to parse them out. Is it possible to ask about one or the other? | *No change in text, but is currently attributed to Mr. Curran and should be attributed to witness.* | Transcription error |
| 138 | 11 | VCS | VCDS | Transcription error |
| 151 | 2 | VCS | VCDS | Transcription error |
| 153 | 2 | ████████████████ | | Transcription error |
| 153 | 9-10 | ███████████████ | | Transcription error |
| 153 | 16 | VCS | VCDS | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 153 | 23-24 | ███████████ | | Transcription error |
| 154 | 3-4 | ███████████ | | Transcription error |
| 154 | 10-11 | at brief | @brief | Transcription error |
| 154 | 16 | VCS | VCDS | Transcription error |
| 154 | 20-21 | ███████████ | | Transcription error |
| 154 | 25 | "pound define." | #define | Transcription error |
| 155 | 6 | ███████████ | | Transcription error |
| 155 | 24-25 | ███████████ | | Transcription error |
| 156 | 7 | ███████████ | | Transcription error |
| 156 | 8 | ███████████ | | Transcription error |
| 156 | 12 | ███████████ | | Transcription error |
| 156 | 15 | ███████████ | | Transcription error |
| 156 | 17 | ███████████ | | Transcription error |
| 156 | 19 | and | in | Transcription error |
| 157 | 1 | VCS | VCDS | Transcription |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
|  |  |  |  | error |
| 157 | 7 | VCS | VCDS | Transcription error |
| 157 | 15 | ██████████████ | | Transcription error |
| 157 | 24 | ██████████████ | | Transcription error |
| 158 | 2-3 | ██████████████ | | Transcription error |
| 158 | 9 | ██████████████ | | Transcription error |
| 159 | 23 | ██████████████ | | Transcription error |
| 159 | 25 | ██████████████ | | Transcription error |
| 160 | 5 | ██████████████ | | Transcription error |
| 160 | 9 | VCS | VCDS | Transcription error |
| 160 | 14-15 | ██████████████ | | Transcription error |
| 160 | 24 | ██████████████ | | Transcription error |
| 161 | 2 | ██████████████ | | Transcription error |
| 161 | 8-9 | ██████████████ | | Transcription error |
| 161 | 16 | VCS | VCDS | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 161 | 19 | ███████████ | ███████████ | Transcription error |
| 161 | 23 | ███████████ | ███████████ | Transcription error |
| 162 | 4 | ███████████ | ███████████ | Transcription error |
| 162 | 7 | ███████████ | ███████████ | Transcription error |
| 162 | 10 | ███████████ | ███████████ | Transcription error |
| 162 | 11 | ███████████ | ███████████ | Transcription error |
| 162 | 13 | ███████████ | ███████████ | Transcription error |
| 162 | 14 | VCS | VCDS | Transcription error |
| 162 | 15 | VCS | VCDS | Transcription error |
| 162 | 20-21 | ███████████ | ███████████ | Transcription error |
| 163 | 4-5 | ███████████ | ███████████ | Transcription error |
| 163 | 16-17 | ███████████ | ███████████ | Transcription error |
| 163 | 20-21 | ███████████ | ███████████ | Transcription error |
| 164 | 2 | ███████████ | ███████████ | Transcription error |
| 164 | 5 | ███████████ | ███████████ | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 164 | 8 | ███████████████ | | Transcription error |
| 164 | 10 | ███████████████ | | Transcription error |
| 164 | 11-12 | type dev struct open curly brace | typedef struct { | Transcription error |
| 164 | 14-15 | ███████████████ | | Transcription error |
| 165 | 2 | ███████████████ | | Transcription error |
| 165 | 6 | ███████████████ | | Transcription error |
| 165 | 12 | VCS | VCDS | Transcription error |
| 165 | 18-19 | ███████████████ | | Transcription error |
| 165 | 22 | VCS | VCDS | Transcription error |
| 166 | 7 | VCS | VCDS | Transcription error |
| 166 | 12 | over | Of | Transcription error |
| 166 | 24 | VCS | VCDS | Transcription error |
| 167 | 6 | VCS | VCDS | Transcription error |
| 167 | 19 | VCS | VCDS | Transcription error |
| 168 | 1 | VCS | VCDS | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 168 | 4 | ■ | | Transcription error |
| 168 | 14-15 | ■ | | Transcription error |
| 168 | 18 | Pound define | #define | Transcription error |
| 168 | 20-21 | ■ | | Transcription error |
| 169 | 6 | VCS | VCDS | Transcription error |
| 171 | 12 | VCS | VCDS | Transcription error |
| 171 | 24-25 | ■ | | Transcription error |
| 172 | 5 | ■ | | Transcription error |
| 172 | 21-22 | ■ | | Transcription error |
| 173 | 2 | ■ | | Transcription error |
| 173 | 5-6 | ■ | | Transcription error |
| 173 | 22 | VCS | VCDS | Transcription error |
| 174 | 2 | ■ | | Transcription error |
| 174 | 3 | ■ | | Transcription |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| | | | | error |
| 174 | 6 | ███████████████████ | | Transcription error |
| 174 | 9 | VCS | VCDS | Transcription error |
| 174 | 10 | VCS | VCDS | Transcription error |
| 174 | 16 | VCS | VCDS | Transcription error |
| 174 | 19 | deep | keep | Transcription error |
| 174 | 22 | VCS | VCDS | Transcription error |
| 175 | 7 | jest | ingest | Transcription error |
| 175 | 15 | VCS | VCDS | Transcription error |
| 176 | 10 | VCS | VCDS | Transcription error |
| 177 | 11 | VCS | VCDS | Transcription error |
| 177 | 15 | VCS | VCDS | Transcription error |
| 177 | 22 | VCS | VCDS | Transcription error |
| 178 | 10 - 11 | Vise has Disney's CDN requirement, which communicate to CDNs how to validate the token | Viasat has Disney's CDN requirements doc, which communicates to CDNs how to validate the token. | Transcription error |
| 184 | 12- | ██████████████████ | | Transcription |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
|      | 13   |           |             | error |
| 184  | 18   |           |             | Transcription error |
| 185  | 2    | VCS       | VCDS        | Transcription error |
| 185  | 15   |           |             | Transcription error |
| 185  | 16   |           |             | Transcription error |
| 186  | 5    | VCS       | VCDS        | Transcription error |
| 186  | 20   | VCS       | VCDS        | Transcription error |
| 187  | 23   | Does      | *Delete word* | Transcription error |
| 189  | 17   | VCS       | VCDS        | Transcription error |

Jason Neri

Dated:  March 25, 2025

12