1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 277]** |
| VIASAT, INC., | |
| Defendant. | |

The Court, having considered Plaintiffs' Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 277], Viasat's Response in Support of Plaintiffs' Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 282], and the Ward Declaration in Support [Dkt. 282-1], finds good cause to seal the unredacted versions of the Exhibits to SanDisk's Opposition to Viasat's Motion for Summary Judgment of Noninfringement [Dkts. 277-3 – 277-13] from public access, and thus the Court hereby GRANTS Plaintiffs' Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Original Filing/Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| 277-3 / 282-2 | Ex. 14 - Hughes Depo. Tr. | Testimony concerning Viasat confidential technical information and analysis (on portions of pages 7, 18-21, 50-57, 86, 88-125) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 277-4 / 282-3 | Ex. 15 - Neri Depo. Tr. | Testimony concerning Viasat confidential technical information and analysis (on portions of pages 3-26, 28-37, 43-50) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 277-5 / 282-4 | Ex. 16 - Newman Depo. Tr. | Testimony concerning Viasat confidential technical information and analysis (on portions of pages 3-4, 7-8) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 277-6 / 282-5 | Ex. 17 - O'Sullivan Depo. Tr. | Testimony concerning Viasat confidential technical information and analysis (on portions of pages 7, 16-17, 20, 41-69, 106-129, 142-153) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |
| 277-7 / 282-6 | Ex. 18 - Slater Depo. Tr. | Testimony concerning Viasat confidential technical information and analysis (on portions of pages 7, 98-100, 104-109, 178) that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |

| | | | | |
|---|---|---|---|---|
| 277-8 / 282-7 | Ex. 20 - VIASAT_00005782 | Viasat document displaying Viasat's confidential technical information that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |
| 277-9 / 282-8 | Ex. 22 - VIASAT_00006354 | Viasat document displaying Viasat's confidential technical information that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |
| 277-10 / 282-9 | Ex. 23 - VIASAT_00006471 | Viasat document displaying Viasat's confidential technical information that were designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |
| 277-11 / 282-10 | Ex. 24 - VIASAT_00006779 | Viasat document displaying Viasat's confidential technical information that was designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |
| 277-12 / 282-11 | Ex. 25 - VIASAT_00007395 | Viasat's internal technical presentation that was designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |
| 277-13 / 282-12 | Ex. 27 - VIASAT_00008738 | Viasat document displaying Viasat's confidential technical information and analysis that was designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |
| 277-14 / 282-13 | Ex. 32 - VIASAT_00060099 | Viasat document displaying Viasat's confidential technical information and analysis that was designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). Viasat requests that the entire exhibit remain sealed given the confidential nature of the topics discussed in this exhibit. | Ward. Decl. ¶¶ 3-4 | |

1    **IT IS SO ORDERED.**

3    DATED: _____

_____
HAYWOOD S. GILLIAM, JR.