QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>VIASAT, INC.,<br><br>        Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF STEVEN CHERNY IN SUPPORT OF VIASAT'S MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF STEVEN CHERNY

I, Steven Cherny, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendant Viasat, Inc. ("Viasat") in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion for Attorneys' Fees. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. I was present at the status conference held on October 15, 2024. At that status conference, the Court warned Plaintiffs not to proceed with this case if they did not have an infringement theory that matched the Court's recent claim construction. *See* Dkt. 260-1 ¶ 2 (Declaration of Nicola Felice, dated July 18, 2025 and attesting to the same). The Court said in that hearing that if Sandisk did go forward without a theory, he would seriously consider granting fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025 in Boston, Massachusetts.

By _____
Steven Cherny