QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac vice*)
  stevencherny@quinnemanuel.com
  Patrick D. Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
  Tzivya H. Beck (*pro hac vice*)
  tzivyabeck@quinnemanuel.com
  Hannah Dawson (*pro hac vice*)
  hannahdawson@quinnemanuel.com
  111 Huntington Ave, Suite 520
  Boston, MA 02199
  Telephone:     (617) 712-7100
  Facsimile:     (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Nicola R. Felice (*proc hac vice*)
  nicolafelice@quinnemanuel.com
  Anastasia M. Fernands (*pro hac vice*)
  anastasiafernands@quinnemanuel.com
  Vanessa Blecher (*pro hac vice*)
  vanessablecher@quinnemanuel.com
  Alicia Lai (*pro hac vice*)
  alicialai@quinnemanuel.com
  295 5th Avenue
  New York, NY 10016
  Telephone:     (212) 849-7000
  Facsimile:     (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK CURRAN IN SUPPORT OF VIASAT'S MOTION FOR ATTORNEYS' FEES** |

**<u>DECLARATION OF PATRICK CURRAN</u>**

I, Patrick Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendant Viasat, Inc. ("Viasat") in the above-captioned matter. I submit this Declaration in connection with Viasat's Motion for Attorneys' Fees. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached hereto as Exhibit A is a true and correct copy of a May 19, 2023 Letter from Patrick D. Curran to L. Kieren Kieckhefer.

3. On October 24, 2025, my colleague Austin Buscher sent an email to counsel for Plaintiffs explaining that Viasat intended to seek attorneys' fees under 35 U.S.C. § 285. Pursuant to Civil L.R. 54-5(b)(1), on October 39, 2025, at 1:00 p.m. PT, my colleagues Steven Cherny, Hannah Dawson and I met and conferred with Sandisk counsel Kieren Kieckhefer, Robert Vincent, and Lillian Mao by video conference regarding Viasat's intent to seek attorneys' fees, expenses, and costs pursuant to 35 U.S.C. § 285. I and Mr. Cherny outlined the reasons that this case was exceptional and fees were warranted. The parties were unable to reach resolution of this issue.

4. Pursuant to Civil L.R. 54-5(b)(2), below is a "statement of the services rendered by each person for whose services fees are claimed, together with a summary of the time spent by each person, and a statement describing the manner in which time records were maintained."

5. Pursuant to Civil L.R. 54-5(b)(3), also provided below is a "brief description of relevant qualifications and experience and a statement of the customary hourly charges of each such person or of comparable prevailing hourly rates or other indication of value of the services."

6. QE attorneys and other billing personnel are required to record their daily time, together with a description of daily work product performed, and enter or cause to be entered these amounts and descriptions into a software database maintained by Quinn Emanuel's accounting department. These

procedures were followed in connection with the work performed by Quinn Emanuel in this matter for Defendant Viasat.

7.  During this lawsuit, Quinn Emanuel electronically submitted to Viasat the invoices for the attorneys' fees, expenses, and costs to defend Viasat in this lawsuit.

8.  I reviewed all invoices before they were sent to Viasat to assure that the time charged accurately reflected the work performed and that the work performed was performed by persons at the appropriate level.

9.  Work performed by Quinn Emanuel in this matter was performed primarily by the following individuals.

10. Steven Cherny billed 511.3 hours on this litigation at an average hourly rate of $1,799.18, net of discounts, through October 21, 2025.[1]  Mr. Cherney is a partner at Quinn Emanuel. He has represented the Defendant in this dispute since the inception of this action.  He served as lead trial counsel on the case, with primary responsibility, direct and supervisory, for overall defense strategy, drafting and editing briefs, memoranda, and other filings. He  has a B.S. in Mechanical Engineering from the Massachusetts Institute of Technology and a J.D. from the University of Chicago Law School.  His practice focuses on patent litigation before the federal courts and the United States International Trade Commission.  He has been lead counsel in numerous high profile patent cases spanning technologies including medical devices, pharmaceuticals, telecommunications, electronics, financial and business methods and consumer products, and has tried numerous patent cases to both juries and judges.

11. I, Patrick Curran, billed 993.7 hours on this litigation at an average hourly rate of $1,525.84. I am a partner at Quinn Emanuel, a founder and Co-Managing Partner of the Boston Office, and co-

---

[1]   All average rates and hours totals stated herein are cumulative through October 21, 2025.  All rates listed are net of any discounts.

Chair of the firm's AI practice group. I have represented the Defendant in this dispute since the inception of this action, with supervisory responsibilities for day-to-day operations, non-infringement and invalidity strategy, offensive and defensive discovery, and all briefing. I have a B.A. from Harvard University and a J.D. from the University of Chicago Law School. I concentrate my practice on patent litigation, trade secret litigation, and complex business disputes.

12. Nicola Felice billed 1012.0 hours on this litigation at an average hourly rate of $1,204.31. Ms. Felice is a partner at Quinn Emanuel. Ms. Felice has represented the Defendant in this dispute since the inception of this action.  Ms. Felice served as an associate and then as a partner on the case, assisting with invalidity and non-infringement positions, expert discovery, and day-to-day case operations. Ms. Felice has a B.S. in Biology and Society from Cornell University, a M.S. in Electrical and Computer Engineering from Duke University Pratt School of Engineering, and a B.S. in Biology and Society from Cornell University.  Ms. Felice concentrates her practice on litigation involving intellectual property, including relating to patents, trade secrets, contracts, licensing, and other complex commercial issues.

13. Jodie Cheng billed 252 hours on this litigation at an average hourly rate of $1,182.79.  Ms. Cheng is a partner at Quinn Emanuel.  Ms. Cheng has represented the Defendant in this dispute since the inception of this action.  Ms. Cheng's role focused primarily on day-to-day management of the early stages of this litigation, including initial case strategy, motion to dismiss briefing, and early-stage discovery.  Ms. Cheng holds a Bachelor's degree in Biology and Economics from Brown University and a J.D. from The George Washington University Law School.  Ms. Cheng is an intellectual property litigator focusing on complex disputes relating to patents, technical trade secrets, and copyrights.

14. Anastasia Fernands billed 500.6 hours on this litigation at an average hourly rate of $1,451.95. Ms. Fernands is of counsel at Quinn Emanuel. She served as counsel on the case, aiding

in discovery responses, depositions, discovery correspondence to plaintiffs' counsel, motion practice, expert discovery, and day-to-day operations. She has an A.B. from Harvard University and a J.D. from New York University School of Law. She has more than 25 years' experience in patent litigation involving patents across a broad spectrum of complex technologies.

15. Gyushik (Kevin) Jang billed 171.7 hours on this litigation at an average hourly rate of $1,149.64. Mr. Jang is of counsel at Quinn Emanuel. Mr. Jang has represented the Defendant in this dispute since the inception of this action, focusing primarily on the early stages of this litigation, including initial case strategy, motion to dismiss briefing, and early-stage discovery. Mr. Jang holds a B.S.E., with distinction, in Electrical and Computer Engineering, a J.D. from Columbia University. Mr. Jang focuses his practice on intellectual property litigation.

16. Hannah Dawson billed 893.5 hours on this district court litigation, at an hourly rate of $1,192.81. She is an associate at Quinn Emanuel Urquhart & Sullivan. She represented Defendant on the case, taking depositions, drafting and editing briefs, conducting damages and standing research and analysis, corresponding with opposing counsel, and assisting on other day-to-day case management tasks. She graduated with her J.D. from Harvard Law School, cum laude, in 2020, after earning her Bachelors in Business Administration from the University of Prince Edward Island. She practices commercial litigation and has particular experience in patent, trademark, trade secrets, and other intellectual property cases.

17. Tzivya Beck billed 324.9 hours on this district court litigation at an average hourly rate of $1,133.14. As a mid-level associate on the team, she liaised with opposing counsel regarding discovery, drafted written discovery requests and responses, prepared witnesses for depositions, first and second chaired depositions, and prepared motions and briefs. She received a J.D. with Honors from Harvard Law School in 2021 and holds a B.A. in Political Science from Yeshiva University.

18. Alicia Lai billed 1,241.5 hours on this district court litigation, at an average hourly rate of $1,125.00. She is an associate at Quinn Emanuel Urquhart & Sullivan. She represented Defendant on the case, taking and defending depositions, drafting and editing briefs, conducting non-infringement, invalidity, and standing research and analysis, corresponding with opposing counsel, and assisting on other day-to-day case management tasks. She has a A.B. in Neuroscience from Princeton University, with a J.D. with Honors from the University of Pennsylvania Law School in 2021. She clerked on the U.S. Court of Appeals for the Federal Circuit and the U.S. District Court for the Northern District of California. She practices commercial litigation and has particular experience in patent, trade secrets, and other IP cases.

19. Vanessa Blecher billed 1096.7 hours on this litigation at an average hourly rate of $1,118.30. Ms. Blecher is an associate at Quinn Emanuel. On this case, Ms. Blecher took and defended depositions, drafted and edited briefs, conducted non-infringement and invalidity-related research and analysis, corresponded with opposing counsel, and assisted on other day-to-day operations. Ms. Blecher has a B.S. in Computer Science from Lehigh University with Highest Honors and a J.D. from Columbia University in 2021. Ms. Blecher concentrates her practice on litigation involving patents and intellectual property.

20. Vanessa Rodriguez billed 107.0 hours on this litigation at an average hourly rate of $1,057.54. Ms. Rodriguez is an associate at Quinn Emanuel. On this case, Ms. Rodriguez served and responded to discovery and worked on damages contentions. Ms. Rodriguez has a B.A. in Sociology from Harvard College and a J.D. from Harvard Law School in 2021. Ms. Rodriguez concentrates her practice on complex matters including trade secret, patent, employment, breach of contract, and business torts matters.

21. Austin Buscher billed 79.80 hours on this litigation at an average hourly rate of $1,085.28. Mr. Buscher is an associate at Quinn Emanuel. Mr. Buscher has represented the Defendant in this

dispute since February 2025. Mr. Buscher prepared motions and briefs, prepared pretrial documents, and conducted legal research and analysis. Mr. Buscher has a J.D. from Stanford University earned in 2022, an M.S. in Mechanical Engineering from Rice University earned in 2014, and a B.S. in Aeronautical Engineering and Mathematics from the U.S. Air Force Academy, with distinction, earned in 2012. Mr. Buscher concentrates his practice on complex commercial litigation, including cases involving patents and intellectual property disputes.

22. Additionally, Quinn Emanuel paralegal Jemima Leppzer billed a total of 56.8 hours on this district court litigation, at an average hourly rate of $507.37. Senior paralegal Michael Kim billed 381.30 hours on this district court litigation, at an average hourly rate of $653.08.

23. The roles and average hourly rates of those are summarized in the table below.

| Name | Role | Average Hourly Rate |
|------|------|---------------------|
| Alicia Lai | Associate | $1,125.00 |
| Anastasia M. Fernands | Of Counsel | $1,451.95 |
| Austin Buscher | Associate | $1,085.28 |
| Gyushik (Kevin) Jang | Of Counsel | $1,149.64 |
| Hannah Dawson | Associate | $1,192.81 |
| Jemima Leppzer | Paralegal | $507.37 |
| Jodie Cheng | Partner | $1,182.79 |
| Michael Kim | Senior Paralegal | $653.08 |
| Nicola Felice | Partner | $1,204.31 |
| Patrick D. Curran | Partner | $1,525.84 |
| Steven Cherny | Partner | $1,799.18 |
| Tzivya Beck | Associate | $1,133.14 |
| Vanessa Blecher | Associate | $1,118.30 |
| Vanessa Rodriguez | Associate | $1,057.54 |

24. The dollar value of the time billed to Viasat by Quinn Emanuel timekeepers whose time has been charged for work on this matter is summarized in the table below.

| Date Ranges | Fees |
|-------------|------|
| August 2022 | $77,545.94 |
| September 2022 | $32,096.44 |
| October 2022 | $119,363.82 |
| November 2022 | $70,349.85 |

| | |
|---|---|
| December 2022 | $13,525.64 |
| January 2023 | $32,207.36 |
| February 2023 | $54,955.93 |
| March 2023 | $160,368.28 |
| April 2023 | $164,091.25 |
| May 2023 | $66,702.94 |
| June 2023 | $24,746.08 |
| July 2023 | $33,031.45 |
| August 2023 | $34,585.26 |
| September 2023 | $2,338.78 |
| October 2023 | $958.80 |
| November 2023 | $48,360.36 |
| December 2023 | $107,964.49 |
| January 2024 | $53,943.61 |
| February 2024 | $103,037.10 |
| March 2024 | $119,828.43 |
| April 2024 | $184,626.09 |
| May 2024 | $71,340.14 |
| June 2024 | $52,369.82 |
| July 2024 | $19,907.45 |
| August 2024 | $111,800.55 |
| September 2024 | $27,508.57 |
| October 1-15, 2024 | $47,841.46 |
| October 15-31, 2024 | $35,866.20 |
| November 2024 | $131,933.73 |
| December 2024 | $446,808.37 |
| January 2025 | $1,237,821.85 |
| February 2025 | $1,263,754.50 |
| March 2025 | $811,280.80 |
| April 2025 | $788,366.50 |
| May 2025 | $554,515.35 |
| June 2025 | $848,214.58 |
| July 2025 | $455,536.25 |
| August 2025 | $140,157.35 |
| September 2025 | $160,813.63 |
| October 1-21, 2025 | $701,406.40 |
| **Total** | **$9,411,871.39** |

25. Viasat's attorneys and legal support staff at Quinn Emanuel have spent a total of 7,622.8 hours since this case was first filed through October 21, 2025, and a total of 6,073.7 hours from October 16, 2024 through October 21, 2025.

26. I conservatively estimate the total time and fees billed by Quinn Emanuel timekeepers to Viasat for work on tasks related to the Plaintiffs' lack of standing as follows.

| Months | Hours (approx.) | Fees (approx.) |
|--------|-----------------|----------------|
| **2022** | **67.2** | **$78,307.97** |
| Aug | - | - |
| Sep | 0.4 | $634.1 |
| Oct | 29.7 | $35,456.49 |
| Nov | 37.1 | $42,217.38 |
| Dec | - | - |
| **2023** | **88.5** | **$102,570.81** |
| Jan | 5.5 | $5,937.25 |
| Feb | 11.5 | $12,796.75 |
| Mar | 5.2 | $5,809.75 |
| Apr | 1.9 | $2,661.78 |
| May | 37 | $42,993.02 |
| Jun | 9 | $9,973.905 |
| Jul | 7.4 | $8,890.58 |
| Aug | 1.1 | $1,257.15 |
| Sep | - | - |
| Oct | 0.5 | $8,15.15 |
| Nov | 1 | $1,351.5 |
| Dec | 8.4 | $10,083.98 |
| **2024** | **4.7** | **$5,610.86** |
| Jan | 2.1 | $2,055.73 |
| Feb | 0.5 | $839.38 |
| Mar | - | - |
| Apr | - | - |
| May | - | - |
| Jun | - | - |
| Jul | - | - |
| Aug | - | - |
| Sep | - | - |
| Oct | - | - |
| Nov | 0.2 | 307.7 |
| Dec | 1.9 | 2408.05 |
| **2025** | **290.4** | **$361,791.03** |
| Jan | 39.4 | 44084.4 |
| Feb | 24 | 29788.25 |
| Mar | 12.5 | 15395.625 |
| Apr | 4 | 6005.675 |
| May | 3 | 3863.25 |

| Months | Hours (approx.) | Fees (approx.) |
|---|---|---|
| Jun | 59.6 | 73905.375 |
| Jul | 117.8 | 143476.175 |
| Aug | 20.5 | 29993.1 |
| Sep | 9.6 | 15279.175 |
| Oct | | 0 |
| **Grand Total** | **450.8** | **$548,280.66** |

27. In total, Viasat has spent $9,411,871.39 in timekeeper's billable time through October 21, 2025.

28. The billing rates of the Quinn Emanuel timekeepers used throughout this case (from 2022-2025) are reasonable. Courts across the country have repeatedly held that Quinn Emanuel's rate are reasonable and have awarded its clients attorneys' fees. *See, e.g.*, *AMF Bowling Centers, Inc. v. Tanase*, 2025 WL 1132327, at **7-8, 11 (E.D. Va. Apr. 16, 2025); *Proofpoint, inc. v. Vade Secure, Inc.*, 2020 WL 7398791, at **3, 5 (N.D. Cal. Dec. 17, 2020); *Riverside Cty. Dept. of Mental Health v. A.S.*, No. 5:08-cv-503-ABC-RC (C.D. Cal. Feb. 22, 2010); *TransWeb, LLC v. 3M Innovative Props. Co.*, 16 F. Supp. 3d 385, 413 (D.N.J. 2014).[2]

---

[2]  *See also, e.g.*, *In re Dell Techs. Inc. Class V 'holders Litig.*, 300 A.3d 679, 726-28 (Del. Ch. 2023) (granting Quinn Emanuel a contingency award after it and its co-counsel secured a record-breaking $1 billion settlement for a stockholder class after conducting a lodestar "cross-check" and noting that "a top-tier firm makes a difference for case outcomes in Chancery M&A litigation" that is "obvious to a regular observer"), *aff'd*, 326 A.3d 686 (Del. 2024); *see id.*, Hr'g Tr. 40:15-22 (Del. Ch. Mar. 15, 2019) (noting that the late-stage addition of Quinn Emanuel to a group seeking leadership of a representative action was like "ma[king] a trade" for "Kevin Durant" just "two weeks before the playoffs," which of course is "a great thing for your team"); *Rudi v. Wexner*, No. 2:20-cv-3068 (MHW), 2022 WL 1682297, at *5 (S.D. Ohio May 16, 2022) ("The Court finds that [Quinn Emanuel's] hourly rates are reasonable under the circumstances of this particular [contingency] case. Accordingly, this factor weighs in favor of granting the requested fee."); *Blattman v. Siebel*, No. 15-cv-530 (CFC) (D. Del. Dec. 6, 2021) (ECF No. 434) (finding attorney's fees requested by Quinn Emanuel reasonable and declining to reduce the fee award by the requested percentage); *Liqwd, Inc. v. L'Oréal USA, Inc.*, 17-cv-14 (JFB) (SRF) (D. Del. Dec. 16, 2019) (ECF No. 1162 at 25-28) (finding that Quinn Emanuel's "hourly rates and [ ] hours spent [are] reasonable"); *Transweb, LLC v. 3M Innovative Props. Co.*, No. 2:10-cv-04413 (FSH) (D.N.J. Sept. 24, 2013) (ECF No. 567 at 33) (Special Master's ruling finding that Quinn Emanuel was a "premier litigation firm" and that "the hourly rates charged by Quinn Emanuel are within the range of prevailing rates for premium

1    29. Viasat has also incurred $276,983.41 in costs associated with litigating this case.  Attached

2    as Exhibit B is a backup file itemizing these costs as of October 23, 2025.

3        I declare under penalty of perjury that the foregoing is true and correct.

4        Executed on November 4, 2025 in Boston, Massachusetts.

5

6            By */s/ Patrick Curran*
                Patrick Curran

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    _____

25    quality counsel"); *In re Am. Home Mortg. Hldgs., Inc.*, No. 07-11047 (Bankr. D. Del. Apr. 14, 2008) (ECF No. 3695) (finding attorney's fees requested by Quinn Emanuel were reasonable); *Clark v. Castor & Pollux Ltd. Liability Co.*, 2019 WL 4467117, at *19 (Sup. Ct., N.Y. Cnty. 2019) (noting

26    that plaintiff "was fortunate to obtain the capable assistance of Quinn Emanuel, 'one of the top litigation firms in the country,' whose 'experience, reputation, and ability' are widely regarded as

27    'outstanding,'" and that "Quinn Emanuel's rates are reasonable for a firm of its stature and comparable to those charged by other leading firms.").

28