**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CASE NO. 4:22-cv-04376-HSG<br><br>**[PROPOSED] ORDER GRANTING VIASAT'S MOTION FOR ATTORNEYS' FEES** |

Case 4:22-cv-04376-HSG   Document 284-5   Filed 11/04/25   Page 2 of 2

1 **[PROPOSED] ORDER**

2 **BEFORE THE COURT** is Viasat Inc.'s Motion for Attorney Fees.  The Court having

3 reviewed all the briefings on the Motion and any associated arguments **HEREBY ORDERS** that

4 Viasat's Motion is **GRANTED**.

5 The Court finds that this case is exceptional pursuant to 35 U.S.C. 285, and Plaintiffs are

6 ordered, jointly and severally, to pay Viasat within 30 days of this order Viasat's reasonable

7 attorneys' fees and costs in the amount of $9,688,854.80.

8

9 **IT IS SO ORDERED.**

10 DATED: _____        _____
                                                                                        HAYWOOD S. GILLIAM, JR

11                                                                                                     .

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1