**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG |

## RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the hearing date for Defendant's Motion for Attorneys' Fees (Dkt. 284) has been set for December 18, 2025 at 2:00 pm.

DATED: November 5, 2025              QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                     By  */s/ Patrick Curran*
                                        Patrick Curran

                                     *Attorneys for Defendant Viasat Inc.*

Case No. 4:22-cv-04376-HSG
RE-NOTICE OF MOTION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, a copy of the foregoing document was served via e-mail to all counsel of record who have appeared in this matter.

DATED: November 5, 2025        By  /s/ Patrick Curran
                                    Patrick Curran