L. Kieran Kieckhefer (SBN 251978)
KKieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504

*Attorneys for Plaintiffs*

Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
Tzivya H. Beck (*pro hac vice*)
Hannah Dawson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100

Jodie Cheng (Bar No. 292330)
Gyu Shik Jang (Bar No, 337747)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Nicola R. Felice (*proc hac vice*)
Anastasia Fernands (*pro hac vice*)
Vanessa Blecher (*pro hac vice*)
Alicia Lai (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Sandisk Technologies, Inc., SanDisk 3D IP Holdings Ltd., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd. (together "Plaintiffs") and Viasat, Inc. ("Defendant"), acting by and through their respective counsel of record, move this Court to enter the proposed Final Judgment (attached hereto as Exhibit A) in the above-captioned action.

Plaintiffs filed a Complaint and Amended Complaint asserting three counts of patent infringement, with Count I alleging infringement of U.S. Patent No. 9,424,400, Count II alleging infringement of U.S. Patent No. 10,447,667 and Count III alleging infringement of U.S. Patent No. 8,504,834.

The parties respectfully request the Court to enter the proposed Final Judgment in favor of Defendant and against Plaintiffs on Counts I, II and III in accordance with the Orders entered in this case. The parties further submit that entry of this judgment resolves Counts I, II and III in the action and constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

The proposed Final Judgment for entry accompanies this Motion.

Dated:  November 14, 2025                    /s/ L. Kieran Kieckhefer
                                             L. Kieran Kieckhefer
                                             Counsel for Plaintiffs

Dated:  November 14, 2025                    /s/ Patrick Curran
                                             Patrick Curran
                                             Counsel for Defendant

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

                                             /s/ L. Kieran Kieckhefer
                                             L. Kieran Kiekchefer