IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK STORAGE MALAYSIA SDN. BHD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIASAT, INC,<br><br>    Defendants | Case No. 4:22-CV-4376-HSG<br><br>**FINAL JUDGMENT** |

WHEREAS Plaintiffs filed a Complaint and Amended Complaint asserting three counts of patent infringement, with Count I alleging infringement of U.S. Patent No. 9,424,400, Count II alleging infringement of U.S. Patent No. 10,447,667 and Count III alleging infringement of U.S. Patent No. 8,504,834; and

WHEREAS the Court entered an order on November 15, 2023 (Docket No. 75) as follows: "grant[ing] Defendant's motion to dismiss Count Three of the Amended Complaint with leave to amend. Any Second Amended Complaint must be filed within 21 days of the date of this order. Failure to remedy the deficiencies described in this order will result in dismissal with prejudice and without further leave to amend.";

WHEREAS Plaintiffs filed a Notice on December 6, 2023 (Docket No. 76) electing not to file a Second Amended Complaint and reserving the right to appeal when Final Judgment is entered;

WHEREAS the Court entered a Claim Construction order (Docket No. 120) on September 20,

1

2025 as well as many other orders entered throughout the case;

WHEREAS the Court entered an Order (Docket No. 275 (under seal)) on October 21, 2025 regarding Defendant's Motion to Strike; Plaintiffs' and Defendant's Daubert Motions, Motions for Summary Judgment, and Motions to Seal; Plaintiffs' Motion for Leave to File Surreply; and Plaintiffs' Motion to Substitute; and

WHEREAS the Court entered a Judgment (Docket No. 276) on October 21, 2025 consistent with the October 21, 2025 order (Docket No. 275):

IT IS HEREBY ORDERED that final judgment is entered in favor of Defendant Viasat, Inc. and against Plaintiffs on Counts I, II and III in accordance with the Orders entered in this case.

This judgment resolves Counts I, II and III in the action and constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 17th day of November, 2025

_____
Honorable HAYWOOD S. GILLIAM, JR.