# Exhibit C

**From:** ElDessouki, Ahmed AElDessouki@gibsondunn.com
**Subject:** Re: WD v. Viasat - Plaintiffs' Discovery Deficiencies
**Date:** December 31, 2024 at 2:11 PM
**To:** Tzivya Beck tzivyabeck@quinnemanuel.com
**Cc:** QE-Viasat-WD qe-viasat-wd@quinnemanuel.com, *** GDC-NDCA Western Digital-Viasat GDCWesternDigitalNDCA@gibsondunn.com, Patrick Curran patrickcurran@quinnemanuel.com, Nicola Felice nicolafelice@quinnemanuel.com, Vanessa Blecher vanessablecher@quinnemanuel.com



Dear Tzivya,

As we have now explained multiple times, Viasat is required to meet and confer with Western Digital in advance of bringing anything to the Court's attention. Western Digital does not believe that the parties are at an impasse and has repeatedly offered a meet and confer to resolve any issues the parties may have. Here, Plaintiffs will supplement interrogatory responses as appropriate prior to the relevant depositions. To the extent it would be helpful, we would be happy to discuss any specific interrogatory responses on a meet and confer.

Regarding Viasat's response to Plaintiffs' non-infringement interrogatory response, we are in receipt of Viasat's supplemental response dated 12/30. However, the supplemental response, as with all prior correspondence and representations from Viasat regarding its alleged non-infringement positions, fails to explain why it purportedly does not practice the at-issue claim limitations. Viasat's response simply lists claim limitations without any explanation and, thus, again is insufficient because it has not articulated any non-infringement theory. *See e.g.*, *Asia Vital Components Co., Ltd. v. Asetek Denmark A/S*, 377 F. Supp. 3d 990, 1003-05 (N.D. Cal. Mar. 15, 2019) (striking new theory from non-infringement expert report where party "wait[ed] until its expert rebuttal report to disclose its theory," finding that merely stating that the accused product does not infringe "because it 'uses an immersive pump,'" without additional explanation was insufficient to "disclose in any discernible manner the basis for the [non-infringement] theory.").

Kind regards,
Ahmed



**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Tzivya Beck <tzivyabeck@quinnemanuel.com>
**Date:** Monday, December 30, 2024 at 8:59 PM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>, Patrick Curran <patrickcurran@quinnemanuel.com>, Nicola Felice <nicolafelice@quinnemanuel.com>, Vanessa Blecher