# Exhibit D

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven Cherny (*pro hac forthcoming*)
  stevencherny@quinnemanuel.com
  Patrick Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:    (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jodie Cheng (Bar No. 292330)
  jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL IRELAND LTD., SANDISK 3D IP HOLDINGS LTD., SANDISK TECHNOLOGIES LLC, SANDISK STORAGE MALAYSIA SDN. BHD., <br><br> Plaintiff, <br><br> vs. <br><br> VIASAT, INC.,, <br><br> Defendant. | Case No. 5:22-cv-4376 <br><br> **VIASAT, INC.'S OBJECTIONS & RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 9-15)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Viasat, Inc. ("Viasat") hereby responds to Plaintiffs' Second Set of Interrogatories (Nos. 9-15) as follows. Pursuant to Federal Rule of Civil Procedure 26(e), Plaintiff reserves the right to supplement its responses to these Interrogatories if it learns of additional responsive information.

and Viasat will supplement its response to this interrogatory as necessary pursuant to Fed. R. Civ. P. 26(e) after further discovery has been conducted including, for example, an explanation by Plaintiffs of how the Accused Instrumentalities infringe under the Court's claim constructions.

Viasat's investigation and discovery are ongoing. Viasat reserves all rights to amend or supplement its objections and/or responses as its investigation continues.

**INTERROGATORY NO. 15:**

Correlate each source code folder that Viasat made available (or will make available) for review by Plaintiffs with the corresponding functionality of Viasat's systems (for example, by mapping each source code folder with a block diagram provided in VIASAT_00008705) and the location and type of the computing device that executes the source code (e.g., ground server, plane server, user device, seat-back device, etc.).

**RESPONSE TO INTERROGATORY NO. 15:**

Viasat incorporates by reference all of its General Objections as if fully set forth herein. Viasat objects to this Interrogatory as compound and containing multiple subparts asserted in a single Interrogatory. Viasat further objects to this Interrogatory on the grounds it is overbroad, unduly burdensome, vague, and ambiguous, including to the extent is seeks information that is equally accessible to Plaintiffs.

Subject to and without waiving the foregoing objections, Viasat responds as follows: Subject to and without waiving the foregoing objections, Viasat responds as follows: Pursuant to Federal Rule of Civil Procedure 33(d), Viasat will produce documents responsive to this Interrogatory and the burden of ascertaining further information responsive to this Interrogatory is substantially the same for Plaintiffs as it is for Viasat.

Viasat's investigation and discovery are ongoing. Viasat reserves all rights to amend or supplement its objections and/or responses as its investigation continues.

1  DATED: November 1, 2024          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

4                                   By  */s/ Nicola R. Felice*
                                        Nicola R. Felice
5                                       Attorneys for *Defendant Viasat Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2024, I caused a copy of the foregoing document to be served on the following counsel for Plaintiffs via email:

| | |
|---|---|
| L. Kieran Kieckhefer: | KKieckhefer@gibsondunn.com |
| Ahmed ElDessouki: | aeldessouki@gibsondunn.com |
| Lillian J. Mao: | LMao@gibsondunn.com |

*/s/ Nicola R. Felice*
Nicola R. Felice
Counsel for Defendant