# Exhibit E

**From:** ElDessouki, Ahmed AElDessouki@gibsondunn.com
**Subject:** Re: WD v. Viasat - Source Code Review
**Date:** November 20, 2024 at 9:26 PM
**To:** Vanessa Blecher vanessablecher@quinnemanuel.com
**Cc:** QE-Viasat-WD qe-viasat-wd@quinnemanuel.com, *** GDC-NDCA Western Digital-Viasat GDCWesternDigitalNDCA@gibsondunn.com



Counsel,

We write to follow up on the November 14, 2024 meet and confer.   Please let us know your position on the issues raised below by Wednesday 11/27, so we can avoid raising these issues with the Court.

- <u>Residential VCDS</u>:  We understand that we've reached an impasse as to whether residential implementations of the VCDS are within the scope of the infringement contentions and discovery.  It is improper for Viasat to unilaterally exclude residential VCDS, and to refuse to produce documents and information response to RFP Nos. 67, 68, 71-73 and Rog No. 13.  As we explained, the infringement contentions explicitly cover residential applications of the VCDS.  For example, the cover pleading of the 3/22/2024 contentions at page 2 states that the "Accused Instrumentalities include Viasat's media streaming software, systems, and services, including systems that implement edge storage. . . Such instrumentalities include the Viasat Content Delivery System ('VCDS') and Viasat Open Stream. . . . Moreover, Viasat has deployed the VCDS 'to the residential network for use with the SB2+ modems.'"  Viasat's own documents confirm that the VCDS provides content to residential, hotspot, and mobility customers.  *See e.g.*, '667 claim chart at 4, 6, 12-14, 17, 22, 26-28, 30, 31, 34-49, 51-60, 68-82.  We therefore expect to raise this issue with the Court.

- <u>RFP No. 47</u> ("Documents sufficient to show all types of Playback Devices. . .").  We explained that Western Digital is seeking documents that shows differences in Viasat's systems to support different types of Playback Devices.   You agreed to search for and produce responsive documents.

- <u>RFP No. 50 and 51</u> (seeking "Documents sufficient to show the actual and relative number of each of Playback Device used or available for use with any Viasat IFE or IFEC system. . ." and "All documents related to any attempts to estimate or quantify the actual or relative number and/or usage of each type of Playback Device.").  We explained that Western Digital is seeking information concerning Viasat's own systems, including by way of example the number of aircrafts equipped with Viasat systems that support seatback devices, semi-embedded devices, and passenger devices, and the types of devices that connect to Viasat's own systems.   Please confirm that Viasat will search for and produce documents in response to RFP Nos. 50 and 51.

- <u>RFP No. 53</u> ("documents related to customer and/or end-user preferences or feedback regarding any IFE or IFEC system").  As an example, we explained that Western Digital is seeking information concerning passenger preferences, including survey data, which is relevant to damages.  Please confirm that Viasat will search for and produce documents in response to RFP No. 53.

- <u>RFP No. 58 </u>(seeking invoices):  We explained that the invoices are relevant to allow Western Digital to analyze the full financial picture in connection with the Accused Products, including

to determine the appropriate royalty base. You explained that so far, the produced revenue data has been limited to IFE revenue. We explained that the limitation is improper, and that Western Digital is entitled to data concerning all revenue streams related to the Accused Products. Please confirm that Viasat will search for and produce documents in response to RFP No. 58. We also understand that Viasat will be producing additional financial information. Please let us know when we can expect that production.

- <u>RFP No. 59</u> (seeking CRM data): We explained that the information contained in the CRM data is relevant to show why customers and prospective customers buy or consider buying Viasat's Accused Products. Please confirm that Viasat will search for and produce documents in response to RFP No. 59.

- <u>RFP No. 62</u> (seeking "Documents relating to the performance of the Accused Products"): You asked us to provide a definition for the term "performance." For the purpose of this request, we seek documents related to: (i) the Internet bandwidth used by the Accused Products for media streaming; (ii) the latency associated with media streaming; and (iii) the video quality provided during media streaming operations, including the supported bitrates and resolutions of the media content. Please confirm that Viasat will search for and produce documents in response to RFP No. 62.

- <u>Interrogatory Responses</u> – Viasat has relied on Rule 33(d) in responding to the Interrogatories but has not identified nor produced the corresponding documents. On the meet and confer, Viasat was not able to provide any timeline for the production of the relevant documents. Please let us know when we can expect the supplementation. We also note that on 10/8, Counsel for Viasat made unsubstantiated allegations that Western Digital had no Rule 11 basis to proceed with this action but failed to articulate any basis for this allegation. Western Digital requested on the 10/14 meet and confer that Viasat explain the basis for its allegation, for example in a letter or by supplementing its non-infringement contention interrogatory responses. So far, we have not received any response. Moreover, as we explained on 11/4, Viasat's failure to respond to Interrogatory No. 15 (which was due on 11/1) has delayed Western Digital's ability to schedule a source code review, and in fact forced Western Digital to reschedule the source code review. As we explained previously, the source code review will allow Western Digital to consider amendments to its infringement contentions in view of the Court's claim construction order.

Regards,
Ahmed

### Ahmed ElDessouki
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

### GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Vanessa Blecher <vanessablecher@quinnemanuel.com>

**Date:** Monday, November 11, 2024 at 3:13 PM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: WD v. Viasat - Source Code Review

**This Message Is From an External Sender**
This message came from outside your organization.

Ahmed,

We do not have a specific timeline, but we are working on a supplemental response to Interrogatory No. 5, which we will serve when it is ready.

As to your request for a meet and confer, we can be available on Wednesday after 12 pm ET.

Thanks,
Vanessa

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Tuesday, November 5, 2024 11:20 AM
**To:** Vanessa Blecher <vanessablecher@quinnemanuel.com>
**Cc:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** Re: WD v. Viasat - Source Code Review

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Hi Vanessa,

As discussed yesterday, please let us know when Viasat will produce the documents referenced in its response to Interrogatory No. 15 concerning its source code. As I explained yesterday, Western Digital requires the mapping requested by Interrogatory No. 15 for the source code review.

We also request a meet and confer regarding Viasat's responses & objections to Western Digital's second set of discovery requests. We are available on Thursday and Friday this week before 1 pm ET. Please let us know your availability.

Many thanks,
Ahmed


**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>
**Date:** Monday, November 4, 2024 at 11:50 AM
**To:** Vanessa Blecher <vanessablecher@quinnemanuel.com>
**Subject:** Re: WD v. Viasat - Source Code Review

Hi Vanessa,

Thanks for confirming. Are you available for a quick call today? I'm available at 917 921 0682 or my office number below. I've tried calling you a couple of times this morning, but my calls have been going straight to voicemail.

Thank you


**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Vanessa Blecher <vanessablecher@quinnemanuel.com>
**Date:** Sunday, November 3, 2024 at 10:23 AM
**To:** Ahmed ElDessouki^ <AElDessouki@gibsondunn.com>, QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>, Nicola Felice <nicolafelice@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** RE: WD v. Viasat - Source Code Review

Ahmed,

The source code computer can be available in Quinn Emanuel's New York office starting this Tuesday, November 5. Please let us know the specific dates Dr. Easttom intends to review so we can inform security.

Thanks,
Vanessa

---

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Thursday, October 24, 2024 11:49 AM
**To:** QE-Viasat-WD <qe-viasat-wd@quinnemanuel.com>; Nicola Felice <nicolafelice@quinnemanuel.com>
**Cc:** *** GDC-NDCA Western Digital-Viasat <GDCWesternDigitalNDCA@gibsondunn.com>
**Subject:** WD v. Viasat - Source Code Review

[EXTERNAL EMAIL from aeldessouki@gibsondunn.com]

Counsel,

Dr. Easttom would like to review the source code the week of November 4. Please confirm that the source code computer will be made available.

Many thanks,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.