# Exhibit F

[[DATE]]

The Honorable Haywood S. Gilliam, Jr.
United States District Court, Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Re: *Sandisk Technologies, Inc. et al. v. Viasat, Inc.*, Case No. 4-22-cv-04376-HSG

Dear Judge Gilliam:

Plaintiffs Sandisk Technologies, Inc., et al. ("Sandisk") and Defendant Viasat, Inc. ("Viasat") (collectively, the "Parties") seek the Court's resolution of the following discovery disputes outlined in this letter. The Parties have met and conferred on these issues by telephone conference on November 14, 2024 and further by email correspondence.

**Sandisk's Position**

Sandisk respectfully moves to compel the production of (i) documents concerning residential implementations of Viasat's media streaming system, (ii) financial disclosures sufficient to show the full picture of Viasat's earnings that are related to the accused media streaming systems, and (iii) immediate production of a mapping between Viasat's source code and its technical documentation.

A. Documents Concerning Residential Implementations of Viasat's Media Streaming System

[redacted]

The Honorable Haywood S. Gilliam, Jr.
[[DATE]]
Page 2

[redacted]

B. Viasat's "Full Picture" Financial Disclosures

[redacted]

---

[1] Viasat Open Stream is an application of VCDS to the residential environment.

The Honorable Haywood S. Gilliam, Jr.
[[DATE]]
Page 3

███████████████████████████████████████
███████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████

C. <u>Source Code Correlation</u>

      Sandisk served Interrogatories to Viasat on October 2, 2024, seeking a correlation of Viasat's source code to the corresponding functionality in Viasat's systems. On November 1, 2024, Viasat responded to the Interrogatory and agreed to produce it, but failed to actually provide it to Sandisk. It has now been five weeks since that response and Sandisk has followed up repeatedly with Viasat requesting the promised correlation to no avail. The requested correlation is essential to show how the source code fits together in and is required in order to conduct further source code reviews. In view of the upcoming deadline for the substantial completion of document discovery by January 6, 2025, Sandisk respectfully requests that this Court compel Viasat to produce the requested source code correlation within 1 day of this Court's order.

**<u>Viasat's Position</u>**

The Honorable Haywood S. Gilliam, Jr.
[[DATE]]
Page 4

Respectfully submitted,

| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| _____ | _____ |
| [[name of signing attorney]] | [[name of signing attorney]] |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |