# Exhibit G

HIGHLY CONFIDENTIAL

FILED UNDER SEAL