L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG-PHK <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs Sandisk Technologies, Inc., and SanDisk Storage Malaysia Sdn. Bhd., (together "Plaintiffs" or "Sandisk") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are being submitted in support of Sandisk's Opposition to Viasat's Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Opposition"). These materials have been designated by Defendant Viasat Inc. ("Viasat") as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 90), or contain multiple references to information that Viasat has so designated. Viasat has addressed the confidentiality of similar information in prior briefing relating to sealing (*e.g.*, Dkts. 207, 239, 249, 257), and the Court has granted sealing of similar information, including information referenced in Sandisk's Opposition (Dkt. 275 at 9-10). Plaintiffs take no position on whether the material should be sealed.

| Docket No. | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| | Sandisk's Opposition to Viasat's Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 | Highlighted portions at 3:20, 3:24-25, 4:11, 4:13-15, 4:19, 4:22, 5:2, 5:9, 5:12, 5:14-17, 5:20, and 16:6-8 | (To be supplied by Viasat) |
| | Exhibit G to Buroker Declaration | (To be identified by Viasat) | (To be supplied by Viasat) |

For the reasons above, Sandisk respectfully requests that the materials identified above be filed under seal or redacted.

DATED: November 18, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer

*Attorneys for Plaintiffs*