1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VIASAT, INC.,<br><br>  Defendant. | Case No.: 4:22-cv-4376-HSG-PHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, finds good cause that the motion be GRANTED. Specifically, the Court orders the following remain under seal:

| Docket No. | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. __ | Sandisk's Opposition to Viasat's Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 | Highlighted portions at 3:20, 3:24-25, 4:11, 4:13-15, 4:19, 4:22, 5:2, 5:9, 5:12, 5:14-17, 5:20, and 16:6-8 | | |
| Dkt. __ | Exhibit G to Buroker Declaration | | | |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge