L. Kieran Kieckhefer (SBN 251978)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337
Email: KKieckhefer@gibsondunn.com

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281
RVincent@gibsondunn.com

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307
LMao@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345
AElDessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504
BBuroker@gibsondunn.com
SZhang@gibsondunn.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., SANDISK TECHNOLOGIES, LLC, AND SANDISK STORAGE MALAYSIA SDN. BHD, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all Plaintiffs (Sandisk Technologies, Inc., SanDisk Technologies LLC, and SanDisk Storage Malaysia Sdn. Bhd.) appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered on November 17, 2025 (Docket No. 289), the judgment entered on October 21, 2025 (Docket No. 276), the Court's order on November 15, 2023 (Docket No. 75) dismissing Count III of the Amended Complaint, the Court's Order (Docket No. 275 (under seal)) on October 21, 2025 dismissing Counts I and II of the Amended Complaint, and all rulings, decisions and orders merged therein, and all other appealable orders, rulings, decisions and findings.

DATED: November 20, 2025  

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer

*Attorneys for Plaintiffs*