| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Steven Cherny (*pro hac vice*) |
| 2 | stevencherny@quinnemanuel.com |
| | Patrick D. Curran (Bar No. 241630) |
| 3 | patrickcurran@quinnemanuel.com |
| | Hannah E. Dawson (*pro hac vice*) |
| 4 | hannahdawson@quinnemanuel.com |
| | Tzivya H. Beck (*pro hac vice*) |
| 5 | tzivyabeck@quinnemanuel.com |
| | 111 Huntington Ave, Suite 520 |
| 6 | Boston, MA 02199 |
| | Telephone:   (617) 712-7100 |
| 7 | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | Anastasia M. Fernands (*pro hac vice*) |
| | anastasiafernands@quinnemanuel.com |
| 9 | Nicola R. Felice (*pro hac vice*) |
| | nicolafelice@quinnemanuel.com |
| 10 | Vanessa Blecher (*pro hac vice*) |
| | vanessablecher@quinnemanuel.com |
| 11 | Alicia Lai (*pro hac vice*) |
| | alicialai@quinnemanuel.com |
| 12 | 295 5th Avenue |
| | New York, NY 10016 |
| 13 | Telephone:   (212) 849-7000 |

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., | CASE NO. 4:22-cv-04376-HSG |
| Plaintiffs, | **DECLARATION OF COLIN WARD IN SUPPORT OF VIASAT, INC.'S RESPONSE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 292]** |
| v. | |
| VIASAT, INC., | |
| Defendant. | |

I, Colin Ward, declare as follows:

1. I submit this Declaration pursuant to Civil Local Rule 79-5(c) in support of Viasat, Inc. ("Viasat")'s Response In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed [Dkt. 292], to establish that the unredacted version of Exhibit G to Sandisk's Opposition To Viasat's Motion For Attorneys' Fees Pursuant To 35 U.S.C. § 285 (Viasat, Inc.'s First Supplemental Objections & Response to Plaintiffs' Interrogatory No. 15, dated December 13, 2024) [Dkt. 291-9] contains Viasat's confidential information and is subject to sealing by this Court.

2. I am currently employed as Vice President and Chief Litigation Counsel at Viasat, where I have worked for the past nine years. Previously, I worked as a law clerk to the Honorable Edward M. Chen of the U.S. District Court for the Northern District of California from September 2014 to September 2015, in private practice as a litigation associate from September 2013 to September 2014, and as a law clerk to the Honorable Milan D. Smith, Jr. of the Ninth Circuit Court of Appeals from September 2012 to September 2013. Before that, I also worked in private practice as a litigation associate from September 2011 to September 2012. If called as a witness, I could and would testify competently to the information set forth in this Declaration.

3. The confidential information in the exhibit that Viasat seeks to seal reflects analysis of highly confidential source code and product architecture information.

4. The source code, operation of, and inner workings of Viasat's products and proprietary technology—including details of how Viasat's system is architected (e.g., where specific pieces of source code run), which third-parties Viasat's products interact with, and how Viasat actually hosts and distributes content—are not apparent from normal consumer operation. If this confidential source code and product operation information were disclosed, competitive harm could result for Viasat. For instance, Viasat's competitors could use this information to replicate Viasat's software architecture; something that Viasat invested time and resources to develop.

WHEREFORE, I respectfully request that the Court issue Viasat's [Proposed] Order Granting Plaintiffs' Amended Administrative Motion to Seal [Dkt. 292], and seal the unredacted version of Exhibit G to Sandisk's Opposition To Viasat's Motion For Attorneys' Fees Pursuant To

35 U.S.C. § 285 (Viasat, Inc.'s First Supplemental Objections & Response to Plaintiffs' Interrogatory No. 15, dated December 13, 2024) [Dkt. 291-9].

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on November 25, 2025 in Los Angeles, California.

DATED: November 25, 2025   Respectfully submitted,

          By */s/ Colin Ward*
           Colin Ward

## ATTESTATION

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Colin Ward has concurred in the aforementioned filing.

/s/ Patrick D. Curran
Patrick D. Curran