UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CASE NO. 4:22-cv-04376-HSG <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 292]** |

The Court, having considered Plaintiffs' Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 292], Viasat's Response in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed [Dkt. 294], and the Ward Declaration in Support [Dkt. 294-1], finds good cause to seal the unredacted version of Exhibit G to Sandisk's Opposition To Viasat's Motion For Attorneys' Fees Pursuant To 35 U.S.C. § 285 (Viasat, Inc.'s First Supplemental Objections & Response to Plaintiffs' Interrogatory No. 15, dated December 13, 2024) [Dkt. 291-9] from public access, and thus the Court hereby GRANTS Plaintiffs' Motion and ORDERS that the following be filed UNDER SEAL:

| Dkt. No. (Original Filing/Public) | Document | Portions Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|---|---|
| 291-9 / 294-3 | Exhibit G (Viasat, Inc.'s First Supplemental Objections & Response to Plaintiffs' Interrogatory No. 15, dated December 13, 2024) | Interrogatory response containing Viasat's confidential technical information and analysis (on portions of pages 12-16) that was designated by Viasat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 90). | Ward. Decl. ¶¶ 3-4 | |

**IT IS SO ORDERED.**

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.