QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
Tzivya H. Beck (*pro hac vice*)
tzivyabeck@quinnemanuel.com
Hannah Dawson (*pro hac vice*)
hannahdawson@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nicola R. Felice (*proc hac vice*)
nicolafelice@quinnemanuel.com
Anastasia M. Fernands (*pro hac vice*)
anastasiafernands@quinnemanuel.com
Vanessa Blecher (*pro hac vice*)
vanessablecher@quinnemanuel.com
Alicia Lai (*pro hac vice*)
alicialai@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Viasat, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | Case No.: 4:22-cv-4376-HSG<br><br>**DECLARATION OF PATRICK CURRAN IN SUPPORT OF VIASAT'S REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES** |

# DECLARATION OF PATRICK CURRAN

I, Patrick Curran, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendant Viasat, Inc. ("Viasat") in the above-captioned matter. I submit this Declaration in connection with Viasat's Reply in Support of it Motion for Attorneys' Fees. This Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached hereto as Exhibit C is a true and correct copy of the correspondence and stipulation sent from counsel for Sandisk to counsel for Viasat on June 5, 2025.

3. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition of Soji John, taken February 14, 2025.

4. Attached hereto as Exhibit E is a true and correct copy the correspondence and stipulation sent from counsel for Sandisk to counsel for Viasat on June 25, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2025 in Boston, Massachusetts.

By *<u>/s/ Patrick Curran</u>*
Patrick Curran