L. Kieran Kieckhefer (SBN 251978)
KKieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94105-0921
Telephone: 415.393.8337

Robert A. Vincent (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3281

Lillian J. Mao (SBN 267410)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5307

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2345

Brian M. Buroker (*pro hac vice*)
Shuo J. Zhang (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington DC 20036-4504

*Attorneys for Plaintiffs*

Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (Bar No. 241630)
Tzivya H. Beck (*pro hac vice*)
Hannah Dawson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100

Jodie Cheng (Bar No. 292330)
Gyu Shik Jang (Bar No, 337747)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Nicola R. Felice (*proc hac vice*)
Anastasia Fernands (*pro hac vice*)
Vanessa Blecher (*pro hac vice*)
Alicia Lai (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SANDISK TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | Case No.: 4:22-cv-4376-HSG-PHK <br><br> **JOINT SUBMISSION OF COMMUNICATIONS RE STANDING** <br><br> Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's order at the December 18, 2025 hearing (*see* Dkt. 300), the parties hereby jointly submit the attached **Exhibit A** containing all communications between the parties related to the standing question that was addressed at the December 18, 2025 hearing.[1] The parties stipulate that Exhibit A contains a complete record.

Respectfully submitted,

Dated:  December 31, 2025

*/s/ L. Kieran Kieckhefer*
Counsel for Plaintiffs

Dated:  December 31, 2025

*/s/ Patrick Curran*
Counsel for Defendant

**Filer's Attestation**: Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

*/s/ L. Kieran Kieckhefer*

---

[1] One email, from March 5, 2025 (Ex. A at 39), does not address standing but was added for context because the response to that email (Ex. A at 40) addresses standing.