1  L. Kieran Kieckhefer (SBN 251978)
   KKieckhefer@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center, Suite 2600
3  San Francisco, CA 94105-0921
   Telephone: 415.393.8337
4
   Robert A. Vincent (*pro hac vice*)
5  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue Suite 2100
6  Dallas, TX 75201-2923
   Telephone: 214.698.3281
7
   Lillian J. Mao (SBN 267410)
8  GIBSON, DUNN & CRUTCHER LLP
   310 University Avenue
9  Palo Alto, CA 94301-1744
   Telephone: 650.849.5307
10
   Ahmed ElDessouki (*pro hac vice*)
11 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
12 New York, NY 10166-0193
   Telephone: 212.351.2345
13
   Brian M. Buroker (*pro hac vice*)
14 Shuo J. Zhang (*pro hac vice*)
   GIBSON, DUNN & CRUTCHER LLP
15 1700 M St, N.W.
   Washington DC 20036-4504
16
   *Attorneys for Plaintiffs*
17
18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19                        **OAKLAND DIVISION**

20 SANDISK TECHNOLOGIES, INC., et al.,          Case No.: 4:22-cv-4376-HSG

21                      Plaintiffs,             **DECLARATION OF AHMED**
                                                **ELDESSOUKI IN SUPPORT OF**
22          v.                                  **PLAINTIFFS' OBJECTION AND**
                                                **RESPONSE TO DKT. 305**
23 VIASAT, INC.,

24
                        Defendant.
25

26

27

28

I, Ahmed ElDessouki, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York and have been admitted *pro hac vice* to appear in this action.  I am an attorney with the law firm Gibson, Dunn & Crutcher LLP and am one of the attorneys representing Plaintiffs in this action.  I make this declaration in support of Plaintiffs' Objection And Response to Dkt. 305.  I have personal knowledge of the matters stated herein and, if asked, could competently testify thereto.

2.      On January 20, 2026, SanDisk Technologies LLC ("SDT LLC") executed an Assignment Agreement, assigning to Sandisk Technologies Inc. ("SDT Inc.") its right, title, and interest in certain patents, as further specified therein.  A true and correct copy of the Assignment Agreement is attached hereto as Exhibit A.  The Assignment Agreement was signed electronically using DocuSign.  Attached as Exhibit B is a Certificate of Completion generated by DocuSign relating to the execution of the Assignment Agreement attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 23, 2026.

*/s/ Ahmed ElDessouki*
Ahmed ElDessouki

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

*/s/ L. Kieran Kieckhefer*
L. Kieran Kieckhefer

1