# EXHIBIT A

CONFIDENTIAL

## ASSIGNMENT AGREEMENT

This ASSIGNMENT AGREEMENT (this "**Agreement**") is made and entered into as of December 10, 2025 (the "**Effective Date**") by and between SanDisk Technologies LLC, a limited liability company organized under the laws of the State of Texas (as successor-in-interest to Western Digital Ireland Ltd.) ("**Assignor**") and Sandisk Technologies Inc., a corporation organized under the laws of the State of Delaware ("**Assignee**"). Assignor and Assignee are individually referred to herein as a "**Party**," and collectively as the "**Parties**."

## RECITALS

WHEREAS, Assignor has certain rights and interests in and to the patents set forth on Attachment A attached hereto, including without limitation amendments, certificates of correction, counterparts, continuations, continuations-in-part, divisionals, extensions, non-provisionals, provisionals, reexaminations, reissues, renewals, reviews and substitutions thereof (and the foreign equivalents), as applicable, and all foreign counterparts, foreign patents, and foreign patent applications claiming common priority with, corresponding to, or otherwise constituting the same patent family as the foregoing (collectively, the "**Assigned Rights**"); and

WHEREAS, Assignee wishes to acquire all of Assignor's rights and interests in and to the Assigned Rights, and Assignor wishes to assign to Assignee all such rights and interests in and to such Assigned Rights.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the Parties, the Parties, intending legally to be bound, hereby agree as follows:

1. <u>Transfer of Assigned Rights</u>. Assignor does hereby irrevocably sell, transfer, convey, assign and deliver to Assignee and its successors and assigns, and Assignee does hereby unconditionally accept: (a) all of Assignor's right, title and interest in and to the Assigned Rights; (b) all licenses and similar contractual rights or permissions, whether exclusive or nonexclusive, to the extent such licenses, rights or permissions are (i) granted in respect of any of the Assigned Rights and (ii) sublicenseable or assignable; (c) all royalties, fees, income, payments, and other proceeds now or hereafter due or payable to the Assignor with respect to any of the foregoing; (d) all claims, causes of action and enforcement rights, whether currently pending, filed, or otherwise, with respect to the Assigned Rights, including all rights to damages, injunctive relief and other remedies for past, current and future infringement of the Assigned Rights; and (e) all other rights, privileges and protections of any kind whatsoever of Assignor accruing under any of the foregoing.

2. <u>Assumed Liabilities</u>. Upon the terms and subject to the conditions of this Agreement, on the Effective Date, Assignee shall assume and agree to pay, perform, and discharge promptly and fully when due, any debts, obligations, contracts and liabilities (whether known or unknown) of Assignor arising on or after the Effective Date with respect to the Assigned Rights.

3. <u>Disclaimer</u>. Assignor does not make any representation or warranty with respect to the Assigned Rights and explicitly disclaims all representations and warranties, including the

CONFIDENTIAL

implied warranties of merchantability and fitness for a particular purpose, with respect to the Assigned Rights.

4.   Further Assurances.  Assignor covenants and agrees that, at any time and from time to time upon the request of Assignee, at Assignee's expense, Assignor shall provide any further necessary documentation and do all further acts reasonably requested by Assignee to confirm and perfect title in and to the Assigned Rights in Assignee, its successors and assigns.  Assignor hereby authorizes the Commissioner for Patents of the United States Patent and Trademark Office (or equivalent offices in other applicable jurisdictions) and any other applicable government authority to record and register this Agreement upon request by Assignee.  If the Assignee is unable, after reasonable effort, to secure the Assignor's signature on any such documentation for any reason whatsoever, Assignor hereby irrevocably designates and appoints Assignee and its duly authorized officers and agents as such Assignor's agent and attorney-in-fact, to act for and in such Assignor's behalf and stead to execute and file any such documents and to do all other lawfully permitted acts to further the prosecution, issuance and perfection of patent, trademark, copyright or other intellectual property registrations or any other legal protection thereon with the same legal force and effect as if executed by such Assignor.

5.   Entire Agreement.  This Agreement reflects the entire understanding of the Parties relating to the sale, transfer, conveyance, assignment and delivery of the Assigned Rights from Assignor to Assignee, and supersede all prior agreements, understandings or letters of intent between or among the Parties regarding the subject matter of this Agreement.

6.   Successors and Assigns.  This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

7.   Governing Law and Venue.  This Agreement shall be interpreted, construed, governed and enforced in all respects in accordance with the laws of the State of California of the United States of America, without giving effect to its conflicts of laws provisions.  Neither Party shall commence or prosecute any action, suit, or claim arising under or by reason of this Agreement other than in the state or federal courts located in the State of California.  The Parties irrevocably consent to the jurisdiction and venue of the courts identified in the preceding sentence in connection with any action, suit, proceeding, or claim arising under or by reason of this Agreement.

8.   Severability.  If a provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, then the remaining provisions of this Agreement shall remain in full force and effect, except to the extent such remaining provisions are not capable of substantial performance as a result of such holding.

9.   Counterparts.  This Agreement may be executed in one or more counterparts, each of which shall be considered an original instrument, but all of which shall be considered one and the same agreement, and shall become binding when one or more counterparts have been signed by each of the Parties and delivered to each of the Parties.  A signature sent by facsimile transmission or e-mail shall be as binding as delivery of a manually executed copy of this Agreement.

*Remainder of page intentionally left blank.*

CONFIDENTIAL

   IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date.

ASSIGNOR:  SanDisk Technologies LLC

      By: *Carver Peterson* (DocuSigned, DA0EEEC629EE40F...)

      Name:

      Title:

ASSIGNEE:  Sandisk Technologies Inc.

      By: *David Dutcher* (Signed by, CF126DA04595451...)

      Name:

      Title:

3

CONFIDENTIAL

Attachment A

Patents

| Family No. | Patent No. | Sd Ref No. | Ctry | Case Type | Status | Issue Date |
|---|---|---|---|---|---|---|
| LP5921 | 8,914,634 | LP5921-ORD-US-2 | US | Utility-ORG | Issued | Dec 16, 2014 |
| | 9,424,400 | LP5921-CON-US-5 | US | Utility-CON | Issued | Aug 23, 2016 |
| | ZL201310123521.1 | LP5921-ORD-CN-3 | CN | Utility-ORG | Issued | Feb 23, 2018 |
| LP7835 | 9,948,618 | LP7835-PRI-US-1 | US | Utility-ORG | Issued | Apr 17, 2018 |
| | 10,447,667 | LP7835-CON-US-1 | US | Utility-CON | Issued | Oct 15, 2019 |
| | 11,196,725 | LP7835-CON-US-2 | US | Utility-CON | Issued | Dec 7, 2021 |
| | 11,757,854 | LP7835-CON-US-3 | US | Utility-CON | Issued | Sep 12, 2023 |
| | 12,273,330 | LP7835-CON-US-4 | US | Utility-CON | Issued | Apr 8, 2025 |
| | ZL2016800045601 | LP7835-CN | CN | Utility-NSPCT | Issued | Jul 17, 2020 |
| | 112016000163 | LP7835-DE | DE | Utility-NSPCT | Issued | Dec 5, 2024 |

4